# United States District Court

SOUTHERN DISTRICT OF FLORIDA

## SUMMONS IN A CIVIL CASE

CASE NO.: **00-06145 CIV-FERGUSON**

MAGISTRATE JUDGE SNOW

ROXANNA L. ESCUDERO, and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated,

    Plaintiffs,

vs.

BANKAMERICA CORPORATION, a foreign corporation d/b/a BANK OF AMERICA CORPORATION, a foreign corporation, f/k/a NATIONSBANK, N.A., a national association,

    Defendant.

_____/

TO: **BANKAMERICA CORPORATION**
By Serving MCGUIRE, WOODS, BATTLE & BOOTHE
Attorneys for Defendant
3700 NationsBank Plaza
101 South Tryon Street
Charlotte, North Carolina 28280-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Susan L. Dolin, Esq.
MUCHNICK, WASSERMAN, DOLIN & LEVINE, LLP.
Presidential Circle Building, Suite 620 North
4000 Hollywood Boulevard
Hollywood, Florida 33021

an answer to the Complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of the Court within a reasonable period of time after service.

**Clarence Maddox**

CLERK

By: _____
(Deputy Clerk)

DATE: JAN 3 1 2000

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                      *Date*                                            *Signature of Server*

                                            _____
                                                    *Address of Server*

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.