UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-FERGUSON
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,

    Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,

    Defendant.
_____/



## NOTICE OF PENDING SIMILAR ACTION

COME NOW the Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated, by and through their undersigned counsel, and, pursuant to Local General Rule 3.9, hereby give notice to this Honorable Court, as follows:

1. The above-captioned action is similar to another action currently pending before this Honorable Court, styled *Jacqueline Mintz, on behalf of herself and all others similarly situated, v. NationsBank, N.A.*, Case No.: 98-8632-CIV-DIMITROULEAS.

2. Pursuant to Local General Rule 3.9.C, Plaintiffs' counsel would submit that assignment of the above-captioned action to the Honorable Judge Dimitrouleas would be appropriate in order to avoid the unnecessary duplication of judicial labor.



3. Consistent with the obligations imposed upon Plaintiffs' counsel by Local General Rule 3.9.D, notice is hereby promptly brought to the attention of this Court of the existence of the above-described similar action currently pending before the Honorable Judge Dimitrouleas.

March _15_, 2000.

                        Respectfully submitted,

                        MUCHNICK WASSERMAN DOLIN & LEVINE, LLP
                        Attorneys for Plaintiffs
                        4000 Hollywood Boulevard
                        Suite 620 North
                        Hollywood, Florida 33021
                        (954) 989-8100 - Broward/(305) 624-9100 - Dade
                        (954) 989-8700 - Fax

                 By: _____
                        DANIEL R. LEVINE, ESQ.
                        Fla. Bar No.: 0057861
                        ADAM S. CHOTINER, ESQ.
                        Fla. Bar No.: 0146315

                        -and-

                        BOIES, SCHILLER & FLEXNER L.L.P.
                        2435 Hollywood Boulevard
                        Hollywood, Florida 33020

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail to Michael T. Burke, Esq., Johnson, Anselmo, et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane, Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, NC 28280, this _15_ day of March, 2000.

MUCHNICK, WASSERMAN, DOLIN & LEVINE, LLP
Attorneys for Plaintiff
4000 Hollywood Boulevard, Suite 620 North
Hollywood, Florida 33021
(954) 989-8100 Broward
(954) 989-8700 Fax
(305) 624-9100 Dade

By: _____
SUSAN L. DOLIN, ESQ.
Fla. Bar No. 708690
DANIEL R. LEVINE, ESQ.
Fla. Bar No. 0057861