UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on
behalf of herself and all others
similarly situated.

Plaintiff

vs.

NATIONSBANK, N.A.,

Defendant.

_____/

CASE NO. 00-06145-CIV-FERGUSON



## NOTICE OF FILING

COMES NOW the Plaintiff. ROXANNA ESCUDERO, by and through her undersigned counsel. and notifies the court of the following filings:

1.  Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Marcia Heuser

2.  Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Janet Meier

3.  Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Sheri Thomas

4.  Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Olga Valdes

5.  Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Cindy MacDonald

6.  Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Lyndia Cox

7.  Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Elke Adams

8.  Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Guilbert Parker

9.  Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for June McKinley

10. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Stephanie Dantos

11. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Janice Cole

12. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Riitta Silverman

13. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Peggy Biggs

1

14. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Julia Waddington

15. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Deborah Agnew

16. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Elizabeth Ann Melton

17. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Diane Kirkland

18. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Anastasia Monroe

19. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Alex Harris

20. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Patricia Murray

21. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Leslie Slater Hill

22. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Deborah A. Pye-Lee

23. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Adelia Smith

24. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Paul Barber

25. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Julia Kozel

26. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Harold Willis

27. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for James Copeland

28. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Miriam Osavio a/k/a Miriam Penick

29. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Chris Coleman

30. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Sallie Savage

31. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Samuel Washington

32. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Eloise Batts

33. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Dianne Dismukes

34. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Virginia Francois

Dated: May __19__, 2000

Respectfully submitted,

BOIES, SCHILLER & FLEXNER
Attorneys' for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By: _____

Anne E. Hinds, Esq.
Fla. Bar No. 0964972

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this __19__ day of May 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane, Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.

BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By: _____
Anne E. Hinds, Esq.
Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                          Case No.:00-06145-CIV-
behalf of herself and all others              FERGUSON
similarly situated,

         Plaintiff

vs.

NATIONSBANK, N.A.,

         Defendant.
_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

Signature _____

Date _____5/15/2000_____

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _____OlGA VAldeS_____

Street address_____ 211 NW 49 Ave_____

Mailing address _____(same)_____

City, State & Zip code_____Miami 21 33126_____

Daytime Phone_____(305) 577 4465_____

Evening Phone_____(305) 445-1056_____

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    Case No.:00-06145-CIV-
behalf of herself and all others                    FERGUSON
similarly situated,

    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

Signature                                      Date                5- 8 -00

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name    MARCIA HEUSER

Street address   6711  34th Ave West

Mailing address   ☒           SAME

City, State & Zip code  BRADENTON  FL 34209

Daytime Phone        941 795-8239  941 350-4571

Evening Phone    941 795- 8239

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                          Case No.:00-06145-CIV-
behalf of herself and all others              FERGUSON
similarly situated,

Plaintiff

vs.

NATIONSBANK, N.A.,

Defendant.
_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_____          _____05/15/2000_____
Signature                                                      Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name___JANET E. MEIER_____

Street address_3463 SALISBURY DR.___

Mailing address_SAME_____

City, State & Zip code_DALLAS TX 75229_

Daytime Phone__214-351-0005 (VOICE MAIL)

Evening Phone__214-357-0182_____

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                          Case No.:00-06145-CIV-
behalf of herself and all others              FERGUSON
similarly situated,

    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.
_____/

## **CONSENT TO BECOME PARTY PLAINTIFF**

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs. and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP. and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery. by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

Signature

5-12-CO
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name SHERI THcmms

Street address 11911 Little Stoney Ct

Mailing address

City, State & Zip code ChArlotte NC 28269

Daytime Phone 704 5480913 593 9853

Evening Phone 704 -548 0913

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                         Case No.:00-06145-CIV-
behalf of herself and all others              FERGUSON
similarly situated,

     Plaintiff

vs.

NATIONSBANK, N.A.,

     Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_Cindy E. MacDonald_
Signature

_5-14-00_
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name_ Cindy C MacDonald_

Street address_ 3762 Decherd Estill Road._

Mailing address_ 3762 Decherd Estill Road_

City, State & Zip code _Winchester, TN 37398_

Daytime Phone_ 931- 668- 6245_

Evening Phone_ 931- 649- 3172_

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                          Case No.:00-06145-CIV-
behalf of herself and all others              FERGUSON
similarly situated,

    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff, Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin & Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I will not be held responsible for such attorneys fees or costs. I further understand that I may obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct, any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_____          _____
Signature                                 Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _____

Street address _____

Mailing address _____

City, State & Zip code _____

Daytime Phone _____

Evening Phone _____

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                        Case No.:00-06145-CIV-
behalf of herself and all others            FERGUSON
similarly situated,

    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.
_____/

## **CONSENT TO BECOME PARTY PLAINTIFF**

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements. entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs. and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP. and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery. by judgment or settlement, in this action: and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by. and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_____
Signature

5 . 16 . 00
_____
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _ELke G Hdams_

Street address _2782 S Water works bay_

Mailing address _____

City, State & Zip code _Buford, GA 30514_

Daytime Phone _770 - 945. 1021_

Evening Phone _770 - 945 . 1021_

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    Case No.:00-06145-CIV-
behalf of herself and all others         FERGUSON
similarly situated,

    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.
_____/

## **CONSENT TO BECOME PARTY PLAINTIFF**

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_____         _____
Signature                                Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _Guilbert M. Parker_____

Street address _3627 Lochearn Drive_

Mailing address_____

City, State & Zip code _Baltimore, Md 21207_

Daytime Phone _410-298-7677_

Evening Phone _410-298-0035_

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on
behalf of herself and all others
similarly situated,

Case No.:00-06145-CIV-
FERGUSON

Plaintiff

vs.

NATIONSBANK, N.A.,

Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff, Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin & Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I will not be held responsible for such attorneys fees or costs. I further understand that I may obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct, any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

June E. McKinley
Signature

5-13-2000
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name    JUNE    McKINLEY

Street address    3774    SAWGRASS    DR

Mailing address    SAME

City, State & Zip code    TITUSVILLE    FL    32780

Daytime Phone    321-264-1184

Evening Phone

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on
behalf of herself and all others
similarly situated,

Case No.:00-06145-CIV-
FERGUSON

    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.
_____/

## **CONSENT TO BECOME PARTY PLAINTIFF**

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:


_____Stephenie Dantos_____                    _____5/12/2000_____
Signature                                      Date


PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name_____Stephanie Dantos_____

Street address__1208 Marin Way, #203A_____

Mailing address_____

City, State & Zip code__North Palm Beach, fL  33408_

Daytime Phone___(561) ~~624~~ 624- 7324_____

Evening Phone_____(561)691-3807_____

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    Case No.:00-06145-CIV-
behalf of herself and all others        FERGUSON
similarly situated,

    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.
_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_Janice McCole_
Signature

_May 12, 2000_
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name  Janice M. Cole

Street address  1910 Militia Lane

Mailing address  same

City, State & Zip code  Odenton MD 21113

Daytime Phone  410-536-5400

Evening Phone  301-912-1526

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on
behalf of herself and all others
similarly situated,

Case No.:00-06145-CIV-
FERGUSON

Plaintiff

vs.

NATIONSBANK, N.A.,

Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_____         $-10-00$
Signature                                  Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _____ RUTTA L. SILVERMAN

Street address ____ 2500 CULPEPER RD

Mailing address _____ AS ABOVE

City, State & Zip code ____ ALEXANDRIA VA 22308

Daytime Phone ____ 703 - 549 - 0360

Evening Phone ____ 703 - 799 - 7049

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                     Case No.:00-06145-CIV-
behalf of herself and all others          FERGUSON
similarly situated,

      Plaintiff

vs.

NATIONSBANK. N.A.,

      Defendant.
_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

Signature _____                    Date ___5-11-00___

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _____Peggy J. Biggs_____

Street address _____667 Leefcote Rd.____

Mailing address _____

City, State & Zip code _____Conroe, Texas 77303_____

Daytime Phone _____409-441-4079_____

Car
Evening Phone _____409-537-6251_____

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                          Case No.:00-06145-CIV-
behalf of herself and all others              FERGUSON
similarly situated,

    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.
_____/

## **CONSENT TO BECOME PARTY PLAINTIFF**

I understand that I may be eligible to join this lawsuit filed by a former employee of BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff, Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin & Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I will not be held responsible for such attorneys fees or costs. I further understand that I may obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct, any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

Signature

$5-11-00$
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name  Julia L. Waddington

Street address  1271 Cove DR

Mailing address  P. O. Box 644

City, State & Zip code  Churchton, md 20733

Daytime Phone  410-867-4690

Evening Phone  Same

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                          Case No.:00-06145-CIV-
behalf of herself and all others              FERGUSON
similarly situated,

    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_____    $5-11-00$
Signature                                              Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _Deborah J. Agnew_

Street address _20607        Live Oak_

Mailing address _20607    Live Oak_

City, State & Zip code _Leander    Tx   78641_

Daytime Phone _512 - 930 - 3959_

Evening Phone _512   267- 7745_

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on
behalf of herself and all others
similarly situated,

Case No.:00-06145-CIV-
FERGUSON

      Plaintiff

vs.

NATIONSBANK, N.A.,

      Defendant.
_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action, and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

Elizabeth Ann Melton
Signature

5-12-2000
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name Elizabeth Ann Melton

Street address 127 Glass Circle

Mailing address

City, State & Zip code Brunswick, Ga. 31525

Daytime Phone 912-265-9565

Evening Phone 912-265-7270

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                          Case No.:00-06145-CIV-
behalf of herself and all others              FERGUSON
similarly situated,

    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.
_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_____
Signature

_____ 5/10/00 _____
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name___Diane M. Kirkland___

Street address___2351 Rolling Hills Loop___

Mailing address___

City, State & Zip code___Lake Wales, Fl 33853___

Daytime Phone___863-318-6415___

Evening Phone___863-679-1224___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                          Case No.:00-06145-CIV-
behalf of herself and all others              FERGUSON
similarly situated,

      Plaintiff

vs.

NATIONSBANK, N.A.,

      Defendant.
_____/

## **CONSENT TO BECOME PARTY PLAINTIFF**

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_Anastasia Monroe_
Signature

_5/10/2000_
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name    (Stacy) ANASTASIA Monroe

Street address    4683 Atlantic Ave

Mailing address _____

City, State & Zip code    SARASOTA, FL 34233

Daytime Phone    941·923-9149

Evening Phone    SAme

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                                    Case No.:00-06145-CIV-
behalf of herself and all others                        FERGUSON
similarly situated,

    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_____        _____5/11/00_____
Signature                                Date


PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name_____ALEX L HARRIS_____

Street address_____1699 Beaver Creek Dr._____

Mailing address_____HAVANA, FL 32333_____

City, State & Zip code_____

Daytime Phone_____(850) 410-9411_____

Evening Phone_____(850) 539-8311_____

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    Case No.:00-06145-CIV-
behalf of herself and all others        FERGUSON
similarly situated,

    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_Patricia B. Murray_
Signature

_5/12/2000_
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name ___Patricia B. Murray___

Street address ___710 Mt. Paran Road___

Mailing address ___Same as above___

City, State & Zip code ___Lizella, GA 31052___

Daytime Phone ___912 994-1781___

Evening Phone ___912 935-3304___

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                          Case No.:00-06145-CIV-
behalf of herself and all others              FERGUSON
similarly situated,

    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.
_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_Leslie Slater Hill_
Signature

_May 11, 2000_
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _Leslie Slater Hill_

Street address _1009 Old Lytton Springs Rd._

Mailing address _Same_

City, State & Zip code _Lockhart, TX. 78644_

Daytime Phone _512   398-3844_

Evening Phone _512   398-3844_

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on
behalf of herself and all others
similarly situated,

Case No.:00-06145-CIV-
FERGUSON

    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.

*Deborah A. Pye-Lee*

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action: and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_____
Signature

_5/1/2000_____
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name__Deborah  A.  Pye-Lee_____

Street address_8787  Brae  Acres Rd # 307_

Mailing address____Same_____

City, State & Zip code_Houston,  TX  77074_

Daytime Phone___713-662-6717_____

Evening Phone___713-541-2579_____

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                          Case No.:00-06145-CIV-
behalf of herself and all others              FERGUSON
similarly situated,

    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.
_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs. and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery. by judgment or settlement. in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by. and will share in. as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_____          _5_/11/02_____

Signature                                 Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _Adelia Smith_

Street address _3523    New Hampshire Ave. N.W._

Mailing address _W_

City, State & Zip code _Washington, DC 20010_

Daytime Phone _202-624-4420_

Evening Phone _202-723-4720_

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                        Case No.:00-06145-CIV-
behalf of herself and all others            FERGUSON
similarly situated,

      Plaintiff

vs.

NATIONSBANK, N.A.,

      Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements. entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_____          ___5 -15 - 2000_____
Signature                                              Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name  PAUL  C.  BARBER

Street address  3336  27TH  PARKWAY

Mailing address  SAME

City, State & Zip code  SARASOTA , FL.  34235

Daytime Phone  941- 927- 6751

Evening Phone  941 - 366 - 1307

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                          Case No.:00-06145-CIV-
behalf of herself and all others              FERGUSON
similarly situated,

    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.
_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_____          _____5/12/00_____
Signature                                                            Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name___Julia Gozec_____

Street address___3047 ODESSA ROAD_____

Mailing address_____

City, State & Zip code_VENICE, FL 34293_____

Daytime Phone___941-497-6660_____

Evening Phone___941-493-4642_____

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    Case No.:00-06145-CIV-
behalf of herself and all others          FERGUSON
similarly situated,

     Plaintiff

vs.

NATIONSBANK, N.A.,

     Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_Harold L. Willis_
Signature

**May, 15, 2000**
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name     **Harold L. Willis**

Street address **11602 Mary Catherine Dr**

Mailing address **11602 Mary Catherine Dr**

City, State & Zip code **Clinton, Md.   20735**

Daytime Phone **202-624-4350**

Evening Phone **301-213-5112**

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    Case No.:00-06145-CIV-
behalf of herself and all others        FERGUSON
similarly situated,

     Plaintiff

vs.

NATIONSBANK, N.A.,

     Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_____
Signature

_____ 5/15/00 _____
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _James Copeland_

Street address _6770 Palace Lane_

Mailing address _FAirburN, GA. 30213_

City, State & Zip code_____

Daytime Phone _770-969-9196_

Evening Phone _SAme AS Above_

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                         Case No.:00-06145-CIV-
behalf of herself and all others             FERGUSON
similarly situated,

     Plaintiff

vs.

NATIONSBANK, N.A.,

     Defendant.
_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_Miriam Osavia_
Signature

_5/14/02_
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _MIRIAM A. OSAVIO    (AKA) MIRIAM PENICK_

Street address _4268 WYNDHAM PARK CIR_

Mailing address _DECATUR,_

City, State & Zip code _DECATUR,    GA 30034_

Daytime Phone _404- 320- 5241  X227_

Evening Phone _770 - 808 - 1854_

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on
behalf of herself and all others
similarly situated,

Case No.:00-06145-CIV-
FERGUSON

Plaintiff

vs.

NATIONSBANK, N.A.,

Defendant.
_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

Signature                                           5-13-00
                                                    Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name  Chris Coleman

\* Street address  1100 Berkshire Rd.

Mailing address

City, State & Zip code  Atlanta, GA  30306

Daytime Phone  404-895-6797

Evening Phone

\* New address; please update all records

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on
behalf of herself and all others
similarly situated,

Case No.:00-06145-CIV-
FERGUSON

Plaintiff

vs.

NATIONSBANK, N.A.,

Defendant.
_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs. and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement. the law firms' attorneys fees and costs shall only be paid out of a
recovery. by judgment or settlement. in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_Sallee M. Savage_
Signature

_5 - 15 - 00_
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _Sallie M. Savage_

Street address _1214 Greenwich Dr._

Mailing address_____

City, State & Zip code _Danville, Va - 24540_

Daytime Phone _804 - 836 - 6716_

Evening Phone _Same_

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on
behalf of herself and all others
similarly situated,

Case No.:00-06145-CIV-
FERGUSON

Plaintiff

vs.

NATIONSBANK, N.A.,

Defendant.
_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_____
Signature

5/15/00
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name SAMUEL D WASHINGTON

Street address RT 2 BOX 1377

Mailing address _____

City. State & Zip code KENTS STORE VA 23084

Daytime Phone 804- 290- 3079

Evening Phone 804-587-9541

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on
behalf of herself and all others
similarly situated,

Case No.:00-06145-CIV-
FERGUSON

Plaintiff

vs.

NATIONSBANK, N.A.,

Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs. and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_Eloise M. Batts_
Signature

_May 12, 2000_
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _Eloise M Batts_

Street address _845 Belt Rd._

Mailing address _845 Belt Rd._

City, State & Zip code _Hampstead, NC. 28443_

Daytime Phone _1- 910- 329- 2311_

Evening Phone _Same_

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                          Case No.:00-06145-CIV-
behalf of herself and all others               FERGUSON
similarly situated,

Plaintiff

vs.

NATIONSBANK, N.A.,

Defendant.
_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action, and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_____          _____5-1 2 -C O_____
Signature                                   Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name___DIANIVE  D.  DISMUKES_____

Street address___7626  KLEINGREEN_____

Mailing address_____

City, State & Zip code___SPRING____TX  77379____

Daytime Phone___281 - 370 - 6954_____

Evening Phone___281 - 370 - 6954_____

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                          Case No.:00-06145-CIV-
behalf of herself and all others              FERGUSON
similarly situated,

     Plaintiff

vs.

NATIONSBANK, N.A.,

     Defendant.
_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

Signature

4-12-2000
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name ViRGinia FRANCois

Street address 15430 Ridingwood

Mailing address Ba me

City, State & Zip code Missouri City Tx 77489

Daytime Phone 713 752-8904

Evening Phone 281 437-2463

2