UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on
behalf of herself and all others
similarly situated,

    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.
_____/

CASE NO. 00-06145-CIV-FERGUSON



## NOTICE OF FILING

COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned counsel, and notifies the court of the following filings:

1. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Tracie R. Lappin-Blitch
2. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Kathleen M. Stuchbery-Martinez
3. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Margaret Buchanan
4. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Traci B. Ratcliff
5. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Melanie E. Rogers
6. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Jeff Motley
7. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Donna Dickerson
8. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Cari M. Ford
9. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Jennie Pumphrey

1



10. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Kathy Foster Andrews

11. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Marilyn D. Blackmon

12. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Bryan K. Crowder

13. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Angela Wilson

14. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Peggy H. Lee

15. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Laurie K. Dupont

16. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Katherine B. Kennedy

17. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Fabiola Stewart

18. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Juan C. Valdez

19. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Angela Mobley

20. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Mary F. Bolden

21. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for John Bari

22. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Joan Carlos Del Valle

Dated: May 25, 2000                         Respectfully Submitted,

BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By: _____
Anne E. Hinds, Esq.
Fla. Bar No. 0964972

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 25th day of May 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.

> BOIES, SCHILLER & FLEXNER
> Attorneys for Plaintiffs
> 2435 Hollywood Boulevard
> Hollywood, FL 33020
> (954) 929-1190
> (954) 929-1185 - Fax
>
> By: _____
> Anne E. Hinds, Esq.
> Fla. Bar No. 0964972