UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on behalf of herself and all others similarly situated,

CASE NO. 00-06145-CIV-FERGUSON

    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.

_____/

### NOTICE OF FILING

COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned counsel, and notifies the court of the following filings:

1. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Carolyn Walker
2. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Lisa Beach
3. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Wendy Louderback
4. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Steven Richardson
5. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Antoinette G. Queen
6. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Annette Armstrong
7. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Mary Rose Estrada
8. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Debra Elias
9. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Tempy Aguilar-DeMarco
10. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Ron Valdez

Dated: May 30, 2000

Respectfully Submitted,
BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By: _____
Anne E. Hinds, Esq.
Fla. Bar No. 0964972

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 30th day of May 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane, Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.

> BOIES, SCHILLER & FLEXNER
> Attorneys for Plaintiffs
> 2435 Hollywood Boulevard
> Hollywood, FL 33020
> (954) 929-1190
> (954) 929-1185 - Fax
>
> By: _____
> Anne E. Hinds, Esq.
> Fla. Bar No. 0964972