UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on behalf of herself and all others similarly situated,

Case No.:00-06145-CIV-FERGUSON

    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.
_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff, Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin & Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I will not be held responsible for such attorneys fees or costs. I further understand that I may obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct, any settlement that may be negotiated on behalf of all Plaintiffs.



If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_Tempy Aguilar-DeMarco_  
Signature

_May 24, '00_  
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _Tempy Aguilar-DeMarco_

Street address _123 New Market Circle_

Mailing address _Same_

City, State & Zip code _Lexington, SC  29073_

Daytime Phone _803 356-7312_

Evening Phone _803 356-7104_

2