FILING FEE
AID $15.00
In Forma Pauperis
Clarence Maddox, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-FERGUSON
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and )
KIMBERLY DRAKE, on behalf of )
themselves and all others similarly )
situated, )
)
                 Plaintiffs, )
)
vs. )
)
BANKAMERICA CORPORATION, )
a foreign corporation d/b/a )
BANK OF AMERICA CORPORATION, )
a foreign corporation, f/k/a )
NATIONSBANK, N.A., a national )
association, )
)
                 Defendants. )

## ATTORNEY BRUCE M. STEEN'S
## MOTION TO PERMIT LIMITED APPEARANCE

The undersigned attorney, BRUCE M. STEEN, pursuant to Rule 4(F) of the special rules governing the admission and practice of attorneys, requests that the Court enter an Order permitting the undersigned to appear and participate in the above-styled action, on behalf of the Defendants, and as grounds therefore would show:

1.    I am a member in good standing of the Bar of the Commonwealth of Virginia. I am admitted to practice in the Courts of Virginia and the District of Columbia, the United States District Court for the Western District of Virginia, the United States District Court for the Eastern District of Virginia, and the United States Court of Appeals for the Fourth Circuit. I am not admitted to practice in the United States District Court for

the Southern District of Florida and seek permission to appear and participate in the above-styled action. I am a partner in the law firm of McGuire, Woods, Battle & Boothe LLP.

2.  Attorney Michael T. Burke, is a member of the Trial Bar of this Court, maintains an office in this District for the practice of law, and is designated as local counsel. The Court and opposing counsel may readily communicate regarding the conduct of the case and may serve papers on Mr. Burke on behalf of Defendants. Attorney Michael T. Burke's written statement consenting to the designation is attached hereto.

WHEREFORE, Attorney Bruce M. Steen requests that the Court enter an Order permitting Attorney Steen's limited appearance to participate and appear on behalf of the Defendants in the above-styled action.

This the 24th day of May, 2000.

_____
Bruce M. Steen, VA State Bar # 31062
McGUIRE, WOODS, BATTLE & BOOTHE LLP
3700 Bank of America Plaza
Charlotte, North Carolina 28280
(704) 373-8999 FAX 704-373-8990

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-FERGUSON
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and )
KIMBERLY DRAKE, on behalf of )
themselves and all others similarly )
situated, )
　 )
　　　　　Plaintiffs, )
　 )
　vs. )
　 )
BANKAMERICA CORPORATION, )
a foreign corporation d/b/a )
BANK OF AMERICA CORPORATION, )
a foreign corporation, f/k/a )
NATIONSBANK, N.A., a national )
association, )
　 )
　　　　　Defendants. )

## CONSENT TO DESIGNATION AS LOCAL COUNSEL

The undersigned attorney, MICHAEL T. BURKE, a member in good standing of the Trial Bar of this Court who maintains an office in this District for the practice of law, consents to be designated as local counsel with Attorney Bruce M. Steen, on behalf of the Defendants in the above-styled action.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail to **DANIEL R. LEVINE, Esq. and ADAM S. CHOTINER, Esq.,** Muchnick, Wasserman, Dolin & Levine, LLP, Suite 620 North, Presidential Circle, 4000 Hollywood Boulevard, Hollywood, Florida 33021, and **CARYL BOIES, ESQ., and**

**ANNE E. HINDS, Esq.,** Boies, Schiller and Flexner, LLP, 2435 Hollywood Boulevard, Suite 200, Hollywood, FL 33020.

This the 30th day of May, 2000.

>JOHNSON, ANSELMO, MURDOCH, BURKE
> & GEORGE, P.A.
>790 East Broward Blvd., Suite 400
>Post Office Box 030220
>Fort Lauderdale, Florida 33303-0220
>Facsimile:   954/463-2444
>Telephone:  954/463-0100 Broward
>     305/945-2000 Dade
>     561/640-7448 WPB
>
>BY: _____
> Michael T. Burke
> Florida Bar No. 338771
>
>**Attorneys for Bank of America Corporation and Bank of America, N.A.**