**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**



ROXANNA L. ESCUDERO, and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated,

Case No. 00-6145-CIV-FERGUSON

Plaintiffs,

vs.

BANKAMERICA CORPORATION, a foreign corporation d/b/a BANK OF AMERICA CORPORATION, a foreign corporation, f/k/a NATIONSBANK, N.A., a national association,

Defendants.



## ORDER OF TRANSFER

**GOOD CAUSE** appearing that a transfer of the above-styled case is appropriate pursuant to Local Rule 3.9 (c) due to lower-numbered related case 97-7547-CIV-DIMITROULEAS, and subject to consent herein below, it is

**ORDERED** that the above-numbered case is hereby transferred to the calendar of Judge WILLIAM P. DIMITROULEAS for all further proceedings.

**DATED** in Chambers at Ft. Lauderdale, Florida, this 26th day of May, 2000.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE



After reviewing the court file in the above-numbered cause, the undersigned hereby accepts the transfer of said case. Therefore, it is

**ORDERED** that all pleadings hereinafter filed shall bear the following number: Case No. CC-6145-(C-Dimitrouleas) thereby indicating the Judge to whom all pending pleadings should be routed to or otherwise brought for attention.

**THE FOREGOING** transfer is herewith accepted this 31 day of May, 2000.

DANIEL T. K. HURLEY - W/ Dimitrouleas
UNITED STATES DISTRICT JUDGE

copies provided:
William P. Dimitrouleas
Lucy Lara, Case Reassignment Clerk
Daniel R. Levine, Esq.
Michael T. Burke, Esq.