UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6145-CIV-DIMITROULEAS

ROXANNA L. ESCUDERO, and KIMBERLY
DRAKE, on behalf of themselves and all others
similarly situated,

    Plaintiffs,

vs.

BANKAMERICA CORPORATION, a
foreign corporation d/b/a BANK OF AMERICA
CORPORATION, a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,

    Defendants.
_____/



### ORDER REQUIRING COUNSEL TO MEET
### & FILE JOINT SCHEDULING REPORT

THIS ORDER has been entered upon the Order of Transfer. Plaintiff's counsel is hereby ORDERED to forward to all defendants, upon receipt of a responsive pleading, a copy of this order.

It is further ORDERED:

1. Pretrial discovery in this case shall be conducted in accord with Local Rules 16.1 and 26.1, and the Federal Rules of Civil Procedure.

2. Counsel for the parties shall hold a **scheduling conference** within twenty (20) days after the filing of this Order. See Local Rule 16.1(B).

3. Within ten (10) days of the scheduling conference, counsel shall file a **joint scheduling report** pursuant to Local Rule 16.1(B)(7). This report **shall indicate the proposed month and year for the trial** plus the estimated number of trial days required. Counsel shall also provide stamped envelopes addressed to all counsel of record.



Failure of counsel to file a joint scheduling report may result in dismissal, default, and the imposition of other sanctions including attorney's fees and costs.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this _____ day of June, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Michael T. Burke, Esq.
Richard F. Kane, Esq.
Daniel R. Levine, Esq.
Caryl Boies, Esq.
Anne E. Hines, Esq.