UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6145-CIV-DIMITROULEAS

ROXANNA L. ESCUDERO, and KIMBERLY
DRAKE, on behalf of themselves and all others
similarly situated,

    Plaintiffs,

vs.

BANKAMERICA CORPORATION, a
foreign corporation d/b/a BANK OF AMERICA
CORPORATION, a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,

    Defendants.
_____/

## ORDER ON MOTIONS TO PROCEED PRO HAC VICE

THIS CAUSE came before the Court on a Motion and Application for an order granting a limited appearance to Attorneys Richard F. Kane and Bruce M. Steel, filed herein on May 31, 2000. It is hereby

**ORDERED AND ADJUDGED** that the motion for an order granting a limited appearance for the above named attorneys is **GRANTED**. The Court notes the filing of two $75.00 checks made payable to the Clerk, United States District Court. Out of state counsel seeking to appear *pro hac vice* must pay the same filing fee as local attorneys who apply for admission to the bar of this court. The fee will cover *pro hac vice* admission in this case only.

The Court reserves the power to withdraw permission for special appearance prior to and during the time of trial. Failure to abide by any Court order or failure to appear at any scheduled matter may result in immediate revocation of counsel's *pro hac vice* status. Local counsel must



be ready to adequately represent the party at any time, including conducting the actual trial.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of June, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

copies to:

Michael T. Burke, Esq.
Richard F. Kane, Esq.
Daniel R. Levine, Esq.
Caryl Boies, Esq.
Anne E. Hines, Esq.