UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on behalf of herself and all others similarly situated,

CASE NO. 00-06145-CIV-~~FERGUSON~~ WPD

Plaintiff

vs.

NATIONSBANK, N.A.,

Defendant.

_____/



### NOTICE OF FILING

COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned counsel, and notifies the court of the following filings:

1. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Philip M. Lee, Jr.
2. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Henry David Calvillo
3. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Sherry Efyffe
4. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Michelle A. Barnett
5. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Tina R. Albritton
6. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Joseph A. Sierra
7. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Barbara Fleming
8. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Joyce A. Hardy
9. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Linda H. Grant

Dated: June 21, 2000

Respectfully Submitted,
BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By: _____
Anne E. Hinds, Esq.
Fla. Bar No. 0964972

1



**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 21st day of June 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.

> BOIES, SCHILLER & FLEXNER
> Attorneys for Plaintiffs
> 2435 Hollywood Boulevard
> Hollywood, FL 33020
> (954) 929-1190
> (954) 929-1185 - Fax
>
> By: _____
> Anne E. Hinds, Esq.
> Fla. Bar No. 0964972