UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,

        Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,

        Defendant.

_____/



## PLAINTIFFS' OBJECTION TO DEFENDANT'S RULE 45 SUBPOENAS

COME NOW the Plaintiffs, ROXANNA L. ESCUDERO, and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated, by and through their undersigned counsel, and pursuant to Rule 45 of the Fed. R. Civ. P., hereby file their Objection to the Defendant's issuance of subpoenas to non-parties as follows:

1. Plaintiffs object to the Defendant's issuance of subpoenas to non-parties G. Neil Companies, Discovery Zone, National Direct Corporation, Mountasia Family Fun Center, WBCC - TV Channel 68, and AHCA. Copies of these subpoenas are attached hereto as composite Exhibit "A". Quite clearly, the issues in the above-referenced matter have nothing to do with the Plaintiff's current and/or prospective employers. The issuance of the subpoenas to the Plaintiff's current and/or prospective employers is harassing, retaliatory and



is not reasonably calculated to lead to the discovery of admissible evidence.

Respectfully submitted,

MUCHNICK, WASSERMAN, DOLIN & LEVINE, LLP
Attorneys for Plaintiffs
4000 Hollywood Boulevard, Suite 620 North
Hollywood, FL 33021
(954) 989-8100 - Broward
(305) 624-9100 - Dade
(954) 989-8700 - Fax

By: _____
SUSAN L. DOLIN, Esq.
Fla. Bar No. 708690
DANIEL R. LEVINE, Esq.
Fla. Bar No. 0057861

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this __18__ day of July, 2000, to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane, Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, NC 28280.

MUCHNICK, WASSERMAN, DOLIN & LEVINE, LLP
Attorneys for Plaintiffs
4000 Hollywood Boulevard, Suite 620 North
Hollywood, FL 33021
(954) 989-8100 - Broward
(305) 624-9100 - Dade
(954) 989-8700 - Fax

By: _____
SUSAN L. DOLIN, Esq.
Fla. Bar No. 708690
DANIEL R. LEVINE, Esq.
Fla. Bar No. 0057861

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf
of themselves and all others
similarly situated,

            Plaintiffs,

v.

BANKAMERICA CORPORATION, a
foreign corporation d/b/a BANK OF
AMERICA CORPORATION, a foreign
corporation, f/k/a NATIONSBANK,
N.A. a national association,

            Defendants.

## SUBPOENA IN A CIVIL CASE
CASE NUMBER: 00-6145-CIV-DIMITROULEAS

TO: **Custodian of Records - G. Neil Companies**
     **720 International Parkway**
     **Sunrise, Florida 33345-0939**

YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION: | DATE AND TIME |
|---|---|
|  |  |

**XX  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): Personnel file of Kimberly S. (Abrams) Drake, SS# 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; Date of Birth 10/04/69.**

| PLACE  Johnson Anselmo Murdoch Burke & George, P.A. | DATE AND TIME |
|---|---|
| 790 East Broward Blvd., Suite 400  P.O. Box 030220<br>Fort Lauderdale, FL 33303-0220 | By 5:00 p.m. on July 21, 2000 |

YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]*<br>Richard F. Kane, Attorney for Defendant | July 3, 2000 |

ISSUING OFFICER'S NAME, ADDRESS, PHONE NUMBER AND STATE BAR NUMBER: NC State Bar #5094
McGuire, Woods, Battle & Boothe LLP, 3700 Bank of America Plaza
Charlotte, North Carolina 28280, 704 373-8990

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf
of themselves and all others
similarly situated,

## SUBPOENA IN A CIVIL CASE

Plaintiffs,

CASE NUMBER: 00-6145-CIV-DIMITROULEAS

v.

BANKAMERICA CORPORATION, a
foreign corporation d/b/a BANK OF
AMERICA CORPORATION, a foreign
corporation, f/k/a NATIONSBANK,
N.A. a national association,

Defendants.

TO: **Custodian of Records - G. Neil Companies**
**720 International Parkway**
**Sunrise, Florida 33345-0939**

YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION: | DATE AND TIME |
|---|---|
|  |  |

**XX  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): Personnel file of Roxanna L. (Journot) Escudero, SS# 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; Date of Birth 11/09/60.**

| PLACE  Johnson Anselmo Murdoch Burke & George, P.A. | DATE AND TIME |
|---|---|
| 790 East Broward Blvd., Suite 400  P.O. Box 030220  Fort Lauderdale, FL 33303-0220 | By 5:00 p.m. on July 21, 2000 |

YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Richard F. Kane* /s/ Richard F. Kane, Attorney for Defendant | July 5, 2000 |

ISSUING OFFICER'S NAME, ADDRESS, PHONE NUMBER AND STATE BAR NUMBER: NC State Bar #5694
McGuire, Woods, Battle & Boothe LLP, 3700 Bank of America Plaza
Charlotte, North Carolina 28280, 704 373-8990

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf
of themselves and all others
similarly situated,

## SUBPOENA IN A CIVIL CASE
CASE NUMBER: 00-6145-CIV-DIMITROULEAS

Plaintiffs,

v.

BANKAMERICA CORPORATION, a
foreign corporation d/b/a BANK OF
AMERICA CORPORATION, a foreign
corporation, f/k/a NATIONSBANK,
N.A. a national association,

Defendants.

TO:  Custodian of Records - Discovery Zone
     515 Seabreeze Blvd., Suite 206
     Fort Lauderdale, Florida 33316

YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION: | DATE AND TIME |
|---|---|
|  |  |

XX  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): Personnel file of Roxanna L. (Journot) Escudero, SS# 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; Date of Birth 11/09/60 for employment at the Sawgrass Mall, Sunrise FL location.

| PLACE  Johnson Anselmo Murdoch Burke & George, P.A. | DATE AND TIME |
|---|---|
| 790 East Broward Blvd., Suite 400 P.O. Box 030220<br>Fort Lauderdale, FL 33303-0220 | By 5:00 p.m. on July 21, 2000 |

YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br><br>*(signature)*<br>Richard F. Kane, Attorney for Defendant | DATE<br><br>July 3, 2000 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS, PHONE NUMBER AND STATE BAR NUMBER, NC State Bar #5094
McGuire, Woods, Battle & Boothe LLP, 3700 Bank of America Plaza
Charlotte, North Carolina 28280, 704 373-8990

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf
of themselves and all others
similarly situated,

                Plaintiffs,

v.

BANKAMERICA CORPORATION, a
foreign corporation d/b/a BANK OF
AMERICA CORPORATION, a foreign
corporation, f/k/a NATIONSBANK,
N.A. a national association,

                Defendants.

## SUBPOENA IN A CIVIL CASE

CASE NUMBER: 00-6145-CIV-DIMITROULEAS

TO:    Custodian of Records - Discovery Zone
        515 Seabreeze Blvd., Suite 206
        Fort Lauderdale, Florida 33316

YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |

YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION: | DATE AND TIME |
|---|---|
|  |  |

**XX  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): Personnel file of Kimberly S. (Abrams) Drake, SS# 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; Date of Birth 10/04/69 for employment at the Andrews Ave. location.**

| PLACE   Johnson Anselmo Murdoch Burke & George, P.A. | DATE AND TIME |
|---|---|
| 790 East Broward Blvd., Suite 400 P.O. Box 030220 Fort Lauderdale, FL 33303-0220 | By 5:00 p.m. on July 21, 2000 |

YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* <br> Richard F. Kane, Attorney for Defendant | July 3, 2000 |

ISSUING OFFICER'S NAME, ADDRESS, PHONE NUMBER AND STATE BAR NUMBER: NC State Bar #5694
McGuire, Woods, Battle & Boothe LLP, 3700 Bank of America Plaza
Charlotte, North Carolina 28280, 704 373-8990

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf
of themselves and all others
similarly situated,

        Plaintiffs,

v.

BANKAMERICA CORPORATION, a
foreign corporation d/b/a BANK OF
AMERICA CORPORATION, a foreign
corporation, f/k/a NATIONSBANK,
N.A. a national association,

        Defendants.

## SUBPOENA IN A CIVIL CASE
CASE NUMBER: 00-6145-CIV-DIMITROULEAS

TO:   Custodian of Records - National Direct Corporation
      2570 W. International Speedway Blvd.
      Daytona Beach, Florida 32114

YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION: | DATE AND TIME |
|---|---|

XX  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): Personnel file of Nancy M. Rojas, SS# 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; Date of Birth 07/23/63.

| PLACE  McGuire, Woods, Battle & Boothe LLP<br>3300 Barnett Center<br>50 North Laura Street<br>Jacksonville, FL 32201-4099 | DATE AND TIME<br>By 5:00 p.m. on July 21, 2000 |
|---|---|

YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br><br>*/s/ Richard F. Kane*<br>Richard F. Kane, Attorney for Defendant | DATE<br>July 3, 2000 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS, PHONE NUMBER AND STATE BAR NUMBER: NC State Bar #5694
McGuire, Woods, Battle & Boothe LLP, 3700 Bank of America Plaza
Charlotte, North Carolina 28280, 704 373-8990

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf
of themselves and all others
similarly situated,

               Plaintiffs,

v.

BANKAMERICA CORPORATION, a
foreign corporation d/b/a BANK OF
AMERICA CORPORATION, a foreign
corporation, f/k/a NATIONSBANK,
N.A. a national association,

               Defendants.

## SUBPOENA IN A CIVIL CASE
CASE NUMBER: 00-6145-CIV-DIMITROULEAS

TO:    **Custodian of Records - Mountasia Family Fun Center**
        **A1A Arlington Expressway**
        **Jacksonville, Florida 32216**

YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

**XX  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): Personnel file of Roxanna L. (Journot) Escudero, SS# 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; Date of Birth 11/09/60.**

| PLACE  McGuire, Woods, Battle & Boothe LLP<br>3300 Barnett Center<br>50 North Laura Street<br>Jacksonville, FL 32201-4099 | DATE AND TIME<br>By 5:00 p.m. on July 21, 2000 |
|---|---|

YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br><br>*/s/ Richard F. Kane*<br>Richard F. Kane, Attorney for Defendant | DATE<br>July 3, 2000 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS, PHONE NUMBER AND STATE BAR NUMBER: NC State Bar #5694
McGuire, Woods, Battle & Boothe LLP, 3700 Bank of America Plaza
Charlotte, North Carolina 28280, 704 373-8990

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf
of themselves and all others
similarly situated,

Plaintiffs,

v.

BANKAMERICA CORPORATION, a
foreign corporation d/b/a BANK OF
AMERICA CORPORATION, a foreign
corporation, f/k/a NATIONSBANK,
N.A. a national association,

Defendants.

## SUBPOENA IN A CIVIL CASE
CASE NUMBER: 00-6145-CIV-DIMITROULEAS

TO: Custodian of Records - Mountasia Family Fun Center
A1A Arlington Expressway
Jacksonville, Florida 32216

YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION: | DATE AND TIME |
|---|---|

XX YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): Personnel file of Kimberly S. (Abrams) Drake, SS# 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; Date of Birth 10/04/69.

| PLACE McGuire, Woods, Battle & Boothe LLP<br>3300 Barnett Center<br>50 North Laura Street<br>Jacksonville, FL 32201-4099 | DATE AND TIME<br>By 5:00 p.m. on July 21, 2000 |
|---|---|

YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br><br>*Richard F. Kane*<br>Richard F. Kane, Attorney for Defendant | DATE<br>July 3, 2000 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS, PHONE NUMBER AND STATE BAR NUMBER: NC State Bar #5694
McGuire, Woods, Battle & Boothe LLP, 3700 Bank of America Plaza
Charlotte, North Carolina 28280, 704 373-8990

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf
of themselves and all others
similarly situated,

              Plaintiffs,

v.

BANKAMERICA CORPORATION, a
foreign corporation d/b/a BANK OF
AMERICA CORPORATION, a foreign
corporation, f/k/a NATIONSBANK,
N.A. a national association,

              Defendants.

## SUBPOENA IN A CIVIL CASE
CASE NUMBER: 00-6145-CIV-DIMITROULEAS

TO: **Custodian of Records - WBCC - TV Channel 68**
**Brevard Community College**
**1519 Clearlake Road**
**Cocoa, Florida 32922**

YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION: | DATE AND TIME |
|---|---|
|  |  |

**XX  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): Personnel file of Kimberly S. (Abrams) Drake, SS# 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; Date of Birth 10/04/69 for employment at WRES - TV 68.**

| PLACE McGuire, Woods, Battle & Boothe LLP<br>3300 Barnett Center<br>50 North Laura Street<br>Jacksonville, FL 32201-4099 | DATE AND TIME<br>By 5:00 p.m. on July 21, 2000 |
|---|---|

YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]*<br>Richard F. Kane, Attorney for Defendant | July 3, 2000 |

ISSUING OFFICER'S NAME, ADDRESS, PHONE NUMBER AND STATE BAR NUMBER NC State Bar #5094
McGuire, Woods, Battle & Boothe LLP, 3700 Bank of America Plaza
Charlotte, North Carolina 28280, 704 373-8990

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf
of themselves and all others
similarly situated,

Plaintiffs,

v.

BANKAMERICA CORPORATION, a
foreign corporation d/b/a BANK OF
AMERICA CORPORATION, a foreign
corporation, f/k/a NATIONSBANK,
N.A. a national association,

Defendants.

## SUBPOENA IN A CIVIL CASE
CASE NUMBER: 00-6145-CIV-DIMITROULEAS

TO: **Custodian of Records - AHCA**
**State of Florida**
**210 S. Beach Street**
**Daytona Beach, Florida 32114**

YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

**XX YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): Personnel file of Nancy M. Rojas, SS# 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; Date of Birth 07/23/63.**

| PLACE McGuire, Woods, Battle & Boothe LLP<br>3300 Barnett Center<br>50 North Laura Street<br>Jacksonville, FL 32201-4099 | DATE AND TIME<br>By 5:00 p.m. on July 21, 2000 |
|---|---|

YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br><br>*Richard F. Kane* (signature)<br>Richard F. Kane, Attorney for Defendant | DATE<br>July 3, 2000 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS, PHONE NUMBER AND STATE BAR NUMBER: NC State Bar #5694
McGuire, Woods, Battle & Boothe LLP, 3700 Bank of America Plaza
Charlotte, North Carolina 28280, 704 373-8990

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)