UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS/Johnson

ROXANNA L. ESCUDERO, and )
KIMBERLY DRAKE, on behalf of )
themselves and all others similarly )
situated, )
 )
               Plaintiffs, )
 )
vs. )
 )
BANKAMERICA CORPORATION, )
a foreign corporation d/b/a )
BANK OF AMERICA CORPORATION, )
a foreign corporation, f/k/a )
NATIONSBANK, N.A., a national )
association, )
 )
               Defendant )



## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFFS' MOTION TO ALLOW NOTIFICATION TO POTENTIAL CLASS MEMBERS

Pursuant to Local Rule 7.1.A.1(j), Defendant Bank of America Corporation,[1] (hereafter "Bank of America") hereby requests the Court to enter an order enlarging until September 18, 2000 the time within which Bank of America must file its response to Plaintiffs' Motion to Allow Notification to Potential Class Members, as authorized by the Fair Labor

---

[1] Although styled BankAmerica Corporation in the caption of Plaintiffs' Complaint, Defendant's proper name is Bank of America Corporation.



Standards Act, 29 U.S.C. § 216(b). Bank of America states as follows in support of this unopposed Motion:

1. On August 21, 2000, the Plaintiffs served upon Bank of America their Motion to Allow Notification to Potential Class Members. Attached to that Motion are the Affidavits of thirteen individuals who allege, *inter alia*, that they were employed by Bank of America as consumer bankers, classified as "non-exempt" for overtime pay purposes, and were not paid for overtime work. Those individuals also allege that there are other consumer bankers who would desire to opt-in to this lawsuit if they were provided court-approved notice of the lawsuit.

2. Since receiving Plaintiffs' Motion and attached Affidavits, Bank of America has initiated a search within its payroll system to verify the dates of employment and wages of the Affiants. Bank of America believes that this data will provide relevant information to the Court in considering whether the Affiants are "similarly situated" to the Plaintiffs in this case. However, the retrieval of this information is a time-consuming process and the information will not be available prior to the response due date of September 8, 2000. Therefore, Bank of America requires an additional ten days in which to prepare its response.

3. Pursuant to Local Rule 7.1.A.3, Bank of America's counsel has conferred with Plaintiffs' lead counsel regarding this Motion for Extension. Plaintiffs' counsel has authorized Bank of America to represent to the Court that the Plaintiffs have no objection to such Motion and do not oppose an extension of time to September 18, 2000, for Bank of America to file a response to Plaintiffs' Motion to Allow Notification.

4. This Motion is not made for the purposes of harassment or delay, nor will it prejudice the Plaintiffs.

WHEREFORE, Bank of America requests the Court to enter an order enlarging until September 18, 2000, the time within which Bank of America must file its response to Plaintiffs' Motion to Allow Notification to Potential Class Members.

This the 1st day of September 2000.

Michael T. Burke
Florida Bar No. 338771
JOHNSON, ANSELMO, MURDOCH, BURKE
& GEORGE, P.A.
790 East Broward Blvd., Suite 400
Post Office Box 030220
Fort Lauderdale, Florida 33303-0220
Facsimile: 954/463-2444
Telephone: 954/463-0100 Broward
305/945-2000 Dade
561/640-7448 WPB

Richard F. Kane, NC State Bar # 5694
Bruce M. Steen, VA State Bar # 31062
McGUIREWOODS LLP
3700 Bank of America Plaza
Charlotte, North Carolina 28280
(704) 373-8999 FAX 704-373-8990

**Attorneys for Bank of America Corporation**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing "**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFFS' MOTION TO ALLOW NOTIFICATION TO POTENTIAL CLASS MEMBERS**" in the above-captioned proceeding has been served this day by U.S. mail, postage prepaid, upon Plaintiffs' counsel as listed below:

>Daniel R. Levine, Esq.
>Adam S. Chotiner, Esq.
>Muchnick, Wasserman, Dolin & Levine, LLP
>Presidential Circle Building, Suite 620 North
>4000 Hollywood Blvd.
>Hollywood, FL 33021
>
>Caryl Boies, Esq.
>Anne E. Hinds, Esq.
>Boies, Schiller & Flexner, LLP
>2435 Hollywood Boulevard, Suite 200
>Hollywood, FL 33020

and a copy has been sent to

>Magistrate Judge Linnea R. Johnson
>United States Courthouse
>701 Clematis Street
>West Plam Beach, Florida 33401)

This the 1st day of September, 2000.

_____
Attorney