UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS/Johnson

ROXANNA L. ESCUDERO, and )
KIMBERLY DRAKE, on behalf of )
themselves and all others similarly )
situated, )
　)
　　　　Plaintiffs, )
　)
vs. )
　)
BANKAMERICA CORPORATION, )
a foreign corporation d/b/a )
BANK OF AMERICA CORPORATION, )
a foreign corporation, f/k/a )
NATIONSBANK, N.A., a national )
association, )
　)
　　　　Defendant )

FILED by _____ D.C.

SEP 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D OF FLA. FT. LAUD.

## ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFFS' MOTION TO ALLOW NOTIFICATION TO POTENTIAL CLASS MEMBERS

THIS CAUSE came before the Court upon Defendant's Unopposed Motion for Extension of Time in Which to Respond to Plaintiffs' Motion to Allow Notification to Potential Class Members, and the Court having considered the matter and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that Defendant's Unopposed Motion for Extension of Time is hereby GRANTED; and that Defendant's response to Plaintiffs' Motion to



Allow Notification to Potential Class Member shall be filed and served on or before

September 18, 2000.

Done and Ordered in Chambers, at Broward County, Florida, this ____ day of

September, 2000.

Honorable William P. Dimitrouleas

cc:  Susan R. Dolin, Esquire
     Richard F. Kane, Esquire
     Michael T. Burke, Esquire
     Caryl Bores, Esq.