UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS/Snow

| | |
|---|---|
| ROXANNA L. ESCUDERO, and<br>KIMBERLY DRAKE, on behalf of<br>themselves and all others similarly<br>situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>BANKAMERICA CORPORATION,<br>a foreign corporation d/b/a<br>BANK OF AMERICA CORPORATION,<br>a foreign corporation, f/k/a<br>NATIONSBANK, N.A., a national<br>association,<br><br>                Defendants. |  |

### NOTICE OF FILING OF ORIGINAL
### SUPPLEMENTAL AFFIDAVIT OF JOYCE BUTLER

DEFENDANT, Bank of America Corporation (f/k/a BankAmerica Corporation) and Bank of America N.A. (f/k/a NationsBank, N.A.) (collectively referred to herein as "NationsBank"), hereby files with this Court the attached original Supplemental Affidavit of Joyce Butler in support of its previously filed Supplemental Response to Plaintiffs' Motion to allow Notification to Potential Class Members in the above-captioned action. Said Motion



was filed contemporaneously with NationsBank's Motion for Leave to File Supplemental Response.

This the __19<sup>t</sup>__ day of October, 2000.

*[signature]*

Michael T. Burke (Florida Bar No. 338771)
Johnson, Anselmo, Murdoch, Burke & George, P.A..
790 East Broward Blvd., Suite 400
P.O. Box 030220
Fort Lauderdale, Florida 33303-0220
Facsimile:  954/463-2444
Telephone:  954/463-0100 Broward
            305/945-2000 Dade
            561/640-7448 WPB

Richard F. Kane (NC Bar No. 5694)
Bruce M. Steen (VA Bar No. 31062)
McGuire, Woods, Battle & Boothe LLP
3700 Bank of America Plaza
Charlotte, North Carolina 28280
Telephone:  (704) 373-8999
Facsimile:  (704) 373-8990

Attorneys for Bank of America Corporation and
Bank of America, N.A.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been served this

day by U.S. mail, postage prepaid, upon Plaintiffs' counsel as listed below:

>Daniel R. Levine, Esq.
>Adam S. Chotiner, Esq.
>Muchnick, Wasserman, Dolin & Levine, LLP
>Presidential Circle Building, Suite 620 North
>4000 Hollywood Blvd.
>Hollywood, FL 33021
>
>Boies, Schiller & Flexner, LLP
>2435 Hollywood Boulevard, Suite 200
>Hollywood, FL 33020

This the ___19___ day of October, 2000.

_____
Michael T. Burke

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS/Snow

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others similarly
situated,

           Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national
association,

           Defendant.

## SUPPLEMENTAL AFFIDAVIT OF JOYCE BUTLER

Joyce Butler, being first duly sworn, deposes and says as follows:

1. I am currently employed by the Defendant in the above-captioned action (the "Bank") as Loan Processor for the Montgomery/Frederick, Maryland Region. Prior to my promotion to this position in August of this year, I served as Vice President and Personnel Manager for the Bank. I am authorized by the Bank to make this Affidavit on its behalf.

2. I make this Affidavit based upon my personal knowledge and my review of the Bank's personnel and payroll records.

3. The Bank employed Jeff Motley as a Consumer Banker III from February 16, 1997 through February 4, 1999. The Bank reclassified Mr. Motley's Consumer Banker III position as non-exempt for overtime pay purposes on December 17, 1997. Based upon my review of the Bank's payroll register, Mr. Motley reported 19.50 hours of overtime on the time

records he submitted to the Bank in 1998. The Bank's payroll register also indicates that the Bank paid Mr. Motley a total of $365.62 in overtime pay during 1998.

Further this affiant sayeth not.

*Joyce E. Butler*
Joyce Butler

STATE OF Maryland
COUNTY OF Montgomery

To Wit:

The foregoing Affidavit was personally subscribed and sworn to before me, John D Sindall, a Notary Public for the above-referenced jurisdiction, on October 16, 2000 by JOYCE BUTLER.

Notary Public

(Official Seal)

My Commission Expires: 8-1-02

2