UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others similarly
situated,

           Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national
association,

           Defendant.



## NationsBank's Motion For Summary Judgment

Bank of America Corporation (f/k/a BankAmerica Corporation) and Bank of America, N.A. (f/k/a NationsBank, N.A.)(collectively "NationsBank"), by counsel, hereby move for summary judgment on the claims asserted by the forty (40) "opt-in" plaintiffs who: (1) terminated their employment with NationsBank prior to its reclassification on December 17, 1997, of the Consumer Banker II, III and IV positions as "non-exempt" for purposes of overtime pay under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201, et seq.; and (2) transferred out of their Consumer Banker II, III or IV positions prior to NationsBank's reclassification on December 17, 1997, of those positions as "non-exempt" for overtime pay purposes under the FLSA.



Case No. 00-06145-CIV-DIMITROULEAS/Snow
Escudero v. NationsBank, N.A.

As more particularly demonstrated in the Concise Statement Of Material Facts As To Which NationsBank Contends There Is No Genuine Issue To Be Tried, its Memorandum of Law in Support of its Motion for Summary Judgment, the Affidavit of Debra Robinson and the Affidavit of Joyce Butler, all of which are incorporated herein by reference, there are no genuine issues of material fact that exist as to the plaintiffs who are in the above-described categories, and NationsBank is, therefore, entitled to judgment as a matter of law on all claims asserted against it in this action by each such plaintiff.

Based upon this Motion, and the pleadings filed in support thereof, NationsBank respectfully requests the Court to enter an Order: (1) granting its Motion for Summary Judgment on the claims asserted by the plaintiffs identified herein; (2) dismissing with prejudice the claims asserted by the plaintiffs identified herein; (3) awarding NationsBank the costs and reasonable attorneys' fees expended in prosecuting this Motion; and (4) awarding NationsBank such other and further relief as the Court deems just and proper.

Respectfully submitted, this the __23rd__ day of October, 2000.

Michael T. Burke (Fla. Bar No. 338771)
Johnson, Anselmo, Murdoch, Burke & George, P.A.
790 East Broward Blvd., Suite 400
P.O. Box 030220
Fort Lauderdale, Florida 33303-0220
(954) 463-0100; Facsimile (954) 463-2444

Richard F. Kane (NC Bar No. 5694)
Bruce M. Steen (VA Bar No. 31062)
MCGUIREWOODS LLP
3700 NationsBank Plaza
Charlotte, North Carolina 28280
(704) 373-8999; Facsimile (704) 373-8990

Counsel for NationsBank, N.A.

Case No. 00-06145-CIV-DIMITROULEAS/Snow
Escudero v. NationsBank, N.A.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing in the above-captioned proceeding has been served this day by U.S. mail, postage prepaid, upon plaintiffs' counsel as listed below:

> Susan L. Dolin, Esq.
> Daniel R. Levine, Esq.
> Muchnick, Wasserman, Dolin & Levine, LLP
> Presidential Circle Building, Suite 620 North
> 4000 Hollywood Blvd.
> Hollywood, FL 33021
>
> Caryl Boies, Esq.
> Anne E. Hinds, Esq.
> Boies, Schiller & Flexner, LLP
> 2435 Hollywood Boulevard, Suite 200
> Hollywood, FL 33020

This the 23rd day of October, 2000.

Michael T. Burke