UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others similarly
situated,

          Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national
association,

          Defendant.



## Concise Statement Of Material Facts As To Which
## NationsBank Contends There Is No Genuine Issue To Be Tried

Pursuant to S.D. Fla. L.R. 7.5, Bank of America Corporation (f/k/a BankAmerica

Corporation) and Bank of America, N.A. (f/k/a NationsBank, N.A.)(collectively "NationsBank"),

by counsel, submit the following concise statement of material facts as to which NationsBank

contends there is no genuine issue to be tried:

1.     On January 31, 2000, Plaintiffs Roxanna L. Escudero and Kimberly Drake

("Named Plaintiffs") filed the above-captioned action pursuant to the Fair Labor Standards Act,

29 U.S.C. §§ 201, et seq. ("FLSA"), "on behalf of themselves and all other employees of



NationsBank similarly situated." See Complaint and Demand for Jury Trial ("Complaint"), ¶¶ 4 and 10.

2.    Plaintiffs allege in their Complaint that they worked for NationsBank as Consumer Banker IIs and IIIs; that NationsBank reclassified their positions as non-exempt for purposes of the FLSA in December, 1997; and, that between December, 1997 and October 29, 1999, they and other similarly situated NationsBank employees worked "many times in excess" of forty (40) hours per week; and that NationsBank violated the FLSA by failing to pay them and other similarly situated employees overtime for hours worked in excess of forty (40) hours per week. See Complaint, ¶¶ 8, 9, 11, 14 and 16.

3.    Effective December 17, 1997, NationsBank reclassified the positions of Consumer Banker II, III and IV as non-exempt for purposes of the overtime provisions of the FLSA. See generally Affidavit of Joyce Butler ("Butler Affidavit"), appended hereto as Exhibit A[1]; see also Complaint, ¶ 14 and NationsBank's Answer, ¶ 13.

4.    The putative "class" of plaintiffs, as defined by Named Plaintiffs' own allegations and contentions, consists of all individuals who worked as non-exempt Consumer Banker IIs, IIIs or IVs after December 17, 1997. See Complaint, ¶¶ 10 and 14; see also Plaintiffs' Motion to Allow Notification to Potential Class Members, as Authorized by the Fair Labor Standards Act, 29 U.S.C. § 216(b)("Motion to Allow Notification"), ¶¶ 4 and 14.

5.    Therefore, according to Named Plaintiffs' allegations and contentions in this action, an individual must have worked as a non-exempt Consumer Banker II, III or IV after December 17, 1997 to qualify as a proper "opt-in" plaintiff. Id.; see also Butler Affidavit.

_____

[1] For the Court's ease of reference, the original Butler Affidavit is appended as Exhibit E to NationsBank's Opposition to Plaintiffs' Motion to Allow Notification to Potential Class Members, which document was filed on September 18, 2000.

2

6.    As of October 1, 2000, counsel for Named Plaintiffs had filed one hundred nine

(109) consent forms purportedly executed by plaintiffs who desire to "opt-in" to this action

pursuant to the provisions of § 216(b) of the FLSA. See Compendium of Notice of Filing of

Consent To Become Party Plaintiff attached hereto as Exhibit B.

7.    Twenty-nine (29) of the "opt-in" plaintiffs terminated their employment with

NationsBank prior to December 17, 1997. See Affidavit of Debra Robinson ("Robinson

Affidavit"), ¶ 7, appended hereto as Exhibit C[2]. Those plaintiffs are:

|  | Name | Termination Date |
|---|---|---|
| 1. | Anita Alexander (Parial) | 1/28/97 |
| 2. | Tina R. Albritton | 3/13/97 |
| 3. | Lisa Beach | 10/1/96 |
| 4. | Peggy J. Biggs | 11/12/95 |
| 5. | Janice Cole | 3/31/97 |
| 6. | Christopher Coleman | 6/11/97 |
| 7. | James Carl Copeland | 1/31/97 |
| 8. | Andrea M. Cordell | 10/1/97 |
| 9. | Lyndia M. Cox | 8/29/97 |
| 10. | M. Christina Geurin-Davidson | 3/29/96 |
| 11. | Nancy German | 1/3/96 |
| 12. | Marcia Heuser | 6/30/97 |
| 13. | Todd Hill | 11/14/97 |
| 14. | Katherine B. Kennedy | 3/28/97 |
| 15. | Deborah A. Pye-Lee | 10/24/95 |
| 16. | Wendy Louderback | 12/4/96 |
| 17. | Joe J. Northcutt | 8/21/97 |
| 18. | Miriam Osavio | 2/14/97 |
| 19. | Irma W. Powell | 3/31/97 |
| 20. | Jennie C. Pumphrey | 7/31/97 |
| 21. | Antoinette Queen | 3/18/97 |
| 22. | Traci B. Ratcliff | 10/15/97 |
| 23. | Lily Rubenstein | 8/10/97 |
| 24. | Sallie Savage | 6/30/96 |
| 25. | Riitta Silverman | 6/30/97 |
| 26. | Stephanie M. Strozier | 11/10/97 |

_____

[2] For the Court's ease of reference, the original Robinson Affidavit is appended as
Exhibit C to NationsBank's Motion for Leave to File Supplemental Response to Plaintiffs'
Motion to Allow Notification to Potential Class Members, which document was filed on October
17, 2000.

| 27. | Kathleen Martinez Stuchberry | 10/4/96 |
| 28. | Lillian Moreno Vaccato | 10/12/96 |
| 29. | Carolyn S. Walker | 2/29/96 |

These twenty-nine "opt-in" plaintiffs, therefore, did not work as non-exempt Consumer Bankers

after December 17, 1997 and, therefore, are not proper plaintiffs in this action under the

allegations contained in Named Plaintiffs' Complaint. See Complaint, ¶¶ 10 and 14.

8.      Eleven (11) of the "opt-in" plaintiffs transferred out of their respective Consumer

Banker II, III or IV positions prior to December 17, 1997. See Robinson Affidavit, ¶ 8. Those

Plaintiffs are:

|     | Name | Left Position |
| --- | --- | --- |
| 1. | Eloise M. Batts | 10/31/96 |
| 2. | Willie B. Brice | 7/31/97 |
| 3. | Patrick A. Banks | 4/27/97 |
| 4. | Sherry Fyffe | 11/30/97 |
| 5. | Rodney N. Hensley | 6/30/97 |
| 6. | Cindy C. MacDonald | 5/31/97 |
| 7. | June E. McKinley | 8/24/97 |
| 8. | Anastasia Monroe | 8/31/97 |
| 9. | Adelia Smith | 12/15/97 |
| 10. | Olga Valdes | 4/30/96 |
| 11. | Julia L. Waddington | 4/14/96 |

These eleven "opt-in" plaintiffs, therefore, did not work as non-exempt Consumer Bankers after

December 17, 1997 and, therefore, are not proper plaintiffs in this action under the allegations

contained in Named Plaintiffs' Complaint. See Complaint, ¶¶ 10 and 14.

Respectfully submitted, this the __23rd__ day of October, 2000.

Michael T. Burke (Fla. Bar No. 338771)
Johnson, Anselmo, Murdoch, Burke & George, P.A.
790 East Broward Blvd., Suite 400
P.O. Box 030220
Fort Lauderdale, Florida 33303-0220
(954) 463-0100; Facsimile (954) 463-2444

Richard F. Kane (NC Bar No. 5694)
Bruce M. Steen (VA Bar No. 31062)
MCGUIREWOODS LLP
3700 NationsBank Plaza
Charlotte, North Carolina 28280
(704) 373-8999; Facsimile (704) 373-8990

Counsel for NationsBank, N.A.

Case No. 00-06145-CIV-DIMITROULEAS/Snow
Escudero v. NationsBank, N.A.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing in the above-captioned

proceeding has been served this day by U.S. mail, postage prepaid, upon plaintiffs' counsel as

listed below:

> Susan L. Dolin, Esq.
> Daniel R. Levine, Esq.
> Muchnick, Wasserman, Dolin & Levine, LLP
> Presidential Circle Building, Suite 620 North
> 4000 Hollywood Blvd.
> Hollywood, FL 33021

> Caryl Boies, Esq.
> Anne E. Hinds, Esq.
> Boies, Schiller & Flexner, LLP
> 2435 Hollywood Boulevard, Suite 200
> Hollywood, FL 33020

This the 27th day of October, 2000.

Michael T. Burke

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS/Snow

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others similarly
situated,

          Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national
association,

          Defendant.

## AFFIDAVIT OF JOYCE BUTLER

Joyce Butler, being first duly sworn, deposes and says as follows:

1.    I am currently employed by the Defendant in the above-captioned action (the "Bank") as Loan Processor for the Montgomery/Frederick, Maryland Region. Prior to my promotion to this position in August of this year, I served as Vice President and Personnel Manager for the Bank. I am authorized by the Bank to make this Affidavit on its behalf.

2.    I make this Affidavit based upon my personal knowledge and my review of the Bank's personnel and payroll records.

3.    The Bank has employed Juan C. Valdez, Sr. as a Consumer Banker III/Senior Personal Banker since February 1, 1994. Mr. Valdez's current title is "Senior Personal Banker", as all Consumer Banker III and IV positions were so renamed by the Bank on September 1, 2000. The Bank reclassified Mr. Valdez's Consumer Banker III/Senior Personal Banker position

as non-exempt for overtime pay purposes on December 17, 1997. Based upon my review of the Bank's payroll register, Mr. Valdez reported 19.75 hours of overtime on the time records he submitted to the Bank in 1998. Mr. Valdez reported 17.5 hours of overtime on the time records he submitted to the Bank in 1999, and between January 1 and August 31, 2000. The Bank's payroll register also indicates that the Bank paid Mr. Valdez overtime pay totaling $372.79 during 1998 and $336.96 during 1999 and 2000.

4.    The Bank employed Cari M. Ford as a Consumer Banker III from January 1, 1997 through January 31, 2000. The Bank reclassified Ms. Ford's Consumer Banker III position as non-exempt for overtime pay purposes on December 17, 1997. Based upon my review of the Bank's payroll register, Ms. Ford reported 377.25 hours of overtime on the time records she submitted to the Bank in 1998. Ms. Ford reported 232.5 hours of overtime on the time records she submitted to the Bank in 1999, through January 1 and January 31, 2000. The Bank's payroll register also indicates that the Bank paid Ms. Ford overtime pay totaling $9,224.98 during 1998 and $5,434.78 during 1999 and 2000.

5.    The Bank employed John Bari as a Consumer Banker II from November 3, 1997 through June 22, 1998. The Bank reclassified Mr. Bari's Consumer Banker II position as non-exempt for overtime pay purposes on December 17, 1997. Based upon my review of the Bank's payroll register, Mr. Bari reported 52.50 hours of overtime on the time records he submitted to the Bank in 1998. The Bank's payroll register also indicates that the Bank paid Mr. Bari a total of $814.91 in overtime pay during 1998.

6.    The Bank employed Virginia Francois as a Consumer Banker III from September 1, 1996 through October 12, 1999. The Bank reclassified Ms. Francois' Consumer Banker III position as non-exempt for overtime pay purposes on December 17, 1997. Based upon my

review of the Bank's payroll register, Ms. Francois reported 99.75 hours of overtime on the time records she submitted to the Bank in 1998. Ms. Francois reported 20 hours of overtime on the time records she submitted to the Bank in 1999. The Bank's payroll register also indicates that the Bank paid Ms. Francois overtime pay totaling $2,078.17 during 1998 and $408.24 during 1999 and 2000.

7.    The Bank employed Mary F. Bolden as a Consumer Banker III from July 1, 1996 through April 18, 2000. The Bank reclassified Ms. Bolden's Consumer Banker III position as non-exempt for overtime pay purposes on December 17, 1997. Based upon my review of the Bank's payroll register, Ms. Bolden reported 7.25 hours of overtime on the time records she submitted to the Bank in 1998. Ms. Bolden reported 36.7 hours of overtime on the time records she submitted to the Bank in 1999, and January 1 through April 18, 2000. The Bank's payroll register also indicates that the Bank paid Ms. Bolden overtime pay totaling $143.58 during 1998 and $768.98 during 1999 and 2000.

8.    The Bank employed Paul Barber as a Consumer Banker II from December 1, 1996 through April 23, 1998. The Bank reclassified Mr. Barber's Consumer Banker II position as non-exempt for overtime pay purposes on December 17, 1997. Based upon my review of the Bank's payroll register, Mr. Barber reported 21.25 hours of overtime on the time records he submitted to the Bank in 1998. The Bank's payroll register also indicates that the Bank paid Mr. Barber a total of $331.64 in overtime pay during 1998.

9.    The Bank employed Elizabeth Ann Melton as a Consumer Banker II from December 16, 1997 through January 12, 1999. Ms. Melton requested a leave of absence beginning September 10, 1998, which leave of absence was extended through her termination date of January 12, 1999. The Bank reclassified Ms. Melton's Consumer Banker II position as

3

non-exempt for overtime pay purposes on December 17, 1997. Based upon my review of the Bank's payroll register, Ms. Melton reported 155.75 hours of overtime on the time records she submitted to the Bank in 1998. The Bank's payroll register also indicates that the Bank paid Ms. Melton a total of $2,483.13 in overtime pay during 1998.

10. The Bank employed Diane Kirkland as a Consumer Banker II from December 16, 1993 through March 13, 1998. The Bank reclassified Ms. Kirkland's Consumer Banker II position as non-exempt for overtime pay purposes on December 17, 1997. Based upon my review of the Bank's payroll register, Ms. Kirkland reported 11.50 hours of overtime on the time records that she submitted to the Bank in 1998. The Bank's payroll register also indicates that the Bank paid Ms. Kirkland a total of $170.20 in overtime pay during 1998.

11. The Bank employed Angela Mobley as a Consumer Banker III from June 30, 1997 through February 25, 1998. The Bank reclassified Ms. Mobley's Consumer Banker III position as non-exempt for overtime pay purposes on December 17, 1997. Based upon my review of the Bank's payroll register, Ms. Mobley reported 49.50 hours of overtime on the time records that she submitted to the Bank in 1998. The Bank's payroll register also indicates that the Bank paid Ms. Mobley a total of $990.99 in overtime pay during 1998.

12. The Bank employed Julia Kozel as a Consumer Banker III from December 1, 1995 through August 31, 1998. The Bank reclassified Ms. Kozel's Consumer Banker III position as non-exempt for overtime pay purposes on December 17, 1997. Based upon my review of the Bank's payroll register, Ms. Kozel reported 41 hours of overtime on the time records that she submitted to the Bank in 1998. The Bank's payroll register also indicates that the Bank paid Ms. Kozel a total of $979.17 in overtime pay during 1998.

4

13.     The Bank employed Marilyn Blackmon as a Consumer Banker IV from March 1, 1997 through March 15, 1998. The Bank reclassified Ms. Blackmon's Consumer Banker IV position as non-exempt for overtime pay purposes on December 17, 1997. Based upon my review of the Bank's payroll register, Ms. Blackmon reported 66.75 hours of overtime on the time records that she submitted to the Bank in 1998. The Bank's payroll register also indicates that the Bank paid Ms. Blackmon a total of $1,457.79 in overtime pay during 1998.

14.     The Bank's personnel records indicate that Olga Valdes was only employed as a Consumer Banker II from September 15, 1995 through April 30, 1996. After that date, Ms. Valdes was employed as a Relationship Associate in the Consumer International Banking Group until the end of her employment tenure with the Bank on September 11, 1998.

Further this affiant sayeth not.

_Joyce Butler_
Joyce Butler

STATE OF ___Virginia___

COUNTY OF ___Fairfax___

To Wit:

The foregoing Affidavit was personally subscribed and sworn to before me, ___Carol Kobustren___, a Notary Public for the above-referenced jurisdiction, on September 15th, 2000 by JOYCE BUTLER.

___Carol Kobustren___
Notary Public

(Official Seal)

My Commission Expires.  April 30, 2002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    CASE NO. 00-06145-CIV-FERGUSON
behalf of herself and all others
similarly situated,

Plaintiff

vs.

NATIONSBANK, N.A.,

Defendant.

_____/

## NOTICE OF FILING

COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned

counsel, and notifies the court of the following filings:

1.  Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Marcia Heuser

2.  Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Janet Meier

3.  Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Sheri Thomas

4.  Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Olga Valdes

5.  Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Cindy
    MacDonald

6.  Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Lyndia Cox

7.  Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Elke Adams

8.  Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Guilbert Parker

9.  Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for June McKinley

10. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Stephanie
    Dantos

11. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Janice Cole

12. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Riitta
    Silverman

13. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Peggy Biggs

1

14. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Julia Waddington

15. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Deborah Agnew

16. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Elizabeth Ann Melton

17. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Diane Kirkland

18. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Anastasia Monroe

19. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Alex Harris

20. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Patricia Murray

21. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Leslie Slater Hill

22. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Deborah A. Pye-Lee

23. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Adelia Smith

24. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Paul Barber

25. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Julia Kozel

26. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Harold Willis

27. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for James Copeland

28. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Miriam Osavio a/k/a Miriam Penick

29. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Chris Coleman

30. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Sallie Savage

31. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Samuel Washington

32. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Eloise Batts

33. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Dianne Dismukes

34. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Virginia Francois

Dated: May ⎽⎽19⎽⎽, 2000

Respectfully submitted,

BOIES, SCHILLER & FLEXNER
Attorneys' for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By:⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽
    Anne E. Hinds, Esq.
    Fla. Bar No. 0964972

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this ⟨19⟩ day of May 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.

BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By: ⟨signature⟩
Anne E. Hinds, Esq.
Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    CASE NO. 00-06145-CIV-FERGUSON
behalf of herself and all others
similarly situated,

     Plaintiff

vs.                                     

NATIONSBANK, N.A.,

     Defendant.

_____/

## NOTICE OF FILING

COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned
counsel, and notifies the court of the following filings:

1.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Tracie R. Lappin-Blitch

2.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Kathleen M. Stuchbery-Martinez

3.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Margaret Buchanan

4.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Traci B. Ratcliff

5.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Melanie E. Rogers

6.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Jeff Motley

7.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Donna Dickerson

8.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Cari M. Ford

9.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Jennie Pumphrey

1

10. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Kathy Foster Andrews

11. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Marilyn D. Blackmon

12. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Bryan K. Crowder

13. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Angela Wilson

14. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Peggy H. Lee

15. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Laurie K. Dupont

16. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Katherine B. Kennedy

17. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Fabiola Stewart

18. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Juan C. Valdez

19. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Angela Mobley

20. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Mary F. Bolden

21. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for John Bari

22. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Joan Carlos Del Valle

Dated: May 25, 2000                    Respectfully Submitted,

                                       BOIES, SCHILLER & FLEXNER
                                       Attorneys for Plaintiffs
                                       2435 Hollywood Boulevard
                                       Hollywood, FL 33020
                                       (954) 929-1190
                                       (954) 929-1185 - Fax

                                       By: _____
                                           Anne E. Hinds, Esq.
                                           Fla. Bar No. 0964972

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail

this 25th day of May 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward

Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire,

Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.

BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By:_____
Anne E. Hinds, Esq.
Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                           CASE NO. 00-06145-CIV-FERGUSON
behalf of herself and all others
similarly situated,

    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.

_____/



### NOTICE OF FILING

COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned counsel, and
notifies the court of the following filings:

1.     *Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b)* for Carolyn Walker

2.     Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Lisa Beach

3.     Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Wendy Louderback

4.     Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Steven Richardson

5.     Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Antoinette G. Queen

6.     Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Annette Armstrong

7.     Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Mary Rose Estrada

8.     Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Debra Elias

9.     Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Tempy Aguilar-DeMarco

10.     Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Ron Valdez

Dated: May 30, 2000

                    Respectfully Submitted,
                    BOIES, SCHILLER & FLEXNER
                    Attorneys for Plaintiffs
                    2435 Hollywood Boulevard
                    Hollywood, FL 33020
                    (954) 929-1190
                    (954) 929-1185 - Fax

By: _____
                    Anne E. Hinds, Esq.
                    Fla. Bar No. 0964972

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 30th day of May 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.

BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By
Anne E. Hinds, Esq.
Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on
behalf of herself and all others
similarly situated,

CASE NO. 00-06145-CIV-FERGUSON

Plaintiff

vs.

NATIONSBANK, N.A.,

Defendant.

_____ /

## NOTICE OF FILING

COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned
counsel, and notifies the court of the following filings:

1.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Deana B. Justice

2.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Suzanne
      Czwojdak

3.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Marilyn Barnes

4.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Lillian Moreno

5.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Patricia J. Wood

6.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Lily Rubenstein

7.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Susie S. Reynolds

8.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Jeffrey Scott
      Taylor

9.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Rodney Hensley

10.   Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Karen
      Woroschinski

11.   Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Dayton J. Pehl

12.   Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Joe J. Northcutt

1

13.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Elizabeth A. Langley

14.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Nettie Parks

15.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Stephanie M. Strozier

16.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Karen G. Greene

Dated: June 7, 2000

Respectfully Submitted,
BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By: _____

Anne E. Hinds, Esq.
Fla. Bar No. 0964972

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail

this 7th day of June 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward

Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire,

Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.


BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax


By: _____
    Anne E. Hinds, Esq.
    Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on          CASE NO. 00-06145-CIV-FERGUSON
behalf of herself and all others
similarly situated,

      Plaintiff



vs.

NATIONSBANK, N.A.,

      Defendant.

_____/

## **NOTICE OF FILING**

COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned counsel, and notifies the court of the following filings:

1.      Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Philip M. Lee, Jr.

2.      Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Henry David Calvillo

3.      Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Sherry Efyffe

4.      Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Michelle A. Barnett

5.      Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Tina R. Albritton

6.      Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Joseph A. Sierra

7.      Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Barbara Fleming

8.      Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Joyce A. Hardy

9.      Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Linda H. Grant

Dated: June 21, 2000                  Respectfully Submitted,
                                   BOIES, SCHILLER & FLEXNER
                                   Attorneys for Plaintiffs
                                   2435 Hollywood Boulevard
                                   Hollywood, FL 33020
                                   (954) 929-1190
                                   (954) 929-1185 - Fax

                   By:_____
                         Anne E. Hinds, Esq.
                         Fla. Bar No. 0964972

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail

this 21st day of June 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward

Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire,

Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.

BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By: _____
Anne E. Hinds, Esq.
Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    CASE NO. 00-06145-CIV-FERGUSON
behalf of herself and all others
similarly situated,

    Plaintiff

vs.

NATIONSBANK, N.A.,                      

    Defendant.

_____/

### NOTICE OF FILING

COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned counsel, and notifies the court of the following filings:

1.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Carrie H. Barnette.

Dated: June 26, 2000                    Respectfully Submitted,
                                        BOIES, SCHILLER & FLEXNER
                                        Attorneys for Plaintiffs
                                        2435 Hollywood Boulevard
                                        Hollywood, FL 33020
                                        (954) 929-1190
                                        (954) 929-1185 - Fax

                                        By: _____
                                           Anne E. Hinds, Esq.
                                           Fla. Bar No. 0964972

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 26th day of June 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.

BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By: _____
Anne E. Hinds, Esq.
Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                          CASE NO. 00-06145-CIV-FERGUSON
behalf of herself and all others
similarly situated,

      Plaintiff

vs.

NATIONSBANK, N.A.,

      Defendant.

_____/

## NOTICE OF FILING

COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned
counsel, and notifies the court of the following filings:

1.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Evans Yancy.

Dated: June 26, 2000                          Respectfully Submitted,
                                              BOIES, SCHILLER & FLEXNER
                                              Attorneys for Plaintiffs
                                              2435 Hollywood Boulevard
                                              Hollywood, FL 33020
                                              (954) 929-1190
                                              (954) 929-1185 - Fax


By:_____
      Anne E. Hinds, Esq.
      Fla. Bar No. 0964972

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 26th day of June 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.

BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By: 
    Anne E. Hinds, Esq.
    Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    CASE NO. 00-06145-CIV-FERGUSON
behalf of herself and all others
similarly situated,

      Plaintiff

vs.                                     

NATIONSBANK, N.A.,

      Defendant.

_____/

### NOTICE OF FILING

      COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned

counsel, and notifies the court of the following filings:

      1.     Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Todd A. Hill.

Dated: June 26, 2000                    Respectfully Submitted,
                                        BOIES, SCHILLER & FLEXNER
                                        Attorneys for Plaintiffs
                                        2435 Hollywood Boulevard
                                        Hollywood, FL 33020
                                        (954) 929-1190
                                        (954) 929-1185 - Fax


                                        By:_____
                                            Anne E. Hinds, Esq.
                                            Fla. Bar No. 0964972

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail

this 26th day of June 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward

Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire,

Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.

BOIES, SCHILLER & FLEXNER ·
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By:

Anne E. Hinds, Esq.
Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    CASE NO. 00-06145-CIV-FERGUSON
behalf of herself and all others
similarly situated,

     Plaintiff

vs.

NATIONSBANK, N.A.,

     Defendant.

_____/



## NOTICE OF FILING

     COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned

counsel, and notifies the court of the following filings:

1.     Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Andrea M.
     Cordell-Proper.

Dated: June 26, 2000               Respectfully Submitted,
                                  BOIES, SCHILLER & FLEXNER
                                  Attorneys for Plaintiffs
                                  2435 Hollywood Boulevard
                                  Hollywood, FL 33020
                                  (954) 929-1190
                                  (954) 929-1185 - Fax

                                  By:_____
                                  Anne E. Hinds, Esq.
                                  Fla. Bar No. 0964972

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 26th day of June 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.

BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By

Anne E. Hinds, Esq.
Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    CASE NO. 00-06145-CIV-FERGUSON
behalf of herself and all others
similarly situated,

     Plaintiff

vs.

NATIONSBANK, N.A.,                      

     Defendant.

_____/

### NOTICE OF FILING

     COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned

counsel, and notifies the court of the following filings:

    1.     Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) forPatrick A.
          Banks.

Dated: July 6, 2000                     Respectfully Submitted,
                                        BOIES, SCHILLER & FLEXNER
                                        Attorneys for Plaintiffs
                                        2435 Hollywood Boulevard
                                        Hollywood, FL 33020
                                        (954) 929-1190
                                        (954) 929-1185 - Fax

                                        By
                                        Anne E. Hinds, Esq.
                                        Fla. Bar No. 0964972

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail

this 5th day of July 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward

Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire,

Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.


BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By:

Anne E. Hinds, Esq.
Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                         CASE NO. 00-06145-CIV-FERGUSON
behalf of herself and all others
similarly situated,

    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.

_____/

## NOTICE OF FILING

COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned

counsel, and notifies the court of the following filings:

1.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Mary Howard.

Dated: July 6, 2000                          Respectfully Submitted,
                                             BOIES, SCHILLER & FLEXNER
                                             Attorneys for Plaintiffs
                                             2435 Hollywood Boulevard
                                             Hollywood, FL 33020
                                             (954) 929-1190
                                             (954) 929-1185 - Fax

                                             By:
                                                 Anne E. Hinds, Esq.
                                                 Fla. Bar No. 0964972

I

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 5th day of July 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.


BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By
Anne E. Hinds, Esq.
Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    CASE NO. 00-06145-CIV-FERGUSON
behalf of herself and all others
similarly situated,

      Plaintiff

vs.

NATIONSBANK, N.A.,

      Defendant.

_____/

## NOTICE OF FILING

COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned counsel, and notifies the court of the following filings:

1.     Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Barbara W. Wells.

Dated: July 6, 2000                     Respectfully Submitted,
                                        BOIES, SCHILLER & FLEXNER
                                        Attorneys for Plaintiffs
                                        2435 Hollywood Boulevard
                                        Hollywood, FL 33020
                                        (954) 929-1190
                                        (954) 929-1185 - Fax

                                        By:_____
                                        Anne E. Hinds, Esq.
                                        Fla. Bar No. 0964972

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 5th day of July 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.

BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By:

Anne E. Hinds, Esq.
Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                              CASE NO. 00-06145-CIV-FERGUSON
behalf of herself and all others
similarly situated,

Plaintiff

vs.

NATIONSBANK, N.A.,

Defendant.

_____/

## NOTICE OF FILING

COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned

counsel, and notifies the court of the following filings:

1.     Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Candice M.
       Davis-Dunn.

Dated: July 6, 2000                              Respectfully Submitted,
                                                 BOIES, SCHILLER & FLEXNER
                                                 Attorneys for Plaintiffs
                                                 2435 Hollywood Boulevard
                                                 Hollywood, FL 33020
                                                 (954) 929-1190
                                                 (954) 929-1185 - Fax

                                                 By:

                                                 Anne E. Hinds, Esq.
                                                 Fla. Bar No. 0964972

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 5th day of July 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.

BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By:

Anne E. Hinds, Esq.
Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    CASE NO. 00-06145-CIV-DIMITROULEAS
behalf of herself and all others
similarly situated,

Plaintiff

vs.

NATIONSBANK, N.A.,

Defendant.

_____/

## NOTICE OF FILING

COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned

counsel, and notifies the court of the following filing:

1.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Anita S.A.
      Parial.

Dated: July 10, 2000                         Respectfully Submitted,
                                             BOIES, SCHILLER & FLEXNER
                                             Attorneys for Plaintiffs
                                             2435 Hollywood Boulevard
                                             Hollywood, FL 33020
                                             (954) 929-1190
                                             (954) 929-1185 - Fax

                                             By: _____
                                             Anne E. Hinds, Esq.
                                             Fla. Bar No. 0964972

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 10th day of July 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.

> BOIES, SCHILLER & FLEXNER
> Attorneys for Plaintiffs
> 2435 Hollywood Boulevard
> Hollywood, FL 33020
> (954) 929-1190
> (954) 929-1185 - Fax
>
> By:
>     Anne E. Hinds, Esq.
>     Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on
behalf of herself and all others
similarly situated,

CASE NO. 00-06145-CIV-DIMITROULEAS



    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.

_____/

## NOTICE OF FILING

COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned counsel, and notifies the court of the following filing:

1.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Nancy E. German.

Dated: July 10, 2000

Respectfully Submitted,
BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By:_____
    Anne E. Hinds, Esq.
    Fla. Bar No. 0964972

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 10th day of July 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.

BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By: _____

Anne E. Hinds, Esq.
Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    CASE NO. 00-06145-CIV-DIMITROULEAS
behalf of herself and all others
similarly situated,

     Plaintiff

vs.

NATIONSBANK, N.A.,

     Defendant.

_____/

## NOTICE OF FILING

COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned

counsel, and notifies the court of the following filing:

1.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for David
   Perlmutter.

Dated: July 10, 2000                    Respectfully Submitted,
                                        BOIES, SCHILLER & FLEXNER
                                        Attorneys for Plaintiffs
                                        2435 Hollywood Boulevard
                                        Hollywood, FL 33020
                                        (954) 929-1190
                                        (954) 929-1185 - Fax

                                        By:_____

                                        Anne E. Hinds, Esq.
                                        Fla. Bar No. 0964972

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail

this 10th day of July 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward

Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire,

Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.


BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By:
Anne E. Hinds, Esq.
Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    CASE NO. 00-06145-CIV-DIMITROULEAS
behalf of herself and all others
similarly situated,

    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.

_____/

## NOTICE OF FILING

COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned

counsel, and notifies the court of the following filing:

1.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for JoAnn Skinner.

Dated: July 10, 2000                         Respectfully Submitted,
                                             BOIES, SCHILLER & FLEXNER
                                             Attorneys for Plaintiffs
                                             2435 Hollywood Boulevard
                                             Hollywood, FL 33020
                                             (954) 929-1190
                                             (954) 929-1185 - Fax

                                             By
                                             Anne E. Hinds, Esq.
                                             Fla. Bar No. 0964972

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 10th day of July 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.

BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By: _____
Anne E. Hinds, Esq.
Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                 CASE NO. 00-06145-CIV-DIMITROULEAS
behalf of herself and all others
similarly situated,

      Plaintiff

vs.

NATIONSBANK, N.A.,

      Defendant.



_____/

## NOTICE OF FILING

      COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned

counsel, and notifies the court of the following filing:

1.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for M. Christine
      Guerin-Davidson.

Dated: July 13, 2000             Respectfully Submitted,
                      BOIES, SCHILLER & FLEXNER
                      Attorneys for Plaintiffs
                      2435 Hollywood Boulevard
                      Hollywood, FL 33020
                      (954) 929-1190
                      (954) 929-1185 - Fax

                  By:_____
                      Anne E. Hinds, Esq.
                      Fla. Bar No. 0964972

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 13th day of July 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.

BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By: _____
Anne E. Hinds, Esq.
Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    CASE NO. 00-06145-CIV-DIMITROULEAS
behalf of herself and all others
similarly situated,

     Plaintiff

vs.

NATIONSBANK, N.A.,

     Defendant.

_____/

### NOTICE OF FILING

COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned

counsel, and notifies the court of the following filing:

   1.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for William Smith.

Dated: July 17, 2000                    Respectfully Submitted,
                                        BOIES, SCHILLER & FLEXNER
                                        Attorneys for Plaintiffs
                                        2435 Hollywood Boulevard
                                        Hollywood, FL 33020
                                        (954) 929-1190
                                        (954) 929-1185 - Fax

                                        By
                                          Anne E. Hinds, Esq.
                                          Fla. Bar No. 0964972

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 17th day of July 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.

BOIES, SCHILLER & FLEXNER .
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By:

Anne E. Hinds, Esq.
Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    CASE NO. 00-06145-CIV-DIMITROULEAS
behalf of herself and all others
similarly situated,

      Plaintiff

vs.

NATIONSBANK, N.A.,

      Defendant.

_____/

**NOTICE OF FILING**

COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned

counsel, and notifies the court of the following filing:

1.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Irma W.
      Powell.

Dated: July 17, 2000                    Respectfully Submitted,
                                        BOIES, SCHILLER & FLEXNER
                                        Attorneys for Plaintiffs
                                        2435 Hollywood Boulevard
                                        Hollywood, FL 33020
                                        (954) 929-1190
                                        (954) 929-1185 - Fax

                                        By:
                                        Anne E. Hinds, Esq.
                                        Fla. Bar No. 0964972

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 17th day of July 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.

BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By

Anne E. Hinds, Esq.
Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    CASE NO. 00-06145-CIV-DIMITROULEAS
behalf of herself and all others
similarly situated,

Plaintiff

vs.

NATIONSBANK, N.A.,

Defendant.

_____/

## NOTICE OF FILING

COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned

counsel, and notifies the court of the following filing:

1.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Danielle L.
      Magan.

Dated: August 10, 2000                  Respectfully Submitted,
                                        BOIES, SCHILLER & FLEXNER
                                        Attorneys for Plaintiffs
                                        2435 Hollywood Boulevard
                                        Hollywood, FL 33020
                                        (954) 929-1190
                                        (954) 929-1185 - Fax

                                        By
                                           Anne E. Hinds, Esq.
                                           Fla. Bar No. 0964972

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail

this 10th day of August 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward

Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire,

Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.

BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By: _____
    Anne E. Hinds, Esq.
    Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    CASE NO. 00-06145-CIV-DIMITROULEAS
behalf of herself and all others
similarly situated,

      Plaintiff

vs.

NATIONSBANK, N.A.,

      Defendant.

_____

## **NOTICE OF FILING**

    COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned
counsel, and notifies the court of the following filing:

    1.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Willie B. Brice.

Dated: August 10, 2000                    Respectfully Submitted,
                                     BOIES, SCHILLER & FLEXNER
                                     Attorneys for Plaintiffs
                                     2435 Hollywood Boulevard
                                     Hollywood, FL 33020
                                     (954) 929-1190
                                     (954) 929-1185 - Fax

                              By:_____
                                     Anne E. Hinds, Esq.
                                     Fla. Bar No. 0964972

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail

this 10th day of August 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward

Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire,

Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.


BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax


By:

Anne E. Hinds, Esq.
Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,

Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,

Defendant.
_____/

## NOTICE OF FILING

COMES NOW the Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE,

by and through their undersigned counsel, and notifies this Court of the following filing:

1.   Consent to Become a Party Plaintiff pursuant to 29 U.S.C. §216(b) of

Jacqueline Mintz.

Respectfully submitted,

MUCHNICK, WASSERMAN, DOLIN
& LEVINE, LLP
Attorneys for Plaintiffs
4000 Hollywood Boulevard, Ste 620N
Hollywood, FL 33021
(954) 989-8100 - Broward
(305) 624-9100 - Dade
(954) 989-8700 - Fax

By: _____

SUSAN L. DOLIN, ESQ.
Fla. Bar No. 708690
DANIEL R. LEVINE, ESQ.
Fla. Bar No. 0057861

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this ⁷ᵗʰ day of October, 2000 to: Michael T. Burke, Esq., JOHNSON, ANSELMO et al., Co-Counsel for Defendant, 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane, Esq., MCGUIREWOODS, Counsel for Defendant, 3700 NationsBank Plaza, Charlotte, NC 28280; and to BOIES, SCHILLER & FLEXNER L.L.P., Co-Counsel for Plaintiffs, 2435 Hollywood Boulevard, Hollywood, Florida 33020.

MUCHNICK, WASSERMAN, DOLIN
& LEVINE, LLP
Attorneys for Plaintiffs
4000 Hollywood Boulevard, Ste 620N
Hollywood, FL 33021
(954) 989-8100 - Broward
(305) 624-9100 - Dade
(954) 989-8700 - Fax

By: _____

SUSAN L. DOLIN, ESQ.
E-mail: sldolin@mwdl-law.com
DANIEL R. LEVINE, ESQ.
E-mail: drlevine@mwdl-law.com

F:\WPDOCS\~SLD\Escudero\Opt-Ins\N-Filing Mintz Consent.wpd

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others similarly
situated,

        Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national
association,

        Defendant.

## AFFIDAVIT OF DEBRA ROBINSON

Debra Robinson, being first duly sworn, deposes and says as follows:

1. I am currently employed by Bank of America (the "Bank") as an Analyst II-Business

Analysis, and am authorized by the Bank to make this Affidavit on its behalf.

2. As an Analyst II-Business Analysis for the Bank, I have authority to access personnel

and payroll records and computer databases maintained by the Bank. I make this Affidavit based

upon my personal knowledge and my review of the Bank's personnel and payroll records and

computer databases, to which I have access in order to accomplish my daily job duties and

responsibilities.

3. I understand from reviewing plaintiffs' Complaint in this action that the relevant time

period for this lawsuit begins when Consumer Banker IIs, IIIs and IV's were re-classified as non-

exempt employees.

**EXHIBIT**

C

4. My understanding is that the Bank re-classified Consumer Banker IIs, IIIs, and IVs as non-exempt on December 17, 1997.

5. Attached to my affidavit as Exhibit 1 is a chart listing the current and former Bank employees who I understand have joined as plaintiffs in the above-referenced lawsuit against the Bank pending in South Florida. My understanding from reviewing plaintiffs' Complaint is that the plaintiffs in this lawsuit contend that, while they worked as non-exempt Consumer Banker IIs, IIIs and IVs, the Bank failed to pay them overtime pay to which the plaintiffs believe they were entitled.

6. To date, I have collected and reviewed payroll and work history information from 1995, 1996, 1998 and 1999 contained in the Bank's files, business records and computer databases for 106 of the 109 plaintiffs listed on Exhibit 1. The data contained in Exhibit 1 accurately summarizes the information I found in the Bank's personnel, payroll and work history files, records and computer databases regarding these plaintiffs.

7. Exhibit 1 includes the plaintiff's name, the period of time, if any, during which the plaintiff worked as a Consumer Banker II, III or IV, the plaintiff's termination date (if a former employee), the plaintiff's employment status (full or part-time), the number of overtime hours recorded for each plaintiff in 1998 and 1999, and the amount of overtime pay the Bank paid each plaintiff in 1998 and 1999.

8. The entries on Exhibit 1 highlighted in yellow indicate plaintiffs who terminated their employment with the Bank before December 17, 1997.

9. The entries on Exhibit 1 highlighted in red indicate plaintiffs who transferred out of their Consumer Banker II, III or IV positions with the Bank prior to December 17, 1997.

Further this affiant sayeth not.

_____
Debra Robinson

STATE OF __Virginia__

COUNTY OF __Norfolk__

To Wit:

The foregoing Affidavit was personally subscribed and sworn to before me,

_____Everett F. Barnes_____, a Notary Public for the above-referenced

jurisdiction, on October __13__, 2000 by Debra Robinson.


_____
Notary Public

(Official Seal)

My Commission Expires: 9/30/2003

3

# ADDITIONAL

# LEGAL SIZE

# ATTACHMENTS

# <u>NOT</u>

# SCANNED

PLEASE  REFER TO COURT FILE