UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Johnson

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,

        Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national
association,

        Defendants.
_____/



## PLAINTIFFS' NOTICE OF FILING OF CORRECTED/AMENDED AFFIDAVIT OF OLGA VALDES

COME NOW the Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated, and hereby notifies the Court that OLGA VALDES, who has previously opted in to the above-referenced litigation and provided an affidavit in support thereof, is hereby filing an amended affidavit in support thereof.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via FAX U.S. Mail this 31st day of October, 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et



al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane, Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, NC 28280.

                              Respectfully submitted,

                              MUCHNICK WASSERMAN, DOLIN & LEVINE, LLP
Attorneys for Plaintiffs
4000 Hollywood Boulevard
Suite 620 North
Hollywood, Florida 33021
(954) 989-8100 / (305) 624-9100

By: _____
      SUSAN L. DOLIN
      Fla. Bar No.: 708690
      ADAM S. CHOTINER, ESQ.
      Fla. Bar No.: 0146315

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated of herself and
all others

        Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national
association,

        Defendants.
_____/

## AMENDED AFFIDAVIT OF OLGA VALDES

STATE OF FLORIDA   )
                       ) ss:
COUNTY OF MIAMI-DADE )

BEFORE ME, the undersigned authority, on this date personally appeared OLGA VALDES who, after first being duly sworn deposes and says:

1. My name is Olga Valdes. I have personal knowledge of the facts recited in this Affidavit.

2. In or about 1993, I was employed by NationsBank, after having been employed by some of its predecessors. I was employed by NationsBank as a Consumer Banker II. I retired from NationsBank in or about September 1, 1998.

3. Sometime in 1996, my job title was changed to that of "relationship manager." However, my job duties were the **exact same** as those of a consumer banker II. The only

distinction was that I serviced accounts that were held by account holders outside of the United States, and much of my business was performed by telephone instead of in person. However, I sold the same bank products, and provided the same customer services as I did when I was classified as a Consumer Banker II. We even had telemarketing "call nights" one night per week when we were expected to telemarket in foreign countries from 5:00 p.m. until 8:00 p.m. In fact, I would work at other branches on Saturdays as a Consumer Banker II. I was not aware that my title was no longer "consumer banker" until I received new business cards with the title "relationship manager" on them. The only time I filled out time cards was while I was a Consumer Banker II until sometime in 1995; then we stopped.

4.   In December 1997, NationsBank announced that all consumer bankers were going to be required to fill out time cards from then on, because people were suing the bank for failure to pay overtime. However, as a "relationship manager," I never received a time card to fill out, nor was I paid for overtime hours (in excess of forty (40) in any one workweek) which I worked. This was so even though I continued to work in excess of forty (40) hours as described in paragraph 3 and continued to do the same job as a "consumer banker."

FURTHER AFFIANT SAYETH NAUGHT.

*Olga Valdes*
OLGA VALDES

SWORN TO AND SUBSCRIBED before me this 27 day of October, 2000, by OLGA VALDES, who is personally known to me, or who produced _____ as identification, and who did take an oath.

Notary Public
My Commission Expires:

Ana Diaz
Commission # CC 786880
Expires Oct. 5, 2003
Bonded Thru
Atlantic Bonding Co., Inc.