UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,

    Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,

    Defendant.

_____/



## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COME NOW the Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, by and through their undersigned counsel, and, pursuant to Local General Rule 7.1, move this Honorable Court for an extension of time up to and including November 23, 2000 within which to serve their response to NationsBank's Motion for Summary Judgment, and state as follows:

1.    The Defendant filed its Motion for Summary Judgment on or about October 23, 2000 alleging that the persons named in the motion either were not employed by NationsBank during the operative period of the litigation, or were not employed as Consumer Bankers or Personal Bankers during the operative period of the litigation.



2. The Plaintiffs are presently in the process of checking with the persons in dispute to determine whether they in fact were or were not so employed, and if they in fact they were not, Plaintiffs will agree to entry of summary judgment as to those individuals. However, Plaintiffs are in need of additional time to respond to the motion to complete the verification process.

3. Undersigned counsel has spoken to counsel for Defendant, Richard Kane, Esquire, who has stated that he has no objection to this motion being granted, and has agreed to the extension requested herein.

4. This motion is being made in good faith and not for the purposes of harassment or delay. To the contrary, it will preserve the judicial economy if the parties are able to agree on the issues presented in the Defendant's Motion for Summary Judgment.

WHEREFORE, Plaintiffs prays this Honorable Court enter an Order extending the time within which they have to respond to Defendant's Motion for Summary Judgment, up to and including November 23, 2000.

Respectfully submitted,

MUCHNICK, WASSERMAN, DOLIN
& LEVINE, LLP
Attorneys for Plaintiffs
4000 Hollywood Boulevard, Ste 620N
Hollywood, FL 33021
(954) 989-8100 - Broward
(305) 624-9100 - Dade
(954) 989-8700 - Fax

By: _____
SUSAN L. DOLIN, ESQ.
Fla. Bar No. 708690
DANIEL R. LEVINE, ESQ.
Fla. Bar No. 0057861

and

BOIES, SCHILLER & FLEXNER, LLP
2435 Hollywood Boulevard
Hollywood, Florida 33020

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 8th day of November, 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane, Esq., McGuireWoods, 3700 NationsBank Plaza, 101 South Tyron Street, Charlotte, NC 28280.

MUCHNICK, WASSERMAN, DOLIN
& LEVINE, LLP
Attorneys for Plaintiffs
4000 Hollywood Boulevard, Ste 620N
Hollywood, FL 33021
(954) 989-8100 - Broward
(305) 624-9100 - Dade
(954) 989-8700 - Fax

By: _____
SUSAN L. DOLIN, ESQ.
E-mail: sldolin@mwdl-law.com
DANIEL R. LEVINE, ESQ.
E-mail: drlevine@mwdl-law.com

F:\WPDOCS\~SLD\Escudero\Pleading\M-Ext SJ Response.wpd