UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,
    Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,
    Defendant.



_____/

### ORDER ON
### UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND
### TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

THIS CAUSE came before the Court upon Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment, and the Court being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that Plaintiffs' Motion is hereby GRANTED ~~DENIED~~.
*and the response shall be due November 22, 2000*

___

DONE AND ORDERED at Fort Lauderdale, Broward County, Florida, this 9 day of November 2000.

                                                  _____
                                                  U.S. District Court Judge

Copies Furnished To:
Susan L. Dolin, Esq.
Caryl Boies, Esq.
Richard Kane, Esq.
Michael Burke, Esq.