UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,

    Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,

    Defendant.

_____/



## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SANCTIONS

COME NOW the Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, by and through their undersigned counsel, and hereby move this Honorable Court for an extension of time, up to and including December 4, 2000, within which to file and serve their Response to Defendant's Motion for Sanctions, and as grounds therefor state as follows:

1. On or about November 8, 2000, Defendant served upon Plaintiffs' counsel, by U.S. Mail, its Motion for Sanctions and Incorporated Memorandum of Law. Pursuant to Local General Rule 7.1.C, Plaintiffs' Response thereto is due on or before December 27, 2000.

2. On Monday, November 21, 2000, Plaintiffs' lead counsel, Susan L. Dolin, Esquire, was required to travel out-of-town on another matter. Ms. Dolin is presently still



*Escudero, et al.v. BankAmerica Corporation, etc.*
Case No. 00-06145-Civ-Dimitrouleas

out-of-town, and will be returning briefly to the office on Wednesday, November 22, 2000, only to again be out of the office on Thursday, November 23, 2000, and Friday, November 24, 2000.

3. Plaintiffs' lead counsel, Susan L. Dolin, before leaving out-of-town, telephonically communicated with Richard F. Kane, Esquire, attorney for Defendant, regarding the instant motion, and Defendant's counsel agreed to the requested extension herein.

4. This Motion is not made for the purposes of harassment and no party will be prejudiced by the granting of same.

WHEREFORE, Plaintiffs, through counsel, respectfully pray that this Honorable Court enter an Order granting the extension herein requested, and allowing the Plaintiffs up to and including December 4, 2000 within which to file their Response to NationBank's Motion for Sanctions served upon them on November 9, 2000.

Respectfully submitted,

MUCHNICK, WASSERMAN, DOLIN
& LEVINE, LLP
Attorneys for Plaintiffs
4000 Hollywood Boulevard, Ste 620N
Hollywood, FL 33021
(954) 989-8100 - Broward
(305) 624-9100 - Dade
(954) 989-8700 - Fax

By: _____
SUSAN L. DOLIN, ESQ.
Fla. Bar No. 708690

*Escudero, et al.v. BankAmerica Corporation, etc.*
Case No. 00-06145-Civ-Dimitrouleas

and

BOIES, SCHILLER & FLEXNER, LLP
2435 Hollywood Boulevard
Hollywood, Florida 33020

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail and Facsimile, this 21st day of November, 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220, and Richard F. Kane, Esq., McGuireWoods, 3700 NationsBank Plaza, 101 South Tyron Street, Charlotte, NC 28280.

MUCHNICK, WASSERMAN, DOLIN
& LEVINE, LLP
Attorneys for Plaintiffs
4000 Hollywood Boulevard, Ste 620N
Hollywood, FL 33021
(954) 989-8100 - Broward
(305) 624-9100 - Dade
(954) 989-8700 - Fax

By: _____
SUSAN L. DOLIN, ESQ.
E-mail: sldolin@mwdl-law.com

F:\WPDOCS\-SLD\Escudero\Pleading\M-Ext Sanctions Response.wpd