UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,
    Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,
    Defendant.
_____/



FILED by _____ D.C.

NOV 27 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER ON
### UNOPPOSED MOTION FOR EXTENSION OF TIME
### TO RESPOND TO DEFENDANT'S MOTION FOR SANCTIONS

THIS CAUSE came before the Court upon Plaintiffs' Unopposed Motion for Extension of Time to Rspond to Defendant's Motion for Sanctions, and the Court being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that Plaintiffs' Motion is hereby GRANTED/~~DENIED~~.

_____
_____
_____
_____.

DONE AND ORDERED at Fort Lauderdale, Broward County, Florida, this _27_ day of _November_ 2000.

_____
U.S. District Court Judge

Copies Furnished To:
Susan L. Dolin, Esq.
Caryl Boies, Esq.
Richard Kane, Esq.
Michael Burke, Esq.
M. J. Johnson (LWB)

