UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,

    Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,

    Defendant.

_____/



## PLAINTIFF'S FINAL RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COME NOW the Plaintiffs, ROXANNA ESCUDERO, et al., by and through their undersigned counsel, and pursuant to Local General Rule 7.1.C, hereby file their Final Response to Defendant's Motion for Summary Judgment, as follows:

As the Court will recall, this lawsuit was filed by the Plaintiffs on behalf of themselves and all others similarly situated thereto for violations of the Fair Labor Standards Act (29 U.S.C. § 216 (b) ) by Defendant. The specific allegations involve Defendant's failure to pay overtime to the Consumer Bankers IIs, IIIs, and IVs after Defendant reclassified them as exempt on or about December 17, 1997, even though these employees continued to work overtime hours. Thus, the "class" for which Plaintiffs



have petitioned this Court to authorize notification of the pending litigation includes those current and former Consumer Bankers IIs, IIIs and IVs (who upon information and belief may now be referred to as "personal bankers" in some banking centers) who were employed with Defendant from December 17, 1997 to present.

As of October 1, 2000, 109 persons claiming to be within the above-referenced "class" filed consents with the Court to become parties plaintiff as "opt-ins" in the instant litigation. On or about October 23, 2000, Defendant moved for summary judgment as to 29 of these "opt-in" plaintiffs on the basis that they terminated their employment with Defendant prior to the date of December 17, 1997. Defendant further moved for summary judgment as to 11 additional "opt-in" plaintiffs on the grounds that they had transferred out or otherwise no longer held the position of Consumer Banker II, III or IV as of December 17, 1997.

With regard to Category 1, Defendant contends that opt-in Plaintiffs Andrea Cordell, Stephanie Strozier, Tracy Ratcliff, Katherine Kennedy, Riitta Silverman, Deborah A. Pye-Lee, Peggy J. Biggs and Lillian Morena Vaccato were no longer employed by the Defendant as of the operative date of December 17, 1997. Plaintiff does not oppose Defendant's Motion for Summary Judgment with respect to these eight (8) opt-in Plaintiffs.

With regard to Category 2, the opt-in Plaintiffs whom Defendant claims were not employed as Consumer Banker IIs, IIIs or IVs, two of the opt-in Plaintiffs implicated by this portion of Defendant's Motion for Summary Judgment are Olga Valdes and June McKinley. Ms. Valdes has already filed with the Court an affidavit stating that she was not only employed as a "relationship manager" during the operative time period–a position exactly the same as a Consumer Banker but with international customers–but also filled in at

2

domestic branches on weekends as a Consumer Banker II. Ms. McKinley has provided undersigned counsel with information that she in fact was employed until June 1998 as a Consumer Banker II, III or IV (see attachment hereto).

Accordingly, Defendant's Motion for Summary Judgment must be denied with respect to opt-in Plaintiffs Olga Valdes and June McKinley.

Although Plaintiffs have attempted communicate with the remainder of the opt-in Plaintiffs in question to ascertain whether they have any factual basis for disputing the Defendant's contentions as to either category upon which Defendant seeks summary judgment, Plaintiffs presently have no factual basis for disputing Defendant's contentions with regard to the remaining individuals at issue.

In conclusion, except for opt-in Plaintiffs Olga Valdes and June McKinley, Plaintiffs cannot in good faith oppose Defendant's Motion for Summary Judgment.[1]

          Respectfully submitted,

          MUCHNICK WASSERMAN, DOLIN
          & LEVINE, LLP
          Attorneys for Plaintiffs
          4000 Hollywood Boulevard
          Suite 620 North
          Hollywood, Florida 33021
          (954) 989-8100--Broward

---

[1] By submitting Plaintiffs' Response in this form, Plaintiffs do not intend to ignore the requirements of Local General Rule 7.5. However, because the Plaintiffs oppose Defendant's Motion only with regard to opt-in Plaintiffs Valdes and McKinley, and because the only material facts with regard to these individuals are their respective last dates of employment, Plaintiffs do not believe that a separate statement of facts is necessary. Moreover, no memorandum of law should be required inasmuch as the only principle invoked here is essentially factual; i.e. whether the opt-in plaintiffs meet the criteria of: 1) being employed by Defendant as a Consumer Banker II, III or IV; 2) on or after December 17, 1997.

3

(305) 624-9100--Dade  
(954) 989-8700--Facsimile  
E-mail: sldolin@mwdl-law.com  
E-mail: drlevine@mwdl-law.com  

By: _____  
SUSAN L. DOLIN, ESQ.  
Fla. Bar No. 708690  
DANIEL R. LEVINE, ESQ.  
Fla. Bar No.: 0057861  

and  

BOIES, SCHILLER & FLEXNER, LLP  
2435 Hollywood Boulevard  
Hollywood, Florida 33020  

4

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via facsimile and U.S. Mail this 22nd day of November, 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane, Esq., McGuireWoods, 3700 NationsBank Plaza, Charlotte, NC 28280.

                    MUCHNICK WASSERMAN, DOLIN
                    & LEVINE, LLP
                    Attorneys for Plaintiffs
                    4000 Hollywood Boulevard
                    Suite 620 North
                    Hollywood, Florida 33021
                    (954) 989-8100--Broward
                    (305) 624-9100--Dade
                    (954) 989-8700--Facsimile

By: _____
                    SUSAN L. DOLIN, ESQ.
                    Fla. Bar No. 708690
                    DANIEL R. LEVINE, ESQ.
                    Fla. Bar No.: 0057861

### In the matter of Escodero v Bank of America Corporation

I, June McKinley, was __✓__ was not _____ employed with Bank of America formerly NationsBank as A Consumer Banker II, III or IV at any time from December 1997 through October 1999.

My dates of employment with Bank of America as a Consumer Banker II, III, or IV were 2-83 - 6-98.

*June McKinley*
June McKinley