UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and )
KIMBERLY DRAKE, on behalf of )
themselves and all others similarly )
situated, )
 )
                Plaintiffs, )
 )
vs. )
 )
BANKAMERICA CORPORATION, )
a foreign corporation d/b/a )
BANK OF AMERICA CORPORATION, )
a foreign corporation, f/k/a )
NATIONSBANK, N.A., a national )
association, )
 )
                Defendant )
_____)

## BANK OF AMERICA'S UNOPPOSED MOTION
## FOR AN ENLARGEMENT OF TIME TO REPLY TO
## PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT

COMES NOW, the Defendant Bank of America, N.A., ("Bank of America") by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1.A and respectfully requests an enlargement of time to file its Reply to Plaintiffs' Response to Defendant's Motion for Summary Judgment In further support of this Motion, Bank of America states as follows:

1.      On November 22, 2000, Plaintiffs served "Plaintiff's [sic] Final Response to Defendant's Motion for Summary Judgment" via facsimile and United States mail.



Excluding Thanksgiving Day, Bank of America's reply to this Response is currently due on or before November 30, 2000

2.  Today, November 28, 2000, Plaintiffs' counsel filed "Plaintiff's [sic] Amended Final Response to Defendant's Motion for Summary Judgment."

3.  Based on the filing of this supplemental pleading, Bank of America requests that this Court grant an extension of time for it to file its Reply to December 8, 2000.

4.  Plaintiffs' counsel has no objection to this enlargement of time.

This the 28th day of November, 2000.

_____
Michael T. Burke
Florida Bar No. 338771
JOHNSON, ANSELMO, MURDOCH,
 BURKE & GEORGE
790 East Broward Blvd., Ste. 400
Post Office Box 030220
Fort Lauderdale, Florida 33303-0220
Facsimile: 954/463-2444
Telephone: 954/463-0100 Broward
           305/945-2000 Dade
           561/640-7448 WPB

Richard F. Kane, NCSB #5694
John M. Smith, NCSB #24681
MCGUIRE WOODS LLP
3700 Bank of America Plaza
Charlotte, North Carolina 28280
704-373-8999;   FAX   704-373-8990

**Attorneys for Defendant Bank of America, N.A.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and )
KIMBERLY DRAKE, et al. )
)
        Plaintiffs, )
)
vs. )
)
BANKAMERICA CORPORATION, )
a foreign corporation d/b/a )
BANK OF AMERICA CORPORATION, )
a foreign corporation, f/k/a )
NATIONSBANK, N.A., a national )
association, )
        Defendant. )

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing "BANK OF AMERICA'S MOTION FOR ENLARGEMENT OF TIME" in the above-captioned proceeding has been served this day via facsimile upon the attorneys the following:

> Susan L. Dolin, Esquire
> Daniel R. Levine, Esquire
> Muchnick, Wasserman, Dolin & Levine, LLP
> Presidential Circle Building, Suite 620 North
> 4000 Hollywood Blvd.
> Hollywood, FL 33021
>
> Caryl Boies, Esquire
> Anne E. Hinds, Esquire
> Boies, Schiller & Flexner, LLP
> 2435 Hollywood Boulevard, Suite 200
> Hollywood, FL 33020

This the 28th day of November, 2000.

Michael T. Burke