UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS/Snow

ROXANNA L. ESCUDERO, and )
KIMBERLY DRAKE, et al. )
                                    )
            Plaintiffs, )
vs.                                  )
                                    )
BANKAMERICA CORPORATION, )
a foreign corporation d/b/a )
BANK OF AMERICA CORPORATION, )
a foreign corporation, f/k/a )
NATIONSBANK, N.A., a national )
association, )
            Defendant. )
_____)

FILED by ___ D.C.

NOV 29 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER ON
### BANK OF AMERICA'S MOTION FOR ENLARGEMENT OF TIME TO REPLY TO PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT

THIS CAUSE came before the Court upon Defendant's Unopposed Motion for

Enlargement of Time To Reply, and the Court being otherwise fully advised in the

premises, it is hereby

ORDERED AND ADJUDGED that defendant's Motion is hereby

GRANTED/~~DENIED~~.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida this 29 day

of November, 2000.

Hon. William P. Dimitrouleas
United States District Judge

Copies to:
Michael T. Burke, Esquire
Susan L. Dolin, Esquire
Caryl Boies, Esquire
Richard F. Kane, Esquire

