UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,

    Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,

    Defendant.

_____/



FILED by _____ D.C.

NOV 2 9 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### PLAINTIFF'S AMENDED FINAL RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COME NOW the Plaintiffs, ROXANNA ESCUDERO, et al., by and through their undersigned counsel, and pursuant to Local General Rule 7.1.C, hereby file their Amended Final Response to Defendant's Motion for Summary Judgment, as follows:

As the Court will recall, this lawsuit was filed by the Plaintiffs on behalf of themselves and all others similarly situated thereto for violations of the Fair Labor Standards Act (29 U.S.C. § 216 (b) ) by Defendant. The specific allegations involve Defendant's failure to pay overtime to the Consumer Bankers IIs, IIIs, and IVs after Defendant reclassified them as exempt on or about December 17, 1997, even though these employees continued to work overtime hours. Thus, the "class" for which Plaintiffs



have petitioned this Court to authorize notification of the pending litigation includes those current and former Consumer Bankers IIs, IIIs and IVs (who upon information and belief may now be referred to as "personal bankers" in some banking centers) who were employed with Defendant from December 17, 1997 to present.

As of October 1, 2000, 109 persons claiming to be within the above-referenced "class" filed consents with the Court to become parties plaintiff as "opt-ins" in the instant litigation. On or about October 23, 2000, Defendant moved for summary judgment as to 29 of these "opt-in" plaintiffs on the basis that they terminated their employment with Defendant prior to the date of December 17, 1997. Defendant further moved for summary judgment as to 11 additional "opt-in" plaintiffs on the grounds that they had transferred out or otherwise no longer held the position of Consumer Banker II, III or IV as of December 17, 1997.

With regard to Category 1, Defendant contends that opt-in Plaintiffs Jennie Pumphrey, Antoinette Queen, M. Christine Guerin-Davidson, and Lisa Beach were not employed with Defendant during the operative time period. Plaintiff does not oppose Defendant's Motion for Summary Judgment with respect to these four (4) additional opt-in Plaintiffs.

With regard to Category 2, the opt-in Plaintiffs whom Defendant claims were not employed as Consumer Banker IIs, IIIs or IVs, one additional opt-in Plaintiff implicated by this portion of Defendant's Motion for Summary Judgment is Eloise Batts. Ms. Batts has provided undersigned counsel with information that she in fact was employed until 1998 as a Consumer Banker III (see attachment hereto).

Accordingly, Defendant's Motion for Summary Judgment must be denied with

respect to opt-in Plaintiff Eloise Batts.

In conclusion, as an amendment to its Response to Defendant's Motion for Summary Judgment, Plaintiffs state that same must be denied as to opt-in Plaintiff Eloise Batts.[1]

                              Respectfully submitted,

                              MUCHNICK WASSERMAN, DOLIN
                              & LEVINE, LLP
                              Attorneys for Plaintiffs
                              4000 Hollywood Boulevard
                              Suite 620 North
                              Hollywood, Florida 33021
                              (954) 989-8100--Broward
                              (305) 624-9100--Dade
                              (954) 989-8700--Facsimile
                              E-mail: sldolin@mwdl-law.com
                              E-mail: drlevine@mwdl-law.com

By: _____
                              SUSAN L. DOLIN, ESQ.
                              Fla. Bar No. 708690
                              DANIEL R. LEVINE, ESQ.
                              Fla. Bar No.: 0057861

                              and

                              BOIES, SCHILLER & FLEXNER, LLP
                              2435 Hollywood Boulevard
                              Hollywood, Florida 33020

---

[1]     By submitting Plaintiffs' Response in this form, Plaintiffs do not intend to ignore the requirements of Local General Rule 7.5. However, because the Plaintiffs oppose Defendant's Motion only with regard to opt-in Plaintiffs Valdes and McKinley, and because the only material facts with regard to these individuals are their respective last dates of employment, Plaintiffs do not believe that a separate statement of facts is necessary. Moreover, no memorandum of law should be required inasmuch as the only principle invoked here is essentially factual; i.e. whether the opt-in plaintiffs meet the criteria of: 1) being employed by Defendant as a Consumer Banker II, III or IV; 2) on or after December 17, 1997.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via facsimile and U.S. Mail this 28th day of November, 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane, Esq., McGuireWoods, 3700 NationsBank Plaza, Charlotte, NC 28280.

> MUCHNICK WASSERMAN, DOLIN
> & LEVINE, LLP
> Attorneys for Plaintiffs
> 4000 Hollywood Boulevard
> Suite 620 North
> Hollywood, Florida 33021
> (954) 989-8100--Broward
> (305) 624-9100--Dade
> (954) 989-8700--Facsimile
>
> By: _____
> SUSAN L. DOLIN, ESQ.
> Fla. Bar No. 708690
> DANIEL R. LEVINE, ESQ.
> Fla. Bar No.: 0057861

cc: Arne

## In the matter of Escudero v Bank of America Corporation

I, Eloise Batts, was *employed* / was not _____ employed with Bank of America formerly NationsBank as A Consumer Banker II, III or IV at any time from December 1997 through October 1999.

My dates of employment with Bank of America as a Consumer Banker II, (III), or IV were __1997__ - __1998__.

*Eloise Batts*
Eloise Batts