UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,
    Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,
    Defendant.
_____/

### NOTICE OF FILING

COMES NOW the Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, by and through their undersigned counsel, and notify this Court of the following filing:

1. Consent to Become a Party Plaintiff pursuant to 29 U.S.C. §216(b) of Theresa Sutton Rubinfield.

    MUCHNICK, WASSERMAN, DOLIN
    & LEVINE, LLP
    Attorneys for Plaintiffs
    4000 Hollywood Boulevard, Ste 620N
    Hollywood, FL 33021
    (954) 989-8100 - Broward
    (305) 624-9100 - Dade
    (954) 989-8700 - Fax

By: _____
    SUSAN L. DOLIN, ESQ.
    Fla. Bar No. 708690
    ADAM S. CHOTINER, ESQ.
    Fla. Bar No. 0146315



-and-

BOIES, SCHILLER & FLEXNER L.L.P.
2435 Hollywood Boulevard
Hollywood, Florida 33020

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 4th day of December, 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane, Esq., McGuireWoods, 3700 NationsBank Plaza, 101 South Tyron Street, Charlotte, NC 28280.

By: _____
ADAM S. CHOTINER, ESQ.
E-Mail: aschotiner@mwdl-law.com

F:\WPDOCS\~SLD\Escudero\Notices\N-Filing Consent Rubinfield.wpd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,

        Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,

        Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I am eligible to join this lawsuit filed by past employees of NationsBank, N.A. to recover overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiffs as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into agreements with Plaintiffs' attorneys concerning attorneys fees and costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and entered into by the representative Plaintiffs will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiffs have entered into a <u>Contingency Fee</u> Agreement with the law firms of MUCHNICK WASSERMAN DOLIN & LEVINE, LLP and BOIES SCHILLER & FLEXNER, LLP which apply to all Plaintiffs who join in this lawsuit. If I join in the lawsuit, I agree to be bound by such <u>Contingency Fee</u> Agreement. I understand that under the terms of that <u>Contingency Fee</u> Agreement, the law firms' attorneys fees and costs shall <u>only</u> be paid out of a recovery by judgment or settlement against NationsBank in this action; and that **if no such recovery is obtained, I will not be held responsible for such attorneys fees or costs.** I further understand that I may obtain a copy of the Contingency Fee Agreement upon requesting same from the attorneys.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it is favorable or unfavorable. I will also be bound by, and will share in, as the Court may direct, any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

**I hereby consent to join in this lawsuit.**

SIGNATURE

DATE: _12-1-00_

**PLEASE PRINT OR TYPE THE INFORMATION BELOW:**

NAME: Theresa Sutton Rubinfield

STREET NAME & NO. 3253 Fox Croft Rd G206

CITY, STATE & ZIP CODE Miramar, Fl 33025

PHONE NUMBERS WHERE YOU CAN BE REACHED:

DAY: 954-437-8878

EVENING: Same - bp. 954-409-7583

2