UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,

      Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,

      Defendant.

_____/



## PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME
## WITHIN WHICH TO FILE THEIR REPLY MEMORANDUM OF LAW
## IN SUPPORT OF THEIR MOTION TO COMPEL

COME NOW the Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, on

behalf of themselves and all others similarly situated, by and through their undersigned

counsel, and, pursuant to Local General Rule 7.1.A, hereby file their Motion for

Enlargement of Time Within Which to File Their Reply Memorandum of Law in Support of

Their Motion to Compel, and as grounds therefor state:

    1.    On or about November 6, 2000, Plaintiffs caused to be served upon

Defendant their Motion to Compel.

    2.    On December 1, 2000, Plaintiffs' counsel received via United States Mail a

copy of Defendant's Response to Plaintiffs' Motion to Compel Production; however, the



Certificate of Service with respect to Defendant's Response indicates that same was served by U.S. Mail on November 22, 2000.

3.    If the date of service as reflected on Defendant's Response (November 22, 2000) is utilized, then, pursuant to Local General 7.1.C, Plaintiffs' Reply Memorandum of Law in Support of Their Motion to Compel would be due on December 1, 2000.

4.    As indicated, Plaintiffs' counsel did not receive a copy of Defendant's Response to Plaintiffs' Motion to Compel Production until December 1, 2000.

5.    Accordingly, Plaintiffs' counsel is not able to properly review Defendant's Response and formulate a Reply in Support of Plaintiffs' Motion to Compel by the ostensible due date of December 1, 2000.

6.    Therefore, Plaintiffs seek a brief enlargement of time within which to file and serve their Reply Memorandum of Law in Support of Their Motion to Compel, up through and including December 8, 2000.

7.    Pursuant to Local General Rule 7.1.A.3, Plaintiffs' counsel contacted Defendant's counsel with respect to the instant Motion. Defendant's counsel Bruce M. Steen, who signed Defendant's Response, was out of the office. Plaintiffs' counsel then left a voice mail message for Defendant's counsel Richard F. Kane, who Plaintiffs' counsel was told was in his office. However, as of the time the instant Motion was prepared, Plaintiffs' counsel had not heard back from Defendant's counsel with respect to the instant Motion.

8.    This Motion is not being filed for purposes of delay or harassment, or any

other improper purpose. Moreover, the enlargement of time requested herein will not

prejudice the Defendant.

WHEREFORE, Plaintiff, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, on

behalf of themselves and all others similarly situated, respectfully request that this

Honorable Court grant their Motion for Enlargement of Time Within Which to File Their

Reply Memorandum of Law in Support of Their Motion to Compel, enter an Order enlarging

the time within which Plaintiffs have to file and serve their Reply Memorandum of Law in

Support of Their Motion To Compel until December 8, 2000, and take such other action

as may be just and proper.

Respectfully submitted,

MUCHNICK, WASSERMAN, DOLIN
& LEVINE, LLP
Attorneys for Plaintiffs
4000 Hollywood Boulevard, Ste 620N
Hollywood, FL 33021
(954) 989-8100 - Broward
(305) 624-9100 - Dade
(954) 989-8700 - Fax

By: _____

SUSAN L. DOLIN, ESQ.
Fla. Bar No. 708690
ADAM S. CHOTINER, ESQ.
Fla. Bar No. 0146315

and

*Escudero, et al.v. BankAmerica Corporation, etc.*
Case No. 00-06145-Civ-Dimitrouleas

BOIES, SCHILLER & FLEXNER, LLP
2435 Hollywood Boulevard
Hollywood, Florida 33020

*Escudero, et al.v. BankAmerica Corporation, etc.*
Case No. 00-06145-Civ-Dimitrouleas

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S.

Mail and Facsimile, this _____ day of December, 2000 to: Michael T. Burke, Esq.,

Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida

33303-0220, and Richard F. Kane, Esq., McGuireWoods, 3700 NationsBank Plaza, 101

South Tyron Street, Charlotte, NC  28280.

By:_____
ADAM S. CHOTINER, ESQ.

F:\WPDOCS\~SLD\Escudero\Pleading\Reply.M-Compel.wpd