UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-06145-CIV-DIMITROULEAS/SNOW

ROXANNA L. ESCUDERO, and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

BANKAMERICA CORPORATION, a foreign corporation d/b/a BANK OF AMERICA CORPORATION, a foreign corporation, f/k/a NATIONSBANK, N.A., a national association,

Defendant.
_______________________________/

NIGHT BOX FILED
DEC - 4 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

**PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT NATIONSBANK'S MOTION FOR SANCTIONS PURSUANT TO RULE 11**

COME NOW the Plaintiffs, CARI M. FORD, ELIZABETH ANN MELTON, VIRGINIA FRANCOIS, MARILYN BLACKMON, ANGELA MOBLEY, JULIA KOZEL, MARY F. BOLDEN, JUAN C. VALDEZ, SR., PAUL BARBER, DIANE KIRKLAND, JEFF MOTLEY, and OLGA VALDES [hereafter referred to collectively as the "opt-in Plaintiffs" or "affiants"] by and through their undersigned counsel, and, pursuant to Fed. R. Civ. P. 11 and Local General Rule 3.01(b), file this, their Memorandum of Law in Opposition to Defendant NATIONSBANK's Motion for Sanctions Pursuant to Rule 11, as follows:

On or about January 31, 2000, named Plaintiffs ROXANNA ESCUDERO and KIMBERLY DRAKE filed a complaint against the Defendant NATIONSBANK on behalf of

themselves and all others similarly situated, alleging, *inter alia*, that after December 17, 1997, when Defendant properly reclassified its consumer banker IIs, IIIs, IVs as non-exempt and thus overtime-eligible, Defendant nevertheless continued to violate the Fair Labor Standards Act by: 1) not permitting its consumer banker IIs, IIIs and IVs to record overtime worked on their time cards; 2) forced its consumer banker IIs, IIIs and IVs to alter their time cards so as not to reflect overtime which they worked, and 3) failing and refusing to pay its consumer banker IIs, IIIs and IVs for overtime which they did work. ESCUDERO was employed by the Defendant as a Consumer Banker II and III, and DRAKE as a Consumer Banker II and III as well.

Within weeks following the filing of the complaint, and continuing virtually to the present, persons similarly situated to ESCUDERO and DRAKE have been filing with the Court consents to become parties plaintiff in the instant action. In so "opting-in", each of these "opt-in" plaintiffs has represented that he or she is or was a Consumer Banker II, III or IV from the period December 17, 1997 to the present, and had been denied overtime pay for overtime hours  worked.

By August 21, 2000, when Plaintiffs DRAKE and ESCUDERO filed their Motion for Notification by the Court of the instant litigation to all persons similarly situated to the named Plaintiffs, approximately 109 persons had already "opted in".   DRAKE and ESCUDERO, in support of their Motion for Notification, obtained generally worded affidavits from thirteen of these "opt-ins" which they submitted in support of their Motion for Notification.

Following Plaintiffs' filing of their Motion for Notification, Defendant served upon the opt-in Plaintiffs a proposed Motion for Sanctions pursuant to Fed. R. Civ. P. 11.  The

Defendant's Motion sought sanctions: 1) **only against twelve (12) of the thirteen (13) affiants** ; 2) **only on the grounds that their affidavits had to be perjurious because Defendant had records, to which it alluded in the form of an affidavit by Joyce Butler, the Bank's former Vice President and Personnel Manager, reflecting that Defendant had in fact paid to eleven (11) of the thirteen (13) affiants at least some overtime during the relevant time period;** and 3) **opt-in Plaintiff Olga Valdes did not work as a Consumer Banker during the relevant time period.**

Utilizing the "safe harbor" provisions of Rule 11, Plaintiff's counsel then performed further investigation and, within the time period agreed to by both parties and this Court, took the following corrective measures: three (3) of the opt-in plaintiffs, Paul C. Barber, Virginia Francois, and Elizabeth Ann Melton, withdrew both their affidavits and withdrew as "opt-in" plaintiffs from the litigation; eight (8) "opt-in" Plaintiffs who had supplied affidavits and against whom the proposed Rule 11 Motion was directed filed more detailed, clarifying affidavits;[1] and one (1) remaining affiant, Marilyn Blackmon, could not be contacted despite numerous attempts.[2]

Despite the withdrawal of three (3) of the "opt-ins'" affidavits as well as themselves from this litigation, and despite the amended and corrected affidavits filed by all but one

---

[1] It must be noted that in the original proposed Motion for Sanctions, although "opt-in" plaintiff Jeff Motley was declared in the body of the motion to be one of those affiants who had in fact been paid overtime and thus accused of filing a perjurious affidavit, Ms. Butler's accompanying affidavit did not mention Mr. Motley (Exhibit 1). Indeed, it was not until several days later that Defendant even sent to Plaintiffs' counsel the claimed records showing overtime allegedly paid to these affiants (Exhibit 2), and a "supplemental" **unsworn** affidavit from Joyce Butler purporting to claim that Jeff Motley, too, was paid overtime, allegedly contrary to his affidavit (Exhibit 3). Mr. Motley is currently in the process of clarifying his affidavit, as well.

[2] Blackmon did, however, respond to Defendant's Request for Admissions (Exhibit 5).

(1) of the remaining "opt-in" Plaintiffs whose affidavits NationsBank questioned, Defendant nevertheless has filed its Motion for Sanctions predicated upon Rule 11, ostensibly claiming that the eight (8) remaining "opt-in" Plaintiffs did not attempt to explain why their corrected affidavits were "different" than their original affidavits. Defendant NATIONSBANK therefore argues that these "opt-in" Plaintiffs have violated Fed. R. Civ. P. 11(b)(3).

Rule 11 sanctions are proper only in the following circumstances: "(1) when a party files a pleading that has no reasonable factual basis; (2) when the party files a pleading based on a legal theory that has no reasonable chance of success and that cannot be advanced as a reasonable argument to change existing law; and (3) when the party files a pleading in bad faith for an improper purpose." Jones v. International Riding Helmets, Ltd., 49 F.3d 692 (11th Cir. 1995), citing Souran v. Travelers Insurance Co., 982 F.2d 1497, 1506 (11th Cir. 1993) (quoting Pelletier v. Zweifel, 921 F.2d 1465, 1514 (11th Cir.), *cert. denied,* 502 U.S. 855 (1991)). The text of Rule 11 permits sanctions only if the objectionable court paper is "signed in violation of this Rule." Jones, 49 F.3d at 694. Accordingly, the Court's inquiry focuses only on the merits of the pleading gleaned from facts and law known or available ***at the time of filing***. Id. at 695 (emphasis in original). "The court is expected to avoid using the wisdom of hindsight and should test the signer's conduct by inquiring what was reasonable to believe at the time the pleading, motion, or other paper was submitted." Id., citing Souran (quoting Fed. R. Civ. P. 11, Advisory Committee Note).

In the Eleventh Circuit, a court confronted with a motion for Rule 11 sanctions must first determine whether the party's claims are objectively frivolous--in view of the facts or

law--and then, if they are, whether the person who signed the pleading should have been aware that they were frivolous; that is, whether he would have been aware had he made a reasonable inquiry. Jones, 49 F.3d at 695, citing McGuire Oil Co., v. Mapco, Inc., 958 F.2d 1552, 1563 (11th Cir. 1992); *see also* Worldwide Primates, Inc. v. McGreal, 87 F.3d 1252 (11th Cir. 1996). The reasonableness of the pre-filing inquiry may depend on such factors as how much time for investigation was available to the signatory; whether he had to rely on a third party for information as to the underlying facts; and whether the paper was based on a plausible view of the law. Id., citing Donaldson v. Clark, 819 F.2d 1551, 1556 (11th Cir. 1987) (*en banc*). The reasonableness of the inquiry may also depend on the extent to which factual development requires discovery. Jones, 49 F.3d at 695 citing Mapco, 958 F.2d at 1563.

Specifically, a motion for sanctions under Rule 11 "shall be served..., but not filed with or presented to the court unless, **within 21 days after service of the motion**, the challenged paper, claim, defense, contention, allegation, or denial is not withdrawn or appropriately corrected". Fed. R. Civ. P. 11(c)(1) (emphasis added).

As an initial matter, then, the Court must look to see whether, once the opt-in Plaintiffs received notice of the potential motion for sanctions, they took an appropriate course of action. In the instant case, three (3) of the "opt-ins" revisited their statements and realized that they had been confused as to the dates. Realizing their mistake, they immediately withdrew their statements, as well as their consents to "opt into" the instant litigation, in full satisfaction of their obligations under Rule 11.

The remaining "opt-in" affiants, with the exception of Marilyn Blackmon and Jeff

Motley,[3] each filed appropriately corrected or amended affidavits as required by Rule 11. Indeed, Defendant NATIONSBANK's entire claim for sanctions appears to rest on the faulty premise that these Plaintiffs' original affidavits are markedly contrary to their corrected affidavits, such that either one or the other must be perjurious. This contention is without merit.

At no time did the "opt-in"plaintiffs' affidavits ever speak in absolutes. Rather, their initial affidavits contained general statements that their supervisors told them they were prohibited from recording overtime hours or required to alter time cards which did reflect such hours. The initial affidavits also contained general statements that each week, the affiant would record only forty (40) hours on his or her time card regardless of the hours actually worked.

Being confronted with NationsBank's alleged records purporting to show alleged overtime payments did not cause any of these remaining "opt-in" plaintiffs to change their testimony. Rather, it simply caused them to clarify it, which is certainly not unusual when it is considered that NationsBank has exclusive possession of all the records. While some of the affiants did recall getting paid for some overtime, others did not. Even those who did recall getting paid some overtime, however, further recalled working and being owed far more overtime that NationsBank's records reflect their having been paid (Exhibit 4). Moreover, the simple fact that NationsBank's records may reflect that some of these persons may have been paid some overtime by no stretch of the imagination disposes of the issue; there remains the credibility of the records themselves; the question of whether

---

[3] Since Motley was not a target of the initial Motion for Sanctions because he was not named by Joyce Butler, there was no need to clarify his affidavit until later.

all of the overtime worked by each employee was actually credited; or whether all of the overtime work was even completely recorded .

The objective standard under Rule 11 is whether the conduct was reasonable under the circumstances and what was reasonable to believe at the time the pleading was submitted. Baker v. Alderman, 158 F.3d 516 (11th Cir. 1998). "[Sanctions] are not warranted when the claimant's evidence is merely weak but appears sufficient, after a reasonable inquiry, to support a claim under existing law." Id. at 524.

Rule 11 sanctions are therefore clearly inappropriate in the context of the instant litigation. First, the "opt-in" Plaintiffs swore to and signed their respective affidavits after reciting the information as they remembered it. It is a daunting task indeed to expect Plaintiffs' memories to be perfect as to specific dates and monies paid. Rather, that information is within the exclusive control of the Defendant NATIONSBANK, and it is only through discovery that Plaintiffs would become aware, and did become aware, of such information. The veracity of the information, however, is yet another story left to be told.

Accordingly, Defendant's initial contention that the "opt-in" Plaintiffs could have ascertained that they were paid overtime for some of the overtime hours they worked simply begs the question. Defendant NATIONSBANK had the time cards, as well as all other records pertaining to Plaintiffs' hours and days worked. And the "opt-in" Plaintiffs did not claim that they were **never** paid overtime; some overtime hours already paid are not in any way dispositive of whether NATIONSBANK paid overtime for **all** of the overtime hours worked by the Plaintiffs.

Thus, at the time the "opt-in" Plaintiffs filed their Affidavits, the facts known or available to these Plaintiffs and their counsel after reasonable and good faith investigation suggested that NATIONSBANK required "opt-in" Plaintiffs to work over forty (40) hours per week but refused to pay them for it, either by insisting that that they change their time cards to reflect that only forty (40) hours were worked in a given week or by not permitting them to record the overtime hours in the first place.

Likewise, at the time the "opt-in" Plaintiffs filed their corrected affidavits, it is clear that they were proceeding in good faith and for a proper purpose; to wit, to clarify any uncertainty or misunderstanding which NationsBank's allegations may have caused to result from the original affidavits, and to make sure the record before the Court is as clear as it could possibly be.

WHEREFORE, based upon the foregoing, the "opt-in" Plaintiffs, CARI M. FORD, et al., respectfully request that this Honorable Court deny Defendant NATIONSBANK's Motion for Sanctions, and take such further actions as it deems just and proper.

Respectfully submitted,

MUCHNICK, WASSERMAN, DOLIN & LEVINE, LLP
Attorneys for Plaintiff
4000 Hollywood Boulevard, Suite 620 North
Hollywood, Florida 33021

By: ______________________
SUSAN L. DOLIN, ESQ.
Fla. Bar No. 708690
ELISSA S. HULNICK, ESQ.
Fla. Bar No.: 0315000

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. mail to: Richard F. Kane, Esq., McGUIRE WOODS, 3700 Nationsbank Plaza, Charlotte, North Carolina 28280; Michael T. Burke, Esq., JOHNSON, ANSELMO, MURDOCH, BURKE & GEORGE, P.A., 790 East Broward Blvd., Suite 400, P.O. Box 030220, Ft. Lauderdale, Florida 33303-0220, on this 4th day of December, 2000.

MUCHNICK, WASSERMAN, DOLIN & LEVINE, LLP
Attorneys for Plaintiff
4000 Hollywood Boulevard, Suite 620 North
Hollywood, Florida 33021
(954) 989-8100 - Broward
(305) 624-9100 - Dade

By: Susan L. Dolin
SUSAN L. DOLIN, ESQ.
Fla. Bar No. 708690
ELISSA S. HULNICK, ESQ.
Fla. Bar No.: 0315000

v-06145-LRJ Document 142 Entered on FLSD Docket 12/05/2000 Pa

McGuireWoods LLP
Bank of America Plaza
101 South Tryon Street
Suite 3700
Charlotte, NC 28280-0008
Phone: 704.373.8999
Fax: 704.373.8990
www.mcguirewoods.com

Richard F. Kane
rkane@mcguirewoods.com

Direct Dial: (704) 373-8957
Direct Fax (704) 373-8828

McGUIREWOODS

September 29, 2000

VIA FACSIMILE 954-989-8700
and FEDERAL EXPRESS

Susan L. Dolin, Esq.
MUCHNICK, WASSERMAN,
DOLIN & LEVINE, LLP
Suite 620 North
4000 Hollywood Boulevard
Hollywood, Florida 33021

Re: *Escudero, et al., v. Bank of America*

Dear Susan:

As we discussed last week, I am attaching a copy of our proposed Motion for Sanctions and Incorporated Memorandum of Law under Rule 11 of the Federal Rules of Civil Procedure. The proposed Motion with exhibits attached will follow via federal Express. In accordance with Rule 11, this Motion will be filed on the 22nd day following service of the Motion upon you unless the appropriate remedial action requested has been taken.

Should you have any questions, please feel free to contact me.

Sincerely yours,

McGUIREWOODS LLP

Rick

Richard F. Kane

RFK:crh

Attachment

updated 9/29/00

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

BANKAMERICA CORPORATION, a foreign corporation d/b/a BANK OF AMERICA CORPORATION, a foreign corporation, f/k/a NATIONSBANK, N.A., a national association,

Defendant.

**NATIONSBANK'S MOTION FOR SANCTIONS AND INCORPORATED MEMORANDUM OF LAW**

Pursuant to Rule 11 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P."), Bank of America Corporation (f/k/a BankAmerica Corporation) and Bank of America, N.A. (f/k/a NationsBank, N.A.)(collectively referred to herein as "NationsBank"), by counsel, state as follows for their Motion for Sanctions and incorporated Memorandum of Law:

**Motion for Sanctions**

1. On January 31, 2000, plaintiffs Roxanna L. Escudero and Kimberly Drake filed the above-captioned action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§201, et seq. ("FLSA"), "on behalf of themselves and all others similarly situated." Plaintiffs alleged that they worked for NationsBank as Consumer Banker IIs and IIIs; that NationsBank reclassified their

positions as non-exempt for purposes of the FLSA in December, 1997; that NationsBank paid them on an hourly basis; and that, between December, 1997 and October 29, 1999, they worked "many times in excess" of forty hours per week. See Complaint & Demand for Jury Trial.

2. Plaintiffs allege, however, that NationsBank violated the FLSA by not paying them overtime pay for those hours worked in excess of forty hours per week. See Complaint & Demand for Jury Trial.

3. On August 21, 2000, nearly seven months after filing their Complaint, plaintiffs filed their Motion to Allow Notification to Potential Class Members, as Authorized by the Fair Labor Standards Act, 29 U.S.C. §216(b)(hereinafter "Motion to Allow Notification"). They alleged in their Motion that NationsBank "through its banking center managers and other supervisory personnel" refused overtime pay to Consumer Banker IIs, IIIs and IVs, and further prevented or intimidated the putative class from "properly record[ing] their time." See Motion to Allow Notification, ¶6.

4. Plaintiffs contend in their Motion that "[a]ll Consumer Banker II, III and IV who performed services for Defendant anytime since the positions were re-classified as non-exempt in or about December, 1997 are entitled to notification." Id., ¶14.

5. Thirteen opt-in plaintiffs filed affidavits in support of the Motion to Allow Notification. In virtually identical affidavits, each of these opt-in plaintiffs stated, under oath and under the penalty of perjury, that, while working as Consumer Bankers, he or she "only indicate[d] forty (40) hours on my timecard each week even though I worked more than forty (40) hours," and that NationsBank "only paid me for forty (40) hours regardless of the number of hours worked." See Exhibits B through N, at ¶¶4 & 6.

6. Contrary to these sworn statements, twelve of the thirteen opt-in plaintiffs who submitted affidavits in support of the Motion to Allow Notification recorded overtime hours and were paid by NationsBank for those overtime hours. The remaining opt-in plaintiff was not employed in the relevant classification here at issue during the pertinent period. See Affidavit of Joyce Butler ("Butler Affidavit"), appended hereto as Exhibit A. More specifically:

(a) Contrary to her sworn affidavit, opt-in plaintiff **Cari M. Ford** reported 377.25 overtime hours to NationsBank in 1998. Between January 1, 1999 and January 31, 2000, when she left NationsBank, Ford recorded 232.50 overtime hours. NationsBank paid Ford $14,659.76 in overtime pay in 1998, 1999 and 2000. Compare Butler Affidavit, ¶4, at Exhibit A & Affidavit of Cari M. Ford, ¶4, appended hereto as Exhibit B.[1]

(b) Contrary to her sworn affidavit, opt-in plaintiff **Elizabeth Ann Melton** recorded 155.75 hours of overtime in 1998 before going on an extended leave of absence beginning September 10, 1998 (from which she did not return), and NationsBank paid her $2,483.17 in overtime pay in 1998. Compare Butler Affidavit, ¶9, at Exhibit A & Affidavit of Elizabeth Ann Melton, ¶6, appended hereto as Exhibit C.

[1] Ford's affidavit includes a handwritten note that "[t]here were some weeks we would put our hours on our cards." See Affidavit of Cari M. Ford, ¶6, at Exhibit B. This "clarification" does not insulate her from Rule 11 sanctions. The only reasonable inference to be drawn from Ford's affidavit is that she contends she worked significant overtime hours for which NationsBank denied her overtime compensation. As noted above, however, between January 1, 1998 and January 31, 2000 (when she left the Bank), Ford recorded 609.75 hours of overtime and NationsBank paid her $14,659.76 for those overtime hours. See Butler Affidavit, ¶4, at Exhibit A. In addition, contrary to the clear import of her hand-written margin note, in 1999, Ford recorded overtime hours in <u>every</u> pay period save one; presumably the pay period she was on vacation.

(c) Contrary to her sworn affidavit, opt-in plaintiff **Virginia Francois** recorded 99.75 overtime hours in 1998 and 20 overtime hours in 1999. The Bank paid Francois $2,486.41 in overtime pay in 1998 and 1999. Compare Butler Affidavit, ¶6, at Exhibit A & Affidavit of Virginia Francois, ¶¶4 & 6, appended hereto as Exhibit D.

(d) Contrary to her sworn affidavit, opt-in plaintiff **Marilyn Blackmon** recorded 66.75 overtime hours between January 1 and March 15, 1998 when she left the Bank, and NationsBank paid her $1,457.79 for those overtime hours. Compare Butler Affidavit, ¶13, at Exhibit A & Affidavit of Marilyn Blackmon, ¶4, appended hereto as Exhibit E.

(e) Contrary to her sworn affidavit, in 1998, **Angela Mobley** recorded 49.50 overtime hours between January 1 and February 25, 1998 when she left the Bank. NationsBank paid her $990.99 for those overtime hours. Compare Butler Affidavit, ¶11, at Exhibit A & Affidavit of Angela Mobley, ¶¶4 & 6, appended hereto as Exhibit F.

(f) Contrary to her sworn affidavit, **Julia Kozel** recorded 41 overtime hours between January 1 and August 31, 1998 when she left the Bank, and NationsBank paid her $979.17 for those overtime hours. Compare Butler Affidavit, ¶12, at Exhibit A & Affidavit of Julia Kozel, ¶¶4 & 6, appended hereto as Exhibit G.

(g) Contrary to her sworn affidavit, in 1998, **Mary F. Bolden** recorded 7.25 overtime hours in 1998. Between January 1, 1999 and April 18, 2000, when she left the Bank, she recorded 36.7 overtime hours. The Bank paid Bolden $912.56 in overtime pay in 1999 and 2000. Compare Butler Affidavit, ¶7, at Exhibit A & Affidavit of Mary F. Bolden, ¶¶4 & 6, appended hereto as Exhibit H.

(h) Contrary to his sworn affidavit, **John Bari** recorded 52.50 overtime hours between January 1 and June 22, 1998 when he left the Bank. The Bank paid Bari $814.91 in overtime pay in 1998. Compare Butler Affidavit, ¶5, at Exhibit A & Affidavit of John Bari, ¶¶4 & 6, appended hereto as Exhibit I.

(i) Contrary to his sworn affidavit, **Juan C. Valdez, Sr.** recorded 19.75 overtime hours in 1998. Between January 1, 1999 and August 31, 2000, he recorded 17.5 overtime hours. The Bank paid Valdez $709.75 for those overtime hours. Compare Butler Affidavit, ¶3, at Exhibit A & Affidavit of Juan C. Valdez, Sr., ¶¶4 & 6, appended hereto as Exhibit J.

(j) Contrary to his sworn affidavit, **Paul Barber** recorded 21.25 overtime hours between January 1 and April 23, 1998 when he left the Bank. The Bank paid Barber $331.64 of overtime pay in 1998. Compare Butler Affidavit, ¶8, at Exhibit A & Affidavit of Paul Barber, ¶¶4 & 6, appended hereto as Exhibit K.

(k) Contrary to her sworn affidavit, **Diane Kirkland** recorded 11.50 overtime hours between January 1 and March 13, 1998 when she left the Bank. The Bank paid Kirkland $170.20 of overtime pay in 1998. Compare Butler Affidavit, ¶10, at Exhibit A & Affidavit of Diane Kirkland, ¶¶4 & 6, appended hereto as Exhibit L.

(l) Contrary to his sworn affidavit, **Jeff Motley** recorded 19.50 overtime hours in 1998. The Bank paid Motley $365.62 of overtime pay in 1998. Compare Supplemental Affidavit of Joyce Butler, ¶ 3, appended hereto as Exhibit O & Affidavit of Jeff Motley, ¶¶4 & 6, appended hereto as Exhibit M.

7. Contrary to her sworn affidavit, opt-in plaintiff Olga Valdes, did not work as a Consumer Banker during the relevant time period and, therefore, is not eligible to participate in

this action. Compare Butler Affidavit, ¶14, at Exhibit A & Affidavit of Olga Valdes, appended hereto as Exhibit N.

8. Pursuant to Fed. R. Civ. P. 11(c)(1)(A), NationsBank served this Motion upon plaintiffs' counsel on September 28, 2000 and requested plaintiffs: (a) withdraw the Ford, Melton, Francois, Blackmon, Mobley, Kozel, Bolden, Bari, Valdez, Barber, Kirkland, Motley and Valdes affidavits; (b) to withdraw plaintiffs' Motion to Allow Notification; and (c) voluntarily dismiss, with prejudice, the claims of opt-in plaintiffs Ford, Melton, Francois, Blackmōn, Mobley, Kozel, Bolden, Bari, Valdez, Barber, Kirkland, Motley and Valdes.

**Argument**

Pursuant to Fed. R. Civ. P. 11, a party who "file[s] a pleading or other paper that has no reasonable factual basis" is subject to sanction. See Lake v. Dep't of Treasury, 905 F. Supp. 1061, 1062 (M.D. Ga. 1995), citing, United States v. Milam, 855 F.2d 739, 742 (11th Cir. 1988). The Court has broad discretion in crafting the appropriate sanction, which may include dismissal of the cause, American Inmate Paralegal Ass'n v. Cline, 859 F.2d 59 (8th Cir. 1988), an attorneys' fee award, Donaldson v. Clark, 819 F.2d 1551, 1557 (11th Cir. 1987), or other "directives of a nonmonetary nature." See Fed. R. Civ. P. 11(c)(2). Sanctions may be imposed against the client, and the client alone, see Eastway Constr. Corp. v. City of New York, 637 F. Supp. 558, 569-70 (E.D.N.Y. 1986), modified, 821 F.2d 121 (2nd Cir. 1987), particularly where the client himself or herself has signed the offending pleading. See Sussman v. Salem, Saxen & Nielsen, 150 F.R.D. 209, 212-14 (M.D. Fla. 1993).

Here, by affixing their signatures to their affidavits, opt-in plaintiffs Ford, Melton, Francois, Blackmon, Mobley, Kozel, Bolden, Bari, Valdez, Barber, Kirkland , Motley and Valdes certified to the Court that, "to the best of [their] knowledge, information and belief,

formed after an inquiry reasonable under the circumstances," they worked overtime hours as non-exempt Consumer Bankers for which NationsBank failed to compensate them. See Fed. R. Civ. P. 11(b)(3). In fact, each of these opt-in plaintiffs certified under oath that NationsBank told them it would not pay for overtime and that they were not to record overtime on their timecards. Each also certified under oath that "I would only indicate forty (40) hours on my timecard each week even though I worked more than forty (40) hours" and that "NationsBank only paid me for forty (40) hours regardless of the number of hours worked." See Exhibits B through M, at ¶¶4 & 6.

The Affiants' factual representations to this Court are demonstrably false. In each of their respective relevant time periods, opt-in plaintiffs Ford, Melton, Francois, Blackmon, Mobley, Kozel, Bolden, Bari, Valdez, Barber, Kirkland and Motley recorded the following overtime hours and were paid for those overtime hours by NationsBank.

| Opt-in Plaintiff | Relevant Time Period[2] | Overtime Hours | Overtime Pay |
|---|---|---|---|
| Cari M. Ford | 25 months | 609.75 | $14,659.76 |
| Elizabeth Ann Melton | 9 months | 155.75 | 2,483.17 |
| Virginia Francois | 22 months | 119.75 | 2,486.41 |
| Marilyn Blackmon | 3 months | 66.75 | 1,457.79 |
| Angela Mobley | 2 months | 49.50 | 990.99 |
| Julia Kozel | 8 months | 41.00 | 979.17 |
| Mary F. Bolden | 28 months | 43.95 | 912.56 |
| John Bari | 6 months | 52.50 | 814.91 |
| Juan C. Valdez, Sr. | 30 months | 37.25 | 709.75 |
| Paul Barber | 4 months | 21.25 | 331.64 |
| Diane Kirkland | 2 ½ months | 11.50 | 170.20 |
| Jeff Motley | 13 ½ months | 19.50 | 365.62 |

[2]The relevant time period is defined as that time period for each plaintiff between December 17, 1997 (when Consumer Bankers were reclassified as non-exempt for overtime pay purposes) and the date they left the Consumer Banker position.

As for opt-in plaintiff Olga Valdes, she never worked as a non-exempt Consumer Banker and, therefore, is not even eligible to participate in this action.

In short, the affidavits of Ford, Melton, Francois, Blackmon, Mobley, Kozel, Bolden, Bari, Valdez, Barber, Kirkland, Motley and Valdes have no reasonable factual basis. And, the opt-in plaintiffs' misrepresentations to the Court violate the requirements of Fed. R. Civ. P. 11.

**Conclusion & Requested Relief**

Based on the foregoing, defendant NationsBank, by counsel, hereby respectfully requests the Court to grant its Motion for Sanctions and to enter an order:

1. striking the affidavits of opt-in plaintiffs Ford, Melton, Francois, Blackmon, Mobley, Kozel, Bolden, Bari, Valdez, Barber, Kirkland, Motley and Valdes;
2. striking, or in the alternative, denying Plaintiff's Motion to Allow Notification;
3. dismissing, with prejudice, the claims of opt-in plaintiffs Ford, Melton, Francois, Blackmon, Mobley, Kozel, Bolden, Bari, Valdez, Barber, Kirkland, Motley and Valdes;
4. and directing the opt-in plaintiffs to reimburse NationsBank for the attorneys' fees incurred in responding to plaintiffs' Motion to Allow Notification and preparing this Motion for Sanctions; and
5. awarding such further relief as the Court deems just and proper.

This the _____ day of ___________, 2000.

______________________________
Richard F. Kane (NC Bar No. 5694)
Bruce M. Steen (VA Bar No. 31062)
McGuireWoods LLP
3700 NationsBank Plaza
Charlotte, North Carolina 28280
(704) 373-8999; Facsimile (704) 373-8990

Michael T. Burke (Fla. Bar No. 338771)
Johnson, Anselmo, Murdoch, Burke & George, P.A.
790 East Broward Blvd., Suite 400
P.O. Box 030220
Fort Lauderdale, Florida 33303-0220
(954) 463-0100; Facsimile (954) 463-2444

Counsel for NationsBank, N.A.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing in the above-captioned proceeding has been served this day by U.S. mail, postage prepaid, upon plaintiffs' counsel as listed below:

Susan L. Dolin, Esquire
Daniel R. Levine, Esquire
Muchnick, Wasserman, Dolin & Levine, LLP
Presidential Circle Building, Suite 620 North
4000 Hollywood Blvd.
Hollywood, FL 33021

Caryl Boies, Esquire
Anne E. Hinds, Esquire
Boies, Schiller & Flexner, LLP
2435 Hollywood Boulevard, Suite 200
Hollywood, FL 33020

This the ____ day of ___________, 2000.

______________________________
Richard F. Kane

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS/Snow

ROXANNA L. ESCUDERO, and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

BANKAMERICA CORPORATION, a foreign corporation d/b/a BANK OF AMERICA CORPORATION, a foreign corporation, f/k/a NATIONSBANK, N.A., a *national* association,

Defendant.

**AFFIDAVIT OF JOYCE BUTLER**

Joyce Butler, being first duly sworn, deposes and says as follows:

1. I am currently employed by the Defendant in the above-captioned action (the "Bank") as Loan Processor for the Montgomery/Frederick, Maryland Region. Prior to my promotion to this position in August of this year, I served as Vice President and Personnel Manager for the Bank. I am authorized by the Bank to make this Affidavit on its behalf.

2. I make this Affidavit based upon my personal knowledge and my review of the Bank's personnel and payroll records.

3. The Bank has employed Juan C. Valdez, Sr. as a Consumer Banker III/Senior Personal Banker since February 1, 1994. Mr. Valdez's current title is "Senior Personal Banker", as all Consumer Banker III and IV positions were so renamed by the Bank on September 1, 2000. The Bank reclassified Mr. Valdez's Consumer Banker III/Senior Personal Banker position

as non-exempt for overtime pay purposes on December 17, 1997. Based upon my review of the Bank's payroll register, Mr. Valdez reported 19.75 hours of overtime on the time records he submitted to the Bank in 1998. Mr. Valdez reported 17.5 hours of overtime on the time records he submitted to the Bank in 1999, and between January 1 and August 31, 2000. The Bank's payroll register also indicates that the Bank paid Mr. Valdez overtime pay totaling $372.79 during 1998 and $336.96 during 1999 and 2000.

4. The Bank employed Cari M. Ford as a Consumer Banker III from January 1, 1997 through January 31, 2000. The Bank reclassified Ms. Ford's Consumer Banker III position as non-exempt for overtime pay purposes on December 17, 1997. Based upon my review of the Bank's payroll register, Ms. Ford reported 377.25 hours of overtime on the time records she submitted to the Bank in 1998. Ms. Ford reported 232.5 hours of overtime on the time records she submitted to the Bank in 1999, through January 1 and January 31, 2000. The Bank's payroll register also indicates that the Bank paid Ms. Ford overtime pay totaling $9,224.98 during 1998 and $5,434.78 during 1999 and 2000.

5. The Bank employed John Bari as a Consumer Banker II from November 3, 1997 through June 22, 1998. The Bank reclassified Mr. Bari's Consumer Banker II position as non-exempt for overtime pay purposes on December 17, 1997. Based upon my review of the Bank's payroll register, Mr. Bari reported 52.50 hours of overtime on the time records he submitted to the Bank in 1998. The Bank's payroll register also indicates that the Bank paid Mr. Bari a total of $814.91 in overtime pay during 1998.

6. The Bank employed Virginia Francois as a Consumer Banker III from September 1, 1996 through October 12, 1999. The Bank reclassified Ms. Francois' Consumer Banker III position as non-exempt for overtime pay purposes on December 17, 1997. Based upon my

review of the Bank's payroll register, Ms. Francois reported 99.75 hours of overtime on the time records she submitted to the Bank in 1998. Ms. Francois reported 20 hours of overtime on the time records she submitted to the Bank in 1999. The Bank's payroll register also indicates that the Bank paid Ms. Francois overtime pay totaling $2,078.17 during 1998 and $408.24 during 1999 and 2000.

7. The Bank employed Mary F. Bolden as a Consumer Banker III from July 1, 1996 through April 18, 2000. The Bank reclassified Ms. Bolden's Consumer Banker III position as non-exempt for overtime pay purposes on December 17, 1997. Based upon my review of the Bank's payroll register, Ms. Bolden reported 7.25 hours of overtime on the time records she submitted to the Bank in 1998. Ms. Bolden reported 36.7 hours of overtime on the time records she submitted to the Bank in 1999, and January 1 through April 18, 2000. The Bank's payroll register also indicates that the Bank paid Ms. Bolden overtime pay totaling $143.58 during 1998 and $768.98 during 1999 and 2000.

8. The Bank employed Paul Barber as a Consumer Banker II from December 1, 1996 through April 23, 1998. The Bank reclassified Mr. Barber's Consumer Banker II position as non-exempt for overtime pay purposes on December 17, 1997. Based upon my review of the Bank's payroll register, Mr. Barber reported 21.25 hours of overtime on the time records he submitted to the Bank in 1998. The Bank's payroll register also indicates that the Bank paid Mr. Barber a total of $331.64 in overtime pay during 1998.

9. The Bank employed Elizabeth Ann Melton as a Consumer Banker II from December 16, 1997 through January 12, 1999. Ms. Melton requested a leave of absence beginning September 10, 1998, which leave of absence was extended through her termination date of January 12, 1999. The Bank reclassified Ms. Melton's Consumer Banker II position as

non-exempt for overtime pay purposes on December 17, 1997. Based upon my review of the Bank's payroll register, Ms. Melton reported 155.75 hours of overtime on the time records she submitted to the Bank in 1998. The Bank's payroll register also indicates that the Bank paid Ms. Melton a total of $2,483.13 in overtime pay during 1998.

10. The Bank employed Diane Kirkland as a Consumer Banker II from December 16, 1993 through March 13, 1998. The Bank reclassified Ms. Kirkland's Consumer Banker II position as non-exempt for overtime pay purposes on December 17, 1997. Based upon my review of the Bank's payroll register, Ms. Kirkland reported 11.50 hours of overtime on the time records that she submitted to the Bank in 1998. The Bank's payroll register also indicates that the Bank paid Ms. Kirkland a total of $170.20 in overtime pay during 1998.

11. The Bank employed Angela Mobley as a Consumer Banker III from June 30, 1997 through February 25, 1998. The Bank reclassified Ms. Mobley's Consumer Banker III position as non-exempt for overtime pay purposes on December 17, 1997. Based upon my review of the Bank's payroll register, Ms. Mobley reported 49.50 hours of overtime on the time records that she submitted to the Bank in 1998. The Bank's payroll register also indicates that the Bank paid Ms. Mobley a total of $990.99 in overtime pay during 1998.

12. The Bank employed Julia Kozel as a Consumer Banker III from December 1, 1995 through August 31, 1998. The Bank reclassified Ms. Kozel's Consumer Banker III position as non-exempt for overtime pay purposes on December 17, 1997. Based upon my review of the Bank's payroll register, Ms. Kozel reported 41 hours of overtime on the time records that she submitted to the Bank in 1998. The Bank's payroll register also indicates that the Bank paid Ms. Kozel a total of $979.17 in overtime pay during 1998.

13.    The Bank employed Marilyn Blackmon as a Consumer Banker IV from March 1, 1997 through March 15, 1998. The Bank reclassified Ms. Blackmon's Consumer Banker IV position as non-exempt for overtime pay purposes on December 17, 1997. Based upon my review of the Bank's payroll register, Ms. Blackmon reported 66.75 hours of overtime on the time records that she submitted to the Bank in 1998. The Bank's payroll register also indicates that the Bank paid Ms. Blackmon a total of $1,457.79 in overtime pay during 1998.

14.    The Bank's personnel records indicate that Olga Valdes was only employed as a Consumer Banker II from September 15, 1995 through April 30, 1996. After that date, Ms. Valdes was employed as a Relationship Associate in the Consumer International Banking Group until the end of her employment tenure with the Bank on September 11, 1998.

Further this affiant sayeth not.

Joyce Butler

STATE OF Virginia

COUNTY OF Fairfax

To Wit:

The foregoing Affidavit was personally subscribed and sworn to before me, Carol Kobustean, a Notary Public for the above-referenced jurisdiction, on September 15th, 2000 by JOYCE BUTLER.

Notary Public

(Official Seal)

My Commission Expires: April 30, 2002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated of herself and all others

Plaintiffs,

vs.

BANKAMERICA CORPORATION, a foreign corporation d/b/a BANK OF AMERICA CORPORATION, a foreign corporation, f/k/a NATIONSBANK, N.A., a national association.

Defendants.

_______________________________/

**AFFIDAVIT OF CARI M. FORD**

STATE OF MISSOURI )
) ss:
COUNTY OF ST. LOUIS )

BEFORE ME, the undersigned authority, on this date personally appeared CARI M. FORD who, after first being duly sworn deposes and says:

1. My name is Cari M. Ford. I have personal knowledge of the facts recited in this Affidavit.

2. In or about 1990, I was employed by NationsBank. I was employed by NationsBank as a Consumer Banker III.

3. In or about December 1997, at which time I worked at NationsBank's Olivette banking center, NationsBank reclassified my position as non-exempt, which allowed me to be eligible for overtime compensation. As of this date, I was also required to fill out time cards.

4. However, since December 1997, the branch manager at NationsBank's Olivette banking center, indicated to myself and the other employees that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records. As a result of these instructions, I would only indicate forty (40) hours on my timecard each week even though I worked more than forty (40) hours.

5. During branch meetings with employees, the branch manager would reiterate that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records.

6. Since December 1997, when NationsBank reclassified my position, I worked anywhere from forty (40) to fifty (50) hours per week. However, NationsBank only paid me for forty (40) hours regardless of the number of hours worked. There were some weeks but we would put our hours in our-

7. I believe that there are other consumer bankers who would desire to opt-in to this lawsuit if they were provided Court-approved notice of this lawsuit. Although I cannot remember all of their names, I do recall Herman Travis, Jennifer Sharp and Deborah Pollard. These individuals worked hours in excess of forty (40) in given workweeks for which they did not receive appropriate compensation. I do not believe that they are aware of their legal right to recover damages; I certainly was not until I consulted an attorney regarding unpaid overtime.

FURTHER AFFIANT SAYETH NAUGHT.

Cari M. Ford
CARI M. FORD

SWORN TO AND SUBSCRIBED before me this 12 day of July, 2000, by CARI M. FORD, who is personally known to me, or who produced ________ as identification, and who did take an oath.

Marie G. Bader
Notary Public
My Commission Expires:

Acknowledger's Name Stamped, Typed or Printed

MARIE G. BADER
Notary Public — Notary Seal
STATE OF MISSOURI
St. Louis County
My Commission Expires: March 8, 2002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated of herself and all others

Plaintiffs,

vs.

BANKAMERICA CORPORATION, a foreign corporation d/b/a BANK OF AMERICA CORPORATION, a foreign corporation, f/k/a NATIONSBANK, N.A., a national association,

Defendants.

_______________________________________/

AFFIDAVIT OF ELIZABETH ANN MELTON

STATE OF GEORGIA )
) ss:
COUNTY OF GLYNN )

BEFORE ME, the undersigned authority, on this date personally appeared ELIZABETH ANN MELTON who, after first being duly sworn deposes and says:

1. My name is Elizabeth Ann Melton. I have personal knowledge of the facts recited in this Affidavit.

2. In or about 1997, I was employed by NationsBank. I was employed by NationsBank as a Consumer Banker III.

3. In or about December 1997, at which time I worked at NationsBank's Brunswick banking center, NationsBank reclassified my position as non-exempt, which allowed me to be eligible for overtime compensation. As of this date, I was also required to fill out time cards.

4. However, since December 1997, Lorrie Ethridge, the branch manager at NationsBank's Brunswick banking center, indicated to myself and the other employees that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records. As a result of these instructions, I would only indicate forty (40) hours on my timecard each week even though I worked more than forty (40) hours.

5. During branch meetings with employees, Lorrie Ethridge would reiterate that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records.

6. Since December 1997, when NationsBank reclassified my position, I worked anywhere from forty (40) to fifty (50) hours per week. However, NationsBank only paid me for forty (40) hours regardless of the number of hours worked.

7. I believe that there are other consumer bankers who would desire to opt-in to this lawsuit if they were provided Court-approved notice of this lawsuit. Although I cannot remember all of their names, I do recall Greg Hollis, Julie Wynn, and Francis Bryant. These individuals worked hours in excess of forty (40) in given workweeks for which they did not receive appropriate compensation. I do not believe that they are aware of their legal right to recover damages; I certainly was not until I consulted an attorney regarding unpaid overtime.

FURTHER AFFIANT SAYETH NAUGHT.

Elizabeth Ann Melton
(ELIZABETH ANN MELTON

SWORN TO AND SUBSCRIBED before me this 5th day of July, 1999, by ELIZABETH ANN MELTON, who is personally known to me, or who produced GA DL as identification, and who did take an oath.

Doretha Lynn M. Lismore
Notary Public
My Commission Expires: Notary Public, Glynn County, Georgia My Commission Expires June 3, 200_
DORETHA LYNN M. LISMORE
Acknowledger's Name Stamped, Typed or Printed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated of herself and all others

Plaintiffs,

vs.

BANKAMERICA CORPORATION, a foreign corporation d/b/a BANK OF AMERICA CORPORATION, a foreign corporation, f/k/a NATIONSBANK, N.A., a national association,

Defendants.
_________________________________/

**AFFIDAVIT OF VIRGINIA FRANCOIS**

STATE OF TEXAS )
) ss:
COUNTY OF FORT BEND )

BEFORE ME, the undersigned authority, on this date personally appeared VIRGINIA FRANCOIS who, after first being duly sworn deposes and says:

1. My name is Virginia Francois. I have personal knowledge of the facts recited in this Affidavit.

2. In or about 1990, I was employed by NationsBank. I was employed by NationsBank as a Consumer Banker III.

3. In or about December 1997, at which time I worked at NationsBank's Westheimer banking center, NationsBank reclassified my position as non-exempt, which allowed me to be eligible for overtime compensation. As of this date, I was also required to fill out time cards.

4. However, since December 1997, ~~Barbara Baye,~~ the branch manager at NationsBank's Westheimer banking center, indicated to myself and the other employees that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records. As a result of these instructions, I would only indicate forty (40) hours on my timecard each week even though I worked more than forty (40) hours.

5. During branch meetings with employees, ~~Barbara Baye~~ Manager would reiterate that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records.

6. Since December 1997, when NationsBank reclassified my position, I worked anywhere from forty (40) to fifty (50) hours per week. However, NationsBank only paid me for forty (40) hours regardless of the number of hours worked.

7. I believe that there are other consumer bankers who would desire to opt-in to this lawsuit if they were provided Court-approved notice of this lawsuit. Although I cannot remember all of their names, I do recall Elaina Sanchez. This individual worked hours in excess of forty (40) in given workweeks for which she did not receive appropriate compensation. I do not believe that she is aware of her legal right to recover damages; I certainly was not until I consulted an attorney regarding unpaid overtime.

FURTHER AFFIANT SAYETH NAUGHT.

Virginia Francois
VIRGINIA FRANCOIS

SWORN TO AND SUBSCRIBED before me this 3 day of June, ~~1999~~ 2000, by VIRGINIA FRANCOIS, who is personally known to me, or who produced D.L. (Known) as identification, and who did take an oath.

Notary Public
My Commission Expires:

Marisela E. Rodriguez
Acknowledger's Name Stamped, Typed or Printed

MARISELA E. RODRIGUEZ
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 7-9-2003

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated of herself and all others

Plaintiffs,

vs.

BANKAMERICA CORPORATION, a foreign corporation d/b/a BANK OF AMERICA CORPORATION, a foreign corporation, f/k/a NATIONSBANK, N.A., a national association,

Defendants.

_______________________________/

## AFFIDAVIT OF MARILYN BLACKMON

STATE OF MISSOURI )
) ss:
COUNTY OF JACKSON )

BEFORE ME, the undersigned authority, on this date personally appeared MARILYN BLACKMON who, after first being duly sworn deposes and says:

1. My name is Marilyn Blackmon. I have personal knowledge of the facts recited in this Affidavit.

2. In or about 1993, I was employed by NationsBank. I was employed by NationsBank as a Consumer Banker IV.

3. In or about December 1997, at which time I worked at NationsBank's 63 Street banking center, NationsBank reclassified my position as non-exempt, which allowed me to be eligible for overtime compensation. As of this date, I was also required to fill out time cards.

4. However, since December 1997, Patti Peterson, the branch manager at NationsBank's 63 Street banking center, indicated to myself and the other employees that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records. As a result of these instructions, I would only indicate forty (40) hours on my timecard each week even though I worked more than forty (40) hours.

5. During branch meetings with employees, Patti Peterson would reiterate that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records.

6. Since December 1997, when NationsBank reclassified my position, I worked anywhere from forty (40) to fifty (50) hours per week. However, NationsBank only paid me for forty (40) hours regardless of the number of hours worked.

7. I believe that there are other consumer bankers who would desire to opt-in to this lawsuit if they were provided Court-approved notice of this lawsuit. Although I cannot remember all of their names, I do recall Lisa Bradley and Debbie Overton. These individuals worked hours in excess of forty (40) in given workweeks for which they did not receive appropriate compensation. I do not believe that they are aware of their legal right to recover damages; I certainly was not until I consulted an attorney regarding unpaid overtime.

FURTHER AFFIANT SAYETH NAUGHT.

Marilyn O. Blackmon
MARILYN BLACKMON

SWORN TO AND SUBSCRIBED before me this 11th day of July, ~~1999~~ 2000, by MARILYN BLACKMON, who is personally known to me, or who produced ______________ as identification, and who did take an oath.

Notary Public
My Commission Expires:
HAZEL E. NUNN
Acknowledger's Name Stamped, Typed or Printed
Notary Public - Notary Seal
STATE OF MISSOURI
Jackson County
My Comm. Expires Mar. 16, 2002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated of herself and all others

Plaintiffs,

vs.

BANKAMERICA CORPORATION, a foreign corporation d/b/a BANK OF AMERICA CORPORATION, a foreign corporation, f/k/a NATIONSBANK, N.A., a national association,

Defendants.
_______________________________/

AFFIDAVIT OF ANGELA MOBLEY

STATE OF GEORGIA )
) ss:
COUNTY OF FULTON )

BEFORE ME, the undersigned authority, on this date personally appeared ANGELA MOBLEY who, after first being duly sworn deposes and says:

1. My name is Angela Mobley. I have personal knowledge of the facts recited in this Affidavit.

2. In or about 1997, I was employed by NationsBank. I was employed by NationsBank as a Consumer Banker IV.

3. In or about December 1997, at which time I worked at NationsBank's Bankhead banking center, NationsBank reclassified my position as non-exempt, which allowed me to be

eligible for overtime compensation. As of this date, I was also required to fill out time cards.

4. However, since December 1997, Tamara Lomax, the branch manager at NationsBank's Bankhead banking center, indicated to myself and the other employees that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records. As a result of these instructions, I would only indicate forty (40) hours on my timecard each week even though I worked more than forty (40) hours.

5. During branch meetings with employees, Tamara Lomax would reiterate that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records.

6. Since December 1997, when NationsBank reclassified my position, I worked anywhere from fifty (50) to fifty-five (55) hours per week. However, NationsBank only paid me for forty (40) hours regardless of the number of hours worked.

FURTHER AFFIANT SAYETH NAUGHT.

ANGELA MOBLEY

SWORN TO AND SUBSCRIBED before me this 14th day of [illegible], 1999, by ANGELA MOBLEY, who is personally known to me, or who produced [illegible] as identification, and who did take an oath.

Notary Public
My Commission Expires:
Notary Public Fulton County, Georgia
My Commission Expires [illegible]
Acknowledger's Name Stamped, Typed or Printed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated of herself and
all others

Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national
association,

Defendants.
_______________________________/

**AFFIDAVIT OF JULIA KOZEL**

STATE OF FLORIDA )
) ss:
COUNTY OF SARASOTA )

BEFORE ME, the undersigned authority, on this date personally appeared JULIA KOZEL who, after first being duly sworn deposes and says:

1. My name is Julia Kozel. I have personal knowledge of the facts recited in this Affidavit.

2. In or about 1986, I was employed by NationsBank. I was employed by NationsBank as a Consumer Banker III.

3. In or about December 1997, at which time I worked at NationsBank's South Venice banking center, NationsBank reclassified my position as non-exempt, which allowed me to be eligible for overtime compensation. As of this date, I was also required to fill out time cards.

4. However, since December 1997, Janet Jones, the ~~branch manager~~ Retail Marketing Manager at

South Sarasota/Charlotte Region
NationsBank's ~~South Venice banking center~~, indicated to myself and the other employees that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records. As a result of these instructions, I would only indicate forty (40) hours on my timecard each week even though I worked more than forty (40) hours.

5. During ~~branch~~ meetings with employees, Janet Jones would reiterate that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records.

6. Since December 1997, when NationsBank reclassified my position, I worked anywhere from forty (40) to fifty (50) hours per week. However, NationsBank only paid me for forty (40) hours regardless of the number of hours worked.

7. I believe that there are other consumer bankers who would desire to opt-in to this lawsuit if they were provided Court-approved notice of this lawsuit. Although I cannot remember all of their names, I do recall Tracy Blitch. This individual worked hours in excess of forty (40) in given workweeks for which she did not receive appropriate compensation. I do not believe that she is aware of her legal right to recover damages; I certainly was not until I consulted an attorney regarding unpaid overtime.

FURTHER AFFIANT SAYETH NAUGHT.

Julia Kozel
JULIA KOZEL

SWORN TO AND SUBSCRIBED before me this 5 day of July, ~~1999~~ 2000, by JULIA KOZEL, who is personally known to me, or who produced Florida drivers license as identification, and who did take an oath.

Tammie R. Rife
Notary Public
My Commission Expires:

Acknowledger's Name Stamped, Typed or Printed

TAMMIE R. RIFE
MY COMMISSION # CC 838062
EXPIRES. May 18, 2003
Bonded Thru Notary Public Underwriters

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated of herself and all others

Plaintiffs,

vs.

BANKAMERICA CORPORATION, a foreign corporation d/b/a BANK OF AMERICA CORPORATION, a foreign corporation, f/k/a NATIONSBANK, N.A., a national association,

Defendants.

_________________________________/

**AFFIDAVIT OF MARY F. BOLDEN**

STATE OF MARYLAND )
) ss:
COUNTY OF BALTIMORE )

BEFORE ME, the undersigned authority, on this date personally appeared MARY F. BOLDEN who, after first being duly sworn deposes and says:

1. My name is Mary F. Bolden. I have personal knowledge of the facts recited in this Affidavit.

2. In or about 1990, I was employed by NationsBank. I was employed by NationsBank as a Consumer Banker III.

3. In or about December 1997, at which time I worked at NationsBank's Randallstown banking center, NationsBank reclassified my position as non-exempt, which allowed me to be eligible for overtime compensation. As of this date, I was also required to

fill out time cards.

4. However, since December 1997, Barbara Mullin, the branch manager at NationsBank's Randallstown banking center, indicated to myself and the other employees that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records. As a result of these instructions, I would only indicate forty (40) hours on my timecard each week even though I worked more than forty (40) hours.

5. During branch meetings with employees, Barbara Mullin would reiterate that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records.

6. Since December 1997, when NationsBank reclassified my position, I worked anywhere from forty (40) to sixty (60) hours per week. However, NationsBank only paid me for forty (40) hours regardless of the number of hours worked.

FURTHER AFFIANT SAYETH NAUGHT.

MARY F. BOLDEN

SWORN TO AND SUBSCRIBED before me this ___ day of ___________, 1999, by MARY F. BOLDEN, who is personally known to me, or who produced ___________________ as identification, and who did take an oath.

Notary Public
My Commission Expires:

Acknowledger's Name Stamped, Typed or Printed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated of herself and all others

Plaintiffs,

vs.

BANKAMERICA CORPORATION, a foreign corporation d/b/a BANK OF AMERICA CORPORATION, a foreign corporation, f/k/a NATIONSBANK, N.A., a national association,

Defendants.

_______________________________/

**AFFIDAVIT OF JOHN BARI**

STATE OF CALIFORNIA )
) ss:
COUNTY OF SANTA CLARA )

BEFORE ME, the undersigned authority, on this date personally appeared JOHN BARI who, after first being duly sworn deposes and says:

1. My name is John Bari. I have personal knowledge of the facts recited in this Affidavit.

2. In or about 1997, I was employed by NationsBank. I was employed by NationsBank as a Consumer Banker II.

3. In or about December 1997, at which time I worked at NationsBank's Yorktown banking center, NationsBank reclassified my position as non-exempt, which allowed me to be eligible for overtime compensation. As of this date, I was also required to fill out time

cards.

4. However, since December 1997, Theodore Gargagliano, the branch manager at NationsBank's Yorktown banking center, indicated to myself and the other employees that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records. As a result of these instructions, I would only indicate forty (40) hours on my timecard each week even though I worked more than forty (40) hours.

5. During branch meetings with employees, Theodore Gargagliano would reiterate that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records.

6. Since December 1997, when NationsBank reclassified my position, I worked anywhere from forty (40) to fifty (50) hours per week. However, NationsBank only paid me for forty (40) hours regardless of the number of hours worked.

FURTHER AFFIANT SAYETH NAUGHT.

John Bari

JOHN BARI

SWORN TO AND SUBSCRIBED before me this 14th day of July, ~~1999~~ 2000, by JOHN BARI, ~~who is personally known to me~~, or who produced Calif. Drivers License as identification, and who did take an oath.

Marietta Sibilia

Notary Public

My Commission Expires:

June 23, 2004

Acknowledger's Name Stamped, Typed or Printed

MARIETTA SIBILIA
Commission # 1265262
Notary Public - California
Santa Clara County
My Comm. Expires Jun 23, 2004

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated of herself and all others

Plaintiffs,

vs.

BANKAMERICA CORPORATION, a foreign corporation d/b/a BANK OF AMERICA CORPORATION, a foreign corporation, f/k/a NATIONSBANK, N.A., a national association,

Defendants.
_______________________________/

**AFFIDAVIT OF JUAN C. VALDEZ SR.**

STATE OF MARYLAND )
) ss:
COUNTY OF MONTGOMERY )

BEFORE ME, the undersigned authority, on this date personally appeared JUAN C. VALDEZ SR. who, after first being duly sworn deposes and says:

1. My name is Juan C. Valdez Sr. I have personal knowledge of the facts recited in this Affidavit.

2. In or about 1991, I was employed by NationsBank. I was employed by NationsBank as a Consumer Banker III.

3. In or about December 1997, at which time I worked at NationsBank's Flower Avenue banking center, NationsBank reclassified my position as non-exempt, which allowed me to be eligible for overtime compensation. As of this date, I was also required to fill out time cards.

4. However, since December 1997, the branch manager at NationsBank's Flower

Avenue banking center, indicated to myself and the other employees that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records. As a result of these instructions, I would only indicate forty (40) hours on my timecard each week even though I worked more than forty (40) hours.

5. During branch meetings with employees, the branch manager would reiterate that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records.

6. Since December 1997, when NationsBank reclassified my position, I worked anywhere from forty (40) to fifty-five (55) hours per week. However, NationsBank only paid me for forty (40) hours regardless of the number of hours worked.

7. I believe that there are other consumer bankers who would desire to opt-in to this lawsuit if they were provided Court-approved notice of this lawsuit. Although I cannot remember all of their names, I do recall Cecilia Sanders, Emily Harris, and a person named "Sharda" (I cannot recall her last name). These individuals worked hours in excess of forty (40) in given workweeks for which they did not receive appropriate compensation. I do not believe that they are aware of their legal right to recover damages; I certainly was not until I consulted an attorney regarding unpaid overtime.

FURTHER AFFIANT SAYETH NAUGHT.

JUAN C. VALDEZ SR.

SWORN TO AND SUBSCRIBED before me this 20 day of July, ~~1999~~ 2000, by JUAN C. VALDEZ SR., who is personally known to me, or who produced ______________ as identification, and who did take an oath.

Notary Public
My Commission Expires:
02/02/04
Acknowledger's Name Stamped, Typed or Printed

JACQUELINE CAPUTI
Notary Public, State of Maryland
Prince George's County
My Commission Expires Feb 2, 2004

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated of herself and all others

Plaintiffs,

vs.

BANKAMERICA CORPORATION, a foreign corporation d/b/a BANK OF AMERICA CORPORATION, a foreign corporation, f/k/a NATIONSBANK, N.A., a national association,

Defendants.
_______________________________________/

**AFFIDAVIT OF PAUL C. BARBER**

STATE OF FLORIDA )
) ss:
COUNTY OF SARASOTA )

BEFORE ME, the undersigned authority, on this date personally appeared PAUL C. BARBER who, after first being duly sworn deposes and says:

1. My name is Paul C. Barber. I have personal knowledge of the facts recited in this Affidavit.

2. In or about 1996, I was employed by NationsBank. I was employed by NationsBank as a Consumer Banker II.

3. In or about December 1997, at which time I worked at NationsBank's Southgate banking center, NationsBank reclassified my position as non-exempt, which allowed me to be eligible for overtime compensation. As of this date, I was also required to fill out time

cards.

4. However, since December 1997, Laura Russo, the branch manager at NationsBank's Southgate banking center, indicated to myself and the other employees that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records. As a result of these instructions, I would only indicate forty (40) hours on my timecard each week even though I worked more than forty (40) hours.

5. During branch meetings with employees, Laura Russo would reiterate that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records.

6. Since December 1997, when NationsBank reclassified my position, I worked anywhere from forty (40) to forty-five (45) hours per week. However, NationsBank only paid me for forty (40) hours regardless of the number of hours worked.

FURTHER AFFIANT SAYETH NAUGHT.

Paul C. Barber
PAUL C. BARBER

SWORN TO AND SUBSCRIBED before me this 5 day of July, ~~1999~~ 2000, by PAUL C. BARBER, who is personally known to me, or who produced FL. DRIV. LIC. as identification, and who did take an oath.

Kristin K Cawthorne
Notary Public
My Commission Expires: Jan 7, 2001

Acknowledger's Name Stamped, Typed or Printed

KRISTIN K. CAWTHORNE
MY COMMISSION # CC 891664
EXPIRES: January 7, 2001
Bonded Thru Notary Public Underwriters

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated of herself and all others

Plaintiffs,

vs.

BANKAMERICA CORPORATION, a foreign corporation d/b/a BANK OF AMERICA CORPORATION, a foreign corporation, f/k/a NATIONSBANK, N.A., a national association,

Defendants.
_______________________________/

**AFFIDAVIT OF DIANE KIRKLAND**

STATE OF FLORIDA )
) ss:
COUNTY OF POLK )

BEFORE ME, the undersigned authority, on this date personally appeared DIANE KIRKLAND who, after first being duly sworn deposes and says:

1. My name is Diane Kirkland. I have personal knowledge of the facts recited in this Affidavit.

2. In or about 1986, I was employed by NationsBank. I was employed by NationsBank as a Consumer Banker II.

3. In or about December 1997, at which time I worked at NationsBank's South Winter haven banking center, NationsBank reclassified my position as non-exempt, which allowed me to be eligible for overtime compensation. As of this date, I was also required to fill out time cards.

4. However, since December 1997, Louise Horne, the branch manager at NationsBank's South Winter haven banking center, indicated to myself and the other employees that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records. As a result of these instructions, I would only indicate forty (40) hours on my timecard each week even though I worked more than forty (40) hours.

5. During branch meetings with employees, Louise Horne would reiterate that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records.

6. Since December 1997, when NationsBank reclassified my position, I worked anywhere from forty (40) to sixty-five (65) hours per week. However, NationsBank only paid me for forty (40) hours regardless of the number of hours worked.

7. I believe that there are other consumer bankers who would desire to opt-in to this lawsuit if they were provided Court-approved notice of this lawsuit. Although I cannot remember all of their names, I do recall Mickey Barnett. This individual worked hours in excess of forty (40) in given workweeks for which ~~he~~ she did not receive appropriate compensation. I do not believe that ~~he~~ she is aware of his legal right to recover damages; I certainly was not until I consulted an attorney regarding unpaid overtime.

FURTHER AFFIANT SAYETH NAUGHT.

[signature]
DIANE KIRKLAND

SWORN TO AND SUBSCRIBED before me this 7 day of July, ~~1999~~ 2000, by DIANE KIRKLAND, who is personally known to me, ~~or who produced ____________ as identification,~~ and who did take an oath.

[signature]
Notary Public
My Commission Expires: 09/29/00

Acknowledger's Name Stamped, Typed or Printed

Commission No. CC 589229
My Commission Exp. 09/29/2000
1-800-3-NOTARY - Fla. Notary Service & Bonding Co.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated of herself and all others

Plaintiffs,

vs.

BANKAMERICA CORPORATION, a foreign corporation d/b/a BANK OF AMERICA CORPORATION, a foreign corporation, f/k/a NATIONSBANK, N.A., a national association,

Defendants.
_______________________________/

**AFFIDAVIT OF JEFF MOTLEY**

STATE OF TEXAS )
) ss:
COUNTY OF COLLIN )

BEFORE ME, the undersigned authority, on this date personally appeared JEFF MOTLEY who, after first being duly sworn deposes and says:

1. My name is Jeff Motley. I have personal knowledge of the facts recited in this Affidavit.

2. In or about 1996, I was employed by NationsBank. I was employed by NationsBank as a Consumer Banker III.

3. In or about December 1997, at which time I worked at NationsBank's Plano banking center, NationsBank reclassified my position as non-exempt, which allowed me to be eligible for overtime compensation. As of this date, I was also required to fill out time cards.

4. However, since December 1997, Shirley Stanley, a NationsBank sales manager, acting from instructions from the North Dallas Administration, indicated to myself and the other employees that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records. As a result of these instructions, I would only indicate forty (40) hours on my timecard each week even though I worked more than forty (40) hours.

5. During branch meetings with employees, Shirley Stanley would reiterate that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records.

6. Since December 1997, when NationsBank reclassified my position, I worked anywhere from fifty (50) to sixty (60) hours per week. However, NationsBank only paid me for forty (40) hours regardless of the number of hours worked.

7. I believe that there are other consumer bankers who would desire to opt-in to this lawsuit if they were provided Court-approved notice of this lawsuit. Although I cannot remember all of their names, I do recall Terrell Walker. This individual worked hours in excess of forty (40) in given workweeks for which he did not receive appropriate compensation. I do not believe that he is aware of his legal right to recover damages; I certainly was not until I consulted an attorney regarding unpaid overtime.

FURTHER AFFIANT SAYETH NAUGHT.

JEFF MOTLEY

SWORN TO AND SUBSCRIBED before me this 17 day of July, ~~1999~~ 2000, by JEFF MOTLEY, who is personally known to me, or who produced Texas Driver L. as identification, and who did take an oath.

JONATHAN A. DAMON
Notary Public
State of Texas
My Comm. Exp. 11-02-03

Notary Public
My Commission Expires:
11/02/03

Acknowledger's Name Stamped, Typed or Printed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated of herself and all others

Plaintiffs,

vs.

BANKAMERICA CORPORATION, a foreign corporation d/b/a BANK OF AMERICA CORPORATION, a foreign corporation, f/k/a NATIONSBANK, N.A., a national association,

Defendants.

______________________________/

AFFIDAVIT OF OLGA VALDES

STATE OF FLORIDA )
) ss:
COUNTY OF MIAMI-DADE )

BEFORE ME, the undersigned authority, on this date personally appeared OLGA VALDES who, after first being duly sworn deposes and says:

1. My name is Olga Valdes. I have personal knowledge of the facts recited in this Affidavit.

2. In or about 1993, I was employed by NationsBank. I was employed by NationsBank as a Consumer Banker II.

3. In or about December 1997, at which time I worked at NationsBank's Brickell banking center, NationsBank reclassified my position as non-exempt, which allowed me to be

eligible for overtime compensation. As of this date, I was also required to fill out time cards.

4. However, since December 1997, Donna Marie Kirlew, the regional manager for consumer bankers, indicated to myself and the other employees that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records. As a result of these instructions, I would only indicate forty (40) hours on my timecard each week even though I worked more than forty (40) hours.

5. During branch meetings with employees, Donna Marie Kirlew would reiterate that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records.

6. Since December 1997, when NationsBank reclassified my position, I worked anywhere from forty (40) to sixty (60) hours per week. However, NationsBank only paid me for forty (40) hours regardless of the number of hours worked.

FURTHER AFFIANT SAYETH NAUGHT.

Olga Valdés

OLGA VALDES

SWORN TO AND SUBSCRIBED before me this 28 day of July, ~~1999~~ 2000, by OLGA VALDES, who is personally known to me, or who produced personally known as identification, and who did take an oath.

Ana Diaz

Notary Public

My Commission Expires:

Ana Diaz
Commission # CC 876830
Expires Oct. 5, 2003
Bonded Thru

Acknowledger's Name Stamped, Typed or Printed

COMP 10500001841 DATE 01-15-98 PP 01 PAGE 240

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ST LOUIS, MISSOURI 63166

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX / EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FORD, CARL M<br>496667463<br>100405159248<br>02<br>1140.59 | 103316<br><br>25689<br>77627<br>103316 | REGULAR<br>*GP-LIFE<br>SEL BEN<br>RET SAV | | | 114059<br>781<br>7321-<br>3422- | 114059<br>781<br>7321-<br>3422- | FICA TAX<br>STATE TX | 8225<br>3600 | 8225<br>3600 | FED. TAX<br>DEP LIFE | 13958<br>106 | 13958<br>106 |

COMP 10500001841 DATE 01-30-98 PP 02 PAGE 259

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ST LOUIS, MISSOURI 63166

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX / EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FORD, CARL M<br>496667463<br>100405159248 SEP<br>02<br>1140.59 | 14805<br><br>1698<br>13107<br>118121 | REGULAR | | | 14805 | 128864 | FICA TAX | 1133 | 9358 | FED. TAX | 565 | 14523 |
| FORD, CARL M<br>496667463<br>100405159248 SEP<br>02<br>1140.59 | 30500<br><br>5552<br>24948<br>148621 | GEN BNK | | | 30500 | 30500 | FICA TAX<br>STATE TX | 2333<br>300 | 11691<br>3900 | FED. TAX | 2919 | 17442 |
| FORD, CARL M<br>496667463<br>100405159248 SEP<br>02<br>1140.59 | 16500<br><br>2081<br>14419<br>165121 | GEN BNK | | | 16500 | 47000 | FICA TAX | 1262 | 12953 | FED. TAX | 819 | 18261 |
| FORD, CARL M<br>496667463<br>100405159248<br>02<br>1140.59 | 118121<br><br>30829<br>87292<br>283242 | REGULAR<br>OVERTIME<br>*GP-LIFE<br>GEN BNK<br>SEL BEN<br>RET SAV | <br>750 | <br>750 | 114059<br>14805<br>781<br><br>7321-<br>3422- | 242923<br>14805<br>1962<br>47000<br>14642-<br>6844- | FICA TAX<br>STATE TX | 9558<br>4300 | 22511<br>8200 | FED. TAX<br>DEP LIFE | 17065<br>106 | 35326<br>212 |

COMP 10500001841 DATE 02-13-98 PP 03 PAGE 235

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ST LOUIS, MISSOURI 63166

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX / EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FORD, CARL M<br>496667463<br>100405159248<br>02<br>1160.59 | 122963<br><br>32613<br>89950<br>605805 | REGULAR<br>OVERTIME<br>*GP-LIFE<br>GEN BNK<br>SEL BEN<br>RET SAV | <br>975 | <br>1725 | 114059<br>19247<br>781<br><br>7321-<br>3422- | 356982<br>34052<br>2343<br>47000<br>21963-<br>10266- | FICA TAX<br>STATE TX | 9498<br>4500 | 32009<br>12700 | FED. TAX<br>DEP LIFE | 18309<br>106 | 53635<br>318 |

COMP 10500001841 DATE 02-27-98 PP 04 PAGE 248

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ST LOUIS, MISSOURI 63166

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX / EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FORD, CARL M<br>496667463<br>100405159248 SEP<br>02<br>1160.59 | 43326<br><br>8857<br>34469<br>649131 | OVERTIME<br>GEN BNK | | 1725 | 826<br>42500 | 34878<br>89500 | FICA TAX<br>STATE TX | 3314<br>700 | 35323<br>13400 | FED. TAX | 4843 | 58478 |
| FORD, CARL M<br>496667463<br>100405159248<br>02<br>1160.59 | 152173<br><br>44469<br>107704<br>601304 | REGULAR<br>OVERTIME<br>*GP-LIFE<br>GEN BNK<br>SEL BEN<br>RET SAV | <br>2475 | <br>4200 | 114059<br>48857<br>781<br><br>7321-<br>3422- | 471041<br>83735<br>3124<br>89500<br>29284-<br>13688- | FICA TAX<br>STATE TX | 11963<br>5800 | 47286<br>19200 | FED. TAX<br>DEP LIFE | 26600<br>106 | 85078<br>424 |

COMP 10500001841 DATE 03-13-98 PP 05 PAGE 243

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ST LOUIS, MISSOURI 63166

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST EX / SALY/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FORD, CARL M | 118615 | REGULAR | | | 114059 | 585100 | FICA TAX | 9376 | 56682 | FED. TAX | 17204 | 102282 |
| 496667463 | | OVERTIME | 775 | 4975 | 15299 | 99034 | STATE TX | 4300 | 23500 | DEP LIFE | 106 | 530 |
| 100405159248 | 31006 | *GP-LIFE | | | 781 | 3905 | | | | | | |
| 02 | 87609 | GEN BNK | | | | 89500 | | | | | | |
| 1140.59 | | SEL BEN | | | 7321- | 36605- | | | | | | |
| | 719319 | RET SAV | | | 3422- | 17110- | | | | | | |

COMP 10500001841 DATE 03-31-98 PP 06 PAGE 179

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ST LOUIS, MISSOURI 63166

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST EX / SALY/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FORD, CARL M | | REGULAR | | | | 709809 | FICA TAX | | 77778 | FED. TAX | | 146603 |
| 496667463 | | OVERTIME | | 7300 | | 157368 | STATE TX | | 33600 | DEP LIFE | | 636 |
| | | *GP-LIFE | | | | 4486 | | | | | | |
| 02 | | GEN BNK | | | | 188775 | | | | | | |
| 1247.09 | | SEL BEN | | | | 43926- | | | | | | |
| | 991375 | RET SAV | | | | 20851- | | | | | | |

COMP 10500001841 DATE 04-15-98 PP 07 PAGE 242

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ST LOUIS, MISSOURI 63166

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST EX / SALY/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FORD, CARL M | 124978 | REGULAR | | | 124709 | 834518 | FICA TAX | 9907 | 87685 | FED. TAX | 18985 | 165588 |
| 496667463 | | OVERTIME | 525 | 7825 | 11331 | 168699 | STATE TX | 4600 | 38200 | DEP LIFE | 106 | 742 |
| 100405159248 | 33978 | *GP-LIFE | | | 781 | 5467 | | | | | | |
| 02 | 91380 | GEN BNK | | | | 188775 | | | | | | |
| 1247.07 | | SEL BEN | | | 7321- | 51247- | | | | | | |
| | 1116153 | 401K | | | 3761- | 24592- | | | | | | |

COMP 10500001841 DATE 04-30-98 PP 08 PAGE 249

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ST LOUIS, MISSOURI 63166

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST EX / SALY/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FORD, CARL M | 85233 | REGULAR | | | 85233 | 919751 | FICA TAX | 6521 | 94206 | FED. TAX | 11129 | 176717 |
| 496667463 | | | | | | | STATE TX | 2600 | 40800 | | | |
| 100405159248 SEP | 20250 | | | | | | | | | | | |
| 02 | 64983 | | | | | | | | | | | |
| 1247.09 | | | | | | | | | | | | |
| | 1201386 | | | | | | | | | | | |
| FORD, CARL M | 123738 | OVERTIME | | 7825 | 8738 | 177437 | FICA TAX | 9465 | 103671 | FED. TAX | 18420 | 195137 |
| 496667463 | | GEN BNK | | | 115000 | 303775 | STATE TX | 4500 | 45300 | | | |
| 100405159248 SEP | 32385 | | | | | | | | | | | |
| 02 | 91353 | | | | | | | | | | | |
| 1247.09 | | | | | | | | | | | | |
| | 1325124 | | | | | | | | | | | |
| FORD, CARL M | 166526 | REGULAR | | | 124709 | 1044460 | FICA TAX | 13085 | 116756 | FED. TAX | 30619 | 225756 |
| 496667463 | | OVERTIME | 2450 | 10275 | 52879 | 230316 | STATE TX | 6400 | 51700 | DEP LIFE | 106 | 848 |
| 100405159248 | 50210 | *GP-LIFE | | | 781 | 6248 | | | | | | |
| 02 | 116316 | GEN BNK | | | | 303775 | | | | | | |
| 1247.09 | | SEL BEN | | | 7321- | 58568- | | | | | | |
| | 1491650 | 401K | | | 3761- | 28333- | | | | | | |

COMP 10500001841 DATE 05-15-98 PP 09 PAGE 238

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ST LOUIS, MISSOURI 63166

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST EX / SALY/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FORD, CARL M | 150339 | REGULAR | | | 124709 | 1169169 | FICA TAX | 11548 | 128604 | FED. TAX | 26087 | 251843 |
| 496667463 | | OVERTIME | 1700 | 11975 | 36692 | 267008 | STATE TX | 5700 | 57400 | DEP LIFE | 106 | 954 |
| 100405159248 | 43741 | *GP-LIFE | | | 781 | 7029 | | | | | | |
| 02 | 106598 | GEN BNK | | | | 303775 | | | | | | |
| 1247.09 | | SEL BEN | | | 7321- | 65889- | | | | | | |
| | 1641907 | 401K | | | 3761- | 32074- | | | | | | |

PAYROLL REGISTER

COMP 10500001841 | DATE 05-29-98 | PP 10 | PAGE 173

NATIONSBANK, N.A. FT
ST LOUIS, MISSOURI 63166

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX. / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FORD, CARI M | | REGULAR | | | | 1293678 | FICA TAX | | 151913 | FED. TAX | | 303654 |
| 496667463 | | OVERTIME | | 14450 | | 329342 | STATE TX | | 68700 | DEP LIFE | | 1360 |
| | | *GP-LIFE | | | | 7810 | | | | | | |
| 02 | | GEN BNK | | | | 627975 | | | | | | |
| 1247.09 | | SEL BEN | | | | 73310- | | | | | | |
| | 1942170 | 401K | | | | 35805- | | | | | | |

PAYROLL REGISTER

COMP 10500001841 | DATE 06-15-98 | PP 11 | PAGE 243

NATIONSBANK, N.A. FT
ST LOUIS, MISSOURI 63166

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX. / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FORD, CARI M | 174655 | REGULAR | | | 124709 | 1418587 | FICA TAX | 13993 | 165906 | FED. TAX | 32895 | 336553 |
| 496667463 | | OVERTIME | 3000 | 17460 | 64760 | 394092 | STATE TX | 6700 | 75400 | DEP LIFE | 106 | 1166 |
| 100405159248 | 53694 | *GP-LIFE | | | 781 | 8591 | | | | | | |
| 02 | 120961 | GEN BNK | | | | 627975 | | | | | | |
| 1247.09 | | SEL BEN | | | 7321- | 80531- | | | | | | |
| | 2116825 | 401K | | | 7483- | 43298- | | | | | | |

PAYROLL REGISTER

COMP 10500001841 | DATE 06-30-98 | PP 12 | PAGE 180

NATIONSBANK, N.A. FT
ST LOUIS, MISSOURI 63166

| NAME / EMPLOYEE NO / CK/DEP. NO. / STAT / ST.EX. / SAL/RATE | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT. | NAME | CURRENT AMT | Y-T-D AMT. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FORD, CARI M | | REGULAR | | | | 1543396 | FICA TAX | | 190443 | FED. TAX | | 391811 |
| 496667463 | | OVERTIME | | 19300 | | 448339 | STATE TX | | 87300 | DEP LIFE | | 1272 |
| | | *GP-LIFE | | | | 9372 | | | | | | |
| 02 | | GEN BNK | | | | 576500 | | | | | | |
| 1247.09 | | SEL BEN | | | | 87852- | | | | | | |
| | 2429302 | 401K | | | | 50281- | | | | | | |

PAYROLL REGISTER

COMP 10500001841 | DATE 07-15-98 | PP 13 | PAGE 247

NATIONSBANK, N.A. FT
ST LOUIS, MISSOURI 63166

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX. / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FORD, CARI M | 130193 | REGULAR | | | 124709 | 1668005 | FICA TAX | 10692 | 201135 | FED. TAX | 20446 | 412257 |
| 496667463 | | OVERTIME | 1000 | 20300 | 21583 | 469822 | STATE TX | 4800 | 92100 | DEP LIFE | 106 | 1378 |
| 100405159248 | 36064 | *GP-LIFE | | | 781 | 10153 | | | | | | |
| 02 | 94149 | GEN BNK | | | | 576400 | | | | | | |
| 1247.09 | | SEL BEN | | | 7321- | 95173- | | | | | | |
| | 2559495 | 401K | | | 6778- | 59559- | | | | | | |

PAYROLL REGISTER

COMP 10500001841 | DATE 07-31-98 | PP 14 | PAGE 178

NATIONSBANK, N.A. FT
ST LOUIS, MISSOURI 63166

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX. / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FORD, CARI M | | REGULAR | | | | 1792714 | FICA TAX | | 223356 | FED. TAX | | 458056 |
| 496667463 | | OVERTIME | | 22450 | | 528960 | STATE TX | | 102500 | DEP LIFE | | 1484 |
| | | *GP-LIFE | | | | 10934 | | | | | | |
| 02 | | GEN BNK | | | | 689975 | | | | | | |
| 1247.09 | | SEL BEN | | | | 102694- | | | | | | |
| | 2838389 | 401K | | | | 70566- | | | | | | |

COMP 10500001841 DATE 08-14-98 PP 15 PAGE 245

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ST LOUIS, MISSOURI 63166

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX. / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FORD, CARL M | 154539 | REGULAR | | | 124709 | 1917423 | FICA TAX | 12672 | 236028 | FED. TAX | 27463 | 485319 |
| 696667463 | | OVERTIME | 2200 | 24650 | 47483 | 576043 | STATE TX | 5900 | 108400 | DEP LIFE | 106 | 1590 |
| 100405159268 | 45961 | *GP-LIFE | | | 781 | 11215 | | | | | | |
| 02 | 108598 | GEN BNK | | | | 689975 | | | | | | |
| 1247.09 | | SEL BEN | | | 7321- | 109815- | | | | | | |
| | 2992728 | 401K | | | 10332- | 80898- | | | | | | |

COMP 10500001841 DATE 08-31-98 PP 16 PAGE 177

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ST LOUIS, MISSOURI 63166

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX. / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FORD, CARL M | | REGULAR | | | | 2042152 | FICA TAX | | 260444 | FED. TAX | | 557481 |
| 696667463 | | OVERTIME | | 27150 | | 640569 | STATE TX | | 120100 | DEP LIFE | | 1696 |
| | | *GP-LIFE | | | | 12496 | | | | | | |
| 02 | | GEN BNK | | | | 829050 | | | | | | |
| 1247.09 | | SEL BEN | | | | 117126- | | | | | | |
| | 3302163 | 401K | | | | 92252- | | | | | | |

COMP 10500001841 DATE 09-15-98 PP 17 PAGE 246

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ST LOUIS, MISSOURI 63166

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX. / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FORD, CARL M | 142874 | REGULAR | | | 124709 | 2166841 | FICA TAX | 11723 | 272367 | FED. TAX | 23996 | 563777 |
| 696667463 | | OVERTIME | 1625 | 28775 | 35073 | 675642 | STATE TX | 5400 | 125500 | DEP LIFE | 106 | 1802 |
| 100405159268 | 41225 | *GP-LIFE | | | 781 | 13277 | | | | | | |
| 02 | 101649 | GEN BNK | | | | 829050 | | | | | | |
| 1247.09 | | SEL BEN | | | 7321- | 124457- | | | | | | |
| | 3445237 | 401K | | | 9587- | 101889- | | | | | | |

COMP 10500001841 DATE 09-30-98 PP 18 PAGE 257

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ST LOUIS, MISSOURI 63166

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX. / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FORD, CARL M | 154910 | OVERTIME | | 28775 | 15037 | 690679 | FICA TAX | 11919 | 284386 | FED. TAX | 27148 | 590925 |
| 696667463 | | GEN BNK | | | 140725 | 969825 | STATE TX | 5800 | 131300 | | | |
| 100405159268 SEP | 44867 | 401K | | | 902- | 102741- | | | | | | |
| 02 | 110043 | | | | | | | | | | | |
| 1247.09 | | | | | | | | | | | | |
| | 3600167 | | | | | | | | | | | |
| FORD, CARL M | 147039 | REGULAR | | | 124709 | 2291950 | FICA TAX | 12095 | 296301 | FED. TAX | 25275 | 616200 |
| 696667463 | | OVERTIME | 1850 | 30625 | 39329 | 730608 | STATE TX | 5600 | 136900 | DEP LIFE | 106 | 1908 |
| 100405159268 | 43076 | *GP-LIFE | | | 781 | 14058 | | | | | | |
| 02 | 104363 | GEN BNK | | | | 969825 | | | | | | |
| 1247.09 | | SEL BEN | | | 7321- | 131778- | | | | | | |
| | 3747536 | 401K | | | 9828- | 112619- | | | | | | |

COMP 10500001841 DATE 10-15-98 PP 19 PAGE 246

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ST LOUIS, MISSOURI 63166

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX. / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FORD, CARL M | 134261 | REGULAR | | | 124709 | 2416259 | FICA TAX | 11022 | 307403 | FED. TAX | 21582 | 637782 |
| 696667463 | | OVERTIME | 1200 | 31825 | 25900 | 756508 | STATE TX | 5000 | 141900 | DEP LIFE | 106 | 2014 |
| 100405159268 | 37710 | *GP-LIFE | | | 781 | 14839 | | | | | | |
| 02 | 96551 | GEN BNK | | | | 969825 | | | | | | |
| 1247.09 | | SEL BEN | | | 7321- | 139099- | | | | | | |
| | 3881887 | 401K | | | 9037- | 121656- | | | | | | |

| COMP | DATE | PP | PAGE |
|---|---|---|---|
| 10500001841 | 10-30-98 | 20 | 256 |

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ST LOUIS, MISSOURI 63166

| NAME / EMPLOYEE NO. / CK/DEP. NO. / STAT / ST. EX / SALY/RATE | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT. | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT. | Y-T-D AMT. | NAME | CURRENT AMT. | Y-T-D AMT. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FORD, CARL M<br>496667463<br>100405159248 SEP<br>02<br>1247.09 | 159883<br>46927<br>112956<br>4061720 | OVERTIME<br>GEN BNK<br>401K | | 31825 | 12189<br>148425<br>731- | 768697<br>1118350<br>122387- | FICA TAX<br>STATE TX | 12287<br>6100 | 319690<br>148000 | FED. TAX | 28540 | 666322 |
| FORD, CARL M<br>496667463<br>100405159248<br>02<br>1247.09 | 140308<br>40108<br>100200<br>4182058 | REGULAR<br>OVERTIME<br>+GP-LIFE<br>GEN BNK<br>SEL BEN<br>401K | 1500 | 33325 | 124709<br>32375<br>781<br><br>7321-<br>9425- | 2540968<br>801072<br>15620<br>1118350<br>146420-<br>131812- | FICA TAX<br>STATE TX | 11516<br>5200 | 331206<br>153200 | FED. TAX<br>DEP LIFE | 23286<br>106 | 689608<br>2120 |

| COMP | DATE | PP | PAGE |
|---|---|---|---|
| 10500001841 | 11-13-98 | 21 | 252 |

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ST LOUIS, MISSOURI 63165

| NAME / EMPLOYEE NO. / CK/DEP. NO. / STAT / ST. EX / SALY/RATE | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT. | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT. | Y-T-D AMT. | NAME | CURRENT AMT. | Y-T-D AMT. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FORD, CARL M<br>496667463<br>100405159248<br>02<br>1247.09 | 150482<br>44275<br>106207<br>6332540 | REGULAR<br>OVERTIME<br>+GP-LIFE<br>GEN BNK<br>SEL BEN<br>401K | 2000 | 35325 | 124709<br>43167<br>781<br><br>7321-<br>10023- | 2665677<br>844239<br>16401<br>1118250<br>153741-<br>141835- | FICA TAX<br>STATE TX | 12362<br>5700 | 343568<br>158900 | FED. TAX<br>DEP LIFE | 26127<br>106 | 715735<br>2226 |

| COMP | DATE | PP | PAGE |
|---|---|---|---|
| 10500001841 | 11-30-98 | 22 | 251 |

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ST LOUIS, MISSOURI 63166

| NAME / EMPLOYEE NO. / CK/DEP. NO. / STAT / ST. EX / SALY/RATE | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT. | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT. | Y-T-D AMT. | NAME | CURRENT AMT. | Y-T-D AMT. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FORD, CARL M<br>496667463<br>100405159248 SEP<br>02<br>1247.09 | 35891<br>6883<br>29008<br>4368431 | OVERTIME<br>GEN BNK<br>401K | | 35325 | 2278<br>33750<br>137- | 846317<br>1152000<br>142022- | FICA TAX<br>STATE TX | 2456<br>400 | 346304<br>159300 | FED. TAX | 3727 | 719462 |
| FORD, CARL M<br>496667463<br>100405159248<br>02<br>1247.09 | 111934<br>28644<br>83290<br>4480365 | REGULAR<br>OVERTIME<br>+GP-LIFE<br>GEN BNK<br>SEL BEN<br>401K | 100 | 35425 | 124709<br>2158<br>781<br><br>7321-<br>7612- | 2790386<br>848675<br>17182<br>1152000<br>161062-<br>149634- | FICA TAX<br>STATE TX | 9205<br>4000 | 355509<br>163300 | FED. TAX<br>DEP LIFE | 15333<br>106 | 734795<br>2332 |

| COMP | DATE | PP | PAGE |
|---|---|---|---|
| 10500001841 | 12-15-98 | 23 | 244 |

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ST LOUIS, MISSOURI 63166

| NAME / EMPLOYEE NO. / CK/DEP. NO. / STAT / ST. EX / SALY/RATE | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT. | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT. | Y-T-D AMT. | NAME | CURRENT AMT. | Y-T-D AMT. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FORD, CARL M<br>496667463<br>100405159248 SEP<br>02<br>1247.09 | 14206<br>1631<br>12575<br>4494571 | OVERTIME<br>401K | | 35425 | 15513<br>907- | 863788<br>150541- | FICA TAX | 1156 | 356665 | FED. TAX | 475 | 735270 |
| FORD, CARL M<br>496667463<br>100405159248<br>02<br>1247.09 | 135773<br>38260<br>97513<br>4630344 | REGULAR<br>OVERTIME<br>+GP-LIFE<br>GEN BNK<br>SEL BEN<br>401K | 1275 | 36700 | 124709<br>27919<br>781<br><br>7321-<br>9134- | 2915095<br>891307<br>17963<br>1152000<br>168383-<br>159675- | FICA TAX<br>STATE TX | 11146<br>5000 | 367811<br>168300 | FED. TAX<br>DEP LIFE | 22008<br>106 | 757278<br>2438 |

| COMP | DATE | PP | PAGE |
|---|---|---|---|
| 10500001841 | 12-31-98 | 24 | 172 |

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ST LOUIS, MISSOURI 63166

| NAME / EMPLOYEE NO. / CK/DEP. NO. / STAT / ST. EX / SALY/RATE | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT. | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT. | Y-T-D AMT. | NAME | CURRENT AMT. | Y-T-D AMT. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FORD, CARL M<br>496667463<br>02<br>1247.09 | 4953419 | REGULAR<br>OVERTIME<br>+GP-LIFE<br>PRIZE PU<br>GEN BNK<br>SEL BEN<br>401K | | 37125 | | 3039404<br>922498<br>18744<br>16300<br>1319550<br>175706-<br>169029- | FICA TAX<br>STATE TX | | 393501<br>180389 | FED. TAX<br>DEP LIFE | | 815506<br>2944 |



COMP 63505018108 | DATE 01-15-98 | PP 01 | PAGE 953

PAYROLL REGISTER

NATIONSBANK, N.A., FT NORFOLK, VA. 23510

| NAME / EMPLOYEE NO / CK/DEP. NO STAT / ST EX / SAL/RATE | GROSS / ADJ. NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME |
|---|---|---|---|---|---|---|---|---|---|---|
| BOLDEN, MARY F | 94306 | REGULAR | | | 110000 | 110000 | FICA TAX | 7793 | 7793 | FED. TAX |
| 219500810 | | +GP-LIFE | | | 958 | 958 | STATE TX | 5927 | 5927 | PRIM SAV |
| 2079503491 | 30889 | SEL BEN | | | 9094- | 9094- | DEP LIFE | 223 | 223 | |
| 1130000 | 63417 | RET SAV | | | 6600- | 6600- | | | | |
| 1100.00 | 94306 | | | | | | | | | |

COMP 63505018108 | DATE 01-30-98 | PP 02 | PAGE 1033

PAYROLL REGISTER

NATIONSBANK, N.A., FT ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO STAT / ST EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME |
|---|---|---|---|---|---|---|---|---|---|---|
| BOLDEN, MARY F | 45800 | GEN BNK | | | 45800 | 45800 | FICA TAX | 3503 | 11296 | FED. T |
| 219500810 | | | | | | | STATE TX | 2231 | 8158 | |
| 2079503491 SEP | 9260 | | | | | | | | | |
| 1130000 | 36540 | | | | | | | | | |
| 1100.00 | 140106 | | | | | | | | | |
| BOLDEN, MARY F | 94306 | REGULAR | | | 110000 | 220000 | FICA TAX | 7793 | 19089 | FED. T |
| 219500810 | | +GP-LIFE | | | 958 | 1916 | STATE TX | 5927 | 14085 | PRIM S |
| 2079503491 | 30889 | GEN BNK | | | | 45800 | DEP LIFE | 223 | 446 | |
| 1130000 | 63417 | SEL BEN | | | 9094- | 18188- | | | | |
| 1100.00 | 234412 | RET SAV | | | 6600- | 13200- | | | | |

COMP 63505018108 | DATE 02-13-98 | PP 03 | PAGE 971

PAYROLL REGISTER

NATIONSBANK, N.A., FT ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO STAT / ST EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME |
|---|---|---|---|---|---|---|---|---|---|---|
| BOLDEN, MARY F | 96210 | REGULAR | | | 110000 | 330000 | FICA TAX | 7938 | 27027 | FED. T. |
| 219500810 | | OVERTIME | 100 | 100 | 1904 | 1904 | STATE TX | 6074 | 20159 | PRIM S |
| 2079503491 | 31466 | +GP-LIFE | | | 958 | 2874 | DEP LIFE | 223 | 669 | |
| 1130000 | 64744 | GEN BNK | | | | 45800 | | | | |
| 1100.00 | | SEL BEN | | | 9094- | 27282- | | | | |
| | 330622 | RET SAV | | | 6600- | 19800- | | | | |

COMP 63505018108 | DATE 02-27-98 | PP 04 | PAGE 1011

PAYROLL REGISTER

NATIONSBANK, N.A., FT ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO STAT / ST EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BOLDEN, MARY F | 94306 | REGULAR | | | 110000 | 440000 | FICA TAX | 7793 | 34820 | FED. TAX | 10946 | 47595 |
| 219500810 | | OVERTIME | | 100 | | 1904 | STATE TX | 5927 | 26086 | PRIM SAV | 6000 | 24000 |
| 2079503491 | 30889 | +GP-LIFE | | | 958 | 3832 | DEP LIFE | 223 | 892 | | | |
| 1130000 | 63417 | GEN BNK | | | | 45800 | | | | | | |
| 1100.00 | | SEL BEN | | | 9094- | 36376- | | | | | | |
| | 424928 | RET SAV | | | 6600- | 26400- | | | | | | |

COMP 63505018108 | DATE 03-13-98 | PP 05 | PAGE 984

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO. / CK/DEP. NO. / STAT / ST.EX. / EX / SALY/RATE | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT. | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT. | Y-T-D AMT. | NAME | CURREN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOLDEN, MARY F | 40000 | GEN BNK | | | 40000 | 85800 | FICA TAX | 3060 | 37680 | FED. TAX | |
| 219500810 | | | | | | | STATE TX | 1833 | 27919 | | |
| 2079503491 SEP | 7949 | | | | | | | | | | |
| 1130000 1 | 32451 | | | | | | | | | | |
| 1100.00 | | | | | | | | | | | |
| | 464928 | | | | | | | | | | |
| BOLDEN, MARY F | 94306 | REGULAR | | | 110000 | 550000 | FICA TAX | 7792 | 45672 | FED. TAX | |
| 219500810 | | OVERTIME | | 100 | | 1904 | STATE TX | 5927 | 33846 | PRIM SAV | |
| 2079503491 | 30888 | *GP-LIFE | | | 958 | 4790 | DEP LIFE | 223 | 1115 | | |
| 1130000 1 | 63418 | GEN BNK | | | | 85800 | | | | | |
| 1100.00 | | SEL BEN | | | 9094- | 45470- | | | | | |
| | 559234 | RET SAV | | | 6600- | 33000- | | | | | |

COMP 63505018108 | DATE 03-31-98 | PP 06 | PAGE 680

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP. NO / STAT / ST.EX. / EX / SALY/RATE | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOLDEN, MARY F | | REGULAR | | | | 660000 | FICA TAX | | 53465 | FED. TAX | |
| 219500810 | | OVERTIME | | 100 | | 1904 | STATE TX | | 39773 | PRIM SAV | |
| | | *GP-LIFE | | | | 5748 | DEP LIFE | | 1338 | | |
| 1130000 1 | | GEN BNK | | | | 85800 | | | | | |
| 1100.00 | | SEL BEN | | | | 54564- | | | | | |
| | 653540 | RET SAV | | | | 39600- | | | | | |

COMP 63505018108 | DATE 04-15-98 | PP 07 | PAGE 998

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP. NO / STAT / ST.EX. / EX / SALY/RATE | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOLDEN, MARY F | 94306 | REGULAR | | | 110000 | 770000 | FICA TAX | 7793 | 61258 | FED. TAX | 10946 |
| 219500810 | | OVERTIME | | 100 | | 1904 | STATE TX | 5886 | 45659 | PRIM SAV | 6000 |
| 2079503491 | 30848 | *GP-LIFE | | | 958 | 6706 | DEP LIFE | 223 | 1961 | | |
| 1130000 1 | 63458 | GEN BNK | | | | 85800 | | | | | |
| 1100.00 | | SEL BEN | | | 9094- | 63658- | | | | | |
| | 747846 | 401K | | | 6600- | 46200- | | | | | |

COMP 63505018108 | DATE 04-30-98 | PP 08 | PAGE 1059

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX. / EX / SALY/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOLDEN, MARY F | 14125 | GEN BNK | | | 14125 | 99925 | FICA TAX | 1080 | 62338 | STATE TX | 72 |
| 219500810 | | | | | | | | | | | |
| 2079503491 SEP | 1152 | | | | | | | | | | |
| 1130000 1 | 12973 | | | | | | | | | | |
| 1100.00 | | | | | | | | | | | |
| | 761971 | | | | | | | | | | |
| BOLDEN, MARY F | 94306 | REGULAR | | | 110000 | 880000 | FICA TAX | 7793 | 70131 | FED. TAX | 10946 |
| 219500810 | | OVERTIME | | 100 | | 1904 | STATE TX | 5886 | 51617 | PRIM SAV | 6000 |
| 2079503491 | 30848 | *GP-LIFE | | | 958 | 7664 | DEP LIFE | 223 | 1784 | | |
| 1130000 1 | 63458 | GEN BNK | | | | 99925 | | | | | |
| 1100.00 | | SEL BEN | | | 9094- | 72752- | | | | | |
| | 856277 | 401K | | | 6600- | 52800- | | | | | |

PAYROLL REGISTER

COMP 63505018108 | DATE 05-15-98 | PP 09 | PAGE 1009

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP. NO / STAT / ST.EX. / EX / SALY/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOLDEN, MARY F | 94306 | REGULAR | | | 110000 | 990000 | FICA TAX | 7493 | 77924 | FED. TAX | 1094 |
| 219500810 | | OVERTIME | | 100 | | 1904 | STATE TX | 5886 | 57303 | PRIM SAV | 600 |
| 207950349 | 30848 | *GP-LIFE | | | 958 | 8422 | DEP LIFE | 223 | 2007 | | |
| 1130000 | 63458 | GEN BNK | | | | 99925 | | | | | |
| 1100.00 | | SEL BEN | | | 9094- | 81846- | | | | | |
| | 950583 | 401K | | | 6600- | 59400- | | | | | |

PAYROLL REGISTER

COMP 63505018108 | DATE 05-29-98 | PP 10 | PAGE 695

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX. / EX / SALY/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOLDEN, MARY F | | REGULAR | | | | 1100000 | FICA TAX | | 87618 | FED. TAX | |
| 219500810 | | OVERTIME | | 100 | | 1904 | STATE TX | | 64255 | PRIM SAV | |
| | | *GP-LIFE | | | | 9580 | DEP LIFE | | 2230 | | |
| 1130000 | | GEN BNK | | | | 124800 | | | | | |
| 1100.00 | | SEL BEN | | | | 90940- | | | | | |
| | 1069766 | 401K | | | | 66000- | | | | | |

PAYROLL REGISTER

COMP 63505018108 | DATE 06-15-98 | PP 11 | PAGE 1031

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX. / EX / SALY/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT. | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT. | Y-T-D AMT | NAME | CURRE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOLDEN, MARY F | 3529 | PRIZE PU | | | 3529 | 3529 | FICA TAX | 271 | 87889 | FED. TAX | |
| 219500810 | | | | | | | STATE TX | 229 | 64484 | | |
| ADJ | 1029 | | | | | | | | | | |
| 1130000 | 2500 | | | | | | | | | | |
| 1100.00 | | | | | | | | | | | |
| | 1073293 | | | | | | | | | | |
| BOLDEN, MARY F | 94306 | REGULAR | | | 110000 | 1210000 | FICA TAX | 7793 | 95682 | FED. TAX | |
| 219500810 | | OVERTIME | | 100 | | 1904 | STATE TX | 5886 | 70370 | PRIM SAV | |
| 207950349 | 30848 | *GP-LIFE | | | 958 | 10538 | DEP LIFE | 223 | 2453 | | |
| 1130000 | 63458 | PRIZE PU | | | | 3529 | | | | | |
| 1100.00 | | GEN BNK | | | | 124800 | | | | | |
| | 1167599 | SEL BEN | | | 9094- | 100034- | | | | | |
| | | 401K | | | 6600- | 72600- | | | | | |

PAYROLL REGISTER

COMP 63505018108 | DATE 06-30-98 | PP 12 | PAGE 713

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO. / CK/DEP. NO. / STAT / ST.EX. / EX / SALY/RATE | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT. | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT. | Y-T-D AMT. | NAME | CURRENT AMT. | Y-T-D AMT. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEN, MARY F | | REGULAR | | | | 1320000 | FICA TAX | | 105083 | FED. TAX | | 143002 |
| 500810 | | OVERTIME | | 100 | | 1904 | STATE TX | | 77833 | PRIM SAV | | 72000 |
| | | MISC PAY | | | | 3529 | DEP LIFE | | 2676 | | | |
| 1130000 | | *GP-LIFE | | | | 11496 | | | | | | |
| 1100.00 | | PRIZE PU | | | | 3929 | | | | | | |
| | 1282934 | GEN BNK | | | | 143300 | | | | | | |
| | | SEL BEN | | | | 109428- | | | | | | |
| | | 401K | | | | 79200- | | | | | | |

| COMP | DATE | PP | PAGE |
|---|---|---|---|
| 63505018108 | 07-15-98 | 13 | 1025 |

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX. / EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BOLDEN, MARY F | 94306 | REGULAR | | | 110000 | 1430000 | FICA TAX | 7793 | 112876 | FED. TAX | 10746 | 15 |
| 219500810 | | OVERTIME | | 100 | | 1904 | STATE TX | 5886 | 83719 | PRIM SAV | 6000 | 7 |
| 2079503493 | 30848 | MISC PAY | | | | 3529 | DEP LIFE | 223 | 2899 | | | |
| 1130000 | 63468 | +GP-LIFE | | | 958 | 12464 | | | | | | |
| 1100.00 | | PRIZE PL | | | | 3529 | | | | | | |
| | 1377240 | GEN BNK | | | | 142300 | | | | | | |
| | | SEL BEN | | | 9094- | 118222- | | | | | | |
| | | 401K | | | 6600- | 85800- | | | | | | |

| COMP | DATE | PP | PAGE |
|---|---|---|---|
| 63505018108 | 07-31-98 | 14 | 725 |

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX. / EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BOLDEN, MARY F | | REGULAR | | | | 1540000 | FICA TAX | | 123605 | FED. TAX | | 167310 |
| 219500810 | | OVERTIME | | 100 | | 1904 | STATE TX | | 91273 | PRIM SAV | | 84000 |
| | | MISC PAY | | | | 3529 | DEP LIFE | | 3122 | | | |
| 1130000 | | +GP-LIFE | | | | 13412 | | | | | | |
| 1100.00 | | PRIZE PL | | | | 3529 | | | | | | |
| | 1509946 | GEN BNK | | | | 160200 | | | | | | |
| | | SEL BEN | | | | 127316- | | | | | | |
| | | 401K | | | | 92400- | | | | | | |

| COMP | DATE | PP | PAGE |
|---|---|---|---|
| 63505018108 | 08-14-98 | 15 | 1030 |

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP. NO / STAT / ST.EX. / EX / SALT/RATE | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT. | Y-T-D AMT | NAME | CURRENT AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOLDEN, MARY F | 94306 | REGULAR | | | 110000 | 1650000 | FICA TAX | 7794 | 131399 | FED. TAX | 10946 |
| 219500810 | | OVERTIME | | 100 | | 1904 | STATE TX | 5764 | 97037 | PRIM SAV | 6000 |
| 2079503493 | 30727 | MISC PAY | | | | 3529 | DEP LIFE | 223 | 3345 | | |
| 1130000 | 63579 | +GP-LIFE | | | 958 | 14370 | | | | | |
| 1100.00 | | PRIZE PL | | | | 3529 | | | | | |
| | 1604252 | GEN BNK | | | | 180200 | | | | | |
| | | SEL BEN | | | 9094- | 136410- | | | | | |
| | | 401K | | | 6600- | 99000- | | | | | |

| COMP | DATE | PP | PAGE |
|---|---|---|---|
| 63505018108 | 08-31-98 | 16 | 742 |

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX. / EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BOLDEN, MARY F | | REGULAR | | | | 1760000 | FICA TAX | | 140529 | FED. TAX | | |
| 219500810 | | OVERTIME | | 100 | | 1904 | STATE TX | | 104135 | PRIM SAV | | |
| | | MISC PAY | | | | 3929 | DEP LIFE | | 3968 | | | |
| 1130000 | | +GP-LIFE | | | | 15328 | | | | | | |
| 1100.00 | | PRIZE PL | | | | 3529 | | | | | | |
| | 1716058 | GEN BNK | | | | 198200 | | | | | | |
| | | SEL BEN | | | | 145504- | | | | | | |
| | | 401K | | | | 105600- | | | | | | |

ESC - 5

COMP 63505018108 DATE 09-15-98 PP 17 PAGE 1045

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / ST EX / SALY/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OLDEN, MARY F | 103612 | REGULAR | | | 119900 | 1879900 | FICA TAX | 8551 | 149080 | FED. TAX | 12342 | 2041 |
| 9500810 | | OVERTIME | | 100 | | 1904 | STATE TX | 6473 | 110608 | PRIM SAV | 6000 | 1020 |
| 079503491 | 33989 | MISC PAY | | | | 3529 | DEP LIFE | 223 | 3791 | | | |
| 1130000 | 70023 | *GP-LIFE | | | 958 | 16286 | | | | | | |
| 1133.00 | | PRIZE PL | | | | 3529 | | | | | | |
| | 1819670 | GEN BNK | | | | 198200 | | | | | | |
| | | SEL BEN | | | 9094- | 154598- | | | | | | |
| | | 401K | | | 7194- | 112794- | | | | | | |

COMP 63505018108 DATE 09-30-98 PP 18 PAGE 1089

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST EX / EX / SALY/RATE | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT. | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT. | Y-T-D AMT. | NAME | CURRENT AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOLDEN, MARY F | 8825 | GEN BNK | | | 8825 | 207025 | FICA TAX | 675 | 149755 | | |
| 2195008l0 | | | | | | | | | | | |
| 2079503491 SEP | 675 | | | | | | | | | | |
| 1130000 | 8150 | | | | | | | | | | |
| 1133.00 | | | | | | | | | | | |
| | 1828495 | | | | | | | | | | |
| BOLDEN, MARY F | 107408 | REGULAR | | | 113300 | 1993200 | FICA TAX | 8810 | 158965 | FED. TAX | 12911 |
| 219500810 | | OVERTIME | | 100 | | 1904 | STATE TX | 6763 | 117371 | PRIM SAV | 6000 |
| 2079503491 | 44144 | MISC PAY | | | | 3529 | DEP LIFE | 223 | 4014 | C BAL LN | 9437 |
| 1130000 | 63264 | *GP-LIFE | | | 958 | 17244 | | | | | |
| 1133.00 | | PRIZE PL | | | | 3929 | | | | | |
| | 1935903 | GEN BNK | | | 10000 | 217025 | | | | | |
| | | SEL BEN | | | 9094- | 163692- | | | | | |
| | | 401K | | | 6798- | 119592- | | | | | |

COMP 63505018108 DATE 10-15-98 PP 19 PAGE 1031

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST EX / EX / SALY/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOLDEN, MARY F | 97408 | REGULAR | | | 113300 | 2106500 | FICA TAX | 8045 | 166610 | FED. TAX | 11 |
| 219500810 | | OVERTIME | | 100 | | 1904 | STATE TX | 6000 | 123371 | PRIM SAV | 6 |
| 2079503491 | 41116 | MISC PAY | | | | 3529 | DEP LIFE | 223 | 4237 | C BAL LN | 9 |
| 1130000 | 56292 | *GP-LIFE | | | 958 | 18202 | | | | | |
| 1133.00 | | PRIZE PL | | | | 3529 | | | | | |
| | 2033311 | GEN BNK | | | | 217025 | | | | | |
| | | SEL BEN | | | 9094- | 172786- | | | | | |
| | | 401K | | | 6798- | 126390- | | | | | |

COMP 63505018108 DATE 10-30-98 PP 20 PAGE 1096

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| Y-T-D AMT |
|---|
| 159312 |
| 9760 |
| 14157 |

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST EX / EX / SALY/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOLDEN, MARY F | 6650 | GEN BNK | | | 6650 | 223675 | FICA TAX | 508 | 167118 | | |
| 219500810 | | | | | | | | | | | |
| 2029503491 SEP | 508 | | | | | | | | | | |
| 1130000 | 6142 | | | | | | | | | | |
| 1133.00 | | | | | | | | | | | |
| | 2039961 | | | | | | | | | | |
| BOLDEN, MARY F | 107408 | REGULAR | | | 113300 | 2219800 | FICA TAX | 8810 | 175928 | FED. TAX | 12 |
| 219500810 | | OVERTIME | | 100 | | 1904 | STATE TX | 6763 | 130134 | PRIM SAV | 6 |
| 2029503491 | 44144 | MISC PAY | | | | 3529 | DEP LIFE | 223 | 4460 | C BAL LN | 9 |
| 1130000 | 63264 | *GP-LIFE | | | 958 | 19160 | | | | | |
| 1133.00 | | PRIZE PL | | | | 3929 | | | | | |
| | 2147369 | GEN BNK | | | 10000 | 233475 | | | | | |
| | | SEL BEN | | | 9094- | 181880- | | | | | |
| | | 401K | | | 6798- | 133188- | | | | | |

ESC - 6

COMP 63505018108 DATE 11-13-98 PP 21 PAGE 1040

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP. NO. STAT / ST.EX. EX / SALY/RATE | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS | | | | | DEDUCTIONS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT. | Y-T-D AMT. | NAME | CURRENT AMT. | Y-T-D AMT. | NAME | CURRENT AMT. |
| BOLDEN, MARY F | 102016 | REGULAR | | | 113300 | 2333100 | FICA TAX | 8421 | 184359 | FED. TAX | 12102 |
| 219500810 | | OVERTIME | 250 | 350 | 4902 | 6806 | STATE TX | 6352 | 136486 | PRIM SAV | 6000 |
| 207950349 1 | 42535 | MISC PAY | | | | 3529 | DEP LIFE | 223 | 4683 | C BAL LN | 9467 |
| 1130000 1 | 59481 | *GP-LIFE | | | 958 | 20118 | | | | | |
| 1133.00 | | PRIZE PL | | | | 3529 | | | | | |
| | 2249385 | GEN BNK | | | | 233675 | | | | | |
| | | SEL BEN | | | 9094- | 190974- | | | | | |
| | | 401K | | | 7092- | 140260- | | | | | |

COMP 63505018108 DATE 11-30-98 PP 22 PAGE 1190

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP. NO. STAT / ST.EX. EX / SALY/RATE | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS | | | | | DEDUCTIONS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT. | Y-T-D AMT. | NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT |
| BOLDEN, MARY F | 50000 | GEN BNK | | | 50000 | 283875 | FICA TAX | 3825 | 188974 | FED. TAX | 4956 |
| 219500810 | | | | | | | STATE TX | 2376 | 138862 | | |
| 207950349 1 SEP | 10357 | | | | | | | | | | |
| 1130000 1 | 39643 | | | | | | | | | | |
| 1133.00 | | | | | | | | | | | |
| | 2299385 | | | | | | | | | | |
| BOLDEN, MARY F | 118134 | REGULAR | | | 113300 | 2446400 | FICA TAX | 9645 | 197819 | FED. TAX | 14520 |
| 219500810 | | OVERTIME | 175 | 525 | 3432 | 10238 | STATE TX | 7581 | 146443 | PRIM SAV | 6000 |
| 207950349 1 | 47406 | MISC PAY | | | | 3929 | DEP LIFE | 223 | 4906 | C BAL LN | 9437 |
| 1130000 1 | 70728 | *GP-LIFE | | | 958 | 21076 | | | | | |
| 1133.00 | | PRIZE PL | | | | 3529 | | | | | |
| | 2617519 | GEN BNK | | | 17500 | 301375 | | | | | |
| | | SEL BEN | | | 9094- | 200068- | | | | | |
| | | 401K | | | 7004- | 147284- | | | | | |

COMP 63505018108 DATE 12-15-98 PP 23 PAGE 1071

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO STAT / ST.EX. EX / SALY/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS | | | | | DEDUCTIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
| DEN, MARY F | 101095 | REGULAR | | | 113300 | 2559700 | FICA TAX | 8346 | 206165 | FED. TAX | 11964 | 284144 |
| 500810 | | OVERTIME | 200 | 725 | 3922 | 14160 | STATE TX | 6281 | 152724 | PRIM SAV | 6000 | 138000 |
| 950349 1 | 42251 | MISC PAY | | | | 3529 | DEP LIFE | 223 | 5129 | C BAL LN | 9437 | 56622 |
| 1130000 1 | 58844 | *GP-LIFE | | | 958 | 22036 | | | | | | |
| 1133.00 | | PRIZE PL | | | | 3929 | | | | | | |
| | 2518614 | GEN BNK | | | | 301175 | | | | | | |
| | | SEL BEN | | | 9094- | 209162- | | | | | | |
| | | 401K | | | 7033- | 154317- | | | | | | |

COMP 63505018108 DATE 12-31-98 PP 24 PAGE 762

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO STAT / ST.EX. EX / SALY/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS | | | | | DEDUCTIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
| BOLDEN, MARY F | | REGULAR | | | | 2673000 | FICA TAX | | 215963 | FED. TAX | | 298208 |
| 219500810 | | OVERTIME | | 725 | | 14358 | STATE TX | | 160073 | PRIM SAV | | 144000 |
| | | MISC PAY | | | | 3529 | DEP LIFE | | 5352 | C BAL LN | | 66059 |
| 1130000 1 | | *GP-LIFE | | | | 22992 | | | | | | |
| 1133.00 | | PRIZE PL | | | | 3529 | | | | | | |
| | 2633708 | GEN BNK | | | | 318675 | | | | | | |
| | | SEL BEN | | | | 218456- | | | | | | |
| | | 401K | | | | 161127- | | | | | | |

**ESC - 7**

COMP 57003120100 DATE 01-15-98 PP 01 PAGE 3

PAYROLL REGISTER

FIRST FEDERAL OF BRUNSWICK
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO. STAT / ST.EX. / SALY/RATE | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MELTON, ELIZABETH | 65765 | REGULAR | | | 79792 | 79792 | FICA TAX | 5650 | 5650 | FED. TAX | 8226 | 8226 |
| 257746050 | | OVERTIME | 125 | 125 | 1726 | 1726 | STATE TX | 2586 | 2586 | 2ND CKNG | 7500 | 7500 |
| 0000055901 | 24185 | *GP-LIFE | | | 137 | 137 | DEP LIFE | 223 | 223 | | | |
| 01 | 41560 | SEL BEN | | | 7793- | 7793- | | | | | | |
| 797.92 | | RET SAV | | | 4788- | 4788- | | | | | | |
| | 65765 | RET SAVI | | | 3192- | 3192- | | | | | | |

COMP 57003120100 DATE 01-30-98 PP 02 PAGE 3

PAYROLL REGISTER

FIRST FEDERAL OF BRUNSWICK
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO STAT / ST.EX. / SALY/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MELTON, ELIZABETH | 68852 | REGULAR | | | 79792 | 159584 | FICA TAX | 5889 | 11539 | FED. TAX | 5692 | 169 |
| 257746050 | | OVERTIME | 350 | 475 | 4833 | 6559 | STATE TX | 2773 | 5359 | 2ND CKNG | 7500 | 150 |
| 0000055901 | 25077 | *GP-LIFE | | | 137 | 274 | DEP LIFE | 223 | 446 | | | |
| 01 | 43775 | SEL BEN | | | 7793- | 15586- | | | | | | |
| 797.92 | | RET SAV | | | 4788- | 9576- | | | | | | |
| | 134597 | RET SAVI | | | 3192- | 6384- | | | | | | |

COMP 57003120100 DATE 02-13-98 PP 03 PAGE 3

PAYROLL REGISTER

FIRST FEDERAL OF BRUNSWICK
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO STAT / ST.EX. / SALY/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MELTON, ELIZABETH | 71960 | REGULAR | | | 79792 | 239376 | FICA TAX | 6125 | 17664 | FED. TAX | 9158 | 26076 |
| 257746050 | | OVERTIME | 575 | 1050 | 7941 | 14500 | STATE TX | 2959 | 8318 | 2ND CKNG | 7500 | 22500 |
| 0000055901 | 25965 | *GP-LIFE | | | 137 | 411 | DEP LIFE | 223 | 669 | | | |
| 01 | 45995 | SEL BEN | | | 7793- | 23379- | | | | | | |
| 797.92 | | RET SAV | | | 4788- | 14364- | | | | | | |
| | 206567 | RET SAVI | | | 3192- | 9576- | | | | | | |

COMP 57003120100 DATE 02-27-98 PP 04 PAGE 3

PAYROLL REGISTER

FIRST FEDERAL OF BRUNSWICK
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO STAT / ST.EX. / SALY/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ELTON, ELIZABETH | 77829 | REGULAR | | | 79792 | 319168 | FICA TAX | 6575 | 24239 | FED. TAX | 10039 | 36115 |
| 5774 6050 | | OVERTIME | 1000 | 2050 | 13810 | 28310 | STATE TX | [illegible] | 11629 | 2ND CKNG | 7500 | 30000 |
| 000055901 | 27648 | *GP-LIFE | | | 137 | 548 | DEP LIFE | 223 | 892 | | | |
| 01 | 50181 | SEL BEN | | | 7793- | 31172- | | | | | | |
| 797.92 | | RET SAV | | | 4788- | 19152- | | | | | | |
| | 286386 | RET SAVI | | | 3192- | 12768- | | | | | | |

COMP 57003120100 DATE 03-13-98 PP 05 PAGE 3

PAYROLL REGISTER

FIRST FEDERAL OF BRUNSWICK
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP. NO. STAT / ST.EX. / SALY/RATE | GROSS / ADJ. NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT. | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MELTON, ELIZABETH | 84153 | REGULAR | | | 85000 | 404168 | FICA TAX | 7099 | 31338 | FED. TAX | 10987 | 47 |
| 257746050 | | OVERTIME | 1050 | 3100 | 15446 | 43756 | STATE TX | 3691 | 15320 | 2ND CKNG | 7500 | 375 |
| 0000055901 | 29500 | *GP-LIFE | | | 337 | 685 | DEP LIFE | 223 | 1115 | | | |
| 01 | 54653 | SEL BEN | | | 7793- | 38965- | | | | | | |
| 850.00 | | RET SAV | | | 5700- | 24252- | | | | | | |
| | 368939 | RET SAVI | | | 3400- | 16168- | | | | | | |

COMP 57003120100 DATE 03-31-98 PP 06 PAGE 2

PAYROLL REGISTER

FIRST FEDERAL OF BRUNSWICK
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX. / EX / SALY/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MEL[illegible]ON, ELIZABETH | | REGULAR | | | | 489168 | FICA TAX | | 40260 | FED. TAX | | 6( |
| 2577[illegible]6050 | | OVERTIME | | 3850 | | 53044 | STATE TX | | 19152 | 2ND CKNG | | 4: |
| | | *GP-LIFE | | | | 822 | DEP LIFE | | 1338 | | | |
| 01 | | GEN BNK | | | | 30000 | | | | | | |
| [illegible]30.00 | | SEL BEN | | | | 46858- | | | | | | |
| | 476934 | RET SAV | | | | 29352- | | | | | | |
| | | RET SAVU | | | | 19968- | | | | | | |

COMP 57003120100 DATE 04-15-98 PP 07 PAGE 2

PAYROLL REGISTER

FIRST FEDERAL OF BRUNSWICK
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP. NO / STAT / ST.EX. / EX / SALY/RATE | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT. | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MELTON, ELIZABETH | 80108 | REGULAR | | | 85000 | 574168 | FICA TAX | 6789 | 47049 | FED. TAX | 10381 | 70390 |
| 257746050 | | OVERTIME | 775 | 4425 | 11401 | 64445 | STATE TX | 3448 | 22600 | 2ND CKNG | 7500 | 5250 |
| 0000055901 | 28341 | *GP-LIFE | | | 137 | 959 | DEP LIFE | 223 | 1561 | | | |
| 01 | 51767 | GEN BNK | | | | 30000 | | | | | | |
| 850.00 | | SEL BEN | | | 7793- | 54551- | | | | | | |
| | 556642 | 401K | | | 5100- | 34452- | | | | | | |

COMP 57003120100 DATE 04-30-98 PP 08 PAGE 2

PAYROLL REGISTER

FIRST FEDERAL OF BRUNSWICK
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX. / EX / SALY/RATE | GROSS / ADJ NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT. | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT. | Y-T-D AMT. | NAME | CURRENT AMT. | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MELTON, ELIZABETH | 20000 | MISC CMP | | | 20000 | 20000 | FICA TAX | 1530 | 48979 | FED. TAX | 1344 | 71734 |
| 257746050 | | | | | | | STATE TX | 188 | 22788 | | | |
| 0000055901 SEP | 3062 | | | | | | | | | | | |
| 01 | 16938 | | | | | | | | | | | |
| 850.00 | | | | | | | | | | | | |
| | 576642 | | | | | | | | | | | |
| MELTON, ELIZABETH | 52116 | OVERTIME | | 4425 | 2116 | 66561 | FICA TAX | 3986 | 52565 | FED. TAX | 6161 | 77895 |
| 257746050 | | GEN BNK | | | 50000 | 80000 | STATE TX | 1760 | 24548 | | | |
| 0000055901 SEP | 11907 | | | | | | | | | | | |
| 01 | 40209 | | | | | | | | | | | |
| 850.00 | | | | | | | | | | | | |
| | 628758 | | | | | | | | | | | |
| MELTON, ELIZABETH | 81947 | REGULAR | | | 85000 | 659168 | FICA TAX | 6931 | 59496 | FED. TAX | 10456 | 88351 |
| 257746050 | | OVERTIME | 900 | 5325 | 13270 | 79801 | STATE TX | 3558 | 28106 | 2ND CKNG | 7500 | 60000 |
| 0000055901 | 28868 | MISC CMP | | | | 20000 | DEP LIFE | 223 | 1784 | | | |
| 01 | 53079 | *GP-LIFE | | | 137 | 1096 | | | | | | |
| 850.00 | | GEN BNK | | | | 80000 | | | | | | |
| | 710705 | SEL BEN | | | 7793- | 62344- | | | | | | |

COMP 57003120100 DATE 05-15-98 PP 09 PAGE 3

PAYROLL REGISTER

FIRST FEDERAL OF BRUNSWICK
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX. / EX / SALY/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MELTON, ELIZABETH | 79740 | REGULAR | | | 85000 | 744168 | FICA TAX | 6460 | 66456 | FED. TAX | 10525 | 98876 |
| 257746050 | | OVERTIME | 750 | 6075 | 11033 | 90834 | STATE TX | 3426 | 31532 | 2ND CKNG | 7500 | 67500 |
| 0000055901 | 28234 | MISC CMP | | | | 20000 | DEP LIFE | 223 | 2007 | | | |
| 01 | 51506 | *GP-LIFE | | | 137 | 1233 | | | | | | |
| 850.00 | | GEN BNK | | | | 80000 | | | | | | |
| | 790445 | SEL BEN | | | 7793- | 70137- | | | | | | |
| | | 401K | | | 5100- | 44852- | | | | | | |
| | | 401K UN | | | 3400- | 29768- | | | | | | |

COMP 57003120100 DATE 05-29-98 PP 10 PAGE 2

PAYROLL REGISTER

FIRST FEDERAL OF BRUNSWICK
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX. / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MELTON, ELIZABABETH | | REGULAR | | | | 829168 | FICA TAX | | 77873 | FED. TAX | | 116871 |
| 257746050 | | OVERTIME | | 6800 | | 104039 | STATE TX | | 37321 | 2ND CKNG | | 75000 |
| | | MISC CMP | | | | 20000 | DEP LIFE | | 2230 | | | |
| 01 | | *GP-LIFE | | | | 1370 | | | | | | |
| 850.00 | | GEN BNK | | | | 140000 | | | | | | |
| | 932367 | SEL BEN | | | | 77930- | | | | | | |
| | | 401K | | | | 49752- | | | | | | |
| | | 401K UN | | | | 33168- | | | | | | |

COMP 57003120100 DATE 06-15-98 PP 11 PAGE 3

PAYROLL REGISTER

FIRST FEDERAL OF BRUNSWICK
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX. / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MELTON, ELIZABABETH | 80108 | REGULAR | | | 85000 | 914168 | FICA TAX | 6789 | 84562 | FED. TAX | 10381 | 127252 |
| 257746050 | | OVERTIME | 775 | 7575 | 11401 | 115440 | STATE TX | 3448 | 40769 | 2ND CKNG | 7500 | 82500 |
| 0000055901 | 28341 | MISC PAY | | | | 20000 | DEP LIFE | 223 | 2453 | | | |
| 01 | 51767 | *GP-LIFE | | | 137 | 1507 | | | | | | |
| 850.00 | | GEN BNK | | | | 140000 | | | | | | |
| | 1012465 | SEL BEN | | | 7793- | 85723- | | | | | | |
| | | 401K | | | 5100- | 54852- | | | | | | |
| | | 401K UN | | | 3400- | 36968- | | | | | | |

COMP 57003120100 DATE 06-30-98 PP 12 PAGE 2

PAYROLL REGISTER

FIRST FEDERAL OF BRUNSWICK
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP. NO. / STAT / ST.EX. / SAL/RATE | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT. | Y-T-D AMT. | NAME | CURRENT AMT. | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MELTON, ELIZABABETH | | REGULAR | | | | 999168 | FICA TAX | | 94898 | FED. TAX | | 142930 |
| 257746050 | | OVERTIME | | 7975 | | 123196 | STATE TX | | 45632 | 2ND CKNG | | 90000 |
| | | MISC PAY | | | | 20000 | DEP LIFE | | 2676 | | | |
| 01 | | *GP-LIFE | | | | 1644 | | | | | | |
| 850.00 | | GEN BNK | | | | 190000 | | | | | | |
| | 1138928 | SEL BEN | | | | 93516- | | | | | | |
| | | 401K | | | | 59952- | | | | | | |
| | | 401K UN | | | | 39968- | | | | | | |

COMP 57003120100 DATE 07-15-98 PP 13 PAGE 2

PAYROLL REGISTER

FIRST FEDERAL OF BRUNSWICK
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX. / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MELTON, ELIZABABETH | 77313 | REGULAR | | | 85000 | 1084168 | FICA TAX | 6648 | 101546 | FED. TAX | 9961 | 152891 |
| 257746050 | | OVERTIME | 660 | 8625 | 9562 | 132768 | STATE TX | 3280 | 48912 | 2ND CKNG | 7500 | 97500 |
| 0000055901 | 27612 | MISC PAY | | | | 20000 | DEP LIFE | 223 | 2899 | | | |
| 01 | 49701 | *GP-LIFE | | | 137 | 1781 | | | | | | |
| 850.00 | | GEN BNK | | | | 190000 | | | | | | |
| | 1216261 | SEL BEN | | | 7793- | 101309- | | | | | | |
| | | 401K | | | 5674- | 65626- | | | | | | |
| | | 401K UN | | | 3782- | 43750- | | | | | | |

COMP 57003120100 DATE 07-31-98 PP 14 PAGE 2

PAYROLL REGISTER

FIRST FEDERAL OF BRUNSWICK
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO STAT / ST. EX. EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MELTON, ELIZABETH | | REGULAR | | | | 1182502 | FICA TAX | | 115487 | FED. TAX | | 173915 |
| 257746050 | | OVERTIME | | 11150 | | 174312 | STATE TX | | 55913 | 2ND CKNG | | 105000 |
| | | MISC PAY | | | | 20000 | DEP LIFE | | 3122 | | | |
| 01 | | *GP-LIFE | | | | 1918 | | | | | | |
| 916.67 | | GEN BNK | | | | 240000 | | | | | | |
| | 1384366 | SEL BEN | | | | 109302- | | | | | | |
| | | 401K | | | | 74020- | | | | | | |
| | | 401K UN | | | | 49346- | | | | | | |

COMP 57003120100 DATE 08-14-98 PP 15 PAGE 3

PAYROLL REGISTER

NATIONSBANK, N.A.
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO STAT / ST. EX. EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MELTON, ELIZABETH | 80418 | REGULAR | | | 91667 | 1274169 | FICA TAX | 6712 | 122399 | FED. TAX | 10427 | 184342 |
| 257746050 | | OVERTIME | 400 | 11950 | 6346 | 180658 | STATE TX | 3467 | 59380 | 2ND CKNG | -7500 | 112500 |
| 0000055201 | 28529 | MISC PAY | | | | 20000 | DEP LIFE | 223 | 3345 | | | |
| 01 | 51889 | *GP-LIFE | | | 137 | 2055 | | | | | | |
| 916.67 | | GEN BNK | | | | 240000 | | | | | | |
| | 1464764 | SEL BEN | | | 7793- | 116495- | | | | | | |
| | | 401K | | | 5881- | 79901- | | | | | | |
| | | 401K UN | | | 3921- | 53867- | | | | | | |

COMP 57003120100 DATE 08-31-98 PP 16 PAGE 3

PAYROLL REGISTER

NATIONSBANK, N.A.
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO STAT / ST. EX. EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MELTON, ELIZABETH | | REGULAR | | | | 1365836 | FICA TAX | | 135095 | FED. TAX | | 204271 |
| 257746050 | | OVERTIME | | 13325 | | 212617 | STATE TX | | 65863 | 2ND CKNG | | 120000 |
| | | MISC PAY | | | | 20000 | DEP LIFE | | 3968 | | | |
| 01 | | *GP-LIFE | | | | 2192 | | | | | | |
| 916.67 | | GEN BNK | | | | 290000 | | | | | | |
| | 1618234 | SEL BEN | | | | 124688- | | | | | | |
| | | 401K | | | | 87319- | | | | | | |
| | | 401K UN | | | | 58212- | | | | | | |

COMP 57003120100 DATE 09-15-98 PP 17 PAGE 7

PAYROLL REGISTER

NATIONSBANK, N.A.
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO STAT / ST. EX. EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MELTON, ELIZABETH | 97909 | REGULAR | | | 91667 | 1457503 | FICA TAX | 8599 | 143494 | FED. TAX | 13061 | 217122 |
| 257746050 | | OVERTIME | 1625 | 14950 | 25780 | 238397 | STATE TX | 4516 | 70379 | 2ND CKNG | 7500 | 127500 |
| 0000055901 | 33689 | MISC PAY | | | | 20000 | DEP LIFE | 223 | 3791 | | | |
| 01 | 64220 | *GP-LIFE | | | 137 | 2329 | | | | | | |
| 916.67 | | GEN BNK | | | | 290000 | | | | | | |
| | 1716143 | SEL BEN | | | 7793- | 132481- | | | | | | |
| | | 401K | | | 7047- | 94966- | | | | | | |
| | | 401K UN | | | 4698- | 62910- | | | | | | |

COMP 57003120100 DATE 09-30-98 PP 18 PAGE 9

PAYROLL REGISTER

NATIONSBANK, N.A. ATLANTA, GA 30302

| NAME / EMPLOYEE NO. / CK/DEP. NO / STAT / ST EX / SAL/RATE | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT. | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT. | Y-T-D AMT. | NAME | CURRENT AMT. | Y-T-D AMT. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MELTON, ELIZABETH | 83832 | REGULAR | | | 91667 | 1549170 | FICA TAX | 7186 | 150480 | FED. TAX | 10909 | 228031 |
| 257746050 | | OVERTIME | 625 | 15575 | 9916 | 248313 | STATE TX | 3659 | 74038 | 2ND CKNG | 7500 | 135000 |
| 0000055901 | 29477 | MISC PAY | | | | 20000 | DEP LIFE | 223 | 4014 | | | |
| 01 | 54165 | +GP-LIFE | | | 137 | 2466 | | | | | | |
| 916.67 | | GEN BNK | | | | 290000 | | | | | | |
| | 1799775 | SEL BEN | | | 7793- | 160226- | | | | | | |
| | | 401K | | | 6095- | 100461- | | | | | | |
| | | 401K UN | | | 4063- | 66973- | | | | | | |

COMP 57003120100 DATE 10-15-98 PP 19 PAGE 7

PAYROLL REGISTER

NATIONSBANK, N.A. ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MELTON, ELIZABETH | 49054 | PRIZE PL | | | 49054 | 49054 | FICA TAX | 3753 | 154033 | FED. TAX | 7358 | 235389 |
| 257746050 | | | | | | | STATE TX | 2943 | 76981 | | | |
| ADJ. | 14054 | | | | | | | | | | | |
| 01 | 35000 | | | | | | | | | | | |
| 916.67 | | | | | | | | | | | | |
| | 1848829 | | | | | | | | | | | |
| MELTON, ELIZABETH | 74707 | REGULAR | | | 91667 | 1640837 | FICA TAX | 6427 | 160860 | FED. TAX | 9570 | 244969 |
| 257746050 | | OVERTIME | | 15575 | | 248313 | STATE TX | 3124 | 80105 | 2ND CKNG | 7500 | 142500 |
| 0000000073700 | 26844 | MISC PAY | | | | 20000 | DEP LIFE | 223 | 4237 | | | |
| 01 | 47863 | +GP-LIFE | | | 137 | 2403 | | | | | | |
| 916.67 | | PRIZE PL | | | | 49054 | | | | | | |
| | 1923536 | GEN BNK | | | | 290000 | | | | | | |
| | | SEL BEN | | | 7793- | 148067- | | | | | | |
| | | 401K | | | 5500- | 105961- | | | | | | |
| | | 401K UN | | | 3667- | 70640- | | | | | | |

COMP 57003120100 DATE 10-30-98 PP 20 PAGE 6

PAYROLL REGISTER

NATIONSBANK, N.A. ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MELTON, ELIZABETH | 74707 | REGULAR | | | 91667 | 1732504 | FICA TAX | 6427 | 167287 | FED. TAX | 9970 | 254929 |
| 257746050 | | OVERTIME | | 15575 | | 248313 | STATE TX | 3124 | 83229 | 2ND CKNG | 7500 | 150000 |
| 000000073700 | 26844 | MISC PAY | | | | 20000 | DEP LIFE | 223 | 4460 | | | |
| 01 | 47863 | +GP-LIFE | | | 137 | 2740 | | | | | | |
| 916.67 | | PRIZE PL | | | | 49054 | | | | | | |
| | 1998763 | GEN BNK | | | | 290000 | | | | | | |
| | | SEL BEN | | | 7793- | 155860- | | | | | | |
| | | 401K | | | 5500- | 111461- | | | | | | |
| | | 401K UN | | | 3667- | 74307- | | | | | | |

1212-8

COMP 57003120100 DATE 11-13-98 PP 21 PAGE 6

PAYROLL REGISTER

NATIONSBANK, N.A. ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP. NO. / STAT / ST EX / SAL/RATE | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MELTON, ELIZABETH | 74707 | REGULAR | | | 91667 | 1824171 | FICA TAX | 6426 | 173713 | FED. TAX | 9570 | 264099 |
| 257746050 | | OVERTIME | | 15575 | | 248313 | STATE TX | 3124 | 86353 | 2ND CKNG | 7500 | 157500 |
| 000000073700 | 26843 | MISC PAY | | | | 20000 | DEP LIFE | 223 | 4683 | | | |
| 01 | 47864 | +GP-LIFE | | | 137 | 2877 | | | | | | |
| 916.67 | | PRIZE PL | | | | 49054 | | | | | | |
| | 2072950 | GEN BNK | | | | 290000 | | | | | | |
| | | SEL BEN | | | 7793- | 163663- | | | | | | |
| | | 401K | | | 5500- | 116961- | | | | | | |
| | | 401K UN | | | 3667- | 77974- | | | | | | |

COMP 57003120100 DATE 11-30-98 PP 22 PAGE 6

PAYROLL REGISTER

NATIONSBANK, N.A.
ATLANTA, GA 30302

| NAME / EMPLOYEE NO. / CK/DEP. NO. / STAT / ST.EX. / EX / SALY/RATE | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT. | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT. | Y-T-D AMT. | NAME | CURRENT AMT. | Y-T-D AMT. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MELTON, ELIZABARETH | 74707 | REGULAR | | | 91667 | 1915838 | FICA TAX | 6427 | 180140 | FED. TAX | 9570 | 273659 |
| 257746050 | | OVERTIME | | 15575 | | 248313 | STATE TX | 3124 | 89477 | 2ND CKNG | 7500 | 165000 |
| 000000073700 | 26844 | MISC PAY | | | | 20000 | DEP LIFE | 223 | 4906 | | | 51 |
| 01 | 47863 | *GP-LIFE | | | 137 | 3014 | | | | | | |
| 916.67 | | PRIZE PU | | | | 49054 | | | | | | |
| | 2147657 | GEN BNK | | | | 290000 | | | | | | |
| | | SEL BEN | | | 7793- | 171446- | | | | | | |
| | | 401K | | | 5500- | 122461- | | | | | | |
| | | 401K UN | | | 3667- | 81641- | | | | | | |

COMP 57003120100 DATE 12-15-98 PP 23 PAGE 7

PAYROLL REGISTER

NATIONSBANK, N.A.
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX. / EX / SALY/RATE | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT. | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT. | Y-T-D AMT. | NAME | CURRENT AMT. | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MELTON, ELIZABARETH | 74707 | REGULAR | | | 91667 | 2007505 | FICA TAX | 6427 | 186567 | FED. TAX | 9570 | 283239 |
| 257746050 | | OVERTIME | | 15575 | | 248313 | STATE TX | 3124 | 92601 | 2ND CKNG | 7500 | 172500 |
| 000000073700 | 26844 | MISC PAY | | | | 20000 | DEP LIFE | 223 | 5129 | | | |
| 01 | 47863 | *GP-LIFE | | | 137 | 3151 | | | | | | |
| 916.67 | | PRIZE PU | | | | 49054 | | | | | | |
| | 2222364 | GEN BNK | | | | 290000 | | | | | | |
| | | SEL BEN | | | 7793- | 179239- | | | | | | |
| | | 401K | | | 5500- | 127961- | | | | | | |
| | | 401K UN | | | 3667- | 85308- | | | | | | |

COMP 57003120100 DATE 12-31-98 PP 24 PAGE 5

PAYROLL REGISTER

NATIONSBANK, N.A.
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX. / EX / SALY/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MELTON, ELIZABARETH | | REGULAR | | | | 2099172 | FICA TAX | | 192994 | FED. TAX | | 29260 |
| 257746050 | | OVERTIME | | 15575 | | 248313 | STATE TX | | 95225 | 2ND CKNG | | 18000 |
| | | MISC PAY | | | | 20000 | DEP LIFE | | 5352 | | | |
| 01 | | *GP-LIFE | | | | 3288 | | | | | | |
| 916.67 | | PRIZE PU | | | | 49054 | | | | | | |
| | 2297071 | GEN BNK | | | | 290000 | | | | | | |
| | | SEL BEN | | | | 187032- | | | | | | |
| | | 401K | | | | 133461- | | | | | | |
| | | 401K UN | | | | 88975- | | | | | | |

COMP 60501011684 DATE 01-15-98 PP 01 PAGE 769

PAYROLL REGISTER

NATIONSBANK, N.A. FT
NORFOLK, VA 23510

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS | | | | | DEDUCTIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
| BARI, JOHN R<br>215625859<br>6116150910<br>833.34 | 78337<br>18941<br>59396<br>78337 | REGULAR<br>SEL BEN | | | 83334<br>4997- | 83334<br>4997- | FICA TAX<br>STATE TX | 5993<br>2854 | 5993<br>2854 | FED. TAX | 10094 | 10094 |

COMP 60501011684 DATE 01-30-98 PP 02 PAGE 859

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS | | | | | DEDUCTIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
| BARI, JOHN R<br>215625859<br>6116150910<br>833.34 | 78337<br>18941<br>59396<br>156674 | REGULAR<br>SEL BEN | | | 83334<br>4997- | 166668<br>9994- | FICA TAX<br>STATE TX | 5993<br>2854 | 11986<br>5708 | FED. TAX | 10094 | 20188 |

COMP 60501011684 DATE 02-13-98 PP 03 PAGE 782

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS | | | | | DEDUCTIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
| BARI, JOHN R<br>215625859<br>6116150910<br>833.34 | 89875<br>22196<br>67679<br>246549 | REGULAR<br>OVERTIME<br>SEL BEN | 800 | 800 | 83334<br>11538<br>4997- | 250002<br>11538<br>14991- | FICA TAX<br>STATE TX | 6875<br>3496 | 18861<br>9204 | FED. TAX | 11825 | 32013 |

COMP 60501011684 DATE 02-27-98 PP 04 PAGE 851

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS | | | | | DEDUCTIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
| BARI, JOHN R<br>215625859<br>6116150910<br>833.34 | 78337<br>18941<br>59396<br>324886 | REGULAR<br>OVERTIME<br>SEL BEN | | 800 | 83334<br><br>4997- | 333336<br>11538<br>19988- | FICA TAX<br>STATE TX | 5993<br>2854 | 24854<br>12058 | FED. TAX | 10094 | 42107 |

COMP 60501011684 DATE 03-13-98 PP 05 PAGE 848

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS | | | | | DEDUCTIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
| BARI, JOHN R<br>215625859<br>6116150910<br>833.34 | 89875<br>22196<br>67679<br>414761 | REGULAR<br>OVERTIME<br>SEL BEN | 800 | 1600 | 83334<br>11538<br>4997- | 416670<br>23076<br>24985- | FICA TAX<br>STATE TX | 6875<br>3496 | 31729<br>15554 | FED. TAX | 11825 | 53932 |

COMP 60501011684 DATE 03-31-98 PP 06 PAGE 548

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS | | | | | DEDUCTIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
| BARI, JOHN R<br>215625859<br>833.34 | 503196 | REGULAR<br>OVERTIME<br>SEL BEN | | 2300 | | 500004<br>33372<br>29982- | FICA TAX<br>STATE TX | | 38494<br>18967 | FED. TAX | | 65541 |

COMP 60501011684 DATE 04-15-98 PP 07 PAGE 866

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST. EX. / SAL/RATE | GROSS / ADJ. NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS | | | | | DEDUCTIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT. | Y-T-D AMT. | NAME | CURRENT AMT. | Y-T-D AMT. | NAME | CURRENT AMT. | Y-T-D AMT. |
| ART, JOHN R | 89134 | REGULAR | 750 | 3050 | 83335 | 583338 | FICA TAX | 6821 | 43515 | FED. TAX | 11617 | 77258 |
| 15625859 | | OVERTIME | | | 10517 | 43989 | STATE TX | 3455 | 22422 | | | |
| 11141509?10 | 21993 | SEL BEN | | | 4997- | 34979- | | | | | | |
| | 67?61 | | | | | | | | | | | |
| 833.34 | 592348 | | | | | | | | | | | |

COMP 60501011684 DATE 04-30-98 PP 08 PAGE 938

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST. EX. / SAL/RATE | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS | | | | | DEDUCTIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT. | NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
| BART, JOHN R | 84106 | REGULAR | 400 | 3450 | 83334 | 666672 | FICA TAX | 6434 | 51749 | FED. TAX | 10460 | 88418 |
| 215625859 | | OVERTIME | | | 5769 | 49768 | STATE TX | 3164 | 25586 | | | |
| 41141509?10 | 20958 | SEL BEN | | | 4997- | 39976- | | | | | | |
| | 63948 | | | | | | | | | | | |
| 833.34 | 676464 | | | | | | | | | | | |

COMP 60501011684 DATE 05-15-98 PP 09 PAGE 864

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST. EX. / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS | | | | | DEDUCTIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT. | NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
| BART, JOHN R | 89675 | REGULAR | 800 | 4250 | 83334 | 750006 | FICA TAX | 6875 | 58624 | FED. TAX | 11825 | 100043 |
| 215625859 | | OVERTIME | | | 11538 | 61496 | STATE TX | 3496 | 29082 | | | |
| 41141509?10 | 22196 | SEL BEN | | | 4997- | 44973- | | | | | | |
| | 67479 | | | | | | | | | | | |
| 833.34 | 766529 | | | | | | | | | | | |

COMP 60501011684 DATE 05-29-98 PP 10 PAGE 587

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST. EX. / SAL/RATE | GROSS / ADJ. NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS | | | | | DEDUCTIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D A |
| BART, JOHN R | | REGULAR | | | | 833340 | FICA TAX | | 64617 | FED. TAX | | 110 |
| 215625859 | | OVERTIME | | 4250 | | 61296 | STATE TX | | 31936 | | | |
| | | SEL BEN | | | | 49970- | | | | | | |
| 833.34 | 844666 | | | | | | | | | | | |

(Left margin fragment: AMT 68209 / 7500 / 5000)

COMP 60501011684 DATE 06-15-98 PP 11 PAGE 881

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST. EX. / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS | | | | | DEDUCTIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
| BART, JOHN R | 84106 | REGULAR | 400 | 4650 | 83334 | 916674 | FICA TAX | 6434 | 71051 | FED. TAX | 10460 | 121097 |
| 215625859 | | OVERTIME | | | 5769 | 67065 | STATE TX | 3164 | 35100 | | | |
| 41141509?10 | 20958 | SEL BEN | | | 4997- | 54967- | | | | | | |
| | 63948 | | | | | | | | | | | |
| 833.34 | 928772 | | | | | | | | | | | |

COMP 60501011684 DATE 06-30-98 PP 12 PAGE 601

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO. / CK/DEP NO. / STAT / ST. EX. / SALY/RATE | GROSS / ADJ NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS | | | | | DEDUCTIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT. | Y-T-D AMT. | NAME | CURRENT AMT. | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D |
| BART, JOHN R | | REGULAR | | | | 947443 | FICA TAX | | 73684 | FED. TAX | | 12 |
| 215625859 | | OVERTIME | | 5250 | | 75719 | STATE TX | | 35259 | | | |
| | | SEL BEN | | | | 59964- | | | | | | |
| 833.34 | 963128 | | | | | | | | | | | |

(Left margin fragment: AMT 0110 / 2888)

COMP 60501011684 DATE 07-15-98 PP 13 PAGE 899

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST. EX. / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS | | | | | DEDUCTIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
| BART, JOHN R | 5772 | OVERTIME | | 5250 | 5772 | 81491 | FICA TAX | 442 | 74126 | | | |
| 215625859 | | | | | | | | | | | | |
| 41141509?10 | 442 | | | | | | | | | | | |

ESC - 97



v-06145-LRJ Document 142 Entered on FLSD Docket 12/05/2000 Pa

PAYROLL REGISTER

COMP 63505012208 DATE 01-15-98 PP 01 PAGE 128

NATIONSBANK, N.A. FT - NORFOLK, VA. 23510

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VALDEZ, JUAN C | 90937 | REGULAR | | | 106667 | 106667 | FICA TAX | 7491 | 7491 | FED. TAX | 6323 | 6323 |
| 595225181 | | GP-LIFE | | | 590 | 590 | STATE TX | 5425 | 5425 | DEP LIFE | 180 | 180 |
| 08778300 | 19419 | SEL BEN | | | 9330- | 9330- | | | | | | |
| 2140000 2 | 71518 | RET SAV | | | 6400- | 6400- | | | | | | |
| 1066.67 | 90937 | | | | | | | | | | | |

PAYROLL REGISTER

COMP 63505012208 DATE 01-30-98 PP 02 PAGE 146

NATIONSBANK, N.A. FT ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VALDEZ, JUAN C | 90937 | REGULAR | | | 106667 | 213334 | FICA TAX | 7492 | 14983 | FED. TAX | 6323 | 12646 |
| 595225181 | | GP-LIFE | | | 590 | 1180 | STATE TX | 5425 | 10850 | DEP LIFE | 180 | 360 |
| 08778300 | 19420 | SEL BEN | | | 9330- | 18660- | | | | | | |
| 2140000 2 | 71517 | RET SAV | | | 6400- | 12800- | | | | | | |
| 1066.67 | 181876 | | | | | | | | | | | |

PAYROLL REGISTER

COMP 63505012208 DATE 02-13-98 PP 03 PAGE 132

NATIONSBANK, N.A. FT ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VALDEZ, JUAN C | 104322 | REGULAR | | | 106667 | 320001 | FICA TAX | 8915 | 23898 | FED. TAX | 8331 | 20977 |
| 595225181 | | OVERTIME | 725 | 725 | 13385 | 13385 | STATE TX | 6489 | 17339 | DEP LIFE | 180 | 540 |
| 08778300 | 23515 | GP-LIFE | | | 590 | 1770 | | | | | | |
| 2140000 2 | 80807 | SEL BEN | | | 9330- | 27990- | | | | | | |
| 1066.67 | 286196 | RET SAV | | | 6400- | 19200- | | | | | | |

PAYROLL REGISTER

COMP 63505012208 DATE 02-27-98 PP 04 PAGE 140

NATIONSBANK, N.A. FT ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VALDEZ, JUAN C | 91399 | REGULAR | | | 106667 | 426668 | FICA TAX | 7527 | 31025 | FED. TAX | 6392 | |
| 595225181 | | OVERTIME | 25 | 750 | 462 | 13847 | STATE TX | 5462 | 22801 | DEP LIFE | 180 | |
| 08778300 | 19961 | GP-LIFE | | | 590 | 2360 | | | | | | |
| 2140000 2 | 71438 | SEL BEN | | | 9330- | 37320- | | | | | | |
| 1066.67 | 377595 | RET SAV | | | 6400- | 25600- | | | | | | |

PAYROLL REGIQTER

COMP 63505012208 DATE 03-13-98 PP 05 PAGE 133

NATIONSBANK, N.A. FT ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] JUAN C | 90937 | REGULAR | | | 106667 | 533335 | FICA TAX | 7491 | 38516 | FED. TAX | 6323 | [illegible] |
| [illegible] | | OVERTIME | | 750 | | 13847 | STATE TX | 5425 | 28225 | DEP LIFE | 180 | |
| [illegible] | 19419 | GP-LIFE | | | 590 | 2950 | | | | | | |
| 2140000 2 | 71518 | SEL BEN | | | 9330- | 46660- | | | | | | |
| 1066.67 | 468532 | RET SAV | | | 6400- | 32000- | | | | | | |

ESC - 110

COMP 63505012208 DATE 03-31-98 PP 06 PAGE 92

PAYROLL REGISTER

NATIONSBANK, N.A. ATLANTA, GA 30302

| NAME / EMPLOYEE NO. / CK/DEP NO. STAT / ST.EX. EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VALDEZ, JUAN C | | REGULAR | | | | 640002 | FICA TAX | | 46432 | FED. TAX | | 40846 |
| 595225181 | | OVERTIME | | 1050 | | 19385 | STATE TX | | 34091 | DEP LIFE | | 1080 |
| | | +GP-LIFE | | | | 3960 | | | | | | |
| 2140000 1 2 | | SEL BEN | | | | 55980- | | | | | | |
| 1066.62 | | RET SAV | | | | 38400- | | | | | | |
| | 565007 | | | | | | | | | | | |

COMP 63505012208 DATE 04-15-98 PP 07 PAGE 132

PAYROLL REGISTER

NATIONSBANK, N.A. FT ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO STAT / ST.EX. EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT. | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT. | Y-T-D AMT. | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VALDEZ, JUAN C | 8554 | REGULAR | | | 8554 | 648556 | FICA TAX | 652 | 47084 | | | |
| 595225181 | | | | | | | | | | | | |
| 08778300 SEP | 652 | | | | | | | | | | | |
| 2140000 1 2 | 7882 | | | | | | | | | | | |
| 1109.34 | | | | | | | | | | | | |
| | 573561 | | | | | | | | | | | |

COMP 63505012208 DATE 04-30-98 PP 08 PAGE 142

PAYROLL REGISTER

NATIONSBANK, N.A. FT ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO STAT / ST.EX. EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT. | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VALDEZ, JUAN C | 15884 | OVERTIME | | 1375 | 134 | 25759 | FICA TAX | 1215 | 56995 | | | |
| 595225181 | | GEN BNK | | | 15750 | 15750 | | | | | | |
| 08778300 SEP | 1215 | | | | | | | | | | | |
| 2140000 1 2 | 14669 | | | | | | | | | | | |
| 1109.34 | | | | | | | | | | | | |
| | 690413 | | | | | | | | | | | |
| VALDEZ, JUAN C | 99748 | REGULAR | | | 110934 | 870404 | FICA TAX | 8184 | 64779 | FED. TAX | 7644 | 56350 |
| 595225181 | | OVERTIME | 260 | 1625 | 4800 | 30569 | STATE TX | 6043 | 46292 | DEP LIFE | 180 | 1440 |
| 08778300 | 22051 | +GP-LIFE | | | 590 | 4720 | | | | | | |
| 2140000 1 2 | 77697 | GEN BNK | | | | 15750 | | | | | | |
| 1109.34 | | SEL BEN | | | 9330- | 74640- | | | | | | |
| | 790361 | 401K | | | 6666- | 51702- | | | | | | |

COMP 63505012208 DATE 05-15-98 PP 09 PAGE 134

PAYROLL REGISTER

NATIONSBANK, N.A. FT ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO STAT / ST.EX. EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALDEZ, JUAN C | 94948 | REGULAR | | | 110934 | 981338 | FICA TAX | 7818 | 72597 | FED. TAX | 6924 | 63874 |
| 25225181 | | OVERTIME | | 1625 | | 30559 | STATE TX | 5662 | 51954 | DEP LIFE | 180 | 1620 |
| 18778300 | 20984 | +GP-LIFE | | | 590 | 5310 | | | | | | |
| 2140000 1 2 | 74364 | GEN BNK | | | | 15750 | | | | | | |
| 1109.34 | | SEL BEN | | | 9330- | 83970- | | | | | | |
| | 885309 | 401K | | | 6656- | 58368- | | | | | | |

COMP 63505012208 DATE 05-29-98 PP 10 PAGE 90

PAYROLL REGISTER

NATIONSBANK, N.A. FT ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO STAT / ST.EX. EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VALDEZ, JUAN C | | REGULAR | | | | 1092272 | FICA TAX | | 80415 | FED. TAX | | 70198 |
| 595225181 | | OVERTIME | | 1625 | | 30559 | STATE TX | | 57616 | DEP LIFE | | 1800 |
| | | +GP-LIFE | | | | 5900 | | | | | | |
| 2140000 1 3 | | GEN BNK | | | | 15250 | | | | | | |
| 1109.34 | | SEL BEN | | | | 93300- | | | | | | |
| | 920257 | 401K | | | | 65024- | | | | | | |



COMP 63505012208 DATE 06-15-98 PP 11 PAGE 133

PAYROLL REGISTER

NATIONSBANK, N.A. FT ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX. / EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT. | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VALDEZ, JUAN C | 94948 | REGULAR | | | 110934 | 1203206 | FICA TAX | 7818 | 88233 | FED. TAX | 6924 | 77122 |
| 595225181 | | OVERTIME | | 1625 | | 30559 | STATE TX | 5662 | 63278 | DEP LIFE | 180 | 1980 |
| 08778300 | 20584 | GP-LIFE | | | 590 | 6490 | | | | | | |
| 2140000 12 | 74364 | GEN BNK | | | | 15760 | | | | | | |
| 1109.34 | | SEL BEN | | | 9330- | 102630- | | | | | | |
| | 1075205 | 401K | | | 6656- | 21680- | | | | | | |

COMP 63505012208 DATE 06-30-98 PP 12 PAGE 92

PAYROLL REGISTER

NATIONSBANK, N.A. FT ATLANTA, GA 30302

| NAME / EMPLOYEE NO. / CK/DEP NO. / STAT / ST.EX. / EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT. | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT. | Y-T-D AMT. | NAME | CURRENT AMT. | Y-T-D AMT. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VALDEZ, JUAN C | | REGULAR | | | | 1314740 | FICA TAX | | 96193 | FED. TAX | | 8[illegible]34 |
| 595225181 | | OVERTIME | | 1725 | | 32479 | STATE TX | | 69092 | DEP LIFE | | 2160 |
| | | GP-LIFE | | | | 7080 | | | | | | |
| 2140000 12 | | GEN BNK | | | | 15450 | | | | | | |
| 1109.34 | | SEL BEN | | | | 111960- | | | | | | |
| | 1172073 | 401K | | | | 78336- | | | | | | |

COMP 63505012208 DATE 07-15-98 PP 13 PAGE 133

PAYROLL REGISTER

NATIONSBANK, N.A. FT ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX. / EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VALDEZ, JUAN C | 90511 | REGULAR | | | 110954 | 1425074 | FICA TAX | 7817 | 104015 | FED. TAX | 6259 | 90993 |
| 595225181 | | OVERTIME | | 1725 | | 32479 | STATE TX | 5309 | 74401 | DEP LIFE | 180 | 2340 |
| 08278300 | 19565 | GP-LIFE | | | 590 | 7670 | | | | | | |
| 2140000 12 | 70946 | GEN BNK | | | | 15760 | | | | | | |
| 1109.34 | | SEL BEN | | | 9330- | 121290- | | | | | | |
| | 1262584 | 401K | | | 6656- | 84992- | | | | | | |

FRAME *** M07***

COMP 63505012208 DATE 07-15-98 PP 13 PAGE 134

PAYROLL REGISTER

NATIONSBANK, N.A. FT ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX. / EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VALDEZ, JUAN C | | 401K OR | | | 4437- | 4437- | | | | | | |

COMP 63505012208 | DATE 07-31-98 | PP 14 | PAGE 93

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO STAT / ST.EX. / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VALDEZ, JUAN C | | REGULAR | | | | 1536008 | FICA TAX | | 111833 | FED. TAX | | |
| 595225181 | | OVERTIME | | 1725 | | 32579 | STATE TX | | 79210 | DEP LIFE | | |
| | | *GP-LIFE | | | | 8260 | | | | | | |
| 2140000 2 | | GEN BNK | | | | 15350 | | | | | | |
| 1109.34 | | SEL BEN | | | | 130420- | | | | | | |
| | 1353095 | 401K | | | | 91643- | | | | | | |

FRAME *** M05***

PSC F92-3017

COMP 63505012208 | DATE 07-31-98 | PP 14 | PAGE 94

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO STAT / ST.EX. / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VALDEZ, JUAN C | | 401K UN | | | | 8874- | | | | | | |

COMP 63505012208 | DATE 08-14-98 | PP 15 | PAGE 134

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO STAT / ST.EX. / SAL/RATE | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VALDEZ, JUAN C | 90511 | REGULAR | | | 110934 | 1646942 | FICA TAX | 7818 | 119651 | FED. TAX | 6259 | 1031 |
| 595225181 | | OVERTIME | | 1725 | | 32479 | STATE TX | 5123 | 84833 | DEP LIFE | 180 | 2 |
| 0A7A300 | 19380 | *GP-LIFE | | | 590 | 8850 | | | | | | |
| 2140000 2 | 71131 | GEN BNK | | | | 15350 | | | | | | |
| 1109.34 | | SEL BEN | | | 9330- | 139950- | | | | | | |
| | 1443606 | 401K | | | 6656- | 98304- | | | | | | |
| | | 401K UN | | | 4437- | 13311- | | | | | | |

12 1212-8 017

COMP 63505012208 | DATE 08-31-98 | PP 16 | PAGE 98

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO STAT / ST.EX. / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VALDEZ, JUAN C | | REGULAR | | | | 1757876 | FICA TAX | | 127469 | FED. TAX | | 10 |
| 595225181 | | OVERTIME | | 1725 | | 32479 | STATE TX | | 89256 | DEP LIFE | | |
| | | *GP-LIFE | | | | 9440 | | | | | | |
| 2140000 2 | | GEN BNK | | | | 15350 | | | | | | |
| 1109.34 | | SEL BEN | | | | 149280- | | | | | | |
| | 1534112 | 401K | | | | 104960- | | | | | | |

FRAME *** R05***

COMP 63505012208 | DATE 08-31-98 | PP 16 | PAGE 99

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO STAT / ST.EX. / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| VALDEZ, JUAN C | | 401K UN | | | | 17748- | | | | | |

COMP 63505012208 | DATE 09-15-98 | PP 17 | PAGE 143

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO. / CK/DEP. NO. / STAT / ST. EX. / SALY/RATE | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT. | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VALDEZ, JUAN C | 90511 | REGULAR | | | 110934 | 1868810 | FICA TAX | 7818 | 135287 | FED. TAX | 6259 | 115629 |
| 595225181 | | OVERTIME | | 1725 | | 32479 | STATE TX | 5123 | 95079 | DEP LIFE | 180 | 3060 |
| 08778300 | 19380 | *GP-LIFE | | | 590 | 10030 | | | | | | |
| 2140000 12 | 71131 | GEN BNK | | | | 15750 | | | | | | |
| 1109.34 | | SEL BEN | | | 9330- | 158610- | | | | | | |
| | 1624628 | 401K | | | 6656- | 111616- | | | | | | |
| | | 401K UN | | | 4437- | 22785- | | | | | | |

COMP 63505012208 | DATE 09-30-98 | PP 18 | PAGE 149

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO. / CK/DEP. NO. / STAT / ST. EX. / SALY/RATE | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT. | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT. | Y-T-D AMT. | NAME | CURRENT A |
|---|---|---|---|---|---|---|---|---|---|---|---|
| VALDEZ, JUAN C | 90511 | REGULAR | | | 110934 | 1979744 | FICA TAX | 7817 | 143104 | FED. TAX | 63 |
| 595225181 | | OVERTIME | | 1725 | | 32479 | STATE TX | 5123 | 100202 | DEP LIFE | 1 |
| 08778300 | 19379 | *GP-LIFE | | | 590 | 10420 | | | | | |
| 2140000 12 | 71132 | GEN BNK | | | | 15750 | | | | | |
| 1109.34 | | SEL BEN | | | 9330- | 167940- | | | | | |
| | 1715139 | 401K | | | 6656- | 118272- | | | | | |
| | | 401K UN | | | 4437- | 26422- | | | | | |

COMP 63505012208 | DATE 10-15-98 | PP 19 | PAGE 145

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST. EX. / SALY/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VALDEZ, JUAN C | 90511 | REGULAR | | | 110934 | 2090678 | FICA TAX | 7819 | 150923 | FED. TAX | 6269 | 128147 |
| 595225181 | | OVERTIME | | 1725 | | 32479 | STATE TX | 5123 | 105325 | DEP LIFE | 180 | 3420 |
| 08778300 | 19381 | *GP-LIFE | | | 590 | 11210 | | | | | | |
| 2140000 12 | 71130 | GEN BNK | | | | 15750 | | | | | | |
| 1109.34 | | SEL BEN | | | 9330- | 177270- | | | | | | |
| | 1805660 | 401K | | | 6656- | 124928- | | | | | | |
| | | 401K UN | | | 4437- | 31059- | | | | | | |

COMP 63505012208 | DATE 10-30-98 | PP 20 | PAGE 154

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP. NO. / STAT / ST. EX. / SALY/RATE | GROSS / ADJ. NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT. | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VALDEZ, JUAN C | 90511 | REGULAR | | | 110934 | 2201612 | FICA TAX | 7818 | 158741 | FED. TAX | 6269 | 1344 |
| 595225181 | | OVERTIME | | 1725 | | 32479 | STATE TX | 5123 | 110448 | DEP LIFE | 180 | 36 |
| 08778300 | 19380 | *GP-LIFE | | | 590 | 11800 | | | | | | |
| 2140000 12 | 71131 | GEN BNK | | | | 15750 | | | | | | |
| 1109.34 | | SEL BEN | | | 9330- | 186600- | | | | | | |
| | 1896161 | 401K | | | 6656- | 131584- | | | | | | |
| | | 401K UN | | | 4437- | 35496- | | | | | | |

COMP 63505012208 | DATE 11-13-98 | PP 21 | PAGE 147

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP. NO. / STAT / ST. EX. / SALY/RATE | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT. | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT A |
|---|---|---|---|---|---|---|---|---|---|---|---|
| VALDEZ, JUAN C | 90511 | REGULAR | | | 110934 | 2312546 | FICA TAX | 7818 | 166559 | FED. TAX | 62 |
| 595225181 | | OVERTIME | | 1725 | | 32479 | STATE TX | 5123 | 115571 | DEP LIFE | 1 |
| 08778300 | 19380 | *GP-LIFE | | | 590 | 12390 | | | | | |
| 2140000 12 | 71131 | GEN BNK | | | | 15750 | | | | | |
| 1109.34 | | SEL BEN | | | 9330- | 195930- | | | | | |
| | 1986672 | 401K | | | 6656- | 138240- | | | | | |
| | | 401K UN | | | 4437- | 39933- | | | | | |

COMP 63505012208 | DATE 11-30-98 | PP 22 | PAGE 164

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO. / CK/DEP. NO. STAT / ST. EX. / SALY/RATE | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT. | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT. | Y-T-D AMT. | NAME | CURRENT AMT. | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VALDEZ, JUAN C | 90911 | REGULAR | | | 110934 | 2423480 | FICA TAX | 7818 | 178202 | FED. TAX | 6259 | 14 |
| 595225181 | | OVERTIME | | 1725 | | 32479 | STATE TX | 5723 | 122646 | DEP LIFE | 180 | |
| 08778300 | 19580 | *GP-LIFE | | | 590 | 12980 | | | | | | |
| 2140000 2 | 71131 | GEN BNK | | | | 65750 | | | | | | |
| 1109.34 | | SEL BEN | | | 9330- | 205260- | | | | | | |
| | 2127183 | 401K | | | 6456- | 144896- | | | | | | |
| | | 401K UN | | | 4437- | 44370- | | | | | | |

1212-8

COMP 63505012208 | DATE 12-15-98 | PP 23 | PAGE 156

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO STAT / ST. EX. / SALY/RATE | GROSS / ADJ NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT. | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT. | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VALDEZ, JUAN C | 94831 | REGULAR | | | 110934 | 2534414 | FICA TAX | 8484 | 186386 | FED. TAX | 6907 | 153925 |
| 595225181 | | OVERTIME | 250 | 1975 | 4800 | 37279 | STATE TX | 5463 | 128109 | DEP LIFE | 180 | 4140 |
| 08778300 | 20734 | *GP-LIFE | | | 990 | 13970 | | | | | | |
| 2140000 2 | 74097 | GEN BNK | | | | 65750 | | | | | | |
| 1109.34 | | SEL BEN | | | 9330- | 214590- | | | | | | |
| | 2222014 | 401K | | | 6944- | 151840- | | | | | | |
| | | 401K UN | | | 4829- | 48999- | | | | | | |

COMP 63505012208 | DATE 12-31-98 | PP 24 | PAGE 112

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO STAT / ST. EX. / SALY/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VALDEZ, JUAN C | | REGULAR | | | | 2645348 | FICA TAX | | 194304 | FED. TAX | | 160146 |
| 595225181 | | OVERTIME | | 1975 | | 37279 | STATE TX | | 133032 | DEP LIFE | | 4320 |
| | | *GP-LIFE | | | | 14760 | | | | | | |
| 2140000 2 | | GEN BNK | | | | 65750 | | | | | | |
| 1109.34 | | SEL BEN | | | | 223920- | | | | | | |
| | 2312525 | 401K | | | | 158496- | | | | | | |
| | | 401K UN | | | | 53436- | | | | | | |

COMP 10500002611 DATE 01-15-98 PP 01 PAGE 574

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ST LOUIS, MISSOURI 63166

| NAME / EMPLOYEE NO / CK/DEP NO / ST.EX. / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BLACKMON, MARILYN D | 122054 | REGULAR | | | 126188 | 126188 | FICA TAX | 9917 | 9917 | FED. TAX | 10902 |
| 610984497 | | OVERTIME | 160 | 160 | 3276 | 3276 | STATE TX | 4300 | 4300 | CITY-TAX | 1221 |
| 104714013 | 26340 | SEL CASH | | | 161 | 161 | | | | | |
| 2000002 2 | 95714 | RET SAV | | | 7571- | 7571- | | | | | |
| 1261.88 | 122064 | | | | | | | | | | |

COMP 10500002611 DATE 01-30-98 PP 02 PAGE 631

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ST LOUIS, MISSOURI 63166

| NAME / EMPLOYEE NO / CK/DEP NO / ST.EX. / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BLACKMON, MARILYN D | 129152 | REGULAR | | | 126188 | 252376 | FICA TAX | 10459 | 20376 | FED. TAX | [illegible] |
| 610984497 | | OVERTIME | 475 | 625 | 10374 | 13650 | STATE TX | 4600 | 8900 | CITY-TAX | |
| 104716013 | 28318 | SEL CASH | | | 161 | 322 | | | | | |
| 2000002 2 | 100834 | RET SAV | | | 7571- | 15142- | | | | | |
| 1261.88 | 251206 | | | | | | | | | | |

COMP 10500002611 DATE 02-13-98 PP 03 PAGE 569

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ST LOUIS, MISSOURI 63166

| NAME / EMPLOYEE NO / CK/DEP NO / ST.EX. / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BLACKMON, MARILYN D | 139525 | REGULAR | | | 126188 | 378564 | FICA TAX | 11253 | 31629 | FED. TAX | 13523 |
| 610984497 | | OVERTIME | 950 | 1575 | 20747 | 34397 | STATE TX | 5200 | 14100 | CITY-TAX | 1325 |
| 104714013 | 31371 | SEL CASH | | | 161 | 483 | | | | | |
| 2000002 2 | 108154 | RET SAV | | | 7571- | 22713- | | | | | |
| 1261.88 | 390231 | | | | | | | | | | |

...2611 DATE 02-27-98 PP 04 PAGE 603

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ST LOUIS, MISSOURI 63166

| NAME | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ...MARILYN D | 165187 | REGULAR | | | 126188 | 504752 | FICA TAX | 13216 | 44845 | FED. TAX | 17372 | 53764 |
| | | OVERTIME | 2125 | 3700 | 46409 | 80806 | STATE TX | 6500 | 20600 | CITY-TAX | 1652 | 5560 |
| | 38740 | SEL CASH | | | 161 | 644 | | | | | | |
| ...00002 2 | 126447 | RET SAV | | | 7571- | 30284- | | | | | | |
| | 555918 | | | | | | | | | | | |

COMP 10500002611 DATE 03-13-98 PP 05 PAGE 587

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ST LOUIS, MISSOURI 63166

| NAME / EMPLOYEE NO / CK/DEP NO / ST.EX. / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BLACKMON, MARILYN D | 135704 | REGULAR | | | 126188 | 630940 | FICA TAX | 10460 | 55305 | FED. TAX | [illegible] | [illegible] |
| 610984497 | | OVERTIME | 775 | 4475 | 16926 | 97732 | STATE TX | 5000 | 25600 | CITY-TAX | 1352 | [illegible] |
| 104714013 | 30266 | SEL CASH | | | 161 | 805 | | | | | | |
| 2000002 2 | 105438 | RET SAV | | | 7571- | 37855- | | | | | | |
| 1261.88 | 691622 | | | | | | | | | | | |

...DATE 03-31-98 PP 06 PAGE 426

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ST LOUIS, MISSOURI 63166

| NAME | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ...RILYN D | | REGULAR | | | | 757128 | FICA TAX | | 69146 | FED. TAX | | 84331 |
| | | OVERTIME | | 6675 | | 145779 | STATE TX | | 32200 | CITY-TAX | | 8385 |
| | | SEL CASH | | | | 966 | | | | | | |
| ...002 2 | | RET SAV | | | | 45426- | | | | | | |
| | 838442 | | | | | | | | | | | |

ESC - 239

COMP 80500001444 DATE 01-15-98 PP 01 PAGE 355

PAYROLL REGISTER

NATIONSBANK, N.A. FT ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX / SALY/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KOZEL, JULIA<br>352300351<br>003980278<br>1<br>1166.67 | 96817<br><br>30544<br>66273<br><br>96817 | REGULAR<br>*GP-LIFE<br>SEL BEN<br>RET SAV<br>RET SAVU | | | 116667<br>2825<br>10517-<br>7000-<br>2333- | 116667<br>2825<br>10517-<br>7000-<br>2333- | FICA TAX<br>PRIM SAV<br>DEP LIFE | 8336<br>8000<br>743 | 8336<br>8000<br>743 | FED. TAX<br>CHARITY<br>UNV LIFE | 1[illegible] |

COMP 80500001444 DATE 01-30-98 PP 02 PAGE 387

PAYROLL REGISTER

NATIONSBANK, N.A. FT ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX / SALY/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OZEL, JULIA<br>52300351<br>03980278<br>1<br>1166.67 | 105903<br><br>32602<br>73301<br><br>202720 | REGULAR<br>OVERTIME<br>*GP-LIFE<br>SEL BEN<br>RET SAV<br>RET SAVU | <br>450 | <br>450 | 116667<br>9086<br>2825<br>10517-<br>7000-<br>2333- | 233334<br>9086<br>5650<br>21034-<br>14000-<br>4666- | FICA TAX<br>PRIM SAV<br>DEP LIFE | 9032<br>8000<br>743 | 17368<br>16000<br>1486 | FED. TAX<br>CHARITY<br>UNV LIFE | 120[illegible]<br>2[illegible]<br>25[illegible] |

COMP 80500001444 DATE 02-13-98 PP 03 PAGE 370

PAYROLL REGISTER

NATIONSBANK, N.A. FT ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX / SALY/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ZEL, JULIA<br>2300351<br>3980278<br>1<br>1166.67 | 96817<br><br>30545<br>66272<br><br>299537 | REGULAR<br>OVERTIME<br>*GP-LIFE<br>SEL BEN<br>RET SAV<br>RET SAVU | | <br>450 | 116667<br><br>2825<br>10517-<br>7000-<br>2333- | 350001<br>9086<br>8475<br>31551-<br>21000-<br>6999- | FICA TAX<br>PRIM SAV<br>DEP LIFE | 8337<br>8000<br>743 | 25705<br>24000<br>2229 | FED. TAX<br>CHARITY<br>UNV LIFE | 1036<br>20<br>259 |

COMP 80500001444 DATE 02-27-98 PP 04 PAGE 404

PAYROLL REGISTER

NATIONSBANK, N.A. FT ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX / SALY/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME |
|---|---|---|---|---|---|---|---|---|---|---|
| EL, JULIA<br>300351<br>980278 SEP.<br>1<br>1166.67 | 42900<br><br>5345<br>37155<br><br>342037 | GEN BNK | | | 42900 | 42900 | FICA TAX | 3251 | 28956 | FED. TAX |
| EL, JULIA<br>300351<br>980278<br>1<br>1166.67 | 96817<br><br>30945<br>66272<br><br>438854 | REGULAR<br>OVERTIME<br>*GP-LIFE<br>GEN BNK<br>SEL BEN<br>RET SAV<br>RET SAVU | | <br>450 | 116667<br><br>2825<br><br>10517-<br>7000-<br>2333- | 466668<br>9086<br>11300<br>42900<br>42068-<br>28000-<br>9332- | FICA TAX<br>PRIM SAV<br>DEP LIFE | 8337<br>8000<br>743 | 37293<br>32000<br>2972 | FED. TAX<br>CHARITY<br>UNV LIFE |



PAYROLL REGISTER

COMP 80500001444 DATE 03-13-98 PP 05 PAGE 379

NATIONSBANK ATLANTA, G

| NAME / EMPLOYEE NO. / CK/DEP. NO. / SALY/RATE | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT |
|---|---|---|---|---|---|---|---|---|
| KOZEL JULIA | 98836 | REGULAR | | | 116667 | 583335 | FICA TAX | 8491 |
| 352300351 | | OVERTIME | 100 | 550 | 2019 | 11105 | PRIM SAV | 8000 |
| 003980278 | 31001 | *GP-LIFE | | | 2825 | 14125 | DEP LIFE | 743 |
| | 67835 | GEN BNK | | | | 42500 | | |
| 1166.67 | | SEL BEN | | | 10517- | 52585- | | |
| | 537690 | RET SAV | | | 7000- | 35000- | | |
| | | RET SAVU | | | 2333- | 11665- | | |

PAYROLL REGISTER

COMP 80500001444 DATE 03-31-98 PP 06 PAGE 251

NATIONSBANK, N.A. FT ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / SALY/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME |
|---|---|---|---|---|---|---|---|---|---|---|
| JULIA | | REGULAR | | | | 700002 | FICA TAX | | 54738 | FED. TAX |
| 351 | | OVERTIME | | 950 | | 19182 | PRIM SAV | | 48000 | CHARITY |
| | | *GP-LIFE | | | | 16950 | DEP LIFE | | 4458 | UNV LIFE |
| | | GEN BNK | | | | 42500 | | | | |
| 6.67 | | SEL BEN | | | | 63102- | | | | |
| | 642586 | RET SAV | | | | 42000- | | | | |
| | | RET SAVU | | | | 13998- | | | | |

PAYROLL REGISTER

COMP 80500001444 DATE 04-15-98 PP 07 PAGE 384

NATIONSBANK, N.A. FT ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / SALY/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME |
|---|---|---|---|---|---|---|---|---|---|---|
| KOZEL JULIA | 96817 | REGULAR | | | 116667 | 816669 | FICA TAX | 8336 | 63074 | FED. |
| 352300351 | | OVERTIME | | 950 | | 19182 | PRIM SAV | 8000 | 56000 | CHAR |
| 003980278 | 30544 | *GP-LIFE | | | 2825 | 19775 | DEP LIFE | 743 | 5201 | UNV |
| | 66273 | GEN BNK | | | | 42500 | | | | |
| 1166.67 | | SEL BEN | | | 10517- | 73619- | | | | |
| | 739401 | 401K | | | 7000- | 49000- | | | | |
| | | 401K UN | | | 2333- | 16331- | | | | |

PAYROLL REGISTER

COMP 80500001444 DATE 04-30-98 PP 08 PAGE 435

NATIONSBANK, N.A. FT ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / SALY/RATE | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT. | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT. | Y-T-D AMT. | NAME | CURRENT AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JULIA | 43604 | OVERTIME | | 950 | 604 | 19786 | FICA TAX | 3337 | 66411 | FED. TAX | 2260 |
| 51 | | GEN BNK | | | 43000 | 85500 | | | | | |
| 78 SEP | 5597 | | | | | | | | | | |
| | 38007 | | | | | | | | | | |
| .67 | | | | | | | | | | | |
| | 783005 | | | | | | | | | | |
| JULIA | 121047 | REGULAR | | | 116667 | 933336 | FICA TAX | 10190 | 76601 | FED. TAX | 14300 |
| 51 | | OVERTIME | 1200 | 2160 | 24280 | 44016 | PRIM SAV | 8000 | 64000 | CHARITY | 200 |
| 78 | 36032 | *GP-LIFE | | | 2825 | 22600 | DEP LIFE | 743 | 5944 | UNV LIFE | 2999 |
| | 85015 | GEN BNK | | | | 85500 | | | | | |
| .67 | | SEL BEN | | | 10517- | 84136- | | | | | |
| | 904052 | 401K | | | 7000- | 56000- | | | | | |
| | | 401K UN | | | 2333- | 18664- | | | | | |

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| | DATE | PP | PAGE |
|---|---|---|---|
| 1444 | 05-15-98 | 09 | 392 |

| Gross / Adj Net / Total Ded / Net Pay / Gross YTD | Earnings Name | Current Units | Y-T-D Units | Current Amt. | Y-T-D Amt. | Deductions Name | Current Amt. | Y-T-D Amt. | Name | Current Amt | Y-T-D Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 105398 | REGULAR | | | 116667 | 1050003 | FICA TAX | 8993 | 85394 | FED. TAX | 11953 | 108744 |
| | OVERTIME | 425 | 2575 | 8581 | 52597 | PRIM SAV | 8000 | 72000 | CHARITY | 200 | 1800 |
| 32488 | *GP-LIFE | | | 2825 | 25425 | DEP LIFE | 743 | 6687 | UNV LIFE | 2599 | 23391 |
| 72910 | GEN BNK | | | | 85500 | | | | | | |
| | SEL BEN | | | 10317- | 94653- | | | | | | |
| 1009450 | 401K | | | 7000- | 63000- | | | | | | |
| | 401K UN | | | 2333- | 20997- | | | | | | |

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| | DATE | PP | PAGE |
|---|---|---|---|
| 01444 | 05-29-98 | 10 | 259 |

| Gross / Adj Net / Total Ded / Net Pay / Gross YTD | Earnings Name | Current Units | Y-T-D Units | Current Amt | Y-T-D Amt | Deductions Name | Current Amt | Y-T-D Amt | Name | Current Amt | Y-T-D Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | REGULAR | | | | 1166670 | FICA TAX | | 101692 | FED. TAX | | 129748 |
| | OVERTIME | | 3375 | | 71430 | PRIM SAV | | 80000 | CHARITY | | 2000 |
| | *GP-LIFE | | | | 28250 | DEP LIFE | | 7430 | UNV LIFE | | 25990 |
| | GEN BNK | | | | 168125 | | | | | | |
| | SEL BEN | | | | 105170- | | | | | | |
| 1207725 | 401K | | | | 70000- | | | | | | |
| | 401K UN | | | | 23330- | | | | | | |

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| COMP | DATE | PP | PAGE |
|---|---|---|---|
| 80500001444 | 06-15-98 | 11 | 420 |

| Name / Employee No / CK/Dep No / Stat / St. Ex / Saly/Rate | Gross / Adj Net / Total Ded / Net Pay / Gross YTD | Earnings Name | Current Units | Y-T-D Units | Current Amt | Y-T-D Amt | Deductions Name | Current Amt | Y-T-D Amt | Name | Current Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KOZEL, JULIA | 112675 | REGULAR | | | 120834 | 1287504 | FICA TAX | 9575 | 111267 | FED. TAX | 13044 |
| 352300351 | | OVERTIME | 575 | 3950 | 12025 | 83455 | PRIM SAV | 8000 | 88000 | CHARITY | 200 |
| 003980278 | 34161 | *GP-LIFE | | | 2825 | 31075 | DEP LIFE | 743 | 8173 | UNV LIFE | 2599 |
| | 78514 | GEN BNK | | | | 168125 | | | | | |
| 1208.34 | | SEL BEN | | | 10517- | 115687- | | | | | |
| | 1320400 | 401K | | | 7260- | 77260- | | | | | |
| | | 401K UN | | | 2417- | 25747- | | | | | |

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| COMP | DATE | PP | PAGE |
|---|---|---|---|
| 80500001444 | 06-30-98 | 12 | 266 |

| Name / Employee No. / CK/Dep. No. / Stat / St. Ex / Saly/Rate | Gross / Adj. Net / Total Ded. / Net Pay / Gross YTD | Earnings Name | Current Units | Y-T-D Units | Current Amt. | Y-T-D Amt. | Deductions Name | Current Amt | Y-T-D Amt. | Name | Current Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KOZEL, JULIA | | REGULAR | | | | 1408338 | FICA TAX | | 122340 | FED. TAX | |
| 352300351 | | OVERTIME | | 4050 | | 86673 | PRIM SAV | | 96000 | CHARITY | |
| | | *GP-LIFE | | | | 33900 | DEP LIFE | | 8916 | UNV LIFE | |
| | | GEN BNK | | | | 126700 | | | | | |
| 1208.34 | | SEL BEN | | | | 126204- | | | | | |
| | 1452643 | 401K | | | | 84500- | | | | | |
| | | 401K UN | | | | 28164- | | | | | |

| COMP | DATE | PP | PAGE |
|---|---|---|---|
| 80500001444 | 07-15-98 | 13 | 413 |

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX. / EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OZEL, JULIA | 100650 | REGULAR | | | 120854 | 1529172 | FICA TAX | 8655 | 130995 | FED. TAX | 11241 | 16 |
| 52300351 | | OVERTIME | | 4050 | | 86473 | PRIM SAV | 8000 | 104000 | CHARITY | 200 | |
| 03980278 | 29039 | *GP-LIFE | | | 2825 | 36725 | PAC | 200 | 200 | DEP LIFE | 743 | |
| 1 | 71611 | GEN BNK | | | | 196700 | UNV LIFE | | 28589 | | | |
| 1208.34 | | SEL BEN | | | 10517- | 156721- | | | | | | |
| | 1553293 | 401K | | | 7250- | 91750- | | | | | | |
| | | 401K UN | | | 2417- | 30581- | | | | | | |

| COMP | DATE | PP | PAGE |
|---|---|---|---|
| 80500001444 | 07-31-98 | 14 | 278 |

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX. / EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT. | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KOZEL, JULIA | | REGULAR | | | | 1650006 | FICA TAX | | 145283 | FED. TAX | | 18 |
| 352300351 | | OVERTIME | | 4050 | | 87687 | PRIM SAV | | 112000 | CHARITY | | |
| | | *GP-LIFE | | | | 39550 | PAC | | 400 | DEP LIFE | | 10 |
| | | GEN BNK | | | | 269325 | UNV LIFE | | 28589 | | | |
| 1208.34 | | SEL BEN | | | | 147238- | | | | | | |
| | 1727685 | 401K | | | | 99073- | | | | | | |
| | | 401K UN | | | | 33022- | | | | | | |

| COMP | DATE | PP | PAGE |
|---|---|---|---|
| 80500001444 | 08-14-98 | 15 | 424 |

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX. / EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KOZEL, JULIA | 101812 | REGULAR | | | 120834 | 1770840 | FICA TAX | 8736 | 154019 | FED. TAX | 11335 |
| 352300351 | | OVERTIME | 50 | 4100 | 1046 | 88733 | PRIM SAV | 8000 | 120000 | CHARITY | 200 |
| 003980278 | 29264 | *GP-LIFE | | | 2825 | 42375 | PAC | 400 | 800 | DEP LIFE | 743 |
| 1 | 72348 | GEN BNK | | | | 269325 | UNV LIFE | | 28589 | | |
| 1208.34 | | SEL BEN | | | 10917- | 157755- | | | | | |
| | 1829097 | 401K | | | 7313- | 106386- | | | | | |
| | | 401K UN | | | 2438- | 35460- | | | | | |

| COMP | DATE | PP | PAGE |
|---|---|---|---|
| 80500001444 | 08-31-98 | 16 | 291 |

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX. / EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KOZEL, JULIA | | REGULAR | | | | 1891674 | FICA TAX | | 169934 | FED. TAX | | |
| 352300351 | | OVERTIME | | 4100 | | 89026 | PRIM SAV | | 128000 | CHARITY | | |
| | | *GP-LIFE | | | | 45200 | PAC | | 800 | DEP LIFE | | |
| | | GEN BNK | | | | 363225 | UNV LIFE | | 28589 | | | |
| 1208.34 | | SEL BEN | | | | 168272- | | | | | | |
| | 2024616 | 401K | | | | 113854- | | | | | | |
| | | 401K UN | | | | 37883- | | | | | | |

COMP 80500000 1444 DATE 09-15-98 PP 17 PAGE 444

PAYROLL REGISTER

NATIONSBANK, N.A. FT ATLANTA, GA 30302

| Employee | Gross / Adj Net / Total Ded / Net Pay / Gross YTD | Earnings Name | | | Current Amt | YTD Amt | Deductions Name | Current Amt | YTD Amt | Name | Current Amt | YTD Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ZEL, JULIA 2300351 1980278 SEP 1 1208.34 | 215486 47188 168298 2240102 | REGULAR 401K 401K UN | | | 234223 14053- 4684- | 2125897 127707- 42567- | FICA TAX | 17918 | 187862 | FED. TAX | 29270 | 24834 |
| ZEL, JULIA 2300351 1980278 SEP 1 1208.34 | 8180 2118 6062 2248282 | OVERTIME 401K 401K UN | | 4100 | 8891 533- 178- | 97917 128240- 42745- | FICA TAX | 680 | 188532 | FED. TAX | 1438 | 24978 |

COMP 80500001620 DATE 01-15-98 PP 01 PAGE 512

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KIRKLAND, DIANE M<br>346544830<br>3510597359<br>847.34 | 77042<br><br>16442<br>60600<br>77042 | REGULAR<br>OVERTIME<br>SEL BEN<br>RET SAV<br>RET SAVU | <br>275 | <br>275 | 84734<br>4033<br>3252-<br>5084-<br>3389- | 84734<br>4033<br>3252-<br>5084-<br>3389- | FICA TAX | 6542 | 6542 | FED. TAX | 9900 | 9900 |

COMP 80500001620 DATE 01-30-98 PP 02 PAGE 565

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KIRKLAND, DIANE M<br>346544830<br>3510597359 SEP<br>847.34 | 16250<br><br>2024<br>14226<br>93292 | GEN BNK | | | 16250 | 16250 | FICA TAX | 1243 | 7785 | FED. TAX | 781 | 10681 |
| KIRKLAND, DIANE M<br>346544830<br>3510597359<br>847.34 | 74475<br><br>15860<br>58615<br>167767 | REGULAR<br>OVERTIME<br>GEN BNK<br>SEL BEN<br>RET SAV<br>RET SAVU | <br>100 | <br>375 | 84734<br>1466<br><br>3252-<br>5084-<br>3389- | 169468<br>5499<br>16250<br>6504-<br>10168-<br>6778- | FICA TAX | 6345 | 14130 | FED. TAX | 9515 | 20196 |

COMP 80500001620 DATE 02-13-98 PP 03 PAGE 535

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KIRKLAND, DIANE M<br>346544830<br>3510597359<br>847.34 | 73009<br><br>15529<br>57480<br>240276 | REGULAR<br>OVERTIME<br>GEN BNK<br>SEL BEN<br>RET SAV<br>RET SAVU | | <br>375 | 84734<br><br><br>3252-<br>5084-<br>3389- | 254202<br>5499<br>16250<br>9756-<br>15252-<br>10167- | FICA TAX | 6234 | 20364 | FED. TAX | 9295 | 29491 |

COMP 80500001620 DATE 02-27-98 PP 04 PAGE 600

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KIRKLAND, DIANE M<br>346544830<br>3510597359 SEP<br>847.34 | 18406<br><br>2913<br>15493<br>259182 | OVERTIME<br>GEN BNK | | 375 | 156<br>18250 | 5655<br>34500 | FICA TAX | 1408 | 21772 | FED. TAX | 1105 | 30596 |
| KIRKLAND, DIANE M<br>346544830<br>3510597359 SEP<br>847.34 | 30000<br><br>5139<br>24861<br>289182 | GEN BNK | | | 30000 | 64900 | FICA TAX | 2295 | 24067 | FED. TAX | 2844 | 33440 |
| KIRKLAND, DIANE M<br>346544830<br>3510597359<br>847.34 | 79975<br><br>17106<br>62869<br>369157 | REGULAR<br>OVERTIME<br>GEN BNK<br>SEL BEN<br>RET SAV<br>RET SAVU | <br>475 | <br>850 | 84734<br>6966<br><br>3252-<br>5084-<br>3389- | 338936<br>12621<br>64900<br>13008-<br>20336-<br>13556- | FICA TAX | 6766 | 30833 | FED. TAX | 10340 | 43780 |

COMP 80500001620 DATE 03-13-98 PP 05 PAGE 545

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KIRKLAND, DIANE M<br>346544830<br>3510597359<br>847.34 | 77408<br><br>16525<br>60883<br>446565 | REGULAR<br>OVERTIME<br>GEN BNK<br>SEL BEN<br>RET SAV<br>RET SAVU | <br>100 | <br>1350 | 84734<br>4399<br><br>3252-<br>5084-<br>3389- | 423670<br>17020<br>64900<br>16260-<br>25420-<br>16945- | FICA TAX | 6970 | 37803 | FED. TAX | 9955 | 53735 |

COMP 50500101027 DATE 01-15-98 PP 01 PAGE 110

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME<br>EMPLOYEE NO<br>CK/DEP NO / STAT<br>ST. EX.<br>SAL/RATE | GROSS<br>ADJ NET<br>TOTAL DED<br>NET PAY<br>GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MOBLEY, ANGELA A<br>1562095A7<br>3258606398<br>2010002 12<br>1041.62 | 129476<br><br>26955<br>102521<br>129476 | REGULAR<br>OVERTIME<br>SEL CASH | 1400 | 1400 | 104167<br>25239<br>70 | 104167<br>25239<br>70 | FICA TAX<br>STATE TX | 9905<br>4935 | 9905<br>4935 | FED. TAX<br>CHARITY | 12015<br>100 | 1201<br>10 |

COMP 50500101027 DATE 01-30-98 PP 02 PAGE 134

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME<br>EMPLOYEE NO<br>CK/DEP NO / STAT<br>ST. EX.<br>SAL/RATE | GROSS<br>ADJ NET<br>TOTAL DED<br>NET PAY<br>GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MOBLEY, ANGELA A<br>1562095A7<br>3258606398<br>2010002 12<br>1041.62 | 104237<br><br>19724<br>84513<br>233713 | REGULAR<br>OVERTIME<br>SEL CASH | | 1400 | 104167<br><br>70 | 208334<br>25239<br>140 | FICA TAX<br>STATE TX | 7974<br>3421 | 17879<br>8356 | FED. TAX<br>CHARITY | 8229<br>100 | 20244<br>200 |

COMP 50500101027 DATE 02-13-98 PP 03 PAGE 119

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME<br>EMPLOYEE NO<br>CK/DEP NO / STAT<br>ST. EX.<br>SAL/RATE | GROSS<br>ADJ NET<br>TOTAL DED<br>NET PAY<br>GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MOBLEY, ANGELA A<br>1562095A7<br>3258606398<br>2010002 12<br>1041.62 | 132181<br><br>27730<br>104451<br>365894 | REGULAR<br>OVERTIME<br>SEL CASH | 900<br>1550 | 900<br>2950 | 104167<br>27944<br>70 | 312501<br>53183<br>210 | FICA TAX<br>STATE TX | 10111<br>5098 | 27990<br>13454 | FED. TAX<br>CHARITY | 12421<br>100 | 32665<br>300 |

COMP 50500101027 DATE 02-27-98 PP 04 PAGE 125

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME<br>EMPLOYEE NO<br>CK/DEP NO / STAT<br>ST. EX.<br>SAL/RATE | GROSS<br>ADJ NET<br>TOTAL DED<br>NET PAY<br>GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MOBLEY, ANGELA A<br>1562095A7<br>3258606398 SEP<br>2010002 12<br>1041.62 | 10893<br><br>834<br>10059<br>376787 | OVERTIME<br>GEN BNK | | 2950 | 393<br>10500 | 53976<br>10500 | FICA TAX | 834 | 28824 | | | |
| MOBLEY, ANGELA A<br>1562095A7<br>3258606398<br>2010002 12<br>1041.62 | 132631<br><br>27860<br>104771<br>509418 | REGULAR<br>OVERTIME<br>GEN BNK<br>SEL CASH | 1575 | 900<br>4525 | 104167<br>28394<br><br>70 | 416668<br>81970<br>10500<br>280 | FICA TAX<br>STATE TX | 10147<br>5125 | 38971<br>18579 | FED. TAX<br>CHARITY | 12488<br>100 | 45453<br>400 |

COMP 50500101027 DATE 03-13-98 PP 05 PAGE 122

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME<br>EMPLOYEE NO<br>CK/DEP NO / STAT<br>ST. EX.<br>SAL/RATE | GROSS<br>ADJ NET<br>TOTAL DED.<br>NET PAY<br>GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT. | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MOBLEY, ANGELA A<br>1562095A7<br>3258606398 SEP<br>2010002 12<br>1041.62 | 17929<br><br>1310<br>15819<br>526947 | OVERTIME | | 4925 | 17929 | 99079 | FICA TAX | 1310 | 40281 | | | |

MP 50000 1415 | DATE 01-15-98 | PP 01 | PAGE 309

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / ST. EX. / RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PAUL | 75261 | REGULAR | 175 | 175 | 85834 | 85834 | FICA TAX | 6414 | 6414 | FED. TAX | 9633 | 9633 |
| 150 | | OVERTIME | | | 2600 | 2600 | | | | | | |
| 37 | 16047 | SEL BEN | | | 4590- | 4590- | | | | | | |
| | 59214 | RET SAV | | | 5150- | 5150- | | | | | | |
| 8.34 | 75261 | RET SAVU | | | 3433- | 3433- | | | | | | |

COMP 80500001415 | DATE 01-30-98 | PP 02 | PAGE 335

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / ST. EX. / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BARBER, PAUL | 78432 | REGULAR | 200 | 375 | 85834 | 171668 | FICA TAX | 6634 | 13048 | FED. TAX | 10064 | [illegible] |
| 365545150 | | OVERTIME | | | 2971 | 5571 | | | | | | |
| 92435637 | 16998 | MISC CMP | | | 2900 | 2900 | | | | | | |
| | 61434 | SEL BEN | | | 4590- | 9180- | | | | | | |
| 858.34 | | RET SAV | | | 5150- | 10300- | | | | | | |
| | 153393 | RET SAVU | | | 3433- | 6866- | | | | | | |

COMP 80500001415 | DATE 02-13-98 | PP 03 | PAGE 323

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / ST. EX. / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BARBER, PAUL | 21400 | GEN BNK | | | 21400 | 21400 | FICA TAX | 1636 | 14684 | FED. TAX | [illegible] | [illegible] |
| 365545150 | | | | | | | | | | | | |
| 92435637 SEP | 3190 | | | | | | | | | | | |
| | 18210 | | | | | | | | | | | |
| 858.34 | 174793 | | | | | | | | | | | |
| BARBER, PAUL | 74869 | REGULAR | 150 | 525 | 85834 | 257902 | FICA TAX | 6387 | 21071 | FED. TAX | [illegible] | [illegible] |
| 365545150 | | OVERTIME | | | 2228 | 7799 | | | | | | |
| 92435637 | 15964 | MISC CMP | | | | 2500 | | | | | | |
| 858.34 | 58925 | GEN BNK | | | | 21400 | | | | | | |
| | | SEL BEN | | | 4590- | 13770- | | | | | | |
| | 249682 | RET SAV | | | 5150- | 15450- | | | | | | |
| | | RET SAVU | | | 3433- | 10299- | | | | | | |

1415 | DATE 02-27-98 | PP 04 | PAGE 350

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / ST. EX. | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 30000 | GEN BNK | | | 30000 | 51400 | FICA TAX | 2295 | 23366 | FED. TAX | 2844 | 33672 |
| SEP | 5139 | | | | | | | | | | | |
| | 24861 | | | | | | | | | | | |
| | 279682 | | | | | | | | | | | |
| | 77118 | REGULAR | 300 | 825 | 85834 | 343336 | FICA TAX | 6555 | 29921 | FED. TAX | 9911 | 43583 |
| | | OVERTIME | | | 4457 | 12256 | | | | | | |
| | 16466 | MISC CMP | | | | 2500 | | | | | | |
| | 60652 | GEN BNK | | | | 51400 | | | | | | |
| | | SEL BEN | | | 4590- | 18360- | | | | | | |
| | 356800 | RET SAV | | | 5150- | 20600- | | | | | | |
| | | RET SAVU | | | 3433- | 13732- | | | | | | |

OMP 0500001415 | DATE 03-13-98 | PP 05 | PAGE 330

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / ST.EX. / STAT / RATE | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT. | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BER, PAUL | 73404 | REGULAR | | | 85834 | 429170 | FICA TAX | 6272 | 36493 | FED. TAX | 9354 | 52237 |
| 545150 | | OVERTIME | 150 | 875 | 743 | 12999 | | | | | | |
| 5637 | 15426 | MISC CMP | | | | 2900 | | | | | | |
| | 57778 | GEN BNK | | | | 51500 | | | | | | |
| 858.34 | | SEL BEN | | | 4590- | 22950- | | | | | | |
| | 430404 | RET SAV | | | 5150- | 25750- | | | | | | |
| | | RET SAVU | | | 3433- | 17165- | | | | | | |

COMP 80500001415 | DATE 03-31-98 | PP 06 | PAGE 221

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / ST.EX. / STAT / SALY/RATE | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BARBER, PAUL | | REGULAR | | | | 515004 | FICA TAX | | 45499 | FED. TAX | |
| 545545150 | | OVERTIME | | 1550 | | 23365 | | | | | |
| | | MISC CMP | | | | 2500 | | | | | |
| | | GEN BNK | | | | 81425 | | | | | |
| 858.34 | | SEL BEN | | | | 27540- | | | | | |
| | 543256 | RET SAV | | | | 30900- | | | | | |
| | | RET SAVU | | | | 20598- | | | | | |

COMP 80500001415 | DATE 04-15-98 | PP 07 | PAGE 331

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO / CK/DEP NO / ST.EX. / STAT / SALY/RATE | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BARBER, PAUL | 1542525 | ASOC STK | | | 1542525 | 1542525 | FICA TAX | 118004 | 163503 | FED. TAX | 431907 |
| 545545150 | | | | | | | | | | | |
| ADJ | 549911 | | | | | | | | | | |
| | 992614 | | | | | | | | | | |
| 858.34 | | | | | | | | | | | |
| | 2085781 | | | | | | | | | | |
| BARBER, PAUL | 81203 | REGULAR | | | 65854 | 600858 | FICA TAX | 6867 | 170370 | FED. TAX | 10524 |
| 545545150 | | OVERTIME | 575 | 2125 | 8542 | 31907 | | | | | |
| 924355637 | 17391 | MISC CMP | | | | 2500 | | | | | |
| | 63812 | ASOC STK | | | | 1542525 | | | | | |
| 858.34 | | GEN BNK | | | | 81425 | | | | | |
| | 2166984 | SEL BEN | | | 4590- | 32130- | | | | | |
| | | 401K | | | 5150- | 36050- | | | | | |
| | | 401K UN | | | 3433- | 24031- | | | | | |

1415 | DATE 04-30-98 | PP 08 | PAGE 376

PAYROLL REGISTER

NATIONSBANK, N.A. FT
ATLANTA, GA 30302

| NAME / EMPLOYEE NO. / CK/DEP NO. / STAT / EX | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT. | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT. | Y-T-D AMT. | NAME | CURRENT AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AUL | 65907 | OVERTIME | | 2125 | 1257 | 33164 | FICA TAX | 5042 | 175412 | FED. TAX | 823 |
| | | GEN BNK | | | 64650 | 146075 | | | | | |
| SEP | 13272 | | | | | | | | | | |
| | 52635 | | | | | | | | | | |
| | 2232891 | | | | | | | | | | |
| AUL | 38174 | REGULAR | | | 47537 | 648325 | FICA TAX | 3286 | 178698 | FED. TAX | 407 |
| | | OVERTIME | | 2125 | | 33164 | | | | | |
| | 7359 | MISC CMP | | | | 2500 | | | | | |
| | 30835 | ASOC STK | | | | 1542525 | | | | | |
| | | GEN BNK | | | | 146075 | | | | | |
| | 2271065 | SEL BEN | | | 4590- | 36720- | | | | | |
| | | 401K | | | 2852- | 38902- | | | | | |
| | | 401K UN | | | 1901- | 25932- | | | | | |

| COMP | DATE | PP | PAGE |
|---|---|---|---|
| 20500004929 | 01-15-98 | 01 | 1499 |

PAYROLL REGISTER

NATIONSBANK OF TEXAS, N.A.
DALLAS, TEXAS 75202

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX. / EX / SALY/RATE | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FRANCOIS, VIRGINIA M | 102931 | REGULAR | | | 109250 | 109250 | FICA TAX | 8376 | 8376 | FED. TAX | 11408 | 11408 |
| 436847060 | | SEL CASH | | | 236 | 236 | | | | | | |
| 605A124A4A | 19784 | RET SAV | | | 6565- | 6565- | | | | | | |
| | 83147 | | | | | | | | | | | |
| 1092.50 | 102931 | | | | | | | | | | | |

| COMP | DATE | PP | PAGE |
|---|---|---|---|
| 20500004929 | 01-30-98 | 02 | 1537 |

PAYROLL REGISTER

NATIONSBANK OF TEXAS, N.A.
DALLAS, TEXAS 75202

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX. / EX / SALY/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FRANCOIS, VIRGINIA M | 125148 | REGULAR | | | 109250 | 218500 | FICA TAX | 10025 | 19216 | FED. TAX | 14741 | 2[illegible]49 |
| 436847060 | | OVERTIME | 1975 | 1975 | 22217 | 22217 | | | | | | |
| 605A124A4A | 24816 | SEL CASH | | | 236 | 472 | | | | | | |
| | 100332 | RET SAV | | | 6555- | 13110- | | | | | | |
| 1092.50 | | CAMPAIGN | | | | 10000 | | | | | | |
| | 238079 | | | | | | | | | | | |

| COMP | DATE | PP | PAGE |
|---|---|---|---|
| 20500004929 | 02-13-98 | 03 | 1538 |

PAYROLL REGISTER

NATIONSBANK OF TEXAS, N.A.
DALLAS, TEXAS 75202

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX. / EX / SALY/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FRA[illegible]OIS, VIRGINIA M | 126093 | REGULAR | | | 109250 | 327750 | FICA TAX | 10148 | 29364 | FED. TAX | 14883 | 41032 |
| [illegible] | | OVERTIME | 1225 | 2400 | 23162 | 45379 | | | | | | |
| 605A124A4A | 25031 | SEL CASH | | | 236 | 708 | | | | | | |
| | 101062 | RET SAV | | | 6555- | 19665- | | | | | | |
| 1092.50 | | CAMPAIGN | | | | 10000 | | | | | | |
| | 364172 | | | | | | | | | | | |

| COMP | DATE | PP | PAGE |
|---|---|---|---|
| 20500004929 | 02-27-98 | 04 | 1565 |

PAYROLL REGISTER

NATIONSBANK OF TEXAS, N.A.
DALLAS, TEXAS 75202

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX. / EX / SALY/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FRANCOIS, VIRGINIA M | 241397 | REGULAR | | | 109250 | 437000 | FICA TAX | 18968 | 48332 | FED. TAX | 38237 | 79[illegible] |
| 436847060 | | OVERTIME | 2275 | 4675 | 43016 | 88595 | | | | | | |
| 605A124A4A | 57205 | GEN BNK | | | 95450 | 95450 | | | | | | |
| | 184192 | SEL CASH | | | 236 | 944 | | | | | | |
| 1092.50 | | RET SAV | | | 6555- | 26220- | | | | | | |
| | 605569 | CAMPAIGN | | | | 10000 | | | | | | |

| COMP | DATE | PP | PAGE |
|---|---|---|---|
| 20500004929 | 03-13-98 | 05 | 1524 |

PAYROLL REGISTER

NATIONSBANK OF TEXAS, N.A.
DALLAS, TEXAS 75202

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX. / EX / SALY/RATE | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT. | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FRANCOIS, VIRGINIA M | 107458 | REGULAR | | | 109250 | 546250 | FICA TAX | 8737 | 57069 | FED. TAX | 12117 | 913[illegible] |
| 436847060 | | OVERTIME | 250 | 4925 | 4727 | 93122 | | | | | | |
| 605A124A4A | 20854 | GEN BNK | | | | 95450 | | | | | | |
| | 86604 | SEL CASH | | | 236 | 1180 | | | | | | |
| 1092.50 | | RET SAV | | | 6555- | 32775- | | | | | | |
| | 713227 | CAMPAIGN | | | | 10000 | | | | | | |

COMP 20500004929 DATE 03-31-98 PP 04 PAGE 1037

PAYROLL REGISTER

NATIONSBANK OF TEXAS, N.A.
DALLAS, TEXAS 75202

| NAME / EMPLOYEE NO / CK/DEP. NO. / STAT / ST. EX / SAL'Y/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FRANCOIS, VIRGINIA M | | REGULAR | | | | 655900 | FICA TAX | | 70717 | FED. TAX | | 113732 |
| 436847060 | | OVERTIME | | 6475 | | 131787 | | | | | | |
| | | GEN BNK | | | | 125700 | | | | | | |
| | | SEL CASH | | | | 1416 | | | | | | |
| 1092.50 | | RET SAV | | | | 39330- | | | | | | |
| | 885073 | CAMPAIGN | | | | 10000 | | | | | | |

COMP 20500004929 DATE 04-15-98 PP 07 PAGE 1589

PAYROLL REGISTER

NATIONSBANK OF TEXAS, N.A.
DALLAS, TEXAS 75202

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST. EX. / SAL'Y/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT. | NAME | CURRENT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FRANCOIS, VIRGINIA M | 117985 | REGULAR | | | 109250 | 764750 | FICA TAX | 9497 | 80214 | FED. TAX | |
| 436847060 | | OVERTIME | 775 | 7450 | 14654 | 146441 | | | | | |
| 6058124848 | 23104 | GEN BNK | | | | 125700 | | | | | |
| | 94481 | SEL CASH | | | 236 | 1662 | | | | | |
| 1092.50 | | 401K | | | 6555- | 45885- | | | | | |
| | 1002658 | CAMPAIGN | | | | 10000 | | | | | |

COMP 20500004929 DATE 04-30-98 PP 08 PAGE 1640

PAYROLL REGISTER

NATIONSBANK OF TEXAS, N.A.
DALLAS, TEXAS 75202

| NAME / EMPLOYEE NO / CK/DEP. NO / STAT / ST. EX. / SAL'Y/RATE | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CUR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FRANCOIS, VIRGINIA M | 217240 | REGULAR | | | 109250 | 874000 | FICA TAX | 17120 | 97334 | FED. TAX | |
| 436847060 | | OVERTIME | 925 | 8375 | 22269 | 168700 | | | | | |
| 6058124848 | 48993 | GEN BNK | | | 92050 | 217750 | | | | | |
| | 168647 | SEL CASH | | | 236 | 1888 | | | | | |
| 1092.50 | | 401K | | | 6565- | 52440- | | | | | |
| | 1219898 | CAMPAIGN | | | | 10000 | | | | | |

COMP 20500004929 DATE 05-15-98 PP 09 PAGE 1596

PAYROLL REGISTER

NATIONSBANK OF TEXAS, N.A.
DALLAS, TEXAS 75202

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST. EX / SAL'Y/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FRANCOIS, VIRGINIA M | 112858 | REGULAR | | | 109250 | 983250 | FICA TAX | 9135 | 106469 | FED. TAX | 1289 |
| 436847060 | | OVERTIME | 525 | 8900 | 9927 | 178627 | | | | | |
| 6058124848 | 22032 | GEN BNK | | | | 217750 | | | | | |
| | 90826 | SEL CASH | | | 236 | 2124 | | | | | |
| 1092.50 | | 401K | | | 6555- | 58995- | | | | | |
| | 1332756 | CAMPAIGN | | | | 10000 | | | | | |

COMP 20500004929 DATE 05-29-98 PP 10 PAGE 1105

PAYROLL REGISTER

NATIONSBANK, N.A.-TEXAS
DALLAS, TEXAS 75202

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST. EX. / SAL'Y/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CUR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FRANCOIS, VIRGINIA M | | REGULAR | | | | 1092500 | FICA TAX | | 120067 | FED. TAX | |
| 436847060 | | OVERTIME | | 9100 | | 185170 | | | | | |
| | | GEN BNK | | | | 279475 | | | | | |
| | | SEL CASH | | | | 2360 | | | | | |
| 1092.50 | | 401K | | | | 65550- | | | | | |
| | 1503955 | CAMPAIGN | | | | 10000 | | | | | |

COMP 20500004929 | DATE 06-15-98 | PP 11 | PAGE 1601

PAYROLL REGISTER

NATIONSBANK, N.A.-TEXAS
DALLAS, TEXAS 75202

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX. / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FRANCOIS, VIRGINIA M | 118057 | REGULAR | | | 109250 | 1201750 | FICA TAX | 9533 | 129200 | FED. TAX | 13527 |
| 436847060 | | OVERTIME | 800 | 9900 | 15126 | 200296 | | | | | |
| 6058124848 | 23210 | GEN BNK | | | | 279475 | | | | | |
| | 94847 | SEL CASH | | | 236 | 2596 | | | | | |
| 1092.50 | | 401K | | | 6565- | 72105- | | | | | |
| | 1622012 | CAMPAIGN | | | | 10000 | | | | | |

COMP 20500004929 | DATE 06-30-98 | PP 12 | PAGE 1124

PAYROLL REGISTER

NATIONSBANK, N.A.-TEXAS
DALLAS, TEXAS 75202

| NAME / EMPLOYEE NO. / CK/DEP. NO. / STAT / ST.EX. / SAL/RATE | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT. | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT. | Y-T-D AMT | NAME |
|---|---|---|---|---|---|---|---|---|---|---|
| FRANCOIS, VIRGINIA M | | REGULAR | | | | 1311000 | FICA TAX | | 148921 | FED. TA |
| 436847060 | | OVERTIME | | 9900 | | 203025 | | | | |
| | | GEN BNK | | | | 419825 | | | | |
| | | SEL CASH | | | | 2832 | | | | |
| 1092.50 | | 401K | | | | 78660- | | | | |
| | 1868022 | CAMPAIGN | | | | 10000 | | | | |

COMP 20500004920 | DATE 07-15-98 | PP 13 | PAGE 1627

PAYROLL REGISTER

NATIONSBANK, N.A.-TEXAS
DALLAS, TEXAS 75202

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX. / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT. | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FRANCOIS, VIRGINIA M | 103819 | REGULAR | | | 109250 | 1420250 | FICA TAX | 8448 | 157369 | FED. TAX | 115 |
| 436847060 | | OVERTIME | 50 | 9950 | 945 | 203970 | | | | | |
| 6058124848 | 19990 | GEN BNK | | | | 419825 | | | | | |
| | 83829 | SEL CASH | | | 236 | 3068 | | | | | |
| 1092.50 | | 401K | | | 6612- | 85272- | | | | | |
| | 1971861 | CAMPAIGN | | | | 10000 | | | | | |

COMP 20500004920 | DATE 07-31-98 | PP 14 | PAGE 1133

PAYROLL REGISTER

NATIONSBANK, N.A.-TEXAS
DALLAS, TEXAS 75202

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX. / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT. | Y-T-D AMT. | NAME | CURRENT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RANCOIS, VIRGINIA M | | REGULAR | | | | 1529500 | FICA TAX | | 177219 | FED. TAX | |
| 36847060 | | OVERTIME | | 9975 | | 207817 | | | | | |
| | | GEN BNK | | | | 572900 | | | | | |
| | | SEL CASH | | | | 3304 | | | | | |
| 1092.50 | | 401K | | | | 92057- | | | | | |
| | 2231064 | CAMPAIGN | | | | 10000 | | | | | |

COMP 20500004920 | DATE 08-31-98 | PP 16 | PAGE 1142

PAYROLL REGISTER

NATIONSBANK, N.A.-TEXAS
DALLAS, TEXAS 75202

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX. / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT. | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FRANCOIS, VIRGINIA M | | REGULAR | | | | 1748000 | FICA TAX | | 198525 | FED. TAX | |
| 436847060 | | OVERTIME | | 9975 | | 207817 | | | | | |
| | | GEN BNK | | | | 625900 | | | | | |
| | | SEL CASH | | | | 3276 | | | | | |
| 1092.50 | | 401K | | | | 105167- | | | | | |
| | 2489926 | CAMPAIGN | | | | 10000 | | | | | |

COMP 20500004920 DATE 09-15-98 PP 17 PAGE 1633

PAYROLL REGISTER

NATIONSBANK, N.A.-TEXAS
DALLAS, TEXAS 75202

| NAME / EMPLOYEE NO. / CK/DEP. NO. / STAT / ST. EX. / SALY/RATE | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT. | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT. | Y-T-D AMT. | NAME | CURRENT AMT. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [FR]ANCOIS, VIRGINIA M | 109903 | REGULAR | | | 116667 | 1864667 | FICA TAX | 8943 | 207468 | FED. TAX | 124 |
| [4]36847060 | | OVERTIME | | 9975 | | 207817 | | | | | |
| [6]058124848 | 21397 | GEN BNK | | | | 625500 | | | | | |
| | 88506 | SEL CASH | | | 236 | 4012 | | | | | |
| 1166.67 | | 401K | | | 7000- | 112167- | | | | | |
| | 2599829 | CAMPAIGN | | | | 10000 | | | | | |

COMP 20500004920 DATE 09-30-98 PP 18 PAGE 1724

PAYROLL REGISTER

NATIONSBANK, N.A.-TEXAS
DALLAS, TEXAS 75202

| NAME / EMPLOYEE NO. / CK/DEP. NO. / STAT / ST. EX. / SALY/RATE | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT. | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT. | Y-T-D AMT. | NAME |
|---|---|---|---|---|---|---|---|---|---|---|
| FRANCOIS, VIRGINIA M | 10850 | GEN BNK | | | 10850 | 636350 | FICA TAX | 829 | 208297 | |
| 436847060 | | | | | | | | | | |
| 6058124848 SEP | 829 | | | | | | | | | |
| | 10021 | | | | | | | | | |
| 1166.67 | | | | | | | | | | |
| | 2610679 | | | | | | | | | |
| FRANCOIS, VIRGINIA M | 119903 | REGULAR | | | 116667 | 1981334 | FICA TAX | 9708 | 218005 | FED. |
| 436847060 | | OVERTIME | | 9975 | | 207817 | C BAL LN | 15068 | 15068 | |
| 6058124848 | 38730 | GEN BNK | | | 10000 | 646350 | | | | |
| | 81173 | SEL CASH | | | 236 | 4248 | | | | |
| 1166.67 | | 401K | | | 7000- | 119167- | | | | |
| | 2730582 | CAMPAIGN | | | | 10000 | | | | |

[205000]04920 DATE 10-15-98 PP 19 PAGE 1623

PAYROLL REGISTER

NATIONSBANK, N.A.-TEXAS
DALLAS, TEXAS 75202

| NAME / EMPLOYEE NO. / CK/DEP. NO. / STAT / ST. EX. | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT. | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT. | Y-T-D AMT. | NAME | CURRENT AMT. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [VI]RGINIA M | 109903 | REGULAR | | | 116667 | 2098001 | FICA TAX | 8943 | 226948 | FED. TAX | 12454 | 3392 |
| | | OVERTIME | | 9975 | | 207817 | C BAL LN | 15068 | 30136 | | | |
| | 36465 | GEN BNK | | | | 646350 | | | | | | |
| | 73438 | SEL CASH | | | 236 | 4484 | | | | | | |
| | | 401K | | | 7000- | 126167- | | | | | | |
| | 2840485 | CAMPAIGN | | | | 10000 | | | | | | |

[20500]004920 DATE 10-30-98 PP 20 PAGE 1718

PAYROLL REGISTER

NATIONSBANK, N.A.-TEXAS
DALLAS, TEXAS 75202

| NAME / EMPLOYEE NO. / CK/DEP. NO. / STAT / ST. EX. | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT. | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT. | Y-T-D AMT. | NAME | CURRENT AMT. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VIRGINIA M | 46425 | GEN BNK | | | 46425 | 692775 | FICA TAX | 3553 | 230501 | FED. TAX | 2933 | 34 |
| SEP | 6486 | | | | | | | | | | | |
| | 39939 | | | | | | | | | | | |
| | 2886910 | | | | | | | | | | | |
| VIRGINIA M | 127403 | REGULAR | | | 116667 | 2214668 | FICA TAX | 10281 | 240782 | FED. TAX | 15079 | 3[illegible] |
| | | OVERTIME | | 9975 | | 207817 | C BAL LN | 15068 | 45204 | | | |
| | 40428 | GEN BNK | | | 17500 | 710275 | | | | | | |
| | 86975 | SEL CASH | | | 236 | 4720 | | | | | | |
| | | 401K | | | 7000- | 133167- | | | | | | |
| | 3014313 | CAMPAIGN | | | | 10000 | | | | | | |

COMP 20500004920 | DATE 11-15-98 | PP 21 | PAGE 1629

PAYROLL REGISTER

NATIONSBANK, N.A.-TEXAS
DALLAS, TEXAS 75202

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST. EX. / SALY/RATE | GROSS / ADJ. NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ÇOIS, VIRGINIA M | 109903 | REGULAR | | | 116667 | 2331335 | FICA TAX | 8944 | 249726 | FED. TAX | 12454 |
| 7060 | | OVERTIME | | 9975 | | 207817 | C BAL LN | 15068 | 60272 | | |
| 124848 | 36466 | GEN BNK | | | | 710275 | | | | | |
| | 73437 | SEL CASH | | | 236 | 4356 | | | | | |
| 166.67 | | 401K | | | 7000- | 140167- | | | | | |
| | 3124216 | CAMPAIGN | | | | 10000 | | | | | |

COMP 20500004920 | DATE 11-30-98 | PP 22 | PAGE 1838

PAYROLL REGISTER

NATIONSBANK, N.A.-TEXAS
DALLAS, TEXAS 75202

| NAME / EMPLOYEE NO. / CK/DEP. NO. / STAT / ST. EX. / SALY/RATE | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT. | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT. | Y-T-D AMT. | NAME | CU |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RANCOIS, VIRGINIA M | 30425 | GEN BNK | | | 30425 | 740700 | FICA TAX | 2327 | 252053 | FED. TAX | |
| 368470060 | | | | | | | | | | | |
| 0058124848 SEP | 2860 | | | | | | | | | | |
| | 27565 | | | | | | | | | | |
| 1166.67 | | | | | | | | | | | |
| | 3154641 | | | | | | | | | | |
| RANCOIS, VIRGINIA M | 50000 | GEN BNK | | | 50000 | 790700 | FICA TAX | 3825 | 255878 | FED. TAX | |
| 368470060 | | | | | | | | | | | |
| 0058124848 SEP | 7294 | | | | | | | | | | |
| | 42706 | | | | | | | | | | |
| 1166.67 | | | | | | | | | | | |
| | 3204641 | | | | | | | | | | |
| RANCOIS, VIRGINIA M | 127403 | REGULAR | | | 116667 | 2448002 | FICA TAX | 10282 | 260160 | FED. TAX | |
| 368470060 | | OVERTIME | | 9975 | | 207817 | C BAL LN | 15068 | 75340 | | |
| 0058124848 | 40429 | GEN BNK | | | 17500 | 808200 | | | | | |
| | 86974 | SEL CASH | | | 236 | 5192 | | | | | |
| 1166.67 | | 401K | | | 7000- | 147167- | | | | | |
| | 3332044 | CAMPAIGN | | | | 10000 | | | | | |

0 | DATE 12-15-98 | PP 23 | PAGE 1656

PAYROLL REGISTER

NATIONSBANK, N.A.-TEXAS
DALLAS, TEXAS 75202

| NO / STAT / EX | GROSS / ADJ NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT. | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT. | NAME | CURRENT AMT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NIA M | 109903 | REGULAR | | | 116667 | 2564669 | FICA TAX | 8943 | 275403 | FED. TAX | 12454 | 4012 |
| | | OVERTIME | | 9975 | | 207817 | C BAL LN | 15068 | 90408 | | | |
| | 36465 | GEN BNK | | | | 808200 | | | | | | |
| | 73438 | SEL CASH | | | 236 | 5428 | | | | | | |
| | | 401K | | | 7000- | 154167- | | | | | | |
| | 3441947 | CAMPAIGN | | | | 10000 | | | | | | |

COMP 20500004920 | DATE 12-31-98 | PP 24 | PAGE 1180

PAYROLL REGISTER

NATIONSBANK, N.A.-TEXAS
DALLAS, TEXAS 75202

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST. EX. / SALY/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COIS, VIRGINIA M | | REGULAR | | | | 2681336 | FICA TAX | | 287944 | FED. TAX | |
| 147060 | | OVERTIME | | 9975 | | 207817 | C BAL LN | | 105476 | | |
| | | MISC PAY | | | | 12928 | | | | | |
| | | GEN BNK | | | | 846325 | | | | | |
| 1166.67 | | SEL CASH | | | | 5464 | | | | | |
| | 3602803 | 401K | | | | 161167- | | | | | |
| | | CAMPAIGN | | | | 10000 | | | | | |

ESC - 456

COMP 20500000571 | DATE 01-15-98 | PP 01 | PAGE 296

PAYROLL REGISTER

NATIONSBANK OF TEXAS, N.A.
DALLAS, TEXAS 75202

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST. EX. / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MOTLEY, JEFF F | 99740 | REGULAR | | | 108334 | 108334 | FICA TAX | 8127 | 8127 | FED. TAX | 7565 | 7565 |
| 658535587 | | SHIFT | | | 10833 | 10833 | DEP LIFE | 106 | 106 | | | |
| 2662701969 | 15788 | SEL BEN | | | 12927- | 12927- | | | | | | |
| 2 | 83952 | RET SAV | | | 6500- | 6500- | | | | | | |
| 1083.34 | 99740 | | | | | | | | | | | |

COMP 20500000571 | DATE 01-30-98 | PP 02 | PAGE 301

PAYROLL REGISTER

NATIONSBANK OF TEXAS, N.A.
DALLAS, TEXAS 75202

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST. EX. / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MOTLEY, JEFF F | 99740 | REGULAR | | | 108334 | 216668 | FICA TAX | 8128 | 16255 | FED. TAX | 7555 | 15110 |
| 658535587 | | SHIFT | | | 10833 | 21666 | DEP LIFE | 106 | 212 | | | |
| 2662701969 | 15789 | SEL BEN | | | 12927- | 25854- | | | | | | |
| 2 | 83951 | RET SAV | | | 6500- | 13000- | | | | | | |
| 1083.34 | 199480 | | | | | | | | | | | |

COMP 20500000571 | DATE 02-13-98 | PP 03 | PAGE 303

PAYROLL REGISTER

NATIONSBANK OF TEXAS, N.A.
DALLAS, TEXAS 75202

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST. EX. / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MOTLEY, JEFF F | 99740 | REGULAR | | | 108334 | 325002 | FICA TAX | 8127 | 24382 | FED. TAX | 7555 | 2266 |
| K58535587 | | SHIFT | | | 10833 | 32499 | DEP LIFE | 106 | 318 | | | |
| 2662701969 | 15788 | SEL BEN | | | 12927- | 38781- | | | | | | |
| 2 | 83952 | RET SAV | | | 6500- | 19500- | | | | | | |
| 1083.34 | 299220 | | | | | | | | | | | |

COMP 20500000571 | DATE 02-27-98 | PP 04 | PAGE 318

PAYROLL REGISTER

NATIONSBANK OF TEXAS, N.A.
DALLAS, TEXAS 75202

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST. EX. / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TLEY, JEFF F | 105412 | REGULAR | | | 108334 | 433336 | FICA TAX | 8561 | 32943 | FED. TAX | 8406 | 31071 |
| 3535587 | | OVERTIME | 275 | 275 | 5156 | 5156 | DEP LIFE | 106 | 424 | | | |
| 2701969 | 17073 | SHIFT | | | 11349 | 43848 | | | | | | |
| 2 | 88339 | SEL BEN | | | 12927- | 51708- | | | | | | |
| 1083.34 | 404632 | RET SAV | | | 6500- | 26000- | | | | | | |

COMP 20500000571 | DATE 03-13-98 | PP 05 | PAGE 302

PAYROLL REGISTER

NATIONSBANK OF TEXAS, N.A.
DALLAS, TEXAS 75202

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST. EX. / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MOTLEY, JEFF F | 99740 | REGULAR | | | 108334 | 541670 | FICA TAX | 8128 | 41071 | FED. TAX | 7555 | |
| 658535587 | | OVERTIME | | 275 | | 5156 | DEP LIFE | 106 | 530 | | | |
| 2662701969 | 15789 | SHIFT | | | 10833 | 54681 | | | | | | |
| 2 | 83951 | SEL BEN | | | 12927- | 64635- | | | | | | |
| 1083.34 | 504372 | RET SAV | | | 6500- | 32500- | | | | | | |

COMP 20500000571 | DATE 03-31-98 | PP 06 | PAGE 203

PAYROLL REGISTER

NATIONSBANK OF TEXAS, N.A.
DALLAS, TEXAS 75202

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST. EX. / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MOTLEY, JEFF F | | REGULAR | | | | 650004 | FICA TAX | | 49398 | FED. TAX | | |
| 658535587 | | OVERTIME | | 275 | | 5156 | DEP LIFE | | 636 | | | |
| | | SHIFT | | | | 65514 | | | | | | |
| 2 | | SEL BEN | | | | 77562- | | | | | | |
| 1083.34 | 604312 | RET SAV | | | | 39000- | | | | | | |

COMP 20500000571 DATE 04-15-98 PP 07 PAGE 327

PAYROLL REGISTER

NATIONSBANK OF TEXAS, N.A.
DALLAS, TEXAS 75202

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX. / EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT. | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MOTLEY, JEFF F | 106240 | REGULAR | | | 108334 | 758538 | FICA TAX | 8128 | 57326 | FED. TAX | 8530 | 54711 |
| 458535487 | | OVERTIME | | 275 | | 5166 | DEP LIFE | 106 | 742 | | | |
| 2662701969 | 16764 | SHIFT | | | 10833 | 76947 | | | | | | |
| 2 | 89476 | SEL BEN | | | 12927- | 90489- | | | | | | |
| 1083.34 | | 401K | | | | 39000- | | | | | | |
| | 710362 | | | | | | | | | | | |

COMP 20500000571 DATE 04-30-98 PP 08 PAGE 335

PAYROLL REGISTER

NATIONSBANK OF TEXAS, N.A.
DALLAS, TEXAS 75202

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX. / EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT. | Y-T-D AMT. | NAME | CURRENT AMT. | Y-T-D AMT. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MOTLEY, JEFF F | 108303 | REGULAR | | | 108334 | 866672 | FICA TAX | 8285 | 65611 | FED. TAX | 8839 | 63550 |
| 458535487 | 8668 | OVERTIME | 100 | 375 | 1875 | 7031 | DEP LIFE | 106 | 848 | | | |
| 2662701969 | 17230 | SHIFT | | | 11021 | 87368 | | | | | | |
| 2 | 99741 | C C PLUS | | | 8668 | 8668 | | | | | | |
| 1083.34 | | SEL BEN | | | 12927- | 103416- | | | | | | |
| | 818665 | 401K | | | | 39000- | | | | | | |

COMP 20500000571 DATE 05-15-98 PP 09 PAGE 324

PAYROLL REGISTER

NATIONSBANK OF TEXAS, N.A.
DALLAS, TEXAS 75202

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX. / EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MOTLEY, JEFF F | 124287 | REGULAR | | | 108334 | 975006 | FICA TAX | 9507 | 75118 | FED. TAX | 11237 | 74 |
| 458535487 | 4334 | OVERTIME | 875 | 1250 | 16406 | 23437 | DEP LIFE | 106 | 954 | | | |
| 2662701969 | 20850 | SHIFT | | | 12474 | 99842 | | | | | | |
| 2 | 107771 | C C PLUS | | | 4334 | 13002 | | | | | | |
| 1083.34 | | SEL BEN | | | 12927- | 116343- | | | | | | |
| | 942942 | 401K | | | | 39000- | | | | | | |

COMP 20500000571 DATE 05-29-98 PP 10 PAGE 222

PAYROLL REGISTER

NATIONSBANK, N.A.-TEXAS
DALLAS, TEXAS 75202

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX. / EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT. | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TLEY, JEFF F | | REGULAR | | | | 1083340 | FICA TAX | | 84393 | FED. TAX | | 83317 |
| 58535487 | | OVERTIME | | 1250 | | 23437 | DEP LIFE | | 1060 | | | |
| | | SHIFT | | | | 110675 | | | | | | |
| 4 | | C C PLUS | | | | 15802 | | | | | | |
| 1083.34 | | GEN BNK | | | | 15000 | | | | | | |
| | 1064182 | SEL BEN | | | | 129270- | | | | | | |

COMP 20500000571 DATE 06-15-98 PP 11 PAGE 315

PAYROLL REGISTER

NATIONSBANK, N.A.-TEXAS
DALLAS, TEXAS 75202

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST.EX. / EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MOTLEY, JEFF F | 98657 | REGULAR | | | 108334 | 1191674 | FICA TAX | 8128 | 92521 | FED. TAX | 7392 | 90709 |
| 458535487 | 2800 | OVERTIME | | 1250 | | 23437 | DEP LIFE | 106 | 1166 | | | |
| 2662701969 | 15626 | SHIFT | | | 10833 | 121508 | | | | | | |
| 2 | 85831 | C C PLUS | | | 2800 | 18602 | | | | | | |
| 1083.34 | | GEN BNK | | | | 15000 | | | | | | |
| | 1162839 | SEL BEN | | | 12927- | 142197- | | | | | | |
| | | 401K | | | 6500- | 45500- | | | | | | |
| | | 401K UN | | | 1083- | 1083- | | | | | | |

COMP 20500000571 DATE 06-30-98 PP 12 PAGE 220

PAYROLL REGISTER

NATIONSBANK, N.A.-TEXAS
DALLAS, TEXAS 75202

| NAME / EMPLOYEE NO. / CK/DEP. NO. / STAT / ST EX / SAL/RATE | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT. | Y-T-D AMT. |
|---|---|---|---|---|---|---|
| MOTLEY, JEFF F | | REGULAR | | | | 1300008 |
| 458535487 | | OVERTIME | | 1250 | | 23437 |
| | | SHIFT | | | | 132341 |
| 2 | | ASOC STK | | | | 426350 |
| 1083.34 | | C C PLUS | | | | 18602 |
| | 1687846 | GEN BNK | | | | 15000 |
| | | SEL BEN | | | | 155124 |
| | | 401K | | | | 52000 |
| | | 401K UN | | | | 2766 |

| DEDUCTIONS NAME | CURRENT AMT. | Y-T-D AMT. | NAME | CURRENT AMT. | Y-T-D AMT. |
|---|---|---|---|---|---|
| FICA TAX | | 133264 | FED. TAX | | 21747 |
| DEP LIFE | | 1272 | | | |

COMP 20500000571 DATE 07-15-98 PP 13 PAGE 322

PAYROLL REGISTER

NATIONSBANK, N.A.-TEXAS
DALLAS, TEXAS 75202

| NAME / EMPLOYEE NO. / CK/DEP. NO. / STAT / ST EX / SAL/RATE | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT. | Y-T-D AMT. |
|---|---|---|---|---|---|---|
| MOTLEY, JEFF F | 97898 | REGULAR | | | 108334 | 1408342 |
| 458535487 | | OVERTIME | | 1250 | | 23437 |
| 2662701969 | 15512 | SHIFT | | | 10833 | 143174 |
| 2 | 82386 | ASOC STK | | | | 426350 |
| 1083.34 | | C C PLUS | | | | 18602 |
| | 1785744 | GEN BNK | | | | 15000 |
| | | SEL BEN | | | 12927 | 168051 |
| | | 401K | | | 7150 | 59150 |
| | | 401K UN | | | 1192 | 3358 |

| DEDUCTIONS NAME | CURRENT AMT. | Y-T-D AMT. | NAME | CURRENT AMT. | Y-T-D AMT. |
|---|---|---|---|---|---|
| FICA TAX | 8128 | 141392 | FED. TAX | 7278 | 224757 |
| DEP LIFE | 106 | 1378 | | | |

COMP 20500000571 DATE 07-31-98 PP 14 PAGE 223

PAYROLL REGISTER

NATIONSBANK, N.A.-TEXAS
DALLAS, TEXAS 75202

| NAME / EMPLOYEE NO. / CK/DEP. NO. / STAT / ST EX / SAL/RATE | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT. | Y-T-D AMT. |
|---|---|---|---|---|---|---|
| MOTLEY, JEFF F | | REGULAR | | | | 1478342 |
| 458535487 | | OVERTIME | | 1250 | | 23437 |
| | | SHIFT | | | | 150174 |
| 2 | | ASOC STK | | | | 426350 |
| 1083.34 | | C C PLUS | | | | 18602 |
| | 1859427 | GEN BNK | | | | 30000 |
| | | SEL BEN | | | | 180978 |
| | | 401K | | | | 63770 |
| | | 401K UN | | | | 4128 |

| DEDUCTIONS NAME | CURRENT AMT. | Y-T-D AMT. | NAME | CURRENT AMT. | Y-T-D AMT. |
|---|---|---|---|---|---|
| FICA TAX | | 147440 | FED. TAX | | 226153 |
| DEP LIFE | | 1484 | | | |

COMP 20500000571 DATE 08-14-98 PP 15 PAGE 323

PAYROLL REGISTER

NATIONSBANK, N.A.-TEXAS
DALLAS, TEXAS 75202

| NAME / EMPLOYEE NO. / CK/DEP. NO. / STAT / ST EX / SAL/RATE | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT. | Y-T-D AMT. |
|---|---|---|---|---|---|---|
| MOTLEY, JEFF F | 10000 | REGULAR | | | 10000 | 1488342 |
| 458535487 | | | | | | |
| 2662701969 SEP | 765 | | | | | |
| 2 | 9235 | | | | | |
| 1083.34 | | | | | | |
| | 1862427 | | | | | |
| MOTLEY, JEFF F | 106640 | REGULAR | | | 108334 | 1596676 |
| 458535487 | | OVERTIME | | 1250 | | 23437 |
| 2662701969 | 16764 | SHIFT | | | 10833 | 161007 |
| 2 | 89476 | ASOC STK | | | | 426350 |
| 1083.34 | | C C PLUS | | | | 18602 |
| | 1975607 | GEN BNK | | | | 30000 |
| | | SEL BEN | | | 12927 | 193905 |
| | | 401K | | | | 63770 |
| | | 401K UN | | | | 4128 |

| DEDUCTIONS NAME | CURRENT AMT. | Y-T-D AMT. | NAME | CURRENT AMT. | Y-T-D AMT. |
|---|---|---|---|---|---|
| FICA TAX | 765 | 148205 | | | |
| FICA TAX | 8128 | 156333 | FED. TAX | 8530 | 234683 |
| DEP LIFE | 106 | 1590 | | | |

COMP 20500000571 DATE 08-31-98 PP 16 PAGE 224

PAYROLL REGISTER

NATIONSBANK, N.A.-TEXAS
DALLAS, TEXAS 75202

| NAME / EMPLOYEE NO / CHIDEP NO / STAT / ST. EX. / SAL/RATE | GROSS / ADJ. NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] JEFF F | | REGULAR | | 1250 | | 1705010 | FICA TAX | | 164660 | FED. TAX | | 243415 |
| 455535457 | | OVERTIME | | | | 23437 | DEP LIFE | | 1696 | | | |
| | | SHIFT | | | | 171840 | | | | | | |
| | | ASOC STK | | | | 426350 | | | | | | |
| 1083.34 | | C C PLUS | | | | 18602 | | | | | | |
| | 2081707 | GEN BNK | | | | 30000 | | | | | | |
| | | SEL BEN | | | | 206832- | | | | | | |
| | | 401K | | | | 63770- | | | | | | |
| | | 401K UN | | | | 4128- | | | | | | |

COMP 20500000571 DATE 09-15-98 PP 17 PAGE 318

PAYROLL REGISTER

NATIONSBANK, N.A.-TEXAS
DALLAS, TEXAS 75202

| NAME / EMPLOYEE NO / CHIDEP NO / STAT / ST. EX. / SAL/RATE | GROSS / ADJ. NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible]LEY, JEFF F | 114490 | REGULAR | 400 | 1650 | 108334 | 1813544 | FICA TAX | 8758 | 173218 | FED. TAX | 9767 | 252980 |
| 3535487 | | OVERTIME | | | 7500 | 30937 | DEP LIFE | 106 | 1802 | | | |
| 52701969 | 18631 | SHIFT | | | 11583 | 183423 | | | | | | |
| | 95859 | ASOC STK | | | | 426350 | | | | | | |
| 1083.34 | | C C PLUS | | | | 18602 | | | | | | |
| | 2196397 | GEN BNK | | | | 30000 | | | | | | |
| | | SEL BEN | | | 12927- | 219759- | | | | | | |
| | | 401K | | | | 63770- | | | | | | |
| | | 401K UN | | | | 4128- | | | | | | |

COMP 20500000571 DATE 09-30-98 PP 18 PAGE 337

PAYROLL REGISTER

NATIONSBANK, N.A.-TEXAS
DALLAS, TEXAS 75202

| NAME / EMPLOYEE NO / CHIDEP NO / STAT / ST. EX. / SAL/RATE | GROSS / ADJ. NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible]EY, JEFF F | 106240 | REGULAR | | 1650 | 108334 | 1921878 | FICA TAX | 8128 | 181346 | FED. TAX | 8930 | 261910 |
| [illegible]35487 | 3900 | OVERTIME | | | | 30937 | DEP LIFE | 106 | 1908 | | | |
| [illegible]01969 | 16764 | SHIFT | | | 10833 | 194256 | | | | | | |
| | 92976 | ASOC STK | | | | 426350 | | | | | | |
| [illegible]83.34 | | C C PLUS | | | 3500 | 22102 | | | | | | |
| | 2302637 | GEN BNK | | | | 30000 | | | | | | |
| | | SEL BEN | | | 12927- | 232686- | | | | | | |
| | | 401K | | | | 63770- | | | | | | |
| | | 401K UN | | | | 4128- | | | | | | |

COMP 20500000571 DATE 10-15-98 PP 19 PAGE 313

PAYROLL REGISTER

NATIONSBANK, N.A.-TEXAS
DALLAS, TEXAS 75202

| NAME / EMPLOYEE NO / CHIDEP NO / STAT / ST. EX. / SAL/RATE | GROSS / ADJ. NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible]AMS, CARLA L | 95066 | REGULAR | | 5800 | 114584 | 2147928 | FICA TAX | 7762 | 159974 | FED. TAX | 8622 | 290810 |
| [illegible] | | OVERTIME | | | | 115021 | PRIM SAV | 5000 | 95000 | CHARITY | 600 | 11400 |
| [illegible] | 27822 | GP-LIFE | | | 947 | 10393 | 2ND CKNG | 5000 | 95000 | DEP LIFE | 848 | 16112 |
| | 67254 | ASSOCPLN | | | | 80000 | | | | | | |
| 1145.84 | | SEL BEN | | | 13799- | 262181- | | | | | | |
| | 1983325 | 401K | | | 5729- | 97393- | | | | | | |
| [illegible]LIAMS, WENDY | 82605 | REGULAR | | | 73000 | 667200 | FICA TAX | 6318 | 53077 | FED. TAX | 10735 | 88631 |
| [illegible] | | SHIFT | | | 7800 | 42600 | | | | | | |
| [illegible] | 17053 | SEL BEN | | | 3195- | 15975- | | | | | | |
| | 65552 | | | | | | | | | | | |
| [illegible] | | | | | | | | | | | | |
| | 693825 | | | | | | | | | | | |
| [illegible]LEY, JEFF F | 106240 | REGULAR | | 1650 | 108334 | 2030012 | FICA TAX | 8127 | 189473 | FED. TAX | 8530 | 270040 |
| [illegible]535487 | | OVERTIME | | | | 30937 | DEP LIFE | 106 | 2014 | | | |
| [illegible]2701969 | 16763 | SHIFT | | | 10833 | 205089 | | | | | | |
| | 89477 | ASOC STK | | | | 426350 | | | | | | |
| 1083.34 | | C C PLUS | | | | 22102 | | | | | | |
| | 2408877 | GEN BNK | | | | 30000 | | | | | | |
| | | SEL BEN | | | 12927- | 245613- | | | | | | |
| | | 401K | | | | 63770- | | | | | | |
| | | 401K UN | | | | 4128- | | | | | | |

COMP 20500000571 DATE 10-30-98 PP 20 PAGE 344

PAYROLL REGISTER

NATIONSBANK, N.A.-TEXAS
DALLAS, TEXAS 75202

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST EX / SAL/RATE | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT. | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MOTLEY, JEFF F | 106240 | REGULAR | | | 108334 | 2138346 | FICA TAX | 8128 | 197601 | FED. TAX | 8530 | 278570 |
| 458535487 | | OVERTIME | | 1650 | | 30937 | DEP LIFE | 106 | 2120 | | | |
| 2662701969 | 16764 | SHIFT | | | 10833 | 215922 | | | | | | |
| 2 | 89476 | ASOC STK | | | | 426350 | | | | | | |
| 1083.34 | | C C PLUS | | | | 22102 | | | | | | |
| | 2515107 | GEN BNK | | | | 30000 | | | | | | |
| | | SEL BEN | | | 12927- | 258940- | | | | | | |
| | | 401K | | | | 63770- | | | | | | |
| | | 401K UN | | | | 4128- | | | | | | |

COMP 20500000571 DATE 11-13-98 PP 21 PAGE 316

PAYROLL REGISTER

NATIONSBANK, N.A.-TEXAS
DALLAS, TEXAS 75202

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST EX / SAL/RATE | GROSS / ADJ. NET / TOTAL DED. / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT. | Y-T-D AMT. | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EY, JEFF F | 106240 | REGULAR | | | 108334 | 2246680 | FICA TAX | 8127 | 205728 | FED. TAX | 8560 | 287100 |
| 535487 | 9100 | OVERTIME | | 1650 | | 30937 | DEP LIFE | 106 | 2226 | | | |
| 2701969 | 16763 | SHIFT | | | 10833 | 226755 | | | | | | |
| 2 | 98577 | ASOC STK | | | | 426350 | | | | | | |
| 083.34 | | C C PLUS | | | 9100 | 31202 | | | | | | |
| | 2621367 | GEN BNK | | | | 30000 | | | | | | |
| | | SEL BEN | | | 12927- | 271467- | | | | | | |
| | | 401K | | | | 63770- | | | | | | |
| | | 401K UN | | | | 4128- | | | | | | |

:0571 DATE 11-30-98 PP 22 PAGE 375

PAYROLL REGISTER

NATIONSBANK, N.A.-TEXAS
DALLAS, TEXAS 75202

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT. | Y-T-D AMT. | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EFF F | 110565 | REGULAR | | | 108334 | 2355014 | FICA TAX | 8442 | 214570 | FED. TAX | 9149 | 296249 |
| | | OVERTIME | 200 | 1850 | 3750 | 34687 | DEP LIFE | 106 | 2332 | | | |
| | 17697 | SHIFT | | | 11208 | 237963 | | | | | | |
| 2 | 92468 | ASOC STK | | | | 426350 | | | | | | |
| | | C C PLUS | | | | 31202 | | | | | | |
| | 2731822 | GEN BNK | | | | 30000 | | | | | | |
| | | SEL BEN | | | 12927- | 284394- | | | | | | |
| | | 401K | | | | 63770- | | | | | | |
| | | 401K UN | | | | 4128- | | | | | | |

COMP 20500000571 DATE 12-15-98 PP 23 PAGE 318

PAYROLL REGISTER

NATIONSBANK, N.A.-TEXAS
DALLAS, TEXAS 75202

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MOTLEY, JEFF F | 108303 | REGULAR | | | 108334 | 2463348 | FICA TAX | 8286 | 222436 | FED. TAX | 8839 | 305088 |
| 458535487 | 4200 | OVERTIME | 100 | 1950 | 1875 | 36562 | DEP LIFE | 106 | 2438 | | | |
| K662701969 | 17231 | SHIFT | | | 11021 | 248984 | | | | | | |
| 2 | 95272 | ASOC STK | | | | 426350 | | | | | | |
| 1083.34 | | C C PLUS | | | 4200 | 35402 | | | | | | |
| | 2840025 | GEN BNK | | | | 30000 | | | | | | |
| | | SEL BEN | | | 12927- | 297321- | | | | | | |
| | | 401K | | | | 63770- | | | | | | |
| | | 401K UN | | | | 4128- | | | | | | |

COMP 20500000571 DATE 12-31-98 PP 24 PAGE 227

PAYROLL REGISTER

NATIONSBANK, N.A.-TEXAS
DALLAS, TEXAS 75202

| NAME / EMPLOYEE NO / CK/DEP NO / STAT / ST EX / SAL/RATE | GROSS / ADJ NET / TOTAL DED / NET PAY / GROSS YTD | EARNINGS NAME | CURRENT UNITS | Y-T-D UNITS | CURRENT AMT | Y-T-D AMT | DEDUCTIONS NAME | CURRENT AMT | Y-T-D AMT | NAME | CURRENT AMT | Y-T-D AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MOTLEY, JEFF F | | REGULAR | | | | 2571682 | FICA TAX | | 230983 | FED. TAX | | 313618 |
| 458535487 | | OVERTIME | | 1950 | | 36562 | DEP LIFE | | 2544 | | | |
| | | SHIFT | | | | 259817 | | | | | | |
| 2 | | ASOC STK | | | | 426350 | | | | | | |
| 1083.34 | | C C PLUS | | | | 37302 | | | | | | |
| | 2946265 | GEN BNK | | | | 30000 | | | | | | |
| | | SEL BEN | | | | 310448- | | | | | | |
| | | 401K | | | | 63770- | | | | | | |
| | | 401K UN | | | | 4928- | | | | | | |

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

BANKAMERICA CORPORATION, a foreign corporation d/b/a BANK OF AMERICA CORPORATION, a foreign corporation, f/k/a NATIONSBANK, N.A., a national association,

Defendant.

**SUPPLEMENTAL AFFIDAVIT OF JOYCE BUTLER**

Joyce Butler, being first duly sworn, deposes and says as follows:

1. I am currently employed by the Defendant in the above-captioned action (the "Bank") as Loan Processor for the Montgomery/Frederick, Maryland Region. Prior to my promotion to this position in August of this year, I served as Vice President and Personnel Manager for the Bank. I am authorized by the Bank to make this Affidavit on its behalf.

2. I make this Affidavit based upon my personal knowledge and my review of the Bank's personnel and payroll records.

3. The Bank employed Jeff Motley as a Consumer Banker III from February 16, 1997 through February 3, 1999. The Bank reclassified Mr. Motley's Consumer Banker III position as non-exempt for overtime pay purposes on December 17, 1997. Based upon my

review of the Bank's payroll register, Mr. Motley reported 19.50 hours of overtime on the time records he submitted to the Bank in 1998. The Bank's payroll register also indicates that the Bank paid Mr. Motley a total of $365.62 in overtime pay during 1998.

Further this affiant sayeth not.

______________________________
Joyce Butler

STATE OF ________________

COUNTY OF ________________

To Wit:

The foregoing Affidavit was personally subscribed and sworn to before me, ______________________________, a Notary Public for the above-referenced jurisdiction, on September _____, 2000 by JOYCE BUTLER.

______________________________
Notary Public

(Official Seal)

My Commission Expires:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Johnson

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,

Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national
association,

Defendants.
_______________________________/

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF OPT-IN PLAINTIFFS AND WITHDRAWAL OF AFFIDAVITS**

COME NOW the Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated, and hereby notifies the Court that the following persons who have previously opted in to the above-referenced litigation and provided affidavits in support thereof hereby withdraw from the litigation and withdraw their affidavits:

1. Paul C. Barber

2. Virginia Francois

3. Elizabeth Ann Melton

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent ~~via U.S. Mail~~ as noted this 27th day of October, 2000 to: Michael T. Burke, Esq. (mail), Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane, Esq. (Fed. Exp), McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, NC 28280.

Respectfully submitted,

MUCHNICK WASSERMAN, DOLIN & LEVINE, LLP
Attorneys for Plaintiffs
4000 Hollywood Boulevard
Suite 620 North
Hollywood, Florida 33021
(954) 989-8100 / (305) 624-9100

By: Susan L. Dolin
SUSAN L. DOLIN
Fla. Bar No.: 708690
ADAM S. CHOTINER, ESQ.
Fla. Bar No.: 0146315

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Johnson

ROXANNA L. ESCUDERO, and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

BANKAMERICA CORPORATION, a foreign corporation d/b/a BANK OF AMERICA CORPORATION, a foreign corporation, f/k/a NATIONSBANK, N.A., a national association,

Defendants.
_______________________________________/

**PLAINTIFFS' NOTICE OF FILING OF CORRECTED/AMENDED AFFIDAVITS**

COME NOW the Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated, and hereby notify the Court that the following persons who have previously opted in to the above-referenced litigation and provided affidavits in support thereof are hereby filing corrected/amended affidavits in support thereof:

1. John Bari
2. Mary F. Bolden
3. Cari M. Ford
4. Diane Kirkland

5. Julia Kozel

6. Juan C. Valdez, Sr.

7. Angela Mobley

Plaintiffs also anticipate filing a corrected/amended affidavit on behalf of Olga Valdes.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent ~~via U.S. Mail~~ as noted this 27th day of October, 2000 to: Michael T. Burke, Esq., (Mail) Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane, Esq., (Fed. Exp) McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, NC 28280.

Respectfully submitted,

MUCHNICK WASSERMAN, DOLIN & LEVINE, LLP
Attorneys for Plaintiffs
4000 Hollywood Boulevard
Suite 620 North
Hollywood, Florida 33021
(954) 989-8100 / (305) 624-9100

By: Susan L. Dolin
SUSAN L. DOLIN
Fla. Bar No.: 708690
ADAM S. CHOTINER, ESQ.
Fla. Bar No.: 0146315

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated of herself and all others

Plaintiffs,

vs.

BANKAMERICA CORPORATION, a foreign corporation d/b/a BANK OF AMERICA CORPORATION, a foreign corporation, f/k/a NATIONSBANK, N.A., a national association,

Defendants.
_______________________________/

**CORRECTED AFFIDAVIT OF JOHN BARI**

STATE OF CALIFORNIA )
) ss:
COUNTY OF SANTA CLARA )

BEFORE ME, the undersigned authority, on this date personally appeared JOHN BARI who, after first being duly sworn deposes and says:

1. My name is John Bari. I have personal knowledge of the facts recited in this Affidavit.

2. In or about 1997, I was employed by NationsBank. I was employed by NationsBank as a Consumer Banker II.

3. In or about December 1997, at which time I worked at NationsBank's Yorktown banking center, NationsBank reclassified my position as non-exempt, which allowed me to be eligible for overtime compensation. As of this date, I was also required to fill out time

cards.

4.    During the period December 1997 to March 1998, the Yorktowne banking center had no branch manager, although it did have a customer service manager, named Brenda, whose last name I cannot recall. During December of 1997, I did not feel I was receiving proper training and approached the Regional Manager on this issue, John Stuntz. In early January, I was then sent to the Turnpike banking center in Northern Virginia for about two (2) months (January and February 1998) and I recall working some Saturdays during that time which put my time worked at over forty (40) hours per week. In fact, I was probably working between forty-six (46) and forty-eight (48) hours during that time. During this time, I do recall that I did fill out time cards, and I believe that I did indicate my overtime hours on time sheets during this time. However, in late February 1998, I was then transferred back to the Yorktowne branch, where NationsBank had recently hired a banking center manager, Theodore Gargagliano. Theodore indicated to myself and other employees that we were "not to record overtime hours on our time record and that NationsBank would not pay overtime." As a result of these instructions, I only recorded forty (40) hours on my time card each week even though I worked more than forty (40) hours (as I continued to work six (6) days a week including Saturdays). If I got paid for overtime work during this period, I neither recall it, nor do I know how I would have been paid for it based on the instructions I received from Theodore Gargagliano as mentioned above. At any rate, even if I was paid overtime hours, it is not nearly equal to the amount of hours worked in total.

5.    During branch meetings with employees, Theodore Gargagliano would reiterate that he and NationsBank would not pay for overtime work, and that we were not to record overtime hours worked on our time records. He did state that he would give us time off as reimbursement for overtime hours worked; however, I do not recall ever taking time off for this purpose.

6. After returning to the Yorktowne branch in March 1998, I worked anywhere from forty-four (44) to forty-six (46) hours per week as I worked six (6) days which included Saturdays. However, because of management directives, I recorded and was paid for only forty (40) hours per week to the best of my recollection.

FURTHER AFFIANT SAYETH NAUGHT.

JOHN BARI

SWORN TO AND SUBSCRIBED before me this 23 20 day of October, 2000 by JOHN BARI, who is personally known to me, or who produced CA Drivers Lic as identification, and who did take an oath.

DENNIS PEREZ
Comm. # 1132203
NOTARY PUBLIC - CALIFORNIA
Santa Clara County
My Comm. Expires April 25, 2001

Notary Public
My Commission Expires:
Dennis Perez
Acknowledger's Name Stamped, Typed or Printed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated of herself and all others

Plaintiffs,

vs.

BANKAMERICA CORPORATION, a foreign corporation d/b/a BANK OF AMERICA CORPORATION, a foreign corporation, f/k/a NATIONSBANK, N.A., a national association,

Defendants.
_______________________________/

**CORRECTED AFFIDAVIT OF MARY F. BOLDEN**

STATE OF MARYLAND )
) ss:
COUNTY OF BALTIMORE )

BEFORE ME, the undersigned authority, on this date personally appeared MARY F. BOLDEN who, after first being duly sworn deposes and says:

1. My name is Mary F. Bolden. I have personal knowledge of the facts recited in this Affidavit.

2. In or about 1990, I was employed by NationsBank. I was employed by NationsBank as a Consumer Banker III.

3. In or about December 1997, at which time I worked at NationsBank's Randallstown banking center, NationsBank reclassified my position as non-exempt, which allowed me to be eligible for overtime compensation. As of this date, I was also required to

fill out time cards.

4. However, since December 1997, Barbara Mullin, the branch manager at NationsBank's Randallstown banking center, indicated to myself and the other employees that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records. As a result of these instructions, I would only indicate forty (40) hours on my timecard each week even though I worked more than forty (40) hours.

5. During branch meetings with employees, Barbara Mullin would reiterate that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records. The only exception to this was that we were allowed to record overtime for hours in excess of forty (40) that were spent at cluster meetings and regional meetings. If it was for actual individually performed work, it was not to be recorded or paid.

6. Since December 1997, when NationsBank reclassified my position, I worked anywhere from forty (40) to fifty-eight (58) hours per week. I would work on some Saturdays from 10:00 a.m. to 12:00 or 1:00 p.m., and during the week, sometimes until 7:00 p.m. or 8:00 p.m. In fact, I was there late enough to be seen often by the janitor. Particularly in 1998, NationsBank installed new systems, and we had to spend time learning those. It was not possible to get the job done in forty (40) hours. However, NationsBank only paid me for forty (40) hours regardless of the number of hours worked, except for the branch meetings or promotions mentioned in paragraph 5.

FURTHER AFFIANT SAYETH NAUGHT.

[signature]

MARY F. BOLDEN

SWORN TO AND SUBSCRIBED before me this 12th day of October, ~~1999~~ 2000, by MARY F. BOLDEN, who is personally known to me, or who produced ____________________ as

identification, and who did take an oath.

Jean L. Hayes
Notary Public
My Commission Expires:
April 19, 2003
Acknowledger's Name Stamped, Typed or Printed
Jean L. Hayes

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated of herself and all others

Plaintiffs,

vs.

BANKAMERICA CORPORATION, a foreign corporation d/b/a BANK OF AMERICA CORPORATION, a foreign corporation, f/k/a NATIONSBANK, N.A., a national association,

Defendants.
_______________________________________/

**CORRECTED AFFIDAVIT OF CARI M. FORD**

STATE OF MISSOURI )
) ss:
COUNTY OF ST. LOUIS )

BEFORE ME, the undersigned authority, on this date personally appeared CARI M. FORD who, after first being duly sworn deposes and says:

1. My name is Cari M. Ford. I have personal knowledge of the facts recited in this Affidavit.

2. In or about 1990, I was employed by NationsBank. I was employed by NationsBank as a Consumer Banker III.

3. In or about December 1997, at which time I worked at NationsBank's Olivette banking center, NationsBank reclassified my position as non-exempt, which allowed me to be eligible for overtime compensation. As of this date, I was also required to fill out time cards.

4. However, since December 1997, the branch manager at NationsBank's Olivette banking center, indicated to myself and the other employees that NationsBank did not want to pay for overtime work, regardless of whether it was worked, and many times we were instructed not to record overtime hours worked on our time records. As a result of these instructions, I would only put on my time cards the number of overtime hours I worked which I thought would get processed and not be returned to me. I did not, however, record all of my overtime hours.

5. For example, it was expected that we would not take lunch. We would put out cookies and other refreshments for the customers, but we used to joke that NationsBank should fit us with IVs and catheters and just infuse us with food at our desks. I did not put down the hours on my time cards that I did not take for lunch. There was so much work to do that it was impossible to get it done during forty (40) hours, so I would come in early, and not put those hours down on my time card either.

6. There were times when I would records closer to the true number of hours I worked (i.e., more overtime hours) on my time card than others, depending on who the managers were. Sometimes the hub managers would come down on the banking center managers about the number of overtime hours, and the banking center managers would then come down on us, so I was not able to records as many hours (i.e., closer to the true number of hours that I worked) as I might otherwise have done.

7. During branch meetings with employees, the branch manager would reiterate that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records.

6. Despite these instructions, I did record some, but not nearly all, of the overtime hours which I worked.

7. I believe that there are other consumer bankers who would desire to opt-in to this lawsuit if they were provided Court-approved notice of this lawsuit. Although I cannot remember all of their names, I do recall Herman Travis, Jennifer Shar, and Deborah Pollard. These

individuals worked hours in excess of forty (40) in given workweeks for which they did not receive appropriate compensation. I do not believe that they are aware of their legal right to recover damages; I certainly was not until I consulted an attorney regarding unpaid overtime, although I felt that what NationsBank was doing was wrong and unfair.

FURTHER AFFIANT SAYETH NAUGHT.

Cari M Ford
CARI M. FORD

SWORN TO AND SUBSCRIBED before me this 18 day of Oct, 2000 by CARI M. FORD, who is personally known to me, or who produced Drivers License as identification, and who did take an oath.

Marie G Bader
Notary Public
My Commission Expires:
3-8-02
Acknowledger's Name Stamped,
Typed or Printed

MARIE G. BADER
Notary Public — Notary Seal
STATE OF MISSOURI
St. Louis County
My Commission Expires: March 8, 2002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated of herself and all others

Plaintiffs,

vs.

BANKAMERICA CORPORATION, a foreign corporation d/b/a BANK OF AMERICA CORPORATION, a foreign corporation, f/k/a NATIONSBANK, N.A., a national association,

Defendants.

_______________________________________/

**AMENDED AFFIDAVIT OF DIANE KIRKLAND**

STATE OF FLORIDA )
) ss:
COUNTY OF POLK )

BEFORE ME, the undersigned authority, on this date personally appeared DIANE KIRKLAND who, after first being duly sworn deposes and says:

1. My name is Diane Kirkland. I have personal knowledge of the facts recited in this Affidavit.

2. In or about 1986, I was employed by NationsBank. I was employed by NationsBank as a Consumer Banker II.

3. In or about December 1997, at which time I worked at NationsBank's South Winter haven banking center, NationsBank reclassified my position as non-exempt, which allowed me to be eligible for overtime compensation. As of this date, I was also required to fill out time cards.

4. However, since December 1997, Louise Horne, the branch manager at NationsBank's South Winter haven banking center, indicated to myself and the other employees that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records. The usual hours which I worked were from 7:30 a.m. through 6:30 p.m. with an hour lunch, although sometimes I took a shorter lunch. I did not work Saturdays. I did record only forty (40) hours, usually 8:00 a.m. until 5:00 p.m. with an hour's lunch.

5. I left the Bank on or about March 13, 1998, and found out that after some nineteen years of service (including NationsBank's predecessors), I was not going to get my vacation pay when I left. I was told that that was because I left in March and did not work a full year. I told my branch manager, Louise Horne, around February that I would be quitting and that I was upset that I would not get my vacation pay, and she advised me to put down some of the overtime hours that I had in fact worked so that I could get some compensation. As to the other overtime shown on NationsBank's records, I believe that this represents approved call nights, which we were allowed to record as overtime. However, we were not allowed to record overtime that we necessarily worked to finish our individual work, and the overtime reflected by NationsBank as having been paid to me is not nearly the full amount of the overtime that I in fact worked.

6. During branch meetings with employees, Louise Horne would reiterate that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records.

7. I believe that there are other consumer bankers who would desire to opt-in to this lawsuit if they were provided Court-approved notice of this lawsuit. Although I cannot remember all of their names, I do recall Mickey Barnett. This individual worked hours in excess of forty (40) in given workweeks for which he did not receive appropriate compensation. I do not believe that he is aware of his legal right to recover damages; I certainly was not until I consulted an attorney regarding unpaid overtime.

FURTHER AFFIANT SAYETH NAUGHT.

Diane M. Kirkland
DIANE KIRKLAND

SWORN TO AND SUBSCRIBED before me this 25 day of October, 2000, by DIANE KIRKLAND, who is personally known to me, or who produced ______ as identification, and who did take an oath.

Tricia A. Gilder
Notary Public
My Commission Expires: June 2, 2002

Acknowledger's Name Stamped, Typed or Printed

TRICIA A. GILDER
MY COMMISSION # CC 747517
EXPIRES: 06/02/2002
1-800-3-NOTARY Fla. Notary Service & Bonding Co.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated of herself and all others

Plaintiffs,

vs.

BANKAMERICA CORPORATION, a foreign corporation d/b/a BANK OF AMERICA CORPORATION, a foreign corporation, f/k/a NATIONSBANK, N.A., a national association,

Defendants.
_______________________________/

**AMENDED AFFIDAVIT OF JULIA KOZEL**

STATE OF FLORIDA )
) ss:
COUNTY OF SARASOTA )

BEFORE ME, the undersigned authority, on this date personally appeared JULIA KOZEL who, after first being duly sworn deposes and says:

1. My name is Julia Kozel. I have personal knowledge of the facts recited in this Affidavit.

2. In or about 1986, I was employed by NationsBank. I was employed by NationsBank as a Consumer Banker III.

3. In or about December 1997, at which time I worked at NationsBank's South Venice banking center, NationsBank reclassified my position as non-exempt, which allowed me to be eligible for overtime compensation. As of this date, I was also required to fill out time cards.

4. However, since December 1997, Janet Jones, the ~~branch manager~~ Retail Marketing Manager at

NationsBank's ~~South Venice banking center~~ South Sarasota/Charlotte Region, indicated to myself and the other employees that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records. As a result of these instructions, I would only indicate forty (40) hours on my timecard each week even though I worked more than forty (40) hours, except that we were allowed to record Saturday hours worked, even if it took us over forty (40) hours. I worked Saturdays from 8:30 a.m. until 12:30 p.m. and did record that time. However, it was not possible to complete my regular work load in forty hours, and during the week I would come in early and stay late. However, I was not allowed to record those hours on my time card, and did not do so, even though I worked them.

5. During branch meetings with employees, Janet Jones would reiterate that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours as described in paragraph 5 on our time records.

6. Since December 1997, when NationsBank reclassified my position, I worked anywhere from forty (40) to fifty (50) hours per week. However, NationsBank only paid me for forty (40) hours regardless of the number of hours worked, except when I worked Saturdays as described above.

7. I believe that there are other consumer bankers who would desire to opt-in to this lawsuit if they were provided Court-approved notice of this lawsuit. Although I cannot remember all of their names, I do recall Tracy Blitch. This individual worked hours in excess of forty (40) in given workweeks for which she did not receive appropriate compensation. I do not believe that she is aware of her legal right to recover damages; I certainly was not until I consulted an attorney regarding unpaid overtime.

8. I worked for NationsBank's predecessors from March 1979 through all the mergers and considered myself a good employee. I would in no way try to defraud anyone in any way.

FURTHER AFFIANT SAYETH NAUGHT.

Julia Kozel

JULIA KOZEL

SWORN TO AND SUBSCRIBED before me this 16 day of October, 2000, by JULIA KOZEL, who is personally known to me, or who produced FL Drivers License as identification, and who did take an oath.

Tammie R. Rife

Notary Public
My Commission Expires:

Acknowledger's Name Stamped, Typed or Printed

TAMMIE R. RIFE
MY COMMISSION # CC 838052
EXPIRES: May 18, 2003
Bonded Thru Notary Public Underwriters

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated of herself and all others

Plaintiffs,

vs.

BANKAMERICA CORPORATION, a foreign corporation d/b/a BANK OF AMERICA CORPORATION, a foreign corporation, f/k/a NATIONSBANK, N.A., a national association,

Defendants.
_______________________________/

**AMENDED AFFIDAVIT OF JUAN C. VALDEZ SR.**

STATE OF MARYLAND )
) ss:
COUNTY OF MONTGOMERY )

BEFORE ME, the undersigned authority, on this date personally appeared JUAN C. VALDEZ SR. who, after first being duly sworn deposes and says:

1. My name is Juan C. Valdez Sr. I have personal knowledge of the facts recited in this Affidavit.

2. In or about ~~1991~~ 1994 JCV, I was employed by NationsBank. I was employed by NationsBank as a Consumer Banker III.

3. In or about December 1997, at which time I worked at NationsBank's Flower Avenue banking center, NationsBank reclassified my position as non-exempt, which allowed me to be eligible for overtime compensation. As of this date, I was also required to fill out time cards.

4. However, since December 1997, the branch manager at NationsBank's Flower

Avenue banking center, indicated to myself and the other employees that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records. As a result of these instructions, I would, to the best of my recollection, indicate forty (40) hours on my timecard each week even though I worked more than forty (40) hours.

5.      During branch meetings with employees, the branch manager would reiterate that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records.

6.      Since December 1997, when NationsBank reclassified my position, I worked anywhere from forty (40) to fifty-five (55) hours per week. However, to the best of my recollection, NationsBank only paid me for forty (40) hours regardless of the number of hours worked.

7.      From December 1997 through the present time, we have had more than four managers at the Flower Avenue Branch. I was the one conducting the loan-a-thon, during this period, which is the after-hours telemarketing. This often extended late into the evening. Some of the telemarketing was done from our office and some other times we were directed to go to different offices to do the telemarketing.

8.      If there were some overtime hours paid for or reflected on my time cards, it was time that was overlooked by the manager or whoever was in charge of checking my timecards. However, the overtime NationsBank claims to have paid me in no way represents the full amount of overtime which I worked. To this day, the managers continue to direct us not to work overtime and not to report overtime which we do work.

7.      I believe that there are other consumer bankers who would desire to opt-in to this lawsuit if they were provided Court-approved notice of this lawsuit. Although I cannot remember all of their names, I do recall Cecilia Sanders, Emily Harris, and a person named "Sharda" (I cannot recall her last name). These individuals worked hours in excess of forty (40) in given workweeks for which they did not receive appropriate compensation. I do not believe that they are aware of

their legal right to recover damages; I certainly was not until I consulted an attorney regarding unpaid overtime.

FURTHER AFFIANT SAYETH NAUGHT.

JUAN C. VALDEZ SR.

SWORN TO AND SUBSCRIBED before me this 23 day of October, 1999, by JUAN C. VALDEZ SR., who is personally known to me, or who produced ______________ as identification, and who did take an oath.

Notary Public
My Commission Expires:

JACQUELINE CAP
Notary Public, State of Ma
Prince George's Coun
My Commission Expires: Feb

Acknowledger's Name Stamped, Typed or Printed

JACQUELINE CAPUTI
Notary Public, State of Maryland
Prince George's County
My Commission Expires Feb 2 2004

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-06145-CIV-DIMITROULEAS
*Magistrate Judge Snow*

ROXANNA L. ESCUDERO, and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated of herself and all others

Plaintiffs,

vs.

BANKAMERICA CORPORATION, a foreign corporation d/b/a BANK OF AMERICA CORPORATION, a foreign corporation, f/k/a NATIONSBANK, N.A., a national association,

Defendants.
_________________________________/

**CORRECTED AFFIDAVIT OF ANGELA MOBLEY**

STATE OF GEORGIA )
) ss:
COUNTY OF FULTON )

BEFORE ME, the undersigned authority, on this date personally appeared ANGELA MOBLEY who, after first being duly sworn deposes and says:

1. *My name is Angela Mobley. I have personal knowledge of the facts recited in* this Affidavit.

2. In or about 1997, I was employed by NationsBank. I was employed by NationsBank as a Consumer Banker IV.

3. In or about December 1997, at which time I worked at NationsBank's Bankhead banking center, NationsBank reclassified my position as non-exempt, which allowed me to be eligible for overtime compensation. As of this date, I was also required to fill out time

cards.

4. At the time we became required to fill out time cards, our start time was moved up from 8:00 a.m. to 8:30 a.m. I was still so busy that I did not take a lunch. Also, my manager, Tamara Lomax, instructed my to sign out at 5:00 p.m. or 5:30 p.m., even though I frequently was not through with my work at that time. Nevertheless, because Ms. Lomax instructed me to do so, I signed out at that time and kept working, sometimes until 8:00 p.m. or 9:00 p.m.

5. I worked on Saturdays from approximately 8:30 a.m. until 1:00 p.m. Sometimes I would stay later on Saturdays as well, but I was instructed to sign out by 1:00 p.m., which I did. I was, however, paid for Saturday work (at least some of it) even if it put me over forty (40) hours.

6. The banking center was open on Fridays late, and my working hours were 8:00 a.m. until 7:00 p.m. I was told by Tamara Lomax that I had to sign out at 7:00 p.m., even if I had to continue working, which I did frequently. In fact, I was registered for school then, and I had signed up for a Friday evening class which began at 7:15 p.m., and I recall missing the class frequently because I was stuck at work. I was not paid for these hours.

7. Even if NationsBank did in fact pay me some overtime, what it paid me was not the true amount of overtime which I had worked, as I was not permitted to record my true hours.

FURTHER AFFIANT SAYETH NAUGHT.

[signature]
ANGELA MOBLEY

SWORN TO AND SUBSCRIBED before me this 26 day of October, 2000 by ANGELA MOBLEY, who is personally known to me, or who produced Drivers License as identification, and who did take an oath.

[signature]
Notary Public
My Commission Expires:

Acknowledger's Name Stamped,
Typed or Printed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Johnson

ROXANNA L. ESCUDERO, and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

BANKAMERICA CORPORATION, a foreign corporation d/b/a BANK OF AMERICA CORPORATION, a foreign corporation, f/k/a NATIONSBANK, N.A., a national association,

Defendants.

_______________________________/

**PLAINTIFFS' NOTICE OF FILING OF CORRECTED/AMENDED AFFIDAVIT OF OLGA VALDES**

COME NOW the Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated, and hereby notifies the Court that OLGA VALDES, who has previously opted in to the above-referenced litigation and provided an affidavit in support thereof, is hereby filing an amended affidavit in support thereof.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via FAX U.S. Mail this 31st day of October, 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et

al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane, Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, NC 28280.

Respectfully submitted,

MUCHNICK WASSERMAN, DOLIN & LEVINE, LLP
Attorneys for Plaintiffs
4000 Hollywood Boulevard
Suite 620 North
Hollywood, Florida 33021
(954) 989-8100 / (305) 624-9100

By: [signature]
SUSAN L. DOLIN
Fla. Bar No.: 708690
ADAM S. CHOTINER, ESQ.
Fla. Bar No.: 0146315

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated of herself and all others

Plaintiffs,

vs.

BANKAMERICA CORPORATION, a foreign corporation d/b/a BANK OF AMERICA CORPORATION, a foreign corporation, f/k/a NATIONSBANK, N.A., a national association,

Defendants.
_________________________________/

**AMENDED AFFIDAVIT OF OLGA VALDES**

STATE OF FLORIDA )
) ss:
COUNTY OF MIAMI-DADE )

BEFORE ME, the undersigned authority, on this date personally appeared OLGA VALDES who, after first being duly sworn deposes and says:

1. My name is Olga Valdes. I have personal knowledge of the facts recited in this Affidavit.

2. In or about 1993, I was employed by NationsBank, after having been employed by some of its predecessors. I was employed by NationsBank as a Consumer Banker II. I retired from NationsBank in or about September 1, 1998.

3. Sometime in 1996, my job title was changed to that of "relationship manager." However, my job duties were the exact same as those of a consumer banker II. The only

distinction was that I serviced accounts that were held by account holders outside of the United States, and much of my business was performed by telephone instead of in person. However, I sold the same bank products, and provided the same customer services as I did when I was classified as a Consumer Banker II. We even had telemarketing "call nights" one night per week when we were expected to telemarket in foreign countries from 5:00 p.m. until 8:00 p.m. In fact, I would work at other branches on Saturdays as a Consumer Banker II. I was not aware that my title was no longer "consumer banker" until I received new business cards with the title "relationship manager" on them. The only time I filled out time cards was while I was a Consumer Banker II until sometime in 1995; then we stopped.

4. In December 1997, NationsBank announced that all consumer bankers were going to be required to fill out time cards from then on, because people were suing the bank for failure to pay overtime. However, as a "relationship manager," I never received a time card to fill out, nor was I paid for overtime hours (in excess of forty (40) in any one workweek) which I worked. This was so even though I continued to work in excess of forty (40) hours as described in paragraph 3 and continued to do the same job as a "consumer banker."

FURTHER AFFIANT SAYETH NAUGHT.

Olga Valdes

OLGA VALDES

SWORN TO AND SUBSCRIBED before me this 27 day of October, 2000, by OLGA VALDES, who is personally known to me, or who produced ____________ as identification, and who did take an oath.

Notary Public

My Commission Expires:

Acknowledging Name Stamped, Typed or Printed: Ana Diaz

Expires Oct. 5, 2003
Bonded Thru
Atlantic Bonding Co., Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Johnson

ROXANNA L. ESCUDERO, and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

BANKAMERICA CORPORATION, a foreign corporation d/b/a BANK OF AMERICA CORPORATION, a foreign corporation, f/k/a NATIONSBANK, N.A., a national association,

Defendant.

**BANK OF AMERICA'S FIRST REQUESTS FOR ADMISSIONS TO PLAINTIFF MARILYN BLACKMON**

Pursuant to Rule 36 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") and S.D. Fla. L.R. 26.1, defendants Bank of America Corporation (f/k/a BankAmerica Corporation) and Bank of America, N.A., (f/k/a NationsBank, N.A.)(collectively referred to herein as "Bank of America"), propounds the following Requests for Admissions upon Plaintiff **Marilyn Blackmon** and requests that Plaintiff admit or deny these requests within thirty (30) days of service.

**Definitions & Instructions**

Unless negated by the context of any individual request, the following definitions and instructions are to be considered as applicable to all requests contained herein:

A. "Plaintiff", as used herein, shall refer to Plaintiff Marilyn Blackmon.

B. "You" and "your" as used herein mean plaintiff and plaintiff's attorneys, investigators, agents, employees, consultants or other representatives.

C. The term "Bank" shall refer to Bank of America or its predecessor NationsBank, N.A.

D. In answering these requests, all language shall be given its plain meaning, within context, and the singular shall be read as including the plural.

E. When used herein the terms "and," "or," and "and/or" are intended to be read either in their disjunctive or conjunctive sense, as necessary to make each request inclusive rather than exclusive.

F. If plaintiff does not unequivocally admit or deny the matter, set forth in detail the reasons why plaintiff cannot truthfully admit or deny the matter. Any denial must fairly meet the substance of the requested admission. When good faith requires that a request for admission be denied in part or that a response be qualified, specify so much of the request as is true and qualify or deny the remainder.

G. If any request is not answered due to a claim of privilege or due to an objection, plaintiff is directed to specifically state the objection or privilege claimed, and state the basis of that objection or claim of privilege in sufficient detail to allow the Court to rule on said claim of privilege or objection.

-06145-LRJ Document 142 Entered on FLSD Docket 12/05/2000 Pag

Escudero , et al., v. Bank of America
Case No. 00-06145-CIV- DIMITROULEAS/JOHNSON

**Requests for Admissions**

1. Admit that the Bank first employed Marilyn Blackmon as a Consumer Banker IV on or about March 1, 1997.

__Response:__ To the best of my knowledge I believe this information is correct.

-3-

2. Admit that Ms. Blackmon transferred out of the Consumer Banker IV position on or about March 15, 1998.

**Response:** Correct, D. Culver

3. Admit that, on or about December 17, 1997, the Bank classified Ms. Blackmon's Consumer Banker IV position as non-exempt for overtime pay purposes.

Response: I believe this is correct.

4. Admit that Ms. Blackmon reported 66.75 hours of overtime on the time records she submitted to the Bank for hours worked between January 1, 1998 and March 15, 1998.

**Response**: Correct.

5. Admit that the Bank paid Ms. Blackmon overtime pay totaling $1,457.79 for overtime hours worked during 1998.

**Response:** Correct, I stated in 1997 overtime pay was not paid.

This the 27th day of October, 2000.

Richard F. Kane, NC State Bar # 5694
Bruce M. Steen, VA State Bar # 31062
McGUIREWOODS LLP
3700 Bank of America Plaza
Charlotte, North Carolina 28280
(704) 373-8999 FAX 704-373-8990

Michael T. Burke
Florida Bar No. 338771
JOHNSON, ANSELMO, MURDOCH, BURKE
 & GEORGE, P.A.
790 East Broward Blvd., Suite 400
Post Office Box 030220
Fort Lauderdale, Florida 33303-0220
Facsimile:    954/463-2444
Telephone:    954/463-0100 Broward
                    305/945-2000 Dade
                    561/640-7448 WPB

**Attorneys for Bank of America Corporation**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was mailed by first-class mail, postage prepaid, on October 27, 2000 to:

Susan L. Dolin, Esquire
Daniel R. Levine, Esquire
Muchnick, Wasserman, Dolin & Levine, LLP
Presidential Circle Building, Suite 620 North
4000 Hollywood Blvd.
Hollywood, FL 33021

Caryl Boies, Esq.
Anne E. Hinds, Esq.
Boies, Schiller & Flexner, LLP
2435 Hollywood Boulevard, Suite 200
Hollywood, FL 33020

Richard F. Kane
Bruce M. Steen

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

BANKAMERICA CORPORATION, a foreign corporation d/b/a BANK OF AMERICA CORPORATION, a foreign corporation, f/k/a NATIONSBANK, N.A., a national association,

Defendant.

______________________________________/

**PLAINTIFF MARILYN BLACKMON'S REPLY TO BANK OF AMERICA'S FIRST REQUESTS FOR ADMISSIONS**

COMES NOW the Plaintiff, MARILYN BLACKMON, by and through her undersigned attorneys, and pursuant to Rule 36 of the Fed.R.Civ.P., answers Bank of America's First Requests for Admissions as follows:

1. Admitted that Plaintiff was employed as a Consumer Banker IV, but denies for want of knowledge as to the exact date.
2. Admitted that Plaintiff transferred out of the Consumer Banker IV position, but denies for want of knowledge as to the exact date.
3. Admitted.
4. Admitted.
5. Admitted. Answering further, however, no overtime was paid in 1997.

Respectfully submitted,

MUCHNICK, WASSERMAN, DOLIN & LEVINE, LLP
Attorneys for Plaintiffs

4000 Hollywood Boulevard, Ste 620N
Hollywood, FL 33021
(954) 989-8100 - Broward
(305) 624-9100 - Dade
(954) 989-8700 - Fax

By: ______________________
for: SUSAN L. DOLIN, ESQ.
Fla. Bar No. 708690

and

BOIES, SCHILLER & FLEXNER, LLP
2435 Hollywood Boulevard
Hollywood, Florida 33020

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail, this 29 day of November, 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220, and Richard F. Kane, Esq., McGuireWoods, 3700 NationsBank Plaza, 101 South Tyron Street, Charlotte, NC 28280.

By: ______________________
SUSAN L. DOLIN, ESQ.
E-mail: sldolin@mwdl-law.com

F:\WPDOCS\~SLD\Escudero\Trial\1st RFA.Rsp.Blackmon.wpd