UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,

    Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,

    Defendant.

_____/



### PLAINTIFFS' MOTION FOR ADDITIONAL ENLARGEMENT OF TIME WITHIN WHICH TO FILE THEIR REPLY MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO COMPEL

COME NOW the Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated, by and through their undersigned counsel, and, pursuant to Local General Rule 7.1.A, hereby file their Motion for Additional Enlargement of Time Within Which to File Their Reply Memorandum of Law in Support of Their Motion to Compel, and as grounds therefor state:

1.    On or about December 1, 2000, Plaintiffs filed their Motion for Enlargement of Time Within Which to File Their Reply Memorandum of Law in Support of Their Motion to Compel. The December 1, 2000 Motion for Enlargement was necessitated inasmuch as Plaintiffs' counsel did not receive a copy of Defendant's Response to Plaintiffs' Motion



*Escudero, et al.v. BankAmerica Corporation, etc.*
Case No. 00-06145-Civ-Dimitrouleas

to Compel until December 1, 2000, which, pursuant to the date of service on Defendant's Response, would have been the date Plaintiffs' Reply Memorandum of Law would have been due in accordance with Local General Rule 7.1.C.

2.  Plaintiffs originally requested an enlargement of time up through and including December 8, 2000.

3.  However, as a result of the press of other pending federal and state court litigation, and in light of Plaintiffs' counsel's preparation for trial in the companion case *Jacqueline Mintz v. NationsBank, N.A.*, Case No. 98-8632-CIV-DIMITROULEAS,[1] Plaintiffs' counsel is not able to properly and timely formulate a Reply Memorandum of Law in Support of Plaintiffs' Motion to Compel by December 8, 2000.

4   Therefore, Plaintiffs seek a brief additional enlargement of time within which to file and serve their Reply Memorandum of Law in Support of Their Motion to Compel, up through and including December 15, 2000.

5   **Pursuant to Local General Rule 7.1.A.3, Plaintiffs' counsel has contacted Defendant's counsel with respect to the instant Motion. Defendant's counsel Bruce M. Steen has indicated that he has no objection to the relief requested herein.**

6.  This Motion is not being filed for purposes of delay or harassment, or any other improper purpose. Moreover, the enlargement of time requested herein will not

---

[1] Said trial is currently special-set before Magistrate Judge Johnson and is set to commence Monday, December 11, 2000.

*Escudero, et al.v. BankAmerica Corporation, etc.*
Case No. 00-06145-Civ-Dimitrouleas

prejudice the Defendant.

WHEREFORE, Plaintiff, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated, respectfully request that this Honorable Court grant their Motion for Additional Enlargement of Time Within Which to File Their Reply Memorandum of Law in Support of Their Motion to Compel, enter an Order enlarging the time within which Plaintiffs have to file and serve their Reply Memorandum of Law in Support of Their Motion To Compel until December 15, 2000, and take such other action as may be just and proper.

Respectfully submitted,

MUCHNICK, WASSERMAN, DOLIN
& LEVINE, LLP
Attorneys for Plaintiffs
4000 Hollywood Boulevard, Ste 620N
Hollywood, FL 33021
(954) 989-8100 - Broward
(305) 624-9100 - Dade
(954) 989-8700 - Fax

By: _____
SUSAN L. DOLIN, ESQ.
Fla. Bar No. 708690
ADAM S. CHOTINER, ESQ.
Fla. Bar No. 0146315

and

BOIES, SCHILLER & FLEXNER, LLP
2435 Hollywood Boulevard
Hollywood, Florida 33020

*Escudero, et al. v. BankAmerica Corporation, etc.*
Case No. 00-06145-Civ-Dimitrouleas

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail and Facsimile, this ___7th___ day of December, 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220, and Richard F. Kane, Esq., McGuireWoods, 3700 NationsBank Plaza, 101 South Tyron Street, Charlotte, NC 28280.

By: _____
ADAM S. CHOTINER, ESQ.
Fla. Bar No. 0146315