UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Johnson

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,

    Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national
association,

    Defendants.
_____/



## PLAINTIFFS' NOTICE OF FILING OF AMENDED AFFIDAVIT OF JEFF MOTLEY

COME NOW the Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated, and hereby notify the Court that JEFF MOTLEY, who has previously opted into the above-referenced litigation and provided an affidavit in support thereof, is hereby filing an Amended Affidavit in support thereof.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail, this 13th day of December, 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane, Esq., McGuireWoods, 3700 NationsBank Plaza, 101 South Tyron Street,



Charlotte, NC 28280.

Respectfully submitted,

MUCHNICK WASSERMAN, DOLIN &
LEVINE, LLP
Attorneys for Plaintiffs
4000 Hollywood Boulevard
Suite 620 North
Hollywood, Florida 33021
(954) 989-8100 / (305) 624-9100

By: _____
SUSAN L. DOLIN
Fla. Bar No.: 708690
ADAM S. CHOTINER, ESQ.
Fla. Bar No.: 0146315

F:\WPDOCS\~SLD\Escudero\Pleading\N-File A.Affidavit.Motley.wpd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated of herself and
all others

        Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national
association,

        Defendants.
_____/

## AFFIDAVIT OF JEFF MOTLEY

STATE OF TEXAS    )
                          ) ss:
COUNTY OF COLLIN  )

    BEFORE ME, the undersigned authority, on this date personally appeared JEFF MOTLEY who, after first being duly sworn deposes and says:

    1.    My name is Jeff Motley. I have personal knowledge of the facts recited in this Affidavit.

    2.    In or about 1996, I was employed by NationsBank. I was employed by NationsBank as a Consumer Banker III.

    3.    In or about December 1997, at which time I worked at NationsBank's Plano banking center, NationsBank reclassified my position as non-exempt, which allowed me to be eligible for overtime compensation. As of this date, I was also required to fill out time cards.

    4.    However, since December 1997, Shirley Stanley, a NationsBank sales manager,

acting from instructions from the North Dallas Administration, indicated to myself and the other employees that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records. As a result of these instructions, I would only indicate forty (40) hours on my timecard even though I worked more than forty (40) hours.

5. During branch meetings with employees, Shirley Stanley would reiterate that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records.

6. Since December 1997, when NationsBank reclassified my position, I worked anywhere from fifty (50) to sixty (60) hours per week. However, I recall NationsBank only paying me for forty (40) hours regardless of the number of hours worked. I do not recall getting paid for any overtime, but if I did, it was certainly not the amount that I was due.

7. I believe that there are other consumer bankers who would desire to opt-in to this lawsuit if they were provided Court-approved notice of this lawsuit. Although I cannot remember all of their names, I do recall Terrell Walker. This individual worked hours in excess of forty (40) in given workweeks for which he did not receive appropriate compensation. I do not believe that he is aware of his legal right to recover damages; I certainly was not until I consulted an attorney regarding unpaid overtime.

FURTHER AFFIANT SAYETH NAUGHT.

JEFF MOTLEY

SWORN TO AND SUBSCRIBED before me this 8 day of December, 2000, by JEFF MOTLEY, who is personally known to me, or who produced _Texas D.L._ as identification, and who did take an oath.

JONATHAN A. DAMON
Notary Public
State of Texas
My Comm. Exp. 11-02-03

Notary Public
My Commission Expires: 11/02/03
Jonathan A. Damon
Acknowledger's Name Stamped, Typed or Printed