UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS/SNOW

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,
    Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,
    Defendant.

_____/

## NOTICE OF FILING

COMES NOW the Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, by and through their undersigned counsel, and notify this Court of the following filing:

1.  Affidavit of Anne Hinds in connection with Plaintiff's Response to Defendant's Motion for Summary Judgment.
2.  Plaintiff's Second Amended Final Response to Defendant's Motion for Summary Judgment.

> MUCHNICK, WASSERMAN, DOLIN
> & LEVINE, LLP
> Attorneys for Plaintiffs
> 4000 Hollywood Boulevard, Suite 620N
> Hollywood, FL 33021
> (954) 989-8100 - Broward
> (305) 624-9100 - Dade
> (954) 989-8700 - Fax
>
> By: _Susan L. Dolin_
>
> SUSAN L. DOLIN, ESQ.
> Fla. Bar No. 708690

-and-

BOIES, SCHILLER & FLEXNER L.L.P.
2435 Hollywood Boulevard
Hollywood, Florida 33020

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 19 day of December, 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane, Esq., McGuireWoods, 3700 NationsBank Plaza, 101 South Tyron Street, Charlotte, NC 28280.

By: _____
SUSAN L. DOLIN, ESQ.
E-Mail: sldolin@mwdl-law.com

**AFFIDAVIT OF ANNE HINDS**
STATE OF FLORIDA )
) ss:
COUNTY OF BROWARD )

BEFORE ME, the undersigned authority, on this date personally appeared ANNE HINDS who, after first being duly sworn deposes and says:

1. My name is ANNE HINDS. I have personal knowledge of the facts recited in this Affidavit.

2. In response to NationBank's Motion For Summary Judgment, whereby NationsBank claimed certain opt-in Plaintiffs to be ineligible, in or about November of 2000, I sent a letter to the claimed ineligible Plaintiffs requesting they fill in their dates of employment with NationsBank as well as their position during their employment with NationsBank. Enclosed with the letter was a response form the opt-in Plaintiffs were requested to fill out and sign, detailing their dates of employment and position with NationsBank during the relevant period.

3. In or about November the response forms from the above mentioned Plaintiffs began to arrive into my office. Three of the opt-in Plaintiffs, Eloise Batts, June McKinley and Rodney Hensley, signed statements that they did in fact work during the relevant time period performing the duties and responsibilities of a Consumer Banker II, III or IV.

4. Since November of 2000, I have attempted to contact these three individuals in an effort to confirm this information, and obtain sworn statements to this effect. In the interim, however, Plaintiffs filed unsworn signed statements in contravention of Defendant's Motion For Summary Judgement.

5. Eloise Batts has signed an affidavit which was filed with this Court. Rodney Hinsley is in the process of preparing an affidavit to be filed with this Court, and, as a result, Plaintiffs are moving to amend their complaint. A delay ensued speaking directly to June McKinley, because she changed her telephone number and the new number was not learned until December 18, 2000.

FURTHER AFFIANT SAYETH NAUGHT.
Anne Hinds
SWORN TO AND SUBSCRIBED before me this _18_ day of _Dec_____, 2000, by Anne Hinds, who is personally known to me, or who produced _____ as identification, and who did take an oath.

Notary Public
My Commission Expires:

_____
Acknowledger's Name Stamped,
Typed or Printed

OFFICIAL NOTARY SEAL
KATHIE H HART
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC883385
MY COMMISSION EXP. OCT. 27,2003