UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS/SNOW

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,
    Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,
    Defendant.
_____/



## NOTICE OF FILING

COMES NOW the Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, by and through their undersigned counsel, and notify this Court of the following filing:

1. Affidavit of Eloise Batts.

MUCHNICK, WASSERMAN, DOLIN
& LEVINE, LLP
Attorneys for Plaintiffs
4000 Hollywood Boulevard, Suite 620N
Hollywood, FL 33021
(954) 989-8100 - Broward
(305) 624-9100 - Dade
(954) 989-8700 - Fax

By: _____
SUSAN L. DOLIN, ESQ.
Fla. Bar No. 708690

-and-

BOIES, SCHILLER & FLEXNER L.L.P.
2435 Hollywood Boulevard
Hollywood, Florida 33020

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 18th day of December, 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane, Esq., McGuireWoods, 3700 NationsBank Plaza, 101 South Tyron Street, Charlotte, NC 28280.

By: _____
SUSAN L. DOLIN, ESQ.
E-Mail: sldolin@mwdl-law.com

**AFFIDAVIT OF ELOISE BATTS**
STATE OF NORTH CAROLINA )
) ss:
COUNTY OF PENDER )

BEFORE ME, the undersigned authority, on this date personally appeared ELOISE BATTS who, after first being duly sworn deposes and says:

1. My name is Eloise Batts. I have personal knowledge of the facts recited in this Affidavit.

2. In or about 1967, I was employed by NationsBank, after having been employed by some of its predecessors. I was employed by NationsBank as a Consumer Banker II. I retired from NationsBank in or about February 29, 1999.

3. In or about February 1997, my job title was changed to that of "administrative assistant." However, my job duties were the **exact same** as those of a Consumer Banker II. I sold the same bank products, and provided the same customer services as I did when I was classified as a Consumer Banker II. In fact, I would work at the branch on Saturdays performing the duties and responsibilities of a Consumer Banker II. The only time I filled out time cards was while I was a Consumer Banker II until sometime in 1995; then we stopped.

4. In December 1997, NationsBank announced that all Consumer Bankers were going to be required to fill out time cards from then on, because people were suing the bank for failure to pay overtime. However, as a "administrative assistant" I never received a time card to fill out, nor was I paid for overtime hours (in excess of forty (40) in any one workweek) which I worked. This was so even though I continued to work in excess of forty (40) hours as described in paragraph 3 and continued to do the same job as a "Consumer Banker."

FURTHER AFFIANT SAYETH NAUGHT.
Eloise Batts
SWORN TO AND SUBSCRIBED before me this 7th day of December, 2000, by Eloise Batts, who is personally known to me, or who produced
DO1- as identification, and who did take an oath.
Connie B Forand
Notary Public
My Commission Expires: 5-3-2004
Eloise Batts
Acknowledger's Name Stamped,
Typed or Printed