UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS/SNOW

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others similarly situated,
    Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,
    Defendant.

_____/

## NOTICE OF FILING

COMES NOW the Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, by and through their undersigned counsel, and notify this Court of the following filing:

1. Affidavit of Rodney N. Hensley in connection with Plaintiff's Second Amended Final Response to Defendant's Motion for Summary Judgment and Motion for Leave to Amend Complaint.

                          MUCHNICK, WASSERMAN, DOLIN
                          & LEVINE, LLP
                          Attorneys for Plaintiffs
                          4000 Hollywood Boulevard, Suite 620N
                          Hollywood, FL 33021
                          (954) 989-8100 - Broward
                          (305) 624-9100 - Dade
                          (954) 989-8700 - Fax

By: _____
     SUSAN L. DOLIN, ESQ.
     Fla. Bar No. 708690

                          -and-

                          BOIES, SCHILLER & FLEXNER L.L.P.
                          2435 Hollywood Boulevard
                          Hollywood, Florida 33020

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this __21__ day of December, 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane, Esq., McGuireWoods, 3700 NationsBank Plaza, 101 South Tyron Street, Charlotte, NC 28280.

By: _/s/ Susan L. Dolin_
SUSAN L. DOLIN, ESQ.
E-Mail: sldolin@mwdl-law.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated of herself and
all others

       Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national
association,

       Defendants.

_____\

### AFFIDAVIT OF RODNEY N. HENSLEY

STATE OF INDIANA   )
                    :SS
COUNTY OF Tipton )

BEFORE ME, the undersigned authority, on this date personally appeared

RODNEY N. HENSLEY. who, after first being duly sworn deposes and says:

1. My name is Rodney N. Hensley.

2. I have personal knowledge of the facts recited in this Affidavit.

3.  I worked as a Consumer Banker III in Brentwood, Tennessee until approximately June 30, 1997. At that time, I was transferred to an In-Store Banker position at the Harris-Teeter Supermarket in Brentwood, Tennessee.

4.  As an in-store banker, I performed the exact same functions I had performed at the banking center, but performed them in the In-Store Bank at the Harris-Teeter supermarket instead of in the traditional banking center.

5.  My business card still stated that I was a consumer banker.

6.  Instead of a Consumer Banker III, I was an In-Store Banker II, and when I asked my regional executive, John Boydstein, or his assistant (Ellis Simmions), whose name I can not remember, what the difference was between a Consumer Banker III and an In-Store Banker II, one or both of them stated that there was no difference.

7.  To the best of my knowledge, I was one of the first In-Store Bankers in the State of Tennessee, which was piloting its In-Store Banker project after the one in Georgia.

8.  I remained an In-Store Banker at the Harris-Teeter location in Brentwood, Tennessee until January 15, 1999, when I left NationsBank's employ.

FURTHER AFFIANT SAYETH NAUGHT.

_____
RODNEY N. HENSLEY

SWORN TO AND SUBSCRIBED before me this 20th day of December, 2000, by RODNEY N. HENSLEY, who is personally known to me, or who produced Tenn. Drivers License as identification, and who did take an oath.

_____
Notary Public
My Commission Expires:

Sherry L. Rahl
Acknowledger's Name Stamped,
Typed or Printed

Tipton County Notary
Howard Co. Residence
Exp Feb, 6, 2008