UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS/SNOW

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,

    Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,
_____/



## PLAINTIFF'S SUPPLEMENTAL RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COME NOW the Plaintiffs, ROXANNA ESCUDERO, et al., by and through their undersigned counsel, and pursuant to Local General Rule 7.1.C, hereby file their Supplemental Response to Defendant's Motion for Summary Judgment, as follows:

1. On or about October 23, 2000, Defendant filed its Motion for Summary Judgment and Incorporated Memorandum of Law.

2. On or about November 22, 2000, Plaintiffs filed their Final Response to Defendant's Motion for Summary Judgment.

3. At the time Plaintiff's Final Response was prepared, Plaintiff's counsel was provided information from opt-in Plaintiff June McKinley that she was employed by NationsBank until June 1998 as a Consumer Banker II, III, or IV, thus rendering her "similarly situated" to the named Plaintiffs and eligible to participate in this lawsuit as an opt-in Plaintiff.



4.  Ms. McKinley, upon further reflection, has now confirmed NationsBank's assertion that she was not employed as a Consumer Banker II, III or IV during the relevant period of time for the instant case, to wit, on or after December 17, 1997.

5.  Indeed, filed concurrently with this Supplemental Response is Plaintiff's Notice of Withdrawal of Consent to Opt-In.

6.  Accordingly, Defendant's Motion for Summary Judgment with respect to June McKinley is now moot.[1]

> Respectfully submitted,
>
> MUCHNICK, WASSERMAN, DOLIN & LEVINE, LLP
> Attorneys for Plaintiffs
> 4000 Hollywood Blvd.
> Suite 620 North
> Hollywood, Florida 33021
> (954) 989-8100–Broward
> (305) 624-9100–Dade
> (954) 989-8700–Facsimile
> E-mail: aschotiner@mwdl-law.com
> E-mail: eshulnick@mwdl-law.com
>
> By: _____
> ADAM S. CHOTINER, ESQ.
> Fla. Bar No.
> ELISSA S. HULNICK, ESQ.
> Fla. Bar No. 0315000
>
> and
>
> BOIES, SCHILLER & FLEXNER, LLP
> 2435 Hollywood Blvd.
> Hollywood, Florida 33020

---

[1] By submitting Plaintiffs' Supplemental Response in this form, Plaintiffs do not intend to ignore the requirements of Local General Rule 7.5. Plaintiffs do not believe that a separate statement of facts is necessary. Moreover, no memorandum of law should be required inasmuch as Plaintiffs are now not opposing Defendant's Motion for Summary Judgment with regard to opt-in Plaintiff June McKinley.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail and Facsimile, this _27_ day of December, 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220, and Richard F. Kane, Esq., McGuireWoods, 3700 NationsBank Plaza, 101 South Tyron Street, Charlotte, NC 28280.

By: _____
ADAM S. CHOTINER, ESQ.