UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-06145-CIV-DIMITROULEAS/Johnson

| | |
|---|---|
| ROXANNA L. ESCUDERO, and <br> KIMBERLY DRAKE, on behalf of <br> themselves and all others similarly <br> situated, | ) <br> ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| vs. | ) <br> ) |
| BANKAMERICA CORPORATION, <br> a foreign corporation d/b/a <br> BANK OF AMERICA CORPORATION, <br> a foreign corporation, f/k/a <br> NATIONSBANK, N.A., a national <br> association, | ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |



### NationsBank's Unopposed Motion
### for Extension of Time in Which to Reply to Plaintiffs' Second
### Amended Final Response to NationsBank's Motion for Summary Judgment

Pursuant to Local Rule 7.1.A.1(j) and Fed. R. Civ. P. 6(b), defendants Bank of America Corporation (f/k/a BankAmerica Corporation) and Bank of America, N.A. (f/k/a NationsBank, N.A.)(collectively referred to herein as "NationsBank"), hereby request the Court to enter an order enlarging the time within which it must file its reply to Plaintiffs' Second Amended Final Response to NationsBank's Motion for Summary Judgment

1



(hereinafter "Second Amended Final Response") until and through January 8, 2001. NationsBank states as follows in support of this unopposed Motion:

1. On December 19, 2000, plaintiffs served upon NationsBank's counsel their Second Amended Final Response. Plaintiffs' Response was premised upon the anticipated affidavit of Rodney N. Hensley, which affidavit was not served upon NationsBank's counsel until December 21, 2000.

2. Under Local Rule 7.1.C.1., NationsBank's Reply to plaintiffs' Second Amended Final Response is due on December 29, 2000.

3. Based upon the two intervening weekend days and holiday since the filing of plaintiffs' Second Amended Final Response, and the subsequent filing of the affidavit upon which the Second Amended Final Response is based, NationsBank requests an extension of time until January 8, 2001, within which to file a reply to plaintiffs' Second Amended Final Response.

4. Pursuant to Local Rule 7.1.A.3, NationsBank's counsel has conferred with plaintiffs' counsel regarding this Motion for Extension. Plaintiffs' counsel has authorized NationsBank to represent to the Court that the Plaintiffs have no objection to this Motion, and do not oppose an extension of time until and through January 8, 2001, within which NationsBank may file its reply to Plaintiffs' Second Amended Final Response.

5. This Motion is not made for the purposes of harassment or delay, nor will it prejudice plaintiffs in any respect.

WHEREFORE, NationsBank requests the Court to enter an order enlarging the time within which it must file its reply to plaintiffs' Second Amended Final Response to NationsBank's Motion for Summary Judgment until and through January 8, 2001.

This the 29th day of December, 2000.

Michael T. Burke
Florida Bar No. 338771
JOHNSON, ANSELMO, MURDOCH, BURKE
 & GEORGE, P.A.
790 East Broward Blvd., Suite 400
Post Office Box 030220
Fort Lauderdale, Florida 33303-0220
Facsimile:   954/463-2444
Telephone:  954/463-0100 Broward
            305/945-2000 Dade
            561/640-7448 WPB

Richard F. Kane, NC State Bar # 5694
Bruce M. Steen, VA State Bar # 31062
McGUIREWOODS LLP
3700 Bank of America Plaza
Charlotte, North Carolina 28280
(704) 373-8999 FAX 704-373-8990

**Attorneys for NationsBank, N.A.**

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing "**NationsBank's Unopposed Motion for Extension of Time in Which to Reply to Plaintiffs' Second Amended Final Response to NationsBank's Motion for Summary Judgment**" in the above-captioned proceeding has been served this day by U.S. mail, postage prepaid, upon plaintiffs' counsel as listed below:

>   Susan L. Dolin, Esq.
>   Adam S. Chotiner, Esq.
>   Muchnick, Wasserman, Dolin & Levine, LLP
>   Presidential Circle Building, Suite 620 North
>   4000 Hollywood Blvd.
>   Hollywood, FL 33021

>   Caryl Boies, Esq.
>   Anne E. Hinds, Esq.
>   Boies, Schiller & Flexner, LLP
>   2435 Hollywood Boulevard, Suite 200
>   Hollywood, FL 33020

This the 29th day of December, 2000.

_____
Michael T. Burke