UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-06145-CIV-DIMITROULEAS/Johnson

ROXANNA L. ESCUDERO, et al.                )
                                           )
                    Plaintiffs,            )
                                           )
        vs.                                )
                                           )
BANKAMERICA CORPORATION, et al.            )
                                           )
                    Defendants.            )
_____)

## Order on NationsBank's Unopposed Motion
### for Extension of Time in Which to Reply to Plaintiffs' Second
### Amended Final Response to NationsBank's Motion for Summary Judgment

THIS CAUSE came before the Court upon Defendant NationsBank's Unopposed

Motion for Extension of Time in Which to Reply to Plaintiffs' Second Amended Final

Response to NationsBank's Motion for Summary Judgment, and the Court being otherwise

fully advised in the premises, finds that good cause exists for granting NationsBank's motion

to extend the time within which it must file its Reply.

IT IS, THEREFORE, ORDERED AND ADJUDGED that defendant NationsBank

shall have until and through January 8, 2001, within which to file its Reply to Plaintiffs'

Second Amended Final Response to NationsBank's Motion for Summary Judgment.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida this _____ day of

_____, 201.

Copies to:                                United States District Judge
    Michael T. Burke
    Susan L. Dolin
    Caryl Boies
    Richard F. Kane