UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,

    Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,

    Defendant.

_____/



## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THEIR REPLY MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO AMEND COMPLAINT TO ADD PLAINTIFF, RODNEY N. HENSLEY

COMES NOW the Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated, by and through their undersigned counsel, hereby files their Unopposed Motion for Extension of Time to File Their Reply Memorandum of Law In Support of Their Motion to Amend Complaint to Add Plaintiff, Rodney N. Hensley and in support therefor states as follows:

1. On or about December 20, 2000, Plaintiffs filed their Motion to Amend Complaint To Add Plaintiff, Rodney N. Hensley.

2. On or about January 8, 2001, Defendant filed its Response to Plaintiff's Motion To Amend Complaint to Add Plaintiff, Rodney N. Hensley.



*Patterson v. Fidelity Laboratories, Inc., et al.*
00-7130-CIV-MORENO

3.     Pursuant to Local General Rule 7.1.C, Plaintiff's Reply Memorandum of Law In Support of Their Motion to Amend Complaint to Add Plaintiff Rodney N. Hensley is due on or before January 19, 2001.

4.     Due to the press of other pending federal and state court matters, Plaintiff's undersigned counsel is unable to formulate and file its Reply Memorandum of Law In Support of Their Motion to Amend Complaint to Add Plaintiff Rodney N. Hensley by January 19, 2001.

5.     Accordingly, Plaintiff respectfully requests a modest enlargement of time of one (1) week within which to file their Reply Memorandum of Law In Support of Their Motion to Amend Complaint to Add Plaintiff Rodney N. Hensley on or before January 26, 2001.

6.     Pursuant to Local General Rule 7.1.A.3, Plaintiffs' counsel has contacted Defendant's counsel with respect to the instant motion. Defendant's counsel has authorized Plaintiffs' to represent that Defendant has no objection to the enlargement of time requested herein.

7.     This Motion is not being filed for purposes of delay or harassment, or any other improper purpose here. In addition, none of the parties will be prejudice should this Court grant the instant Motion.

WHEREFORE, Plaintiff, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, on behalf of themselves and all other similarly situated, respectfully requests that this Court

2

*Patterson v. Fidelity Laboratories, Inc., et al.*
00-7130-CIV-MORENO

grant their Unopposed Motion for Extension of Time to File Their Reply Memorandum of Law in Support of Their Motion to Amend Complaint to Add Plaintiff, Rodney N. Hensley, enter an Order enlarging the time Plaintiffs have to file their Reply Memorandum of Law in Support of Their Motion to Amend Complaint to Add Plaintiff, Rodney N. Hensley, up through and including January 26, 2001, and take such further action as is just and proper.

Respectfully submitted,

MUCHNICK, WASSERMAN, DOLIN
& LEVINE, LLP
Attorneys for Plaintiff
4000 Hollywood Blvd., Ste. 620 North
Hollywood, Florida 33021
(954) 989-8100 Broward
(305) 624-9100 Dade
(954) 989-8700 Facsimile

By: _____
ADAM S. CHOTINER, ESQ.
Fla. Bar No. 0146315
E-mail: aschotiner@mwdl-law.com

3

*Patterson v. Fidelity Laboratories, Inc., et al.*
00-7130-CIV-MORENO

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 19th day of January, 2001 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane, Esq., McGuireWoods, 3700 NationsBank Plaza, 101 South Tyron Street, Charlotte, NC 28280.

By: _____
ADAM S. CHOTINER, ESQ.

F:\WPDOCS\~ASC\Escudero\Pleading\Mtn.Ext.Time.wpd

4