UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,

    Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,

    Defendant.

_____/



### ORDER ON PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THEIR REPLY MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO AMEND COMPLAINT TO ADD PLAINTIFF, RODNEY N. HENSLEY

THIS CAUSE came on before the Court on the Plaintiff's Unopposed Motion for Extension of Time to File Their Reply Memorandum of Law in Support of Their Motion to Amend Complaint to Add Plaintiff, Rodney N. Hensley, and after having reviewed the Motion and being otherwise fully advised in the Premises, it is hereupon,

ORDERED AND ADJUDGED Plaintiff's Unopposed Motion for Extension of Time to File Their Reply Memorandum of Law in Support of Their Motion to Amend Complaint to Add Plaintiff, Rodney N. Hensley up to and including January 26, 2001 is hereby GRANTED.



*Escudero, et al. v. BankAmerica Corp., et al*
*Case No. 00-06145-CIV-DIMITROULEAS*

DONE and ORDERED at Miami-Dade County, Miami, Florida, this 19 day of January, 2001.

UNITED STATES DISTRICT JUDGE

Copies furnished to:
Adam S. Chotiner, Esq.
Richard Kane, Esq.
Michael Burke, Esq.