

FILING FEE PAID $150
In Forma Pauperis
Clarence Maddox, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Johnson

| | |
|---|---|
| ROXANNA L. ESCUDERO, and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| BANKAMERICA CORPORATION, a foreign corporation d/b/a BANK OF AMERICA CORPORATION, a foreign corporation, f/k/a NATIONSBANK, N.A., a national association, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

### ATTORNEY J. MARK LANGDON'S
### MOTION TO PERMIT LIMITED APPEARANCE

The undersigned attorney, J. MARK LANGDON, pursuant to Rule 4(B) of the Special Rules Governing the Admission and Practice of Attorneys for the United States District Court, Southern District of Florida, requests that said Court enter an Order permitting him to appear and participate in the above-styled action, on behalf of the Defendant, and as grounds therefore would show:

1. I am a member in good standing of the Bar of the State of North Carolina. I am admitted to practice in the Courts of North Carolina and the United States District Courts for the Eastern, Middle and Western Districts of North Carolina. I am not admitted



to practice in the United States District Court for the Southern District of Florida, and seek permission to appear and participate in the above-styled action. I am an associate in the law firm of McGuireWoods LLP. I have worked closely on the above-styled action with Richard F. Kane, Esquire, and Bruce M. Steen, Esquire, both of whom are partners at McGuireWoods LLP and have been previously authorized by this Court to appear in this action.

2. I hereby certify that I have studied the Local Rules of the United States District Court, Southern District of Florida, and I agree to abide thereby in my practice of law before this Court in the above-styled action.

3. Attorney Michael T. Burke, a member of the trial bar of this Court, maintains an office in this District for the practice of law, and is designated as local counsel. The Court and opposing counsel may readily communicate regarding the conduct of the case and may serve papers on Mr. Burke on behalf of Defendants. Attorney Michael T. Burke's written statement consenting to the designation is attached hereto.

WHEREFORE, Attorney J. Mark Langdon requests that the Court enter an Order permitting his limited appearance to participate and appear on behalf of the Defendants in the above-styled action.

Escudero, et al., v. Bank of America
Case No. 00-06145-CIV-DIMITROULEAS/JOHNSON

This the 25th day of January, 2001.

*J. Mark Langdon*

J. Mark Langdon, NC State Bar #19359
McGuireWoods LLP
3700 Bank of America Plaza
101 S. Tryon Street
Charlotte, North Carolina 28280
(704) 373-8999; FAX 704-373-8990

-3-

Escudero, et al., v. Bank of America
Case No. 00-06145-CIV-DIMITROULEAS/JOHNSON

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing "**Attorney J. Mark's Langdon's Motion to Permit Limited Appearance**" in the above-captioned proceeding has been served this day by U.S. mail, postage prepaid, upon plaintiffs' counsel as listed below:

>Susan L. Dolin, Esquire
>Adam S. Chotiner, Esquire
>Muchnick, Wasserman, Dolin & Levine, LLP
>Presidential Circle Building, Suite 620 North
>4000 Hollywood Blvd.
>Hollywood, FL 33021
>
>Caryl Boies, Esquire
>Anne E. Hinds, Esquire
>Boies, Schiler & Flexner, LLP
>243 Hollywood Boulevard, Suite 200
>Hollywood, FL 33020

This the 26* day of January, 2001.

Michael T. Burke