UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION



Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Johnson

ROXANNA L. ESCUDERO, and )
KIMBERLY DRAKE, on behalf of )
themselves and all others similarly )
situated, )
 )
            Plaintiffs, )
 )
vs. )
 )
BANKAMERICA CORPORATION, )
a foreign corporation d/b/a )
BANK OF AMERICA CORPORATION, )
a foreign corporation, f/k/a )
NATIONSBANK, N.A., a national )
association, )
 )
            Defendants. )

## CONSENT TO DESIGNATION AS LOCAL COUNSEL

The undersigned attorney, MICHAEL T. BURKE, a member in good standing of the Trial Bar of this Court who maintains an office in this District for the practice of law, consents to be designated as local counsel with Attorney J. Mark Langdon, on behalf of the Defendants, in the above-styled action.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail to **SUSAN L. DOLIN** and **ADAM S. CHOTINER, Esq.,** Muchnick, Wasserman, Dolin & Levine, LLP, Suite 620 North, Presidential Circle, 4000 Hollywood Boulevard, Hollywood, Florida 33021, and **CARYL BOIES, Esq., and**



Escudero, et al., v. Bank of America
Case No. 00-06145-CIV-DIMITROULEAS/JOHNSON

**ANNE E. HINDS, Esq.,** Boies, Schiller and Flexner, LLP, 2435 Hollywood Boulevard, Suite 200, Hollywood, FL 33020.

This the 26th day of January, 2001.

BY: _____
Michael T. Burke
Florida Bar No. 338771
JOHNSON, ANSELMO, MURDOCH, BURKE
& GEORGE, P.A.
790 East Broward Blvd., Suite 400
Post Office Box 030220
Fort Lauderdale, Florida 33303-0220
Facsimile: 954/463-2444
Telephone: 954/463-0100 Broward
              305/945-2000 Dade
              561/640-7448 WPB

**Attorneys for Bank of America Corporation and Bank of America, N.A.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing "**Consent to Designation as Local Counsel**" in the above-captioned proceeding has been served this day by U.S. mail, postage prepaid, upon plaintiffs' counsel as listed below:

>Susan L. Dolin, Esquire
>Adam S. Chotiner, Esquire
>Muchnick, Wasserman, Dolin & Levine, LLP
>Presidential Circle Building, Suite 620 North
>4000 Hollywood Blvd.
>Hollywood, FL 33021
>
>Caryl Boies, Esquire
>Anne E. Hinds, Esquire
>Boies, Schiler & Flexner, LLP
>243 Hollywood Boulevard, Suite 200
>Hollywood, FL 33020

This the 26th day of January, 2001.

_____
Michael T. Burke