UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS/JOHNSON

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,
    Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,
    Defendant.

_____/

### PLAINTIFF JUAN C. VALDEZ, SR.'S
### NOTICE OF WITHDRAWAL OF CONSENT TO OPT-IN

COMES NOW the Plaintiff, JUAN C. VALDEZ, SR., by and through undersigned counsel, and hereby notifies this Honorable Court that he wishes to withdraw, and does hereby withdraw, his previously filed Consent to Become a Party Plaintiff in the captioned litigation.

Respectfully submitted,

MUCHNICK, WASSERMAN, DOLIN
& LEVINE, LLP
Attorneys for Plaintiffs
4000 Hollywood Boulevard, Ste 620N
Hollywood, FL 33021
(954) 989-8100 - Broward
(305) 624-9100 - Dade
(954) 989-8700 - Fax



By: _____
SUSAN L. DOLIN, ESQ.
FBN: 708690
ADAM S. CHOTINER, ESQ.
Fla. Bar No. 0146315

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 27TH day of January, 2001 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane, Esq., McGuireWoods, 3700 NationsBank Plaza, 101 South Tyron Street, Charlotte, NC 28280.

By: _____
ADAM S. CHOTINER, ESQ.
E-Mail: aschotiner@mwdl-law.com

F:\WPDOCS\~ASC\Escudero\Opt-Ins\n-filingwithdrawal.blackmon.wpd