UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS/JOHNSON

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,
    Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,
    Defendant.

_____/



## PLAINTIFF MARILYN BLACKMON'S
## NOTICE OF WITHDRAWAL OF AFFIDAVIT AND CONSENT TO OPT-IN

COMES NOW the Plaintiff, MARILYN BLACKMON, by and through undersigned

counsel, and hereby notifies this Honorable Court that she wishes to withdraw, and does

hereby withdraw, her previously filed Consent to Become a Party Plaintiff in the captioned

litigation, as well as the affidavit filed in support of the Motion for Notification.

Respectfully submitted,

MUCHNICK, WASSERMAN, DOLIN
& LEVINE, LLP
Attorneys for Plaintiffs
4000 Hollywood Boulevard, Ste 620N
Hollywood, FL 33021
(954) 989-8100 - Broward
(305) 624-9100 - Dade
(954) 989-8700 - Fax



By: _____

SUSAN L. DOLIN, ESQ.
FBN: 708690
ADAM S. CHOTINER, ESQ.
Fla. Bar No. 0146315

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S.

Mail this ²⁷ᵀᴴ day of January, 2001 to: Michael T. Burke, Esq., Johnson, Anselmo et al.,

790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard

F. Kane, Esq., McGuireWoods, 3700 NationsBank Plaza, 101 South Tyron Street,

Charlotte, NC 28280.

By: _____

ADAM S. CHOTINER, ESQ.
E-Mail: aschotiner@mwdl-law.com

F:\WPDOCS\~ASC\Escudero\Opt-Ins\n-filingwithdrawal blackmon.wpd