UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Johnson

ROXANNA L. ESCUDERO, and )
KIMBERLY DRAKE, on behalf of )
themselves and all others similarly )
situated, )
 )
          Plaintiffs, )
 )
vs. )
 )
BANKAMERICA CORPORATION, )
a foreign corporation d/b/a )
BANK OF AMERICA CORPORATION, )
a foreign corporation, f/k/a )
NATIONSBANK, N.A., a national )
association, )
 )
          Defendants. )

### ORDER PERMITTING LIMITED APPEARANCE OF
### J. MARK LANGDON

THIS CAUSE having come before the Court upon Attorney J. Mark Langdon's Motion to Permit Limited Appearance, and after being duly advised in the premises, it is

ORDERED AND ADJUDGED that Attorney Langdon's Motion to Permit Limited Appearance be and the same is hereby **GRANTED**.

DONE AND ORDERED in Chambers at Ft. Lauderdale, Florida, this the 29 day of January, 2001.

U. S. DISTRICT COURT JUDGE

Copies Furnished:

MICHAEL T. BURKE, ESQ.
J. MARK LANGDON, ESQ.
⌈DANIEL R. LEVINE, ESQ.
⌊SUSAN L. DOLIN, ESQ.
⌈CARYL BOIES, ESQ.
⌊ANNE E. HINES, ESQ.