**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6145-CIV-DIMITROULEAS/JOHNSON

ROXANNA L. ESCUDERO, et al,

    Plaintiff,

vs

BANKAMERICA CORPORATION, etc.,

    Defendant.

_____/

FILED by _____ D.C.
JAN 30 2001
CLERK U.S. DIST. CT.
S.D. OF FLA. • W.P.B.

### ORDER

**THIS CAUSE** is before the Court on Plaintiffs' Emergency Motion for Protective Order and Incorporated Memorandum of aw, filed January 24, 2001. This Court has reviewed the pleadings filed incident to this matter and is otherwise duly advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that said motion is **GRANTED**. The depositions currently set of all opt-in plaintiffs, if allowable at all, is premature at this time. Plaintiffs have offered to allow Defendant to propound written interrogatories to the opt-in plaintiffs. This form of discovery, under the circumstances herein, should precede any discovery by deposition that may be permitted in this case.

**DONE AND ORDERED** on January 30, 2001, in Chambers, at West Palm Beach, Florida.

LINNEA R. JOHNSON
CHIEF UNITED STATES MAGISTRATE JUDGE

CC:  The Honorable William P. Dimitrouleas
      Susan L. Dolin, Esquire
      Caryl Boies, Esquire
      Richard Kane, Esquire
      Michael T. Burke, Esquire

