**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6145-CIV-DIMITROULEAS/JOHNSON

ROXANNA L. ESCUDERO, et al,

    Plaintiff,

vs

BANKAMERICA CORPORATION, etc.,

    Defendant.

_____/

FILED by _____ D.C.
FEB - 6 2001
CLERK U.S. DIST. CT.
S.D. OF FLA. W.P.B.

## ORDER

**THIS CAUSE** is before the Court on Plaintiffs' Emergency Motion for Protective Order and Incorporated Memorandum of Law, filed January 31, 2001. This Court has reviewed the pleadings filed incident to this matter and is otherwise duly advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that said motion is **GRANTED** in accordance with this Court's Order of January 30, 2001.

**DONE AND ORDERED** on February 6, 2001, in Chambers, at West Palm Beach, Florida.

                                          LINNEA R. JOHNSON
                                          CHIEF UNITED STATES MAGISTRATE JUDGE

CC:    The Honorable William P. Dimitrouleas
        Susan L. Dolin, Esquire
        Caryl Boies, Esquire
        Richard Kane, Esquire
        Michael T. Burke, Esquire