UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Johnson

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,

Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national
association,

Defendants.
_____/

## PLAINTIFFS' NOTICE OF WITHDRAWAL OF OPT-IN PLAINTIFFS

COME NOW the Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated, and hereby notifies the Court that the following persons who have previously opted in to the above-referenced litigation and hereby withdraw from the litigation for reasons unrelated to the merits of their claims herein:

1. Rodney Hensley
2. Jacqueline Mintz
3. Cari Ford
4. Michelle A. Barnett



5. Carrie Barnette

6. Henry Calvillo

7. Barbara Fleming

8. Linda Grant

9. Stephanie Strozier

10. Susie S. Reynolds

               Respectfully submitted,

               MUCHNICK, WASSERMAN, DOLIN
               & LEVINE, LLP
               Attorneys for Plaintiffs
               4000 Hollywood Boulevard, Ste 620N
               Hollywood, FL 33021
               (954) 989-8100 - Broward
               (305) 624-9100 - Dade
               (954) 989-8700 - Fax

By: *Susan L. Dolin* (signature)
               SUSAN L. DOLIN, ESQ.
               Fla. Bar No. 708690

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this _7_ day of _February_, 2001 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220, and Richard F. Kane, Esq., McGuireWoods LLP, 3700 NationsBank Plaza, 101 South Tyron Street, Charlotte, NC 28280, and BOIES, SCHILLER & FLEXNER, LLP, 2435 Hollywood Boulevard, Hollywood, Florida 33020, and Mark J. Langdon, Esq., McGuireWoods LLP, 3700 Bank of America Plaza, 101 South Tryon Street, Charlotte, NC 28280.

By: Susan L. Dolin
SUSAN L. DOLIN, ESQ.
E-mail: sldolin@mwdl-law.com

F:\WPDOCS\~ASC\Escudero\Pleading\WITHDRAWAL NOT.2.wpd