UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,

    Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NationsBank, N.A., a national association,

    Defendant.

_____/



## PLAINTIFFS' NOTICE OF NON-OPPOSITION TO PENDING MOTION FOR SUMMARY JUDGMENT

COME NOW the Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated, by and through their undersigned counsel, and hereby file this Notice to the Court that they no longer have any opposition to the Defendant's pending Motion for Summary Judgment, as the opt-in plaintiffs at issue have withdrawn from the instant case for reasons unrelated to the merits of their claims therein.

    Respectfully submitted,

    MUCHNICK, WASSERMAN, DOLIN &
    LEVINE, LLP
    Attorneys for Plaintiff
    4000 Hollywood Boulevard, Suite 620 North
    Hollywood, Florida 33021
    (954) 989-8100 - Broward



*Escudero, et al.v. BankAmerica Corporation, etc.*
Case No. 00-06145-Civ-Dimitrouleas

(305) 624-9100 - Dade

By: _____
SUSAN L. DOLIN, ESQ.
Fla. Bar No. 708690
ELISSA S. HULNICK, ESQ.
Fla. Bar No.: 0315000

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. mail to: Richard F. Kane, Esq., McGUIRE WOODS, 3700 NationsBank Plaza, Charlotte, North Carolina 28280; Michael T. Burke, Esq., JOHNSON, ANSELMO, MURDOCH, BURKE & GEORGE, P.A., 790 East Broward Blvd., Suite 400, P.O. Box 030220, Ft. Lauderdale, Florida 33303-0220, and Caryl Boies, Esq. , BOIES SCHILLER & FLEXNER, LLP, 2435 Hollywood Blvd., Hollywood, Florida 33020 on this __7__ day of February, 2001.

MUCHNICK, WASSERMAN, DOLIN & LEVINE, LLP
Attorneys for Plaintiff
4000 Hollywood Boulevard, Suite 620 North
Hollywood, Florida 33021
(954) 989-8100 - Broward
(305) 624-9100 - Dade

By: _____
SUSAN L. DOLIN, ESQ.
Fla. Bar No. 708690
ELISSA S. HULNICK, ESQ.
Fla. Bar No.: 0315000