UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,

    Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NationsBank, N.A., a national association,

    Defendant.



_____/

### PLAINTIFFS' SUGGESTION OF MOOTNESS OF THEIR MOTION TO AMEND COMPLAINT TO ADD PLAINTIFF, RODNEY N. HENSLEY AND INCORPORATED MEMORANDUM OF LAW

COME NOW the Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated, by and through their undersigned counsel, and hereby file this suggestion of mootness as to the pending Motion to Amend Complaint to Add Plaintiff, RODNEY HENSLEY, and as grounds therefor, state that HENSLEY has withdrawn as a party plaintiff in the instant matter, and therefore all claims as to him are moot. However, the Plaintiffs remind the Court that the issues raised thereby–that of the inclusion of all persons similarly situated to the Plaintiffs–is still an issue to be dealt with in the Motion for Notification.

Respectfully submitted,



*Escudero, et al.v. BankAmerica Corporation, etc.*
Case No. 00-06145-Civ-Dimitrouleas

MUCHNICK, WASSERMAN, DOLIN &
LEVINE, LLP
Attorneys for Plaintiff
4000 Hollywood Boulevard, Suite 620 North
Hollywood, Florida 33021
(954) 989-8100 - Broward
(305) 624-9100 - Dade

By: *[signature]*

SUSAN L. DOLIN, ESQ.
Fla. Bar No. 708690
ELISSA S. HULNICK, ESQ.
Fla. Bar No.: 0315000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. mail to: Richard F. Kane, Esq., McGUIRE WOODS, 3700 NationsBank Plaza, Charlotte, North Carolina 28280; Michael T. Burke, Esq., JOHNSON, ANSELMO, MURDOCH, BURKE & GEORGE, P.A., 790 East Broward Blvd., Suite 400, P.O. Box 030220, Ft. Lauderdale, Florida 33303-0220, and Caryl Boies, Esq. , BOIES SCHILLER & FLEXNER, LLP, 2435 Hollywood Blvd., Hollywood, Florida 33020 on this __7__ day of February, 2001. *

*and to J. Mark Langdon,
Esq., McGuireWoods, LLP,
3700 Bank of America Plaza
101 South Tryon Street
Charlotte, NC 28280.

MUCHNICK, WASSERMAN, DOLIN &
LEVINE, LLP
Attorneys for Plaintiff
4000 Hollywood Boulevard, Suite 620 North
Hollywood, Florida 33021
(954) 989-8100 - Broward
(305) 624-9100 - Dade

*Escudero, et al.v. BankAmerica Corporation, etc.*
Case No. 00-06145-Civ-Dimitrouleas

By: ___/s/ Susan L. Dolin___
SUSAN L. DOLIN, ESQ.
Fla. Bar No. 708690
ELISSA S. HULNICK, ESQ.
Fla. Bar No.: 0315000