UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Johnson

ROXANNA L. ESCUDERO, an
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,
    Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,
    Defendant.



_____/

## NOTICE OF FILING

COME NOW the Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, by and through their undersigned counsel, and notify this Court of the following filing:

1. Consent to Become a Party Plaintiff pursuant to 29 U.S.C. §216(b) of Mary Ann O'Connor.

        MUCHNICK, WASSERMAN, DOLIN
        & LEVINE, LLP
        Attorneys for Plaintiffs
        4000 Hollywood Boulevard, Ste 620N
        Hollywood, FL 33021
        (954) 989-8100 - Broward
        (305) 624-9100 - Dade
        (954) 989-8700 - Fax

By: _____
    SUSAN L. DOLIN, ESQ.
    Fla. Bar No. 708690
    ADAM S. CHOTINER, ESQ.
    Fla. Bar No. 0146315



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 8th day of February, 2001, to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane, Esq., McGuireWoods, 3700 NationsBank Plaza, 101 South Tyron Street, Charlotte, NC 28280, and Mark J. Langdon, Esq., McGuireWoods LLP, 3700 Bank of America Plaza, 101 South Tryon Street, Charlotte, NC 28280.

By: _____
SUSAN L. DOLIN, ESQ.
E-Mail: sldolin@mwdl-law.com

F:\WPDOCS\~ASC\Escudero\Opt-Ins\N-Filing Consent O'Connor.wpd