UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
*00-6145*
Case No. 98-06306-CIV-DIMITROULEAS
Magistrate Judge Snow

| | |
|---|---|
| ROXANA L. ESCUDERO, and. ) | |
| KIMBERLY DRAKE, on behalf ) | |
| of themselves and all others ) | |
| Similarly situated, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| BANKAMERICA CORPORATION, ) | |
| A foreign corporation d/b/a ) | |
| BANK OF AMERICA CORPORATION, ) | |
| A foreign corporation, f/k/a ) | |
| NATIONSBANK, N.A., a national ) | |
| association ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### NationsBank's Unopposed Motion for Extension of Time in
### Which to Respond to Plaintiffs' Motion to Compel Discovery

Pursuant to Local Rule 7.1.A.1(j) and Fed. R. Civ. P. 6(b), defendants Bank of America

Corporation (f/k/a BankAmerica Corporation) and Bank of America, N.A. (f/k/a NationBank,

N.A.) (collectively referred to herein as "NationsBank"), hereby request the Court to enter an

order enlarging the time within which it must file its response to Plaintiffs' Motion to Compel

Discovery (hereinafter "Motion to Compel Discovery") until and through February 26, 2001.

NationsBank states as follows in support of this unopposed Motion:



1.      On January 31, 2001, plaintiffs served NationsBank's counsel their Motion to Compel Discovery upon NationsBank's counsel, which motion sought to compel supplemental responses from NationsBank to specific requests for production contained in Plaintiffs' First and Second Request for Production.

2.      Under Local Rule 7.1.C.1., NationsBank's Reply to Plaintiffs' Motion to Compel Discovery is due on February 16, 2001.

3.      Because of the nature of the information and documentation originally sought by Plaintiffs in their First and Second Request for Production, and need to contact multiple sources to determine the status of ongoing searches for the information, NationsBank needs additional time within which to prepare its Response to Plaintiffs' Motion to Compel Discovery.

4.      Pursuant to Local Rule 7.1.A.3., NationsBank's counsel has conferred with plaintiffs' counsel regarding this Motion for Extension. Plaintiffs' counsel has authorized NationsBank to represent to the Court that the Plaintiffs have no objection to this Motion, and do not oppose an extension of time until and through February 26, 2001, within which NationsBank may file its reply to Plaintiffs' Motion to Compel Discovery.

5.      This Motion is not made for the purposes of harassment or delay, nor will it prejudice Plaintiffs in any respect.

WHEREFORE, NationsBank requests the Court to enter an order enlarging the time within which it must file its reply to Plaintiffs' Motion to Compel Discovery until and through February 26, 2001.

This the 14th day of February, 2001.

_____
Michael T. Burke
Florida Bar No. 338771
JOHNSON, ANSELMO, MURDOCH, BURKE
 & GEORGE, P.A.
790 East Broward Blvd., Suite 400
Post Office Box 030220
Fort Lauderdale, Florida 33303-0220
Facsimile:    954/463-2444
Telephone:  954/463-0100 Broward
                    305/945-2000 Dade
                    561/640-7448 WPB

Richard F. Kane, NC State Bar # 5694
Bruce M. Steen, VA State Bar # 31062
McGUIRE, WOODS, BATTLE & BOOTHE LLP
3700 Bank of America Plaza
Charlotte, North Carolina 28280
(704) 373-8999 FAX 704-373-8990

Attorneys for NationsBank, N.A.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **NationsBank's Unopposed Motion for Extension of Time in Which to Respond to Plaintiffs' Motion to Compel Discovery** in the above-captioned proceeding has been served this day by U.S. mail, postage prepaid, upon the Plaintiff's counsel as listed below:

>Susan L. Dolin, Esq.
>Daniel R. Levine, Esq.
>Muchnick, Wasserman, Dolin & Levine, LLP
>Presidential Circle Building, Suite 620 North
>4000 Hollywood Blvd.
>Hollywood, FL 33021
>
>Caryl Boies, Esq.
>Anne E. Hinds, Esq.
>Boies, Schiller & Flexner L.L.P.
>2435 Hollywood Boulevard, Suite 200
>Hollywood, FL 33020

This the 14th day of February, 2001.

_____
Michael T. Burke