cv-06145-LRJ    Document 183    Entered on FLSD Docket 02/16/2001    F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Linnea R. Johnson

FILED BY ___

2001 FEB 15  PM 1:41

CLERK, U.S. DIST. CT.
S.D. OF FLA-FTL

| | |
|---|---|
| ROXANNA L. ESCUDERO, and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | ) |
| vs. | ) |
| BANKAMERICA CORPORATION, a foreign corporation d/b/a BANK OF AMERICA CORPORATION, a foreign corporation, f/k/a NATIONSBANK, N.A., a national association, | )<br>)<br>)<br>)<br>)<br>) |
| Defendant | ) |

### JOINT MOTION FOR EXTENSION OF DISCOVERY, NEW SCHEDULING ORDER AND STATUS CONFERENCE

COME NOW the Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated, and Defendant, BANK OF AMERICA CORPORATION, by and through undersigned counsel, and hereby move this Honorable Court for an extension of discovery, a new scheduling order, and a status conference in the instant case, and show as follows:

1. Plaintiffs filed the above-referenced Complaint on January 31, 2000, pursuant to the Fair Labor standards Act, 29 U.S.C. §§ 201 *et. seq.* ("FLSA"), "on behalf of themselves and all others similarly situated."



Escudero , et al., v. Bank of America
Case No. 00-06145-CIV- DIMITROULEAS/JOHNSON

2. Plaintiffs alleged in their Complaint that they worked for NationsBank as Consumer Banker II's and III's; that NationsBank reclassified their positions as non-exempt for purposes of the FLSA in or about December 1997; and that between December 1997 and October 29, 1999, they and other similarly situated NationsBank employees worked "many times in excess" of 40 hours per week; and that NationsBank violated the FLSA by failing to pay them and other similarly situated employees overtime for hours worked in excess of forty (40) hours per week. See Complaint ¶¶ 8, 9, 11, 14 and 16.

3. The potential "class" of Plaintiffs, as set forth in the Plaintiffs' Complaint, would consist of all individuals who were "similarly situated" to the named Plaintiffs; i.e., all those persons who were in the position of Consumer Banker II, III or IV from December 1997 forward.

4. On or about August 21, 2000, Plaintiffs filed their Motion to Allow Notification of Potential Class Members of the instant lawsuit, which Motion was accompanied by various affidavits of opt-in Plaintiffs. There followed a motion by the Defendant for Rule 11 sanctions against the affiant opt-ins, amended or corrected affidavits by those affiants, and attempted discovery by both sides which has drawn objections and been the subject of motions. These motions are still pending.

5. Additionally, Defendant has filed a Motion for Summary Judgment as to certain of the opt-in Plaintiffs, which is unopposed. This motion is also pending.

6. For various reasons, the number of opt-in Plaintiffs so far in this litigation has gone from 114 to 38. The parties have agreed to the taking of certain depositions and the Court has authorized written interrogatories to be served upon the remaining opt-ins. It

is possible that written interrogatories will be followed by depositions. In addition, Plaintiffs have outstanding discovery requests. Further, the parties will certainly need additional time if notification is granted.

7. The parties have recently filed their consent to have this case heard by Magistrate Judge Johnson. With all of these outstanding motions pending, and the discovery issues still unresolved, the ends of justice will not be served if discovery is cut off as scheduled by the end of February.

WHEREFORE, the parties respectfully request this Honorable Court to grant an extension of the discovery cut-off; issue a new scheduling order; and hold a status conference in the instant case for the purposes of case management.

Respectfully submitted,

McGUIREWOODS LLP
Attorneys for Defendant
3700 Bank of America Plaza
101 South Tryon Street
Charlotte, North Carolina 28280
(704) 373-8999 Telephone
(704) 373-8990 Facsimile

By: _____
Richard F. Kane
NC State Bar No. 5694
rkane@mcguirewoods.com

MUCHNICK, WASSERMAN, DOLIN
& LEVINE, LLP
Attorneys for Plaintiffs
400 Hollywood Blvd., Suite 620N
Hollywood, Florida 33021
(954) 989-8100 Broward
(305) 624-9100 Dade
(954) 989-8700 Facsimile

_____
Susan L. Dolin
Fla. Bar No. 708690
sldolin@mwdl-law.com

-3-

Escudero, et al., v. Bank of America
Case No. 00-06145-CIV- DIMITROULEAS/JOHNSON

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 14th day of February, 2001, to: Michael T. Burke, Esq., JOHNSON, ANSELMO, MURDOCH, BURKE & GEORGE, 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220, Richard F. Kane, Esq., McGUIREWOODS LLP, 3700 Bank of America Plaza, 101 South Tryon Street, Charlotte, NC 28280, and BOIES, SCHILLER & FLEXNER, LLP, 2435 Hollywood Boulevard, Hollywood, Florida 33020.

SUSAN L. DOLIN, ESQ.
Fla. Bar No. 708690