UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 98-06306-CIV-DIMITROULEAS
*00-6145*
Magistrate Judge Snow

ROXANA L. ESCUDERO, and. )
KIMBERLY DRAKE, on behalf )
of themselves and all others )
Similarly situated, )
)
        Plaintiffs, )
)
vs. )
)
BANKAMERICA CORPORATION, )
A foreign corporation d/b/a )
BANK OF AMERICA CORPORATION, )
A foreign corporation, f/k/a )
NATIONSBANK, N.A., a national )
association )
)
        Defendant. )
_____)

FILED by _____ D.C.

FEB 15 2001

CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### Order on
### NationsBank's Unopposed Motion for Extension of Time in
### Which to Respond to Plaintiffs' Motion to Compel Discovery

THIS CAUSE came before the Court upon Defendant NationsBank's Unopposed Motion for Extension of Time in Which to Respond to Plaintiffs' Motion to Compel Discovery, and the Court being otherwise fully advised in the premises, finds that good cause exists for granting NationsBank's motion to extend the time within which it must file its Response.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Defendant NationsBank shall have until and through February 26, 2001, within which to file its Response to Plaintiffs' Motion to Compel Discovery.

DONE AND ORDERED in Chambers at West Palm Beach, Florida this __14__ day of February, 2001.

THE HONORABLE LINNEA R. JOHNSON
United States Magistrate Judge

Copies to:   Michael T. Burke, Esquire
Susan L. Dolin, Esquire
Caryl Boies, Esquire
Richard F. Kane, Esquire