UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS/JOHNSON

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others similarly situated,
    Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,
    Defendant.

_____/



## NOTICE OF FILING

COME NOW the Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, by and through their undersigned counsel, and notify this Court of the following filing:

1.    Affidavit of Jeff Motley, dated February 19, 20001, in support of Plaintiffs' Verified Second Emergency Motion for Protective Order filed or about January 31, 2001.

MUCHNICK, WASSERMAN, DOLIN
& LEVINE, LLP
Attorneys for Plaintiffs
4000 Hollywood Boulevard, Suite 620N
Hollywood, FL 33021
(954) 989-8100 - Broward
(305) 624-9100 - Dade
(954) 989-8700 - Fax

By: _____
SUSAN L. DOLIN, ESQ.
Fla. Bar No. 708690



**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 21st day of January, 2001 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane, Esq., McGuireWoods, 3700 NationsBank Plaza, 101 South Tyron Street, Charlotte, NC 28280 and Boies, Schiller & Flexner, LLP, 2435 Hollywood Boulevard, Hollywood, Florida 33020, and Mark J. Langdon, Esq., McGuireWoods LLP, 3700 Bank of America Plaza, 101 South Tryon Street, Charlotte, NC 28280.

By: _____
SUSAN L. DOLIN, ESQ.
E-Mail: sldolin@mwdl-law.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated of herself and
all others

        Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national
association,

        Defendants.
_____/

## AFFIDAVIT OF JEFF MOTLEY

STATE OF TEXAS      )
                         ) ss:
COUNTY OF COLLIN  )

      BEFORE ME, the undersigned authority, on this date personally appeared JEFF MOTLEY

who, after first being duly sworn deposes and says:

      1.      My name is Jeff Motley. I have personal knowledge of the facts recited in this

Affidavit.

      2.      I am an opt-in plaintiff in the instant lawsuit and have provided affidavit(s) in this

case.

      3.      I am a resident of Plano, Texas. I am working in a job by which I am paid solely

on a commission basis.

      4.      I was informed by my attorneys that the Defendant wanted to take my deposition

in Ft. Lauderdale, Florida on February 7, 8 or 9. I informed them that I could not get away from

work during that time period because it would cost me substantial income to do so. I told them that I would be available either in Plano, Texas or at another more convenient time in Florida.

FURTHER AFFIANT SAYETH NAUGHT.

JEFF MOTLEY

SWORN TO AND SUBSCRIBED before me this ___ day of February, 2001, by JEFF MOTLEY, who is personally known to me, or who produced _____ as identification, and who did take an oath.

Notary Public
My Commission Expires:

_____
Acknowledger's Name Stamped,
Typed or Printed