UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS/SNOW

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,

        Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national
association,

        Defendant.
_____/



## PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE THEIR RESPONSE TO DEFENDANT'S APPEAL OF MAGISTRATE JUDGE JOHNSON'S ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR PROTECTIVE ORDER

COME NOW the Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated, by and through their undersigned counsel, and hereby files their Unopposed Motion for Enlargement of Time to File Their Response to Defendant's Appeal of Magistrate Judge Johnson's Order Granting Plaintiffs' Emergency Motion for Protective Order, and as grounds therefor state as follows:

1. On or about February 15, 2001, Defendant filed its Appeal of Magistrate Judge Johnson's Order Granting Plaintiffs' Emergency Motion for Protective Order.



*Escudero et al v. NationsBank*
00-06145-DIMITROULEAS

2. Pursuant to Local General Rule 7.1.C, Plaintiffs' Memorandum of Law in Opposition to Defendant's Appeal is due on or before March 5, 2001.

3. Due to a chronic and debilitating illness, Plaintiffs' undersigned counsel is unable to formulate and file Plaintiffs' Response to Defendant's Appeal of Magistrate Judge Johnson's Order Granting Plaintiffs' Emergency Motion for Protective Order by March 5, 2001.

4. Accordingly, Plaintiffs respectfully requests an enlargement of time until Friday, March 9, 2001 within which to file their Response to Defendant's Appeal.

5. ***Pursuant to Local General Rule 7.1.A.3, Plaintiffs' counsel has contacted Defendant's counsel with respect to the instant motion. Defendant's counsel has authorized Plaintiffs to represent that Defendant has no objection to the enlargement of time requested herein.***

6. This Motion is not being filed for purposes of delay or harassment, or any other improper purpose here. In addition, none of the parties will be prejudiced should this Court grant the instant Motion.

WHEREFORE, Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated, respectfully request that this Honorable Court grant their Unopposed Motion for Enlargement of Time to File Their Response to Defendant's Appeal of Magistrate Judge Johnson's Order Granting Plaintiffs' Emergency Motion for Protective Order, enter an Order enlarging the time Plaintiffs have

*Escudero et al v. NationsBank*
00-06145-DIMITROULEAS

to file their Response to Defendant's Appeal of Magistrate Judge Johnson's Order Granting Plaintiffs' Emergency Motion for Protective Order, up through and including March 9, 2001, and take such further action as is just and proper.

Respectfully submitted,

MUCHNICK, WASSERMAN, DOLIN
& LEVINE, LLP
Attorneys for Plaintiff
4000 Hollywood Blvd., Ste. 620 North
Hollywood, Florida 33021
(954) 989-8100 Broward
(305) 624-9100 Dade
(954) 989-8700 Facsimile

By: _____
DANIEL R. LEVINE, ESQ.
Fla. Bar No. 0057861
E-mail: drlevine@mwdl-law.com
ELISSA S. HULNICK, ESQ.
Fla. Bar No. 0315000
E-mail: eshulnick@mwdl-law.com

3

*Escudero et al v. NationsBank*
00-06145-DIMITROULEAS

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via facsimile transmission and U.S. Mail, this ___5___ day of March, 2001, to Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220, and Richard F. Kane, Esq., McGuireWoods, 3700 NationsBank Plaza, 101 South Tyron Street, Charlotte, NC 28280, and BOIES, SCHILLER & FLEXNER, LLP, 2435 Hollywood Boulevard, Hollywood, Florida 33020, and Mark J. Langdon, Esq., McGuireWoods LLP, 3700 Bank of America Plaza, 101 South Tryon Street, Charlotte, NC 28280.

By: _____
DANIEL R. LEVINE, ESQ.

F:\WPDOCS\~SLD\Escudero\Pleading\M-Ext.Time.Appeal.wpd

4