UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS/SNOW

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, etc.,
    Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, etc.,
    Defendant.
_____/

MAR 7 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

### ORDER ON
### PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE THEIR RESPONSE TO DEFENDANT'S APPEAL OF MAGISTRATE JUDGE JOHNSON'S ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR PROTECTIVE ORDER

THIS CAUSE came before the Court upon Plaintiffs' Unopposed Motion for Enlargement of Time to File Their Response to Defendant's Appeal of Magistrate Judge Johnson's Order Granting Plaintiffs' Emergency Motion for Protective Order, and the Court being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that Plaintiffs' Motion is hereby GRANTED ~~DENIED~~.

DONE AND ORDERED at Fort Lauderdale, Broward County, Florida, this ___ day of March, 2001.

_____
U.S. District Court Judge

Copies Furnished To:
Susan L. Dolin, Esq.
Caryl Boies, Esq.
Michael Burke, Esq.
Mark Langdon, Esq. / Richard Karr, Esq.