UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Johnson

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,
    Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,
    Defendant.



_____/

## PLAINTIFF JULIA KOZEL'S
## NOTICE OF WITHDRAWAL OF CONSENT TO OPT-IN

COMES NOW the Plaintiff, JULIA KOZEL, by and through her undersigned counsel, and hereby notifies this Honorable Court that she wishes to withdraw, and does hereby withdraw, her previously filed Consent to Become a Party Plaintiff in the captioned litigation, in that she has reached a resolution of her pending claims against Defendant through other independent counsel.

                MUCHNICK, WASSERMAN, DOLIN
                & LEVINE, LLP
                Attorneys for Plaintiffs
                4000 Hollywood Boulevard, Ste 620N
                Hollywood, FL 33021
                (954) 989-8100 - Broward
                (305) 624-9100 - Dade
                (954) 989-8700 - Fax

By: _____
      SUSAN L. DOLIN, ESQ.
      Fla. Bar No. 708690



**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this $\underline{12}$ day of March, 2001 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220, and Richard F. Kane, Esq., McGuireWoods LLP, 3700 NationsBank Plaza, 101 South Tyron Street, Charlotte, NC 28280, and BOIES, SCHILLER & FLEXNER, LLP, 2435 Hollywood Boulevard, Hollywood, Florida 33020, and Mark J. Langdon, Esq., McGuireWoods LLP, 3700 Bank of America Plaza, 101 South Tryon Street, Charlotte, NC 28280.

By: _____
SUSAN L. DOLIN
E-Mail: sldolin@mwdl-law.com

F:\WPDOCS\~SLD\Escudero\Notices\n-filingwithdrawal.kozel.wpd