**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6145-CIV-DIMITROULEAS/JOHNSON

ROXANNA L. ESCUDERO, et al,

    Plaintiff,

vs

BANKAMERICA CORPORATION, etc.,

    Defendant.
_____/

FILED by _____ D.C.
MAR 15 2001
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ORDER

**THIS CAUSE** is before the Court on Plaintiffs' Motion for Additional Enlargement of Time Within Which to File Their Reply Memorandum of Law in Support of Their Motion to Compel (Docket Entry No. 145). The Court has viewed the pleadings filed incident to this matter and is otherwise duly advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that said motion is **GRANTED**

**DONE AND ORDERED** on March 15, 2001, in Chambers, at West Palm Beach, Florida.

LINNEA R. JOHNSON
CHIEF UNITED STATES MAGISTRATE JUDGE

CC:   The Honorable William P. Dimitrouleas
      Susan L. Dolin, Esquire
      Caryl Boies, Esquire
      Richard Kane, Esquire
      Michael T. Burke, Esquire