**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6145-CIV-DIMITROULEAS/JOHNSON

ROXANNA L. ESCUDERO, et al,

    Plaintiff,

vs

BANKAMERICA CORPORATION, etc.,

    Defendant.

_____/



FILED by D.C.
MAR 15 2001
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER

**THIS CAUSE** is before the Court on Plaintiffs' Motion To Compel Production (Docket Entry No. 128). The Court has viewed the pleadings filed incident to this matter and is otherwise duly advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that said motion is **GRANTED.** Recognizing NationsBank's concerns of confidentiality, however, the parties are ordered to confer and within ten (10) days from the date hereof enter into a mutually agreeable confidentiality agreement which would protect the subject discovery from disclosure, except for purposes of this case. Defendant shall produce the discovery subject to this Order within ten (10) days of entry into said confidentiality agreement.

**DONE AND ORDERED** on March 15, 2001, in Chambers, at West Palm Beach, Florida.

                        LINNEA R. JOHNSON
                        CHIEF UNITED STATES MAGISTRATE JUDGE

CC:    The Honorable William P. Dimitrouleas
        Susan L. Dolin, Esquire
        Caryl Boies, Esquire
        Richard Kane, Esquire
        Michael T. Burke, Esquire