**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6145-CIV-DIMITROULEAS/JOHNSON

ROXANNA L. ESCUDERO, et al,

    Plaintiff,

vs

BANKAMERICA CORPORATION, etc.,

    Defendant.

_____/

```
FILED by _____ D.C.

MAR 1 5 2001

CLERK U.S. DIST. CT
S.D. OF FLA. - W.P.B.
```

## ORDER

**THIS CAUSE** is before the Court on Plaintiffs' Motion To Compel Discovery (Docket Entry No. 173). The Court has viewed the pleadings filed incident to this matter and is otherwise duly advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that said motion is **GRANTED.** As for Plaintiffs' request for production of time cards, time sheets and vault logs, Defendant has represented that it is continuing its efforts to retrieve these documents and that it intends to produce said documents as soon as practicable. Accordingly, Defendant is hereby granted thirty (30) days to produce these records and if additional time is required, Defendant may petition the Court therefor. As for Plaintiffs' request for "computer log" and "alarm records" for the named individuals, said request is also granted. While this Court recognizes the burden placed on Defendant in producing the subject discovery, same does not warrant depriving Plaintiffs of what can end up being highly relevant and material information for purposes of this case. In recognition of the burden placed on Defendant in producing the subject discovery and to minimize as much as possible the burden imposed, Defendant shall have sixty (60) days within which to provide the subject discovery. Should Defendant require additional time, it may petition the Court therefor.

**DONE AND ORDERED** on March 15, 2001, in Chambers, at West Palm Beach,

Florida.

LINNEA R. JOHNSON
CHIEF UNITED STATES MAGISTRATE JUDGE

CC:    The Honorable William P. Dimitrouleas
       Susan L. Dolin, Esquire
       Caryl Boies, Esquire
       Richard Kane, Esquire
       Michael T. Burke, Esquire

2