**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6145-CIV-DIMITROULEAS/JOHNSON

ROXANNA L. ESCUDERO, et al,

    Plaintiff,

vs

BANKAMERICA CORPORATION, etc.,

    Defendant.

_____/

FILED by ___ D.C.
MAR 15 2001
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER

**THIS CAUSE** is before the Court on NationsBank's Motion to Compel Discovery (Docket Entry No. 174) and NationsBank's Motion to Compel (Docket Entry No. 175). This Court has reviewed the pleadings filed incident to this matter and is otherwise duly advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that said motions are both **DENIED AS MOOT** in view of the undersigned's Orders of January 30, 2001 and February 6, 2001 on Plaintiffs' Motion for Protective Order.

**DONE AND ORDERED** on March 15, 2001, in Chambers, at West Palm Beach, Florida.

                                LINNEA R. JOHNSON
                                CHIEF UNITED STATES MAGISTRATE JUDGE

CC:   The Honorable William P. Dimitrouleas
       Susan L. Dolin, Esquire
       Caryl Boies, Esquire
       Richard Kane, Esquire
       Michael T. Burke, Esquire

