Muchnick Wasserman  Fax:9549898700  Feb 1 2001 23:42 P.02

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

MAR 2 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| | |
|---|---|
| ROXANNA L. ESCUDERO, and<br>KIMBERLY DRAKE, etc.<br><br>V.<br><br>BANKAMERICA CORPORATION, etc. | NOTICE OF RIGHT TO CONSENT TO<br>DISPOSITION OF A CIVIL CASE BY A<br>UNITED STATES MAGISTRATE JUDGE<br><br><br>Case No.: 00-06145-Civ-Dimitrouleas<br>United States Magistrate Johnson |

## CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 36(c), the undersigned parties voluntarily consent to have a United States Magistrate Judge conduct all further proceedings in the case, including the trial and order the entry of final judgment.

Signature /s/ Adam S. Chotiner     Date 2/2/01
ADAM. S. CHOTINER, ESQUIRE
Attorney for Plaintiffs

/s/ Richard F. Kane              2/2/01
RICHARD F. KANE, ESQUIRE
Attorney for Defendant

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable LINNEA B. JOHNSON, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

March 26, 2001
Date                    United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY THE UNITED STATES MAGISTRATE JUDGE.

