**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6145-CIV-DIMITROULEAS/JOHNSON

ROXANNA L. ESCUDERO, et al,

    Plaintiff,

vs

BANKAMERICA CORPORATION, etc.,

    Defendant.
_____/

FILED by _____ D.C.

MAR 28 2001

CLERK U.S. DIST. CT
S.D. OF FLA. - W.P.B.

### ORDER

**THIS CAUSE** is before the Court on NationsBank's Motion for Extension of Discovery, New Scheduling Order and Status Conference (Docket Entry No. 183). This Court has reviewed the pleadings filed incident to this matter and is otherwise duly advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that said motion is **GRANTED**. A separate Order setting the requested scheduling conference shall follow.

**DONE AND ORDERED** on March 28, 2001, in Chambers, at West Palm Beach, Florida.

LINNEA R. JOHNSON
CHIEF UNITED STATES MAGISTRATE JUDGE

CC:    The Honorable William P. Dimitrouleas
        Susan L. Dolin, Esquire
        Caryl Boies, Esquire
        Richard Kane, Esquire
        Michael T. Burke, Esquire

