**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.  00-6145-CIV-DIMITROULEAS/JOHNSON

ROXANNA L. ESCUDERO, et al,

    Plaintiff,

vs

BANKAMERICA CORPORATION, etc.,

    Defendant.

_____/

FILED by _____ D.C.
MAR 28 2001
CLERK U.S. DIST. CT.
S.D. OF FLA. • W.P.B.

## NOTICE OF SETTING OF STATUS/SCHEDULING CONFERENCE

**PLEASE TAKE NOTICE** that the captioned matter is set for a Status/Scheduling Conference on **Monday, April 16, 2001 at 10:00 A.M.**, before the undersigned, at the United States District Court, 701 Clematis Street, West Palm Beach, Florida, in Courtroom No. 4 (3rd Floor).  One hour has been set aside for this conference.

Request for continuance of this cause shall not be considered unless addressed to the Court in the form of a written motion, **(furnished with envelopes)**.  All parties should be notified by the **petitioning party** after this Chambers has been contacted and the petitioning party provided with a suitable reset date.  The subject date and time must accommodate all parties.

All parties must appear at all hearings unless excused by Order of Court.

**DONE AND ORDERED** on March 28, 2001 at West Palm Beach, Florida.

LINNEA R. JOHNSON
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:    The Honorable William P. Dimitrouleas
       Susan Dolin, Esquire
       Caryl Boies, Esquire
       Michael T. Burke, Esquire
       Richard F. Kane, Esquire