CIVIL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

HONORABLE LINNEA R. JOHNSON        10:00-10:20am

================================================================

CASE NO. 00-6145-CIV-DIMITROULEAS    DATE APRIL 16, 2001

CLERK  Emily Guerrero           TAPE NO. LRJ-01- 23-2980/24-1

TITLE OF CASE: ROXANNA L. ESCUDERO ETAL VS.

BANKAMERICA CORPORATION, ETC.

P. ATTORNEY (S) SUSAN DOLAN

D. ATTORNEY (S) ~~MICHAEL BURKE~~ Richard Kane

TYPE OF HEARING STATUS/SCHEDULING CONFERENCE

RESULT OF HEARING

Court will rule on Motion to Certify when it comes in.

Mediation will be completed by June 15, 2001.

2nd Scheduling Conf set 6/25/01 @ 11am (To be telephonic).

this is a Johnson Consent case

Case continued

Misc. _____

