UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6145-CIV-DIMITROULEAS/JOHNSON

ROXANNA L. ESCUDERO, et al.,

    Plaintiff,

vs.

BANKAMERICA CORPORATION, etc.,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on April 17, 2001 for a Status/Scheduling Conference. Pursuant to proceedings held and in agreement between the parties, it is thereupon

ORDERED AND ADJUDGED that mediation will be completed by June 15, 2001. A second Scheduling Conference is scheduled for June 25, 2001 at 11.00 A.M., before the undersigned. Parties may appear telephonically by contacting the Courtroom Deputy at 561-803-3412.

DONE AND ORDERED at West Palm Beach, Florida, this 17th day of April, 2001.

LINNEA R. JOHNSON
CHIEF U.S. MAGISTRATE JUDGE

Copies provided to:

All Counsel of Record