UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Johnson

ROXANNA L. ESCUDERO, and )
KIMBERLY DRAKE, on behalf of )
themselves and all others similarly )
situated, )
                                        )
            Plaintiffs, )
                                        )
vs. )
                                        )
BANKAMERICA CORPORATION, )
a foreign corporation d/b/a )
BANK OF AMERICA CORPORATION, )
a foreign corporation, f/k/a )
NATIONSBANK, N.A., a national )
association, )
                                        )
            Defendant )

## ORDER

**THIS CAUSE** is before the Court on NationsBank's oral Motion for an Extension of Time to produce the "vault logs" as required by the terms of this Court's March 15, 2001, Order on Plaintiffs' Motion to Compel production of the same (Docket Entry No. 173). The Court has received oral argument, explanation and comments from counsel for both Plaintiffs and Bank of America, and is otherwise duly advised in the premises. Accordingly, it hereby:

**ORDERED AND ADJUDGED,** that NationsBank's Motion for an Extension of Time to produce the "vault logs" is **GRANTED**.



Escudero, et al., v. Bank of America
Case No. 00-06145-CIV-DIMITROULEAS/SNOW

NationsBank is hereby granted an additional sixty (60) days from the original deadline for production of the "vault logs," through and including June 15, 2001, within which to produce these records. If additional time is required for the collection and production of these records, NationsBank may petition the court therefor.

**DONE and ORDERED** on April 16, 2001, in open court at West Palm Beach, Florida.

LINNEA R. JOHNSON
Chief United States Magistrate Judge

cc: Susan R. Dolin, Esquire
Caryl Boies, Esq.
Richard F. Kane, Esquire
Michael T. Burke, Esquire