UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,
    Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,
    Defendant.

_____/

**PLAINTIFF DONNA H. DICKERSON**
**NOTICE OF WITHDRAWAL OF CONSENT TO OPT-IN**

COMES NOW the Plaintiff, DONNA H. DICKERSON, by and through her undersigned counsel, and hereby notifies this Honorable Court that she wishes to withdraw, and does hereby withdraw, her previously filed Consent to Become a Party Plaintiff in the captioned litigation.

                Respectfully submitted,

                MUCHNICK, WASSERMAN, DOLIN
                & LEVINE, LLP
                Attorneys for Plaintiffs
                4000 Hollywood Boulevard, Ste 620N
                Hollywood, FL 33021
                (954) 989-8100 - Broward
                (305) 624-9100 - Dade
                (954) 989-8700 - Fax

1



By: /s/ _C.146315_
    SUSAN L. DOLIN, ESQ.
fcv.  Fla. Bar No. 708690

-and-

BOIES, SCHILLER & FLEXNER L.L.P.
2435 Hollywood Boulevard
Hollywood, Florida 33020

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 24th day of April, 2001 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane, Esq., McGuireWoods, 3700 NationsBank Plaza, 101 South Tyron Street, Charlotte, NC 28280.

By: /s/
    ADAM S. CHOTINER, ESQ.
    E-Mail: aschotiner@mwdl-law.com

2