UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Johnson

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,

Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,

Defendant.

_____/



## NOTICE OF AGREED DESIGNATION OF MEDIATOR AND NOTICE OF MEDIATION

### Designation of Mediator

COME NOW the Plaintiffs, ROXANNA L. ESCUDERO, and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated, and Defendant, BANKAMERICA CORPORATION, a foreign corporation d/b/a BANK OF AMERICA CORPORATION, a foreign corporation, f/k/a NATIONSBANK, N.A., a national association, NATIONSBANK, N.A., by and through their undersigned counsel, and hereby give Notice to this Honorable Court as follows:

1.  The parties agree to a designation of Mark A. Buckstein, Professional Dispute Resolutions, Inc., 1200 North Federal Highway, Suite 200, Boca Raton, Florida 33432, as Mediator in the above-captioned lawsuit.



*Escudero, et al.v. BankAmerica Corporation, etc.*
Case No. 00-06145-Civ-Dimitrouleas

### Notice of Mediation

Please take notice that mediation in this case is scheduled to take place on **Thursday, June 14, 2001,** commencing at **10:00** A.M., before Mark A. Buckstein, at the offices of Professional Dispute Resolutions, Inc., 1200 North Federal Highway, Suite 200, Boca Raton, Florida 33432.

PLEASE BE GOVERNED ACCORDINGLY.

Respectfully submitted,

MUCHNICK, WASSERMAN, DOLIN
& LEVINE, LLP
Attorneys for Plaintiffs
4000 Hollywood Boulevard, Ste 620N
Hollywood, FL 33021
(954) 989-8100 - Broward
(305) 624-9100 - Dade
(954) 989-8700 - Fax

By: _____
SUSAN L. DOLIN, ESQ.
Fla. Bar No. 708690

*Escudero, et al.v. BankAmerica Corporation, etc.*
Case No. 00-06145-Civ-Dimitrouleas

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this ___4th___ day of ___May___, 2001 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220, and Richard F. Kane, Esq., McGuireWoods LLP, 3700 NationsBank Plaza, 101 South Tyron Street, Charlotte, NC 28280, and Caryl Boies, Boies, Schiller & Flexner, LLP, 2435 Hollywood Boulevard, Hollywood, Florida 33020.

By: _____
SUSAN L. DOLIN, ESQ.
sldolin@mwdl-law.com