UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Johnson

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,
    Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,
    Defendant.

_____/

## NOTICE OF FILING

COMES NOW the Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, by and through their undersigned counsel, and notify this Court of the following filing:

1. Consent to Become a Party Plaintiff pursuant to 29 U.S.C. §216(b) of Claudette Rose.

    MUCHNICK, WASSERMAN, DOLIN
    & LEVINE, LLP
    Attorneys for Plaintiffs
    4000 Hollywood Boulevard, Ste 620N
    Hollywood, FL 33021
    (954) 989-8100 - Broward
    (305) 624-9100 - Dade
    (954) 989-8700 - Fax

By: _____
    SUSAN L. DOLIN, ESQ.
    Fla. Bar No. 708690
    ADAM S. CHOTINER, ESQ.



*Escudero, et al. v. BankAmerica Corporation, etc.*
Case No. 00-06145-Civ-Dimitrouleas

Fla. Bar No. 0146315
**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 15 day of May, 2001 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane, Esq., McGuireWoods, 3700 NationsBank Plaza, 101 South Tyron Street, Charlotte, NC 28280 and Caryl Boies, Esquire, Boies, Schiller & Flexner, LLP, 2435 Hollywood Boulevard, Hollywood, Florida 33020.

By: _____
SUSAN L. DOLIN, ESQ.
sldolin@mwdl-law.com

F:\WPDOCS\~SLD\Escudero\Notices\N-Filing Consent Rose.wpd