UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Johnson

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others similarly
situated,



Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national
association,
                    Defendant.

## NationsBank's
## Motion For Summary Judgment

Bank of America Corporation (f/k/a BankAmerica Corporation) and Bank of America,

N.A. (f/k/a NationsBank, N.A.)(collectively "NationsBank"), by counsel, hereby move for

summary judgment on the claims asserted by the following twenty-three opt-in plaintiffs in this

action: (1) who also participated as plaintiffs in the case of Beverly Levine, et al. v.

NationsBank, N.A., 98-06306-CIV-DIMITROULEAS; (2) who signed a settlement agreement in

the Levine matter resolving their claims against NationsBank; and (3) whose Consents to

Become Party Plaintiff in this action were not received by NationsBank until after June 5, 2000:



1.    Deana B. Justice;
2.    Suzanne Czwojdak;
3.    Marilyn Barnes;
4.    Susie S. Reynolds;
5.    Jeffrey Scott Taylor;
6.    Karen Woroschinski;
7.    Dayton J. Pehl;
8.    Elizabeth A. Langley;
9.    Nettie Parks;
10.    Karen G. Greene;
11.    Philip M. Lee, Jr.;
12.    Joseph A. Sierra;
13.    Joyce A. Hardy;
14.    Evans Yancey;
15.    Mary Howard;
16.    Barbara W. Wells;
17.    Candice M. Davis-Dunn;
18.    David Perlmutter;
19.    JoAnn Skinner;
20.    William Smith;
21.    Danielle L. Magan;
22.    Theresa Sutton Rubinfield; and
23.    Mary Ann O'Connor.

NationsBank, by counsel, also moves for summary judgment as to the claims of opt-in

plaintiff Mary Ann O'Connor, see ¶ 23, supra, on the grounds that she left the Bank's employ ten

months before the Bank reclassified the Consumer Banker positions as non-exempt for overtime

pay purposes, and she, therefore, is not a proper party plaintiff in this action.

As more particularly demonstrated in NationsBank's Concise Statement of Material Facts

as to Which There is No Genuine Issue to be Tried, the Memorandum of Law in Support of

NationsBank's Motion for Summary Judgment, the Affidavit of Connie R. Hartsell, and the

Affidavit of Debra Robinson, all of which are incorporated herein by reference, there are no

genuine issues of material fact existing as to the foregoing plaintiffs' claims in this action and

NationsBank, therefore, is entitled to judgment as a matter of law on all claims asserted against it

in this action by each of these twenty-three opt-in plaintiffs.

2

NationsBank, therefore, respectfully requests the Court to enter an Order: (1) granting its

Motion for Summary Judgment; (2) dismissing, with prejudice, the claims asserted in this action

by the opt-in plaintiffs identified herein; (3) awarding NationsBank the costs and reasonable

attorneys' fees expended in prosecuting this Motion; and (4) awarding NationsBank such other

and further relief as the Court deems just and proper.

Respectfully submitted, this the 25th day of May, 2001.

Richard F. Kane (NC Bar No. 5694)
Bruce M. Steen (VA Bar No. 31062)
J. Mark Langdon (NC Bar No. 19359)
MCGUIREWOODS LLP
3700 NationsBank Plaza
Charlotte, North Carolina 28280
(704) 373-8999
(704) 373-8990 (Facsimile)

Michael T. Burke (Fla. Bar No. 338771)
Johnson, Anselmo, Murdoch, Burke & George, P.A.
790 East Broward Blvd., Suite 400
P.O. Box 030220
Fort Lauderdale, Florida 33303-0220
(954) 463-0100
(954) 463-2444 (Facsimile)

Counsel for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing in the above-captioned

proceeding has been mailed by first-class mail, postage paid, to plaintiffs' counsel as listed

below:

> Susan L. Dolin, Esq.
> Adam S. Chotiner, Esq.
> Muchnick, Wasserman, Dolin & Levine, LLP
> Presidential Circle Building, Suite 620 North
> 4000 Hollywood Blvd.
> Hollywood, Florida 33021
>
> Caryl Boies, Esq.
> Anne E. Hinds, Esq.
> Boies, Schiller & Flexner, LLP
> 2435 Hollywood Boulevard, Suite 200
> Hollywood, Florida 33020

This the 25th day of May, 2001.

_____

Michael T. Burke

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Johnson

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others similarly
situated,

    Plaintiffs,

vs

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national
association,

    Defendant.

## Affidavit of Connie R. Hartsell

Connie R. Hartsell, being first duly sworn, deposes and says as follows.

1. I am over 21 years of age and suffer from no legal or mental disability or duress,

and make this affidavit based upon my personal knowledge.

2. I am currently employed as a legal secretary in the Charlotte, North Carolina

office of McGuireWoods LLP, the law firm defending Bank of America in the above-captioned

action. I am authorized by McGuireWoods to make this affidavit. I work directly with Richard

F. Kane, Esquire, lead counsel for Bank of America in this matter.

3. My duties include receiving and processing all documents received by

McGuireWoods in defense of the Escudero matter. My practice is to mark the incoming mail

with a "Received" stamp which includes the date the item was received in the Charlotte office of McGuireWoods.

4.    On June 12, 2000, Mr. Kane received a Notice of Filling, dated June 7, 2000, and signed by Anne E. Hinds, Esquire. Attached to this Notice of Filing were sixteen Consents to Become Party Plaintiff signed by various individuals; including those Consents filed by Deana B. Justice, Suzanne Czwojdak, Marilyn Barnes, Susie S. Reynolds, Jeffrey Scott Taylor, Karen Woroschinski, Dayton J. Pehl, Elizabeth A. Langley, Nettie Parks and Karen G. Greene. I affixed a "Received" stamp with the date "6/12/00." See Exhibit 1 hereto.

5.    On June 23, 2000, Mr. Kane received a Notice of Filing, dated June 21, 2000, and signed by Anne E. Hinds, Esquire. Attached to this Notice of Filing were nine Consents to Become Party Plaintiff signed by various individuals, including those Consents filed by Philip M Lee, Jr., Henry David Calvillo, Joseph A. Sierra, Barbara Fleming, Joyce A. Hardy and Linda H. Grant. I affixed a "Received" stamp with the date "6/23/00." See Exhibit 2 hereto.

6.    On June 28, 2000, Mr. Kane received two Notices of Filing dated June 26, 2000, and signed by Anne E. Hinds, Esquire. Attached to these Notices were Consents to Become Party Plaintiff signed by Carrie H Barnette and Evans Yancey. I affixed "Received" stamps with the date "6/28/00" on these Notices. See Exhibit 3 hereto.

7.    On July 10, 2000, Mr. Kane received three Notices of Filing dated July 6, 2000, and signed by Anne E. Hinds, Esquire. Attached to these Notices were Consents to Become Party Plaintiff signed by Mary Howard, Barbara W. Wells and Candice M. Davis-Dunn. (The Notices were dated July 6, 2000, but according to the Certificate of Service, Ms. Hinds mailed them to Mr. Kane on July 5, 2000.) I affixed "Received" stamps with the date "7/10/00" on these Notices. See Exhibit 4 hereto.

8.  On July 13, 2000, Mr Kane received two Notices of Filing dated July 10, 2000, and signed by Anne E. Hinds, Esquire. Attached to these Notices were Consents to Become Party Plaintiff signed by David Perlmutter and JoAnn Skinner. I affixed "Received" stamps with the date "7/13/00" on these Notices  See Exhibit 5 hereto.

9.  On July 18, 2000, Mr. Kane received a Notice of Filing dated July 17, 2000, and signed by Anne E. Hinds, Esquire. Attached to this Notice was a Consent to Become Party Plaintiff signed by William Smith. I affixed a "Received" stamp with the date "7/18/00" on this Notice. See Exhibit 6 hereto.

10.  On August 15, 2000, Mr. Kane received a Notice of Filing dated August 10, 2000, and signed by Anne E. Hinds, Esquire. Attached to this Notice was a Consent to Become Party Plaintiff signed by Danielle L. Magan. I affixed a "Received" stamp with the date "8/15/00" on this Notice  See Exhibit 7 hereto.

11.  On December 4, 2000, Mr. Kane received a Notice of Filing dated December 4, 2000, and signed by Anne E. Hinds, Esquire. Attached to this Notice was a Consent to Become Party Plaintiff signed by Theresa Sutton Rubinfield. I affixed a "Received" stamp with the date "12/4/00" on this Notice. See Exhibit 8 hereto.

12.  On February 12, 2001, Mr. Kane received a Notice of Filing dated February 8, 2001, and signed by Anne E. Hinds, Esquire. Attached to this Notice was a Consent to Become Party Plaintiff signed by Mary Ann O'Connor. I affixed a "Received" stamp with the date "2/12/01" on this Notice. See Exhibit 9 hereto.

13.  Further this affiant sayeth not.

_____
Connie R. Hartsell

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    CASE NO. 00-06145-CIV-FERGUSON
behalf of herself and all others
similarly situated,

      Plaintiff

vs.

NATIONSBANK, N.A.,

      Defendant.

_____/

### NOTICE OF FILING

COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned counsel, and notifies the court of the following filings:

1. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Deana B. Justice

2. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Suzanne Czwojdak

3. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Marilyn Barnes

4. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Lillian Moreno

5. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Patricia J. Wood

6. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Lily Rubenstein

7. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Susie S. Reynolds

8. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Jeffrey Scott Taylor

9. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Rodney Hensley

10. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Karen Woroschinski

11. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Dayton J. Pehl

12. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Joe J. Northcutt

13.  Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Elizabeth A. Langley

14.  Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Nettie Parks

15.  Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Stephanie M. Strozier

16.  Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Karen G. Greene

Dated: June 7, 2000

Respectfully Submitted,
BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By: _____
     Anne E. Hinds, Esq.
     Fla. Bar No. 0964972

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 7th day of June 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.

BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By: _____
Anne E. Hinds, Esq.
Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                          Case No.:00-06145-CIV-
behalf of herself and all others              FERGUSON
similarly situated,

     Plaintiff

vs.

NATIONSBANK, N.A.,

     Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_Deana B Justice_
Signature

_5/30/00_
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _Deana B Justice_

Street address _1654 Haws Run Rd_

Mailing address _1654 Haws Run Rd_

City, State & Zip code _Maple Hill NC 28454_

Daytime Phone _(910) 353-1940_

Evening Phone _(910) 347-6697_

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                         Case No.:00-06145-CIV-
behalf of herself and all others             FERGUSON
similarly situated,

     Plaintiff

vs.

NATIONSBANK, N.A.,

     Defendant.
_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

Signature _____          Date __9/6/2010__

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _Suzanne Crubjdak (Alsafi)_

Street address _789 Hammond Dr Apt 503_

Mailing address _____

City, State & Zip code _Atlanta GA 30328_

Daytime Phone _678-428-0990_

Evening Phone _404-845-0911_

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    Case No.:00-06145-CIV-
behalf of herself and all others         FERGUSON
similarly situated,

      Plaintiff

vs.

NATIONSBANK, N.A.,

      Defendant.
_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall <u>only</u> be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_Marilyn Barnes_
Signature

_5/30/00_
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _MARILYN BARNES_

Street address _4324  Sea Grape Drive_

Mailing address_____

City, State & Zip code _LAUDERDALE By The Sea FL 33308_

Daytime Phone _954  771  9005_

Evening Phone _954 299 - 0458_

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                           Case No.:00-06145-CIV-
behalf of herself and all others               FERGUSON
similarly situated,

      Plaintiff

vs.

NATIONSBANK, N.A.,

      Defendant.
_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_____          _____
Signature                                 Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _____ Susie S. Reynolds _____

Street address _141 Hardwood Ln_

Mailing address _141 Handwood Ln_

City, State & Zip code _Albany GA 31707_

Daytime Phone _912 434-4590_

Evening Phone _912 888-3353_

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                          Case No.:00-06145-CIV-
behalf of herself and all others                    FERGUSON
similarly situated,

    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_J. Scott Taylor_
Signature

_5/26/00_
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name__Jeffrey Scott Taylor_____

Street address__1032 Mires Rd._____

Mailing address__Mt. Juliet, TN 37122_____

City, State & Zip code_____

Daytime Phone__615-444-0886_____

Evening Phone__615-444-0886_____

2

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Johnson

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others similarly
situated,

               Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national
association,

               Defendant.

## NationsBank's
### Concise Statement of Material Facts
### as to Which There is No Genuine Issue to be Tried

Pursuant to S.D. Fla. L.R. 7.5, Bank of America Corporation (f/k/a BankAmerica

Corporation) and Bank of America, N.A. (f/k/a NationsBank, N.A.)(collectively "NationsBank"),

by counsel, submit the following concise statement of material facts as to which there is no

genuine issue to be tried in support of their May 25, 2001, Motion for Summary Judgment:

1.     On January 31, 2000, plaintiffs filed the above-captioned action pursuant to the

Fair Labor Standards Act, 29 U.S.C. §§201, et seq. ("FLSA"), "on behalf of themselves and all

other employees of NationsBank, similarly situated to them." See Complaint and Demand for

Jury Trial ("Complaint"), ¶¶ 4 & 10. (Dkt. Entry 1).

2.      Plaintiffs allege that they worked for NationsBank as Consumer Banker IIs and

IIIs; that NationsBank reclassified their positions as non-exempt for purposes of the FLSA in

December, 1997; that between December, 1997, and October 29, 1999, they worked "many

times in excess" of forty (40) hours per week; that NationsBank violated the FLSA by failing to

pay them and other similarly situated employees overtime pay; and that they and those similarly

situated to them are entitled to certain damages and other relief. See Complaint, ¶¶ 8, 9, 13, 14,

16 & 22. (Dkt. Entry 1).

3.      Fifty-eight opt-in plaintiffs remain in this action, including the following twenty-

three individuals whose Consents to Become Party Plaintiffs in this action were received by

NationsBank's counsel, forwarded to the Court by plaintiffs' counsel, and docketed by the Clerk

of Court on the following dates:

| Opt-in Plaintiff | Date Consent Received by NationsBank | Date Consent Sent to Court by Plaintiffs' Counsel | Date Consent Docketed |
|---|---|---|---|
| Deana B. Justice | June 12 | June 7 | June 8[1] |
| Suzanne Czwojdak | June 12 | June 7 | June 8 |
| Marilyn Barnes | June 12 | June 7 | June 8 |
| Susie S. Reynolds | June 12 | June 7 | June 8 |
| Jeffrey Scott Taylor | June 12 | June 7 | June 8 |
| Karen Woroschinski | June 12 | June 7 | June 8 |
| Dayton J. Pehl | June 12 | June 7 | June 8 |
| Elizabeth A. Langley | June 12 | June 7 | June 8 |
| Nettie Parks | June 12 | June 7 | June 8 |
| Karen G. Greene | June 12 | June 7 | June 8 |
| Philip M. Lee, Jr. | June 23 | June 21 | June 22 |
| Joseph A. Sierra | June 23 | June 21 | June 22 |
| Joyce A. Hardy | June 23 | June 21 | June 22 |
| Evans Yancey | June 28 | June 26 | June 27 |
| Mary Howard | July 10 | July 5 | July 16[*2] |

[1]All of the dates identified on this chart are for the year 2000, unless otherwise indicated.

[2]NationsBank could not ascertain from the Court's docket a docket entry date for the
Consents filed by the opt-in plaintiffs denoted by an asterisk. The docket records, however, do

2

| Barbara W. Wells | July 10 | July 5 | July 16[*] |
| Candice M. Davis-Dunn | July 10 | July 5 | July 16[*] |
| David Perlmutter | July 13 | July 10 | July 11 |
| JoAnn Skinner | July 13 | July 10 | July 11 |
| William Smith | July 18 | July 17 | July 18 |
| Danielle L. Magan | August 15 | August 10 | August 11 |
| Theresa Sutton Rubinfield | December 4 | December 4 | December 4[*] |
| Mary Ann O'Connor | February 12, 2001 | February 8, 2001 | February 12, 2001 |

See Affidavit of Connie R. Hartsell ("Hartsell Affidavit") and supporting documents, appended

hereto as Exhibit A.

4.    The twenty-three individuals identified in paragraph 3 also were plaintiffs in the

case of Beverly Levine, et al. v. NationsBank, N.A., 98-06306-CIV-DIMITROULEAS. See

Docket Entries 49, 77, 183, 196, 244, 266, 321, 418, 506, 603, 650, 678, 704, 792, 817, 1081,

1122, 1160, 1193, 1194, 1223 & 1540 in the Levine matter.

5.    NationsBank and the Levine plaintiffs negotiated a full and final resolution and,

on July 14, 2000, the Court dismissed plaintiffs' claims in Levine, with prejudice.

6.    As a condition of settlement in the Levine case, each opt-in plaintiff identified in

paragraph 3, in exchange for good and valuable consideration, executed a settlement agreement

in which they released

"all claims of every kind (including without limitation attorneys' fees and costs) which
Plaintiff has ever had or now may have against NationsBank arising at any time in the
unlimited past up to the date of execution of this Agreement. . . [except those] claims
asserted by Plaintiff in writing and received by NationsBank prior to June 5, 2000."

The "General Release" executed in the Levine matter by each of the opt-in plaintiffs identified in

paragraph 3 expressly included all claims pursuant "to the Fair Labor Standards Act."

---

indicate that plaintiffs Howard, Wells and Dunn filed their Consents on July 16, 2000 and opt-in
plaintiff Rubinfield filed her Consent on December 4, 2000.

v-06145-LRJ    Document 219    Entered on FLSD Docket 05/29/2001    Pa

Case No. 00-06145-CIV-DIMITROULEAS/Johnson
Escudero v. NationsBank, N.A.

7.     As noted above, see supra ¶ 3, NationsBank did not receive Consents to Become

Party Plaintiffs in the above-captioned matter from the opt-in plaintiffs identified in paragraph 3

until after the June 5, 2000 deadline established by the Levine settlement agreement. See

Hartsell Affidavit, appended hereto as Exhibit A. The Bank did not receive any other written

notice of these opt-in plaintiffs' FLSA claims prior to the June 5, 2000 deadline.

8.     Opt-in plaintiff Mary Ann O'Connor's employment with the Bank terminated on

February 8, 1997, which was before the Consumer Banker position was classified as non-exempt

for overtime pay purposes. See Affidavit of Debra Robinson, appended hereto as Exhibit B.

Respectfully submitted, this the 25th day of May, 2001.

Richard F. Kane (NC Bar No. 5694)
Bruce M. Steen (VA Bar No. 31062)
J. Mark Langdon (NC Bar No. 19359)
MCGUIREWOODS LLP
3700 NationsBank Plaza
Charlotte, North Carolina 28280
(704) 373-8999
(704) 373-8990 (Facsimile)

Michael T. Burke (Fla. Bar No. 338771)
Johnson, Anselmo, Murdoch, Burke & George, P.A.
790 East Broward Blvd., Suite 400
P.O. Box 030220
Fort Lauderdale, Florida 33303-0220
(954) 463-0100
(954) 463-2444 (Facsimile)

Counsel for Defendants

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing in the above-captioned

proceeding has been mailed by first-class mail, postage prepaid, to plaintiffs' counsel as listed

below:

Susan L. Dolin, Esq.
Adam S. Chotiner, Esq.
Muchnick, Wasserman, Dolin & Levine, LLP
Presidential Circle Building, Suite 620 North
4000 Hollywood Blvd.
Hollywood, Florida 33021

Caryl Boies, Esq.
Anne E. Hinds, Esq.
Boies, Schiller & Flexner, LLP
2435 Hollywood Boulevard, Suite 200
Hollywood, Florida 33020

This the 25th day of May, 2001.

_____
Michael T. Burke

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                          CASE NO. 00-06145-CIV-FERGUSON
behalf of herself and all others
similarly situated,

    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.

_____/

## NOTICE OF FILING

    COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned
counsel, and notifies the court of the following filings:

    1.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Evans Yancy.

Dated: June 26, 2000                          Respectfully Submitted,
                                              BOIES, SCHILLER & FLEXNER
                                              Attorneys for Plaintiffs
                                              2435 Hollywood Boulevard
                                              Hollywood, FL 33020
                                              (954) 929-1190
                                              (954) 929-1185 - Fax

                                              By: _____

                                              Anne E. Hinds, Esq.
                                              Fla. Bar No. 0964972

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 26th day of June 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.

BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By: _____
Anne E. Hinds, Esq.
Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                           Case No.:00-06145-CIV-
behalf of herself and all others               FERGUSON
similarly situated,

    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_Karen Woroschinski_
Signature

_5-16-00_
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _Karen  Woroschinski_

Street address _3535   Alwood  St_

Mailing address_____

City, State & Zip code _North  Port,  FL  34286_

Daytime Phone _941 - 426 6003_

Evening Phone _941 - 423 - 4170_

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    Case No.:00-06145-CIV-
behalf of herself and all others        FERGUSON
similarly situated,

      Plaintiff

vs.

NATIONSBANK, N.A.,

      Defendant.
_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will **not be affected by** any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_Dayton J Pehl_
Signature

_5/30/00_
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _DAYTON  J  PEHL_

Street address _400  MEADOW  OAKS  DR_

Mailing address _DRIPPING  SPRINGS_

City, State & Zip code _TX  78620_

Daytime Phone _512 - 894 - 0877_

Evening Phone _512 - 894 - 0877_

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    Case No.:00-06145-CIV-
behalf of herself and all others         FERGUSON
similarly situated,

     Plaintiff

vs.

NATIONSBANK, N.A.,

     Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_____          _5/20/00_____
Signature                                 Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _Elizabeth A Langley_____

Street address _39523 Golden Beach RD_____

Mailing address _____

City, State & Zip code _Mechanicsville MD 20659_

Daytime Phone _301 932 7870_____

Evening Phone _301- 884-8096_____

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on
behalf of herself and all others
similarly situated,

Case No.:00-06145-CIV-
FERGUSON

     Plaintiff

vs.

NATIONSBANK, N.A.,

     Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_____                    _____05/31/2000_____
Signature                                          Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name_ Nettie Packs _____

Street address_ 1000 East 9th Street ___

Mailing address_____ Same. _____

City, State & Zip code_ Sanford, FL 32771 _

Daytime Phone_ (407) 323-7418 _____

Evening Phone_____ Same _____

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on
behalf of herself and all others
similarly situated,

Case No.:00-06145-CIV-
FERGUSON

      Plaintiff

vs.

NATIONSBANK, N.A.,

      Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_____          _____5/15/00_____
Signature                                              Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name____Karen G. Greene_____

Street address____1408   Illinois  Ct._____

Mailing address____Same_____

City, State & Zip code___Woodbridge, VA. 22191___

Daytime Phone__(703) 490-6975_____

Evening Phone__(703) 494-8622_____

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    CASE NO. 00-06145-CIV-FERGUSON
behalf of herself and all others
similarly situated,

      Plaintiff

vs.

NATIONSBANK, N.A.,

      Defendant.

_____/



### NOTICE OF FILING

    COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned counsel, and notifies the court of the following filings:

1.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Philip M. Lee, Jr.

2.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Henry David Calvillo

3.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Sherry Efyffe

4.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Michelle A. Barnett

5.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Tina R. Albritton

6.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Joseph A. Sierra

7.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Barbara Fleming

8.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Joyce A. Hardy

9.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Linda H. Grant

Dated: June 21, 2000

Respectfully Submitted,
BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By: _____
Anne E. Hinds, Esq.
Fla. Bar No. 0964972

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 21st day of June 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.

BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By:

Anne E. Hinds, Esq.
Fla. Bar No. 0964972

Case No. 00-06145-CIV-DIMITROULEAS/Johnson
Escudero v. NationsBank, N.A.

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

     I, a Notary Public for said county and state, hereby certify that Connie R. Hartsell,

personally appeared before me on May 23, 2001, and executed the foregoing affidavit.



Notary Public

My commission expires:     10/3/2004

OFFICIAL SEAL
Notary Public, North Carolina
County of Mecklenburg
JUNE C. SUCH
My Commission Expires 10/3/2004

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    CASE NO. 00-06145-CIV-FERGUSON
behalf of herself and all others
similarly situated,

     Plaintiff

vs.

NATIONSBANK, N.A.,

     Defendant.

_____/

## NOTICE OF FILING

    COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned

counsel, and notifies the court of the following filings:

    1.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Mary Howard.

Dated: July 6, 2000                     Respectfully Submitted,
                                        BOIES, SCHILLER & FLEXNER
                                        Attorneys for Plaintiffs
                                        2435 Hollywood Boulevard
                                        Hollywood, FL 33020
                                        (954) 929-1190
                                        (954) 929-1185 - Fax

                                        By:_____
                                        Anne E. Hinds, Esq.
                                        Fla. Bar No. 0964972

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 5th day of July 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.

BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By:
Anne E. Hinds, Esq.
Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                           Case No.:00-06145-CIV-
behalf of herself and all others               FERGUSON
similarly situated,

      Plaintiff

vs.

NATIONSBANK, N.A.,

      Defendant.
_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_Mary Howard_
Signature

_June 22nd 2000._
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _____ MARY ___ HOWARD _____

Street address ___ 7808 LINDEN ROAD _____

Mailing address ___ Del Valle _____

City, State & Zip code ___ Tx 78617 _____

Daytime Phone ___ 512·247-7061 _____

Evening Phone _____

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    CASE NO. 00-06145-CIV-FERGUSON
behalf of herself and all others
similarly situated,

     Plaintiff

vs.

NATIONSBANK, N.A.,

     Defendant.

_____/

### NOTICE OF FILING

COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned
counsel, and notifies the court of the following filings:

    1.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Barbara W.
        Wells.

Dated: July 6, 2000                     Respectfully Submitted,
                                        BOIES, SCHILLER & FLEXNER
                                        Attorneys for Plaintiffs
                                        2435 Hollywood Boulevard
                                        Hollywood, FL 33020
                                        (954) 929-1190
                                        (954) 929-1185 - Fax

                                        By: _____
                                        Anne E. Hinds, Esq.
                                        Fla. Bar No. 0964972

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 5th day of July 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.

BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By: _____
Anne E. Hinds, Esq.
Fla. Bar No. 0964972

i

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    Case No.:00-06145-CIV-
behalf of herself and all others        FERGUSON
similarly situated,

    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:


_Barbara W Wells_            _5-23-00_
Signature                           Date


PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _Barbara W. Wells_

Street address _3113 Weedline Ave_

Mailing address _____

City, State & Zip code _Baltimore MD 21234_

Daytime Phone _410-285-5851_

Evening Phone _410-254-8897_


2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                CASE NO. 00-06145-CIV-FERGUSON
behalf of herself and all others
similarly situated,

      Plaintiff

vs.

NATIONSBANK, N.A.,

      Defendant.

_____/

### NOTICE OF FILING

COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned counsel, and notifies the court of the following filings:

1.     Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Candice M. Davis-Dunn.

Dated: July 6, 2000

                            Respectfully Submitted,
                            BOIES, SCHILLER & FLEXNER
                            Attorneys for Plaintiffs
                            2435 Hollywood Boulevard
                            Hollywood, FL 33020
                            (954) 929-1190
                            (954) 929-1185 - Fax

                          By:
                            Anne E. Hinds, Esq.
                            Fla. Bar No. 0964972

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 5th day of July 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.

> BOIES, SCHILLER & FLEXNER
> Attorneys for Plaintiffs
> 2435 Hollywood Boulevard
> Hollywood, FL 33020
> (954) 929-1190
> (954) 929-1185 - Fax
>
> By:
> Anne E. Hinds, Esq.
> Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                       Case No.:00-06145-CIV-
behalf of herself and all others            FERGUSON
similarly situated,

    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_____          _____
Signature                                  Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _____

Street address _____

Mailing address _____

City, State & Zip code _____

Daytime Phone _____

Evening Phone _____

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on
behalf of herself and all others
similarly situated,

Case No.:00-06145-CIV-
FERGUSON

Plaintiff

vs.

NATIONSBANK, N.A.,

Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff, Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin & Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I will not be held responsible for such attorneys fees or costs. I further understand that I may obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct, any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_____        _____052600_____
Signature                               Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name ___JOSEPH A SIERRA_____

Street address ___100 PRESTOY PL_____

Mailing address ___P.O. BOX 2631_____

City, State & Zip code ___CORRALES, NM 87048___

Daytime Phone ___(505) 888-9071_____

Evening Phone ___(505) 888 897-9765___

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    Case No.:00-06145-CIV-
behalf of herself and all others        FERGUSON
similarly situated,

    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.

_____ /

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dohn
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action, and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_Joyce A. Hardy_
Signature

_6-1-00_
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _Joyce A. Hardy_

Street address _1904 Verano Dr_

Mailing address _X 1904 Verano Dr_

City, State & Zip code _Villines City, Fl 33844_

Daytime Phone _863-422-1124_

Evening Phone _863 422 6927_

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    CASE NO. 00-06145-CIV-DIMITROULEAS
behalf of herself and all others
similarly situated,

      Plaintiff

vs.

NATIONSBANK, N.A.,

      Defendant.

_____/



### NOTICE OF FILING

COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned
counsel, and notifies the court of the following filing:

1.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for David
Perlmutter.

Dated: July 10, 2000                    Respectfully Submitted,
                                        BOIES, SCHILLER & FLEXNER
                                        Attorneys for Plaintiffs
                                        2435 Hollywood Boulevard
                                        Hollywood, FL 33020
                                        (954) 929-1190
                                        (954) 929-1185 - Fax

                                        By: _____
                                          Anne E. Hinds, Esq.
                                          Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                            Case No.:00-06145-CIV-
behalf of herself and all others                FERGUSON
similarly situated,

      Plaintiff

vs.

NATIONSBANK, N.A.,

      Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action, and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_____          $\frac{7/5/00}{\text{Date}}$
Signature

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _David Perlmutter_____

Street address _7054 Waxwing Dr._____

Mailing address_____

City, State & Zip code _New Port Richey, FL 34653_

Daytime Phone __727-376-7054____

Evening Phone_____

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail

this 10th day of July 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward

Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire,

Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.


BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By: _____
Anne E. Hinds, Esq.
Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    CASE NO. 00-06145-CIV-DIMITROULEAS
behalf of herself and all others
similarly situated,

      Plaintiff



vs.

NATIONSBANK, N.A.,

      Defendant.

_____/

### NOTICE OF FILING

      COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned counsel, and notifies the court of the following filing:

    1.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for JoAnn Skinner.

Dated: July 10, 2000               Respectfully Submitted,
                             BOIES, SCHILLER & FLEXNER
                             Attorneys for Plaintiffs
                             2435 Hollywood Boulevard
                             Hollywood, FL 33020
                             (954) 929-1190
                             (954) 929-1185 - Fax

                             By_____
                               Anne E. Hinds, Esq.
                               Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                          Case No.:00-06145-CIV-
behalf of herself and all others              FERGUSON
similarly situated,

      Plaintiff

vs.

NATIONSBANK, N.A.,

      Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action, and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_____     _____
Signature                                        Date

_6-12-00_

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _JoAnn Skinner_

Street address _3813 Villa Ln_

Mailing address _" "_

City, State & Zip code _Evans GA_

Daytime Phone _____

Evening Phone _706 863 2277_

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail

this 10th day of July 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward

Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire,

Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.

> BOIES, SCHILLER & FLEXNER
> Attorneys for Plaintiffs
> 2435 Hollywood Boulevard
> Hollywood, FL 33020
> (954) 929-1190
> (954) 929-1185 - Fax
>
> By:
>
> Anne E. Hinds, Esq.
> Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                            Case No.:00-06145-CIV-
behalf of herself and all others                FERGUSON
similarly situated,

     Plaintiff

vs.

NATIONSBANK, N.A.,

     Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_____
Signature

_5/24/00_____
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _Evans Yancy_____

Street address _4068 E. SPRING MEADOW DR.__

Mailing address_____

City, State & Zip code _ACWORTH, GA 30101___

Daytime Phone _770 - 529 - 7804___

Evening Phone _770 - 529 - 7804___

2

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Johnson

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others similarly
situated,

          Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national
association,

          Defendant.

## Affidavit of Debra Robinson

Debra Robinson, being first duly sworn, deposes and says as follows:

1. I am currently employed by Exult, Inc., which is a third-party vendor performing

payroll administration and related tasks for Bank of America. I have been employed by Exult

since January 27, 2001.

2. Prior to being employed by Exult, I was employed by Bank of America as an Analyst

II-Business Analysis.

3. I perform the same tasks for Exult that I performed as an employee of Bank of

America, and am authorized by Bank of America to make this Affidavit on its behalf.

4. As an Exult employee, I have authority to access personnel and payroll records and

computer databases maintained by Bank of America and Exult. I make this Affidavit based upon

my personal knowledge and my review of Bank of America's personnel and payroll records and

computer databases, to which I have access in order to accomplish my daily job duties and responsibilities.

5. I understand from reviewing plaintiffs' Complaint in this action that the relevant time period for this lawsuit begins when Bank of America reclassified Consumer Banker IIs, IIIs and IVs as non-exempt employees.

6. My understanding is that Bank of America reclassified Consumer Banker IIs, IIIs, and IVs as non-exempt on December 17, 1997.

7. I reviewed payroll and work history information regarding Mary Ann O'Connor, Social Security Number 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. According to Bank of America's records, Bank of America hired Ms. O'Connor on March 6, 1989 and her employment with Bank of America terminated on February 7, 1997. At the time her employment terminated, Ms. O'Connor was an exempt Consumer Banker II.

Further this affiant sayeth not.

Debra Robinson

COMMONWEALTH OF VIRGINIA;

CITY OF NORFOLK;

To Wit:

The foregoing Affidavit was personally subscribed and sworn to before me, a Notary Public for the above-referenced jurisdiction, on May 23, 2001, by Debra Robinson.

Notary Public
Shawn L. Bright, Notary Public
My commission expires 01/31/2004.

My Commission Expires:

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    CASE NO. 00-06145-CIV-DIMITROULEAS
behalf of herself and all others
similarly situated,

      Plaintiff

vs.

NATIONSBANK, N.A.,

      Defendant.

_____/

## NOTICE OF FILING

COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned counsel, and notifies the court of the following filing:

1.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for William Smith.

Dated: July 17, 2000

Respectfully Submitted,
BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By

Anne E. Hinds, Esq.
Fla. Bar No. 0964972

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 17th day of July 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.

BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By:

Anne E. Hinds, Esq.
Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                          Case No.:00-06145-CIV-
behalf of herself and all others              FERGUSON
similarly situated,

    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.

_____/

### CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_____            _____
Signature                                                                      Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name_____William D Smith_____

Street address___9012 Reyes CT_____

Mailing address___Same_____

City, State & Zip code___Orl. - Fl 32836___

Daytime Phone___407 8 248 2229___

Evening Phone___407 876 4164___

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    CASE NO. 00-06145-CIV-DIMITROULEAS
behalf of herself and all others
similarly situated,



Plaintiff

vs.

NATIONSBANK, N.A.,

Defendant.

_____/

## NOTICE OF FILING

COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned

counsel, and notifies the court of the following filing:

1.   Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Danielle L.
     Magan.

Dated: August 10, 2000                          Respectfully Submitted,
                                                BOIES, SCHILLER & FLEXNER
                                                Attorneys for Plaintiffs
                                                2435 Hollywood Boulevard
                                                Hollywood, FL 33020
                                                (954) 929-1190
                                                (954) 929-1185 - Fax

                                                By

                                                Anne E. Hinds, Esq.
                                                Fla. Bar No. 0964972

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 10th day of August 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.

BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By: _____
Anne E. Hinds, Esq.
Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                          Case No.:00-06145-CIV-
behalf of herself and all others              FERGUSON
similarly situated,

      Plaintiff

vs.

NATIONSBANK, N.A.,

      Defendant.

_____ /

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action, and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_____    _____5/31/00_____
Signature                            Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name_____DANIELLE L MAGAN_____

Street address___1308 Seabreeze BVD_____

Mailing address_____

City, State & Zip code_Ft Lauderdale, FL 33316

Daytime Phone_(954) 527-8507_____

Evening Phone_(954) 779-7261_____

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow



ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,
    Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,
    Defendant.

_____/

## NOTICE OF FILING

COMES NOW the Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE,

by and through their undersigned counsel, and notify this Court of the following filing:

1. Consent to Become a Party Plaintiff pursuant to 29 U.S.C. §216(b) of Theresa

Sutton Rubinfield.

> MUCHNICK, WASSERMAN, DOLIN
> & LEVINE, LLP
> Attorneys for Plaintiffs
> 4000 Hollywood Boulevard, Ste 620N
> Hollywood, FL 33021
> (954) 989-8100 - Broward
> (305) 624-9100 - Dade
> (954) 989-8700 - Fax
>
> By: _____
> SUSAN L. DOLIN, ESQ.
> Fla. Bar No. 708690
> ADAM S. CHOTINER, ESQ.
> Fla. Bar No. 0146315

-and-

BOIES, SCHILLER & FLEXNER L.L.P.
2435 Hollywood Boulevard
Hollywood, Florida 33020

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S.

Mail this 4th day of December, 2000 to: Michael T. Burke. Esq., Johnson, Anselmo et al.,

790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard

F. Kane, Esq., McGuireWoods, 3700 NationsBank Plaza, 101 South Tyron Street,

Charlotte, NC 28280.

By:

ADAM S. CHOTINER, ESQ.
E-Mail: aschotiner@mwdl-law.com

F:\WPDOCS\~SLD\Escudero\Notices\N-Filing Consent Rubinfield.wpd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,

        Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,

        Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I am eligible to join this lawsuit filed by past employees of NationsBank, N.A. to recover overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiffs as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into agreements with Plaintiffs' attorneys concerning attorneys fees and costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and entered into by the representative Plaintiffs will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiffs have entered into a Contingency Fee Agreement with the law firms of MUCHNICK WASSERMAN DOLIN & LEVINE, LLP and BOIES SCHILLER & FLEXNER, LLP which apply to all Plaintiffs who join in this lawsuit. If I join in the lawsuit, I agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a recovery by judgment or settlement against NationsBank in this action; and that **if no such recovery is obtained, I will not be held responsible for such attorneys fees or costs**. I further understand that I may obtain a copy of the Contingency Fee Agreement upon requesting same from the attorneys.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it is favorable or unfavorable. I will also be bound by, and will share in, as the Court may direct, any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

**I hereby consent to join in this lawsuit.**

**SIGNATURE**

DATE: _____ 12-1-0 d _____

**PLEASE PRINT OR TYPE THE INFORMATION BELOW:**

NAME: _Theresa Sutton Rubinfield_

STREET NAME & NO. _3253 Fox Croft Rd G206_

CITY, STATE& ZIP CODE _Miramar, Fl 33025_

PHONE NUMBERS WHERE YOU CAN BE REACHED:

DAY: _754- 437-8878_

EVENING: _Same -_ _/or. 754- 409-7503_

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                          Case No.:00-06l 45-CIV-
behalf of herself and all others              FERGUSON
similarly situated,

    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join in the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_Candice M Davis-Dunn_    _Jun 27, 2000_
Signature    Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _Candice M Davis-Dunn_

Street address _710 Lakebridge Dr_

~~Mailing address~~ _Lake Dallas TX 75065_

City, State & Zip code _____

Daytime Phone _940-321-5221_

Evening Phone _Same_

2

· -/8/0 (

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Johnson

ROXANNA L. ESCUDERO, an
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,
          Plaintiffs,



vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,
          Defendant.

_____/

## NOTICE OF FILING

COME NOW the Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, by

and through their undersigned counsel, and notify this Court of the following filing:

1. Consent to Become a Party Plaintiff pursuant to 29 U.S.C. §216(b) of Mary Ann

O'Connor.

MUCHNICK, WASSERMAN, DOLIN
& LEVINE, LLP
Attorneys for Plaintiffs
4000 Hollywood Boulevard, Ste 620N
Hollywood, FL 33021
(954) 989-8100 - Broward
(305) 624-9100 - Dade
(954) 989-8700 - Fax

By:  _____

SUSAN L. DOLIN, ESQ.
Fla. Bar No. 708690
ADAM S. CHOTINER, ESQ.
Fla. Bar No. 0146315

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S.

Mail this 8th day of February, 2001, to: Michael T. Burke, Esq., Johnson, Anselmo et al.,

790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard

F. Kane, Esq., McGuireWoods, 3700 NationsBank Plaza, 101 South Tyron Street,

Charlotte, NC 28280, and Mark J. Langdon, Esq., McGuireWoods LLP, 3700 Bank of

America Plaza, 101 South Tryon Street, Charlotte, NC 28280.

By: _____

SUSAN L. DOLIN, ESQ.
E-Mail: sldolin@mwdl-law.com

F.\WPDOCS\~ASC\Escudero\Opt-Ins\N-Filing Consent O'Connor.wpd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                          Case No.:00-06145-CIV-
behalf of herself and all others              FERGUSON
similarly situated,

       Plaintiff

vs.

NATIONSBANK, N.A.,

       Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_____
Signature

_____9/2000_____
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _____Mary Ann O'Connor_____

Street address _____1124 S.W. 49th Terrace_____

Mailing address _____

City, State & Zip code _____Plantation, FL 33317_____

Daytime Phone _____(954) 461-0629_____

Evening Phone _____(954) 523-8469_____