UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Johnson



ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others similarly
situated,

Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national
association,

Defendant.

## Memorandum of Law in Support
## of NationsBank's Motion for Summary Judgment

Bank of America Corporation (f/k/a BankAmerica Corporation) and Bank of America,

N.A. (f/k/a NationsBank, N.A.)(collectively "NationsBank") hereby submit the following

Memorandum of Law in Support of their Motion for Summary Judgment.

### Statement of the Case
### & Relevant Facts

On January 31, 2000, plaintiffs Roxanna L. Escudero and Kimberly Drake filed the

above-captioned action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§201, et seq.

("FLSA"), "on behalf of themselves and all other employees of NationsBank, similarly situated

to them." See NationsBank's Concise Statement of Material Facts as to Which There is No Issue



to be Tried (hereinafter "Facts"), ¶ 1. In their Complaint, plaintiffs alleged that they worked for

NationsBank as Consumer Banker IIs and IIIs; that NationsBank reclassified their positions as

non-exempt for purposes of the FLSA in December, 1997; that between December, 1997, and

October 29, 1999, they worked "many times in excess" of forty (40) hours per week; that

NationsBank violated the FLSA by failing to pay them and other similarly situated employees

overtime pay; and that they and those similarly situated to them are entitled to certain damages

and other relief. See Facts, ¶ 2.

During the pendency of this litigation, one hundred sixteen individuals opted in to this

action by filing consents to become party plaintiffs; fifty-eight opt-in plaintiffs either have been

dismissed or have withdrawn from this action; and fifty-eight opt-in plaintiffs remain. See Facts,

¶ 3.¹ Virtually all of the opt-in plaintiffs in the instant case, including the twenty-three opt-in

plaintiffs at issue in NationsBank's Motion for Summary Judgment, also participated as plaintiffs

in the case of Levine, et al. v. NationsBank, N.A. See Facts, ¶ 4.²

NationsBank and the Levine plaintiffs negotiated a full and final resolution and, on July

14, 2000, the Court dismissed plaintiffs' claims in Levine, with prejudice. See Facts, ¶ 5. As a

---

¹On March 26, 2001, the Court dismissed forty opt-in plaintiffs from this action pursuant
to NationsBank's October 23, 2000, Motion for Summary Judgment because these opt-in
plaintiffs did not work as non-exempt Consumer Bankers. See Dkt. Entries 120 & 199. Over the
course of the last several months, twenty-three opt-in plaintiffs have withdrawn from this action
without explanation, including five who were the subject of NationsBank's October 23, 2000
Motion for Summary Judgment.

²The claims of the following twenty-seven opt-in plaintiffs are at issue in NationsBank's
Motion for Summary Judgment: (1) Deana B. Justice; (2) Suzanne Czwojdak; (3) Marilyn
Barnes; (4) Susie S. Reynolds; (5) Jeffrey Scott Taylor; (6) Karen Woroschinski; (7) Dayton J.
Pehl; (8) Elizabeth A. Langley; (9) Nettie Parks; (10) Karen G. Greene; (11) Philip M. Lee, Jr.;
(12) Joseph A. Sierra; (13) Joyce A. Hardy; (14) Evans Yancey; (15) Mary Howard; (16)
Barbara W. Wells; (17) Candice M. Davis-Dunn; (18) David Perlmutter; (19) JoAnn Skinner;
(20) William Smith; (21) Danielle L. Magan; (22) Theresa Sutton Rubinfield; and (23) Mary
Ann O'Connor. See Facts, ¶ 3.

condition of settlement in the Levine case, each of the twenty-three opt-in plaintiffs at issue here,

in exchange for good and valuable consideration, executed a settlement agreement in which they

released

> "all claims of every kind (including without limitation attorneys' fees and costs) which
> Plaintiff has ever had or now may have against NationsBank arising at any time in the
> unlimited past up to the date of execution of this Agreement. . . [except those] claims
> asserted by Plaintiff in writing and received by NationsBank prior to June 5, 2000."

See Facts, ¶ 6. The General Release signed by the plaintiffs in the Levine matter expressly

included all claims pursuant to the FLSA, and NationsBank did not receive written claims in the

above-captioned matter from the twenty-three opt-in plaintiffs at issue here until after the June 5,

2000, deadline established by the Levine settlement agreement. See Facts, ¶¶ 3 & 7.

## Argument

I.    Twenty-Three Opt-in Plaintiffs Have Released Their Claims in this Action and
      NationsBank, therefore, is Entitled To Judgment on Their Respective Claims.

Summary judgment is appropriate when "the pleadings, . . .admissions on file, together

with affidavits, if any, show that there is no genuine issue as to any material fact and that the

moving party is entitled to judgment as a matter of law." See Fed. R. Civ. P. 56(c). See also

Matsushita Elec. Indus. Co. v. Zenith Radio Corp., 475 U.S. 574, 106 S. Ct. 1348 (1986);

Celotex Corp. v. Catrett, 477 U.S. 317, 106 S. Ct. 2548 (1986). There can be no dispute that the

twenty-three opt-in plaintiffs at issue here have released their claims in this action and

NationsBank, therefore, is entitled to judgment on their respective claims. See Facts, ¶ 2.

Florida law "favors the finality of settlements," see Pettinelli v. Danzig, 722 F.2d 706,

710 (11th Cir. 1984), citing, DeWitt v. Miami Transit Co., 95 So.2d 898 (Fla. 1987), and this

Court consistently has recognized that "[i]t is hornbook law that the execution of a valid release

results in the termination of all rights covered by the agreement." See Hall v. Burger King Corp.,

912 F. Sup. 1509, 1520 (S.D. Fla. 1995), citing, Pettinelli, 722 F.2d at 708; Sottile v. Gaines

Constr. Co., 281 So.2d 558, 561 (Fla.3d DCA 1973); Mulhearn v. Rogers, 636 F. Supp. 323, 325 (S.D. Fla.1986).

Here, each of the twenty-three plaintiffs at issue, in exchange for good and valuable consideration, executed an agreement (approved by their counsel) in which they released "all claims of every kind (including without limitation attorneys' fees and costs) which Plaintiff has ever had or now may have against NationsBank arising at any time in the unlimited past up to the date of execution of this Agreement. . . [except those] claims asserted by Plaintiff in writing and received by NationsBank prior to June 5, 2000." See Facts, ¶ 6. And, it cannot be disputed that NationsBank did not receive written claims in the above-captioned action from the twenty-three opt-in plaintiffs at issue here until after the June 5, 2000, deadline established by the Levine settlement agreement. See Facts, ¶¶ 3 & 7. Their claims in this action, see Facts, ¶ 2, therefore, are barred by their releases and NationsBank is entitled to judgment as a matter of law.

II.   Opt-In Plaintiff Mary Ann O'Connor is Ineligible to Participate in this Action Because her Employment Terminated Prior to December 17, 1997, the date upon which the Bank Reclassified the Consumer Banker Position as Non-Exempt for Overtime Purposes.

Plaintiffs allege that they were forced to work "off the clock" as non-exempt Consumer Bankers, see Facts, ¶ 2, and they define the relevant group of plaintiffs as those individuals who worked as non-exempt Consumer Banker IIs, IIIs or IVs after NationsBank reclassified those Consumer Banker positions as non-exempt in December, 1997. See Complaint, ¶¶ 10 & 14 (Dkt. Entry 1).

Here, however, opt-in plaintiff Mary Ann O'Connor left her employment with the Bank on February 7, 1997; ten months before the Bank reclassified the Consumer Banker positions as non-exempt for overtime pay purposes. See Facts ¶ 8. Her claim, therefore, is fatally flawed – she cannot claim overtime compensation for purported "excess hours" worked after December

4

cv-06145-LRJ    Document 220    Entered on FLSD Docket 05/29/2001    P

Case No. 00-06145-CIV-DIMITROULEAS/Johnson
Escudero v. NationsBank, N.A.

17, 1997, because she was not even employed during that time period, id., and her claims here must be dismissed.

## Conclusion

Based on the foregoing, NationsBank respectfully requests the Court to enter an Order:

(1) granting its Motion for Summary Judgment; (2) dismissing, with prejudice, the claims asserted in this action by the opt-in plaintiffs identified herein; (3) awarding NationsBank the costs and reasonable attorneys' fees expended in prosecuting this Motion; and (4) awarding such other relief as the Court deems just and proper.

Respectfully submitted, this the 25th day of May, 2001.

Richard F. Kane (NC Bar No. 5694)
Bruce M. Steen (VA Bar No. 31062)
J. Mark Langdon (NC Bar No. 19359)
McGuireWoods LLP
3700 NationsBank Plaza
Charlotte, North Carolina 28280
(704) 373-8999
(704) 373-8990 (Facsimile)

Michael T. Burke (Fla. Bar No. 338771)
Johnson, Anselmo, Murdoch, Burke & George, P.A.
790 East Broward Blvd., Suite 400
P.O. Box 030220
Fort Lauderdale, Florida 33303-0220
(954) 463-0100
(954) 463-2444 (Facsimile)

Counsel for Defendants

**Case No. 00-06145-CIV-DIMITROULEAS/Johnson**
**Escudero v. NationsBank, N.A.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing in the above-captioned

proceeding has been mailed by first-class mail, postage prepaid, to plaintiffs' counsel as listed

below:

Susan L. Dolin, Esq.
Adam S. Chotiner, Esq.
Muchnick, Wasserman, Dolin & Levine, LLP
Presidential Circle Building, Suite 620 North
4000 Hollywood Blvd.
Hollywood, Florida 33021

Caryl Boies, Esq.
Anne E. Hinds, Esq.
Boies, Schiller & Flexner, LLP
2435 Hollywood Boulevard, Suite 200
Hollywood, Florida 33020

This the 25th day of May, 2001.

_____
Michael T. Burke

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Johnson

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others similarly
situated,

           Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national
association,

           Defendant.

## Affidavit of Connie R. Hartsell

Connie R. Hartsell, being first duly sworn, deposes and says as follows:

1.    I am over 21 years of age and suffer from no legal or mental disability or duress,

and make this affidavit based upon my personal knowledge.

2.    I am currently employed as a legal secretary in the Charlotte, North Carolina

office of McGuireWoods LLP, the law firm defending Bank of America in the above-captioned

action. I am authorized by McGuireWoods to make this affidavit. I work directly with Richard

F. Kane, Esquire, lead counsel for Bank of America in this matter.

3.    My duties include receiving and processing all documents received by

McGuireWoods in defense of the Escudero matter. My practice is to mark the incoming mail

cv-06145-LRJ    Document 220    Entered on FLSD Docket 05/29/2001    P

Case No. 00-06145-CIV-DIMITROULEAS/Johnson
Escudero v. NationsBank, N.A.

with a "Received" stamp which includes the date the item was received in the Charlotte office of
McGuireWoods.

4.       On June 12, 2000, Mr. Kane received a Notice of Filling, dated June 7, 2000, and
signed by Anne E. Hinds, Esquire. Attached to this Notice of Filing were sixteen Consents to
Become Party Plaintiff signed by various individuals; including those Consents filed by Deana
B. Justice, Suzanne Czwojdak, Marilyn Barnes, Susie S. Reynolds, Jeffrey Scott Taylor, Karen
Woroschinski, Dayton J. Pehl, Elizabeth A. Langley, Nettie Parks and Karen G. Greene. I
affixed a "Received" stamp with the date "6/12/00." See Exhibit 1 hereto.

5.       On June 23, 2000, Mr. Kane received a Notice of Filing, dated June 21, 2000, and
signed by Anne E. Hinds, Esquire. Attached to this Notice of Filing were nine Consents to
Become Party Plaintiff signed by various individuals; including those Consents filed by Philip
M. Lee, Jr., Henry David Calvillo, Joseph A. Sierra, Barbara Fleming, Joyce A. Hardy and Linda
H. Grant. I affixed a "Received" stamp with the date "6/23/00." See Exhibit 2 hereto.

6.       On June 28, 2000, Mr. Kane received two Notices of Filing dated June 26, 2000,
and signed by Anne E. Hinds, Esquire. Attached to these Notices were Consents to Become
Party Plaintiff signed by Carrie H. Barnette and Evans Yancey. I affixed "Received" stamps
with the date "6/28/00" on these Notices. See Exhibit 3 hereto.

7.       On July 10, 2000, Mr. Kane received three Notices of Filing dated July 6, 2000,
and signed by Anne E. Hinds, Esquire. Attached to these Notices were Consents to Become
Party Plaintiff signed by Mary Howard, Barbara W. Wells and Candice M. Davis-Dunn. (The
Notices were dated July 6, 2000, but according to the Certificate of Service, Ms. Hinds mailed
them to Mr. Kane on July 5, 2000.) I affixed "Received" stamps with the date "7/10/00" on these
Notices. See Exhibit 4 hereto.

8.      On July 13, 2000, Mr. Kane received two Notices of Filing dated July 10, 2000, and signed by Anne E. Hinds, Esquire. Attached to these Notices were Consents to Become Party Plaintiff signed by David Perlmutter and JoAnn Skinner. I affixed "Received" stamps with the date "7/13/00" on these Notices. See Exhibit 5 hereto.

9.      On July 18, 2000, Mr. Kane received a Notice of Filing dated July 17, 2000, and signed by Anne E. Hinds, Esquire  Attached to this Notice was a Consent to Become Party Plaintiff signed by William Smith. I affixed a "Received" stamp with the date "7/18/00" on this Notice. See Exhibit 6 hereto.

10.     On August 15, 2000, Mr. Kane received a Notice of Filing dated August 10, 2000, and signed by Anne E. Hinds, Esquire. Attached to this Notice was a Consent to Become Party Plaintiff signed by Danielle L. Magan. I affixed a "Received" stamp with the date "8/15/00" on this Notice. See Exhibit 7 hereto.

11.     On December 4, 2000, Mr. Kane received a Notice of Filing dated December 4, 2000, and signed by Anne E. Hinds, Esquire. Attached to this Notice was a Consent to Become Party Plaintiff signed by Theresa Sutton Rubinfield. I affixed a "Received" stamp with the date "12/4/00" on this Notice. See Exhibit 8 hereto.

12.     On February 12, 2001, Mr. Kane received a Notice of Filing dated February 8, 2001, and signed by Anne E. Hinds, Esquire. Attached to this Notice was a Consent to Become Party Plaintiff signed by Mary Ann O'Connor. I affixed a "Received" stamp with the date "2/12/01" on this Notice. See Exhibit 9 hereto.

13.     Further this affiant sayeth not.

_Connie R. Hartsell_
Connie R. Hartsell

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

    I, a Notary Public for said county and state, hereby certify that Connie R. Hartsell,

personally appeared before me on May 23, 2001, and executed the foregoing affidavit.

                                                          _____
                                                          Notary Public

My commission expires:       _____



4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    CASE NO. 00-06145-CIV-FERGUSON
behalf of herself and all others
similarly situated,

Plaintiff



vs.

NATIONSBANK, N.A.,

Defendant.

_____/

## NOTICE OF FILING

COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned
counsel, and notifies the court of the following filings:

1.   Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Deana B. Justice

2.   Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Suzanne
     Czwojdak

3.   Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Marilyn Barnes

4.   Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Lillian Moreno

5.   Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Patricia J. Wood

6.   Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Lily Rubenstein

7.   Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Susie S. Reynolds

8.   Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Jeffrey Scott
     Taylor

9.   Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Rodney Hensley

10.  Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Karen
     Woroschinski

11.  Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Dayton J. Pehl

12.  Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Joe J. Northcutt

1

13. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Elizabeth A. Langley

14. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Nettie Parks

15. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Stephanie M. Strozier

16. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Karen G. Greene

Dated: June 7, 2000

Respectfully Submitted,
BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By:_____
   Anne E. Hinds, Esq.
   Fla. Bar No. 0964972

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail

this 7th day of June 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward

Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire,

Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.


BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax


By: _____
    Anne E. Hinds, Esq.
    Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                          Case No.:00-06145-CIV-
behalf of herself and all others              FERGUSON
similarly situated,

    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.
_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_Dieana B Justice_
Signature

_5/30/01_
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _Deana  B  Justice_

Street address _1654  Haws  Run  Rd_

Mailing address _1654  Haws  Run  Rd_

City, State & Zip code _Maple  Hill  NC  28454_

Daytime Phone _(910) 353- 1940_

Evening Phone _(910) 347- 6697_

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                          Case No.:00-06145-CIV-
behalf of herself and all others              FERGUSON
similarly situated,

     Plaintiff

vs.

NATIONSBANK, N.A.,

     Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

Signature

Date 5/6/2010

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name Suzanne Crubjdak (Alsafi)

Street address 789 Hammond Dr Apt 503

Mailing address

City, State & Zip code Atlanta GA 30328

Daytime Phone 678-428-0990

Evening Phone 404-845-0911

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on
behalf of herself and all others
similarly situated,

Case No.:00-06145-CIV-
FERGUSON

     Plaintiff

vs.

NATIONSBANK, N.A.,

     Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_Marily Barnes_
Signature

_5/30/00_
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name_ MARILYN BARNES_

Street address_ 4324  Sea Grape Drive_

Mailing address_____

City, State & Zip code_ LAUDERDALE By The Sea FL 33308_

Daytime Phone_ 954  771 9005_

Evening Phone_ 954 299 - 0458_

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                          Case No.:00-06145-CIV-
behalf of herself and all others              FERGUSON
similarly situated,

　　　　Plaintiff

vs.

NATIONSBANK, N.A.,

　　　　Defendant.
_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_____          _____
Signature                                 Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _____Susie S Reynolds_____

Street address _141 Hardwood Ln_

Mailing address _141 Handwood Ln_

City, State & Zip code _ALBANY GA 31707_

Daytime Phone _912 434-4590_

Evening Phone _912 888-3353_

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on
behalf of herself and all others
similarly situated,

Case No.:00-06145-CIV-
FERGUSON

Plaintiff

vs.

NATIONSBANK, N.A.,

Defendant.
_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_J. Scott Taylor_____          ___5/26/00_____
Signature                              Date


PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name___Jeffrey Scott Taylor_____

Street address___1032 Mires Rd._____

Mailing address___Mt. Juliet, TN 37122_____

City, State & Zip code_____

Daytime Phone___615-444-0886_____

Evening Phone___615-444-0886_____

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                      Case No.:00-06145-CIV-
behalf of herself and all others          FERGUSON
similarly situated.

     Plaintiff

vs.

NATIONSBANK, N.A.,

     Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_Karen Woroschenski_     _5-16-00_
Signature                          Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _Karen Woroschinski_

Street address _3535 Alwood St_

Mailing address_____

City, State & Zip code _North Port, FL 34286_

Daytime Phone _941-426-6003_

Evening Phone _941-423-4170_

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                          Case No.:00-06145-CIV-
behalf of herself and all others              FERGUSON
similarly situated,

    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

Dayton J. Pehl
Signature

5/30/00
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name DAYTON J PEHL

Street address 400 MEADOW OAKS DR

Mailing address DRIPPING SPRINGS

City, State & Zip code TX 78620

Daytime Phone 512-894-0877

Evening Phone 512-894-0877

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on
behalf of herself and all others
similarly situated,

Case No.:00-06145-CIV-
FERGUSON

     Plaintiff

vs.

NATIONSBANK, N.A.,

     Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

Signature

Date  5/20/00

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name  Elizabeth A Langley

Street address  39523 bolden Beach RD

Mailing address

City, State & Zip code  Mechanicsville MD 20659

Daytime Phone  301 932 7870

Evening Phone  301- 884-8096

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                          Case No.:00-06145-CIV-
behalf of herself and all others              FERGUSON
similarly situated,

    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.

_____ /

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_____
Signature

_____05/31/2000_____
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _Nettie Facks_

Street address _1000 East 9th Street_

Mailing address _Same_

City, State & Zip code _Sanford, FL 32771_

Daytime Phone _(407) 323-7418_

Evening Phone _Same_

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                     Case No.:00-06145-CIV-
behalf of herself and all others         FERGUSON
similarly situated,

    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.
_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_Karen G. Greene_
Signature

_5/15/00_
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name ___Karen G. Greene___

Street address ___1408   Illinois  Ct.___

Mailing address ___Same___

City, State & Zip code ___Woodbridge, VA. 22191___

Daytime Phone ___(703) 490-6975___

Evening Phone ___(703) 494-8622___

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                          CASE NO. 00-06145-CIV-FERGUSON
behalf of herself and all others
similarly situated,

        Plaintiff

vs.

NATIONSBANK, N.A.,

        Defendant.

_____/



## NOTICE OF FILING

        COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned counsel, and
notifies the court of the following filings:

1.      Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Philip M. Lee, Jr.

2.      Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Henry David Calvillo

3.      Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Sherry Efyffe

4.      Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Michelle A. Barnett

5.      Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Tina R. Albritton

6.      Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Joseph A. Sierra

7.      Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Barbara Fleming

8.      Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Joyce A. Hardy

9.      Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Linda H. Grant

Dated: June 21, 2000                          Respectfully Submitted,
                                              BOIES, SCHILLER & FLEXNER
                                              Attorneys for Plaintiffs
                                              2435 Hollywood Boulevard
                                              Hollywood, FL 33020
                                              (954) 929-1190
                                              (954) 929-1185 - Fax

                                          By:_____
                                              Anne E. Hinds, Esq.
                                              Fla. Bar No. 0964972

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail

this 21st day of June 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward

Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire,

Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.

BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By:

Anne E. Hinds, Esq.
Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                           Case No.:00-06145-CIV-
behalf of herself and all others               FERGUSON
similarly situated,

     Plaintiff

vs.

NATIONSBANK, N.A.,

     Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_____        _____
Signature                               Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _____

Street address _____

Mailing address _____

City, State & Zip code _____

Daytime Phone _____

Evening Phone _____

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on
behalf of herself and all others
similarly situated,

Case No.:00-06145-CIV-
FERGUSON

Plaintiff

vs.

NATIONSBANK, N.A.,

Defendant.
_____/

## **CONSENT TO BECOME PARTY PLAINTIFF**

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_____        _____052600_____
Signature                                                              Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name    JOSEPH A SIERRA

Street address    100 PRESTLY PL

Mailing address    P.O. BOX 2631

City, State & Zip code    CORRALES, NM 87048

Daytime Phone    (505) 888-9071

Evening Phone    (505) 888 897-9765

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                          Case No.:00-06145-CIV-
behalf of herself and all others              FERGUSON
similarly situated,

    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

Signature                                    Date  6-1-00

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _Joyce A. Hardy_

Street address _1904 Veraxo Dr_

Mailing address _1904 Veraxo Dr_

City, State & Zip code _Waines City, FL 33844_

Daytime Phone _863-422-1154_

Evening Phone _863 422 6927_

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    CASE NO. 00-06145-CIV-FERGUSON
behalf of herself and all others
similarly situated,

      Plaintiff

vs.

NATIONSBANK, N.A.,

      Defendant.

_____/

### NOTICE OF FILING

      COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned

counsel, and notifies the court of the following filings:

    1.     Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Evans Yancy.

Dated: June 26, 2000                    Respectfully Submitted,
                                        BOIES, SCHILLER & FLEXNER
                                        Attorneys for Plaintiffs
                                        2435 Hollywood Boulevard
                                        Hollywood, FL 33020
                                        (954) 929-1190
                                        (954) 929-1185 - Fax


                                        By:_____
                                            Anne E. Hinds, Esq.
                                            Fla. Bar No. 0964972

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail

this 26th day of June 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward

Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire,

Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.


BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By:

Anne E. Hinds, Esq.
Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                          Case No.:00-06145-CIV-
behalf of herself and all others              FERGUSON
similarly situated,

    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

Signature                                        Date  5/24/00

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name  Evans Yancy

Street address  4068 E. SPRING MEADOW DR.

Mailing address

City, State & Zip code  ACWORTH, GA 30101

Daytime Phone  770 - 529 - 7804

Evening Phone  770 - 529 - 7804

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    CASE NO. 00-06145-CIV-FERGUSON
behalf of herself and all others
similarly situated,

     Plaintiff

vs.

NATIONSBANK, N.A.,

     Defendant.

_____/

## NOTICE OF FILING

     COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned

counsel, and notifies the court of the following filings:

    1.     Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Mary Howard.

Dated: July 6, 2000                     Respectfully Submitted,
                                        BOIES, SCHILLER & FLEXNER
                                        Attorneys for Plaintiffs
                                        2435 Hollywood Boulevard
                                        Hollywood, FL 33020
                                        (954) 929-1190
                                        (954) 929-1185 - Fax

                                        By:_____
                                        Anne E. Hinds, Esq.
                                        Fla. Bar No. 0964972

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 5th day of July 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.

> BOIES, SCHILLER & FLEXNER
> Attorneys for Plaintiffs
> 2435 Hollywood Boulevard
> Hollywood, FL 33020
> (954) 929-1190
> (954) 929-1185 - Fax
>
> By: _____
> Anne E. Hinds, Esq.
> Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                          Case No.:00-06145-CIV-
behalf of herself and all others              FERGUSON
similarly situated,

     Plaintiff

vs.

NATIONSBANK, N.A.,

     Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

Signature _____          June 22nd 2000.
                                            Date _____

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _____ MARY  HOWARD _____

Street address ___ 7808 LINDEN ROAD ___

Mailing address ___ Del Valle ___

City, State & Zip code ___ TX  78617 ___

Daytime Phone ___ 512-247-7061 ___

Evening Phone _____

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    CASE NO. 00-06145-CIV-FERGUSON
behalf of herself and all others
similarly situated,

      Plaintiff

vs.

NATIONSBANK, N.A.,

      Defendant.

_____/

## NOTICE OF FILING

COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned

counsel, and notifies the court of the following filings:

1.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Barbara W.
    Wells.

Dated: July 6, 2000                     Respectfully Submitted,
                                        BOIES, SCHILLER & FLEXNER
                                        Attorneys for Plaintiffs
                                        2435 Hollywood Boulevard
                                        Hollywood, FL 33020
                                        (954) 929-1190
                                        (954) 929-1185 - Fax

                                        By: _____
                                        Anne E. Hinds, Esq.
                                        Fla. Bar No. 0964972

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 5th day of July 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.

BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By: _____
Anne E. Hinds, Esq.
Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                          Case No.:00-06145-CIV-
behalf of herself and all others              FERGUSON
similarly situated,

     Plaintiff

vs.

NATIONSBANK, N.A.,

     Defendant.
_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_Barbara W well_                    _5-23-01_
Signature                            Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _Barbara W Wells_

Street address _3113 Weedhome Ave_

Mailing address_____

City, State & Zip code _Baltimore MD 21234_

Daytime Phone _410-285-5851_

Evening Phone _410-254-8897_

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                              CASE NO. 00-06145-CIV-FERGUSON
behalf of herself and all others
similarly situated,

      Plaintiff

vs.

NATIONSBANK, N.A.,

      Defendant.

_____/

## **NOTICE OF FILING**

COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned

counsel, and notifies the court of the following filings:

1.     Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Candice M.
Davis-Dunn.

Dated: July 6, 2000                              Respectfully Submitted,
                                                 BOIES, SCHILLER & FLEXNER
                                                 Attorneys for Plaintiffs
                                                 2435 Hollywood Boulevard
                                                 Hollywood, FL 33020
                                                 (954) 929-1190
                                                 (954) 929-1185 - Fax

                                                 By:_____
                                                     Anne E. Hinds, Esq.
                                                     Fla. Bar No. 0964972

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 5th day of July 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.

BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By: _____
Anne E. Hinds, Esq.
Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                          Case No.:00-061 45-CIV-
behalf of herself and all others              FERGUSON
similarly situated,

      Plaintiff

vs.

NATIONSBANK, N.A.,

      Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join in the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_Candice M Davis-Dunn_
Signature

_June 27, 2000_
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _Candice M Davis-Dunn_

Street address _710 Lakebridge Dr_

~~Mailing address~~ _Lake Dallas TX 75065_

City, State & Zip code _____

Daytime Phone _940-321-5221_

Evening Phone _Same_

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    CASE NO. 00-06145-CIV-DIMITROULEAS
behalf of herself and all others
similarly situated,

Plaintiff



vs.

NATIONSBANK, N.A.,

Defendant.

_____/

## NOTICE OF FILING

COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned

counsel, and notifies the court of the following filing:

1.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for David
      Perlmutter.

Dated: July 10, 2000                        Respectfully Submitted,
                                            BOIES, SCHILLER & FLEXNER
                                            Attorneys for Plaintiffs
                                            2435 Hollywood Boulevard
                                            Hollywood, FL 33020
                                            (954) 929-1190
                                            (954) 929-1185 - Fax

                                            By:_____
                                              Anne E. Hinds, Esq.
                                              Fla. Bar No. 0964972

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                          Case No.:00-06145-CIV-
behalf of herself and all others              FERGUSON
similarly situated,

    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

Signature

7/5/00
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _David  Perlmutter_

Street address _7054  Waxwing Dr._

Mailing address _____

City, State & Zip code _New Port Richey, FL 34653_

Daytime Phone _727 - 376 - 7054_

Evening Phone _____

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail

this 10th day of July 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward

Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire,

Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.


BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By:

Anne E. Hinds, Esq.
Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    CASE NO. 00-06145-CIV-DIMITROULEAS
behalf of herself and all others
similarly situated,

Plaintiff

vs.

NATIONSBANK, N.A.,

Defendant.

_____/

## NOTICE OF FILING

COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned

counsel, and notifies the court of the following filing:

1.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for JoAnn Skinner.

Dated: July 10, 2000                     Respectfully Submitted,
                                         BOIES, SCHILLER & FLEXNER
                                         Attorneys for Plaintiffs
                                         2435 Hollywood Boulevard
                                         Hollywood, FL 33020
                                         (954) 929-1190
                                         (954) 929-1185 - Fax

                                         By

                                         Anne E. Hinds, Esq.
                                         Fla. Bar No. 0964972

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                          Case No.:00-06145-CIV-
behalf of herself and all others              FERGUSON
similarly situated,

     Plaintiff

vs.

NATIONSBANK, N.A.,

     Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action: and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_____                          6-12-00
Signature                                          Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name    JoAnn    Skinner

Street address    3813   Villa   Ln

Mailing address          "              "

City, State & Zip code   Evans   GA

Daytime Phone

Evening Phone    706 863 2277

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail

this 10th day of July 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward

Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire,

Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.


BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By:

    Anne E. Hinds, Esq.
    Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    CASE NO. 00-06145-CIV-DIMITROULEAS
behalf of herself and all others
similarly situated,

     Plaintiff

vs.

NATIONSBANK, N.A.,

     Defendant.

_____/

## NOTICE OF FILING

     COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned

counsel, and notifies the court of the following filing:

    1.     Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for William Smith.

Dated: July 17, 2000                    Respectfully Submitted,
                                        BOIES, SCHILLER & FLEXNER
                                        Attorneys for Plaintiffs
                                        2435 Hollywood Boulevard
                                        Hollywood, FL 33020
                                        (954) 929-1190
                                        (954) 929-1185 - Fax

                                        By_____
                                        Anne E. Hinds, Esq.
                                        Fla. Bar No. 0964972

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail

this 17th day of July 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward

Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire,

Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.


BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By:

Anne E. Hinds, Esq.
Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                          Case No.:00-06145-CIV-
behalf of herself and all others              FERGUSON
similarly situated,

      Plaintiff

vs.

NATIONSBANK, N.A.,

      Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_____    _____
Signature                    Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name_____William D Smith_____

Street address____9012 Reyes CT_____

Mailing address____Same_____

City, State & Zip code___Orl. - Fc 32836___

Daytime Phone___407 8 248 2229___

Evening Phone___407 876 4164___

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    CASE NO. 00-06145-CIV-DIMITROULEAS
behalf of herself and all others
similarly situated,

       Plaintiff

vs.

NATIONSBANK, N.A.,

       Defendant.

_____/

## NOTICE OF FILING

COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned

counsel, and notifies the court of the following filing:

1.     Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Danielle L.
       Magan.

Dated: August 10, 2000                  Respectfully Submitted,
                                        BOIES, SCHILLER & FLEXNER
                                        Attorneys for Plaintiffs
                                        2435 Hollywood Boulevard
                                        Hollywood, FL 33020
                                        (954) 929-1190
                                        (954) 929-1185 - Fax

                                        By _____
                                           Anne E. Hinds, Esq.
                                           Fla. Bar No. 0964972

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 10th day of August 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.

BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By: 

Anne E. Hinds, Esq.
Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                        Case No.:00-06145-CIV-
behalf of herself and all others            FERGUSON
similarly situated,

    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.

_____/

## **CONSENT TO BECOME PARTY PLAINTIFF**

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action, and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_____
Signature

$5/31/00$
_____
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name___DANIELLE L HAGAN___

Street address___1308 Seabreeze BVD___

Mailing address_____

City, State & Zip code___Ft Lauderdale, FL 33316___

Daytime Phone___(954) 527-8507___

Evening Phone___(954) 779-7261___

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,
          Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,
          Defendant.

_____/

### NOTICE OF FILING

COMES NOW the Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE,

by and through their undersigned counsel, and notify this Court of the following filing:

1. Consent to Become a Party Plaintiff pursuant to 29 U.S.C. §216(b) of Theresa

Sutton Rubinfield.

MUCHNICK, WASSERMAN, DOLIN
& LEVINE, LLP
Attorneys for Plaintiffs
4000 Hollywood Boulevard, Ste 620N
Hollywood, FL 33021
(954) 989-8100 - Broward
(305) 624-9100 - Dade
(954) 989-8700 - Fax

By: _____
          SUSAN L. DOLIN, ESQ.
          Fla. Bar No. 708690
          ADAM S. CHOTINER, ESQ.
          Fla. Bar No. 0146315

-and-

BOIES, SCHILLER & FLEXNER L.L.P.
2435 Hollywood Boulevard
Hollywood, Florida 33020

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S.

Mail this 4th day of December, 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al.,

790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard

F. Kane, Esq., McGuireWoods, 3700 NationsBank Plaza, 101 South Tyron Street,

Charlotte, NC 28280.

By: _____
ADAM S. CHOTINER, ESQ.
E-Mail: aschotiner@mwdl-law.com

F:\WPDOCS\~SLD\Escudero\Notices\N-Filing Consent Rubinfield.wpd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,

        Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,

        Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I am eligible to join this lawsuit filed by past employees of NationsBank, N.A. to recover overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiffs as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into agreements with Plaintiffs' attorneys concerning attorneys fees and costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and entered into by the representative Plaintiffs will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiffs have entered into a Contingency Fee Agreement with the law firms of MUCHNICK WASSERMAN DOLIN & LEVINE, LLP and BOIES SCHILLER & FLEXNER, LLP which apply to all Plaintiffs who join in this lawsuit. If I join in the lawsuit, I agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a recovery by judgment or settlement against NationsBank in this action; and that **if no such recovery is obtained, I will not be held responsible for such attorneys fees or costs.** I further understand that I may obtain a copy of the Contingency Fee Agreement upon requesting same from the attorneys.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it is favorable or unfavorable. I will also be bound by, and will share in, as the Court may direct, any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

**I hereby consent to join in this lawsuit.**

_____
SIGNATURE

DATE: _____ /2 - 1 - 0 0 _____

**PLEASE PRINT OR TYPE THE INFORMATION BELOW:**

NAME: _____ THERESA  SUTTON RUBINFIELD _____

STREET NAME & NO. _____ 3253 Fox Croft Rd G206. _____

CITY, STATE& ZIP CODE _____ Miramar, Fl  33025 . _____

PHONE NUMBERS WHERE YOU CAN BE REACHED:

DAY: _____ 954- 437-8878 _____

EVENING: _____ Same _____ /2p. 954- 409-7583 .

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

2/8/01

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Johnson

ROXANNA L. ESCUDERO, an
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,
            Plaintiffs,



vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,
            Defendant.

_____/

## NOTICE OF FILING

COME NOW the Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, by

and through their undersigned counsel, and notify this Court of the following filing:

1. Consent to Become a Party Plaintiff pursuant to 29 U.S.C. §216(b) of Mary Ann

O'Connor.

> MUCHNICK, WASSERMAN, DOLIN
> & LEVINE, LLP
> Attorneys for Plaintiffs
> 4000 Hollywood Boulevard, Ste 620N
> Hollywood, FL 33021
> (954) 989-8100 - Broward
> (305) 624-9100 - Dade
> (954) 989-8700 - Fax
>
> By: _____
> SUSAN L. DOLIN, ESQ.
> Fla. Bar No. 708690
> ADAM S. CHOTINER, ESQ.
> Fla. Bar No. 0146315

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 8th day of February, 2001, to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane, Esq., McGuireWoods, 3700 NationsBank Plaza, 101 South Tyron Street, Charlotte, NC 28280, and Mark J. Langdon, Esq., McGuireWoods LLP, 3700 Bank of America Plaza, 101 South Tryon Street, Charlotte, NC 28280.

By: _____

SUSAN L. DOLIN, ESQ.
E-Mail: sldolin@mwdl-law.com

F:\WPDOCS\~ASC\Escudero\Opt-Ins\N-Filing Consent O'Connor.wpd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                          Case No.:00-06145-CIV-
behalf of herself and all others              FERGUSON
similarly situated,

Plaintiff

vs.

NATIONSBANK, N.A.,

Defendant.
_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

Signature                                            Date          9/2000

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name_____ Mary Ann O'Connor _____

Street address_ 1124 S.W. 49th Terrace _

Mailing address_____

City, State & Zip code_ Plantation, FL 33317 _

Daytime Phone_ (954) 461-0629 _

Evening Phone_ (954) 583-8469 _

2

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Johnson

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others similarly
situated,

            Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national
association,

            Defendant.

## Affidavit of Debra Robinson

Debra Robinson, being first duly sworn, deposes and says as follows:

1. I am currently employed by Exult, Inc., which is a third-party vendor performing

payroll administration and related tasks for Bank of America. I have been employed by Exult

since January 27, 2001.

2. Prior to being employed by Exult, I was employed by Bank of America as an Analyst

II-Business Analysis.

3. I perform the same tasks for Exult that I performed as an employee of Bank of

America, and am authorized by Bank of America to make this Affidavit on its behalf.

4. As an Exult employee, I have authority to access personnel and payroll records and

computer databases maintained by Bank of America and Exult. I make this Affidavit based upon

my personal knowledge and my review of Bank of America's personnel and payroll records and

computer databases, to which I have access in order to accomplish my daily job duties and responsibilities.

5. I understand from reviewing plaintiffs' Complaint in this action that the relevant time period for this lawsuit begins when Bank of America reclassified Consumer Banker IIs, IIIs and IVs as non-exempt employees.

6. My understanding is that Bank of America reclassified Consumer Banker IIs, IIIs, and IVs as non-exempt on December 17, 1997.

7. I reviewed payroll and work history information regarding Mary Ann O'Connor, Social Security Number 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. According to Bank of America's records, Bank of America hired Ms. O'Connor on March 6, 1989 and her employment with Bank of America terminated on February 7, 1997. At the time her employment terminated, Ms. O'Connor was an exempt Consumer Banker II.

Further this affiant sayeth not.

Debra Robinson

COMMONWEALTH OF VIRGINIA;

CITY OF NORFOLK;

To Wit:

The foregoing Affidavit was personally subscribed and sworn to before me, a Notary Public for the above-referenced jurisdiction, on May $23$, 2001, by Debra Robinson.

Notary Public
Shawn L. Bright, Notary Public
My commission expires 01/31/2004.

My Commission Expires:

2