UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Johnson

ROXANNA L. ESCUDERO, and )
KIMBERLY DRAKE, on behalf of )
themselves and all others similarly )
situated, )
)
          Plaintiffs, )
)
vs. )
)
BANKAMERICA CORPORATION, )
a foreign corporation d/b/a )
BANK OF AMERICA CORPORATION, )
a foreign corporation, f/k/a )
NATIONSBANK, N.A., a national )
association, )
)
          Defendants. )
_____)

## Defendant, NationsBank's Notice of Filing

Defendant, Bank of America Corporation (f/k/a BankAmerica Corporation) and Bank of America, N.A. (F/k/a NationsBank, N.A.) (collectively "NationsBank"), by counsel, hereby gives notice of filing, under separate cover, its Concise Statement of Material Facts as to Which There is No Genuine Issue to be Tried, which was



inadvertently attached to Defendant's Motion for Summary Judgment, instead of being

filed separately.

This the  30  day of May, 2001.

*Erin E. Gill*

Michael T. Burke (Florida Bar No. 338771)
Erin E. Gill (Florida Bar No. 0121169)
Johnson, Anselmo, Murdoch, Burke & George, P.A..
790 East Broward Blvd., Suite 400
P.O. Box 030220
Fort Lauderdale, Florida 33303-0220
Facsimile:  954/463-2444
Telephone: 954/463-0100 Broward
             305/945-2000 Dade
             561/640-7448 WPB

Richard F. Kane (NC Bar No. 5694)
Bruce M. Steen (VA Bar No. 31062)
McGuire, Woods, Battle & Boothe LLP
3700 Bank of America Plaza
Charlotte, North Carolina 28280
Telephone: (704) 373-8999
Facsimile: (704) 373-8990

Attorneys for Bank of America Corporation and
Bank of America, N.A.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing "Notice of Filing" in the above-captioned proceeding has been served this day by U.S. mail, postage prepaid, upon Plaintiffs' counsel as listed below:

>Daniel R. Levine, Esq.
>Adam S. Chotiner, Esq.
>Muchnick, Wasserman, Dolin & Levine, LLP
>Presidential Circle Building, Suite 620 North
>4000 Hollywood Blvd.
>Hollywood, FL 33021
>
>Boies, Schiller & Flexner, LLP
>2435 Hollywood Boulevard, Suite 200
>Hollywood, FL 33020

This the __30__ day of May, 2001.

*Erin E. Gill* (signature)

Michael T. Burke
Erin E. Gill