UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Johnson

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others similarly
situated,

               Plaintiffs,

vs.

BANKAMERICA CORPORATION.
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national
association,

               Defendant.



## NationsBank's
### Concise Statement of Material Facts
### as to Which There is No Genuine Issue to be Tried

Pursuant to S.D. Fla. L.R. 7.5, Bank of America Corporation (f/k/a BankAmerica

Corporation) and Bank of America, N.A. (f/k/a NationsBank, N.A.)(collectively "NationsBank"),

by counsel, submit the following concise statement of material facts as to which there is no

genuine issue to be tried in support of their May 25, 2001, Motion for Summary Judgment:

1.      On January 31, 2000. plaintiffs filed the above-captioned action pursuant to the

Fair Labor Standards Act, 29 U.S.C. §§201, et seq. ("FLSA"), "on behalf of themselves and all

other employees of NationsBank, similarly situated to them." See Complaint and Demand for

Jury Trial ("Complaint"), ¶¶ 4 & 10. (Dkt. Entry 1).

2. Plaintiffs allege that they worked for NationsBank as Consumer Banker IIs and IIIs; that NationsBank reclassified their positions as non-exempt for purposes of the FLSA in December, 1997; that between December, 1997, and October 29, 1999, they worked "many times in excess" of forty (40) hours per week; that NationsBank violated the FLSA by failing to pay them and other similarly situated employees overtime pay; and that they and those similarly situated to them are entitled to certain damages and other relief. See Complaint, ¶¶ 8, 9, 13, 14, 16 & 22. (Dkt. Entry 1).

3. Fifty-eight opt-in plaintiffs remain in this action, including the following twenty-three individuals whose Consents to Become Party Plaintiffs in this action were received by NationsBank's counsel, forwarded to the Court by plaintiffs' counsel, and docketed by the Clerk of Court on the following dates:

| Opt-in Plaintiff | Date Consent Received by NationsBank | Date Consent Sent to Court by Plaintiffs' Counsel | Date Consent Docketed |
|---|---|---|---|
| Deana B. Justice | June 12 | June 7 | June 8[1] |
| Suzanne Czwojdak | June 12 | June 7 | June 8 |
| Marilyn Barnes | June 12 | June 7 | June 8 |
| Susie S. Reynolds | June 12 | June 7 | June 8 |
| Jeffrey Scott Taylor | June 12 | June 7 | June 8 |
| Karen Woroschinski | June 12 | June 7 | June 8 |
| Dayton J. Pehl | June 12 | June 7 | June 8 |
| Elizabeth A. Langley | June 12 | June 7 | June 8 |
| Nettie Parks | June 12 | June 7 | June 8 |
| Karen G. Greene | June 12 | June 7 | June 8 |
| Philip M. Lee, Jr. | June 23 | June 21 | June 22 |
| Joseph A. Sierra | June 23 | June 21 | June 22 |
| Joyce A. Hardy | June 23 | June 21 | June 22 |
| Evans Yancey | June 28 | June 26 | June 27 |
| Mary Howard | July 10 | July 5 | July 16*[2] |

[1]All of the dates identified on this chart are for the year 2000, unless otherwise indicated.

[2]NationsBank could not ascertain from the Court's docket a docket entry date for the Consents filed by the opt-in plaintiffs denoted by an asterisk. The docket records, however, do

2

| Barbara W. Wells | July 10 | July 5 | July 16* |
| Candice M. Davis-Dunn | July 10 | July 5 | July 16* |
| David Perlmutter | July 13 | July 10 | July 11 |
| JoAnn Skinner | July 13 | July 10 | July 11 |
| William Smith | July 18 | July 17 | July 18 |
| Danielle L. Magan | August 15 | August 10 | August 11 |
| Theresa Sutton Rubinfield | December 4 | December 4 | December 4* |
| Mary Ann O'Connor | February 12, 2001 | February 8, 2001 | February 12, 2001 |

See Affidavit of Connie R. Hartsell ("Hartsell Affidavit") and supporting documents, appended

hereto as Exhibit A.

4.    The twenty-three individuals identified in paragraph 3 also were plaintiffs in the

case of Beverly Levine, et al. v. NationsBank, N.A., 98-06306-CIV-DIMITROULEAS. See

Docket Entries 49, 77, 183, 196, 244, 266, 321, 418, 506, 603, 650, 678, 704, 792, 817, 1081,

1122, 1160, 1193, 1194, 1223 & 1540 in the Levine matter.

5.    NationsBank and the Levine plaintiffs negotiated a full and final resolution and,

on July 14, 2000, the Court dismissed plaintiffs' claims in Levine, with prejudice.

6.    As a condition of settlement in the Levine case, each opt-in plaintiff identified in

paragraph 3, in exchange for good and valuable consideration, executed a settlement agreement

in which they released

"all claims of every kind (including without limitation attorneys' fees and costs) which
Plaintiff has ever had or now may have against NationsBank arising at any time in the
unlimited past up to the date of execution of this Agreement. . . [except those] claims
asserted by Plaintiff in writing and received by NationsBank prior to June 5, 2000."

The "General Release" executed in the Levine matter by each of the opt-in plaintiffs identified in

paragraph 3 expressly included all claims pursuant "to the Fair Labor Standards Act."

---

indicate that plaintiffs Howard, Wells and Dunn filed their Consents on July 16, 2000 and opt-in
plaintiff Rubinfield filed her Consent on December 4, 2000.

3

7.     As noted above, see supra ¶ 3, NationsBank did not receive Consents to Become Party Plaintiffs in the above-captioned matter from the opt-in plaintiffs identified in paragraph 3 until after the June 5, 2000 deadline established by the Levine settlement agreement. See Hartsell Affidavit, appended hereto as Exhibit A. The Bank did not receive any other written notice of these opt-in plaintiffs' FLSA claims prior to the June 5, 2000 deadline.

8.     Opt-in plaintiff Mary Ann O'Connor's employment with the Bank terminated on February 8, 1997, which was before the Consumer Banker position was classified as non-exempt for overtime pay purposes. See Affidavit of Debra Robinson, appended hereto as Exhibit B.

Respectfully submitted, this the 25th day of May, 2001.

Richard F. Kane (NC Bar No. 5694)
Bruce M. Steen (VA Bar No. 31062)
J. Mark Langdon (NC Bar No. 19359)
MCGUIREWOODS LLP
3700 NationsBank Plaza
Charlotte, North Carolina 28280
(704) 373-8999
(704) 373-8990 (Facsimile)

Michael T. Burke (Fla. Bar No. 338771)
Johnson, Anselmo, Murdoch, Burke & George, P.A.
790 East Broward Blvd., Suite 400
P.O. Box 030220
Fort Lauderdale, Florida 33303-0220
(954) 463-0100
(954) 463-2444 (Facsimile)

Counsel for Defendants

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing in the above-captioned

proceeding has been mailed by first-class mail, postage prepaid, to plaintiffs' counsel as listed

below:

> Susan L. Dolin, Esq.
> Adam S. Chotiner, Esq.
> Muchnick, Wasserman, Dolin & Levine, LLP
> Presidential Circle Building, Suite 620 North
> 4000 Hollywood Blvd.
> Hollywood, Florida 33021
>
> Caryl Boies, Esq.
> Anne E. Hinds, Esq.
> Boies, Schiller & Flexner, LLP
> 2435 Hollywood Boulevard, Suite 200
> Hollywood, Florida 33020

This the 25th day of May, 2001.

Michael T. Burke

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Johnson

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others similarly
situated,

             Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national
association,

             Defendant.

## Affidavit of Connie R. Hartsell

Connie R. Hartsell, being first duly sworn, deposes and says as follows:

1.    I am over 21 years of age and suffer from no legal or mental disability or duress,

and make this affidavit based upon my personal knowledge.

2.    I am currently employed as a legal secretary in the Charlotte, North Carolina

office of McGuireWoods LLP, the law firm defending Bank of America in the above-captioned

action. I am authorized by McGuireWoods to make this affidavit. I work directly with Richard

F. Kane, Esquire, lead counsel for Bank of America in this matter.

3.    My duties include receiving and processing all documents received by

McGuireWoods in defense of the Escudero matter. My practice is to mark the incoming mail

cv-06145-LRJ    Document 224    Entered on FLSD Docket 05/31/2001    P

Case No. 00-06145-CIV-DIMITROULEAS/Johnson
Escudero v. NationsBank, N.A.

with a "Received" stamp which includes the date the item was received in the Charlotte office of McGuireWoods.

4.      On June 12, 2000, Mr. Kane received a Notice of Filling, dated June 7, 2000, and signed by Anne E. Hinds, Esquire. Attached to this Notice of Filing were sixteen Consents to Become Party Plaintiff signed by various individuals; including those Consents filed by Deana B. Justice, Suzanne Czwojdak, Marilyn Barnes, Susie S. Reynolds, Jeffrey Scott Taylor, Karen Woroschinski, Dayton J. Pehl, Elizabeth A. Langley, Nettie Parks and Karen G. Greene. I affixed a "Received" stamp with the date "6/12/00." See Exhibit 1 hereto.

5.      On June 23, 2000, Mr. Kane received a Notice of Filing, dated June 21, 2000, and signed by Anne E. Hinds, Esquire. Attached to this Notice of Filing were nine Consents to Become Party Plaintiff signed by various individuals; including those Consents filed by Philip M. Lee, Jr., Henry David Calvillo, Joseph A Sierra, Barbara Fleming, Joyce A. Hardy and Linda H. Grant. I affixed a "Received" stamp with the date "6/23/00." See Exhibit 2 hereto.

6.      On June 28, 2000, Mr. Kane received two Notices of Filing dated June 26, 2000, and signed by Anne E. Hinds, Esquire. Attached to these Notices were Consents to Become Party Plaintiff signed by Carrie H. Barnette and Evans Yancey. I affixed "Received" stamps with the date "6/28/00" on these Notices. See Exhibit 3 hereto.

7.      On July 10, 2000, Mr. Kane received three Notices of Filing dated July 6, 2000, and signed by Anne E. Hinds, Esquire. Attached to these Notices were Consents to Become Party Plaintiff signed by Mary Howard, Barbara W. Wells and Candice M. Davis-Dunn (The Notices were dated July 6, 2000, but according to the Certificate of Service, Ms. Hinds mailed them to Mr. Kane on July 5, 2000.) I affixed "Received" stamps with the date "7/10/00" on these Notices. See Exhibit 4 hereto.

8.      On July 13, 2000, Mr. Kane received two Notices of Filing dated July 10, 2000, and signed by Anne E. Hinds, Esquire. Attached to these Notices were Consents to Become Party Plaintiff signed by David Perlmutter and JoAnn Skinner. I affixed "Received" stamps with the date "7/13/00" on these Notices. See Exhibit 5 hereto.

9.      On July 18, 2000, Mr. Kane received a Notice of Filing dated July 17, 2000, and signed by Anne E. Hinds, Esquire  Attached to this Notice was a Consent to Become Party Plaintiff signed by William Smith. I affixed a "Received" stamp with the date "7/18/00" on this Notice. See Exhibit 6 hereto.

10      On August 15, 2000, Mr. Kane received a Notice of Filing dated August 10, 2000, and signed by Anne E. Hinds, Esquire. Attached to this Notice was a Consent to Become Party Plaintiff signed by Danielle L. Magan. I affixed a "Received" stamp with the date "8/15/00" on this Notice. See Exhibit 7 hereto.

11.     On December 4, 2000, Mr. Kane received a Notice of Filing dated December 4, 2000, and signed by Anne E. Hinds, Esquire. Attached to this Notice was a Consent to Become Party Plaintiff signed by Theresa Sutton Rubinfield. I affixed a "Received" stamp with the date "12/4/00" on this Notice. See Exhibit 8 hereto.

12.     On February 12, 2001, Mr. Kane received a Notice of Filing dated February 8, 2001, and signed by Anne E. Hinds, Esquire. Attached to this Notice was a Consent to Become Party Plaintiff signed by Mary Ann O'Connor. I affixed a "Received" stamp with the date "2/12/01" on this Notice. See Exhibit 9 hereto.

13.     Further this affiant sayeth not

_Connie R. Hartsell_

3

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

I, a Notary Public for said county and state, hereby certify that Connie R. Hartsell,

personally appeared before me on May 23, 2001, and executed the foregoing affidavit.

_June C. Such_

Notary Public

My commission expires:    _10|2|2004_



OFFICIAL SEAL
**Notary Public, North Carolina**
**County of Mecklenburg**
**JUNE C. SUCH**
My Commission Expires 10|2|2004

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on
behalf of herself and all others
similarly situated,

CASE NO. 00-06145-CIV-FERGUSON

Plaintiff



vs.

NATIONSBANK, N.A.,

Defendant.

_____/

## NOTICE OF FILING

COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned counsel, and notifies the court of the following filings:

1. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Deana B. Justice

2. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Suzanne Czwojdak

3. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Marilyn Barnes

4. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Lillian Moreno

5. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Patricia J. Wood

6. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Lily Rubenstein

7. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Susie S. Reynolds

8. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Jeffrey Scott Taylor

9. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Rodney Hensley

10. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Karen Woroschinski

11. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Dayton J. Pehl

12. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Joe J. Northcutt

13. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Elizabeth A. Langley

14. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Nettie Parks

15. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Stephanie M. Strozier

16. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Karen G. Greene

Dated: June 7, 2000

Respectfully Submitted,
BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By:_____
    Anne E. Hinds, Esq.
    Fla. Bar No. 0964972

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 7th day of June 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.

BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By: _____

Anne E. Hinds, Esq.
Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                         Case No.:00-06145-CIV-
behalf of herself and all others              FERGUSON
similarly situated,

    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.
_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff, Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin & Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I will not be held responsible for such attorneys fees or costs. I further understand that I may obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct, any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_Diana B Justice_
Signature

_5/30/00_
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _Deana B Justice_

Street address _1654 Haws Run Rd_

Mailing address _1654 Haws Run Rd_

City, State & Zip code _Maple Hill NC 28454_

Daytime Phone _(910) 353-1940_

Evening Phone _(910) 347-6697_

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                          Case No.:00-06145-CIV-
behalf of herself and all others              FERGUSON
similarly situated,

    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff, Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin & Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I will not be held responsible for such attorneys fees or costs. I further understand that I may obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct, any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_____        _5/6/2010_____
Signature                               Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name__Suzanne Czubjdak (Alsafi)__

Street address__789 H Ammond Dr Apt 503__

Mailing address_____

City, State & Zip code__Atlanta GA 30328__

Daytime Phone__678 - 428 - 0990__

Evening Phone__404 - 845 - 0911__

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    Case No.:00-06145-CIV-
behalf of herself and all others        FERGUSON
similarly situated,

        Plaintiff

vs.

NATIONSBANK, N.A.,

        Defendant.
_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dohn
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_____          _____5/30/00_____
Signature                                 Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _MARILYN BARNES_____

Street address _4334   Dea Grape Drive_

Mailing address_____

City, State & Zip code _LAUderdaie By The Dea FL 33308_

Daytime Phone___954   771  9005_____

Evening Phone___954  299 - 0458_____

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                        Case No.:00-06145-CIV-
behalf of herself and all others            FERGUSON
similarly situated,

Plaintiff

vs.

NATIONSBANK, N.A.,

Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

Signature

5/24/01
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name  _Susie S Reynolds_

Street address _141 Hardwood Ln_

Mailing address _141 Hardwood Ln_

City, State & Zip code _Albany GA 31707_

Daytime Phone _912 434-4590_

Evening Phone _912 888-3353_

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on
behalf of herself and all others
similarly situated,

Case No.:00-06145-CIV-
FERGUSON

Plaintiff

vs.

NATIONSBANK, N.A.,

Defendant.
_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_J. Scott Taylor_
Signature

_5/26/00_
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name__ _Jeffrey Scott Taylor_

Street address_ _1032 Mires Rd._

Mailing address_ _Mt. Juliet, TN 37122_

City, State & Zip code_____

Daytime Phone___ _615-444-0886_

Evening Phone___ _615-444-0886_

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    Case No.:00-06145-CIV-
behalf of herself and all others        FERGUSON
similarly situated,

    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_Karen Woroschinski_
Signature

_5-16-00_
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _Karen Woroschinski_

Street address _3535 Alwood St_

Mailing address _____

City, State & Zip code _North Port, FL 34286_

Daytime Phone _941 - 426-6003_

Evening Phone _941 - 423-4170_

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on
behalf of herself and all others
similarly situated,

Case No.:00-06145-CIV-
FERGUSON

    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_Dayton J Pehl_
Signature

_5/30/00_
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _DAYTON J PEHL_

Street address _400 MEADOW OAKS DR_

Mailing address _DRIPPING SPRINGS_

City, State & Zip code _TX    78620_

Daytime Phone _512 - 894 - 0877_

Evening Phone _512 - 894 - 0877_

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                           Case No.:00-06145-CIV-
behalf of herself and all others               FERGUSON
similarly situated,

    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs. and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained. I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_____          _5/20/00_____
Signature                                  Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name  Elizabeth A Langley

Street address  39523 Golden Beach RD

Mailing address _____

City, State & Zip code  Mechanicsville MD 20659

Daytime Phone  301 932 7870

Evening Phone  301- 884-8096

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on
behalf of herself and all others
similarly situated,

Case No.:00-06145-CIV-
FERGUSON

Plaintiff

vs.

NATIONSBANK, N.A.,

Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_____          _____05/31/2000_____
Signature                                              Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _Nettie Facks_

Street address _1000 East 9th Street_

Mailing address _Same._

City, State & Zip code _Sanford, FL 32771_

Daytime Phone _(407) 323-7418_

Evening Phone _Same_

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on              Case No.:00-06145-CIV-
behalf of herself and all others              FERGUSON
similarly situated,

       Plaintiff

vs.

NATIONSBANK, N.A.,

       Defendant.
_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall <u>only</u> be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

Karen G. Greene

Signature

$\frac{5/15/00}{\text{Date}}$

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name___Karen G. Greene___

Street address___1408  Illinois  Ct.___

Mailing address___Same___

City, State & Zip code___Woodbridge , UA. 22191___

Daytime Phone___(703) 490-6975___

Evening Phone___(703) 494-8622___

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    CASE NO. 00-06145-CIV-FERGUSON
behalf of herself and all others
similarly situated,

      Plaintiff

vs.



NATIONSBANK, N.A.,

      Defendant.

_____/

### NOTICE OF FILING

    COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned counsel, and notifies the court of the following filings:

1. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Philip M. Lee, Jr.
2. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Henry David Calvillo
3. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Sherry Efyffe
4. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Michelle A. Barnett
5. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Tina R. Albritton
6. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Joseph A. Sierra
7. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Barbara Fleming
8. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Joyce A. Hardy
9. Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Linda H. Grant

Dated: June 21, 2000

           Respectfully Submitted,
           BOIES, SCHILLER & FLEXNER
           Attorneys for Plaintiffs
           2435 Hollywood Boulevard
           Hollywood, FL 33020
           (954) 929-1190
           (954) 929-1185 - Fax

      By:
           Anne E. Hinds, Esq.
           Fla. Bar No. 0964972

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 21st day of June 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.

BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By: _____
Anne E. Hinds, Esq.
Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    Case No.:00-06145-CIV-
behalf of herself and all others        FERGUSON
similarly situated,

    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_____
Signature

_____
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _____

Street address _____

Mailing address _____

City, State & Zip code _____

Daytime Phone _____

Evening Phone _____

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on
behalf of herself and all others
similarly situated,

Case No.:00-06145-CIV-
FERGUSON

Plaintiff

vs.

NATIONSBANK, N.A.,

Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_____          _____ 052600 _____
Signature                                                Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name     JOSEPH A SIERRA

Street address     100 PRESLY PL

Mailing address     P.O. BOX 2631

City, State & Zip code     CORRALES , NM 87048

Daytime Phone     (505) 888-9071

Evening Phone     (505) 888 897-9765

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                          Case No.:00-06145-CIV-
behalf of herself and all others              FERGUSON
similarly situated,

    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_Joyce A. Hardy_
Signature

_6-1-0_
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _Joyce A. Hardy_

Street address _1904 Verano Dr_

Mailing address _1904 Verano Dr_

City, State & Zip code _Winres City, Fl 33844_

Daytime Phone _863-422-1154_

Evening Phone _863 422 6927_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    CASE NO. 00-06145-CIV-FERGUSON
behalf of herself and all others
similarly situated,

      Plaintiff

vs.

NATIONSBANK, N.A.,

      Defendant.

_____/

### NOTICE OF FILING

COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned

counsel, and notifies the court of the following filings:

1.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Evans Yancy.

Dated: June 26, 2000                    Respectfully Submitted,
                                        BOIES, SCHILLER & FLEXNER
                                        Attorneys for Plaintiffs
                                        2435 Hollywood Boulevard
                                        Hollywood, FL 33020
                                        (954) 929-1190
                                        (954) 929-1185 - Fax


By:_____
    Anne E. Hinds, Esq.
    Fla. Bar No. 0964972

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 26th day of June 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.

BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By: _____
Anne E. Hinds, Esq.
Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                          Case No.:00-06145-CIV-
behalf of herself and all others              FERGUSON
similarly situated,

     Plaintiff

vs.

NATIONSBANK, N.A.,

     Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs. and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_____          _5/24/00_____
Signature                        Date


PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _Evans Yancy_____

Street address _4068 E. SPRING MEADOW DR._

Mailing address_____

City, State & Zip code _ACWORTH, GA 30101_

Daytime Phone _770 - 529 - 7804_

Evening Phone _770 - 329 - 7804_

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    CASE NO. 00-06145-CIV-FERGUSON
behalf of herself and all others
similarly situated,

     Plaintiff

vs.

NATIONSBANK, N.A.,

     Defendant.

_____/

### NOTICE OF FILING

COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned counsel, and notifies the court of the following filings:

1.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Mary Howard.

Dated: July 6, 2000

Respectfully Submitted,
BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By:_____
Anne E. Hinds, Esq.
Fla. Bar No. 0964972

1

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 5th day of July 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire, Woods, Battle & Boothe. 3700 NationsBank Plaza, Charlotte, North Carolina 28280.


BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By:
Anne E. Hinds, Esq.
Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                          Case No.:00-06145-CIV-
behalf of herself and all others              FERGUSON
similarly situated,

     Plaintiff

vs.

NATIONSBANK, N.A.,

     Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_____
Signature

_____June 22nd 2000.___
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name_____MARY___HOWARD)_____

Street address___7808 LINDEN ROAD_____

Mailing address___Del Valle_____

City, State & Zip code___TX  78617_____

Daytime Phone___512·247-7061_____

Evening Phone_____

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                          CASE NO. 00-06145-CIV-FERGUSON
behalf of herself and all others
similarly situated,

      Plaintiff

vs.

NATIONSBANK, N.A.,

      Defendant.

_____/

## NOTICE OF FILING

      COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned

counsel, and notifies the court of the following filings:

    1.     Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Barbara W.
         Wells.

Dated: July 6, 2000                              Respectfully Submitted,
                                                 BOIES, SCHILLER & FLEXNER
                                                 Attorneys for Plaintiffs
                                                 2435 Hollywood Boulevard
                                                 Hollywood, FL 33020
                                                 (954) 929-1190
                                                 (954) 929-1185 - Fax

                                                 By:_____
                                                     Anne E. Hinds, Esq.
                                                     Fla. Bar No. 0964972

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 5th day of July 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.

BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By

Anne E. Hinds, Esq.
Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                        Case No.:00-06145-CIV-
behalf of herself and all others            FERGUSON
similarly situated,

     Plaintiff

vs.

NATIONSBANK, N.A.,

     Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_Barbara W Wells_                          _5-23 cc_
Signature                                   Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _Barbara W. Wells_

Street address _3113 Weedheme Ave_

Mailing address_____

City, State & Zip code_BALtimore MD 21234_

Daytime Phone _410-285-5851_

Evening Phone _410-254-8897_

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    CASE NO. 00-06145-CIV-FERGUSON
behalf of herself and all others
similarly situated,

     Plaintiff

vs.

NATIONSBANK, N.A.,

     Defendant.

_____/

### <u>NOTICE OF FILING</u>

     COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned counsel, and notifies the court of the following filings:

    1.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Candice M. Davis-Dunn.

Dated: July 6, 2000                       Respectfully Submitted,
                                          BOIES, SCHILLER & FLEXNER
                                          Attorneys for Plaintiffs
                                          2435 Hollywood Boulevard
                                          Hollywood, FL 33020
                                          (954) 929-1190
                                          (954) 929-1185 - Fax


                                          By
                                             Anne E. Hinds, Esq.
                                             Fla. Bar No. 0964972

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail

this 5th day of July 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward

Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire,

Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.


BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By: _____
Anne E. Hinds, Esq.
Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on
behalf of herself and all others
similarly situated,

Case No.:00-06l 45-CIV-
FERGUSON

Plaintiff

vs.

NATIONSBANK, N.A.,

Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join in the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_Candice M Davis-Dunn_
Signature

_June 27, 2000_
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _Candice M Davis-Dunn_

Street address _710 Lakebridge Dr_

~~Mailing address~~ _Lake Dallas TX 75065_

City, State & Zip code _____

Daytime Phone _940-321-5221_

Evening Phone _Same_

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    CASE NO. 00-06145-CIV-DIMITROULEAS
behalf of herself and all others
similarly situated,

    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.

_____/

### NOTICE OF FILING

    COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned

counsel, and notifies the court of the following filing:

    1.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for David
        Perlmutter.

Dated: July 10, 2000                    Respectfully Submitted,
                                BOIES, SCHILLER & FLEXNER
                                Attorneys for Plaintiffs
                                2435 Hollywood Boulevard
                                Hollywood, FL 33020
                                (954) 929-1190
                                (954) 929-1185 - Fax

                                By:_____
                                  Anne E. Hinds, Esq.
                                  Fla. Bar No. 0964972

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                          Case No.:00-06145-CIV-
behalf of herself and all others              FERGUSON
similarly situated,

     Plaintiff

vs.

NATIONSBANK, N.A.,

     Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_____          _7/5/00_____
Signature                                 Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name  David Perlmutter

Street address  7054 Waxwing Dr.

Mailing address_____

City, State & Zip code  New Port Richey, FL 34653

Daytime Phone  727-376-7054

Evening Phone_____

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 10th day of July 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.

BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By:

Anne E. Hinds, Esq.
Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    CASE NO. 00-06145-CIV-DIMITROULEAS
behalf of herself and all others
similarly situated,

Plaintiff



vs.

NATIONSBANK, N.A.,

Defendant.

_____/

## NOTICE OF FILING

COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned
counsel, and notifies the court of the following filing:

1.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for JoAnn Skinner.

Dated: July 10, 2000                          Respectfully Submitted,
                                              BOIES, SCHILLER & FLEXNER
                                              Attorneys for Plaintiffs
                                              2435 Hollywood Boulevard
                                              Hollywood, FL 33020
                                              (954) 929-1190
                                              (954) 929-1185 - Fax

                                              By_____

                                              Anne E. Hinds, Esq.
                                              Fla. Bar No. 0964972

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on
behalf of herself and all others
similarly situated,

Case No.:00-06145-CIV-
FERGUSON

Plaintiff

vs.

NATIONSBANK, N.A.,

Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_____
Signature

_6 -/2- 00_____
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name _JoAnn Skinner_

Street address _3813 Villa Ln_

Mailing address _____

City, State & Zip code _Evans GA_

Daytime Phone _____

Evening Phone _706 863 2277_

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail

this 10th day of July 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward

Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire,

Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.

BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By:

Anne E. Hinds, Esq.
Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    CASE NO. 00-06145-CIV-DIMITROULEAS
behalf of herself and all others
similarly situated,



    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.

_____/

### NOTICE OF FILING

COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned
counsel, and notifies the court of the following filing:

1.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for William Smith.

Dated: July 17, 2000               Respectfully Submitted,
                                BOIES, SCHILLER & FLEXNER
                                Attorneys for Plaintiffs
                                2435 Hollywood Boulevard
                                Hollywood, FL 33020
                                (954) 929-1190
                                (954) 929-1185 - Fax

                                By                    
                                  Anne E. Hinds, Esq.
                                  Fla. Bar No. 0964972

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 17th day of July 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.

BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By: _____
Anne E. Hinds, Esq.
Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                     Case No.:00-06145-CIV-
behalf of herself and all others         FERGUSON
similarly situated,

     Plaintiff

vs.

NATIONSBANK, N.A.,

     Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_____          _____
Signature                                                          Date   7/14/2000

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name   William D Smith

Street address   9012 Reyes Ct

Mailing address   Same

City, State & Zip code   Orlando  Fc  32836

Daytime Phone   407  8 248  2229

Evening Phone   407  876  4164

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                CASE NO. 00-06145-CIV-DIMITROULEAS
behalf of herself and all others
similarly situated,

Plaintiff

vs.

NATIONSBANK, N.A.,

Defendant.

_____/

### NOTICE OF FILING

COMES NOW the Plaintiff, ROXANNA ESCUDERO, by and through her undersigned

counsel, and notifies the court of the following filing:

1.    Consent to Become Party Plaintiff pursuant to 29 U.S.C. §216(b) for Danielle L.
      Magan.

Dated: August 10, 2000                  Respectfully Submitted,
                                        BOIES, SCHILLER & FLEXNER
                                        Attorneys for Plaintiffs
                                        2435 Hollywood Boulevard
                                        Hollywood, FL 33020
                                        (954) 929-1190
                                        (954) 929-1185 - Fax


                                        By_____
                                            Anne E. Hinds, Esq.
                                            Fla. Bar No. 0964972

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 10th day of August 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane. Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, North Carolina 28280.

BOIES, SCHILLER & FLEXNER
Attorneys for Plaintiffs
2435 Hollywood Boulevard
Hollywood, FL 33020
(954) 929-1190
(954) 929-1185 - Fax

By: _____
Anne E. Hinds, Esq.
Fla. Bar No. 0964972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on
behalf of herself and all others
similarly situated,

Case No.:00-06145-CIV-
FERGUSON

     Plaintiff

vs.

NATIONSBANK, N.A.,

     Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action, and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

_____
Signature

_5/31/00_____
Date

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name   DANIELLE L MAGAN

Street address   1308 Sea breeze BLVD

Mailing address _____

City, State & Zip code   Ft Lauderdale, FL 33316

Daytime Phone   (954) 527-8507

Evening Phone   (954) 779-7261

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,
        Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,
        Defendant.

_____/

### NOTICE OF FILING

COMES NOW the Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE,

by and through their undersigned counsel, and notify this Court of the following filing:

1. Consent to Become a Party Plaintiff pursuant to 29 U.S.C. §216(b) of Theresa

Sutton Rubinfield.

MUCHNICK, WASSERMAN, DOLIN
& LEVINE, LLP
Attorneys for Plaintiffs
4000 Hollywood Boulevard, Ste 620N
Hollywood, FL 33021
(954) 989-8100 - Broward
(305) 624-9100 - Dade
(954) 989-8700 - Fax

By: _____
        SUSAN L. DOLIN, ESQ.
        Fla. Bar No. 708690
        ADAM S. CHOTINER, ESQ.
        Fla. Bar No. 0146315

-and-

BOIES, SCHILLER & FLEXNER L.L.P.
2435 Hollywood Boulevard
Hollywood, Florida 33020

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S.

Mail this 4th day of December, 2000 to: Michael T. Burke. Esq., Johnson, Anselmo et al.,

790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard

F. Kane, Esq., McGuireWoods, 3700 NationsBank Plaza, 101 South Tyron Street,

Charlotte, NC 28280.

By: 
ADAM S. CHOTINER, ESQ.
E-Mail: aschotiner@mwdl-law.com

F \WPDOCS\~SLD\Escudero\Notices\N-Filing Consent Rubinfield wpd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,

         Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,

         Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I am eligible to join this lawsuit filed by past employees of NationsBank, N.A. to recover overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiffs as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into agreements with Plaintiffs' attorneys concerning attorneys fees and costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and entered into by the representative Plaintiffs will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiffs have entered into a Contingency Fee Agreement with the law firms of MUCHNICK WASSERMAN DOLIN & LEVINE, LLP and BOIES SCHILLER & FLEXNER, LLP which apply to all Plaintiffs who join in this lawsuit. If I join in the lawsuit, I agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a recovery by judgment or settlement against NationsBank in this action; and that **if no such recovery is obtained, I will not be held responsible for such attorneys fees or costs.** I further understand that I may obtain a copy of the Contingency Fee Agreement upon requesting same from the attorneys.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it is favorable or unfavorable. I will also be bound by, and will share in, as the Court may direct, any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit.

_____
SIGNATURE

DATE: _____/2-1-0d_____

**PLEASE PRINT OR TYPE THE INFORMATION BELOW:**

NAME: _Theresa Sutton Rubinfield_

STREET NAME & NO. _3253 Foxcroft Rd G206_

CITY, STATE& ZIP CODE _Miramar, Fl 33025_

PHONE NUMBERS WHERE YOU CAN BE REACHED:

DAY: _954-437-8878_

EVENING: _Same -   lop. 954-409-7503_

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Johnson

ROXANNA L. ESCUDERO, an
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,
        Plaintiffs,



vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,
        Defendant.

_____/

## NOTICE OF FILING

COME NOW the Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, by

and through their undersigned counsel, and notify this Court of the following filing:

1. Consent to Become a Party Plaintiff pursuant to 29 U.S.C. §216(b) of Mary Ann

O'Connor.

                                MUCHNICK, WASSERMAN, DOLIN
                                & LEVINE, LLP
                                Attorneys for Plaintiffs
                                4000 Hollywood Boulevard, Ste 620N
                                Hollywood, FL 33021
                                (954) 989-8100 - Broward
                                (305) 624-9100 - Dade
                                (954) 989-8700 - Fax

                        By:  _____

                                SUSAN L. DOLIN, ESQ.
                                Fla. Bar No. 708690
                                ADAM S. CHOTINER, ESQ.
                                Fla. Bar No. 0146315

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 8th day of February, 2001, to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane, Esq., McGuireWoods, 3700 NationsBank Plaza, 101 South Tyron Street, Charlotte, NC 28280, and Mark J. Langdon, Esq., McGuireWoods LLP, 3700 Bank of America Plaza, 101 South Tryon Street, Charlotte, NC 28280.

By: _____

SUSAN L. DOLIN, ESQ.
E-Mail: sldolin@mwdl-law.com

F:\WPDOCS\~ASC\Escudero\Opt-Ins\N-Filing Consent O'Connor.wpd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROXANNA ESCUDERO, on                    Case No.:00-06145-CIV-
behalf of herself and all others        FERGUSON
similarly situated,

    Plaintiff

vs.

NATIONSBANK, N.A.,

    Defendant.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I understand that I may be eligible to join this lawsuit filed by a former employee of
BankAmerica corporation d/b/a Bank of America Corporation f/k/a NationsBank N.A. to recover
overtime wages.

By choosing to join this lawsuit, I understand that I designate the representative Plaintiff,
Roxanna Escudero, as my agent to make decisions on my behalf concerning the litigation,
including the method and manner of conducting this litigation, entering into settlement
agreements, entering into agreements with Plaintiffs' counsel concerning attorneys fees and
costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and
entered into by the representative Plaintiff will be binding on me if I join this lawsuit.

I understand that the designated representative Plaintiff has entered in a Contingency Fee
Agreement with the law firms of Boies Schiller & Flexner LLP, and Muchnick Wasserman Dolin
& Levine LLP which applies to all Plaintiffs who join in this lawsuit. If I join the lawsuit, I
agree to be bound by such Contingency Fee Agreement. I understand that under the terms of that
Contingency Fee Agreement, the law firms' attorneys fees and costs shall only be paid out of a
recovery, by judgment or settlement, in this action; and that if no such recovery is obtained, I
will not be held responsible for such attorneys fees or costs. I further understand that I may
obtain a copy of the Contingency Fee Agreement upon requesting it from Plaintiffs' counsel.

By choosing to join in this lawsuit, I understand that I will be bound by the judgment, whether it
is favorable or unfavorable. I will also be bound by, and will share in, as the court may direct,
any settlement that may be negotiated on behalf of all Plaintiffs.

If I choose not to join this lawsuit, I acknowledge and understand that I will not be affected by any judgment or settlement rendered or reached in this lawsuit, whether favorable or unfavorable to the Plaintiffs and I will not be entitled to share in any amounts recovered by the Plaintiffs whether by judgment or settlement.

I hereby consent to join in this lawsuit:

Signature                                    Date         9/2000

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name    Mary Ann O'Conner

Street address   1124 S.W. 49th Terrace

Mailing address

City, State & Zip code   Plantation, FL 33317

Daytime Phone   (954) 461-0629

Evening Phone   (954) 583-8469

2

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Johnson

·ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others similarly
situated,

        Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national
association,

        Defendant.

## Affidavit of Debra Robinson

Debra Robinson, being first duly sworn, deposes and says as follows:

1. I am currently employed by Exult, Inc., which is a third-party vendor performing

payroll administration and related tasks for Bank of America. I have been employed by Exult

since January 27, 2001.

2. Prior to being employed by Exult, I was employed by Bank of America as an Analyst

II-Business Analysis.

3. I perform the same tasks for Exult that I performed as an employee of Bank of

America, and am authorized by Bank of America to make this Affidavit on its behalf.

4. As an Exult employee, I have authority to access personnel and payroll records and

computer databases maintained by Bank of America and Exult. I make this Affidavit based upon

my personal knowledge and my review of Bank of America's personnel and payroll records and

computer databases, to which I have access in order to accomplish my daily job duties and responsibilities.

5. I understand from reviewing plaintiffs' Complaint in this action that the relevant time period for this lawsuit begins when Bank of America reclassified Consumer Banker IIs, IIIs and IVs as non-exempt employees.

6. My understanding is that Bank of America reclassified Consumer Banker IIs, IIIs, and IVs as non-exempt on December 17, 1997.

7. I reviewed payroll and work history information regarding Mary Ann O'Connor, Social Security Number 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. According to Bank of America's records, Bank of America hired Ms. O'Connor on March 6, 1989 and her employment with Bank of America terminated on February 7, 1997. At the time her employment terminated, Ms. O'Connor was an exempt Consumer Banker II.

Further this affiant sayeth not.

_____
Debra Robinson

COMMONWEALTH OF VIRGINIA;

CITY OF NORFOLK;

To Wit:

The foregoing Affidavit was personally subscribed and sworn to before me, a Notary Public for the above-referenced jurisdiction, on May 23, 2001, by Debra Robinson.

_____
Notary Public Shawn L. Bright, Notary Public
My commission expires 01/31/2004.

My Commission Expires:

2