UNITED STATES DISTRICT COURT FILED BY
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION     01 MAY 29 PM 3: 56

Case No. 98-06306-CIV-DIMITROULEAS
Magistrate Judge Johnson

ROXANA L. ESCUDERO, and )
KIMBERLY DRAKE, on behalf )
of themselves and all others )
Similarly situated, )
 )
        Plaintiffs, )
 )
vs. )
 )
BANKAMERICA CORPORATION, )
A foreign corporation d/b/a )
BANK OF AMERICA CORPORATION, )
A foreign corporation, f/k/a )
NATIONSBANK, N.A., a national )
association )
 )
        Defendant. )
_____ )

### NationsBank's Unopposed Motion for Extension of Time in
### Which to Respond to Plaintiffs' Motion to Compel Discovery

Pursuant to Local Rule 7.1.A.1(j) and Fed. R. Civ. P. 6(b), defendants Bank of America Corporation (f/k/a BankAmerica Corporation) and Bank of America, N.A. (f/k/a NationBank, N.A.) (collectively referred to herein as "NationsBank"), hereby request the Court to enter an order enlarging the time within which it must file its response to Plaintiffs' most recent Motion to Compel Discovery (hereinafter "Motion to Compel Discovery") until and through June 4, 2001. NationsBank states as follows in support of this unopposed Motion:

1.      On May 11, 2001, plaintiffs served their Motion to Compel Discovery



upon NationsBank's counsel, which motion sought to compel supplemental responses from NationsBank to specific interrogatories and requests for production contained in Plaintiffs' First, Second and Third Sets of Interrogatories and their Fifth Request for Production.

2. Under Local Rule 7.1.C.1., NationsBank's response to Plaintiffs' Motion to Compel Discovery is due on May 29, 2001.

3. Because of the objectionable nature of the information and documentation originally sought by Plaintiffs through their First, Second and Third Sets of Interrogatories and their Fifth Request for Production, and the need to contact multiple sources to determine the status of ongoing searches for any such information that may be discoverable, NationsBank needs additional time within which to prepare its response to Plaintiffs' Motion to Compel Discovery.

4. Pursuant to Local Rule 7.1.A.3., NationsBank's counsel conferred with plaintiffs' counsel on May 25, 2001, regarding its desire for an extension of time, at which time Plaintiffs' counsel consented to NationsBank's request for an extension of time; therefore, Plaintiffs' counsel should have no objection to this Motion, nor the requested extension of time until and through June 4, 2001, within which NationsBank may file its response to Plaintiffs' Motion to Compel Discovery.

5. This Motion is not made for the purposes of harassment or delay, nor will it prejudice Plaintiffs in any respect.

WHEREFORE, NationsBank respectfully requests the Court to enter an order enlarging the time within which it must file its response to Plaintiffs' most recent Motion to Compel Discovery until and through June 4, 2001.

This the 29th day of May, 2001.

                          */s/ Michael T. Burke*

Michael T. Burke
Florida Bar No. 338771
JOHNSON, ANSELMO, MURDOCH, BURKE
 & GEORGE, P.A.
790 East Broward Blvd., Suite 400
Post Office Box 030220
Fort Lauderdale, Florida 33303-0220
Facsimile:    954/463-2444
Telephone:   954/463-0100 Broward
                      305/945-2000 Dade
                      561/640-7448 WPB

Richard F. Kane, NC State Bar # 5694
Bruce M. Steen, VA State Bar # 31062

McGUIRE, WOODS, BATTLE & BOOTHE LLP

3700 Bank of America Plaza
Charlotte, North Carolina 28280
(704) 373-8999 FAX 704-373-8990

Attorneys for NationsBank, N.A.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **NationsBank's Unopposed Motion for Extension of Time in Which to Respond to Plaintiffs' Motion to Compel Discovery** in the above-captioned proceeding has been served this day by U.S. mail, postage prepaid, upon the Plaintiff's counsel as listed below:

>   Susan L. Dolin, Esq.
>   Daniel R. Levine, Esq.
>   Muchnick, Wasserman, Dolin & Levine, LLP
>   Presidential Circle Building, Suite 620 North
>   4000 Hollywood Blvd.
>   Hollywood, FL 33021
>
>   Caryl Boies, Esq.
>   Anne E. Hinds, Esq.
>   Boies, Schiller & Flexner L.L.P.
>   2435 Hollywood Boulevard, Suite 200
>   Hollywood, FL 33020

This the 29th day of May, 2001.

Michael T. Burke