UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
*OC-6145*
Case No. 98-06306-CIV-DIMITROULEAS
Magistrate Judge Johnson

| | |
|---|---|
| ROXANA L. ESCUDERO, and. ) | |
| KIMBERLY DRAKE, on behalf ) | |
| of themselves and all others ) | |
| Similarly situated, ) | |

Plaintiffs,

vs.

BANKAMERICA CORPORATION,
A foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
A foreign corporation, f/k/a
NATIONSBANK, N.A., a national
association

Defendant.



### Order on
### NationsBank's Unopposed Motion for Extension of Time in
### Which to Respond to Plaintiffs' Motion to Compel Discovery

THIS CAUSE came before the Court upon Defendant NationsBank's Unopposed Motion for Extension of Time in Which to Respond to Plaintiffs' May 11, 2001, Motion to Compel Discovery, and the Court being otherwise fully advised in the premises, finds that good cause exists for granting NationsBank's motion to extend the time within which it must file its response.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Defendant NationsBank shall have until and through June 4, 2001, within which to file its response



to Plaintiffs' May 11, 2001, Motion to Compel Discovery.

DONE AND ORDERED in Chambers at West Palm Beach, Florida this $\underline{31}$ day of May, 2001.

THE HONORABLE LINNEA R. JOHNSON
Chief United States Magistrate Judge

Copies to:   Michael T. Burke, Esquire
Susan L. Dolin, Esquire
Caryl Boies, Esquire
Richard F. Kane, Esquire