**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO.  00-6145-CIV-DIMITROULEAS/JOHNSON

ROXANNA L. ESCUDERO, et al,

     Plaintiff,

vs

BANKAMERICA CORPORATION, etc.,

     Defendant.



_____/

## NOTICE OF SUMMARY JUDGMENT

**THIS MATTER** is before the Court on NationsBank's Motion for Summary
Judgment.  In accordance with the law of the Eleventh Circuit, this Court hereby gives
notice to the parties opposing said Motion for Summary Judgment that this Court will begin
considering the Motion thirty (30) days from the date of this notice . All parties opposing
the Motion shall file the following items with this Court if not already done so prior to the
receipt of the Order:  (1) a memorandum of law in opposition to the Motion; (2) necessary
sworn affidavits and other material in opposition to the Motion; and (3) a concise statement
of material fact as to which it is contended that there exists a genuine issue to be tried.  If
the parties opposing the Motion fail to submit the necessary sworn affidavits or the concise
statement of material fact as to which it is contended that there exists a genuine issue to
be tried, this Court may accept all material facts set forth in the Motion as true and may,
after an independent review of the record, report and recommend that the Motion for
Summary Judgment be granted.

     If this Court recommends that the Motion for Summary Judgment be granted and
the District Court adopts and affirms said recommendation, final judgment shall be entered



against the opposing parties without a full trial.  If the parties opposing the motion do file

a response, Movant may file a reply thereto consistent with the Local Rules of the Southern

District of Florida.

DONE AND ORDERED on May 31, 2001, in Chambers, at West Palm Beach,

Florida.


LINNEA R. JOHNSON
CHIEF UNITED STATES MAGISTRATE JUDGE

CC:    The Honorable William P. Dimitrouleas
       Susan L. Dolin, Esquire
       Caryl Boies, Esquire
       Richard Kane, Esquire
       Michael T. Burke, Esquire