UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Johnson

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,
    Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,
    Defendant.

_____/



## PLAINTIFF MARGARET BUCHANAN'S NOTICE OF WITHDRAWAL OF CONSENT TO OPT-IN

COMES NOW the Plaintiff, MARGARET BUCHANAN, by and through her undersigned counsel, and hereby notifies this Honorable Court that she wishes to withdraw, and does hereby withdraw, her previously filed Consent to Become a Party Plaintiff in the captioned litigation.

          MUCHNICK, WASSERMAN, DOLIN
          & LEVINE, LLP
          Attorneys for Plaintiffs
          4000 Hollywood Boulevard, Ste 620N
          Hollywood, FL 33021
          (954) 989-8100 - Broward
          (305) 624-9100 - Dade
          (954) 989-8700 - Fax

By: _____
          SUSAN L. DOLIN, FBN 708690
          ADAM S. CHOTINER, FBN 0146315

*Escudero, et al. v. BankAmerica Corporation, etc.*
Case No. 00-06145-Civ-Dimitrouleas

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 1st day of June, 2001 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220; and Richard F. Kane, Esq., McGuireWoods, 3700 NationsBank Plaza, 101 South Tyron Street, Charlotte, NC 28280; and Caryl Boies, Esq., Boies, Schiller & Flexner, LPP, 2435 Hollywood Blvd., Ste. 200, Hollywood, FL 33020.

By: _____
ADAM S. CHOTINER, ESQ.
E-Mail: aschotiner@mwdl-law.com

F:\WPDOCS\~SLD\Escudero\Notices\n-filingwithdrawal.buchanan.wpd

2