UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS/JOHNSON

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,

    Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,

    Defendant.
_____/



## PLAINTIFFS' MOTION TO CONTINUE MEDIATION

COME NOW the Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, et al., on behalf of themselves and all others similarly situated, by and through their undersigned counsel, and, pursuant to S.D. Fla. L.R. 7.1.A, hereby file their Motion to Continue Mediation, and as grounds therefor state as follows:

1.  As the Court is aware, this is a collective action lawsuit to redress Defendant's failure to properly pay its employees overtime compensation as required under the provisions of the Fair Labor Standards Act, 29 U.S.C. §201, et seq.

2.  On April 16, 2001, this Court held a status conference. At that time, the Court directed the parties to engage in mediation by June 15, 2001. See Minutes from Status Conference (docket entry 205).

3.  Previously, this Court, per Judge Dimitrouleas, had denied Plaintiffs' Motion



to Allow Notification.

4.  At the April 16, 2001 status conference, the parties brought to this Court's attention Plaintiffs' Motion to Certify as Interlocutorily Appealable March 26, 2001 Order Denying Plaintiffs' Motion to Allow Notification ("Motion to Certify"), as well as Plaintiffs' Petition for Permission to Appeal March 26, 2001 Order Denying Plaintiffs' Motion to Allow Notification ("Petition for Permission to Appeal"), filed with the Eleventh Circuit.

5.  On May 16, 2001, this Court denied Plaintiffs' Motion to Certify.

6.  However, as of the time of filing the instant Motion, Plaintiffs' Petition for Permission to Appeal remains pending.

7.  Moreover, based on discovery which has taken place since the April 16, 2001 status conference, Plaintiffs intend to again seek notification, albeit on a more limited basis than originally sought.

8.  In addition, currently pending is Plaintiffs' Motion to Compel (docket entry 214).

9.  Moreover, on March 15, 2001, this Court entered an Order (docket entry 195) granting Plaintiffs' previous Motion to Compel (docket entry 128), directing Defendant to produce time records, "vault logs," "computer logs," and "alarm records."  On April 17, 2001, this Court entered an Order (docket entry 207) extending the time Defendant has to produce the "vault logs" up through and including June 15, 2001.

9.  Previously, the parties had tentatively agreed to mediate this case on June 14, 2001.

10.  However, in the light of the foregoing, Plaintiffs do not believe that this case is currently in a posture in which meaningful mediation can take place.  In particular, the

outstanding discovery matters, Plaintiffs' Petition for Permission to Appeal currently pending before the Eleventh Circuit, and the Plaintiffs' anticipated motion for limited notification all weigh against the prospect of a consequential mediation at this point.

11.     Accordingly, Plaintiffs seek a continuance of mediation for a period of sixty (60) days, allowing the parties to engage in mediation on or before August 15, 2001.[1]

12.     Defendant's counsel has indicated that Defendant is opposed to the instant Motion and believes that a meaningful mediation can take place at this point.

WHEREFORE, Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, et al., respectfully request that this Honorable Court grant their Motion to Continue Discovery, enter an Order directing the parties to engage in mediation on or before August 15, 2001, and take such further action as it deems just and proper.

Respectfully submitted,

MUCHNICK, WASSERMAN, DOLIN
& LEVINE, LLP
Attorneys for Plaintiffs
4000 Hollywood Boulevard, Ste 620N
Hollywood, FL 33021
(954) 989-8100 - Broward
(305) 624-9100 - Dade
(954) 989-8700 - Fax

By: _____
SUSAN L. DOLIN, ESQ.
Fla. Bar No. 708690
E-mail: sldolin@mwdl-law.com
ADAM S. CHOTINER, ESQ.
Fla. Bar No. 0146315
E-mail: aschotiner@mwdl-law.com

---

[1]     For the reasons stated herein, Plaintiffs have cancelled the mediation which had been scheduled for June 14, 2001.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent this 13th day of June, 2001 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 (via U.S. Mail), Richard F. Kane, Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, 101 South Tyron Street, Charlotte, NC 28280 (via Facsimile and U.S. Mail), and Caryl Boies, Esquire, Boies, Schiller & Flexner, LLP, 2435 Hollywood Blvd., Hollywood, Florida. 33020 (Via U.S. Mail).

MUCHNICK, WASSERMAN, DOLIN
& LEVINE, LLP
Attorneys for Plaintiffs
4000 Hollywood Boulevard, Ste 620N
Hollywood, FL 33021
(954) 989-8100 - Broward
(305) 624-9100 - Dade
(954) 989-8700 - Fax

By: _____
SUSAN L. DOLIN, ESQ.
Fla. Bar No. 708690
E-mail: sldolin@mwdl-law.com
ADAM S. CHOTINER, ESQ.
Fla. Bar No. 0146315
E-mail: aschotiner@mwdl-law.com

-4-