UNITED STATES DISTRICT COURT^{ILED BY}
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-06145-CIV-DIMITROULEAS/JOHNSON

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,

      Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,

      Defendant.

_____/

## PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE THEIR RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COME NOW the Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, *et*

*al.*, on behalf of themselves and all others similarly situated, by and through their

undersigned counsel, and, pursuant to S.D. Fla. L.R. 7.1.A, hereby file their Unopposed

Motion for Enlargement of Time to File Their Response to Defendant's Motion for

Summary Judgment, and as grounds therefor state as follows:

1.     On or about May 25, 2001, Defendant filed its Motion for Summary

Judgment.

2.     Pursuant to S.D. Fla. L.R. 7.1.C, Plaintiffs' Response to Defendant's Motion

for Summary Judgment is due to be filed on or before Friday, June 15, 2001.



3.      Defendant is moving for summary judgment on the grounds that twenty-three of the opt-in Plaintiffs in the instant case are ineligible to assert a claim in this matter based upon their participation in the settlement of the companion case *Levine, et al. v. NationsBank*, Case No. 98-06306-Civ-Dimitrouleas.

4.      Plaintiffs' counsel is in the process of contacting the twenty-three opt-in Plaintiffs at issue with regard to Defendant's Motion for Summary Judgment. Plaintiffs seek a modest a one-week enlargement of time to respond to Defendant's Motion for Summary Judgment in order to contact the opt-in Plaintiffs at issue and appropriately respond to Defendant's Motion for Summary Judgment.

5.      Accordingly, Plaintiffs seek an enlargement of time to respond to Defendant's Motion for Summary Judgment, up through and including Friday, June 22, 2001.

6.      **Pursuant to S.D. Fla. L.R. 7.1.A.3, Plaintiffs' counsel has contacted Defendant's counsel with respect to the instant Motion. Defendant's counsel has authorized Plaintiffs' counsel to represent that Defendant has no objection to the enlargement of time requested herein.**

7.      This Motion is not being filed for purposes of delay or harassment, or any other improper purpose. In addition, none of the parties will be prejudiced should this Court grant this instant Motion.

**WHEREFORE**, Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, *et al.*, on behalf of themselves and all others similarly situated, respectfully request that this

-2-

Honorable Court grant their Unopposed for Enlargement of Time to File Their Response

to Defendant's Motion for Summary Judgment, enter an Order enlarging the time Plaintiffs

have to file their Response to Defendant's Motion for Summary Judgment, up through and

including June 22, 2001, and take such further action as is just and proper.

Respectfully submitted,

MUCHNICK, WASSERMAN, DOLIN
& LEVINE, LLP
Attorneys for Plaintiffs
4000 Hollywood Boulevard, Ste 620N
Hollywood, FL 33021
(954) 989-8100 - Broward
(305) 624-9100 - Dade
(954) 989-8700 - Fax

By: _____

SUSAN L. DOLIN, ESQ.
Fla. Bar No. 708690
E-mail: sldolin@mwdl-law.com
ADAM S. CHOTINER, ESQ.
Fla. Bar No. 0146315
E-mail: aschotiner@mwdl-law.com

-3-

Escudero, et al v. BankAmerica Corporation
Case No. 00-06145-Civ-Dimitrouleas/Johnson

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent this

/ 5 day of June, 2001 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East

Broward Boulevard, Suite 400, Fort Lauderdale, Florida  33303-0220 (via U.S. Mail),

Richard F. Kane, Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, 101

South Tyron Street, Charlotte, NC  28280 (via Facsimile and U.S. Mail), and Caryl Boies,

Esquire, Boies, Schiller & Flexner, LLP, 2435 Hollywood Blvd., Hollywood, Florida. 33020

(Via U.S. Mail).

By: _____

ADAM S. CHOTINER, ESQ.
Fla. Bar No. 0146315

F:\WPDOCS\~SLD\Escudero\Pleading\M-Ext SJ2 Response.wpd

-4-