UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-06145-CIV-DIMITROULEAS/JOHNSON

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,

    Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,

    Defendant.
_____/

### PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE THEIR REPLY MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO COMPEL

COME NOW the Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, et al., on behalf of themselves and all others similarly situated, by and through their undersigned counsel, and, pursuant to S.D. Fla. L.R. 7.1.A, hereby file their Unopposed Motion for Enlargement of Time in Which to File Their Reply Memorandum of Law in Support of Their Motion to Compel, and as grounds therefor state as follows:

1.     On or about May 14, 2001, Plaintiffs filed their Motion to Compel Discovery and Incorporated Memorandum of Law (Docket Entry 214).

2.     On or about June 4, 2001, Defendant filed its Opposition to Plaintiffs' May 11, 2001 Motion to Compel Discovery.



*Escudero, et al v. BankAmerica Corporation*
Case No. 00-06145-Civ-Dimitrouleas/Johnson

3. Accordingly, pursuant to S.D. Fla. L.R. 7.1.C, Plaintiffs' Reply Memorandum of Law in Support of Its Motion to Compel Discovery is due to be filed on or before June 14, 2001.

4. Due to the press of other pending state and federal court litigation, Plaintiffs' counsel is unable to properly formulate and file Plaintiffs' Reply Memorandum of Law in Support of Their Motion to Compel Discovery by June 14, 2001.

5. Accordingly, Plaintiffs request a modest one-week (1-week) enlargement of time within which to file their Reply Memorandum of Law in Support of Their Motion to Compel Discovery, up through and including Thursday, June 21, 2001.

6. **Pursuant to S.D. Fla. L.R. 7.1.A.3, Plaintiffs' counsel has contacted Defendant's counsel with respect to the instant Motion. Defendant's counsel has authorized Plaintiffs' counsel to represent that Defendant has no objection to the enlargement of time requested herein.**

7. This Motion is not being filed for purposes of delay or harassment, or any other improper purpose. In addition, none of the parties will be prejudiced should this Court grant this instant Motion.

**WHEREFORE**, Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, *et al.*, on behalf of themselves and all others similarly situated, respectfully request that this Honorable Court grant their Unopposed Motion for Enlargement of Time in Which to File Their Reply Memorandum of Law in Support of Their Motion to Compel, enter an Order

*Escudero, et al v. BankAmerica Corporation*
Case No. 00-06145-Civ-Dimitrouleas/Johnson

enlarging the time Plaintiffs have to file their Reply Memorandum of Law in Support of Their Motion to Compel, up through and including June 21, 2001, and take such further action as is just and proper.

Respectfully submitted,

MUCHNICK, WASSERMAN, DOLIN
& LEVINE, LLP
Attorneys for Plaintiffs
4000 Hollywood Boulevard, Ste 620N
Hollywood, FL 33021
(954) 989-8100 - Broward
(305) 624-9100 - Dade
(954) 989-8700 - Fax

By: _____
SUSAN L. DOLIN, ESQ.
Fla. Bar No. 708690
E-mail: sldolin@mwdl-law.com
ADAM S. CHOTINER, ESQ.
Fla. Bar No. 0146315
E-mail: aschotiner@mwdl-law.com

*Escudero, et al v. BankAmerica Corporation*
Case No. 00-06145-Civ-Dimitrouleas/Johnson

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent this 15 day of June, 2001 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 (via U.S. Mail), Richard F. Kane, Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, 101 South Tyron Street, Charlotte, NC 28280 (via Facsimile and U.S. Mail), and Caryl Boies, Esquire, Boies, Schiller & Flexner, LLP, 2435 Hollywood Blvd., Hollywood, Florida. 33020 (Via U.S. Mail).

By: _____
ADAM S. CHOTINER, ESQ.
Fla. Bar No. 0146315

F:\WPDOCS\~SLD\Escudero\Pleading\M-Ext Compel Reply Memo.wpd

-4-