FILED BY ____

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Johnson

| | |
|---|---|
| ROXANNA L. ESCUDERO, and<br>KIMBERLY DRAKE, on behalf of<br>themselves and all others similarly<br>situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>BANKAMERICA CORPORATION,<br>a foreign corporation d/b/a<br>BANK OF AMERICA CORPORATION,<br>a foreign corporation, f/k/a<br>NATIONSBANK, N.A., a national<br>association,<br>                Defendant. | |

**Bank of America's Motion For Summary Judgment**
**Based on Plaintiffs' Failure to Respond to Requests for Admissions**

Pursuant to Fed. R. Civ. P. 56(b) and S.D. Fla. L.R. 7.5, Bank of America Corporation (f/k/a BankAmerica Corporation) and Bank of America, N.A. (f/k/a NationsBank, N.A.)(collectively "Bank of America"), by counsel, hereby move for summary judgment on the claims asserted by opt-in plaintiffs Harold Willis, Steven K. Richardson, Laurie K. DuPont and Juan Carlos Del Valle Gonzalez based on their admissions that they recorded all the time they worked as non-exempt Consumer Bankers – including their overtime hours – and that the Bank paid them for all the overtime hours they recorded on their timecards or timesheets.



Case No. 00-06145-CIV-DIMITROULEAS/Johnson
Escudero v. NationsBank, N.A.

As more particularly demonstrated in Bank of America's Concise Statement of Material Facts as to Which There is No Genuine Issue to be Tried in Support of the Bank's Motion for Summary Judgment Based on Plaintiffs' Failure to Respond to Requests for Admission, and the Memorandum of Law in Support thereof, which are incorporated herein by reference, there are no genuine issues of material fact existing as to the foregoing plaintiffs' claims in this action and Bank of America is entitled to judgment as a matter of law as to these plaintiffs' claims.

Based on the foregoing, Bank of America respectfully requests the Court to enter an Order: (1) granting its Motion for Summary Judgment Based on Plaintiffs' Failure to Respond to Requests for Admissions; (2) dismissing, with prejudice, the claims asserted here by opt-in plaintiffs Harold Willis, Steven K. Richardson, Laurie K. DuPont and Juan Carlos Del Valle Gonzalez; (3) awarding Bank of America the costs and reasonable attorneys' fees expended in prosecuting this Motion; and (4) awarding such other relief as the Court deems just and proper.

Respectfully submitted, this the 18th day of June, 2001.

*/s/ Richard F. Kane*

Richard F. Kane (NC Bar No. 5694)
Bruce M. Steen (VA Bar No. 31062)
J. Mark Langdon (NC Bar No. 19359)
MCGUIREWOODS LLP
3700 NationsBank Plaza
Charlotte, North Carolina 28280
(704) 373-8999
(704) 373-8990 (Facsimile)

Michael T. Burke (Fla. Bar No. 338771)
Johnson, Anselmo, Murdoch, Burke & George, P.A.
P.O. Box 030220
Fort Lauderdale, Florida 33303-0220
(954) 463-0100
(954) 463-2444 (Facsimile)

Counsel for Defendants

Case No. 00-06145-CIV-DIMITROULEAS/Johnson
Escudero v. NationsBank, N.A.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing in the above-captioned proceeding has been mailed by first-class mail, postage paid, to plaintiffs' counsel as listed below:

> Susan L. Dolin, Esq.
> Adam S. Chotiner, Esq.
> Muchnick, Wasserman, Dolin & Levine, LLP
> Presidential Circle Building, Suite 620 North
> 4000 Hollywood Blvd.
> Hollywood, Florida 33021
>
> Caryl Boies, Esq.
> Anne E. Hinds, Esq.
> Boies, Schiller & Flexner, LLP
> 2435 Hollywood Boulevard, Suite 200
> Hollywood, Florida 33020

This the 18th day of June, 2001.

_____
Michael T. Burke