UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS/JOHNSON

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,

    Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,

    Defendant.
_____/



## PLAINTIFFS' REPLY MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO COMPEL DISCOVERY

COME NOW the Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, et al., by and through their undersigned counsel, and, pursuant to S.D. Fla. L.R. 7.1.C, hereby submit their Reply Memorandum of Law in Support of Their Motion to Compel Discovery [Docket Entry 214], as follows:

S.D. Fla. L.R. 7.1.C directs that a reply memorandum of law "shall be strictly limited to rebuttal of matters raised in the memorandum in opposition without reargument of matters covered in the . . . initial memorandum." In their Motion to Compel, Plaintiffs have already addressed almost every argument raised by Defendant in its Opposition to Plaintiffs' May 11, 2001 Motion to Compel Discovery (hereinafter "Opposition"), and thus



Plaintiffs will not repeat their initial arguments here.

However, Plaintiffs would note that Defendant is simply wrong when it contends that it does not need to provide the identify of Consumer Bankers and In-Store Bankers who worked with the Plaintiffs since the Plaintiffs "are the best source of information on the identities. . . ." Opposition, p. 4. "[I]t is not a bar to the discovery of relevant material that the same material may be in the possession of the requesting party or obtainable from another source." *Fort Washington Resources, Inc. v. Tannen*, 153 F.R.D. 78, 79 (E.D. Pa.1994). On the one hand, there is the strong, if not certain, possibility that Plaintiffs will have forgotten the exact first and last names of all of their co-workers. Moreover, there is the even more certain possibility that Plaintiffs will not have access to the addresses and telephone numbers of their co-workers. On the other hand, as pointed out in Plaintiffs' Motion to Compel, Defendant is in the perfect position to provide the information requested, inasmuch as the law requires that Defendant clearly and accurately maintain said information for a three (3) year period. *See* 29 C.F.R. §§ 516.1; 516.5(a); 516.2(a)(1)-(2); 516(a)(4).

WHEREFORE, Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, *et al.*, respectfully request that this Honorable Court grant their Motion to Compel Discovery, enter an Order compelling answers to the Interrogatories and Requests for Production at issue in the instant Motion to Compel, award their reasonable attorneys' fee and costs incurred in connection with this discovery dispute, and take such further action as it deems just and proper.

-2-

Respectfully submitted,

MUCHNICK, WASSERMAN, DOLIN
& LEVINE, LLP
Attorneys for Plaintiffs
4000 Hollywood Boulevard, Ste 620N
Hollywood, FL 33021
(954) 989-8100 - Broward
(305) 624-9100 - Dade
(954) 989-8700 - Fax

By: _____
SUSAN L. DOLIN, ESQ.
Fla. Bar No. 708690
E-mail: sldolin@mwdl-law.com
ADAM S. CHOTINER, ESQ.
Fla. Bar No. 0146315
E-mail: aschotiner@mwdl-law.com

-3-

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 21 day of June, 2001 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane, Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, 101 South Tyron Street, Charlotte, NC 28280; and Caryl Boies, Esquire, Boies, Schiller & Flexner, LLP, 2435 Hollywood Blvd., Hollywood, Florida. 33020.

MUCHNICK, WASSERMAN, DOLIN
& LEVINE, LLP
Attorneys for Plaintiffs
4000 Hollywood Boulevard, Ste 620N
Hollywood, FL 33021
(954) 989-8100 - Broward
(305) 624-9100 - Dade
(954) 989-8700 - Fax

By: _____
SUSAN L. DOLIN, ESQ.
Fla. Bar No. 708690
E-mail: sldolin@mwdl-law.com
ADAM S. CHOTINER, ESQ.
Fla. Bar No. 0146315
E-mail: aschotiner@mwdl-law.com