UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-06145-CIV-DIMITROULEAS/JOHNSON

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,

    Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,

    Defendant.
_____/

## PLAINTIFFS' MEMORANDUM OF LAW IN RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COME NOW the Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, et al., on behalf of themselves and all others similarly situated, by and through their undersigned counsel, and, pursuant to S.D. Fla. L.R. 7.1.C, hereby file their Memorandum of Law in Response to Defendant's Motion for Summary Judgment, as follows:

### A.  DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

On or about May 25, 2001, Defendant filed its Motion for Summary Judgment (Docket Entry 219) with respect to the claims of twenty-three (23) opt-in Plaintiffs.[1]  The

---

[1] Concurrent with filing its Motion for Summary Judgment, Defendant also filed its Memorandum of Law in support thereof (Docket Entry 220). Defendant subsequently filed its Concise Statement of Material Facts as to Which There is No



*Escudero, et al v. BankAmerica Corporation*
Case No. 00-06145-Civ-Dimitrouleas/Johnson

gravamen of Defendant's Motion for Summary Judgment is that the twenty-three (23) opt-in Plaintiffs at issue were participants in the settlement of the case styled *Beverly Levine et al. v. NationsBank,* Case No. 98-6306-CIV-DIMITROULEAS, and, as a result of the settlement agreement signed by said Plaintiffs, and the fact that the consent forms of these Plaintiffs in the instant case were not received by Defendant until after June 5, 2000, these Plaintiffs are no longer eligible to maintain their claims in the case at bar.

One of the opt-in Plaintiffs at issue, Susie S. Reynolds, is, in fact, no longer a participant in this action. On or about February 7, 2001, Ms. Reynolds voluntarily withdrew her consent form, dismissing her claim. Thus, clearly Defendant's Motion for Summary Judgment with respect to Ms. Reynolds must be denied as moot.

As to the other twenty-two (22) opt-in Plaintiffs in question, Plaintiffs cannot in good faith, and indeed do not, oppose Defendant's Motion for Summary Judgment.[2]

## B.   DEFENDANT IS NOT ENTITLED TO ITS COSTS AND ATTORNEYS' FEES

Although Plaintiffs are not opposing Defendant's Motion for Summary Judgment, other than with respect to Susie S. Reynolds, there is no basis in law or fact for awarding

---

Genuine Issue to be Tried (Docket Entry 224).

[2]   By submitting Plaintiffs' Response in this form, Plaintiffs do not intend to ignore the requirements of Local General Rule 7.5. However, because the Plaintiffs do not oppose Defendant's Motion for Summary Judgment, other than with respect to Susie S. Reynolds, Plaintiffs do not believe that a separate statement of facts is necessary.

-2-

*Escudero, et al v. BankAmerica Corporation*
Case No. 00-06145-Civ-Dimitrouleas/Johnson

Defendant its costs and attorneys' fees.

The Eleventh Circuit "has held that the FLSA entitles a prevailing defendant to attorney's fees *only* where the district court finds that the plaintiff litigated in bad faith." *Turlington v. Atlanta Gas Light Co.*, 135 F.3d 1428, 1437 (11th Cir.), *cert. denied*, 525 U.S. 962 (1998). There is absolutely no evidence that the twenty-two (22) opt-in Plaintiffs at issue asserted or maintained their claims in this case in bad faith. Accordingly, Defendant is not entitled to its costs and attorneys' fees.

Respectfully submitted,

MUCHNICK, WASSERMAN, DOLIN
& LEVINE, LLP
Attorneys for Plaintiffs
4000 Hollywood Boulevard, Ste 620N
Hollywood, FL 33021
(954) 989-8100 - Broward
(305) 624-9100 - Dade
(954) 989-8700 - Fax

By: _____
SUSAN L. DOLIN, ESQ.
Fla. Bar No. 708690
E-mail: sldolin@mwdl-law.com
ADAM S. CHOTINER, ESQ.
Fla. Bar No. 0146315
E-mail: aschotiner@mwdl-law.com

-3-

*Escudero, et al v. BankAmerica Corporation*
Case No. 00-06145-Civ-Dimitrouleas/Johnson

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 22 day of June, 2001 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220, Richard F. Kane, Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, 101 South Tyron Street, Charlotte, NC 28280, and Caryl Boies, Esquire, Boies, Schiller & Flexner, LLP, 2435 Hollywood Blvd., Hollywood, Florida. 33020.

By: _____
ADAM S. CHOTINER, ESQ.
Fla. Bar No. 0146315