CIVIL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

HONORABLE LINNEA R. JOHNSON   11:00 am – 11:30 am
====================================================================

CASE NO. 00-6145-CIV-DIMITROULEAS  DATE JUNE 25, 2001

CLERK   Emily Guerrero   TAPE NO. LRJ-01 - 34 - 404

TITLE OF CASE: ROXANNA L. ESCUDERO ETAL VS.

BANKAMERICA CORPORATION, ETC.

P. ATTORNEY (S) SUSAN DOLAN / Anne Elizabeth Hinds / Shatner.

D. ATTORNEY (S) RICHARD KANE

TYPE OF HEARING   SCHEDULING CONFERENCE

RESULT OF HEARING  Motion for Summary Judgment ripe. Court will wait for reply. Motion to continue mediation (DE #233) is Moot. Motion to compel (DE #214) is ripe (Will rule on it when DE #232 is considered.)

Case continued to 7/30/01 Time 12 noon For Status Conf.

Misc. _____

