UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-06145-CIV-DIMITROULEAS/JOHNSON

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,

    Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,

    Defendant.
_____/



## PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE THEIR MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO DECERTIFY AND TO DISMISS OPT-IN PLAINTIFFS

COME NOW the Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, et al., on behalf of themselves and all others similarly situated, by and through their undersigned counsel, and, pursuant to S.D. Fla. L.R. 7.1.A, hereby file their Unopposed Motion for Enlargement of Time Within Which to File Their Memorandum of Law in Opposition to Defendant's Motion to Decertify and to Dismiss Opt-in Plaintiffs, and as grounds therefor state as follows:

1.    On or about June 8, 2001, Defendant file and served its Motion to Decertify and to Dismiss Opt-in Plaintiffs and Incorporated Memorandum of Law.

2.    Pursuant to S.D. Fla. L.R. 7.1.C, Plaintiffs' Memorandum of Law in



*Escudero, et al v. BankAmerica Corporation*
Case No. 00-06145-Civ-Dimitrouleas/Johnson

Opposition to Defendant's Motion to Decertify and to Dismiss Opt-in Plaintiffs is currently due to be filed on or before Monday, June 25, 2001.

3. Due to the press of other pending state and federal court litigation, Plaintiffs' counsel is unable to properly formulate and file by June 25, 2001 Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion to Decertify and to Dismiss Opt-in Plaintiffs.

4. Accordingly, Plaintiffs request a modest one (1) week enlargement of time within which to file their Memorandum of Law in Opposition to Defendant's Motion to Decertify and to Dismiss Opt-in Plaintiffs, up through and including Monday, July 2, 2001.

5. **Pursuant to S.D. Fla. L.R. 7.1.A.3, Plaintiffs' counsel has contacted Defendant's counsel with respect to the instant Motion. Defendant's counsel has authorized Plaintiffs' counsel to represent that Defendant has no objection to the enlargement of time requested herein.**

6. This Motion is not being filed for purposes of delay or harassment, or any other improper purpose. In addition, none of the parties will be prejudiced should this Court grant this instant Motion.

**WHEREFORE**, Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, *et al.*, on behalf of themselves and all others similarly situated, respectfully request that this Honorable Court grant their Unopposed Motion for Enlargement of Time Within Which to File Their Memorandum of Law in Opposition to Defendant's Motion to Decertify and to Dismiss Opt-in Plaintiffs, enter an Order enlarging the time Plaintiffs have to file their

*Escudero, et al v. BankAmerica Corporation*
Case No. 00-06145-Civ-Dimitrouleas/Johnson

Memorandum of Law in Opposition to Defendant's Motion to Decertify and to Dismiss Opt-in Plaintiffs up through and including July 2, 2001, and take such further action as is just and proper.

Respectfully submitted,

MUCHNICK, WASSERMAN, DOLIN
& LEVINE, LLP
Attorneys for Plaintiffs
4000 Hollywood Boulevard, Ste 620N
Hollywood, FL 33021
(954) 989-8100 - Broward
(305) 624-9100 - Dade
(954) 989-8700 - Fax

By: _____
SUSAN L. DOLIN, ESQ.
Fla. Bar No. 708690
E-mail: sldolin@mwdl-law.com
ADAM S. CHOTINER, ESQ.
Fla. Bar No. 0146315
E-mail: aschotiner@mwdl-law.com

-3-

*Escudero, et al v. BankAmerica Corporation*
Case No. 00-06145-Civ-Dimitrouleas/Johnson

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 22 day of June, 2001 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220, Richard F. Kane, Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, 101 South Tyron Street, Charlotte, NC 28280, and Caryl Boies, Esquire, Boies, Schiller & Flexner, LLP, 2435 Hollywood Blvd., Hollywood, Florida. 33020.

By: _____
ADAM S. CHOTINER, ESQ.
Fla. Bar No. 0146315

-4-