**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6145-CIV-DIMITROULEAS/JOHNSON

ROXANNA L. ESCUDERO, et al,

    Plaintiff,

vs

BANKAMERICA CORPORATION, etc.,

    Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court on (1) Plaintiffs' Motion For Enlargement of Time to respond to Motion for Summary Judgment (Docket Entry No. 235); and (2) Plaintiff's Motion for Enlargement of Time to file reply memorandum lin support of Motion to Compel (Docket Entry No. 236). The Court has viewed the pleadings filed incident to this matter and is otherwise duly advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that said motions are **GRANTED.**

**DONE AND ORDERED** on June 25, 2001, in Chambers, at West Palm Beach, Florida.

    LINNEA R. JOHNSON
    CHIEF UNITED STATES MAGISTRATE JUDGE

CC:    The Honorable William P. Dimitrouleas
        Susan L. Dolin, Esquire
        Caryl Boies, Esquire
        Richard Kane, Esquire
        Michael T. Burke, Esquire