**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6145-CIV-DIMITROULEAS/JOHNSON

ROXANNA L. ESCUDERO, et al,

    Plaintiff,

vs

BANKAMERICA CORPORATION, etc.,

    Defendant.
_____/

FILED BY __ D.C.
JUN 25 2001
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ORDER

**THIS CAUSE** is before the Court on Plaintiffs' Unopposed Motion for Enlargement of Time Within Which to File Their Memorandum of Law in Opposition to Defendant's Motion to Decertify and to Dismiss Opt-In Plaintiffs, dated June 22, 2001. The Court has viewed the pleadings filed incident to this matter and is otherwise duly advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that said motion is **GRANTED**.

**DONE AND ORDERED** on June 25, 2001, in Chambers, at West Palm Beach, Florida.

LINNEA R. JOHNSON
CHIEF UNITED STATES MAGISTRATE JUDGE

CC: The Honorable William P. Dimitrouleas
    Susan L. Dolin, Esquire
    Caryl Boies, Esquire
    Richard Kane, Esquire
    Michael T. Burke, Esquire