UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6145-CIV-DIMITROULEAS/JOHNSON

ROXANNA L. ESCUDERO, et.al.,

    Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court upon Plaintiffs' Motion to Continue Mediation (DE#233), filed June 13, 2001. The Court being duly advised in the premises, it is

ORDERED AND ADJUDGED that said motion is hereby DENIED AS MOOT.

DONE AND ORDERED at West Palm Beach, Florida, this 26th day of June, 2001.

LINNEA R. JOHNSON
CHIEF U. S. MAGISTRATE JUDGE

Copies provided to:

Honorable William P. Dimitrouleas
All counsel of record

