UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-06145-CIV-DIMITROULEAS/JOHNSON

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,
        Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,
        Defendant.

_____/



FILED by _____ N.C.

JUN 26 2001

CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ORDER ON PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT
### OF TIME IN WHICH TO FILE THEIR REPLY MEMORANDUM
### OF LAW IN SUPPORT OF THEIR MOTION TO COMPEL

THIS CAUSE came before the Court upon Plaintiffs' Unopposed Motion for Enlargement

of Time in Which to File Their Reply Memorandum of Law in Support of Their Motion to Compel,

and the Court being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that Plaintiffs' Motion is hereby GRANTED / DENIED.

_____

_____

_____.

DONE AND ORDERED at Fort Lauderdale, Broward County, Florida, this 2 5 day of

_____, 2001.

U.S. District Court Judge

Copies Furnished To:
Susan L. Dolin, Esq.
Richard Kane, Esq.
Michael Burke, Esq.
Caryl Boies, Esq.

