UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-06145-CIV-DIMITROULEAS/JOHNSON

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,
    Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,
    Defendant.
_____/

FILED by _____ D.C.

JUN 2 6 2001

CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ORDER ON PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE THEIR RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

THIS CAUSE came before the Court upon Plaintiffs' Unopposed Motion for Enlargement of Time to File Their Response to Defendant's Motion for Summary Judgment, and the Court being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that Plaintiffs' Motion is hereby GRANTED / DENIED.

_____
_____
_____.

DONE AND ORDERED at Fort Lauderdale, Broward County, Florida, this 25 day of June, 2001.

_____
U.S. ~~District~~ Court Judge

Copies Furnished To:
Susan L. Dolin, Esq.
Richard Kane, Esq.
Michael Burke, Esq.
Caryl Boies, Esq.

