UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Johnson

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,

        Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national
association,

        Defendants.
_____/

## PLAINTIFFS' RENEWED MOTION TO ALLOW NOTIFICATION TO POTENTIAL CLASS MEMBERS, AS AUTHORIZED BY THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b), AND INCORPORATED MEMORANDUM OF LAW

COME NOW the Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, on

behalf of themselves and all others similarly situated, by and through their undersigned

counsel, and, pursuant to Local General Rule 7.1.A and 29 U.S.C. § 216(b), hereby file

their Renewed Motion to Allow Notification to Potential Class Members, as Authorized by

the Fair Labor Standards Act, 29 U.S.C. §216(b), and Incorporated Memorandum of Law,

and as grounds therefor show as follows:

1.    On or about January 31, 2000, Plaintiffs ROXANNA ESCUDERO AND

KIMBERLY DRAKE caused to be filed their Complaint and Demand for Jury Trial, on

-1-



behalf of themselves and all others similarly situated, seeking unpaid overtime compensation, liquidated damages, and other relief pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et. seq.* ("FLSA").

2.      The instant case is a companion action to the lawsuit styled *Beverly Levine, et. al., on behalf of themselves and all others similarly situated, v. NationsBank, N.A.*, Case No.: 98-6306 CIV-DIMITROULEAS.

3.      As the Court is aware, in *Levine,* current and former Consumer Bankers ("CB") II, III, and IV, sought overtime compensation pursuant to the FLSA.[1]   More particularly, the *Levine* Plaintiffs alleged that Defendant wilfully violated the FLSA by misclassifying the CB II, III, and IV as exempt from the overtime provisions of the FLSA.

4.      It is undisputed that Defendant re-classified the CB II, III, and IV positions as *not exempt* from overtime compensation in or about December 1997.  Thus, beginning in or about December 1997, *all* of Defendants' Consumer Bankers were paid on an hourly basis and were eligible to receive overtime compensation for all hours worked in excess of forty (40).[2]

5.      Once Defendant re-classified the CB II, III, and IV positions as non-exempt from overtime compensation in or about December 1997, Defendant then began refusing

---

[1]      The Consumer Banker position is also known as "Personal Banker."

[2]      As the Court is aware, the Consumer Banker I position (also known as Consumer Banker Associate), has, at all times material hereto, been classified as non-exempt from the FLSA's overtime provisions.

*Escudero, et al. v. BankAmerica Corporation, etc.*
Case No. 00-06145-Civ-Dimitrouleas

to properly pay these employees for all hours worked in excess of forty (40). The discovery taken so far reveals that the Plaintiffs in the within action were directed not to record their overtime on their time cards; that they were told that there would be no overtime; that they were offered bogus and unlawful "compensatory time" in lieu of overtime pay; that their time cards were altered by supervisors in order to eliminate the overtime; or that their time cards were simply forged altogether. See, *infra*.

6.      As the Court is further aware, the FLSA provides a collective action provision, codified at 29 U.S.C. § 216(b), which allows for a named plaintiff(s) to bring a claim for unpaid overtime on behalf of himself, herself, or themselves and all other employees similarly situated. The courts are authorized to grant a motion to notify all potential class members of the pendency of an action and their right to affirmatively opt-into the lawsuit. *See Hipp v. Liberty National Life Ins. Co.,* __ F.3d __, 2001 WL 575489 (11th Cir. 2001); *Dybach v. State of Florida Department of Corrections,* 942 F.2d 1562 (11th Cir. 1991).

7.      Plaintiffs herein did in fact apply for notification pursuant to 29 U.S.C. § 216 (b) on or about August 21, 2000, which the Court denied on or about March 26, 2001. It is important to analyze this Court's basis for the initial denial of the notification in light of the new Eleventh Circuit case law and the evidence that has been unearthed so far during the parties' limited discovery to understand why notification should be granted.

### A. The Original Notification Motion.

8.      The Plaintiffs' original Motion for Notification was filed some eight months

-3-

following the filing of the lawsuit, before any meaningful discovery had been taken in the

case (i.e. depositions), on the strength of the notice of consents and/or affidavits of some

100 opt-ins, all of whom had participated in *Levine* and allegedly were being subjected to

the unfair pay practices being claimed by the named Plaintiffs herein. The opt-in plaintiffs

at that time, and the representative affiants, came from many different regions of the

United States, many different states, and many different NationsBank regions and banking

centers. The Plaintiffs contended that the opt-ins, and those to be notified should the

Motions have been granted, were all similarly situated to themselves because all were

subjected to the same types of unlawful pay practices involving denial of overtime; namely,

being told that overtime was not available; being told that they could not record overtime

hours on their time cards; and having their time cards altered or forged. Exhibit A attached

hereto.

## *B. The Court's Denial of the Initial Notification Motion.*

9.    In denying the Plaintiffs' Initial Notification Motion, the Court was faced with

a convoluted set of procedural circumstances, not unlike those facing the Court today. Of

the initial opt-ins, many had to withdraw because they had signed releases in *Levine* which

made them ineligible to further participate in the instant case. Others were dismissed by

summary judgment, as they had not occupied the position of Consumer Banker II, III or IV

during the operative time period. Therefore, the list of actual opt-ins was fluid, at best.

10.    Nevertheless, the legal issue was substantially evolved, although perhaps not

-4-

as clearly evidenced as it is today. The Court refused to grant notification because it artificially distinguished between those cases in which the Defendant had a "clear policy of exempting" certain employees from overtime on a nationwide scale, and those where the allegedly unlawful pay practices were not necessarily a matter of "clear policy" but were, instead, left to individual members of management, whether at the banking center (branch) level or regional level. Because the unlawful pay practices occurred at this level rather than at the uniform policy level, the Court concluded that the persons to receive notification were not similarly situated to the named Plaintiffs.

11.    This conclusion led the Court to adopt its second erroneous ground as to why the potential persons to be notified would not be considered similarly situated to the named Plaintiffs. That ground was that "no person who worked at the same branch as named plaintiffs have opted in to this case." Exhibit B.

12.    Plaintiffs attempted to have the Court's denial of notification reviewed by the United States Court of Appeals for the Eleventh Circuit by two simultaneous but independent routes: by direct review pursuant to Fed. R. Civ. P. 23 (f), and by requesting that this Court certify the issue for review pursuant to 28 U.S.C. § 1292 (b). To date, the Eleventh Circuit has not ruled on Plaintiffs' petition for direct review under Fed. R. Civ. P. 23 (f). This Court, however, has denied Plaintiffs' §1292 (b) petition.

## C. The Eleventh Circuit Case Law is Not That Narrow in its Definition of "Similarly Situated" .

13.    In *Dybach v. State of Florida Department of Corrections*, 942 F.2d 1562 (11th

-5-

Cir. 1991), the Eleventh Circuit enunciated a two part analysis which must be conducted when evaluating a motion to allow notification. It must be demonstrated that a) there exist individuals similarly situated to the named plaintiff(s), b)  who may desire  to "opt-in" if notified of their right to do so.  *Id.* at 1567-68. The Eleventh Circuit determined that ***at the notice stage, a plaintiff need only establish that there are similarly situated individuals, who, if given notice, may desire to opt into the class***.  *See also Garner v G.D. Searle Pharmaceuticals & Company*, 802 F. Supp. 418, 422 (M.D. Ala. 1991), citing *Hoffman-La Roche, Inc. v. Sperling*, 493 U.S. 165, 110 S. Ct. 482 (1989) ("to impose a strict standard of proof on the plaintiffs at this stage would unnecessarily hinder the development of collective actions and would undermine the 'broad remedial goals'...of the FLSA."); *Tucker v. Labor Leasing, Inc.*, 155 F.R.D. 687, 690 (M.D. Fla. 1994) ("Plaintiffs would be hard pressed to prove there are similarly situated employees who *desire* to join this lawsuit if they can have no contact with any of these employees to inquire about their desires one way or the other.") (emphasis in original).  At the notice stage, because the court has minimal evidence, the district court's determination as to whether notice of the action should be given to potential class members ***"is made using a fairly lenient standard, and typically results in...certification...."*** *Mooney, et al., v. Aramco Services Co., et al.*, 54 F.3d 1207 (5th Cir. 1995).  The action then typically moves forward with "conditional certification" as a class, putative class members are given the requisite notice

-6-

*Escudero, et al. v. BankAmerica Corporation, etc.*
Case No. 00-06145-Civ-Dimitrouleas

and a chance to opt in, and the action proceeds as a representative action throughout discovery. *Hipp v. Liberty National Life Ins. Co., supra,* 2001 WL 575489 at *4.

14.   Once discovery is completed, or largely so, and the matter is nearly ready for trial, the second determination is ripe for the trial court to make, and that is generally precipitated by a motion for "decertification" of the putative class by the employer defendant. Generally, at this stage, the trial court has much more information on which to base a reasoned and considered decision on the "similarly situated" issue. This two-tiered approach is the preferred method in this Circuit. *Hipp, id,* at * 4-5.

15.   In the instant case, however, this two-tiered approach was never utilized by the trial court, and therefore, never given a chance to work. The reason is the court's adoption of a too-narrow and overly restrictive view of "similarly situated" which effectively short-circuited the process. Now, with very little discovery actually completed, two things are occurring simultaneously: 1) the evidence has become more crystalized, demonstrating that the opt-ins themselves and the potential recipients of notification, are in fact similarly situated to the named plaintiffs; and 2) the Defendant has filed, most prematurely, its Motion for Decertification. Obviously, these events are antithetical and cannot possibly occur at the same place and time.[3]

---

[3]   The Defendant's Motion for Decertification will be dealt with in a separate pleading.

-7-

16.    It is well settled that "similarly situated" for § 216 (b) purposes does **not** equate to "a unified policy, plan, or scheme..." *Grayson v. K Mart Corporation,* 79 F.3d 1086, 1095 (11th Cir. 1996). Indeed, the "similarly situated" requirement is "more elastic and less stringent" than the requirements for joinder or for severance. *Id.,* at 1095-1096. Indeed, in *Grayson,* the employer argued, as NationsBank does here, that the employment decisions at issue were not centrally made, but were made by different regional managers. The Eleventh Circuit nevertheless held that the "similarly situated" standard had been met. Similarly, the Eleventh Circuit just recently reiterated that the "similarly situated" standard was met where the plaintiffs all held the same job title and all alleged similar, even if not identical, unlawful treatment. *Hipp, supra,* at * 6. *See also, Riojas v. Seal Produce, Inc.,* 82 F.R.D. 613, 616 (S.D.Tex. 1979); *Heagney v. European American Bank,* 122 F.R.D. 125, 127 (E.D.N.Y. 1988) (there is no requirement of "strict symmetry" or "absolute identity"; rather, potential class members must meet only a "sufficiently similar" standard).

### D. The Evidence Adduced Even in Early Discovery Supports the Contention that the Opt-Ins Themselves, and Therefore Those Who Would be Notified as Opt-Ins, Are Similarly Situated to the Named Plaintiffs Under the Most Current Eleventh Circuit Law.

17.    The named Plaintiffs, Roxanna Escudero and Kimberly Drake, testified that they were denied overtime pay for hours which they had worked. Escudero, who worked in the Ft. Lauderdale region, began employment with Defendant in or about October 1997 (Exh. C, p. 20). She was ultimately assigned to the Nob Hill banking center (Exh. C. p. 22).

During her tenure of employment, Escudero filled out a "dummy time sheet" which "never reflected the actual hours that I worked. I would fill out a time sheet that would show forty hours." (Exh. C, p. 28). Occasionally, she did have overtime that she recorded and for which she was paid, but those were rare exceptions (Exh. C, p. 32). Other times, she attempted to record more than forty hours and was told that "you know we only get paid for forty hours, there is no overtime." (Exh C, p. 34). Indeed, Escudero's time sheets, particularly the original versions which were made available for inspection at the offices of Defendant's counsel, show numerous alterations, both by white-out, erasure, and write-overs (Exh. D; Exh. E, pgs. 62-76).

18.    Similarly, Plaintiff Kim Drake was employed by NationsBank at the Rock Island branch in the Ft. Lauderdale region from approximately October 1997 until October 1999 (Exh. F, p. 20). Drake also testified that she worked many hours over forty in particular workweeks with no compensation except pizza (Exh. F, p. 57-60). She was told by her managers, Rodney Sumpter and Helen Mootry, that she could not record this time on her time sheets (Exh. F, p. 68). Drake also worked on Saturdays at the Nob Hill branch where Escudero worked, without compensation (Exh. F, p. 72-74). Indeed, Drake was told, "You know we don't have overtime" when she asked if she could record the Saturday hours on her time card (Exh. F, p. 74). And like Escudero's, Drake's time sheets, particularly the original versions which were made available for inspection at the offices of Defendant's

counsel, show numerous alterations, both by white-out, erasure, and write-overs (Exh. G; Exh. H, pgs. 45-64).[4]

19.    Nancy Rojas, an opt-in Plaintiff from Central Florida, likewise testified that as of the time she became employed as a CB by Bank of America in 1999, the order "do not get overtime" came down from her banking center managers (Exh. I, p. 66-67). Rojas interpreted that to mean that overtime was not to be "put...on paper." (Exh. I, p. 67). Rojas therefore worked "off the clock" because she was not allowed to record her hours (Exh. I, pgs. 80-81). Similar to Drake's and Escudero's, Rojas' time cards were altered to reflect that no overtime hours were worked (Exh. I, pgs. 10-12; Exh. J, Exh. K, pgs. 71-74).

20.    Mary Bolden was employed by Defendant or one of its predecessor entities from 1986 to 2000, in Maryland. She was a CB II as of December 1997 and became a III thereafter (Exh. L, p. 45). Although she and the other CBs were "scheduled" for forty (40) hour weeks, they generally worked more than forty (40) hours weekly (Exh. L, p. 67-68). On some occasions, the CBs were permitted to come in an hour or so late in an attempt to make up for the extra time they had worked, but did not in fact come in as many hours late as hours they had worked (Exh. L, pgs. 69-70). Bolden also testified that at a branch meeting in or about 1998, she and other employees were told that they could only record forty (40) hours on their time sheets, regardless of how many they actually worked (Exh.

---

[4]    Indeed, the signatures on Drake's time cards are of questionable validity, and many of the time cards are missing altogether.

L, p. 75). The employees were further told that they would not be paid for more than forty (40) hours, regardless of how many they worked (Exh, L, p. 77). The only exception was for certain kinds of meetings, which would be paid (Exh. L, p. 81).

21.    Diane Kirkland was employed by Defendant or one of its predecessor entities since 1979, in Winterhaven, Florida (Exh. M, p. 39). Although she often worked more than forty (40) hours in a particular workweek, she was instructed by her banking center manager not to record it on her time card (Exh. M, p. 55-56). Basically, Kirkland's time cards reflect her scheduled, rather than her worked, hours (Exh. M, p. 54). In addition, some of her time cards are missing, and others have been altered by persons other than Kirkland (Exh. M, pgs. 103-120, 125-127; Exh. N).

22.    Angela Mobley, an Atlanta area NationsBank employee, testified that her branch manager informed her that she would not be compensated for overtime and she should log out on her time card every day by 5:00 p.m. regardless of the actual time she left (Exh. O, p. 65-66). The explanation given was that Mobley's "threshold" was not where it would should be, and the manager was not going to pay her for overtime even though Mobley was required to get her "threshold" up (Exh. O, p. 68). Therefore, the manager instructed her to be finished by a certain time, and if she worked beyond that time, she would not be paid for it (Exh O, pgs. 68-69). Bolden entered on her time cards the times her manager told her to enter, rather than the time she actually worked (Exh. O, p. 71).

23.    Finally, Rodney Sumpter, Kim Drake's banking center manager at Rock Island for part of her tenure, admitted to having had no training in the FLSA or proper calculation or management of overtime (Exh. P, pgs. 17- 20). Even more significantly, he testified that at every single NationsBank branch at which he has worked since he began as a branch manager trainee in December 1998, including Rock Island where Kim Drake worked, he has managed overtime in the following manner:  if an overtime-eligible employee sees that he or she is going to incur overtime, that employee is responsible to come to Sumpter mid-week and inform Sumpter that overtime will likely be incurred. Sumpter then makes the decision whether the employee can be given *compensatory time, or time off, either in the same week as the overtime is incurred or in the following week* (Exh. P, pgs. 15-16, 25). In fact, that continues to be the policy he follows to this day (Exh. P, p. 32). He has never checked with anyone at NationsBank to determine whether what he is doing is permissible, and indeed, no one from NationsBank has told him that it is not (Exh. P, p. 17).[5]  More likely, what Sumpter was and is still attempting to do is to have employees hold their weekly hours to forty, and if that is not possible, to let them work less than forty the following week; however, that does not relieve NationsBank of paying the

---

[5]    Of course. this method of compensating employees for overtime work is a direct violation of the FLSA. In the first place, "compensatory time" is available only to government employees. 29 U.S.C. § 207 (o). and NationsBank is decidedly *not* the government. Moreover, even if NationsBank could compensate its employees with compensatory time, it would have to be in the same. not the week after, the overtime is incurred. 29 U.S.C. § 207 (o) (7).

employee time and one-half for the overtime incurred in the first week. 29 U.S.C. § 207
(a).

24.    This sworn deposition testimony, together with the physical evidence of the

bogus time cards, as well as the affidavits filed with the initial Motion, show precisely the

kind of similarity in the actions taken by NationsBank against its employees as required in

*Hipp* and *Grayson* for class notification.  The kind of uniform policy which this Court

seemingly required as the basis for its denial of the initial motion is at odds with the

reqiurements of those cases.  Moreover, the fact that the practice is so widespread, i.e.,

beyond Florida and encompassing so many other states and regions, is grounds for

nationwide notification.

25.    Quite clearly, discovery has just begun and already the similarities in the

violations are striking. The affiants and deponents have all indicated widespread unlawful

pay practices all designed to cheat employees out of their overtime pay that include and

range from prohibiting employees from recording worked overtime to providing bogus

"compensatory time" to altering time cards.

26.    Support for nationwide notification is found in *Belcher v. Shoney's, Inc.*, 927

F. Supp. 249 (M.D. Tenn. 1996). In *Belcher*, five (5) named plaintiffs alleged that the

defendant[6] had failed to properly pay overtime compensation to ***hourly*** employees on a

---

      [6]    As the Court may already be aware, Shoney's is a large nationwide chain of
family-style restaurants.

nationwide basis, by, for instance, paying the hourly employees "off the clock." *Id.* at 252. The *Belcher* plaintiffs moved for nationwide notification. At the time the motion was filed approximately 400 individuals had already filed consent forms, representing 22 states and over 200 cities. *Id.*

27.    The *Belcher* court granted *nationwide* notification, holding that the plaintiffs had "made a sufficient showing . . . that the individuals to whom they seek to send notice of [the] lawsuit are 'similarly situated' to them to warrant the issuance of Court-supervised notice." *Id.* at 251. The court stated that the affidavits submitted in support of the motion for notification "indicate[d] that these practices were not limited to a single store or region." *Id.* at 252. The court ordered that such notice would be issued to *all* persons employed on an hourly basis by Shoney's anytime within the three (3) year period prior to the filing of the lawsuit. *Id.* at 252.

28.    Significantly, the temporal and geographic scope of the notice provided in *Belcher* was for notification purposes only. In other words, simply because a person was receiving notice did not mean that they were, as a matter of law, "similarly situated" to the named plaintiffs, since, obviously, there might have existed Shoney's locations where unlawful pay practices did not occur. Also, the issuance of notice for a three (3) year period was also for notification purposes only; the court specifically noted that the issue of "wilfulness" was "an open issue to be resolved pending further proof." *Id.*

-14-

*Escudero, et al. v. BankAmerica Corporation, etc.*
Case No. 00-06145-Civ-Dimitrouleas

29.    *Belcher* is quite instructive with regard to the instant case, which also involves hourly employees being denied overtime compensation, rather than salaried employees claiming an improper classification as exempt from overtime. The instant case is also similar to *Belcher* inasmuch as a significant number of persons have already chosen to join this lawsuit, representing many states and geographical regions. Thus, *Belcher* shows that *nationwide* notification is proper in an FLSA collective action involving hourly, non-exempt employees (as in the instant case), even where the unlawful acts may have taken place on a location-by-location basis. *See Realite v. Ark Restaurants Corp.*, 7 F. Supp.2d 303, 309 (S.D. N.Y. 1998) (noting *Belcher* court finding that "*all* [hourly] employees were 'similarly situated' **whether or not a named plaintiff had worked at each particular Shoney's location**").[7] Moreover, there is still pending a discovery motion (requesting that Plaintiffs be permitted both named and opt-in, worked. That in and of itself could yield a wealth of new information which will exponentially alter this case.

30.    Even if this Court finds that nationwide notification is not warranted, it should at least find appropriate limited notification. At the very least, this notification should range from the smallest geographical scope – each of the branches where Rodney Sumpter employed his unlawful compensatory time scheme, to the largest limited scope consisting

---

[7]    The *Belcher* court also stated that the "record before [it] indicates a likelihood that there are similarly situated employees who would benefit from an awareness of the pending suit." *Belcher*, 927 F. Supp. at 252. Likewise, in the case *sub judice*, the Affidavits submitted with the first Motion reflect the existence of similarly situated persons who would desire to join this lawsuit if notification were provided to them. *See* Exhibit "A."

-15-

of all of the banking centers where each of the named Plaintiffs and opt-in Plaintiffs worked.

## E. *Conclusion*

WHEREFORE, Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated, respectfully request that this Honorable Court grant their Motion, enter an Order authorizing nationwide notification of this action to all CB II, III, and IV employees employed by Defendant anytime since December 1997 of their statutory right to opt-in and become a party to this action, and take such further action as is just and proper. In the alternative, Plaintiffs respectfully request that notification be authorized at this time to all CB II, III, and IV employees employed by Defendant in any state where the named and opt-in Plaintiffs work(ed), or, at the very least, at any banking center where the named and current opt-in Plaintiffs work(ed), with the possibility of renewing the motion for nationwide notification after further discovery has been completed.

Respectfully submitted,

MUCHNICK WASSERMAN, DOLIN & LEVINE, LLP
Attorneys for Plaintiffs

4000 Hollywood Blvd., Ste. 620N
Hollywood, Florida 33021
(954) 989-8100 / (305) 624-9100

By: _Susan L. Dol_

SUSAN L. DOLIN, ESQ.
Fla. Bar No. 708690
ADAM S. CHOTINER, ESQ.
Fla. Bar No.: 0146315

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via

U.S. Mail this __27__ day of June, 2001 to: Michael T. Burke, Esq., Johnson, Anselmo et

al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and

Richard F. Kane, Esq., McGuireWoods, 3700 NationsBank Plaza, Charlotte, NC

28280.

By: _Susan L. Dol_

SUSAN L. DOLIN, ESQ.
E-mail: sldolin@mwdl-law.com

F:\WPDOCS\~S1 D\Escudero\Pleading\Notification.2dMotion.wpd

-17-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Johnson

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated of themselves
and all others

Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national
association,

Defendants.
_____/

### PLAINTIFFS' MOTION TO ALLOW NOTIFICATION TO POTENTIAL CLASS MEMBERS, AS AUTHORIZED BY THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b), AND INCORPORATED MEMORANDUM OF LAW

COME NOW the Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, on

behalf of themselves and all others similarly situated, by and through their undersigned

counsel, and, pursuant to Local General Rule 7.1.A and 29 U.S.C. § 216(b), hereby file

their Motion to Allow Notification to Potential Class Members, as Authorized by the Fair

Labor Standards Act, 29 U.S.C. §216(b), and Incorporated Memorandum of Law, and as

grounds therefor show as follows:

1.    On or about January 31, 2000, Plaintiffs ROXANNA ESCUDERO AND

KIMBERLY DRAKE caused to be filed their Complaint and Demand for Jury Trial, on



PLAINTIFF'S
EXHIBIT
_____A_____

behalf of themselves and all others similarly situated, seeking unpaid overtime compensation, liquidated damages, and other relief pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et. seq.* ("FLSA").

2. The instant case is a companion action to the lawsuit styled *Beverly Levine, et. al., on behalf of themselves and all others similarly situated, v. NationsBank, N.A.,* Case No.: 98-6306 CIV-DIMITROULEAS.

3. As the Court is aware, in *Levine,* current and former Consumer Banker ("CB") II, III, and IV, sought overtime compensation pursuant to the FLSA.[1] More particularly, the *Levine* Plaintiffs alleged that Defendant wilfully violated the FLSA by misclassifying the CB II, III, and IV as exempt from the overtime provisions of the FLSA.

4. It is undisputed that Defendant re-classified the CB II, III, and IV positions as *not exempt* from overtime compensation in or about December 1997. Thus, beginning in or about December 1997, *all* of Defendants' Consumer Bankers were paid on an hourly basis and were eligible to receive overtime compensation for all hours worked in excess of forty (40).[2]

5. Besides *Levine* and the case at bar, other lawsuits have been, and currently are, before this Court in connection with Defendant's current and former employees seeking unpaid overtime compensation and other relief pursuant to the FLSA. Each of these cases falls into one (1) of two (2) categories: 1) Actions alleging the Defendant

---

[1]   The Consumer Banker position is also known as "Personal Banker."

[2]   As the Court is aware, the Consumer Banker I position (also known as Consumer Banker Associate), has, at all times material hereto, been classified as non-exempt from the FLSA's overtime provisions.

2

improperly and unlawfully classified particular positions as exempt from overtime compensation; and 2) Actions brought by non-exempt employees who were nevertheless denied overtime compensation.

6.    In the latter type of cases, Defendant has indeed properly classified the position in question as non-exempt. However, Defendant, through its banking center managers and other management and supervisory personnel, refused and continue to refuse to properly pay these employees for all hours worked in excess of forty (40). More specifically, Defendant's management personnel instructed and continue to instruct the employees not to record any hours in excess of forty (40) and/or refused and continue to refuse to allow the employees to properly record their time. In certain instances, Defendant's management personnel have actually altered an employee's time card so that it would not show any overtime hours. These cases are *Jacqueline Mintz, on behalf of herself and all others similarly situated, v. NationsBank, N.A.*, Case No. 98-8632-CIV-DIMITROULEAS (involving CB I position), *Juliet Aldred, on behalf of herself and all others similarly situated, v. NationsBank, N.A.*, Case No. 97-7547-CIV-DIMITROULEAS (involving tellers), and *Geneveve Barnes, on behalf of herself and all others similarly situated, v. Bank of America, N.A.*, Case No. 00-6980 CIV-DIMITROULEAS (also involving tellers).[3]

7.    The instant case is similar to *Mintz, Aldred,* and *Barnes.* Once Defendant re-

---

[3]    With regard to the former type of cases, involving the misclassification of a position as exempt from overtime compensation, same include *Levine* (involving CB II, III, and IV positions), *Marla Perlman, on behalf of herself and all others similarly situated, v. NationsBank,* Case No. 98-8805-CIV-DIMITROULEAS (involving the In-Store Banker position), and the recently filed *Craig Bowie, on behalf of himself and all others similarly situated, v. Bank of America, N.A.*, Case No. 00-6934-CIV-HIGHSMITH (involving the Customer Service Manager position). (A Notice of Pendency of Other Action has been filed in *Bowie.*)

3

classified the CB II, III, and IV positions as non-exempt from overtime compensation in or about December, 1997, Defendant then began refusing to properly pay these employees for all hours worked in excess of forty (40) in the same manner as the *Mintz, Aldred,* and *Barnes* Plaintiffs.

8.     As the Court is further aware, the FLSA provides for a collective action provision, codified at 29 U.S.C. § 216(b), which allows for a named plaintiff(s) to bring a claim for unpaid overtime on behalf of himself, herself, or themselves and all other employees similarly situated.  The courts are authorized to grant a motion to notify all potential class members of the pendency of an action and their right to affirmatively opt-into the lawsuit.  *See Dybach v. State of Florida Department of Corrections,* 942 F.2d 1562 (11th Cir. 1991).

9.     In *Dybach,* the Eleventh Circuit enunciated a two part analysis which must be conducted when evaluating the motion to allow notification.  It must be demonstrated that a) there exist individuals similarly situated to the named plaintiff(s), b) who may desire to "opt-in" if notified of their right to do so.  *Id.* at 1567-68.

10.    Plaintiffs have met the *Dybach* requirements, and are thus entitled to an Order from this Court authorizing notification of the pendency of this action to employees similarly situated to the Plaintiffs themselves.

11.    **To date, and without the benefit of notification or discovery from Defendant, approximately 100 current and former CB II, III, and IV have filed a consent with the Clerk and have opted-into this lawsuit.**[4]

_____

⁴     Defendant may argue in opposition to the instant Motion that certain of the current opt-in Plaintiffs may ultimately be ineligible to participate in this action based upon

4

12. For the Court's convenience, attached hereto as Exhibit "A" is a list of persons who have already filed a consent form and opted-into this action, including the state, the banking center, and in some cases the city where each opt-in Plaintiff worked. As is evident, current and former similarly situated employees from ***throughout the nation*** have already chosen to join the instant action.

13. Furthermore, attached hereto as Composite Exhibit "B" are representative affidavits from thirteen (13) current opt-in Plaintiffs, testifying to Defendant's unlawful pay practices. ***Each and every one of these individuals testifies that Defendant's management personnel indicated to themselves and other employees that Defendant would not pay for overtime work, regardless of whether it was worked, and that the employees were not to record overtime hours worked on their time records. Each individual also testifies that he or she worked hours over forty (40) but was not properly paid overtime compensation. The testimony also shows that other similarly situated employees were unlawfully denied overtime compensation, and that these other employees may not be aware of their legal right to recover damages.***[5]

14. Plaintiffs will serve upon Defendant an interrogatory requesting the names and addresses of current and former employees similarly situated to Plaintiffs at any time

---

their involvement in the resolution of the *Levine* lawsuit. However, this is not at all relevant to the issue of notification. The *Dybach* test does not require a certain number of persons to have already opted-into the lawsuit. Rather, *Dybach* simply requires a showing that similarly situated employees exist and are *desirous* of opting-in. Thus, even if certain persons are, or ultimately may be, ineligible to participate in the instant case as a party-Plaintiff, they have nonetheless demonstrated that they are similarly situated to the named Plaintiffs and, by filing consent forms, that they desire to join this lawsuit.

[5] Plaintiffs reserve the right to supplement the instant Motion with additional Affidavits as individuals continue to opt-into this action.

5

since December, 1997 in order to facilitate notification of the pendency of this lawsuit to eligible individuals. All CB II, III, and IV (including "Personal Bankers") who performed services for Defendant anytime since the positions were re-classified as non-exempt in or about December, 1997 are entitled to notification. See 29 U.S.C. §255(a) (providing for a three (3) year statute of limitations where employer's violations are "willful").

15. Should the Court be inclined to grant notification, Plaintiffs will, within ten (10) days of the Order granting notification, submit for the Court's approval a proposed form of notification, which shall be substantially similar to the form of notification previously approved by this Court in Levine and Perlman.

16. The notification to potential class members as requested herein is the only practical and efficient method of notifying those currently eligible current and former inside salespersons of the pendency of this action and of their opt-in rights under the FLSA.

17. Plaintiffs submit that nationwide notification is warranted, in light of the significant number of persons who have already opted-in (without the benefit of discovery or notification) and the varied geographic regions where the opt-in Plaintiffs work or worked. Alternatively, Plaintiffs seek notification to all eligible individuals who work or worked in any state where the opt-in Plaintiffs were, or are, employed by Defendant. At the very least, notification should be granted at this time to all eligible individuals who work or worked in any banking center where the opt-in Plaintiffs work were, or are, employed by Defendant, with the possibility of renewing the motion for nationwide notification at a later time.

WHEREFORE, Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated, respectfully request that this

6

Honorable Court grant their Motion, enter an Order authorizing nationwide notification of this action to all CB II, III, and IV employed by Defendant anytime since December, 1997 of their statutory right to opt-in and become a party to this action, and take such further action as is just and proper. In the alternative, Plaintiffs respectfully request that notification be authorized at this time to all CB II, III, and IV employed by Defendant in any state where the opt-in Plaintiffs work(ed), or, at the very least, at any banking center where the current opt-in Plaintiffs work(ed), with the possibility of renewing the motion for nationwide notification at a later time.

## MEMORANDUM OF LAW

### A.    NATURE OF COLLECTIVE ACTION UNDER THE FLSA

As the Court is well aware, 29 U.S.C. §216(b) is a *collective* action provision created by statute, independent of and unrelated to the *class* action covered by Fed. R. Civ. P. 23. *See LaChappell v. Owens-Illinois, Inc.,* 513 F.2d 286, 289 (5th Cir. 1975) (*per curiam*).

In *LaChappell,* the former Fifth Circuit specifically recognized that Fed. R. Civ. P. 23 and 29 U.S.C. §216(b) are "mutually exclusive" and "irreconcilable". *LaChappell,* 513 F.2d at 289. This is because of the "opt-in" nature of 29 U.S.C. §216(b) and "opt-out" nature of Rule 23. *Id.* In opt-in actions, potential class members need considerably less protection since they are not bound by the outcome of the action unless they specifically opt-in. Conversely, in opt-out actions, potential class members are bound by the outcome of the action. Thus, more stringent protections are necessary for Rule 23 class members. *Schmit v. Fuller Brush Co.,* 527 F.2d 532, 536 (8th Cir. 1975); *Church v. Consolidated*

*Freightways, Inc.,* 137 F.R.D. 294 (N.D. Cal. 1991); *Garner v. G.D. Searle,* 802 F. Supp.

418, 421 (N.D. Ala. 1991).

## B. THE INSTANT ACTION IS MAINTAINED PURSUANT TO 29 U.S.C. §216(b)

The FLSA specifically authorizes plaintiffs to maintain an action on behalf of

themselves and all others similarly situated. 29 U.S.C. §216(b). 29 U.S.C. §216(b)

provides, in pertinent part:

> an action to recover liability... may be maintained against any
> employer...by any one or more employees for and on behalf of
> ...themselves and other employees similarly situated. No
> employee shall be a party plaintiff to any such action unless
> she gives her consent in writing to become such party and
> such consent is filed in the court in which such action is
> brought.

The instant action is such an action. Plaintiffs allege that they and all others similarly

situated employees were subject to a payroll policy, practice and/or procedure

transgressing the requirements of the FLSA, namely the failure to pay overtime for hours

worked in excess of forty (40) on a weekly basis.

Plaintiffs recognize that they bear the initial burden of demonstrating a reasonable

basis for allowing the action to proceed as a collective action. *Haynes v. Singer Company,*

*Inc.,* 696 F.2d 884, 887 (11th Cir. 1983). ***However, under Eleventh Circuit precedent,***

***this burden "is not [a] heavy" one.*** *Grayson v. K MART Corporation,* 79 F.3d 1086 (11th

Cir. 1996).

In *Dybach v. State of Florida Department of Corrections,* 942 F.2d 1562 (11th Cir.

1991), the court determined that ***at the notice stage, a plaintiff need only establish that***

***there are similarly situated individuals, who, if given notice, may desire to opt into***

8

*the class. See also Garner v G.D. Searle Pharmaceuticals & Company*, 802 F. Supp. 418, 422 (M.D. Ala. 1991), citing *Hoffman-La Roche, Inc. v. Sperling*, 493 U.S. 165, 110 S. Ct. 482 (1989) ("to impose a strict standard of proof on the plaintiffs at this stage would unnecessarily hinder the development of collective actions and would undermine the 'broad remedial goals'...of the FLSA."); *Tucker v. Labor Leasing, Inc.*, 155 F.R.D. 687, 690 (M.D. Fla. 1994) ("Plaintiffs would be hard pressed to prove there are similarly situated employees who *desire* to join this lawsuit if they can have no contact with any of these employees to inquire about their desires one way or the other.") (emphasis in original).

At the notice stage, because the court has minimal evidence, the district court's determination as to whether notice of the action should be given to potential class members **"is made using a fairly lenient standard, and typically results in...certification...."** *Mooney, et al., v. Aramco Services Co., et al.*, 54 F.3d 1207 (5th Cir. 1995). As discussed below, Plaintiffs here have fully met this "lenient standard."

**Significantly, the instant Motion in no way requires nor involves a determination on the merits of Plaintiffs' claims for unpaid overtime.** Moreover, the fact that discovery has not been completed does not prevent notification from being granted. As the court stated in *Hoffmann v. Sbarro, Inc.*, 982 F. Supp. 249 (S.D. N.Y. 1997):

> [T]he Court need not evaluate the merits of plaintiffs' claims in order to determine that a definable group of "similarly situated" plaintiffs can exist here. . . . Nor must this Court wait for defendant to complete its discovery before authorizing class notice. To the contrary, courts have endorsed the sending of notice early in the proceeding, as a means of facilitating the FLSA's broad remedial purpose and promoting efficient case management.

*Id.* at 262 (internal citations omitted).

9

## C. PLAINTIFFS HAVE DEFINED THE POTENTIAL CLASS WITH ADEQUATE SPECIFICITY, TO-WIT, ALL CURRENT AND FORMER CONSUMER BANKER II, III, AND IV WHO WERE EMPLOYED BY DEFENDANT ANYTIME SINCE DECEMBER, 1997.

Under *Dybach*, Plaintiffs need only show that the potential class members of a proposed collective action under the FLSA are "similarly situated with respect to their job requirements and with regard to their pay provisions." *Dybach*, 942 F.2d at 1567-68. *To be similarly situated, each class member's situation need not be identical, merely similar.* *Riojas v. Seal Produce, Inc.*, 82 F.R.D. 613, 616 (S.D.Tex. 1979). *See also Heagney v. European American Bank*, 122 F.R.D. 125, 127 (E.D.N.Y. 1988) (there is no requirement of "strict symmetry" or "absolute identity"; rather, potential class members must meet only a "sufficiently similar" standard).

While most courts have found that substantial allegations that plaintiff and members of a putative class are, and/or were, victims of the same "policy, plan or scheme" will satisfy the "similarly situated" requirement,[6] *the Eleventh Circuit has recently held that, under the "liberal", "elastic and less stringent" similarly situated requirement of §216, "a unified policy, plan, or scheme of [illegality] may not be required."* *Grayson*, 79 F.3d at 1095-96.

---

[6]    *See, e.g.*, *Vaszlavik v. Storage Technology Corporation*, 175 F.R.D. 672 (D. Colo. 1997) (quoting *Sperling v. Hoffman-La Roche, Inc.*, 118 F.R.D. 392, 407 (D.N.J. 1988)); *Church v. Consolidated Freightways, Inc.*, 137 F.R.D. 294, 303 n. 12 (N.D. Cal. 1991) (same); *Thiessen v. General Electric Capital Corp.*, 1998 U.S. Dist. LEXIS 2619. Other courts hold that a plaintiff meets this burden by demonstrating some factual support for the allegations before issuance of notice. *See. e.g. Jackson v. New York Telephone Co.*, 163 F.R.D. 429, 431 (S.D.N.Y. 1995). The allegations of Plaintiffs' Complaint, coupled with the evidence submitted herewith, satisfies either test.

In *Church*, the court specifically noted that the strict class definitional and numerical

requirements of Rule 23 are not necessary in § 216(b) actions. *Church*, 137 F.R.D. at 306.

The court then specifically addressed the applicability of each of the Rule 23 requirements.

With respect to the requirements of commonality and typicality, the court held that:

> **...the better view is that a class claim is not defeated**
> **simply because the proposed classes performed a variety**
> **of different jobs at different locations, reported to different**
> **supervisors or left employment for different reasons than**
> **the named plaintiffs. What governs the scope of the class**
> **is whether the named [plaintiff] and [her] class members**
> **were all affected by a similar plan infected by [illegality].**
> **The [plaintiff] need not be identically situated to potential**
> **class members.**

*Id.* at 308.

The Plaintiffs have sufficiently alleged the class--all current and former Consumer

Banker II, III, and IV who worked for Defendant since December, 1997, when these

positions were re-classified as non-exempt and thus eligible to receive overtime

compensation. ***The fact that many employees who elect to opt-in to this action may***

***have had or have different (i) supervisors or management personnel or (ii) number***

***of overtime hours, does not in any way affect the similarity of their positions.*** *Id.* at

308. It is, and was, after all, Defendant's policy, practice and/or procedure of denying

overtime compensation that precipitated this action.

## D.   THE COURT SHOULD FACILITATE NATIONWIDE NOTICE TO ALL POTENTIAL PLAINTIFFS.

In *Hoffman-La Roche, Inc. v. Sperling*, 483 U.S. 465, 468 (1989), the United States

Supreme Court held:

11

> ...a district court has both a duty and the broad authority to
> exercise control over a class action and to enter appropriate
> orders governing the conduct of counsel and the parties.

It is this "duty" and "broad authority" that Plaintiffs request this Honorable Court

exercise with respect to the notification of the affected class--all Consumer Banker II, III,

and IV employed by Defendant since December, 1997. In actions such as this, the

exercise of such authority is "inevitable". *Id* at 487.

Congress has clearly stated its policy supporting collective actions. In *Hoffman-La*

*Roche,* the Supreme Court noted:

> Congress has stated its policy that ADEA plaintiffs should have
> the opportunity to proceed collectively. A collective action
> allows age discrimination plaintiffs the advantage of lower
> individual costs to vindicate rights by the pooling of resources.
> *Id* at 486.[7]

Collective actions serve the dual interests of justice and efficient case management.

*Id.* Plaintiffs, Defendant, and this Court would benefit through avoiding a multiplicity of

duplicative suits, expediting the disposition of this action and reducing the attorneys' fees,

costs, and expenses associated with each affected individual having to pursue his or her

own action. *Id.*

Judicial intervention at an early stage ensures timely, accurate and informative

disclosure to all similarly situated employees. *Id.* Such disclosure will expedite the instant

action by apprising Defendant as to the identity of all claimants at the earliest possible

time. *Id.*

---

[7]    29 U.S.C. §216(b) applies equally to actions arising under the FLSA and
actions arising under the ADEA.

In the absence of a court-authorized notification to all similarly situated employees, those employees would in all likelihood (i) not receive timely, complete, and accurate information as to the pendency of this action, (ii) lack meaningful access to the court, and (iii) have no practical or efficient method of vindicating their rights. *Riojas v. Seal Products, Inc.*, 82 F.R.D. 613 (S.D. Tex. 1979) (providing notice was required through notions of fundamental fairness).

The current and former employees of Defendant who are and were similarly situated to Plaintiffs are *all* Consumer Banker II, III, and IV who worked for Defendant, on a *nationwide* basis, since December, 1997. Support for nationwide notification is found in *Belcher v. Shoney's, Inc.*, 927 F. Supp. 249 (M.D. Tenn. 1996). In *Belcher*, five (5) named plaintiffs alleged that the defendant[8] had failed to properly pay overtime compensation to *hourly* employees on a nationwide basis, by, for instance, paying the hourly employees "off the clock." *Id.* at 252. The *Belcher* plaintiffs moved for nationwide notification. At the time the motion was filed approximately 400 individuals had already filed consent forms, representing 22 states and over 200 cities. *Id.*

The *Belcher* court granted *nationwide* notification, holding that the plaintiffs had "made a sufficient showing . . . that the individuals to whom they seek to send notice of [the] lawsuit are 'similarly situated' to them to warrant the issuance of Court-supervised notice." *Id.* at 251. The court stated that the affidavits submitted in support of the motion for notification "indicate[d] that these practices were not limited to a single store or region." *Id.* at 252. The court ordered that such notice would be issued to *all* persons employed

---

[8]    As the Court may already be aware, Shoney's is a large nationwide chain of family-style restaurants.

13

on a hourly basis by Shoney's anytime within the three (3) year period prior to the filing of the lawsuit. *Id.* at 252.

Significantly, the temporal and geographic scope of the notice provided in *Belcher* was for notification purposes only. In other words, simply because a person was receiving notice did not mean that they were, as a matter of law, "similarly situated" to the named plaintiffs, since, obviously, there might have existed Shoney's locations where unlawful pay practices did not occur. Also, the issuance of notice for a three (3) year period was also for notification purposes only; the court specifically noted that the issue of "wilfulness" was "an open issue to be resolved pending further proof." *Id.*

*Belcher* is quite instructive with regard to the instant case, which also involves hourly employees being denied overtime compensation, rather than salaried employees claiming an improper classification as exempt from overtime. The instant case is also similar to *Belcher* inasmuch as, at this point and prior to any discovery or notification, a significant number of persons (approximately 100) have already chosen to join this lawsuit, representing fourteen (14) states as well as Washington, D.C. *See* Exhibit "A." In addition, as in *Belcher*, the Affidavits submitted herewith show that Defendant's unlawful pay practices are not limited to a single banking center or region. *See* Composite Exhibit "B." Thus, *Belcher* shows that *nationwide* notification is proper in an FLSA collective action involving hourly, non-exempt employees (as in the instant case), even where the unlawful acts may have taken place on a location-by-location basis. *See Realite v. Ark Restaurants Corp.*, 7 F. Supp.2d 303, 309 (S.D. N.Y. 1998) (noting *Belcher* court finding that "*all*

14

[hourly] employees were 'similarly situated' *whether or not a named plaintiff had worked at each particular Shoney's location").*[9]

Individually, Defendant's current and former CB II, III, and IV who would be eligible to receive notification in the case at bar have little or no (i) access to counsel, (ii) knowledge of the relevant terms and provisions of the FLSA, or (iii) funds to finance a lawsuit seeking his/her legally required wages. To deny notice to these individuals is tantamount to rewarding Defendant for its failure to compensate them in accordance with the FLSA since the claims of these individuals in all likelihood would never be pursued for a number of reasons, not the least of which is the expiration of the statute of limitations (29 U.S.C. § 255). *In fact, each day that passes without these individuals filing their notice of consent is a windfall to Defendant because one more day of uncompensated hours is legally forfeited.* In Geller v. Markham, 19 F.E.P. Cases 622, 623 (D. Conn. 1979), a showing that the similarly situated employees were not aware of the pendency of the action was sufficient to authorize notice.

As Judge Haight aptly recognized in Allen v. Marshall Field & Co., 93 F.R.D. 438, 443 (N.D. Ill. 1982):

> to deny class treatment would be tantamount to declaring that any employer can escape ADEA class liability so long as it discriminates against a diverse group of people over a wide geographic range in a number of ways, such as termination, salary, promotions, and working conditions.

---

[9]    The Belcher court also stated that the "record before [it] indicates a likelihood that there are similarly situated employees who would benefit from an awareness of the pending suit." Belcher, 927 F. Supp. at 252. Likewise, in the case sub judice, the Affidavits submitted herewith clearly reflect the existence of similarly situated persons who would desire to join this lawsuit if notification were provided to them. See Composite Exhibit "B."

15

The reasoning of Judge Haight was quite correctly followed by Judge Jansen in *Church*, 137 F.R.D. at 309, and Judge Dearie in *Heagney*, 122 F.R.D. at 127. Imposing the strict class action requirements of Fed. R. Civ. P. 23 to the instant actions is certainly counter to both the remedial nature of the FLSA and the congressional policy of allowing collective actions to recover overtime compensation. *Braunstein*, 600 F.2d at 336; *Bean v. Crocker Nat'l Bank*, 600 F.2d 754, 759 (9th Cir. 1979).

### E.    CONCLUSION

Based upon the approximately 100 persons who have already opted-into this lawsuit *without the benefit of discovery or notification*, as well as the representative affidavits attached hereto as Exhibit "B," it is manifest that Plaintiffs have met the *Dybach* requirements and that *nationwide* notification should be authorized with respect to *all* current and former Consumer Banker II, III, and IV who worked for Defendant since December, 1997.

In the alternative, and if this Court is not inclined at this time to authorize nationwide notification, Plaintiffs request that notification be authorized to all Consumer Banker II, III, and IV who work or worked in any state where the opt-in Plaintiffs were, or are, employed by Defendant. At the very least, notification should be granted at this time to all eligible individuals who work or worked in any banking center where the opt-in Plaintiffs work were, or are, employed by Defendant, with the possibility of renewing the motion for nationwide notification at a later time.

16

Respectfully submitted,

MUCHNICK WASSERMAN, DOLIN & LEVINE, LLP
Attorneys for Plaintiffs
4000 Hollywood Boulevard
Suite 620 North
Hollywood, Florida 33021
(954) 989-8100 / (305) 624-9100

By

    DANIEL R. LEVINE, ESQ.
    Fla. Bar No.: 0057861
    ADAM S. CHOTINER, ESQ.
    Fla. Bar No.: 0146315

17

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this ___ day of August, 2000 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 and Richard F. Kane, Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, Charlotte, NC 28280.

Respectfully submitted,

MUCHNICK WASSERMAN, DOLIN & LEVINE, LLP
Attorneys for Plaintiffs
4000 Hollywood Boulevard
Suite 620 North
Hollywood, Florida 33021
(954) 989-8100 / (305) 624-9100

By: _____

DANIEL R. LEVINE, ESQ.
Fla. Bar No.: 0057861
ADAM S. CHOTINER, ESQ.
Fla. Bar No.: 0146315

18

### *ROXANNA L. ESCUDERO and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated, v. BANKAMERICA CORPORATION*
### Case No. 00-6145-CIV-DIMITROULEAS

## LIST OF INDIVIDUALS WHO HAVE FILED CONSENT FORMS

| NAME | CITY | STATE | BANKING CENTER |
|---|---|---|---|
| Albritton, Tina | | Florida | Midtown |
| Andrews, Kathy Foster | | Georgia | Lilburn Instore |
| Armstrong, Annette | | Georgia | East Albany |
| Banks, Patrick | | Texas | DeSoto |
| Barber, Paul | Sarasota | Florida | Southgate |
| Bari, John | Falls Church | Virginia | Yorktown |
| Barnes, Marilyn | | Florida | Downtown, Galleria |
| Barnett, Michelle | | Florida | Garden Grove |
| Barnette, Carrie | | South Carolina | Rockhill Mall |
| Batts, Eloise | Surf City, Holly Ridge | North Carolina | Surf City, Holly Ridge |
| Beach, Lisa | | Texas | |
| Biggs, Peggy | | Texas | Conroe |
| Blackmon, Marilyn | | Missouri | 63rd Street, 85 Holmes |
| Blitch, Tracie | | Florida | South Venice |
| Bolden, Mary | | Maryland | Randallstown |
| Buchanan, Margaret | Austin | Texas | Northwest, Showal Creek, Bevo's, Longhorn |
| Calvillo, Henry | Austin | Texas | Northwest Austin |
| Carlos Del Valle, Juan | Coral Gables | Florida | Coral Gables |

-1-



**ROXANNA L. ESCUDERO and KIMBERLY DRAKE, on behalf of themselves and
all others similarly situated, v. BANKAMERICA CORPORATION
Case No. 00-6145-CIV-DIMITROULEAS**

## LIST OF INDIVIDUALS WHO HAVE FILED CONSENT FORMS

| NAME | CITY | STATE | BANKING CENTER |
|---|---|---|---|
| Cole, Janice | | Maryland | Beltway Plaza, Belair-Bowie |
| Coleman, Chris | | Georgia | Roswell Instore |
| Copeland, James | | Georgia | Midtown |
| Cordell-Proper, Andrea | | Michigan | Baltimore Main Branch |
| Cox, Lydia | Columbia | South Carolina | Richland Mall |
| Crowder, Bryan | Des Moines Urbandale | Iowa | South Office Aurora Avenue |
| Czwojdak (Alsafi), Suzanne | Atlanta Ft. Myers | Georgia Florida | Perimeter Cypress Lake |
| Dantos, Stephanie | | Florida | Palm Beach Lakes Blvd. |
| Davis-Dunn, Candice | | Texas | Highland Village |
| Dickerson, Donna | | Maryland | Camp Springs |
| Dismukes, Dianne | | Texas | Tenneco, Red Oak, Hinble |
| DuPont, Laurie | | Florida | Venetian Isles Plaza |
| Elias, Debra | | Texas | Galveston - Downtown |
| Estrada, Rosemarie | | Texas | Galveston |
| Fleming, Barbara | Franklin | Tennessee | Public Square |
| Ford, Cari | | Missouri | Clayton, Olivette |
| Francois, Virginia | | Texas | Westheimer, Stafford |

**ROXANNA L. ESCUDERO and KIMBERLY DRAKE, on behalf of themselves and
all others similarly situated, v. BANKAMERICA CORPORATION
Case No. 00-6145-CIV-DIMITROULEAS**

### LIST OF INDIVIDUALS WHO HAVE FILED CONSENT FORMS

| NAME | CITY | STATE | BANKING CENTER |
|------|------|-------|----------------|
| Fyffe, Sherry | | Maryland | Northwood, Charles St. |
| German, Nancy | | Florida | Baymeadows |
| Grant, Linda | Rock Hill | South Carolina | Rock Hill Mall, Rock Hill Main |
| Greene, Karen | | Virginia | Lake Ridge |
| Guerin-Davidson, M. Christine | | Maryland | Loch Raven, Lutherville, Security, Slade Avenue |
| Hardy, Joyce | Haines City | Florida | Haines City |
| Harris, Alex | | Florida | Capital |
| Hensley, Rodney | | Alabama | Harris Teeter Instore |
| Heuser, Marcia | | Florida | Bayshore |
| Hill, Todd | | Florida | McNab, University |
| Hill, Leslie Slater | Austin | Texas | South Park |
| Howard, Mary | | Texas | South Austin - Bevo's |
| Justice, Deana | Jacksonville | North Carolina | New River, Northwoods, Country Club, Brynn Marr |
| Kennedy, Katherine | Tamarac Coral Springs | Florida | Tamarac Wiles Road |
| Kirkland, Diane | | Florida | South Winter |
| Kozel, Julia | | Florida | South Venice |
| Langley, Elizabeth | | Maryland | La Plata |
| Lee, Philip | Baltimore | Maryland | 100 East Street |
| Lee, Peggy | | Florida | #207, #1544 |

-3-

**ROXANNA L. ESCUDERO and KIMBERLY DRAKE, on behalf of themselves and
all others similarly situated, v. BANKAMERICA CORPORATION
Case No. 00-6145-CIV-DIMITROULEAS**

## LIST OF INDIVIDUALS WHO HAVE FILED CONSENT FORMS

| NAME | CITY | STATE | BANKING CENTER |
|------|------|-------|----------------|
| Louderback, Wendy | | Florida | Sunrise Lakes & Shenandoah |
| Martinez, Kathleen | | Maryland | Annapolis Road, Riverdale, Hanover Parkway, Cip Square |
| McKinley, June | | Florida | Gulf-to-Bay, Countryside, Delaney, University, Titusville |
| Meier, Janet | | Texas | Marsh Lane |
| Melton, Elizabeth Ann | Brunswick | Georgia | Main Branch (Brunswick) |
| Mobley, Angela | | Georgia | Bankhead |
| Monroe, Anastasia | | Florida | Southgate |
| Moreno, Lillian a.k.a Lillian Vaccato | | Florida | Pembroke Commons (formerly Citizens Federal) |
| Motley, Jeff | Plano | Texas | Plano |
| Murray, Patricia | | Georgia | Hartley Bridge Road Instore |
| Northcutt, Joe | | Texas | Southwest |
| Osavio, Miriam a.k.a. Miriam Penick | | Georgia | Market Square & Dekalb College |
| Parial, Anita | Lake Worth Boca Raton | Florida | Winn-Dixie Instore Boca Hamptons |
| Parker, Guilbert | | Maryland | Middlesex |

-4-

**ROXANNA L. ESCUDERO and KIMBERLY DRAKE, on behalf of themselves and
all others similarly situated, v. BANKAMERICA CORPORATION
Case No. 00-6145-CIV-DIMITROULEAS**

### LIST OF INDIVIDUALS WHO HAVE FILED CONSENT FORMS

| NAME | CITY | STATE | BANKING CENTER |
|------|------|-------|----------------|
| Parks, Nettie | | Florida | Longwood, Lake Mary |
| Pehl, Dayton | Austin | Texas | Austin |
| Perlmutter, David | | Florida | Gulfview Square Mall Hudson |
| Powell, Irma | Lawrenceville | Virginia | Lawrenceville |
| Pumphrey, Jennie | | Pennsylvania | Benfield Road, Hillsmere, Oakland Church |
| Pye-Lee, Deborah | | Texas | Two Houston Center |
| Queen, Antoinette | | Maryland | Georgia Avenue |
| Ratcliff, Traci | | Florida | Jacksonville & Lake City |
| Reynolds, Susie | | Georgia | East Albany |
| Richardson, Steven | | Texas | Friendswood Instore |
| Rogers, Melanie | Lake City | Florida | Lake City |
| Rubenstein, Lily | | Florida | Northeast |
| Sierra, Joseph | Rio Rancho | New Mexico | Country Club |
| Silverman, Riitta | | Virginia | Old Town Alexandra |
| Skinner, Joann | | Georgia | Peach Orchard |
| Smith, Adelia | | Washington DC | 2001 Penn. Ave, Georgia Ave. |
| Smith, William | Naples | Florida | 5th Ave |
| Stewart, Fabiola | | Texas | Carrolltown |
| Strozier, Stephanie | Atlanta | Georgia | Kroger Citi-Center |

*ROXANNA L. ESCUDERO and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated, v. BANKAMERICA CORPORATION*
**Case No. 00-6145-CIV-DIMITROULEAS**

## LIST OF INDIVIDUALS WHO HAVE FILED CONSENT FORMS

| NAME | CITY | STATE | BANKING CENTER |
|------|------|-------|----------------|
| Taylor, Jeffrey | | Tennessee | Hermitage, Donelson, Opryland |
| Thomas, Sheri | Charlotte | North Carolina | South Park |
| Valdes, Olga | | Florida | Downtown |
| Valdez, Sr., Juan | | Maryland | Flower Avenue |
| Valdez, Ron | | Florida | DeSoto Square, Westside |
| Waddington, Julia | | Maryland | Hillsmere |
| Washington, Samuel | | Virginia | University, Orange |
| Wells, Barbara | | Maryland | Cross Keys, Roland Ave., Merritt Blvd. |
| Willis, Harold | | Maryland | Vermont Ave., 1801 K Street & Cleveland Park |
| Wilson, Angela | | North Carolina | South Park |
| Wood, Patricia | | Georgia | Stone Mountain, Conyers, Five Forks |
| Woroschinski, Karen | | Florida | Shamrock |
| Yancy, Evans | | Georgia | West Fork |

-6-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated of herself and
all others

        Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national
association,

        Defendants.

_____/

## AFFIDAVIT OF JUAN C. VALDEZ SR.

STATE OF MARYLAND    )
                         ) ss:
COUNTY OF MONTGOMERY  )

BEFORE ME, the undersigned authority, on this date personally appeared JUAN C.

VALDEZ SR. who, after first being duly sworn deposes and says:

1.    My name is Juan C. Valdez Sr. I have personal knowledge of the facts recited in

this Affidavit.

2.    In or about 1991, I was employed by NationsBank. I was employed by NationsBank

as a Consumer Banker III.

3.    In or about December 1997, at which time I worked at NationsBank's Flower Avenue

banking center, NationsBank reclassified my position as non-exempt, which allowed me to be

eligible for overtime compensation. As of this date, I was also required to fill out time cards.

4.    However, since December 1997, the branch manager at NationsBank's Flower



Avenue banking center, indicated to myself and the other employees that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records. As a result of these instructions, I would only indicate forty (40) hours on my timecard each week even though I worked more than forty (40) hours.

5.    During branch meetings with employees, the branch manager would reiterate that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records.

6.    Since December 1997, when NationsBank reclassified my position, I worked anywhere from forty (40) to fifty-five (55) hours per week. However, NationsBank only paid me for forty (40) hours regardless of the number of hours worked.

7.    I believe that there are other consumer bankers who would desire to opt-in to this lawsuit if they were provided Court-approved notice of this lawsuit. Although I cannot remember all of their names, I do recall Cecilia Sanders, Emily Harris, and a person named "Sharda" (I cannot recall her last name). These individuals worked hours in excess of forty (40) in given workweeks for which they did not receive appropriate compensation. I do not believe that they are aware of their legal right to recover damages; I certainly was not until I consulted an attorney regarding unpaid overtime.

FURTHER AFFIANT SAYETH NAUGHT.

JUAN C. VALDEZ SR.

SWORN TO AND SUBSCRIBED before me this 20 day of JULY, 1999, by JUAN C. VALDEZ SR., who is personally known to me, or who produced _____ as identification, and who did take an oath.

Notary Public
My Commission Expires:
    C2 | 02 | 04
Acknowledger's Name Stamped,
Typed or Printed

JACQUELINE CAPUTI
Notary Public, State of Maryland
Prince George's County
My Commission Expires Feb. 2, 2004

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated of herself and
all others

     Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national
association,

     Defendants.

_____/

## AFFIDAVIT OF MARILYN BLACKMON

STATE OF MISSOURI    )
                   ) ss:
COUNTY OF JACKSON   )

BEFORE ME, the undersigned authority, on this date personally appeared MARILYN

BLACKMON who, after first being duly sworn deposes and says:

1.    My name is Marilyn Blackmon. I have personal knowledge of the facts recited in

this Affidavit.

2.    In or about 1993, I was employed by NationsBank. I was employed by

NationsBank as a Consumer Banker IV.

3.    In or about December 1997, at which time I worked at NationsBank's 63 Street

banking center, NationsBank reclassified my position as non-exempt, which allowed me to be

eligible for overtime compensation. As of this date, I was also required to fill out time cards.

4.    However, since December 1997, Patti Peterson, the branch manager at NationsBank's 63 Street banking center, indicated to myself and the other employees that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records. As a result of these instructions, I would only indicate forty (40) hours on my timecard each week even though I worked more than forty (40) hours.

5.    During branch meetings with employees, Patti Peterson would reiterate that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records.

6.    Since December 1997, when NationsBank reclassified my position, I worked anywhere from forty (40) to fifty (50) hours per week. However, NationsBank only paid me for forty (40) hours regardless of the number of hours worked.

7.    I believe that there are other consumer bankers who would desire to opt-in to this lawsuit if they were provided Court-approved notice of this lawsuit. Although I cannot remember all of their names, I do recall Lisa Bradley and Debbie Overton. These individuals worked hours in excess of forty (40) in given workweeks for which they did not receive appropriate compensation. I do not believe that they are aware of their legal right to recover damages; I certainly was not until I consulted an attorney regarding unpaid overtime.

FURTHER AFFIANT SAYETH NAUGHT.

MARILYN BLACKMON

SWORN TO AND SUBSCRIBED before me this /1ˣ day of _July_, 1999, by MARILYN BLACKMON, who is personally known to me, or who produced _____ as identification, and who did take an oath.

Notary Public
My Commission Expires:
HAZEL E. NUNN
Acknowledged by Name Stamped,
Typed or Printed STATE OF MISSOURI
Jackson County
My Comm. Expires Mar. 16, 2002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated of herself and
all others

        Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national
association,

        Defendants.

_____/

## AFFIDAVIT OF CARI M. FORD

STATE OF MISSOURI   )
                 ) ss:
COUNTY OF ST. LOUIS  )

      BEFORE ME, the undersigned authority, on this date personally appeared CARI M.

FORD who, after first being duly sworn deposes and says:

    1.    My name is Cari M. Ford. I have personal knowledge of the facts recited in this

Affidavit.

    2.    In or about 1990, I was employed by NationsBank. I was employed by

NationsBank as a Consumer Banker III.

    3.    In or about December 1997, at which time I worked at NationsBank's Olivette

banking center, NationsBank reclassified my position as non-exempt, which allowed me to be

eligible for overtime compensation. As of this date, I was also required to fill out time cards.

4.    However, since December 1997, the branch manager at NationsBank's Olivette banking center, indicated to myself and the other employees that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records. As a result of these instructions, I would only indicate forty (40) hours on my timecard each week even though I worked more than forty (40) hours.

5.    During branch meetings with employees, the branch manager would reiterate that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records.

6.    Since December 1997, when NationsBank reclassified my position, I worked anywhere from forty (40) to fifty (50) hours per week. However, NationsBank only paid me for forty (40) hours regardless of the number of hours worked.

7.    I believe that there are other consumer bankers who would desire to opt-in to this lawsuit if they were provided Court-approved notice of this lawsuit. Although I cannot remember all of their names, I do recall Herman Travis, Jennifer Sharp and Deborah Pollard. These individuals worked hours in excess of forty (40) in given workweeks for which they did not receive appropriate compensation. I do not believe that they are aware of their legal right to recover damages; I certainly was not until I consulted an attorney regarding unpaid overtime.

FURTHER AFFIANT SAYETH NAUGHT.

CARI M. FORD

SWORN TO AND SUBSCRIBED before me this 12 day of _____, 2000, by CARI M. FORD, who is personally known to me, or who produced _____ as identification, and who did take an oath.

Notary Public

My Commission Expires: MARIE G. BADER
Notary Public — Notary Seal
STATE OF MISSOURI
Acknowledger's Name Stamped, St. Louis County
Typed or Printed    My Commission Expires: March 8, 2002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated of herself and
all others

        Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national
association,

        Defendants.
_____/

## AFFIDAVIT OF JOHN BARI

STATE OF CALIFORNIA    )
                     ) ss:
COUNTY OF SANTA CLARA  )

BEFORE ME, the undersigned authority, on this date personally appeared JOHN BARI

who, after first being duly sworn deposes and says:

1.    My name is John Bari. I have personal knowledge of the facts recited in this

Affidavit.

2.    In or about 1997, I was employed by NationsBank. I was employed by

NationsBank as a Consumer Banker II.

3.    In or about December 1997, at which time I worked at NationsBank's Yorktown

banking center, NationsBank reclassified my position as non-exempt, which allowed me to be

eligible for overtime compensation. As of this date, I was also required to fill out time

cards.

4. However, since December 1997, Theodore Gargagliano, the branch manager at NationsBank's Yorktown banking center, indicated to myself and the other employees that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records. As a result of these instructions, I would only indicate forty (40) hours on my timecard each week even though I worked more than forty (40) hours.

5. During branch meetings with employees, Theodore Gargagliano would reiterate that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records.

6. Since December 1997, when NationsBank reclassified my position, I worked anywhere from forty (40) to fifty (50) hours per week. However, NationsBank only paid me for forty (40) hours regardless of the number of hours worked.

FURTHER AFFIANT SAYETH NAUGHT.

JOHN BARI

SWORN TO AND SUBSCRIBED before me this *14th* day of _July_, ~~1998~~, 2000 by JOHN BARI, ~~who is personally known to me~~, or who produced *Calif. Drivers License* as identification, and who did take an oath.

Notary Public
My Commission Expires:
_June 23, 2004_
Acknowledger's Name Stamped,
Typed or Printed



MARIETTA SIBILA
Commission # 1265262
Notary Public - California
Santa Clara County
My Comm. Expires Jun 23, 2004

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated of herself and
all others

        Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national
association,

        Defendants.
_____/

## AFFIDAVIT OF JEFF MOTLEY

STATE OF TEXAS     )
                    ) ss:
COUNTY OF COLLIN  )

BEFORE ME, the undersigned authority, on this date personally appeared JEFF MOTLEY who, after first being duly sworn deposes and says:

1.    My name is Jeff Motley. I have personal knowledge of the facts recited in this Affidavit.

2.    In or about 1996, I was employed by NationsBank. I was employed by NationsBank as a Consumer Banker III.

3.    In or about December 1997, at which time I worked at NationsBank's Plano banking center, NationsBank reclassified my position as non-exempt, which allowed me to be eligible for overtime compensation. As of this date, I was also required to fill out time cards.

4. However, since December 1997, Shirley Stanley, a NationsBank sales manager, acting from instructions from the North Dallas Administration, indicated to myself and the other employees that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records. As a result of these instructions, I would only indicate forty (40) hours on my timecard each week even though I worked more than forty (40) hours.

5. During branch meetings with employees, Shirley Stanley would reiterate that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records.

6. Since December 1997, when NationsBank reclassified my position, I worked anywhere from fifty (50) to sixty (60) hours per week. However, NationsBank only paid me for forty (40) hours regardless of the number of hours worked.

7. I believe that there are other consumer bankers who would desire to opt-in to this lawsuit if they were provided Court-approved notice of this lawsuit. Although I cannot remember all of their names, I do recall Terrell Walker. This individual worked hours in excess of forty (40) in given workweeks for which he did not receive appropriate compensation. I do not believe that he is aware of his legal right to recover damages; I certainly was not until I consulted an attorney regarding unpaid overtime.

FURTHER AFFIANT SAYETH NAUGHT.

JEFF MOTLEY

SWORN TO AND SUBSCRIBED before me this _17_ day of _July_, _1999_, by JEFF MOTLEY, who is personally known to me, or who produced _Texas Driver L._ as identification, and who did take an oath.

JONATHAN A. DAMON
Notary Public
State of Texas
My Comm. Exp. 11-02-03

Notary Public
My Commission Expires:
_11/02/03_
Acknowledger's Name Stamped,
Typed or Printed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated of herself and
all others

Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national
association,

Defendants.
_____/

## AFFIDAVIT OF JULIA KOZEL

STATE OF FLORIDA        )
                        ) ss:
COUNTY OF SARASOTA      )

BEFORE ME, the undersigned authority, on this date personally appeared JULIA KOZEL

who, after first being duly sworn deposes and says:

1.    My name is Julia Kozel. I have personal knowledge of the facts recited in this

Affidavit.

2.    In or about 1986, I was employed by NationsBank. I was employed by

NationsBank as a Consumer Banker III.

3.    In or about December 1997, at which time I worked at NationsBank's South Venice

banking center, NationsBank reclassified my position as non-exempt, which allowed me to be

eligible for overtime compensation. As of this date, I was also required to fill out time cards.

4.    However, since December 1997, Janet Jones, the x̶b̶r̶a̶n̶c̶h̶x̶x̶m̶a̶n̶a̶g̶e̶r̶x̶ Retail Marketing Manager at

South Sarasota/Charlotte Region

NationsBank's ~~South Venice banking center~~, indicated to myself and the other employees that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records. As a result of these instructions, I would only indicate forty (40) hours on my timecard each week even though I worked more than forty (40) hours.

5.    During ~~several~~ meetings with employees, Janet Jones would reiterate that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records.

6.    Since December 1997, when NationsBank reclassified my position, I worked anywhere from forty (40) to fifty (50) hours per week. However, NationsBank only paid me for forty (40) hours regardless of the number of hours worked.

7.    I believe that there are other consumer bankers who would desire to opt-in to this lawsuit if they were provided Court-approved notice of this lawsuit. Although I cannot remember all of their names, I do recall Tracy Blitch. This individual worked hours in excess of forty (40) in given workweeks for which she did not receive appropriate compensation. I do not believe that she is aware of her legal right to recover damages; I certainly was not until I consulted an attorney regarding unpaid overtime.

FURTHER AFFIANT SAYETH NAUGHT.

_____
JULIA KOZEL

SWORN TO AND SUBSCRIBED before me this 5 day of July, 1999. by JULIA KOZEL, who is personally known to me, or who produced Florida drivers license as identification, and who did take an oath.

_____
Notary Public
My Commission Expires:

_____
Acknowledger's Name Stamped,
Typed or Printed



TAMMIE R. RIFE
MY COMMISSION # CC 838062
EXPIRES: May 18, 2003
Bonded Thru Notary Public Underwriters

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated of herself and
all others

Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national
association,

Defendants.
_____/

## AFFIDAVIT OF VIRGINIA FRANCOIS

STATE OF TEXAS        )
                      ) ss:
COUNTY OF FORT BEND   )

BEFORE ME, the undersigned authority, on this date personally appeared VIRGINIA

FRANCOIS who, after first being duly sworn deposes and says:

1.    My name is Virginia Francois. I have personal knowledge of the facts recited in

this Affidavit.

2.    In or about 1990, I was employed by NationsBank. I was employed by

NationsBank as a Consumer Banker III.

3.    In or about December 1997, at which time I worked at NationsBank's Westheimer

banking center, NationsBank reclassified my position as non-exempt, which allowed me to be

eligible for overtime compensation. As of this date, I was also required to fill out time cards.

4.    However, since December 1997, ~~Barbara Baye,~~ the branch manager at NationsBank's Westheimer banking center, indicated to myself and the other employees that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records. As a result of these instructions, I would only indicate forty (40) hours on my timecard each week even though I worked more than forty (40) hours.

5.    During branch meetings with employees, ~~Barbara Baye~~ *manager* would reiterate that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records.

6.    Since December 1997, when NationsBank reclassified my position, I worked anywhere from forty (40) to fifty (50) hours per week. However, NationsBank only paid me for forty (40) hours regardless of the number of hours worked.

7.    I believe that there are other consumer bankers who would desire to opt-in to this lawsuit if they were provided Court-approved notice of this lawsuit. Although I cannot remember all of their names, I do recall Elaina Sanchez. This individual worked hours in excess of forty (40) in given workweeks for which she did not receive appropriate compensation. I do not believe that she is aware of her legal right to recover damages; I certainly was not until I consulted an attorney regarding unpaid overtime.

FURTHER AFFIANT SAYETH NAUGHT.

*Virginia Francois*
VIRGINIA FRANCOIS

SWORN TO AND SUBSCRIBED before me this 3 day of June, 1999, by VIRGINIA FRANCOIS, who is personally known to me, or who produced D.L. (known) as identification, and who did take an oath.

*Notary signature*
Notary Public
My Commission Expires:
MARISELA E. RODRIGUEZ
Acknowledger's Name Stamped,
Typed or Printed


MARISELA E. RODRIGUEZ
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 7-9-2003

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated of herself and
all others

       Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national
association,

       Defendants.

_____/

## AFFIDAVIT OF MARY F. BOLDEN

STATE OF MARYLAND  )
                 ) ss:
COUNTY OF BALTIMORE )

BEFORE ME, the undersigned authority, on this date personally appeared MARY F.

BOLDEN who, after first being duly sworn deposes and says:

1.    My name is Mary F. Bolden. I have personal knowledge of the facts recited in

this Affidavit.

2.    In or about 1990, I was employed by NationsBank. I was employed by

NationsBank as a Consumer Banker III.

3.    In or about December 1997, at which time I worked at NationsBank's

Randallstown banking center, NationsBank reclassified my position as non-exempt, which

allowed me to be eligible for overtime compensation. As of this date, I was also required to

fill out time cards.

    4.    However, since December 1997, Barbara Mullin, the branch manager at NationsBank's Randallstown banking center, indicated to myself and the other employees that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records. As a result of these instructions, I would only indicate forty (40) hours on my timecard each week even though I worked more than forty (40) hours.

    5.    During branch meetings with employees, Barbara Mullin would reiterate that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records.

    6.    Since December 1997, when NationsBank reclassified my position, I worked anywhere from forty (40) to sixty (60) hours per week. However, NationsBank only paid me for forty (40) hours regardless of the number of hours worked.

FURTHER AFFIANT SAYETH NAUGHT.

<div style="text-align:right">MARY F. BOLDEN</div>

SWORN TO AND SUBSCRIBED before me this ___ day of _____, 1999, by MARY F. BOLDEN, who is personally known to me, or who produced _____ as identification, and who did take an oath.

_____
Notary Public
My Commission Expires:

_____
Acknowledger's Name Stamped,
Typed or Printed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated of herself and
all others

Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national
association,

Defendants.
_____/

## AFFIDAVIT OF PAUL C. BARBER

STATE OF FLORIDA      )
                      ) ss:
COUNTY OF SARASOTA    )

BEFORE ME, the undersigned authority, on this date personally appeared PAUL C.

BARBER who, after first being duly sworn deposes and says:

1.    My name is Paul C. Barber. I have personal knowledge of the facts recited in this

Affidavit.

2.    In or about 1996, I was employed by NationsBank. I was employed by

NationsBank as a Consumer Banker II.

3.    In or about December 1997, at which time I worked at NationsBank's Southgate

banking center, NationsBank reclassified my position as non-exempt, which allowed me to be

eligible for overtime compensation. As of this date, I was also required to fill out time

cards.

4.    However, since December 1997, Laura Russo, the branch manager at NationsBank's Southgate banking center, indicated to myself and the other employees that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records. As a result of these instructions, I would only indicate forty (40) hours on my timecard each week even though I worked more than forty (40) hours.

5.    During branch meetings with employees, Laura Russo would reiterate that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records.

6.    Since December 1997, when NationsBank reclassified my position, I worked anywhere from forty (40) to forty-five (45) hours per week. However, NationsBank only paid me for forty (40) hours regardless of the number of hours worked.

FURTHER AFFIANT SAYETH NAUGHT.

PAUL C. BARBER

SWORN TO AND SUBSCRIBED before me this 5 day of ___, 2000, by PAUL C. BARBER, who is personally known to me, or who produced F.L. DRIV. L/C. as identification, and who did take an oath.

Notary Public
My Commission Expires: Jan 7, 2001

Acknowledger's Name Stamped, Typed or Printed



KRISTIN K. CAWTHORNE
MY COMMISSION # CC 891664
EXPIRES: January 7, 2001
Bonded Thru Notary Public Underwriters

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated of herself and
all others

Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national
association,

Defendants.

_____/

## AFFIDAVIT OF ELIZABETH ANN MELTON

STATE OF GEORGIA    )
                    ) ss:
COUNTY OF GLYNN     )

BEFORE ME, the undersigned authority, on this date personally appeared ELIZABETH

ANN MELTON who, after first being duly sworn deposes and says:

1.    My name is Elizabeth Ann Melton. I have personal knowledge of the facts recited

in this Affidavit.

2.    In or about 1997, I was employed by NationsBank. I was employed by

NationsBank as a Consumer Banker III.

3.    In or about December 1997, at which time I worked at NationsBank's Brunswick

banking center, NationsBank reclassified my position as non-exempt, which allowed me to be

eligible for overtime compensation. As of this date, I was also required to fill out time cards.

4.     However, since December 1997, Lorrie Ethridge, the branch manager at NationsBank's Brunswick banking center, indicated to myself and the other employees that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records. As a result of these instructions, I would only indicate forty (40) hours on my timecard each week even though I worked more than forty (40) hours.

5.     During branch meetings with employees, Lorrie Ethridge would reiterate that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records.

6.     Since December 1997, when NationsBank reclassified my position, I worked anywhere from forty (40) to fifty (50) hours per week. However, NationsBank only paid me for· forty (40) hours regardless of the number of hours worked.

7.     I believe that there are other consumer bankers who would desire to opt-in to this lawsuit if they were provided Court-approved notice of this lawsuit. Although I cannot remember all of their names, I do recall Greg Hollis, Julie Wynn, and Francis Bryant. These individuals worked hours in excess of forty (40) in given workweeks for which they did not receive appropriate compensation. I do not believe that they are aware of their legal right to recover damages; I certainly was not until I consulted an attorney regarding unpaid overtime.

FURTHER AFFIANT SAYETH NAUGHT.

Elizabeth Ann Melton
(ELIZABETH ANN MELTON

SWORN TO AND SUBSCRIBED before me this _5ᵗ_ day of _July_ , 1999, by ELIZABETH ANN MELTON, who is personally known to me, or who produced _____ as identification, and who did take an oath.

Dorotha Bynn M. Lismore
Notary Public
My Commission Expires: Notary Public, Glynn County, Georgia
Doretha Lynn M. Lismore    My Commission Expires June 3, 2003.
Acknowledger's Name Stamped,
Typed or Printed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated of herself and
all others

     Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national
association,

     Defendants.
_____/

## AFFIDAVIT OF ANGELA MOBLEY

STATE OF GEORGIA   )
              ) ss:
COUNTY OF FULTON   )

BEFORE ME, the undersigned authority, on this date personally appeared ANGELA

MOBLEY who, after first being duly sworn deposes and says:

1.    My name is Angela Mobley. I have personal knowledge of the facts recited in this

Affidavit.

2.    In or about 1997, I was employed by NationsBank. I was employed by

NationsBank as a Consumer Banker IV.

3.    In or about December 1997, at which time I worked at NationsBank's Bankhead

banking center, NationsBank reclassified my position as non-exempt, which allowed me to be

eligible for overtime compensation. As of this date, I was also required to fill out time cards.

4.    However, since December 1997, Tamara Lomax, the branch manager at NationsBank's Bankhead banking center, indicated to myself and the other employees that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records. As a result of these instructions, I would only indicate forty (40) hours on my timecard each week even though I worked more than forty (40) hours.

5.    During branch meetings with employees, Tamara Lomax would reiterate that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records.

6.    Since December 1997, when NationsBank reclassified my position, I worked anywhere from fifty (50) to fifty-five (55) hours per week. However, NationsBank only paid me for forty (40) hours regardless of the number of hours worked.

FURTHER AFFIANT SAYETH NAUGHT.

ANGELA MOBLEY

SWORN TO AND SUBSCRIBED before me this ⊔ᵗʰ day of ⑁.ℓ.,          , 1999, by ANGELA MOBLEY, who is personally known to me, or who produced ⑁ᴧ  ⊥⊥ _____ as identification, and who did take an oath.

Notary Public
My Commission Expires: Fulton County, Georgia

My Commission Expires
Acknowledger's Name Stamped,
Typed or Printed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated of herself and
all others

          Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national
association,

          Defendants.
_____/

## AFFIDAVIT OF DIANE KIRKLAND

STATE OF FLORIDA      )
                      ) ss:
COUNTY OF POLK        )

BEFORE ME, the undersigned authority, on this date personally appeared DIANE

KIRKLAND who, after first being duly sworn deposes and says:

1.    My name is Diane Kirkland. I have personal knowledge of the facts recited in this

Affidavit.

2.    In or about 1986, I was employed by NationsBank. I was employed by

NationsBank as a Consumer Banker II.

3.    In or about December 1997, at which time I worked at NationsBank's South Winter

haven banking center, NationsBank reclassified my position as non-exempt, which allowed me

to be eligible for overtime compensation. As of this date, I was also required to fill out time cards.

4.    However, since December 1997, Louise Horne, the branch manager at NationsBank's South Winter haven banking center, indicated to myself and the other employees that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records.  As a result of these instructions, I would only indicate forty (40) hours on my timecard each week even though I worked more than forty (40) hours.

5.    During branch meetings with employees, Louise Horne would reiterate that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records.

6.    Since December 1997, when NationsBank reclassified my position, I worked anywhere from forty (40) to sixty-five (65) hours per week.  However, NationsBank only paid me for forty (40) hours regardless of the number of hours worked.

7.    I believe that there are other consumer bankers who would desire to opt-in to this lawsuit if they were provided Court-approved notice of this lawsuit.  Although I cannot remember all of their names, I do recall Mickey Barnett.  This individual worked hours in excess of forty (40) in given workweeks for which he did not receive appropriate compensation.  I do not believe that he is aware of his legal right to recover damages; I certainly was not until I consulted an attorney regarding unpaid overtime.

FURTHER AFFIANT SAYETH NAUGHT.

DIANE KIRKLAND

SWORN TO AND SUBSCRIBED before me this 7 day of July, 2000, by DIANE KIRKLAND, who is personally known to me, or who produced _____ as identification, and who did take an oath.

Notary Public
My Commission Expires: 09/29/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated of herself and
all others

       Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national
association,

       Defendants.

_____/

## AFFIDAVIT OF OLGA VALDES

STATE OF FLORIDA    )
                    ) ss:
COUNTY OF MIAMI-DADE )

BEFORE ME, the undersigned authority, on this date personally appeared OLGA

VALDES who, after first being duly sworn deposes and says:

1.     My name is Olga Valdes. I have personal knowledge of the facts recited in this

Affidavit.

2.     In or about 1993, I was employed by NationsBank. I was employed by

NationsBank as a Consumer Banker II.

3.     In or about December 1997, at which time I worked at NationsBank's Brickell

banking center, NationsBank reclassified my position as non-exempt, which allowed me to be

eligible for overtime compensation. As of this date, I was also required to fill out time cards.

4.      However, since December 1997, Donna Marie Kirlew, the regional manager for consumer bankers, indicated to myself and the other employees that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records. As a result of these instructions, I would only indicate forty (40) hours on my timecard each week even though I worked more than forty (40) hours.

5.      During branch meetings with employees, Donna Marie Kirlew would reiterate that NationsBank would not pay for overtime work, regardless of whether it was worked, and that we were not to record overtime hours worked on our time records.

6.      Since December 1997, when NationsBank reclassified my position, I worked anywhere from forty (40) to sixty (60) hours per week. However, NationsBank only paid me for forty (40) hours regardless of the number of hours worked.

FURTHER AFFIANT SAYETH NAUGHT.

_____
OLGA VALDES

SWORN TO AND SUBSCRIBED before me this 2 day of _____, 1999, by OLGA VALDES, who is personally known to me, or who produced _____ as identification, and who did take an oath.

_____
Notary Public

Ana Diaz
My Commission Expires
Commission # CC 876830
Expires Oct. 5, 2003
Bonded Thru

Acknowledged Name Stamped, in
Typed or Printed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6145-CIV-DIMITROULEAS

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others similarly situated,

       Plaintiff,

vs.

BANKAMERICA CORPORATION,
d/b/a BANK OF AMERICA, f/k/a NATIONSBANK,

       Defendant.

_____/

Magistrate Judge Johnson

FILED by _____ D.C.

MAR 2 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## OMNIBUS ORDER

THIS CAUSE is before the Court upon Plaintiffs' Motion to Allow Notification to

Potential Class Members [DE 111], Defendant's Motion for Leave to File a Supplemental

Response to motion for notification [DE 118], Defendant's Motion for Summary

Judgment [DE 120], Defendant's Motion for Sanctions [DE 130], Plaintiffs' Motion to Amend

Complaint to Add Rodney Hensley [DE 148], the parties' Joint Motion for Extension of

Discovery and other deadlines [DE 183], Defendant's Appeal [DE 184] of Order of Magistrate

Judge, and the parties' joint consent to magistrate judge jurisdiction. The Court has carefully

considered the motions, and is otherwise fully advised in the premises.

At the outset, the Court notes that the parties jointly executed a Consent to Exercise of

Jurisdiction by a United States Magistrate Judge on February 2, 2001. This Court did not enter

an order of reference, however, until today, in order to resolve the pending motions prior to

referral to the magistrate judge. Because of this Court's experience in handling similar motions

for notification to potential class members (see below), the Court concluded that judicial



PLAINTIFF'S
EXHIBIT
B

economy would best be served by the undersigned first resolving the motions, and then transferring the case to the magistrate judge.

## I. BACKGROUND

Plaintiffs' complaint asserts a claim for unpaid overtime under the Fair Labor Standards Act, 29 U.S.C. §216, ("FLSA") for employees who were employed as a Consumer Banker II, III or IV for defendant Bank of America (formerly known as Nationsbank). Plaintiff Escudero alleges in this case that she and other similarly situated current and former non-exempt employees worked the number of hours required of them, many times in excess of forty (40) hours per week, but were not paid overtime for those hours. Plaintiff further alleges that Bank of America supervisory personnel either refused to permit her to record the number of hours she worked in excess of forty (40) or simply instructed her that she was not allowed to record the number of hours she worked in excess of forty (40) hours per week, both in violation of Bank of America's record-keeping obligation under the FLSA. Bank of America denies the allegations and further asserts that it has a policy in place for Consumer Bankers that overtime must be calculated on a completed workweek and paid at time and a half for hours worked over forty (40) hours.

The docket for this case reflects that approximately 110 persons with the position of Consumer Banker II, III or IV have opted in to this lawsuit at one time or another.[1] In reviewing the record as of today, it appears that approximately 20 persons have withdrawn their consents,

---

[1] There were 100 persons who had filed consent forms at the time of Plaintiff's motion for notification. See Exhibit A to Plaintiff's Motion to Allow Notification to Potential Class Members [DE 111]. At the time of Defendant's response, there were 109.

2

and 40 persons are subject to Defendant's Motion for Summary Judgment because they were not

employed as a Consumer Banker II, III or IV after December 17, 1997, the time period at issue in

this lawsuit.[2] Upon a review of the remaining 55 persons[3] who have opt-ed in to this lawsuit,

only 20 worked in Florida. Of those twenty, only four (4) worked in Broward County, and only

two (2) may have worked at the same branch as the two name plaintiffs.[4]

## II. DISCUSSION

### A. Motion for Notification

Plaintiff seeks an order of this court allowing nationwide notification of potential class

members under Section 216(b) of the FLSA. It is settled in the Eleventh Circuit that a district

court has the authority under the FLSA to issue an order requiring notice to similarly situated

persons. See Dybach v. State of Florida Dep't of Corrections, 942 F.2d 1562 (11th Cir.1991)

(noting a split in the circuits and "concluding that the 'broad remedial purpose of the Act' is best

served if the district court is deemed to have the power to give such notice to other potential

---

[2] Plaintiffs filed a Non-Opposition to Defendant's Motion for Summary Judgment [DE 178] after several interim responses directed to individual plaintiffs.

[3] There was some overlap among the withdrawn consents and those subject to summary judgment. This figure does not include name plaintiffs Roxanna Escudero and Kimberly Drake.

[4] Named Plaintiffs Roxanna Escudero and Kimberly Drake list an address in Sunrise, Florida as either their residence or their work address. No other opt-in Plaintiff is listed either by themselves on their consent forms or in Plaintiffs' motions as working in Sunrise, a city in western Broward County. One opt-in Plaintiff, Mary Ann O'Connor [DE 180] lists Plantation, Florida, a neighboring city to Sunrise, while another, Theresa Sutton Rubinfield lists Miramar, Florida, a city within commuting distance to Sunrise. Two additional opt-in Plaintiffs, Danielle Magan and Marilyn Barnes, either live on the east side of Broward County (Magan, see DE 109) or worked in a branch on the east side of Broward County (Barnes, See Exhibit A to Plaintiff's Motion to Allow Notification).

3

members of the plaintiff class to 'opt-in' if they so desire and by the district court's exercise of that power under appropriate conditions.") (citations omitted). Before determining whether to exercise such power, however, Dybach instructs the district court that it "should satisfy itself that there are other employees of the department-employer who desire to 'opt-in' and who are 'similarly situated' with respect to their job requirements and with regard to their pay provisions." Id. at 1567-1568. If the district court concludes that there are such other employees, the court then has the discretion to establish the specific procedures to be followed with respect to such possible opting-in. Id. at 1568.

As the parties are aware, the Court has had the opportunity to issue rulings in similar cases involving bank tellers (Aldred, et al. v. Nationsbank, 97-7547-C.V.-DIMITROULEAS), In-store Bankers (Perlman, et al. v. Nationsbank, 98-8805-C.V.-DIMITROULEAS), Consumer Bankers I (Mintz v. Nationsbank, 98-8632-CIV-DIMITROULEAS) and Consumer Bankers II, III, and IV (Levine, et al. v. Nationsbank, 98-6308-C.V.-DIMITROULEAS).[5] In Perlman and Levine, Bank of America (or its predecessors) had a clear policy of exempting all In-Store Bankers and Consumer Bankers II, III and IV from overtime pay, respectively. Thus, in those two cases the Court concluded under Dybach that those individuals were similarly situated. In Aldred and Mintz, the Court concluded that Plaintiffs had not met their burden of showing similarly-situated employees, as Bank of America did not exempt such employees from overtime, but rather left overtime decisions to individual branch mangers.

---

[5] The Levine case involved Consumer Bankers II, III, and IV who were allegedly wrongly classified as exempt from the overtime provisions of the FLSA, in comparison to the instant case in which the time period of alleged FLSA violations begins after Consumer Bankers II, III, and IV were classified as non-exempt on December 17, 1997.

4

Turning to the first step of the Dybach test outlined above, this case is distinguishable from Perlman and Levine, as the plaintiffs in those cases were all classified as exempt employees and thus were denied overtime by virtue of a blanket corporate policy. In contrast, the Consumer Bankers II, III and IV in this action were non-exempt, and thus eligible for overtime, but were allegedly denied such overtime by their branch managers, making this case similar to Aldred and Mintz. Plaintiffs argue, however, that upper management discouraged branch managers from approving overtime. Defendant argues that there was no such policy of discouragement, and whether an individual Consumer Banker received overtime depending on working conditions at each branch.

The record as described above shows only four (4) opt-in plaintiffs from Broward County, and no evidence that any of the opt-in plaintiffs worked in the same branch as Escudero or Drake. Moreover, Plaintiffs have had more than enough opportunity to meet this opt-in burden, as this case was filed in January, 2000. Therefore, Plaintiffs have not shown that similarly situated persons are willing to opt-in to this case.

As to the second step of Dybach, Defendant argues that Plaintiffs have not shown that Consumer Banker II, III, and IV employees are similarly situated with respect to their job requirements and with regard to their pay provisions for purposes of allowing notification to potential class members were due overtime or were exempt under the FLSA. Plaintiffs argue that under Grayson v. K Mart Corporation, 79 F.3d 1086, 1097 (11th Cir. 1996), their burden is not a heavy one to allow for notification. The Court concludes that resolution of the FLSA overtime issue in this case will vary from branch to branch, depending upon how individual branch managers handled overtime for the Consumer Banker II, III and IV positions. Individual

5

differences will certainly exist as to the hours, duration and location worked by individual plaintiffs. The Court also concludes that the affidavits and deposition transcripts provided by Plaintiffs are not sufficient to satisfy this Court that there are other employees of Bank of America who are similarly situated with respect to their job requirements and with regard to their pay provisions as the two named plaintiffs, since no person who worked at the same branch as named plaintiffs have opted in to this case. Dybach, 942 F.2d at 1567-1568; see also Haynes v. Singer Co., Inc., 696 F.2d 884 (11th Cir.1983) (finding that unsupported assertions that FLSA violations were widespread and that additional plaintiffs would come from other stores owned by employer not sufficient to authorize notice to other potential class members).

## B. Motion for Summary Judgment

Defendants moved for summary judgment as to forty different opt-in plaintiffs because they were not employed as a Consumer Banker II, III or IV after December 17, 1997. All of these persons either were terminated by Defendant prior to December 17, 1997, or transferred out of these positions at issue prior to that date. After several interim responses disputed the facts as to certain individuals among the forty, Plaintiffs eventually filed a notice of non-opposition to the motion [DE 178]. Therefore, Defendant's motion is granted. Because these persons subject to this motion were not eligible for the proposed opt-in class in this case, they were not considered by this Court as similarly situated for purposes of the notification issue described above.

## C. Appeal of Discovery Order

Defendant has appealed Magistrate Judge Johnson's January 30, 2001 Order [DE 171] granting Plaintiffs' Emergency Motion for Protective Order stopping Defendant from taking depositions of all opt-in Plaintiffs. The Order stated that such depositions were premature at this

6

time, but strongly implied that after written discovery is propounded to these opt-in Plaintiffs,

such depositions may be allowed at a further time. Although Defendant consented to Magistrate

Jurisdiction on February 2, 2001, Defendant filed this appeal.[6]

Pursuant to 28 U.S.C. § 636(b)(1)(A), Magistrate Judges may decide non-dispositive

motions. Upon objection by a party, the District Court may reconsider any pretrial matter where

it has been shown that the Magistrate Judge's order is "clearly erroneous or contrary to law."

See 28 U.S.C. § 636(b)(1); Massey v. United Transp. Union, 868 F. Supp. 1385, 1388

(S.D.Ga.1994) (stating that a magistrate judge's order will be set aside when clearly erroneous or

contrary to law), aff'd, 65 F.3d 183 (11th Cir.1995). Accordingly, unless Magistrate Judge

Johnson's determination with respect to the timing of opt-in Plaintiffs' depositions was clearly

erroneous, or contrary to law, that determination shall not be disturbed.

Upon a review of the record by this Court, Judge Johnson's Order is affirmed, as it was

not erroneous nor contrary to law. In addition, her order is not a final order, but merely

postpones the depositions of opt-in Plaintiffs until after written discovery has been completed.

Finally, as noted above, the Court is now entering an Order of Reference, in accordance with the

parties' consent to magistrate jurisdiction, which in effect would moot the appeal.

### III. CONCLUSION

Accordingly, it is **ORDERED AND ADJUDGED** that:

1.    Plaintiffs' Motion to Allow Notification to Potential Class Members [DE 111] is hereby

---

[6] The Court does not imply that the appeal is improper for this reason, since at the time the Court had not accepted the consent and entered an Order of Reference. However, such consent, now being approved by this Court, does moot the appeal.

7

**DENIED**;

2.  Defendant's Motion for Leave to File a Supplemental Response to motion for notification [DE 118] is hereby **DENIED**;

3.  Defendant's Motion for Summary Judgment [DE 120] is hereby **GRANTED**;

4.  Plaintiffs' Motion to Amend Complaint to Add Rodney Hensley [DE 148] is hereby **DENIED as moot**, given Plaintiff's Suggestion of Mootness given Hensley's withdrawal from the case;

5.  Defendant's Appeal [DE 184] of Order of Magistrate Judge is hereby **DENIED**, and Magistrate Judge Johnson's Order granting a protective order to Plaintiffs is affirmed

6.  Defendant's Motion for Sanctions [DE 130] and the parties' Joint Motion for Extension of Discovery and other deadlines [DE 183] are hereby **REFERRED** to Magistrate Judge Johnson;

7.  The Court will separately enter an Order of Reference of this case for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Rule 73 of the Federal Rules of Civil Procedure, and the parties' written consent;

8.  The Clerk may formally transfer this case to Magistrate Judge Johnson.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of March, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

8



```
 1    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF FLORIDA
 2
      Case No.: 00-06145-CIV-DIMITROULEAS
 3              Magistrate Judge Snow
 4
      ROXANNA L. ESCUDERO and     )
 5    KIMBERLY DRAKE, on behalf of )
      themselves and all others   )
 6    Similarly situated,         )
                                  )
 7         Plaintiffs,            )
      Vs.                         )
 8                                )
      BANKAMERICA CORPORATION, a  )
 9    Foreign corporation d/b/a BANK )
      OF AMERICA CORPORATION, a   )
10    Foreign corporation f/k/a   )
      NATIONSBANK, N.A., a national )
11    Association,                )
                                  )
12         Defendant.             )
      --------------------------------
13              337 E. Las Olas Boulevard
                Fort Lauderdale, Florida
14              July 14th, 2000
                12:45 p.m. - 2:07 p.m.
15
      APPEARANCES:
16
      MUCHNICK, WASSERMAN, DOLIN & LEVINE, LLP
17    By SUSAN DOLIN, ESQ.
      Attorney for the Plaintiffs
18
      McGUIRE, WOODS, BATTLE & BOOTHE, LLP
19    By RICHARD F. KANE, ESQ.
      Attorney for the Defendant
20
      Also Present:  Kimberly Drake
21
22
           DEPOSITION
23
           OF
24
      ROXANNA ESCUDERO
25
      DOWNTOWN REPORTING   (954) 522-3376
```

```
                        3
 1         Deposition of ROXANNA ESCUDERO, a witness of
 2    lawful age, taken by the Defendant, for the purpose of
 3    discovery and for use as evidence in the above entitled
 4    cause, wherein: ROXANNA L. ESCUDERO and KIMBERLY DRAKE,
 5    on behalf of themselves and all others similarly
 6    situated, are the Plaintiffs, and BANKAMERICA
 7    CORPORATION, a foreign corporation d/b/a BANK OF AMERICA
 8    CORPORATION, a foreign corporation, f/k/a NATIONSBANK,
 9    N.A., a national association, is the Defendant, in the
10    United States District Court, Southern District of
11    Florida, pursuant to notice heretofore filed, before
12    VICTORIA PAEZ, a Shorthand Reporter notary and Public in
13    and for the State of Florida at Large, at the offices of
14    Downtown Reporting, 337 E. Las Olas Boulevard, Fort
15    Lauderdale, Broward County, Florida, on the 14th day of
16    July, 2000, commencing at 12:45 o'clock P.M.
17                      - - -
18    THEREUPON,
19                   ROXANNA ESCUDERO
20    Being a witness in the notice heretofore filed, being of
21    lawful age, and being first duly sworn in the above
22    cause, testified on her oath as follows:
23         THE WITNESS:  I do.
24               DIRECT EXAMINATION
25    BY MR. KANE:
               DOWNTOWN REPORTING   (954) 522-3376
```

```
                        2
 1              I N D E X
 2    WITNESS: ROXANNA ESCUDERO
 3                        PAGE
 4    DIRECT EXAMINATION
      BY MR. KANE                   3
 5
      CROSS EXAMINATION
 6    None                         59
 7    REDIRECT EXAMINATION
      BY MR. KANE                  60
 8
 9
10         E X H I B I T  I N D E X
11
12    Defendant's Exhibit Number 1 for I.D.     5
13
14         + + + + + + + + +
15
16
17
18
19
20
21
22
23
24
25
      DOWNTOWN REPORTING   (954) 522
```

```
                        4
 1    Q.   State your name please, name.
 2    A.   Roxanna Lynn Escudero.
 3    Q.   And your address, Ms. Escudero?
 4    A.   9360 N.W. 34th Court, Sunrise, 33351.
 5    Q.   Your Social Security number?
 6    A.   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.
 7    Q.   Now, Ms. Escudero, you of course had the
 8    benefit of attending yesterday's deposition of
 9    Ms. Drake, correct?
10    A.   Yes.
11    Q.   All right.  In spite of that I'm still
12    going to go over some of these ground rules just to
13    remind you and also make sure we're clear on the record.
14         I will be asking you a series of questions
15    today.  If at any time you do not understand the
16    question, please stop me and ask me to restate.  Okay?
17    A.   Okay.
18    Q.   And you understood that you need to answer
19    audibly so that the court reporter can get your complete
20    answer on the record?
21    A.   I do.
22    Q.   Are you taking any medication today?
23    A.   No.
24    Q.   Are you on medication generally?
           No.
      DOWNTOWN REPORTING   (954) 522-3376
```

PLAINTIFF'S
EXHIBIT
C

| 17 | |
|---|---|
| 1 | commercial cleaning company. |
| 2 | Q. And what is your position? |
| 3 | A. President. |
| 4 | Q. How long have you been employed by that |
| 5 | company? |
| 6 | A. About five months. |
| 7 | Q. When did you begin with the company? |
| 8 | A. The company was actually started back in |
| 9 | March. |
| 10 | Before Art Cleaning I was with a company |
| 11 | called Lord's Gym, L-O-R-D-S, out of Tamarac, as a |
| 12 | general manager and the general sales manager. And I |
| 13 | was there for maybe four months. It's a friend of |
| 14 | mine's company. And -- |
| 15 | Q. How much were you paid at Lord's Gym? |
| 16 | A. I want to say weekly -- 250 weekly, 500 |
| 17 | biweekly, plus commission. |
| 18 | Q. And who is the owner of the company? |
| 19 | A. It's owned by two gentlemen, John |
| 20 | Freehling, F-R-E-E-H-L-I-N-G, and Anthony DeGeorge, |
| 21 | D-E-G-E-O-R-G-E. |
| 22 | Q. Okay. Did you say two to three months |
| 23 | there? |
| 24 | A About three or four, yes. |
| 25 | Q. Okay. |

DOWNTOWN REPORTING (954) 522-3376

| 18 | |
|---|---|
| 1 | A. And there one was one other employer. I |
| 2 | was let go in October. The same day I was let go, an |
| 3 | ex-customer of mine opened up a Lady's Fitness Plus |
| 4 | right across from the bank and had offered me a position |
| 5 | while I was still with the bank. I told them, at the |
| 6 | time, I was not interested but I went to see them that |
| 7 | day and he asked me if I could come on, because they |
| 8 | were getting ready for grand opening. And his name was |
| 9 | Dana, D-A-N-A. I don't know his last name. |
| 10 | Q. We're in October of '99? |
| 11 | A. Uh-huh. Same day I got let go from the |
| 12 | bank. |
| 13 | I worked with Dana for about -- just a |
| 14 | couple of months because my friends at Lord's Gym asked |
| 15 | me to come over and help them. |
| 16 | Q. What was your rate of pay at Lady's |
| 17 | Fitness? |
| 18 | A. I don't know, maybe 800 plus commission |
| 19 | every two weeks. |
| 20 | MS. DOLIN: How many, 800? |
| 21 | THE WITNESS: I believe. I'm not sure. |
| 22 | BY MR. KANE: |
| 23 | Q. What was your position there? |
| 24 | A. I was co-manager. |
| 25 | Q. Did that position involve sales? |

DOWNTOWN REPORTING (954) 522-3376

| 19 | |
|---|---|
| 1 | A. It did. |
| 2 | Q. Was your commission based upon personal |
| 3 | sales or overall sales? |
| 4 | A. Personal sales. |
| 5 | Q. Okay. So NationsBank, Lady's Fitness, |
| 6 | Lord's Gym and then Arts (sic) Cleaning? |
| 7 | A. (Witness nodding.) |
| 8 | Q. No others in there? |
| 9 | A. No. |
| 10 | Q. All right. When was Arts (sic) Cleaning -- |
| 11 | Art Cleaning or Arts? |
| 12 | A. Art. A-R-T. Art. |
| 13 | Q. Art Cleaning, when was that formed? |
| 14 | A. We filed for the papers, I believe, in |
| 15 | March of this year. |
| 16 | Q. Who are the owners of that company? |
| 17 | A. Myself and my husband. |
| 18 | Q. Are you on salary? |
| 19 | A. At this time, no. |
| 20 | Q. Do you have any draw? |
| 21 | A. Basically everything that the company makes |
| 22 | goes back to pay my husband and pay our family bills, |
| 23 | things like that, because we took everything out of our |
| 24 | personal accounts to start the company |
| 25 | Q. Okay. How many employees do you have? |

DOWNTOWN REPORTING (954) 522-3376

| 20 | |
|---|---|
| 1 | A. Me and my husband. |
| 2 | Q. Where is the company located? Do you have |
| 3 | an office? |
| 4 | A. Out of our residence. |
| 5 | Q. Okay. And just the two of you, not even |
| 6 | part-time employees? |
| 7 | A. My older sons help every once in awhile |
| 8 | but, again, they are leaving. |
| 9 | Q. All right. Now, have you ever been |
| 10 | involuntarily terminated from a job? |
| 11 | A. Explain that, please. |
| 12 | Q. Have you ever been fired? |
| 13 | A. Uh-huh. Yes, I have. |
| 14 | Q. From whom? What employer? |
| 15 | A. NationsBank. |
| 16 | Q. Anybody else? |
| 17 | A. Discovery Zone. |
| 18 | Q. Okay. Anybody else? |
| 19 | A. Not to my recollection. |
| 20 | Q. Let's talk about your employment at |
| 21 | NationsBank. |
| 22 | When were you hired by NationsBank? |
| 23 | A. October of '97, around Columbus Day. |
| 24 | Q. Ms. Drake hired at the same time? |
| 25 | A. I don't know if it was exactly the same |

DOWNTOWN REPORTING (954) 522-3376

21

1    time but around that time, yes.
2    Q.    Do you remember who was hired first?
3    A.    I believe I was but I'm not sure on that.
4    Q.    Do you know who applied first?
5    A.    I believe I did.
6    Q.    Okay. What position did you apply for?
7    A.    Consumer banker.
8    Q.    Did you apply at a banking center?
9    A.    No, I didn't.
10   Q.    Where did you apply?
11   A.    The corporate office.
12   Q.    Located where?
13   A.    Right across the street.
14   Q.    Referring to downtown Fort Lauderdale?
15   A.    Yes.
16   Q.    You were hired in October. Do you remember
17   the day in October?
18   A.    I believe it was around Columbus Day, but
19   I'm not exactly sure.
20   Q.    Do you remember if you were on board at the
21   time Columbus Day was observed by the bank as a holiday?
22   A.    I don't.
23   Q.    Did you receive any training when you were
24   hired?
25   A.    I did. Approximately three months.
     DOWNTOWN REPORTING    (954) 522-3376

22

1    Q.    Would you describe the training you
2    received for me?
3    A    It was a lot of classroom training, there
4    was a lot of on-the-job training for approximately three
5    months. There was a lot of take-home training. We had
6    manuals that we had to do.
7    Q.    Where was the classroom training held?
8    A.    I want to say over at Prospect. There is a
9    bank on Prospect. But it wasn't at the bank, it was at
10   the Op Center, I believe.
11   Q.    How about the on-the-job training, where
12   did that occur?
13   A.    Nob Hill. On the Oakland and Nob Hill in
14   Sunrise.
15   Q.    After your training, where were you
16   assigned?
17   A    I was at Nob Hill the whole time.
18   Q.    The entire time you were employed?
19   A.    Yes, sir.
20   Q.    Okay.
21   A.    With the exception of when I was asked to
22   go to different branches to fill in if someone --
23   Q.    Temporarily a day at a time, that kind of
24   thing?
25   A.    A couple of days, yeah.
     DOWNTOWN REPORTING    (954) 522-3376

23

1    Q.    What was your beginning salary as a
2    consumer banker?
3    A.    I'm really terrible with numbers. I don't
4    remember.
5    Q.    What was your ending salary?
6    A.    Maybe 26,3, 26. I'm not exactly sure.
7    Q.    Do you recall how much money you made while
8    employed at NationsBank, including everything?
9    A.    Last year?
10   Q.    In 1998.
11   A.    '98, I don't.
12   Q.    How about '99?
13   A.    '99, I want to say about 58,000, maybe a
14   little bit more, maybe a little bit less.
15   Q.    Is it your recollection that your base
16   salary was less than half of your earnings?
17   A.    Uh-huh. I believe so, yes. I'm sorry.
18   Q.    When you first started at Nob Hill --
19   And let's begin with after the training.
20   Who was your supervisor?
21   A.    My manager was John Martinez. And Jackie
22   Garber, G-A-R-B-E-R, was the person what I worked side
23   by side with. I actually took her position there. So
24   she worked on a daily basis with me, then she moved into
25   the training department.
     DOWNTOWN REPORTING    (954) 522-3376

24

1    Q.    What was Jackie Garber's -- Garber?
2    A.    (Witness nodding.)
3    Q.    -- what was her position?
4    A.    She was a CB-3 or CB-4. She's been with
5    the bank like seventeen, eighteen, nineteen years. One
6    of their top performers.
7    Q.    But supervisors were John Martinez --
8    A.    John Martinez was my branch manager.
9    Michelle Mazzella, M-A-Z-Z-E-L-L-A, was our customer
10   service manager.
11   Q.    Okay. How long was John Martinez your
12   supervisor?
13   A.    October of '97 to -- John left sometime in
14   '98, maybe '99. He left maybe at the beginning or
15   halfway through the Beverly Hills campaign, I believe.
16   Q.    Okay. How about Michelle Mazzella?
17   A.    Michelle, I'm not sure exactly how long she
18   was there, at least six months and then she transferred.
19   Q.    Did you report to Michelle or to John?
20   A.    I reported to John but I turned my
21   timecards in to Michelle.
22   Q.    Okay. And who replaced Michelle?
23   A.    I believe it was Elaine Stewart.
24   Q.    Did she perform the same functions?
25   A.    Yes, I believe so.
     DOWNTOWN REPORTING    (954) 522-3376

25

1    Q.  Was she also responsible for getting your
2  timecard?
3    A.  She was.
4    Q.  Okay.  Who was the banking center manager
5  immediately after John Martinez?
6    A.  Helen Mootry, M-O-O-T-R-Y.
7    Q.  Do you remember when she came in as banking
8  center manager?
9    A.  Not exactly.  Early '99.  Halfway through
10  the Beverly Hills campaign.  I'm not exactly sure of the
11  date.
12    Q.  Okay.  Is it your recollection that the
13  Beverly Hills campaign was in '99?
14    A.  Yes.
15    Q.  Okay.
16    A.  San Francisco was in '98.
17    Q.  All right.  Other than these fill-in kind
18  of days, where you might go to another banking center,
19  you otherwise stayed at Nob Hill the entire time, right?
20    A.  Yes, I did.
21    Q.  Okay.  What are the banking center
22  operating hours at Nob Hill, while you were there?
23    A.  Monday through Friday -- I'm sorry. Monday
24  through Thursday, lobby open was open 9:00 to 4:00,
25  Fridays 9:00 to 6:00 and Saturdays 9:00 to 12:00. I

DOWNTOWN REPORTING  (954) 522-3376

26

1  believe.
2    Q.  Okay.  And within those operating hours,
3  did you have a set schedule when you were to be at work?
4    A.  Consumer bankers were usually there from
5  8:45 until 4:30 or 4:45, 5:00.
6    Q.  Okay.  But did you have a set schedule from
7  week-to-week where you were expected to be there?
8    A.  Those were usually the hours.
9    Q.  Okay.  Did it ever vary?
10    A.  I also worked Saturdays 9:00 to 12:00. I'm
11  sorry, actually 8:30 to 12:00, 12:30, depending on what
12  time I got out of there.
13    Q.  Was that every Saturday the entire time you
14  were at Nob Hill?
15    A.  Probably 90 percent of the time, if not
16  more.
17    Q.  Okay.  Did you work Monday through Fridays?
18    A.  I did.
19    Q.  And Saturdays?
20    A.  Yes, sir.
21    Q.  Every week?
22    A.  Just about.
23    Q.  Well, what do you mean just about?  On what
24  occasions would you not work Monday through Saturday?
25    A.  Very little. Very, very seldom did I not

DOWNTOWN REPORTING  (954) 522-3376

27

1  work six days a week.
2    Q.  Okay.  And were you scheduled to be off on
3  Wednesdays?
4    A.  Yes.  Towards the end I was given
5  Wednesdays off.  But a lot of times on my Wednesdays off
6  I was called in to the bank.  I would have a loan
7  closing for a customer, there would be a regional sales
8  meeting, there would be a telemarketing call night. I
9  believe I took a manager's test on a Wednesday.  So a
10  lot of times I did other things on my day off that were
11  bank related that was asked of me by the bank.  I did
12  some training at the Op Center on my day off.  And
13  trained new consumer bankers, or at that time they were
14  called personal bankers, that had just finished school
15  and they were doing some additional training with them,
16  some telemarketing training.  I was asked to come in on
17  my day off.
18    Q.  This training, was it all these -- just of
19  these new personal bankers?
20    A.  It was different training, but most of it
21  was -- it was a telemarketing class that they had set
22  up.
23    Q.  For?
24    A.  The new --
25    Q.  The new personal bankers?

DOWNTOWN REPORTING  (954) 522-3376

28

1    A.  Yes.
2    Q.  All right.  What other kind of training?
3    A.  We would have training meetings.  We would
4  have marketing meetings.  We would have sales meetings.
5    Q.  Okay.  And I think you said sometimes you
6  would have to go in and close a loan?
7    A.  Uh-huh.
8    Q.  That would be at the Nob Hill banking
9  center?
10    A.  Yes.
11    Q.  Any other reason you would go into the
12  banking center on your day off?
13    A.  No, not that I'm aware of.
14    Q.  Okay.  Would you record that time on your
15  day off --
16    A.  No.
17    Q.  -- on your time sheet?
18    A.  No.
19    Q.  Never?
20    A.  I would fill out what we called a dummy
21  time sheet.  My time sheet never reflected the actual
22  hours that I worked.  I would fill out a time sheet that
23  would show forty hours.
24    Q.  Okay.
25    A.  It would show that I worked Saturday.  The

DOWNTOWN REPORTING  (954) 522-3376

29

1 time was never accurate because it showed forty hours
2 and forty hours only.
3    Q.  Okay. You refer to this as a dummy time
4 sheet?
5    A.  I never wrote my time down on a daily
6 basis.
7    Q.  Okay.
8    A.  Because it didn't matter what time I had
9 worked that week. I was only going to get paid for forty
10 hours. So all that was important was that those hours
11 equaled up to forty hours.
12    Q.  Did you ever show less than forty?
13    A.  Not that I can recall. I'm not sure.
14    Q.  Well, what were you scheduled for? What
15 would your schedule call for, how many hours?
16    A.  Usually the hours there. But my manager
17 always knew and always allowed me to work extra hours.
18 Jackie Garber told me that if I wanted to -- to go
19 places in the company that this was not a
20 forty-hour-a-week job. If I wanted to win campaigns, if
21 I wanted to be a top producer, if I wanted to have
22 incentive checks like some of the amounts that she
23 shared with me, that you would work more than forty
24 hours and you did not complain about it and you would be
25 compensated for it in your commissions.
       DOWNTOWN REPORTING   (954) 522-3376

30

1    Q.  Okay. Now, when did Jackie Garber tell you
2 that?
3    A.  When I first started, back in October or
4 November '97.
5    Q.  Okay.
6    A.  She even made the comment to me, and asked
7 me -- told me that I would do very well because I was
8 Jewish. And I said I'm not Jewish. And she said,
9 you're not. She said, well, you'll do good anyway, you
10 look like you have the right determination to do good in
11 this company.
12    Q.  And where is Jackie Garber now?
13    A.  Last I heard Jackie was working at the Op
14 Center. She was in training, but I don't believe she's
15 in training anymore.
16    Q.  And she was a Consumer Banker 3?
17    A.  Three or 4. I think she was a 4.
18    Q.  Now, how long was she in Nob Hill while you
19 were there?
20    A.  About four months, maybe.
21    Q.  Okay.
22    A.  She was there before that, though, for
23 quite awhile.
24    Q.  Was it after that discussion with Jackie
25 Garber that you began the use of a dummy time sheet?
       DOWNTOWN REPORTING   (954) 522-3376

31

1    A.  No. Actually we started with our time
2 sheets in, I believe, January. And --
3    Q.  Of '98?
4    A.  I believe so, yes.
5       And we would record time and I would have
6 my time sheet sent back to me if it had more then forty
7 hours and told to change my time sheets to forty hours.
8    Q.  Who told you that?
9    A.  Michelle Mazzella.
10    Q.  Michelle. How do you spell her name?
11    A.  I think it's M-A-Z-Z-E-L-L-A or maybe there
12 is one Z, I'm not sure.
13    Q.  Did you ask her about why you couldn't
14 record more than forty hours?
15    A.  She said that there was no overtime. We
16 were only allowed to work forty hours.
17    Q.  When was the first time you submitted a
18 time card that showed more than forty hours?
19    A.  I'm not sure.
20    Q.  Did all your timecards show forty hours,
21 even if you worked less?
22    A.  No, I don't believe so. I don't know.
23    Q.  Do you remember ever showing hours of less
24 than forty?
25    A.  I don't -- I'm not sure.
       DOWNTOWN REPORTING   (954) 522-3376

32

1    Q.  All right. Do you remember if this
2 conversation with Michelle was on the first occasion
3 where you submitted a timecard showing overtime?
4    A.  There were a few times that I actually had
5 hours over forty that she allowed. But then it would
6 be, Roxanne, you know there is no overtime. And I would
7 submit them a couple of times and she would say there is
8 no overtime, you only get paid for forty hours.
9    Q.  Did you ever get paid for overtime?
10    A.  There were a few times, yes.
11    Q.  A few times?
12    A.  (Witness nodding.)
13    Q.  How many?
14    A.  I don't know for sure exactly how many.
15    Q.  Well, what I'm trying to understand,
16 Ms. Escudero, is why she would let a few go through for
17 which you got pay and then on other occasions she
18 wouldn't let you submit it.
19    A.  I have no idea, unless it came from her
20 supervisor.
21    Q.  Okay. But your recollection is that you
22 submitted a few and that she did let those go through?
23    A.  I believe so, yes.
24       I also remember that --
25       MS. DOLIN: There is no question pending.
       DOWNTOWN REPORTING   (954) 522-3376

| Page 33 | Page 35 |
|---|---|

**Page 33**

BY MR. KANE:

1   Q.  Was she at the banking center, Nob Hill,
2 when you were assigned there?
3   A.  She was.
4   Q.  Okay. Did you testify that she was
5 replaced by Elaine Stewart?
6   A.  I believe so, yes.
7   Q.  Okay. Tell me again, how long was Michelle
8 there?
9   A.  I'm not exactly sure, maybe six, seven
10 months. I'm not sure though.
11   Q.  After Michelle left did you turn in
12 timecards with hours showing more than forty in a week?
13   A.  To Elaine?
14   Q.  To anybody.
15   A.  Uh-huh.
16   Q.  All right.
17     MS. DOLIN: You have to say yes or no.
18     THE WITNESS: Yes. I'm sorry. I'm sorry.
19 BY MR. KANE:
20   Q.  And who did you submit those to?
21   A.  Before Elaine came there was a short time
22 where we didn't have a CSM. To the manager.
23   Q.  That would be John Martinez?
24   A.  Yes. Or to a head teller.

DOWNTOWN REPORTING   (954) 522-3376

**Page 34**

1   Q.  Okay.
2   A.  And there were times on there that there
3 were more than forty hours and, again, I was told that
4 we only got paid for forty hours.
5   Q.  And who told you?
6   A.  The head teller.
7   Q.  What was her name?
8   A.  I don't remember at the time. We had so
9 many tellers.
10   Q.  Okay.
11   A.  John Martinez.
12   Q.  John Martinez, too?
13   A.  (Witness nodding.)
14   Q.  And this is during the period where there
15 is no CSM in the bank?
16   A.  I believe so, yes.
17   Q.  Okay. And were you directed to change the
18 timecard?
19   A.  The comment was made to me you know we only
20 get paid for forty hours, there is no overtime.
21   Q.  All right. And how about when Elaine came
22 on?
23     How many times did John Martinez talk to
24 you?
25   A.  I don't remember.

DOWNTOWN REPORTING   (954) 522-3376

**Page 35**

1   Q.  How about the head teller?
2   A.  I don't remember.
3   Q.  Was it ten times, one time, five times?
4   A.  I don't remember.
5   Q.  Any idea?
6   A.  No.
7   Q.  Okay. Then do you remember what month
8 Elaine Stewart came in?
9   A.  I don't.
10   Q.  Did you have a conversation with her about
11 overtime?
12   A.  Elaine would tell me the same thing,
13 that -- after awhile you just stop putting anything over
14 forty.
15   Q.  All right. I'm trying to figure out how
16 many times -- perhaps you had a conversation with
17 Elaine. Did you have it or had you already stopped the
18 practice of putting anything in over forty?
19   A.  Probably a couple of times with Elaine.
20   Q.  A couple of times?
21   A.  Maybe.
22   Q.  Did you have a conversation with her each
23 time you submitted a timecard over forty?
24   A  She would ust tell us that, guys -- and she
25 would talk to everybody in general, you know, there is

DOWNTOWN REPORTING   (954) 522-3376

**Page 36**

1 no overtime. I need your time sheets. Make sure that
2 there is no overtime. Overtime is not allowed.
3   Q.  Okay. At what point in time did you stop
4 submitting --
5   A.  I don't remember.
6   Q.  Was Elaine the CSM the entire time you
7 were -- once she was assigned, was she the CSM until the
8 time you were separated?
9   A.  I believe so.
10   Q.  All of this started when I was asking you
11 about the Wednesdays. And is it your testimony it
12 really didn't matter what you showed on your timecard,
13 you were only going to get paid for forty?
14   A.  Yes.
15   Q.  So, let me understand, did you show
16 Saturdays on your timecard?
17   A.  I did, because I worked almost every
18 Saturday.
19   Q.  Did you show Wednesdays on your timecard?
20   A.  If I worked them --
21     Say if I worked a half a day on
22 Wednesday --
23   Q.  Yes.
24   A.  -- I would put the hours on Wednesday. I
25 would have put my Monday, Tuesday through the end of the

DOWNTOWN REPORTING   (954) 522-3376



PLAINTIFF'S EXHIBIT
Comp 2
MER 3/28/01

| COMP 80500007590 | DATE 01-15-98 | PP 01 | PAGE 1573 | NATIONSBANK, N.A. FT ATLANTA, GA 30302 |

✓ ESCUDERO, ROXANNA L
517884284
3434995076          5
958.34

| 108169 REGULAR | 900 | 900 | 95834 | 95834 FICA TAX | 8294 | 8294 FED. TAX | 3794 | 3794 |
| OVERTIME | | | 14927 | 14927 | | | | |
| 12088 *GP-LIFE | | | 252 | 252 | | | | |
| 96081 SEL BEN | | | 2592- | 2592- | | | | |
| 108169 | | | | | | | | |

| COMP 80500007590 | DATE 01-30-98 | PP 02 | PAGE 1767 | NATIONSBANK, N.A. FT ATLANTA, GA 30302 |

ST.EX.

✓ ESCUDERO, ROXANNA L
517884284
3434995076          5
958.34

| 93242 REGULAR | | 900 | 95834 | 191668 FICA TAX | 7153 | 15447 FED. TAX | 1555 | 5349 |
| OVERTIME | | | | 14927 | | | | |
| 8706 *GP-LIFE | | | 252 | 504 | | | | |
| 84534 SEL BEN | | | 2592- | 5184- | | | | |
| 201411 | | | | | | | | |

| COMP 80500007590 | DATE 02-13-98 | PP 03 | PAGE 1638 | NATIONSBANK, N.A. FT ATLANTA, GA 30302 |

✓ ESCUDERO, ROXANNA L
517884284
3434995076      SEP  5
958.34

| 75000 MISC CMP | | | 75000 | 75000 FICA TAX | 5737 | 21184 |
| 5737 | | | | | | |
| 69263 | | | | | | |
| 276411 | | | | | | |

✓ ESCUDERO, ROXANNA L
517884284
3434995076      SEP  5
958.34

| 3500 GEN BNK | | | 3500 | 3500 FICA TAX | 268 | 21452 |
| 268 | | | | | | |
| 3232 | | | | | | |
| 279911 | | | | | | |

✓ ESCUDERO, ROXANNA L
517884284
3434995076          5
958.34

| 96559 REGULAR | 200 | 1100 | 95834 | 287502 FICA TAX | 7406 | 28858 FED. TAX | 2053 | 7402 |
| OVERTIME | | | 3317 | 18244 | | | | |
| 9459 MISC CMP | | | | 75000 | | | | |
| 87100 *GP-LIFE | | | 252 | 756 | | | | |
| GEN BNK | | | | 3500 | | | | |
| 376470 SEL BEN | | | 2592- | 7776- | | | | |

| COMP 80500007590 | DATE 02-27-98 | PP 04 | PAGE 1825 | NATIONSBANK, N.A. FT ATLANTA, GA 30302 |

✓ ESCUDERO, ROXANNA L
517884284
3434995076      SEP  5
958.34

| 38427 OVERTIME | | 1100 | 927 | 19171 FICA TAX | 2939 | 31797 |
| GEN BNK | | | 37500 | 41000 | | |
| 2939 | | | | | | |
| 35488 | | | | | | |
| 414897 | | | | | | |

✓ ESCUDERO, ROXANNA L
517884284
3434995076          5
958.34

| 102779 REGULAR | 575 | 1675 | 95834 | 383336 FICA TAX | 7882 | 39679 FED. TAX | 2986 | 10388 |
| OVERTIME | | | 9537 | 28708 | | | | |
| 10868 MISC CMP | | | | 75000 | | | | |
| 91911 *GP-LIFE | | | 252 | 1008 | | | | |
| GEN BNK | | | | 41000 | | | | |
| 517676 SEL BEN | | | 2592- | 10368- | | | | |

| COMP 80500007590 | DATE 03-13-98 | PP 05 | PAGE 1662 | NATIONSBANK, N.A. FT ATLANTA, GA 30302 |

✓ ESCUDERO, ROXANNA L
517884284
3434995076          5
958.34

| 105267 REGULAR | 725 | 2400 | 95834 | 479170 FICA TAX | 8073 | 47752 FED. TAX | 3559 | 13747 |
| OVERTIME | | | 12025 | 40733 | | | | |
| 11432 MISC CMP | | | | 75000 | | | | |
| 93835 *GP-LIFE | | | 252 | 1260 | | | | |
| GEN BNK | | | | 41000 | | | | |
| 622943 SEL BEN | | | 2592- | 12960- | | | | |

| COMP 80500007590 | DATE 03-31-98 | PP 06 | PAGE 1859 | NATIONSBANK, N.A. FT ATLANTA, GA 30302 |

✓ ESCUDERO, ROXANNA L
517884284
3434995076      SEP  5
958.34

| 102505 OVERTIME | | 2400 | 1955 | 42688 FICA TAX | 7841 | 55593 FED. TAX | 2907 | 16654 |
| GEN BNK | | | 100550 | 141550 | | | | |
| 10748 | | | | | | | | |
| 91757 | | | | | | | | |
| 725448 | | | | | | | | |

✓ ESCUDERO, ROXANNA L
517884284
3434995076          5
958.34

| 121853 REGULAR | 1725 | 4125 | 95834 | 575004 FICA TAX | 9341 | 64934 FED. TAX | 5847 | 22501 |
| OVERTIME | | | 28611 | 71299 | | | | |
| 15188 MISC CMP | | | | 75000 | | | | |
| 106665 *GP-LIFE | | | 252 | 1512 | | | | |
| GEN BNK | | | | 141550 | | | | |
| 847301 SEL BEN | | | 2592- | 15552- | | | | |

PLAINTIFF'S EXHIBIT
D

ESC - 699

---

| COMP 80500007590 | DATE 04-15-98 | PP 07 | PAGE 1740 | | | | NATIONSBANK, N.A. FT ATLANTA, GA 30302 | | | |
|---|---|---|---|---|---|---|---|---|---|---|

√ ESCUDERO, ROXANNA L
517884284
3434995076
958.34

| | 105682 REGULAR | 750 | 4875 | 95834 12440 | 670838 FICA TAX 83739 | 8104 | 73038 FED. TAX | 3421 | 25922 |
|---|---|---|---|---|---|---|---|---|---|
| | OVERTIME | | | | 75000 | | | | |
| | 11525 MISC CMP | | | 252 | 1764 | | | | |
| 5 | 94157 *GP-LIFE | | | | 141550 | | | | |
| | GEN BNK | | | 2592- | 18144- | | | | |
| | 952983 SEL BEN | | | | | | | | |

---

| COMP 80500007590 | DATE 04-30-98 | PP 08 | PAGE 1961 | | | | NATIONSBANK, N.A. FT ATLANTA, GA 30302 | | | |
|---|---|---|---|---|---|---|---|---|---|---|

√ ESCUDERO, ROXANNA L
517884284
3434995076       SEP 5
68152
249539
958.34

| | 317691 OVERTIME | | 4875 | 18241 299450 | 101980 FICA TAX 441000 | 24303 | 97341 FED. TAX | 43849 | 69771 |
|---|---|---|---|---|---|---|---|---|---|
| | GEN BNK | | | | | | | | |

1270674

ESCUDERO, ROXANNA L
517884284
3434995076
958.34

| | 93242 REGULAR | | 4875 | 95834 | 766672 FICA TAX 101980 | 7153 | 104494 FED. TAX | 1555 | 71326 |
|---|---|---|---|---|---|---|---|---|---|
| | OVERTIME | | | | 75000 | | | | |
| | 8708 MISC CMP | | | 252 | 2016 | | | | |
| 5 | 84534 *GP-LIFE | | | | 441000 | | | | |
| | GEN BNK | | | 2592- | 20736- | | | | |
| | 1363916 SEL BEN | | | | | | | | |

---

| COMP 80500007590 | DATE 05-15-98 | PP 09 | PAGE 1786 | - | | | NATIONSBANK, N.A. FT ATLANTA, GA 30302 | | | |
|---|---|---|---|---|---|---|---|---|---|---|

√ ESCUDERO, ROXANNA L
517884284
3434995076
958.34

| | 101120 REGULAR | 475 | 5350 | 95834 7878 | 862506 FICA TAX 109858 | 7755 | 112249 FED. TAX | 2737 | 74063 |
|---|---|---|---|---|---|---|---|---|---|
| | OVERTIME | | | | 75000 | | | | |
| | 10492 MISC CMP | | | 252 | 2268 | | | | |
| 5 | 90628 *GP-LIFE | | | | 441000 | | | | |
| | GEN BNK | | | 2592- | 23328- | | | | |
| | 1465036 SEL BEN | | | | | | | | |

---

| COMP 80500007590 | DATE 05-29-98 | PP 10 | PAGE 1977 | - | | | NATIONSBANK, N.A. FT ATLANTA, GA 30302 | | | |
|---|---|---|---|---|---|---|---|---|---|---|

/ ESCUDERO, ROXANNA L
517884284
3434995076       SEP 5
22980
133530
958.34

| | 156510 OVERTIME | | 5350 | 2285 153525 - | 112863 FICA TAX 594525 | 11972 | 124221 FED. TAX | 11008 | 85071 |
|---|---|---|---|---|---|---|---|---|---|
| | GEN BNK | | | | | | | | |

1623546

---

| COMP 80500007590 | DATE 05-29-98 | PP 10 | PAGE 1978 | - | | | NATIONSBANK, N.A. FT ATLANTA, GA 30302 | | | |
|---|---|---|---|---|---|---|---|---|---|---|

ST.EX.

/ ESCUDERO, ROXANNA L
517884284
3434995076
958.34

| | 95315 REGULAR | 125 | 5475 | 95834 2073 | 958340 FICA TAX 114916 | 7312 | 131533 FED. TAX | 1866 | 86937 |
|---|---|---|---|---|---|---|---|---|---|
| | OVERTIME | | | | 75000 | | | | |
| | 9178 MISC CMP | | | 252 | 2320 | | | | |
| 5 | 86137 *GP-LIFE | | | | 594525 | | | | |
| | GEN BNK | | | 2592- | 25920- | | | | |
| | 1716861 SEL BEN | | | | | | | | |

---

| COMP 80500007590 | DATE 06-15-98 | PP 11 | PAGE 1983 | | | | NATIONSBANK, N.A. FT ATLANTA, GA 30302 | | | |
|---|---|---|---|---|---|---|---|---|---|---|

√ ESCUDERO, ROXANNA L
517884284
3434995076
958.34

| | 114389 REGULAR | 1275 | 6750 | 95834 21147 | 1054174 FICA TAX 136063 | 8769 | 140302 FED. TAX | 4727 | 91664 |
|---|---|---|---|---|---|---|---|---|---|
| | OVERTIME | | | | 75000 | | | | |
| | 13496 MISC PAY | | | | 2776 | | | | |
| 5 | 100893 *GP-LIFE | | | 252 | 594525 | | | | |
| | GEN BNK | | | 2592- | 28512- | | | | |
| | 1831250 SEL BEN | | | | | | | | |

---

| COMP 80500007590 | DATE 06-30-98 | PP 12 | PAGE 2054 | | | | NATIONSBANK, N.A. FT ATLANTA, GA 30302 | | | |
|---|---|---|---|---|---|---|---|---|---|---|

/ ESCUDERO, RO*ANNA L
517884284
3434995076       SEP 5
41680
197386
958.34

| | 239066 OVERTIME | | 6750 | 3961 235125 | 140004 FICA TAX 829650 | 18289 | 158591 FED. TAX | 23391 | 115055 |
|---|---|---|---|---|---|---|---|---|---|
| | GEN BNK | | | | | | | | |

2070316

ESCUDERO, ROXANNA L
517884284
3434995076
958.34

| | 113149 REGULAR | 1200 | 7950 | 95834 19903 | 1150038 FICA TAX 157907 | 8675 | 167266 FED. TAX | 4541 | 119596 |
|---|---|---|---|---|---|---|---|---|---|
| | OVERTIME | | | | 75000 | | | | |
| | 13216 MISC PAY | | | 252 | 3024 | | | | |
| 5 | 99929 *GP-LIFE | | | | 829650 | | | | |
| | GEN BNK | | | 2592- | 311**- | | | | |
| | 2183461 SEL BEN | | | | | | | | |

ESC - 700

---

| COMP 80500007590 | DATE 07-15-98 | PP 13 | PAGE 1905 | | | | NATIONSBANK, N.A. FT ATLANTA, GA 30302 | | | |

```
ESCUDERO, ROXANNA L        113975 REGULAR                         95834   1245842 FICA TAX    8738    176004 FED. TAX
517884284                         OVERTIME      1250    9200       20733   180640
3434995076                  13403 MISC PAY                                  75000
                        S  100572 *GP-LIFE                          252      3276
958.34                         GEN BNK                                    829650
                        2297436 SEL BEN                            2592-   _33696~
```

---

| COMP 80500007590 | DATE 07-31-98 | PP 14 | PAGE 2203 | | | | NATIONSBANK, N.A. FT ATLANTA, GA 30302 | | | |

```
ESCUDERO, ROXANNA L        216680 OVERTIME                                 193081 FICA TAX   16576    192580 FED. TAX   20033   144294
517884284                         GEN BNK               9200       12441
3434995076        SEP  S   36609                        204239   1053889
                          180071
958.34
ESCUDERO, ROXANNA L        2514116
517884284                  104680 REGULAR               95834   1341676 FICA TAX    8028    200608 FED. TAX    3271   147565
3434995076                        OVERTIME      50   9250        1438    194519
                        S   11299 MISC PAY                                  75000
958.34                      93581 *GP-LIFE               252      3528
                        2618796 SEL BEN                 10000   1043889
                                                        2592-    36788~
```

---

| COMP 80500007590 | DATE 08-14-98 | PP 15 | PAGE 1953 | | | | NATIONSBANK, N.A. FT ATLANTA, GA 30302 | | | |

```
ESCUDERO, ROXANNA L        107340 REGULAR               95834   1437510 FICA TAX    8231    208839 FED. TAX    3670   151235
517884284                         OVERTIME     850   10100       14098    208617
3434995076                  11901 MISC PAY                                  75000
                        S   95439 *GP-LIFE               252      3780
958.34                         GEN BNK                          1043889
                        2726136 SEL BEN                 2592-    38880~
```

---

| COMP 80500007590 | DATE 08-31-98 | PP 16 | PAGE 2243 | | | | NATIONSBANK, N.A. FT ATLANTA, GA 30302 | | | |

```
ESCUDERO, ROXANNA L        131179 OVERTIME                                 213066 FICA TAX   10035    218874 FED. TAX    7208   158443
517884284                         GEN BNK              10100        2429
3434995076        SEP  S   17243                       126750   1170639
                          113936
958.34
ESCUDERO, ROXANNA L        2657315
517884284                  103591 REGULAR               95834   1533366 FICA TAX    7944    226818 FED. TAX    3108   161551
3434995076                        OVERTIME           10100         349    215395
                        S   11052 MISC PAY                                  75000
958.34                      92539 *GP-LIFE               252      4055
                        2960906 SEL BEN                 10000   1180639
                                                        2592-    41472~
```

---

| COMP 80500007590 | DATE 09-15-98 | PP 17 | PAGE 2006 | | | | NATIONSBANK, N.A. FT ATLANTA, GA 30302 | | | |

```
ESCUDERO, ROXANNA L         94071 REGULAR               95834   1629178 FICA TAX    7215    234033 FED. TAX    1680   163231
517884284                         OVERTIME      50   10150        829    214224
3434995076                   8895 MISC PAY                                  75000
                        S   85176 *GP-LIFE               252      4284
958.34                         GEN BNK                          1180639
                        3054977 SEL BEN                 2592~    44084~
```

---

| COMP 80500007590 | DATE 09-30-98 | PP 18 | PAGE 2256 | | | | NATIONSBANK, N.A. FT ATLANTA, GA 30302 | | | |

```
ESCUDERO, ROXANNA L         57876 OVERTIME                                 215475 FICA TAX    4427    235460
517884284                         GEN BNK              10150        1251
3434995076        SEP  S    4427                        56625   1237264
                           53449
958.34
ESCUDERO, ROXANNA L        3112853
517884284                  104292 REGULAR               95834   1725012 FICA TAX    7998    246458 FED. TAX    3213   166444
3434995076                        OVERTIME      50   10200        1050    216525
                        S   11211 MISC PAY                                  75000
958.34                      93081 *GP-LIFE               252      4536
                        3217145 SEL BEN                 10000   1247264
                                                        2592-    46656~
```

---

| COMP 80500007590 | DATE 10-15-98 | PP 19 | PAGE 1972 | | | | NATIONSBANK, N.A. FT ATLANTA, GA 30302 | | | |

```
ESCUDERO, ROXANNA L         94486 REGULAR               95834   1620846 FICA TAX    7248    253706 FED. TAX    1742   168186
517884284                         OVERTIME      75   10275        1244    217769
3434995076                   8990 MISC PAY                                  75000
                        S   85496 *GP-LIFE               252      4788
958.34                         GEN BNK                          1247264
                        3311631 SEL BEN                 2592-    49248~
```

| COMP | DATE | PP | PAGE | | | | | NATIONSBANK, N.A. FT ATLANTA, GA 30302 | | | |
|------|------|----|------|---|---|---|---|---|---|---|---|
| 80500007590 | 10-30-98 | 20 | 2043 | | | | | | | | |
| ✓ ESCUDERO, ROXANNA L 517884284 3434995076 SEP 5 958.34 | 42622 3261 39361 | GEN BNK | | 10275 | 122 42500 | 217891 1289764 | FICA TAX | 3261 | 256967 | | |
| ✓ ESCUDERO, ROXANNA L 517884284 3434995076 5 958.34 | 3354263 98218 9635 88383 3452671 | REGULAR OVERTIME MISC PAY *GP-LIFE GEN BNK SEL BEN | 300 | 10575 | 95834 4976 252 2592- | 1916680 22867 75000 1289764 31840- | FICA TAX | 7533 | 264500 | FED. TAX 2302 | 170488 |

| COMP | DATE | PP | PAGE | | | | | NATIONSBANK, N.A. FT ATLANTA, GA 30302 | | | |
|------|------|----|------|---|---|---|---|---|---|---|---|
| 80500007590 | 11-13-98 | 21 | 1772 | | | | | | | | |
| ✓ ESCUDERO, ROXANNA L 517884284 3434995076 5 958.34 | 731804 17442 114362 3584275 | REGULAR OVERTIME MISC PAY *GP-LIFE GEN BNK SEL BEN | 2325 | 12900 | 95834 34562 252 2592- | 2012514 261429 75000 5292 1289764 54432- | FICA TAX | 10102 | 274602 | FED. TAX 7 | 7828 |

| COMP | DATE | PP | PAGE | | | | | NATIONSBANK, N.A. FT ATLANTA, GA 30302 | | | |
|------|------|----|------|---|---|---|---|---|---|---|---|
| 80500007590 | 11-30-98 | 22 | 2006 | | | | | | | | |
| ✓ ESCUDERO, ROXANNA L 517884284 3434995076 SEP 5 1035.00 | 26117 1997 24120 | REGULAR OVERTIME | | 12900 | 23001 3116 | 2035515 264545 | FICA TAX | 1997 | 276599 | | |
| ✓ ESCUDERO, ROXANNA L 517884284 3434995076 SEP 5 1035.00 | 36 0392 139123 30349 158754 | OVERTIME GEN BNK | | 12900 | 1598 187525 | 266143 1477289 | FICA TAX | 14469 | 291068 | FED. TAX 15900 | 193728 |
| ✓ ESCUDERO, ROXANNA L 517884284 3434995076 5 1035.00 | 3799515 117029 14094 102935 3916544 | REGULAR MISC PAY *GP-LIFE GEN BNK SEL BEN | 900 | 13800 | 103500 16121 252 2592- | 2139915 282264 75000 5544 1477289 57024- | FICA TAX | 8971 | 300039 | FED. TAX 5123 | 198651 |

| COMP | DATE | PP | PAGE | | | | | NATIONSBANK, N.A. FT ATLANTA, GA 30302 | | | |
|------|------|----|------|---|---|---|---|---|---|---|---|
| 80500007590 | 12-15-98 | 23 | 1820 | | | | | | | | |
| ✓ ESCUDERO, ROXANNA L 517884284 3434995076 5 1035.00 | 102251 10750 91501 4018793 | REGULAR OVERTIME MISC PAT *GP-LIFE GEN BNK SEL BEN | 75 | 13875 | 103500 1343 252 2592- | 2242515 283607 75000 5796 1477289 59616- | FICA TAX | 7843 | 307882 | FED. TAX 2907 | 201758 |

| COMP | DATE | PP | PAGE | | | | | NATIONSBANK, N.A. FT ATLANTA, GA 30302 | | | |
|------|------|----|------|---|---|---|---|---|---|---|---|
| 80500007590 | 12-31-98 | 24 | 2088 | | | | | | | | |
| ✓ ESCUDERO, ROXANNA L 517884284 3434995076 SEP 3 1035.00 | 191623 30933 160890 | OVERTIME GEN BNK | | 13875 | 13873 177750 | 297480 1655039 | FICA TAX | 14658 | 322540 | FED. TAX 16275 | 218033 |
| ✓ ESCUDERO, ROXANNA L 517884284 3434995076 5 10.5.00 | 4210418 101804 10648 91156 4312222 | REGULAR OVERTIME MISC PAT *GP-LIFE GEN BNK SEL BEN | 50 | 13925 | 103500 896 252 2592- | 2346015 298376 75000 6048 1655039 6720R- | FICA TAX | 7808 | 330348 | FED. TAX 2840 | 220873 |

1999-2000 earnings.xls

| Name | EmplId | Check Dt | Acct Cd | Regular Hours | Regular Dollars | Overtime Hours | Overtime Dollars | Total Hours | Total Dollars |
|------|--------|----------|---------|---------------|-----------------|----------------|------------------|-------------|---------------|
| Escudero, Roxanna L | 517884284 | 01/15/1999 | 000750007590 | 86.67 | 1,035.04 | 3.25 | 58.22 | 89.92 | 1,093.26 |
| Escudero, Roxanna L | 517884284 | 01/29/1999 | 000750007590 | 86.67 | 1,035.04 | 6.75 | 128.21 | 93.42 | 3,699.94 |
| Escudero, Roxanna L | 517884284 | 02/12/1999 | 000750007590 | 86.67 | 1,035.04 | 0.00 | 0.00 | 86.67 | 1,035.04 |
| Escudero, Roxanna L | 517884284 | 02/26/1999 | 000750007590 | 86.67 | 1,035.04 | 0.00 | 47.55 | 86.67 | 2,826.09 |
| Escudero, Roxanna L | 517884284 | 03/15/1999 | 000750007590 | 86.67 | 1,035.04 | 4.00 | 71.65 | 90.67 | 1,106.69 |
| Escudero, Roxanna L | 517884284 | 03/31/1999 | 000750007590 | 86.67 | 1,035.04 | 12.50 | 280.16 | 99.17 | 3,377.45 |
| Escudero, Roxanna L | 517884284 | 04/15/1999 | 000750007590 | 86.67 | 1,035.04 | 5.00 | 89.57 | 91.67 | 1,124.61 |
| Escudero, Roxanna L | 517884284 | 04/30/1999 | 000750007590 | 86.67 | 1,035.04 | 1.50 | 26.87 | 88.17 | 5,441.69 |
| Escudero, Roxanna L | 517884284 | 05/14/1999 | 000750007590 | 86.67 | 1,035.04 | 0.00 | 190.33 | 86.67 | 1,225.37 |
| Escudero, Roxanna L | 517884284 | 05/28/1999 | 000750007590 | 86.67 | 1,035.04 | 0.00 | 58.47 | 86.67 | 4,328.76 |
| Escudero, Roxanna L | 517884284 | 06/15/1999 | 000750007590 | 86.67 | 1,035.04 | 0.00 | 0.00 | 86.67 | 1,035.04 |
| Escudero, Roxanna L | 517884284 | 06/30/1999 | 000750007590 | 86.67 | 1,035.04 | 3.50 | 62.70 | 90.17 | 3,334.24 |
| Escudero, Roxanna L | 517884284 | 07/15/1999 | 000750007590 | 86.67 | 1,095.88 | 3.00 | 56.90 | 89.67 | 1,152.78 |
| Escudero, Roxanna L | 517884284 | 07/30/1999 | 000750007590 | 86.67 | 1,095.88 | 0.00 | 23.15 | 86.67 | 3,458.40 |
| Escudero, Roxanna L | 517884284 | 08/13/1999 | 000750007590 | 86.67 | 1,095.88 | 0.25 | 4.74 | 86.92 | 1,100.62 |
| Escudero, Roxanna L | 517884284 | 08/31/1999 | 000750007590 | 86.67 | 1,095.88 | 17.25 | 357.94 | 103.92 | 5,071.57 |
| Escudero, Roxanna L | 517884284 | 09/15/1999 | 000750007590 | 86.67 | 1,095.88 | 4.00 | 75.87 | 90.67 | 1,171.75 |
| Escudero, Roxanna L | 517884284 | 09/30/1999 | 000750007590 | 86.67 | 1,095.88 | 7.50 | 298.38 | 94.17 | 4,799.51 |
| Escudero, Roxanna L | 517884284 | 10/15/1999 | 000750007590 | 86.67 | 1,095.88 | 7.50 | 142.25 | 94.17 | 1,238.13 |
| Escudero, Roxanna L | 517884284 | 10/29/1999 | 000750007590 | 86.67 | 1,095.88 | 5.75 | 188.02 | 92.42 | 3,822.15 |
| Escudero, Roxanna L | 517884284 | 11/10/1999 | 000750007590 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Escudero, Roxanna L | 517884284 | 11/22/1999 | 000750007590 | 0.00 | 0.00 | 12.75 | 241.82 | 12.75 | 241.82 |

ESC - 7254

| | 01/98 01T | 02F 03S | 04S 05M | 06T 07W 08T 09F | 04 SUN | 10S | 11S 12M 13T 14W 15T | 06 TUE | 07 WED | 08 THU | Charge to Cost Cntr. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular | | | | | | 1 | 725 1.75 | | Borrowed Hours | | |
| Overtime | | | | | | | | | | | |
| Worked Holiday | | | | | | | 1998 | | Borrowed By Hours | | |
| Absence Without Pay | | | | | | | | | | | |

JAN 20 1998

PAID

Employee Name and Location    Company : Nations Bank    City/Branch/Unit    Pay Period
Roxanna Eiseuaro    Employee No    Sunrise / 875    010198 ~ 011598
Sunrise    875

INITIALS
Employee    Supervisor

ESC - 7257

WEEKLY WORKSHEET TO CALCULATE EXCEPTION HOURS (A week=Monday to Sunday)

| | 09 FRI | | 10 SAT | | 11 SUN | | 12 MON | | 13 TUE | | 14 WED | | 15 THU | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | | | | | | | | | | | | | | |

CALCULATION OF EXCEPTION HOURS –

Enter Hours Worked (include carryover in week 1):

Hours worked are more than 40, enter hours over 40 as Overtime:

Hours worked are less than 40, enter as Absence W/O Pay:

| | WK1 | WK2 | WK3 (if necessary) |
|---|---|---|---|
| | 40 | 40 | |

Hours worked are on a holiday, enter in Worked Holiday line for appropriate day.

Transfer each week's exception hours from this worksheet to the appropriate Sunday block on the front of this card. These exception hours will be paid the next pay period.

Record borrowed hours and cost center to be charged on the front of the card. Borrowed Regular Hours cannot exceed Regular plus straight time. Borrowed overtime cannot exceed overtime worked.

IBM Clock
Hundredths Table
.00 through .07 = .00
.08 through .22 = .25
.23 through .37 = .50
.38 through .52 = .75
.53 through .59 = 1.00

Simplex Clock
Hundredths Table
.00 through .12 = .00
.13 through .37 = .25
.38 through .62 = .50
.63 through .87 = .75
.88 through .98 = 1.00

ESC - 7258

Employee Name and Location: ESCUDERO, ROXANNA L

Employee No: FL6-B75-O1-O1

Company: 517884284

City/Branch/Unit: BOS 00007590

Pay Period: 020198 - 021598

P. NANJI

INPUT

1 9 1998

II" 517884284 II"

INITIALS: Employee / Supervisor

**WEEKLY WORKSHEET TO CALCULATE EXCEPTION HOURS (A week=Monday to Sunday)**

| | 09 MON | | 10 TUE | | 11 WED | | 12 THU | | 13 FRI | | 14 SAT | | 15 SUN | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | 1215 | 1245 | 0845 | 1215 | 0845 | 1145 | 0845 | 1145 | 0815 | 1215 | | | | |
| | 1630 | | 1245 | 1745 | 1215 | 1630 | 1215 | 1630 | 1245 | 1815 | | | | |

**CALCULATION OF EXCEPTION HOURS –**

• For Hours Worked (include carryover in week 1):
• Hours worked are more than 40, enter hours over 40 as Overtime:
• If hours are less than 40, enter as Absence W/O Pay:

| WK1 | WK2 | WK3 (if necessary) |
|---|---|---|
| 2.5 | 3.25 | |
| 40 | 40 | 39.75 |
| — | — | — |

- Hours worked are on a holiday, enter in Worked Holiday line for appropriate day.
- Transfer each week's exception hours from this worksheet to the appropriate Sunday block on the front of this card. These exception hours will be paid the next pay period.
- Record borrowed hours and cost center to be charged on the front of the card. Borrowed Regular hours cannot exceed Regular plus straight time. Borrowed overtime cannot exceed overtime worked.

**IBM Clock**
**Hundredths Table**
.00 through .07 = .00
.08 through .22 = .25
.23 through .37 = .50
.38 through .52 = .75
.53 through .59 = 1.00

**Simplex Clock**
**Hundredths Table**
.00 through .12 = .00
.13 through .37 = .25
.38 through .62 = .50
.63 through .87 = .75
.88 through .98 = 1.00

ESC - 7260

Employee Name and Location: ESCUDERO, ROXANNA L

Company: 517884284    City/Branch/Unit: 805 00007590    Employee No: FL6-875-O1-01

Pay Period: 021698 - 022898

Days: 16 MON, 17 TUE, 18 WED, 19 THU, 20 FRI, 21 SAT, 22 SUN, 23 MON

| | IN | OUT | IN | OUT |
|---|---|---|---|---|
| 16 MON | 02:98 | 16:30 | 11:45 | 08:45 |
| 17 TUE | | | | |
| 18 WED | | | | |
| 19 THU | | | | |
| 20 FRI | 12:15 | 18:15 | | |
| 21 SAT | | | | |
| 22 SUN | | | | |
| 23 MON | 16:30 | 12:15 | 11:45 | 08:45 |

Regular / Overtime / Worked Holiday / Absence Without Pay

Borrowed Hours    Charge to Cost Cntr.

INITIALS    Employee: Supervisor

||<sup>5</sup>|| 517884 264

ǁ<sup>8</sup>517884 264

## WEEKLY WORKSHEET TO CALCULATE EXCEPTION HOURS (A week=Monday to Sunday)

| | 24 TUE | | 25 WED | | 26 THU | | 27 FRI | | 28 SAT | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | 1145 | | 0845 | | 0800 | | 0815 | | 0845 | | | | | | | |
| | 1215 | | 1145 | | 1115 | | 1145 | | 1215 | | | | | | | |
| | 1800 | | 1215 | | 1145 | | 1215 | | | | | | | | | |
| | | | 1800 | | 1800 | | 1815 | | | | | | | | | |

**CALCULATION OF EXCEPTION HOURS –**

Enter Hours Worked (include carryover in week 1):

- If hours worked are more than 40, enter hours over 40 as Overtime:
- If hours are less than 40, enter as Absence W/O Pay:

| | WK1 | WK2 | WK3 (if necessary) |
|---|---|---|---|
| | 40 | 40 | |
| | | 1.25 | |

All hours worked are on a holiday, enter in Worked Holiday line for appropriate day.

Transfer each week's exception hours from this worksheet to the appropriate Sunday block on the front of this card. These exception hours will be paid the next pay period.

Record borrowed hours and cost center to be charged on the front of the card. Borrowed Regular Hours cannot exceed Regular plus straight time. Borrowed overtime cannot exceed overtime worked.

**IBM Clock**
Hundredths Table
.00 through .07 = .00
.08 through .22 = .25
.23 through .37 = .50
.38 through .52 = .75
.53 through .59 = 1.00

**Simplex Clock**
Hundredths Table
.00 through .12 = .00
.13 through .37 = .25
.38 through .62 = .50
.63 through .87 = .75
.88 through .98 = 1.00

ESC - 7262

Employee Name and Location: ESCUDERO, ROXANNA L

Employee No.: FL6-875-01-01

Company: 517B84284   805 00007590

City/Branch/Unit

Pay Period: 030198 - 031598

⑆517884284⑆

INITIALS

Employee / Supervisor

| | Borrowed Hours | Charge to Cost/Cntr. |
|---|---|---|
| Regular | ◄ | |
| Overtime | ◄ | |
| | Borrowed Hours | Charge to Cost/Cntr. |
| Worked Holiday | ◄ | |
| Absence Without Pay | ◄ | |

Total Hrs: 17.25

ESC - 7263

**WEEKLY WORKSHEET TO CALCULATE EXCEPTION HOURS (A week=Monday to Sunday)**

| | 09 MON | | | | 10 TUE | | | | 11 WED | | | | 12 THU | | | | 13 FRI | | | | 14 SAT | | 15 SUN | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | 0845 | 1145 | 1215 | 1630 | 0845 | 1145 | 1215 | 1745 | 0845 | 1145 | 1215 | 1630 | 0845 | 1145 | 1215 | 1730 | 0815 | 1115 | 1215 | 1815 | 0845 | 1215 | | |

- Enter Hours Worked (include carryover) in week 1:

**CALCULATION OF EXCEPTION HOURS –**

- Hours worked are more than 40, enter hours over 40 as Overtime:
- If hours are less than 40, enter as Absence W/O Pay:

|  | WK1 | WK2 | WK3 (if necessary) |
|---|---|---|---|
| | 7.25 | 6.25 | |
| | 40 | 40 | 40 |
| | 40 | 40 | 3.25 |

- Hours worked are on a holiday, enter in Worked Holiday line for appropriate day.
- Transfer each week's exception hours from this worksheet to the appropriate Sunday block on the front of this card. These exception hours will be paid the next pay period.
- Record borrowed hours and cost center to be charged on thu front of the card. Borrowed Regular Hours cannot exceed Regular plus straight time. Borrowed overtime cannot exceed overtime worked.

**IBM Clock**
Hundredths Table
.00 through .07 = .00
.08 through .22 = .25
.23 through .37 = .50
.38 through .52 = .75
.53 through .59 = 1.00

**Simplex Clock**
Hundredths Table
.00 through .12 = .00
.13 through .37 = .25
.38 through .62 = .50
.63 through .87 = .75
.88 through .98 = 1.00

**ESC - 7264**

Employee Name and Location: ESCUDERO, ROXANNA L

Employee No: FL6-875-01-01

Company: 517884284

Chy/Branch/Unit: 805 00007590

Pay Period: 040198 - 041598

||"5 l 7 8 8 4 2 8 4   ||"

Regular
Overtime
Worked Holiday
Absence Without Pay

Borrowed Hours — Charge to Cost Cntr.
Total Hrs
INITIALS
Employee / Supervisor

Spilt Week Carryover
Regular Hours

ESC - 7265

WEEKLY WORKSHEET TO CALCULATE EXCEPTION HOURS (A week=Monday to Sunday)

Enter Hours Worked (include carryover in week 1):

CALCULATION OF EXCEPTION HOURS –

hours worked are more than 40, enter hours over 40 as Overtime:

hours are less than 40, enter as Absence W/O Pay:

|  | WK1 | WK2 | WK3 (if necessary) |
|---|---|---|---|
|  | 40. | 40. | 22. |

If hours worked are on a holiday, enter in Worked Holiday line for appropriate day.

Transfer each week's exception hours from this worksheet to the appropriate Sunday block on the front of this card.  These exception hours will be paid the next pay period.

Record borrowed hours and cost center to be charged on the front of the card.  Borrowed Regular Hours cannot exceed Regular plus straight time.  Borrowed overtime cannot exceed overtime worked.

| | 09 THU | | 10 FRI | | 11 SAT | | 12 SUN | | 13 MON | | 14 TUE | | 15 WED | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IN | 1745 | | 0815 | | | | | | 0845 | | 0845 | | 0845 | |
| OUT | | | 1115 | | | | | | 1145 | | 1145 | | 1245 | |
| IN | | | 1145 | | | | | | 1215 | | 1215 | | | |
| OUT | | | 1900 | | | | | | 1630 | | 2000 | | | |

IBM Clock
Hundredths Table
.00 through .07 = .00
.08 through .22 = .25
.23 through .37 = .50
.38 through .52 = .75
.53 through .59 = 1.00

Simplex Clock
Hundredths Table
.00 through .12 = .00
.13 through .37 = .25
.38 through .62 = .50
.63 through .87 = .75
.88 through .98 = 1.00

ESC - 7266



**ESC - 7267**

WEEKLY WORKSHEET TO CALCULATE EXCEPTION HOURS (A week=Monday to Sunday)

Enter Hours Worked (include carryover in week 1):

CALCULATION OF EXCEPTION HOURS –

If hours worked are more than 40, enter hours over 40 as Overtime:

If hours are less than 40, enter as Absence W/O Pay:

If hours worked are on a holiday, enter in Worked Holiday line for appropriate day.

Transfer each week's exception hours from this worksheet to the appropriate Sunday block on the front of this card. These exception hours will be paid the next pay period.

Record borrowed hours and cost center to be charged on the front of the card. Borrowed Regular Hours cannot exceed Regular plus straight time. Borrowed overtime cannot exceed overtime worked.

| | 09 TUE | | 10 WED | | 11 THU | | 12 FRI | | 13 SAT | | 14 SUN | | 15 MON | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN |
| | 1145 | | 0845 | | 0845 | | 0845 | | 0845 | | | | | |
| | 1215 | | 1145 | | 1145 | | 1145 | | 1230 | | | | 0845 | |
| | 1800 | | 1215 | | 1215 | | 1215 | | | | | | 1800 | |
| | | | 1630 | | 1830 | | 1815 | | | | | | | |

|  | WK1 | WK2 | WK3 (if necessary) |
|---|---|---|---|
|  | 40 | 40 | 40 |
| Overtime: | 5.75 | — | 6.25 |

**IBM Clock**
Hundredths Table
.00 through .07 = .00
.08 through .22 = .25
.23 through .37 = .50
.38 through .52 = .75
.53 through .59 = 1.00

**Simplex Clock**
Hundredths Table
.00 through .12 = .00
.13 through .37 = .25
.38 through .62 = .50
.63 through .87 = .75
.88 through .98 = 1.00

ESC - 7268

This is a weekly time card (rotated). Key readable fields:

| | Regular Hours | | | | Total Hrs | |
|---|---|---|---|---|---|---|
| Regular | | | | | | |
| Overtime | | | | | 12 | 50 |
| Worked Holiday | | | | | | |
| Absence Without Pay | | | | | | |

JUL - 6 1998

R. HOWN

Employee Name and Location: ESCUDERO, ROXANNA L

Employee No: FL6-875-01-01

Company

City/Branch/Unit: 517884284  805 00007590

Pay Period: 061698 - 063098

I"517884284    I"

**ESC - 7269**

| | 24 WED | | | 25 THU | | | 26 FRI | | | 27 SAT | | | 28 SUN | | | 29 MON | | | 30 TUE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | 1200 | | | | | | 0830 | | | 0845 | | | | | | | 0815 | | | 0845 | |
| | 1230 | | | 0845 | | | 1130 | | | 1300 | | | | | | | 1115 | | | 1145 | |
| | 1600 | | | 1415 | | | 1200 | | | | | | | | | | 1145 | | | 1215 | |
| | | | | 1430 | | | 1830 | | | | | | | | | | 1630 | | | 1800 | |
| | | | | 1830 | | | | | | | | | | | | | | | | | |

**WEEKLY WORKSHEET TO CALCULATE EXCEPTION HOURS (A week=Monday to Sunday)**

CALCULATION OF EXCEPTION HOURS –

Enter Hours Worked (include carryover in week 1):

If hours worked are more than 40, enter hours over 40 as Overtime:

If hours are less than 40, enter as Absence W/O Pay:

| | WK1 | WK2 | WK3 (if necessary) |
|---|---|---|---|
| | 40 | 40 | — |
| | 5.0 | 7.5 | — |
| | — | — | — |

**IBM Clock**
Hundredths Table
.00 through .07 = .00
.08 through .22 = .25
.23 through .37 = .50
.38 through .52 = .75
.53 through .59 = 1.00

**Simplex Clock**
Hundredths Table
.00 through .12 = .00
.13 through .37 = .25
.38 through .62 = .50
.63 through .87 = .75
.88 through .98 = 1.00

All hours worked are on a holiday, enter in Worked Holiday line for appropriate day.

Transfer each week's exception hours from this worksheet to the appropriate Sunday block on the front of this card. These exception hours will be paid the next pay period. Borrowed Regular Hours borrowed hours and cost center to be charged on the front of the card. Borrowed Regular Hours cannot exceed Regular plus straight time. Borrowed overtime cannot exceed overtime worked.

**ESC - 7270**

Employee Name and Location: ESCUDERO, ROXANNA L

Employee No.: FLG-B75-01-01

Company: 517884284   805 00007590

City/Branch/Unit

Pay Period: 071698 - 073198

‖ 517884 284 ‖

ESC - 7271



**WEEKLY WORKSHEET TO CALCULATE EXCEPTION HOURS (A week=Monday to Sunday)**

Enter Hours Worked (include carryover in week 1):

**CALCULATION OF EXCEPTION HOURS –**
- hours worked are more than 40, enter hours over 40 as Overtime.
- If hours are less than 40, enter as Absence W/O Pay:

|  | WK1 | WK2 | WK3 (if necessary) |
|---|---|---|---|
|  | 40 | 40 |  |
|  | 4 |  |  |
|  |  | 4.5 |  |

- All hours worked are on a holiday, enter in Worked Holiday line for appropriate day.
- Transfer each week's exception hours from this worksheet to the appropriate Sunday block on the front of this card. These exception hours will be paid the next pay period.
- Record borrowed hours and cost center to be charged on the front of the card. Borrowed Regular Hours cannot exceed Regular plus straight time. Borrowed overtime cannot exceed overtime worked.

| | 24 FRI | | 25 SAT | | 26 SUN | | 27 MON | | 28 TUE | | 29 WED | | 30 THU | | 31 FRI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IN | 1100 | IN | | IN | | IN | 0845 | IN | 0845 | IN | 0845 | IN | 0845 | IN | 0845 |
| OUT | 1130 | OUT | | OUT | | OUT | 1145 | OUT | 1145 | OUT | 1145 | OUT | 1145 | OUT | 1145 |
| IN | 1900 | IN | | IN | | IN | 1215 | IN | 1215 | IN | 1215 | IN | 1215 | IN | 1215 |
| OUT | | OUT | | OUT | | OUT | 1630 | OUT | 1145 | OUT | 1630 | OUT | 1630 | OUT | 1630 |
| | | | | | | | Vacation | | Vacation | | Vacation | | Vacation | | 0815 |
| | | | | | | | | | | | | | | IN | 1115 |
| | | | | | | | | | | | | | | | 1145 |
| | | | | | | | | | | | | | | | 1815 |

Vacation

**IBM Clock**
Hundredths Table
- .00 through .07 = .00
- .08 through .22 = .25
- .23 through .37 = .50
- .38 through .52 = .75
- .53 through .59 = 1.00

**Simplex Clock**
Hundredths Table
- .00 through .12 = .00
- .13 through .37 = .25
- .38 through .62 = .50
- .63 through .87 = .75
- .88 through .98 = 1.00

ESC - 7272

| | 01 SAT | | 02 SUN | | 03 MON | | 04 TUE | | 05 WED | | 06 THU | | 07 FRI | | 08 SAT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN |
| | 01S | 02S | 03M | 04T | 05W | 06T | 07F | | | | | | | | | |
| | 8.0 | 1 | 8.0 | 9.0 | 8.0 | 8.0 | 8.75 | 8. | 9.5 | 8 | 45 | 155. | 382 | | | |

Regular Hours

Split Week Carryover

Employee Name and Location: ESCUDERO, ROXANNA L

Employee No. FL6-875-01-01

Company 517884284

Cty/Branch/Unit 805 00007590.

Pay Period 080198 - 081598.

I⁰ 5 1 7 8 8 4 2 8 4 I⁰

AUG 18 1998

ESC - 7273

**WEEKLY WORKSHEET TO CALCULATE EXCEPTION HOURS (A week=Monday to Sunday)**

CALCULATION OF EXCEPTION HOURS –

Enter Hours Worked (include carryover in week 1):

• If hours worked are more than 40, enter hours over 40 as Overtime:
• If hours are less than 40, enter as Absence W/O Pay:

| | WK1 | WK2 | WK3 (if necessary) |
|---|---|---|---|
| | 40 | 40 | 38.25 |

| | 09 SUN | | 10 MON | | 11 TUE | | 12 WED | | 13 THU | | 14 FRI | | 15 SAT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | X | | | 077 | 0800 | 1100 | 0815 | 1115 | 0800 | 1100 | 0830 | 1415 | 0815 | 1245 |
| | | | | | 1130 | 1215 | 1145 | 1645 | 1130 | 1800 | 1615 | 1830 | | |

All hours worked are on a holiday, enter in Worked Holiday line for appropriate day.

Transfer each week's exception hours from this worksheet to the appropriate Sunday block on the front of this card. These exception hours will be paid the next pay period.

Record borrowed hours and cost center to be charged on the front of the card. Borrowed Regular Hours cannot exceed Regular plus straight time. Borrowed overtime cannot exceed Regular overtime worked.

**IBM Clock Hundredths Table**
.00 through .07 = .00
.08 through .22 = .25
.23 through .37 = .50
.38 through .52 = .75
.53 through .59 = 1.00

**Simplex Clock Hundredths Table**
.00 through .12 = .00
.13 through .37 = .25
.38 through .62 = .50
.63 through .87 = .75
.88 through .98 = 1.00

ESC - 7274

Employee Name and Location : ESCUDERO, ROXANNA L

Employee No. : FL6-875-01-01

Company : 517884284   City/Branch/Dist : 805 00007590

Per Period : 081698 - 083198

INPUT

SEP 02 1998

G. VARNER

‖⁵ 5 1 7 8 8 4 2 8 4

Borrowed Hours

Charge to Cost Cntr.

INITIALS
Employee / Supervisor

ESC - 7275

**WEEKLY WORKSHEET TO CALCULATE EXCEPTION HOURS (A week=Monday to Sunday)**

| | 24 MON | | 25 TUE | | 26 WED | | 27 THU | | 28 FRI | | 29 SAT | | 30 SUN | | 31 MON |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | 1145 | 1215 | 1145 | 9:15 | 0900 | 0815 | 0845 | | 0845 |
| IN | | 1745 | 1215 | 11:00 | 1400 | 1315 | 1215 | | 1145 |
| OUT | | 0845 | 1830 | 4:15 | 1430 | 1345 | | | 1215 |
| IN | | | | 5:15 | 1630 | 1815 | | | 1800 |

• Enter Hours Worked (include carryover in week 1):

**CALCULATION OF EXCEPTION HOURS –**

• hours worked are more than 40, enter hours over 40 as Overtime:

• If hours are less than 40, enter as Absence W/O Pay:

hours worked are on a holiday, enter in Worked Holiday line for appropriate day.
Transfer each week's exception hours from this worksheet to the appropriate Sunday block
on the front of this card. These exception hours will be paid the next pay period.
Record borrowed hours and cost center to be charged on the front of the card. Borrowed Regular
Hours cannot exceed Regular plus straight time. Borrowed overtime cannot exceed overtime worked.

WK1   WK2   WK3 (if necessary)
38.75   +0,   40.50

**IBM Clock Hundredths Table**
.00 through .07 = .00
.08 through .22 = .25
.23 through .37 = .50
.38 through .52 = .75
.53 through .59 = 1.00

**Simplex Clock Hundredths Table**
.00 through .12 = .00
.13 through .37 = .25
.38 through .62 = .50
.63 through .87 = .75
.88 through .98 = 1.00

ESC - 7276

INPUT

OCT 0 6 1998

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|

Pay Period    091698 - 093098

City/Branch/Unit    517884284    805 00007590

Company    FL6-875-01-01

Employee No    II*5 17884 284    II*

Employee Name and Location    ESCUDERO, ROXANNA L

ESC - 7277

**WEEKLY WORKSHEET TO CALCULATE EXCEPTION HOURS (A week=Monday to Sunday)**

| | 24 THU | | 25 FRI | | 26 SAT | | 27 SUN | | 28 MON | | 29 TUE | | | | 30 WED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | 1630 | | 0815 | 1745 | 0845 | 1215 | | | 0845 | 1600 | 0815 | 1315 | 1345 | 1745 | 0800 | 0900 | 1500 | 1745 | | |

**CALCULATION OF EXCEPTION HOURS –**

- Enter Hours Worked (include carryover in week 1:
- If hours worked are more than 40, enter hours over 40 as Overtime:
- If hours are less than 40, enter as Absence W/O Pay:

| | WK1 | WK2 | WK3 (if necessary) |
|---|---|---|---|

- All hours worked are on a holiday, enter in Worked Holiday line for appropriate day.
- Enter each week's exception hours from this worksheet to the appropriate Sunday block on the front of this card. These exception hours will be paid the next pay period.
- Record borrowed hours and cost center to be charged on the front of the card. Borrowed Regular Hours cannot exceed Regular plus straight time. Borrowed overtime cannot exceed overtime worked.

**IBM Clock**
Hundredths Table
.00 through .07 = .00
.08 through .22 = .25
.23 through .37 = .50
.38 through .52 = .75
.53 through .59 = 1.00

**Simplex Clock**
Hundredths Table
.00 through .12 = .00
.13 through .37 = .25
.38 through .62 = .50
.63 through .87 = .75
.88 through .98 = 1.00

ESC - 7278



ESC - 7279



WEEKLY WORKSHEET TO CALCULATE EXCEPTION HOURS (A week=Monday to Sunday)

Enter Hours Worked (include carryover in week 1):

CALCULATION OF EXCEPTION HOURS –

If hours worked are more than 40, enter hours over 40 as Overtime.
If hours are less than 40, enter as Absence W/O Pay.

|  | WK1 | WK2 | WK3 (if necessary) |
|---|---|---|---|
|  | 40 | 40 |  |
|  | 1.75 | 1.25 |  |

If hours worked are on a holiday, enter in Worked Holiday line for a≀r. priate day.

Transfer each week's exception hours from this worksheet to the appropriate Sunday block on the front of this card. These exception hours will be paid the next pay period.

Record borrowed hours and cost center to be charged on the front of the card. Borrowed Regular Hours cannot exceed Regular plus straight time. Borrowed overtime cannot exceed overtime worked.

| | 09 FRI | | 10 SAT | | 11 SUN | | 12 MON | | 13 TUE | | 14 WED | | 15 THU | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IN/OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | 1200 | | 0845 | | | | vacation | | 0845 | | 0815 | | 0845 | | | |
| | 1230 | | 1215 | | | | hrs. | | 1145 | | 1145 | | 1800 | | | |
| | 1830 | | | | | | 7.5 | | 1215 | | | | 1530 | | | |
| | | | | | | | | | 1930 | | | | 1630 | | | |

**IBM Clock**
**Hundredths Table**
.00 through .07 = .00
.08 through .22 = .25
.23 through .37 = .50
.38 through .52 = .75
.53 through .59 = 1.00

**Simplex Clock**
**Hundredths Table**
.00 through .12 = .00
.13 through .37 = .25
.38 through .62 = .50
.63 through .87 = .75
.88 through .98 = 1.00

ESC - 7280

Employee Name and Location: ESCUDERO, ROXANNA L.

Employee No.: FLG-875-01-01

Company: 517884284   City/Branch/Unit: 805 00007590

Pay Period: 101698 - 103198

ll" 5 17884 284

NOV 6 - 1998
P.HOBO

**ESC - 7281**

**WEEKLY WORKSHEET TO CALCULATE EXCEPTION HOURS (A week=Monday to Sunday)**

Enter Hours Worked (include carryover in week 1):

CALCULATION OF EXCEPTION HOURS –
- If hours worked are more than 40, enter hours over 40 as Overtime:
- If hours are less than 40, enter as Absence W/O Pay:

|  | WK1 | WK2 | WK3 (if necessary) |
|---|---|---|---|
| Overtime: | 2.50 / 40 | 13 / 40 | 7.75 / 40 |
| | — | — | — |

All hours worked are on a holiday, enter in Worked Holiday line for appropriate day.
Transfer each week's exception hours from this worksheet to the appropriate Sunday block on the front of this card. These exception hours will be paid the next pay period.
Record borrowed hours and cost center to be charged on the front of the card. Borrowed Regular Hours cannot exceed Regular plus straight time. Borrowed overtime cannot exceed Regular worked.

| | 24 SAT | | 25 SUN | | 26 MON | | 27 TUE | | 28 WED | | 29 THU | | 30 FRI | | 31 SAT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN |
| | 1245 | | | | 0745 | 1145 | 0815 | 1415 | 0730 | 1130 | 0845 | 1145 | | | 0845 | 1230 |
| | | | | | 1215 | 1800 | 1730 | 2130 | 1200 | 1815 | 1215 | 1945 | | | 1515 | 1845 |

**IBM Clock**
**Hundredths Table**
.00 through .07 = .00
.08 through .22 = .25
.23 through .37 = .50
.38 through .52 = .75
.53 through .59 = 1.00

**Simplex Clock**
**Hundredths Table**
.00 through .12 = .00
.13 through .37 = .25
.38 through .62 = .50
.63 through .87 = .75
.88 through .98 = 1.00

ESC - 7282

**MARKING DIRECTIONS**

- Use pencil only.
- Make marks dark and heavy.
- Make sure the mark fills the oval.
- Erase carefully any answers you wish to change.
- Do not make extra marks on the form.

Correct: ●
Incorrect: ⊘ ⊗ ◐ ◑

```
LOCATION CODE: FL6-875-01-01
NAME: ROXANNA ESCUDERO
STANDARD HOURS:
TIME CAPTURE END DATE: 11/08/98
```

**SERIAL NUMBER**

**JOB REC. #**

**TIME CAPTURE END DATE**

Month    Day    Year

**ROUNDING RULES:**

| Minutes | | | Round to: |
|---|---|---|---|
| :00 | THROUGH | :07 | .00 |
| :08 | THROUGH | :22 | .25 |
| :23 | THROUGH | :37 | .50 |
| :38 | THROUGH | :52 | .75 |
| :53 | THROUGH | :59 | .00 |

| Hundredths | | | Round to: |
|---|---|---|---|
| .00 | THROUGH | .12 | .00 |
| .13 | THROUGH | .37 | .25 |
| .38 | THROUGH | .62 | .50 |
| .63 | THROUGH | .87 | .75 |
| .88 | THROUGH | .99 | .00 |

11 - 08 - 98

**BORROWED TIME**

Of the hours recorded on the opposite side, indicate how many were worked in other cost centers.
Also, indicate how many are borrowed overtime hours.

Co   —   Cost Center        HRS   MIN

Co   —   Cost Center        HRS   MIN

Co   —   Cost Center        HRS   MIN

Borrowed Hours

OVERTIME

Borrowed Hours

OVERTIME

Borrowed Hours

OVERTIME

**SUMMARY OF HOURS**

| 40 | + | | + | | + | | + | | = | 40 |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | | VACATION | | ILLNESS | | HOLIDAY | | OTHER | | TOTAL |

**DOCKED HOURS**
(To be completed by Supervisor)

HRS    MI

**FULL TIME (WHITE)**

| 9 | | |
|---|---|---|
| OVERTIME (TOTAL - 40) | HOLIDAY WORKED | DOCK (40 - TOTAL) |

954-748-8105

PHONE

ASSOCIATE SIGNATURE

11

INPUT
NOV 16 1998

SUPERVISOR SIGNATURE

REVIEWED

**ESC - 7283**

SCANTRON  CUSTOM FORM NO. F-12656-EAS-L    SCANTRON CORPORATION 1998 ALL RIGHTS RESERVED    PC2  3996-162-5 4 3 2 1    www.scantron.com

| | REGULAR HRS/MIN | VACATION HRS/MIN | ILLNESS HRS/MIN | HOLIDAY HRS/MIN | HOLIDAY WKD HRS/MIN | OTHER PAID TIME HRS/MIN |
|---|---|---|---|---|---|---|
| MON | 9 | | | | | |
| TUES | 10.75 | | | | | |
| WED | 3.50 | | | | | |
| THURS | 10 | | | | | |
| FRI | 8.5 | | | | | |
| SAT | 7.8 | | | | | |
| SUN | 0 | | | | | |
| TOTAL= | 49.00 | TOTAL= | TOTAL= | TOTAL= | TOTAL= | TOTAL= |

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| 8 | 11 | 11:30 | 5:30 | 7 | 1 | 1:30 | 7:15 | 8 | 11:30 | 8 | 2:30 | 3:00 | 6:30 | 7:45 | 2:45 | 4:30 | 6:02 | 7 | 2:15 | | |

ESC - 7284

Location Code: FL6 - 875 - 01 - 01

Name: Roxanna Escudero

Standard Hours: _____

Time Capture End Date: 11/22/98

**MARKING DIRECTIONS**
- Use pencil only.
- Make marks dark and heavy.
- Make sure the mark fills the oval.
- Erase carefully any answers you wish to change.
- Do not make extra marks on the booklet.

Correct: ●
Incorrect: ⊗ ⊙ ◐

**SERIAL NUMBER**

**JOB REC. #**

**TIME CAPTURE END DATE**

Month | Day | Year

11-22-98

**ROUNDING RULES:**

| Minutes | | Round to: |
|---|---|---|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|---|---|---|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

**BORROWED TIME**

Of the hours recorded on the opposite side, Indicate how many were worked in other cost centers.
Also, indicate how many are borrowed overtime hours.

Co - Cost Center | HRS MIN
Co - Cost Center | HRS MIN
Co - Cost Center | HRS MIN

Borrowed Hours

OVERTIME

**SUMMARY OF HOURS**

| 40 | + | | + | | + | | + | | = | 40 |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | | VACATION | | ILLNESS | | HOLIDAY | | OTHER | | TOTAL |

**DOCKED HOURS**
(To be completed by Supervisor)

HRS M

**FULL TIME (WHITE)**

| | | |
|---|---|---|
| OVERTIME (TOTAL - 40) | HOLIDAY WORKED | DOCK (40 - TOTAL) |

954-748-8105
PHONE

ASSOCIATE SIGNATURE

PHONE

SUPERVISOR SIGNATURE

REVIEWED

SCANTRON CUSTOM FORM NO. F-12666-EAS-L   SCANTRON CORPORATION 1958 ALL RIGHTS RESERVED   PC2 3998-162-5 4 3 2 1   www.scantron

ESC - 7285

| Day | REGULAR | VACATION | ILLNESS | HOLIDAY | HOLIDAY WKD | OTHER PAID TIME |
|-----|---------|----------|---------|---------|-------------|-----------------|
| MON | 8.25 | | | | | |
| TUES | 8.25 | | | | | |
| WED | 1.25 | | | | | |
| THURS | 8 | | | | | |
| FRI | 10 | | | | | |
| SAT | 4.25 | | | | | |
| SUN | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL= 40 | TOTAL= | TOTAL= | TOTAL= | TOTAL= | TOTAL= |

| | MONDAY | | | | TUESDAY | | | | WEDNESDAY | | | | THURSDAY | | | | FRIDAY | | | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | |
| 8:45 | 11:45 | 12:15 | 5:30 | 8:45 | 11:45 | 12:15 | 5:30 | | | | | 6:15 | 7:30 | 7:45 | 11:15 | 12:15 | 4:45 | 7:15 | 10:15 | 11:15 | 6:15 | 7:45 | 1:00 |

ESC QUT 7286



LOCATION CODE: FL6-S75-01-01
NAME: ROXANNA L ESCUDERO
STANDARD HOURS: 40.00
TIME CAPTURE END DATE: 11/29/1998

PLEASE DO NOT FOLD, STAPLE OR
MUTILATE TIME SHEET

**MARKING DIRECTIONS**
- Use pencil only.
- Make marks dark and heavy.
- Make sure the mark fills the oval.
- Erase carefully any answers you wish to change.
- Do not make extra marks on the booklet.

Correct:
Incorrect:

**SERIAL NUMBER**   **JOB REC. #**   **TIME CAPTURE END DATE**

Month   Day   Year

11-29-98

**ROUNDING RULES:**

| Minutes | | Round to: |
|---|---|---|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|---|---|---|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

**BORROWED TIME**

Of the hours recorded on the opposite side, indicate how many were worked in other cost centers.
Also, indicate how many are borrowed overtime hours.

Co  –  Cost Center    HRS  MIN
Co  –  Cost Center    HRS  MIN
Co  –  Cost Center    HRS  MIN

Borrowed Hours
OVERTIME

Borrowed Hours
OVERTIME

Borrowed Hours
OVERTIME

**SUMMARY OF HOURS**

| 33.25 | + | | + | 7.50 | + | | = | 40.75 |
|---|---|---|---|---|---|---|---|---|
| REGULAR | | VACATION | | ILLNESS | HOLIDAY | OTHER | | TOTAL |

**DOCKED HOURS**
(To be completed by Supervisor)
HRS                    M

**FULL TIME (WHITE)**

[X]

OVERTIME   HOLIDAY   DOCK
(TOTAL - 40)  WORKED  (40 - TOTAL)

954-748-8105
PHONE

ASSOCIATE SIGNATURE

11
PHONE

56703672

SUPERVISOR SIGNATURE

REVIEWED

**ESC - 7287**

SCANTRON  CUSTOM FORM NO. F-12666-EAS-L    SCANTRON CORPORATION 1996 ALL RIGHTS RESERVED    PC2  3998 162-5 4 3 2 1   www.scantron.com

|  | REGULAR | | VACATION | | ILLNESS | | HOLIDAY | | HOLIDAY WKD | | OTHER PAID TIME | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN |
| M O N | 8.5 | | | | | | | | | | | |
| T U E S | 9.75 | | | | | | | | | | | |
| W E D | 2 | | | | | | | | | | | |
| T H U R S | | | | | | | | | 7.50 | | | |
| F R I | 9.5 | | | | | | | | | | | |
| S A T | 3.5 | | | | | | | | | | | |
| S U N | | | | | | | | | | | | |

TOTAL=☐   TOTAL=☐   TOTAL=☐   TOTAL=☐   TOTAL=☐   TOTAL=☐

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | 8: | 11: | 12: | 5: | 8:5 | 11: | 11: | 6: | 8: | 10: | | | | |
| | 15 | 45 | 15 | 45 | | 15 | 45 | 30 | 45 | 45 | | | | |
| | | | | | | | 8:5 | 11: | 12: | 4: | 8: | 11: | 11: | 6: |
| | | | | | | | 45 | 15 | 45 | 15 | 15 | 45 | 15 | 45 |

ESC - 7288

LOCATION CODE: FL6-S75-01-01
NAME: Roxanna L Escudero
STANDARD HOURS: 40.00
TIME CAPTURE END DATE: 01/03/1999

SERIAL# MUST BE WRITTEN ON TIME SHEET
& CORRESPONDING CIRCLES FILLED IN.

## MARKING DIRECTIONS

- Use pencil only.
- Make marks dark and heavy.
- Make sure the mark fills the oval.
- Erase carefully any answers you wish to change.
- Do not make extra marks on the booklet.

Correct:
Incorrect:

### SERIAL NUMBER



JOB REC. #

### TIME CAPTURE END DATE

Month    Day    Year

01 - 03 - 99

## ROUNDING RULES:

| Minutes | | Round to: |
|---|---|---|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|---|---|---|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate how many were worked in other cost centers.
Also, indicate how many are borrowed overtime hours.



Co  -  Cost Center       HRS  MIN        Borrowed Hours        OVERTIME

Co  -  Cost Center       HRS  MIN        Borrowed Hours        OVERTIME

Co  -  Cost Center       HRS  MIN        Borrowed Hours        OVERTIME

## SUMMARY OF HOURS

33.75 REGULAR + [ ] VACATION + [ ] ILLNESS + 9.5 HOLIDAY + [ ] OTHER = 43.25 TOTAL

## FULL TIME (WHITE)

3.25 OVERTIME (TOTAL - 40)    [ ] HOLIDAY WORKED    [ ] DOCK (40 - TOTAL)

954-748-8105
PHONE


ASSOCIATE SIGNATURE

1/
PHONE

SUPERVISOR SIGNATURE

REVIEWED

### DOCKED HOURS
(To be completed by Supervisor)

HRS    M

ESC - 7289

SCANTRON  CUSTOM FORM NO. F-12666-EAS-L    SCANTRON CORPORATION 1998 ALL RIGHTS RESERVED    PC2 3998-162:5 4 3 2    www.scantron.com

| | REGULAR HRS MIN | VACATION HRS MIN | ILLNESS HRS MIN | HOLIDAY HRS MIN | HOLIDAY WKD HRS MIN | OTHER PAID TIME HRS MIN |
|---|---|---|---|---|---|---|
| **M O N** | 10.75 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| **T U E S** | 9.75 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| **W E D** | 1 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| **T H U R S** | 8.5 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| **F R I** | | DAILY TOTAL | DAILY TOTAL | 9.5 DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| **S A T** | 3.75 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| **S U N** | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |

| TOTAL= 33.5 | TOTAL= | TOTAL= | TOTAL= 9.5 | TOTAL= | TOTAL= 43.5 |
|---|---|---|---|---|---|

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | 7: 15 | 11: 15 | 11: 45 | 7: 30 | 8: 45 | 11: 15 | 7: 20 | 11: 00 | 12: 00 | 12: 15 | | | | 12: 30 | | |

ESC - 7290



**MARKING DIRECTIONS**

- Use pencil only.
- Make marks dark and heavy.
- Make sure the mark fills the oval.
- Erase carefully any answers you wish to change.
- Do not make extra marks on the booket.

Correct: ●

Incorrect: ⊘ ⊗ ⊙ ◑

TIME CAPTURE END DATE: 01/10/1999

**SERIAL NUMBER**

5 1 7 8 4 2 5 4

**JOB REC. #**

**TIME CAPTURE END DATE**

Month   Day   Year

**ROUNDING RULES:**

| Minutes | | Round to: |
|---|---|---|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|---|---|---|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

01 - 10 - 99

**BORROWED TIME**

Of the hours recorded on the opposite side, indicate how many were worked in other cost centers.
Also, indicate how many are borrowed overtime hours.

Co  -  Cost Center          HRS  MIN
Co  -  Cost Center          HRS  MIN
Co  -  Cost Center          HRS  MIN

Borrowed Hours
OVERTIME

Borrowed Hours
OVERTIME

Borrowed Hours
OVERTIME

**SUMMARY OF HOURS**

REGULAR + VACATION + ILLNESS + HOLIDAY + OTHER = TOTAL

43.5

**DOCKED HOURS**
(To be completed by Supervisor)
HRS   M

**FULL TIME (WHITE)**

3.5

OVERTIME (TOTAL - 40)   HOLIDAY WORKED   DOCK (40 - TOTAL)

954-748-8105

PHONE

4

PHONE

ASSOCIATE SIGNATURE

SUPERVISOR SIGNATURE

REVIEWED

**ESC - 7291**

SCANTRON   CUSTOM FORM NO. F-12666-EAS-L   SCANTRON CORPORATION 1996   ALL RIGHTS RESERVED   PC2 3998-162-5 4 3 2   www.scantron.com

**MONDAY**

| | REGULAR HRS / MIN | VACATION HRS / MIN | ILLNESS HRS / MIN | HOLIDAY HRS / MIN | HOLIDAY WKD HRS / MIN | OTHER PAID TIME HRS / MIN |
|---|---|---|---|---|---|---|
| MON | 9.25 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| TUES | 9 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| WED | 3 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| THURS | 9 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| FRI | 9.25 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| SAT | 4 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| SUN | | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |

TOTAL= 43.5    TOTAL=    TOTAL=    TOTAL=    TOTAL=    TOTAL=

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | 8: 15 | 11: 15 | 1: 45 | 6: 00 | 8: 00 | 11: 00 | 12: 00 | 6: 45 | 8: 00 | 11: 30 | 11: 20 | 5: 15 | 8: 15 | 11: 45 | 11: 00 | 6: 45 | 5: 45 | 12: 00 | | |

ESC-IN-7292

The image covers nearly the whole page - it's a Scantron time card form.



**MARKING DIRECTIONS**

- Use pencil only.
- Make marks dark and heavy.
- Make sure the mark fills the oval.
- Erase carefully any answers you wish to change.
- Do not make extra marks on the booklet.

Correct: ●
Incorrect: ⊘ ⊗ ◐

**SERIAL NUMBER**
51 2 8 8 4 2 8

**JOB REC. #**

**TIME CAPTURE END DATE**
Month Day Year

01 - 17 - 99

**ROUNDING RULES:**

| Minutes | | | Round to: |
|---|---|---|---|
| :00 | THROUGH | :07 | .00 |
| :08 | THROUGH | :22 | .25 |
| :23 | THROUGH | :37 | .50 |
| :38 | THROUGH | :52 | .75 |
| :53 | THROUGH | :59 | .00 |

| Hundredths | | | Round to: |
|---|---|---|---|
| .00 | THROUGH | .12 | .00 |
| .13 | THROUGH | .37 | .25 |
| .38 | THROUGH | .62 | .50 |
| .63 | THROUGH | .87 | .75 |
| .88 | THROUGH | .99 | .00 |

**BORROWED TIME**

Of the hours recorded on the opposite side, indicate how many were worked in other cost centers.
Also, indicate how many are borrowed overtime hours.

Co — Cost Center     HRS MIN    Borrowed Hours    OVERTIME

Co — Cost Center     HRS MIN    Borrowed Hours    OVERTIME

Co — Cost Center     HRS MIN    Borrowed Hours    OVERTIME

**SUMMARY OF HOURS**

40 REGULAR + ___ VACATION + ___ ILLNESS + ___ HOLIDAY + ___ OTHER = 40 TOTAL

**FULL TIME (WHITE)**

___ OVERTIME (TOTAL - 40)   ___ HOLIDAY WORKED   ___ DOCK (40 - TOTAL)

954-743-8105
PHONE

ASSOCIATE SIGNATURE

PHONE

SUPERVISOR SIGNATURE

REVIEWED

**DOCKED HOURS**
(To be completed by Supervisor)
HRS   M

**ESC - 7293**

SCANTRON CUSTOM FORM NO. F-12666-EAS-L   SCANTRON CORPORATION 1996 ALL RIGHTS RESERVED   PC2 3998-162 5 4 3 2   www.scantron.com

| | REGULAR | | VACATION | | ILLNESS | | HOLIDAY | | HOLIDAY WKD | | OTHER PAID TIME | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN |
| **MON** | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | 8.75 | | | | | | | | | | |
| | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL |
| **TUES** | | | | | | | | | | | | |
| | | 8.25 | | | | | | | | | | |
| | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL |
| **WED** | | | | | | | | | | | | |
| | | off | | | | | | | | | | |
| | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL |
| **THURS** | | | | | | | | | | | | |
| | | 9.5 | | | | | | | | | | |
| | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL |
| **FRI** | | | | | | | | | | | | |
| | | 9.5 | | | | | | | | | | |
| | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL |
| **SAT** | | | | | | | | | | | | |
| | | 4 | | | | | | | | | | |
| | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL |
| **SUN** | | | | | | | | | | | | |
| | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL |

TOTAL=40   TOTAL=   TOTAL=   TOTAL=   TOTAL=   TOTAL=

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | 7: | 11: | 7: | 2: | | Off | 8: | 11: 11: | 6: | 7: | 11: 11: | 6: | 2: | 12: | |
| | | | | | | | 15 | 15 45 | | 15 | 15 45 | 15 | 45 | 4: | |

ESC OUT 7294

```
LOCATION: FL6-875-01-01
TIME CAPTURE END DATE IS ALWAYS SUNDAY
STD HRS= STANDARD HOURS

NAME: Escudero, Roxanna L
STD HRS: 040.00          000-517884284
USE 01/31/99 AS TIME CAPTURE END DATE.
```

**MARKING DIRECTIONS**

- Use pencil only.
- Make marks dark and heavy.
- Make sure the mark fills the oval.
- Erase carefully any answers you wish to change.
- Do not make extra marks on the booklet.

Correct:

Incorrect:

**SERIAL NUMBER**     **JOB REC. #**     **TIME CAPTURE END DATE**



Month  Day  Year

**ROUNDING RULES:**

| Minutes | | Round to: |
|---|---|---|
| :00 THROUGH :07 | | .00 |
| :08 THROUGH :22 | | .25 |
| :23 THROUGH :37 | | .50 |
| :38 THROUGH :52 | | .75 |
| :53 THROUGH :59 | | .00 |

| Hundredths | | Round to: |
|---|---|---|
| .00 THROUGH .12 | | .00 |
| .13 THROUGH .37 | | .25 |
| .38 THROUGH .62 | | .50 |
| .63 THROUGH .87 | | .75 |
| .88 THROUGH .99 | | .00 |



01 - 31 - 99

**BORROWED TIME**

Of the hours recorded on the opposite side, indicate how many were worked in other cost centers.
Also, indicate how many are borrowed overtime hours.

| Co - Cost Center | | Co - Cost Center | | Co - Cost Center | |
|---|---|---|---|---|---|
| | HRS MIN | | HRS MIN | | HRS MIN |
| Borrowed Hours | | Borrowed Hours | | Borrowed Hours | |
| OVERTIME | | OVERTIME | | OVERTIME | |

**SUMMARY OF HOURS**

|40|  +  | |  +  | |  +  | |  +  | |  =  |40|
|---|---|---|---|---|---|---|---|---|---|---|
|REGULAR| |VACATION| |ILLNESS| |HOLIDAY| |OTHER| |TOTAL|

**DOCKED HOURS**
(To be completed by Supervisor)

HRS    M

**FULL TIME (WHITE)**



| | | |
|---|---|---|
| OVERTIME | HOLIDAY | DOCK |
| (TOTAL - 40) | WORKED | (40 - TOTAL) |

954-748-8105

PHONE

ASSOCIATE SIGNATURE

PHONE

SUPERVISOR SIGNATURE

REVIEWED

**ESC - 7295**

| Day | REGULAR HRS/MIN | VACATION HRS/MIN | ILLNESS HRS/MIN | HOLIDAY HRS/MIN | HOLIDAY WKD HRS/MIN | OTHER PAID TIME HRS/MIN |
|---|---|---|---|---|---|---|
| MON | 10.5 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| TUES | 8 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| WED | OFF | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| THURS | 8 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| FRI | 9.5 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| SAT | 4 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| SUN | | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |

TOTAL=☐   TOTAL=☐   TOTAL=☐   TOTAL=☐   TOTAL=☐   TOTAL=☐

| | MONDAY | | | | TUESDAY | | | | WEDNESDAY | | | | THURSDAY | | | | FRIDAY | | | | SATURDAY | | | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | |
| | | 12 | 12 | | 8 | | 11 | 4 | OFF | | | | 8 | 11 | 12 | 5 | | 12 | 12 | | | | | | | ESC | 7296 |
| | 45 | | | | 15 | 15 | 45 | 45 | | | | | 45 | 45 | | 15 | | | | | | | | | | OUT | |

LOCATION: FL6-875-01-01
TIME CAPTURE END DATE IS ALWAYS SUNDAY
STD HRS- STANDARD HOURS

NAME: Escudero, Roxanna L
STD HRS: 040.00        000-517084284
USE 02/14/99 AS TIME CAPTURE END DATE.

### MARKING DIRECTIONS

- Use pencil only.
- Make marks dark and heavy.
- Make sure the mark fills the oval.
- Erase carefully any answers you wish to change.
- Do not make extra marks on the booklet.

Correct: ●
Incorrect: ⊘ ⊗ ◯ 



**SERIAL NUMBER**   **JOB REC. #**   **TIME CAPTURE END DATE**

Month   Day   Year

02 - 14 - 99

### ROUNDING RULES:

| Minutes | | Round to: |
|---|---|---|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|---|---|---|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

#### BORROWED TIME

Of the hours recorded on the opposite side, indicate how many were worked in other cost centers.
Also, indicate how many are borrowed overtime hours.



| Co  –  Cost Center | HRS  MIN | Co  –  Cost Center | HRS  MIN | Co  –  Cost Center | HRS  MIN |
|---|---|---|---|---|---|

Borrowed Hours     Borrowed Hours     Borrowed Hours
OVERTIME           OVERTIME           OVERTIME

#### SUMMARY OF HOURS



| 43.75 | + | | + | | + | | + | | = | 43.75 |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | | VACATION | | ILLNESS | | HOLIDAY | | OTHER | | TOTAL |

**DOCKED HOURS**
(To be completed by Supervisor)

### FULL TIME (WHITE)



954-748-8105
PHONE

OVERTIME    HOLIDAY    DOCK
(TOTAL - 40)  WORKED  (40 - TOTAL)

ASSOCIATE SIGNATURE

PHONE

SUPERVISOR SIGNATURE

REVIEWED

**ESC - 7297**

| | REGULAR | | VACATION | | ILLNESS | | HOLIDAY | | HOLIDAY WKD | | OTHER PAID TIME | |
| | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN |

**MON** — DAILY TOTAL: 12

**TUES** — DAILY TOTAL: 8

**WED** — DAILY TOTAL: 1

**THURS** — DAILY TOTAL: 9

**FRI** — DAILY TOTAL: 9.75

**SAT** — DAILY TOTAL: 3.5

**SUN** — DAILY TOTAL: (blank)

TOTAL= 43.25  |  TOTAL= ☐  |  TOTAL= ☐  |  TOTAL= ☐  |  TOTAL= ☐  |  TOTAL= ☐

ESC-7298

| | MONDAY | | | | TUESDAY | | | | WEDNESDAY | | | | THURSDAY | | | | FRIDAY | | | | SATURDAY | | | | SUNDAY | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | 8: | 11: | 11: | 8: | 8: | 11: | 12: | 5: | 6: | 7: | Bus. | | 8: | 11: | 12: | 6: | 8: | 11: | 11: | 6: | 8: | 12: | | | | | | |
| | 15 | 15 | 45 | 45 | 30 | 30 | 00 | 00 | 30 | 30 | Bus Phone | | 30 | 30 | 00 | 00 | 15 | 15 | 45 | 30 | 45 | 15 | | | | | | |

Location Code:

LOCATION: FL6-875-01-01
TIME CAPTURE END DATE IS ALWAYS SUNDAY
STD HRS= STANDARD HOURS

NAME: Escudero, Roxanna L.
STD HRS: 040.00        000-517884284
USE 02/21/99 AS TIME CAPTURE END DATE.

## MARKING DIRECTIONS

- Use pencil only.
- Make marks dark and heavy.
- Make sure the mark fills the oval.
- Erase carefully any answers you wish to change.
- Do not make extra marks on the booklet.

Correct:  ●

Incorrect:



02 - 21 - 99

## BORROWED TIME

Of the hours recorded on the opposite side, indicate how many were worked in other cost centers.
Also, indicate how many are borrowed overtime hours.



## SUMMARY OF HOURS

| 37 | + | | + | | + | 75 | + | | = | 44.5 |
| REGULAR | | VACATION | | ILLNESS | | HOLIDAY | | OTHER | | TOTAL |

DOCKED HOURS
(To be completed by Supervisor)

**FULL TIME (WHITE)**

954-748-8105        PHONE

4.5  OVERTIME (TOTAL - 40)  |  HOLIDAY WORKED  |  DOCK (40 - TOTAL)

PHONE        ASSOCIATE SIGNATURE

4        SUPERVISOR SIGNATURE

● REVIEWED

**ESC - 7299**



| | MONDAY | | | | TUESDAY | | | | WEDNESDAY | | | | THURSDAY | | | | FRIDAY | | | | SATURDAY | | | | SUNDAY | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | Holiday | | | | 8:00 | 12:00 | | | / 8:00 | 12:00 | 12:30 | 5:30 | 8:00 | 11:00 | 11:30 | 6:30 | 8:00 | 11:00 | 11:30 | 6:30 | 8:45 | 12:45 | | | | | | |

**ESC - 7300**

## Location Code:

LOCATION: FL6-875-01-01
TIME CAPTURE END DATE IS ALWAYS SUNDAY
STD HRS= STANDARD HOURS

NAME: Escudero, Roxanna L
STD HRS: 040.00          000-517884284
USE 03/07/99 AS TIME CAPTURE END DATE.

### MARKING DIRECTIONS

- Use pencil only.
- Make marks dark and heavy
- Make sure the mark fills the oval
- Erase carefully any answers you wish to change.
- Do not make extra marks on the form.

Correct:
Incorrect:

**SERIAL NUMBER**    JOB REC. #    **TIME CAPTURE END DATE**

Month  Day  Year

03 - 07 -99

### ROUNDING RULES:

| Minutes | | Round to: |
|---|---|---|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|---|---|---|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

### BORROWED TIME

Of the hours recorded on the opposite side, indicate how many were worked in other cost centers.
Also, indicate how many are borrowed overtime hours.

Co  -  Cost Center          HRS  MIN
Co  -  Cost Center          HRS  MIN
Co  -  Cost Center          HRS  MIN

Borrowed Hours    Borrowed Hours    Borrowed Hours
OVERTIME    OVERTIME    OVERTIME

### SUMMARY OF HOURS

**44.5** REGULAR + ☐ VACATION + ☐ ILLNESS + ☐ HOLIDAY + ☐ OTHER = **44S** TOTAL

**FULL TIME (WHITE)**

**4.5** OVERTIME (TOTAL - 40)    ☐ HOLIDAY WORKED    ☐ DOCK (40 - TOTAL)

954-748-8105
PHONE
//
PHONE

ASSOCIATE SIGNATURE

SUPERVISOR SIGNATURE

REVIEWED

### DOCKED HOURS
(To be completed by Supervisor)
HRS

**ESC - 7301**

SCANTRON CUSTOM FORM NO. F-12666-EAS-L    SCANTRON CORPORATION 1993 ALL RIGHTS RESERVED    PC2 3998 162 5 4 3 2    www.scantron.com



| | REGULAR | | VACATION | | ILLNESS | | HOLIDAY | | HOLIDAY WKD | | OTHER PAID TIME | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN |
| M O N | | 7.5 | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL |
| T U E S | | 7.5 | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL |
| W E D | | 4.5 | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL |
| T H U R S | | 10 | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL |
| F R I | | 10.5 | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL |
| S A T | | 4.5 | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL |
| S U N | | | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL |

TOTAL= 44.5    TOTAL=    TOTAL=    TOTAL=    TOTAL=    TOTAL=

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | 8:30 | 11:30 | 12:00 | 4:30 | 8:30 | 11:30 | 12:00 | 4:30 | 8:00 | 12:30 | | | 8:30 | 11:30 | 12:7:00 | | 8:30 | 2:15 | 2:15 | 7:30 | 8:00 | 1: | | |

ESC -7302



LOCATION: FL6-875-01-01
TIME CAPTURE END DATE IS ALWAYS SUNDAY
STD HRS= STANDARD HOURS

NAME: Escudero, Roxanna L
STD HRS: 040.00      000-517884284
USE 03/14/99 AS TIME CAPTURE END DATE.

**MARKING DIRECTIONS**

- Use pencil only.
- Make marks dark and heavy.
- Make sure the mark fills the oval.
- Erase carefully any answers you wish to change.
- Do not make extra marks on the docket.

Correct:
Incorrect:

**SERIAL NUMBER**    **JOB REC. #**    **TIME CAPTURE END DATE**

5 1 7 8 8 4 2 8 4

Month   Day   Year

03 - 14 - 99

**ROUNDING RULES:**

| Minutes | | Round to: |
|---|---|---|
| :00 THROUGH :07 | | .00 |
| :08 THROUGH :22 | | .25 |
| :23 THROUGH :37 | | .50 |
| :38 THROUGH :52 | | .75 |
| :53 THROUGH :59 | | .00 |

| Hundredths | | Round to: |
|---|---|---|
| .00 THROUGH .12 | | .00 |
| .13 THROUGH .37 | | .25 |
| .38 THROUGH .62 | | .50 |
| .63 THROUGH .87 | | .75 |
| .88 THROUGH .99 | | .00 |

**BORROWED TIME**

Of the hours recorded on the opposite side, indicate how many were worked in other cost centers.
Also, indicate how many are borrowed overtime hours.

Co — Cost Center     HRS MIN

Borrowed Hours

OVERTIME

Co — Cost Center     HRS MIN

Borrowed Hours

OVERTIME

Co — Cost Center     HRS MIN

Borrowed Hours

OVERTIME

**SUMMARY OF HOURS**

43.5 REGULAR + ☐ VACATION + ☐ ILLNESS + ☐ HOLIDAY + ☐ OTHER = 43.5 TOTAL

**DOCKED HOURS**
(To be completed by Supervisor)
HRS    M

**FULL TIME (WHITE)**

☐ OVERTIME (TOTAL - 40)    ☐ HOLIDAY WORKED    ☐ DOCK (40 - TOTAL)

954-748-8105
PHONE

ASSOCIATE SIGNATURE

PHONE

SUPERVISOR SIGNATURE

REVIEWED

**ESC - 7303**

| Day | REGULAR | VACATION | ILLNESS | HOLIDAY | HOLIDAY WKD | OTHER PAID TIME |
|---|---|---|---|---|---|---|
| MON | 8 | | | | | |
| TUES | 3.5 | | | | | |
| WED | 8 | | | | | |
| THURS | 9.5 | | | | | |
| FRI | 10 | | | | | |
| SAT | 4.5 | | | | | |
| SUN | | | | | | |

TOTAL= 43.5    TOTAL=    TOTAL=    TOTAL=    TOTAL=    TOTAL=

| | MONDAY | | | TUESDAY | | WEDNESDAY | | THURSDAY | | | | FRIDAY | | | | SATURDAY | | SUNDAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN |
| 8:30 | 11:30 | 12:00 | 5:00 | 8:30 | 12:00 | / | | 8:30 | 11:30 | 12:00 | 5:00 | 8:30 | 11:15 | 11:45 | 6:45 | 8:30 | 11:00 | |

ESC OUT 7304

LOCATION: FLA-875-01-01
TIME CAPTURE END DATE IS ALWAYS SUNDAY
STD HRS= STANDARD HOURS

NAME: Escudero, Roxanna L
STD HRS:040.00        000-517884284
USE 03/21/99 AS TIME CAPTURE END DATE.

### MARKING DIRECTIONS

- Use pencil only.
- Make marks dark and heavy.
- Make sure the mark fills the oval.
- Erase carefully any answers you wish to change.
- Do not make extra marks on the docket.

Correct: ●
Incorrect: ⊘ ⊗ ⊖

**SERIAL NUMBER**   **JOB REC. #**   **TIME CAPTURE END DATE**



| | Month | Day | Year |
|---|---|---|---|

03 - 21 - 99

### ROUNDING RULES:

| Minutes | | Round to: |
|---|---|---|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|---|---|---|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

### BORROWED TIME

Of the hours recorded on the opposite side, indicate how many were worked in other cost centers.
Also, indicate how many are borrowed overtime hours.



Borrowed Hours

OVERTIME

### SUMMARY OF HOURS



| 41.50 | + | | + | | + | | + | | = | 41.50 |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | | VACATION | | ILLNESS | | HOLIDAY | | OTHER | | TOTAL |

**DOCKED HOURS**
(To be completed by Supervisor)

### FULL TIME (WHITE)

| 1.50 | | | 954-748-8105 |
|---|---|---|---|
| OVERTIME (TOTAL - 40) | HOLIDAY WORKED | DOCK (40 - TOTAL) | PHONE |

ASSOCIATE SIGNATURE

11

PHONE

SUPERVISOR SIGNATURE

REVIEWED

## ESC - 7305

SCANTRON  CUSTOM FORM NO. F-12666-EAS-L    SCANTRON CORPORATION 1994 ALL RIGHTS RESERVED    PC2  3998-162-5 4 3 2    www.scantron.com

| | REGULAR | | VACATION | | ILLNESS | | HOLIDAY | | HOLIDAY WKD | | OTHER PAID TIME | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN |
| **M O N** | 8 | | | | | | | | | | | |
| **T U E S** | 8 | | | | | | | | | | | |
| **W E D** | 8 | | | | | | | | | | | |
| **T H U R S** | 8 | | | | | | | | | | | |
| **F R I** | 9.5 | | | | | | | | | | | |
| **S A T** | | | | | | | | | | | | |
| **S U N** | | | | | | | | | | | | |

TOTAL = 41.3   TOTAL=   TOTAL=   TOTAL=   TOTAL=   TOTAL=

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | 7:30 | 11:30 | 12:00 | 5:00 | 8:30 | 11:30 | 12:00 | 5: | 8:30 | 11: | 12: | 5: | 8: | 12: | 5: |

ESC - 7306

LOCATION: FL6-875-01-01
TIME CAPTURE END DATE IS ALWAYS SUNDAY
STD HRS= STANDARD HOURS

NAME: Escudero, Roxanna L
STD HRS:040.00    000-517884284
USE 03/28/99 AS TIME CAPTURE END DATE.

## MARKING DIRECTIONS

- Use pencil only.
- Make marks dark and heavy.
- Make sure the mark fills the oval.
- Erase carefully any answers you wish to change.
- Do not make extra marks on the pocket.

Correct: ●
Incorrect: ⊘ ⊗ ◖

**SERIAL NUMBER**

5 1 9 3 4 2 8 4

**JOB REC. #**

**TIME CAPTURE END DATE**

| Month | Day | Year |
|-------|-----|------|

03 - 28 - 99

### ROUNDING RULES:

| Minutes | | Round to: |
|---------|---|-----------|
| :00 THROUGH :07 | | .00 |
| :08 THROUGH :22 | | .25 |
| :23 THROUGH :37 | | .50 |
| :38 THROUGH :52 | | .75 |
| :53 THROUGH :59 | | .00 |

| Hundredths | | Round to: |
|-----------|---|-----------|
| .00 THROUGH .12 | | .00 |
| .13 THROUGH .37 | | .25 |
| .38 THROUGH .62 | | .50 |
| .63 THROUGH .87 | | .75 |
| .88 THROUGH .99 | | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate how many were worked in other cost centers.
Also, indicate how many are borrowed overtime hours.

| Co - Cost Center | HRS MIN |
|---|---|

Borrowed Hours

OVERTIME

| Co - Cost Center | HRS MIN |
|---|---|

Borrowed Hours

OVERTIME

| Co - Cost Center | HRS MIN |
|---|---|

Borrowed Hours

OVERTIME

## SUMMARY OF HOURS

34.5 REGULAR + ☐ VACATION + 9 ILLNESS + ☐ HOLIDAY + ☐ OTHER = 43.5 TOTAL

**DOCKED HOURS**
(To be completed by Supervisor)

FULL TIME (WHITE)

3.5 OVERTIME (TOTAL - 40)    ☐ HOLIDAY WORKED    ☐ DOCK (40 - TOTAL)

954-748-8105
PHONE

_Rick Leon_
ASSOCIATE SIGNATURE

11
PHONE

SUPERVISOR SIGNATURE

REVIEWED

## ESC - 7307

| | REGULAR | | VACATION | | ILLNESS | | HOLIDAY | | HOLIDAY WKD | | OTHER PAID TIME | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN |
| **MON** | | | | | | | | | | | | |
| | | 7.5 | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL |
| **TUES** | | 7.5 | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL |
| **WED** | | 7.5 | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL |
| **THURS** | | 7.5 | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL |
| **FRI** | | | | DAILY TOTAL | | 9 DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL |
| **SAT** | | 4.5 | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL |
| **SUN** | | | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL |

TOTAL = 34.5    TOTAL =     TOTAL = 9    TOTAL =     TOTAL =     TOTAL = 43.5

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | 8:30 | 11:30 | 12:00 | 4:30 | 8:30 | 11:30 | 12:00 | 3: | 8:30 | 11:30 | 12:00 | 4:20 | 9: | 11:30 | 12:00 | 4:30 | 8:15 | 6:15 | 1 hr. lunch | 8:30 | 1: 00 | | |

ESC - 7308

LOCATION: [illegible]
TIME CAPTURE END [illegible] [illegible]
STD REC   STANDARD [illegible]

NAME: ESCOBARO, [illegible] L
STD HRS:40.00        [illegible]
USE 04/11/99 AS TIME CAPTURE END DATE.

## MARKING DIRECTIONS

- Use pencil only.
- Make marks dark and heavy.
- Make sure the mark fills the oval.
- Erase carefully any answers you wish to change.
- Do not make extra marks on the booklet.

Correct: ⬭⬭●⬭⬭
Incorrect: ⊘⊗⊖⬭

### SERIAL NUMBER

5 7 8 8 4 2 3 4

### JOB REC. #

### TIME CAPTURE END DATE

| Month | Day | Year |
|-------|-----|------|

04 - 11 - 99

### ROUNDING RULES:

| Minutes | | Round to: |
|---------|--|-----------|
| :00 THROUGH :07 | | .00 |
| :08 THROUGH :22 | | .25 |
| :23 THROUGH :37 | | .50 |
| :38 THROUGH :52 | | .75 |
| :53 THROUGH :59 | | .00 |

| Hundredths | | Round to: |
|------------|--|-----------|
| .00 THROUGH .12 | | .00 |
| .13 THROUGH .37 | | .25 |
| .38 THROUGH .62 | | .50 |
| .63 THROUGH .87 | | .75 |
| .88 THROUGH .99 | | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate how many were worked in other cost centers.
Also, indicate how many are borrowed overtime hours.

| Co | – | Cost Center | HRS | MIN |
|----|---|-------------|-----|-----|

Borrowed Hours

OVERTIME

| Co | – | Cost Center | HRS | MIN |
|----|---|-------------|-----|-----|

Borrowed Hours

OVERTIME

| Co | – | Cost Center | HRS | MIN |
|----|---|-------------|-----|-----|

Borrowed Hours

OVERTIME

## SUMMARY OF HOURS

40 REGULAR + ___ VACATION + ___ ILLNESS + ___ HOLIDAY + ___ OTHER = 40 TOTAL

### DOCKED HOURS
(To be completed by Supervisor)

HRS    M

## FULL TIME (WHITE)

___ OVERTIME (TOTAL - 40)    ___ HOLIDAY WORKED    ___ DOCK (40 - TOTAL)

954-748-8165
PHONE

ASSOCIATE SIGNATURE

/ /
PHONE

SUPERVISOR SIGNATURE

● REVIEWED

**ESC - 7309**

SCANTRON  CUSTOM FORM NO. F-12666-EAS-L    SCANTRON CORPORATION ALL RIGHTS RESERVED    PC2  3998 162-5 + 3    www.scantron.com

|       | REGULAR HRS / MIN | VACATION HRS / MIN | ILLNESS HRS / MIN | HOLIDAY HRS / MIN | HOLIDAY WKD HRS / MIN | OTHER PAID TIME HRS / MIN |
|-------|-------|-------|-------|-------|-------|-------|
| MON   | 9.5 DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| TUES  | 9.5 DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| WED   | 0?? DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| THURS | 9.5 DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| FRI   | 11.5 DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| SAT   | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| SUN   | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |

TOTAL= 50   TOTAL=☐   TOTAL=☐   TOTAL=☐   TOTAL=☐   TOTAL= 40

|       | MONDAY |      | TUESDAY |      | WEDNESDAY |      | THURSDAY |      | FRIDAY |      | SATURDAY |      | SUNDAY |      |
|-------|--------|------|---------|------|-----------|------|----------|------|--------|------|----------|------|--------|------|
|       | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
|       | 8 | 11:30 | 6 | 8 | 11:30 | 6 | | | 8 | 11:30 | 6 | 8 | 0 / MS | 8 / 10 | personal DAY |  |

ESC - 7310

**LOCATION: FL6-875-01-01**
TIME CAPTURE END DATE IS ALWAYS SUNDAY
STD HRS= STANDARD HOURS

**NAME: Escudero, Roxanna L**
STD HRS:040.00        000-5178842840
USE 04/18/99 AS TIME CAPTURE END DATE.



**MARKING DIRECTIONS**

| SERIAL NUMBER | JOB REC. # | TIME CAPTURE END DATE | | | ROUNDING RULES: |
|---|---|---|---|---|---|

**TIME CAPTURE END DATE**

| Month | Day | Year |
|---|---|---|

04 - 18 - 99

**ROUNDING RULES:**

| Minutes | | Round to: |
|---|---|---|
| :00 | THROUGH :07 | .00 |
| :08 | THROUGH :22 | .25 |
| :23 | THROUGH :37 | .50 |
| :38 | THROUGH :52 | .75 |
| :53 | THROUGH :59 | .00 |

| Hundredths | | Round to: |
|---|---|---|
| .00 | THROUGH .12 | .00 |
| .13 | THROUGH .37 | .25 |
| .38 | THROUGH .62 | .50 |
| .63 | THROUGH .87 | .75 |
| .88 | THROUGH .99 | .00 |

**BORROWED TIME**

Of the hours recorded on the opposite side, indicate how many were worked in other cost centers.
Also, indicate how many are borrowed overtime hours.



| Co - Cost Center | HRS MIN | Co - Cost Center | HRS MIN | Co - Cost Center | HRS MIN |
|---|---|---|---|---|---|

Borrowed Hours          Borrowed Hours          Borrowed Hours

OVERTIME          OVERTIME          OVERTIME

**SUMMARY OF HOURS**

| 40 | + | | + | | + | | + | | = | 40 |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | | VACATION | | ILLNESS | | HOLIDAY | | OTHER | | TOTAL |



**DOCKED HOURS**
(To be completed by Supervisor)

**FULL TIME (WHITE)**

| | | |
|---|---|---|
| OVERTIME (TOTAL - 40) | HOLIDAY WORKED | DOCK (40 - TOTAL) |

954-748-8105
PHONE                    ASSOCIATE SIGNATURE

11
PHONE                    SUPERVISOR SIGNATURE

REVIEWED

**ESC - 7311**

SCANTRON  CUSTOM FORM NO. F-12666-EAS-L    SCANTRON CORPORATION 1998 ALL RIGHTS RESERVED    PC2  3998-162-5 4    www.scantron.com

|  | REGULAR | | VACATION | | ILLNESS | | HOLIDAY | | HOLIDAY WKD | | OTHER PAID TIME | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN |
| **MON** | | 7.5 | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL |
| **TUES** | | 7.5 | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL |
| **WED** | | 5.5 | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL |
| **THURS** | | 7.5 | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL |
| **FRI** | | 9 | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL |
| **SAT** | | 3 | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL |
| **SUN** | | | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL |

TOTAL= 40   TOTAL=    TOTAL=    TOTAL=    TOTAL=    TOTAL=

| | MONDAY | | | TUESDAY | | | WEDNESDAY | | | THURSDAY | | | FRIDAY | | | SATURDAY | | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| 7.5 | | | | 7.5 | | | | 5.5 | | | | 7.5 | | | | 9 | | | | 3 | |

ESC 7312

LOCATION: FL6-875-01-01
TIME CAPTURE END DATE IS ALWAYS SUNDAY
STD HRS= STANDARD HOURS

NAME: Escudero, Roxanna L
STD HRS:40.00          000-517884284
USE 04/25/99 AS TIME CAPTURE END DATE.

**MARKING DIRECTIONS**





**SERIAL NUMBER**



**JOB REC. #**

**TIME CAPTURE END DATE**

| Month | Day | Year |
|-------|-----|------|

04-25-99

**ROUNDING RULES:**

| Minutes | | Round to: |
|---------|---|-----------|
| :00 THROUGH :07 | | .00 |
| :08 THROUGH :22 | | .25 |
| :23 THROUGH :37 | | .50 |
| :38 THROUGH :52 | | .75 |
| :53 THROUGH :59 | | .00 |

| Hundredths | | Round to: |
|------------|---|-----------|
| .00 THROUGH .12 | | .00 |
| .13 THROUGH .37 | | .25 |
| .38 THROUGH .62 | | .50 |
| .63 THROUGH .87 | | .75 |
| .88 THROUGH .99 | | .00 |

**BORROWED TIME**

Of the hours recorded on the opposite side, indicate how many were worked in other cost centers.
Also, indicate how many are borrowed overtime hours.



| Co — Cost Center | HRS MIN | Co — Cost Center | HRS MIN | Co — Cost Center | HRS MIN |
|---|---|---|---|---|---|

Borrowed Hours          Borrowed Hours          Borrowed Hours

OVERTIME                OVERTIME                OVERTIME

**SUMMARY OF HOURS**



| 4D | + | | + | | + | | + | | = | 40 |
|----|---|---|---|---|---|---|---|---|---|----|
| REGULAR | | VACATION | | ILLNESS | | HOLIDAY | | OTHER | | TOTAL |

**DOCKED HOURS**
(To be completed by Supervisor)

**FULL TIME (WHITE)**

| | | | 954-748-8105 |
|---|---|---|---|
| OVERTIME (TOTAL - 40) | HOLIDAY WORKED | DOCK (40 - TOTAL) | PHONE |

ASSOCIATE SIGNATURE

PHONE

SUPERVISOR SIGNATURE

REVIEWED

**ESC - 7313**

SCANTRON  CUSTOM FORM NO. F-12666-EAS-L   SCANTRON CORPORATION 1998 ALL RIGHTS RESERVED   PC2 3998-162-5 4   www.scantron.com

| | REGULAR HRS / MIN | VACATION HRS / MIN | ILLNESS HRS / MIN | HOLIDAY HRS / MIN | HOLIDAY WKD HRS / MIN | OTHER PAID TIME HRS / MIN |
|---|---|---|---|---|---|---|
| **MON** | 7.5 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| **TUES** | 7.5 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| **WED** | 3 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| **THURS** | 7.5 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| **FRI** | 9.5 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| **SAT** | 5 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| **SUN** | | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |

TOTAL = 40   TOTAL = [ ]   TOTAL = [ ]   TOTAL = [ ]   TOTAL = [ ]   TOTAL = [ ]

| | MONDAY | | | | TUESDAY | | | | WEDNESDAY | | | | THURSDAY | | | | FRIDAY | | | | SATURDAY | | | | SUNDAY | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | 8:45 | 11:45 | 12:15 | 4:45 | 8:45 | 11:45 | 12:15 | 4:45 | 8:45 | 11:45 | | | 8:45 | 11:45 | 12:15 | 4:45 | 8:15 | 12:15 | 1:00 | 6:30 | 8:-30 | 11:30 | | | | | | |

ESC - 7314



LOCATION: FLS-079-01-01
TIME CAPTURE END DATE IS ALWAYS SUNDAY
STD HRS- STANDARD HOURS

NAME: Escudero, Roxanne L
STD HRS:040.00        000-517684284
USE 05/02/99 AS TIME CAPTURE END DATE.

## MARKING DIRECTIONS

Use pencil only.
Make marks dark and heavy.
Make sure the mark fills the oval.
Erase cleanly any marks you wish to change.
Do not make marks in the white areas.

Correct ⬤
Incorrect ⊘⊗⊙

### SERIAL NUMBER

51 8 4 8

### JOB REC. #

### TIME CAPTURE END DATE

| Month | Day | Year |
|---|---|---|

05 - 02 - 99

### ROUNDING RULES:

| Minutes | | Round to: |
|---|---|---|
| :00 | THROUGH :07 | .00 |
| :08 | THROUGH :22 | .25 |
| :23 | THROUGH :37 | .50 |
| :38 | THROUGH :52 | .75 |
| :53 | THROUGH :59 | .00 |

| Hundredths | | Round to: |
|---|---|---|
| .00 | THROUGH .12 | .00 |
| .13 | THROUGH .37 | .25 |
| .38 | THROUGH .62 | .50 |
| .63 | THROUGH .87 | .75 |
| .88 | THROUGH .99 | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate how many were worked in other cost centers.
Also, indicate how many are borrowed overtime hours.

| Co – Cost Center | HRS MIN |
|---|---|
| | |

Borrowed Hours

OVERTIME

| Co – Cost Center | HRS MIN |
|---|---|

Borrowed Hours

OVERTIME

| Co – Cost Center | HRS MIN |
|---|---|

Borrowed Hours

OVERTIME

## SUMMARY OF HOURS

| 40 | + | | + | | + | | + | | = | 40 |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | | VACATION | | ILLNESS | | HOLIDAY | | OTHER | | TOTAL |

### DOCKED HOURS
(To be completed by Supervisor)

HRS    M

## FULL TIME (WHITE)

| | | |
|---|---|---|
| OVERTIME (TOTAL - 40) | HOLIDAY WORKED | DOCK (40 - TOTAL) |

954-748-8105

PHONE

ASSOCIATE SIGNATURE

PHONE

SUPERVISOR SIGNATURE

REVIEWED

## ESC - 7315

SCANTRON CUSTOM FORM NO. F-12666-EAS-L   SCANTRON CORPORATION 1998 ALL RIGHTS RESERVED   PC2 3998-162-5 4   www.scantron.com

| | REGULAR HRS MIN | VACATION HRS MIN | ILLNESS HRS MIN | HOLIDAY HRS MIN | HOLIDAY WKD HRS MIN | OTHER PAID TIME HRS MIN |
|---|---|---|---|---|---|---|
| MON | 8 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| TUES | 8.75 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| WED | off | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| THURS | 8.5 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| FRI | 9.75 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| SAT | 5 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| SUN | — | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |

TOTAL= 40    TOTAL=    TOTAL=    TOTAL=    TOTAL=    TOTAL=

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | 12:15 | 11:15 | 11:45 | 4:45 | 7:45 | 11:15 | 6:00 | off | 8:45 | 11:45 | 12:15 | 5:45 | 8:00 | 11:30 | 12:15 | 6:30 | 3:00 | 1:00 | | | | |

ESC-IN-7816

**USE FOR HOURS REPORTED FROM 05/03/99 - 05/09/99**

 **Bank of America**

Mail Code: **FL6-875-01-01**

Name: **ESCUDERO, ROXANNA**

**MARKING DIRECTIONS**

• Erase carefully any bubbles you wish to change.

• Do not make extra marks on the timesheet.

CORRECT: ○ ● ○ ○

## Mandatory information for payroll processing:

**SOCIAL SECURITY #**

**JOB REC. #**

**TIME CAPTURE END DATE**

| Month | Day | Year |
|-------|-----|------|
| 05 | 09 | 99 |

**ROUNDING RULES:**

| Minutes | | Round to: |
|---------|---|-----------|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|------------|---|-----------|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.

**Co - Cost Center**          HRS MIN

 

Total hours worked in the above cost center ▶ [ ]

**Co - Cost Center**          HRS MIN

 

Total hours worked in the above cost center ▶ [ ]

**Co - Cost Center**          HRS MIN

 

Total hours worked in the above cost center ▶ [ ]

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.

_____
ASSOCIATE SIGNATURE

(954) 748-8105
Area Code    Complete Phone #
(Required)

_____
SUPERVISOR SIGNATURE

( )
Area Code    Complete Phone #
(Required)

**FOR FULL-TIME ONL**
**DOCKED HOURS**

To be completed by Supervisor

HRS          MI

 

Bank of America
Form # 00-13-1876B

**ESC - 7317**



| | DAILY HOURS WORKED | VACATION | ILLNESS | HOLIDAY | HOLIDAY WKD | OTHER PAID TIME | |
|---|---|---|---|---|---|---|---|
| MONDAY | HRS MIN | HRS MIN | HRS MIN | HRS MIN | HRS MIN | HRS MIN | |
| TUESDAY | HRS MIN | VACATION HRS MIN | ILLNESS HRS MIN | HOLIDAY HRS MIN | HOLIDAY WKD HRS MIN | OTHER PAID TIME HRS MIN | |
| WEDNESDAY | HRS MIN | HRS MIN | HRS MIN | HRS MIN | HRS MIN | HRS MIN | |
| THURSDAY | HRS MIN | HRS MIN | HRS MIN | HRS MIN | HRS MIN | HRS MIN | |
| FRIDAY | HRS MIN | HRS MIN | HRS MIN | HRS MIN | HRS MIN | HRS MIN | |
| SATURDAY | HRS MIN | HRS MIN | HRS MIN | HRS MIN | HRS MIN | HRS MIN | |
| SUNDAY | HRS MIN | HRS MIN | HRS MIN | HRS MIN | HRS MIN | HRS MIN | WEEKLY TOTAL OF HOURS EXCLUDING HOLIDAY WORKED |
| TOTALS | REGULAR TOTAL= 40 | VACATION TOTAL= | ILLNESS TOTAL= | HOLIDAY TOTAL= | HOLIDAY WKD TOTAL= | OTHER PAID TIME TOTAL= ⇒ | |

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | 7: 30 | 11: 00 | 12: 30 | 4: 30 | 4: 30 | 11: 00 | 12: 00 | 4: 30 | 8: 15 | 10: 00 | 3: 00 | 5: 00 | 8: 30 | 11: 30 |

ESC - 7318

**USE FOR HOURS REPORTED FROM 05/10/99 - 05/16/99**



**Bank of America**

Mail Code: __FL6-875-01-01__

Name: __ESCUDERO, ROXANNA__

### MARKING DIRECTIONS

- Erase carefully any bubbles you wish to change.
- Do not make extra marks on the timesheet.

CORRECT: ○ ● ○ ○

## Mandatory information for payroll processing:



TIME CAPTURE END DATE

| Month | Day | Year |
|-------|-----|------|
| 05 | / 16 | / 99 |

**ROUNDING RULES:**

| Minutes | | Round to: |
|---------|---|-----------|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|------------|---|-----------|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

### BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.



Total hours worked in the above cost center ▶

Total hours worked in the above cost center ▶

Total hours worked in the above cost center ▶

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.

_____
ASSOCIATE SIGNATURE

(954) 748-8105
Area Code    Complete Phone #
(Required)

_____
SUPERVISOR SIGNATURE

(    )
Area Code    Complete Phone #
(Required)

**FOR FULL -TIME ONLY**
DOCKED HOURS

To be completed by Supervisor

HRS    MIN

Bank of America
Form # 00-13-1876B

| | DAILY HOURS WORKED | VACATION | ILLNESS | HOLIDAY | HOLIDAY WKD | OTHER PAID TIME |
|---|---|---|---|---|---|---|
| | HRS MIN | HRS MIN | HRS MIN | HRS MIN | HRS MIN | HRS MIN |
| **MONDAY** | | | | | | |
| **TUESDAY** | | | | | | |
| **WEDNESDAY** | | | | | | |
| **THURSDAY** | | | | | | |
| **FRIDAY** | | | | | | |
| **SATURDAY** | | | | | | |
| **SUNDAY** | | | | | | |
| **TOTALS** | REGULAR TOTAL= 40 | VACATION TOTAL=[ ] | ILLNESS TOTAL=[ ] | HOLIDAY TOTAL=[ ] | HOLIDAY WKD TOTAL=[ ] | OTHER PAID TIME TOTAL=[ ] → |

WEEKLY TOTAL OF HOURS EXCLUDING HOLIDAY WORKED

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | 8:30 | 11:30 | 8:30 | 11:20 | 10:00 | 3:30 | 8:30 | 11:30 | 12: | 1: | 8:30 | 12: | | |
| | 12:00 | 4:30 | 12: | 4:30 | 3:30 | 6:00 | 3:30 | 6:00 | 6:20 | 6:15 | 12: | 45 | | |

ESC-IN-7920

**USE FOR HOURS REPORTED FROM 05/17/99 - 05/23/99**

 **Bank of America**

Mail Code: **FL6-875-01-01**

Name: **ESCUDERO, ROXANNA**

### MARKING DIRECTIONS

- Erase carefully any bubbles you wish to change.
- Do not make extra marks on the timesheet.

CORRECT: ○ ● ○ ○

## Mandatory information for payroll processing:

**SOCIAL SECURITY #**

**JOB REC. #**

**TIME CAPTURE END DATE**

| Month | Day | Year |
|-------|-----|------|
| 05 | 23 | 99 |

### ROUNDING RULES:

| Minutes | | Round to: |
|---------|------|-----------|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|------------|------|-----------|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.

**Co - Cost Center**     HRS MIN




Total hours worked in the above cost center ▶

**Co - Cost Center**     HRS MIN




Total hours worked in the above cost center ▶

**Co - Cost Center**     HRS MIN

Total hours worked in the above cost center ▶

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.

ASSOCIATE SIGNATURE

(954) 748-8105

| Area Code | Complete Phone # *(Required)* |

SUPERVISOR SIGNATURE

( )

| Area Code | Complete Phone # *(Required)* |

### FOR FULL -TIME ONLY
**DOCKED HOURS**

To be completed by Supervisor

HRS     MIN



**Bank of America**
Form # 00-13-1876B

**ESC - 7321**

| | DAILY HOURS WORKED | VACATION | ILLNESS | HOLIDAY | HOLIDAY WKD | OTHER PAID TIME |
|---|---|---|---|---|---|---|
| | HRS / MIN | HRS / MIN | HRS / MIN | HRS / MIN | HRS / MIN | HRS / MIN |
| MONDAY | | .00 / 25 / 50 / 75 | .00 / 25 / 50 / 75 | .00 / 25 / 50 / 75 | .00 / 25 / 50 / 75 | .00 / 25 / 50 / 75 |
| TUESDAY | | | | | | |
| WEDNESDAY | | | | | | |
| THURSDAY | | | | | | |
| FRIDAY | | .00 / 25 / 50 / 75 | .00 / 25 / 50 / 75 | .00 / 25 / 50 / 75 | .00 / 25 / 50 / 75 | .00 / 25 / 50 / 75 |
| SATURDAY | | | | | | |
| SUNDAY | | .00 / 25 / 50 / 75 | .00 / 25 / 50 / 75 | .00 / 25 / 50 / 75 | .00 / 25 / 50 / 75 | .00 / 25 / 50 / 75 |

**TOTALS**

| REGULAR TOTAL= | VACATION TOTAL= | ILLNESS TOTAL= | HOLIDAY TOTAL= | HOLIDAY WKD TOTAL= | OTHER PAID TIME TOTAL= | WEEKLY TOTAL OF HOURS EXCLUDING HOLIDAY WORKED |
|---|---|---|---|---|---|---|
| 40 | | | | | | |

| | MONDAY | | | | TUESDAY | | | | WEDNESDAY | | | | THURSDAY | | | | FRIDAY | | | | SATURDAY | | | | SUNDAY | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | 8:30 | 11:00 | 12:00 | 4:30 | 6:30 | 11: | 12: | 4: | 2: | 11: 30 | 4: 15 | 5: 00 | 8: | 11: | 12: | 4: | 8: 00 | 11: | 12: 15 | 6: 15 | 8: 15 | 12: 30 | | | | | | |

ESC - 7322

## USE FOR HOURS REPORTED FROM 05/24/99 - 05/30/99



**Bank of America**

Mail Code: __FL6-875-01-01__

Name: __ESCUDERO, ROXANNA__

**MARKING DIRECTIONS**

• Erase carefully any bubbles you wish to change.

• Do not make extra marks on the timesheet.

CORRECT: ○ ● ○ ○

### Mandatory information for payroll processing:



**ROUNDING RULES:**

| Minutes | | Round to: |
|---|---|---|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|---|---|---|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

**BORROWED TIME**

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.







Total hours worked in the above cost center ▶

Total hours worked in the above cost center ▶

Total hours worked in the above cost center ▶

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.

ASSOCIATE SIGNATURE

( 954 ) 748 - 8105
Area Code    Complete Phone #
(Required)

SUPERVISOR SIGNATURE

(    )
Area Code    Complete Phone #
(Required)

**FOR FULL-TIME ONLY**
DOCKED HOURS

To be completed by Supervisor



Bank of America
Form # 00-13-1876B

ESC - 7323



## USE FOR HOURS REPORTED FROM 05/31/99 - 06/06/99



**Bank of America**

Mail Code: __FL6-875-01-01__

Name: __ESCUDERO, ROXANNA__

**MARKING DIRECTIONS**

• Erase carefully any bubbles you wish to change.

• Do not make extra marks on the timesheet.

CORRECT: ○ ● ○ ○

### Mandatory information for payroll processing:

**SOCIAL SECURITY #**

**JOB REC. #**

**TIME CAPTURE END DATE**

| Month | Day | Year |
|-------|-----|------|
| 06 | / 06 | / 99 |



**ROUNDING RULES:**

| Minutes | | Round to: |
|---------|------|-----------|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|------------|------|-----------|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.

**Co - Cost Center**     HRS MIN

**Co - Cost Center**     HRS MIN

**Co - Cost Center**     HRS MIN

Total hours worked in the above cost center ▶

Total hours worked in the above cost center ▶

Total hours worked in the above cost center ▶

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.

ASSOCIATE SIGNATURE

SUPERVISOR SIGNATURE

( 954 ) 748 - 8105

Area Code     Complete Phone # *(Required)*

(     )

Area Code     Complete Phone # *(Required)*

**FOR FULL -TIME ONLY**
DOCKED HOURS

To be completed by Supervisor

| HRS | | MI |
|-----|------|----|
| | | |

**Bank of America**
Form # 00-13-1876B



ESC - 7325

| | DAILY HOURS WORKED | | VACATION | | ILLNESS | | HOLIDAY | | HOLIDAY WKD | | OTHER PAID TIME | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN |
| MONDAY | | | | | | | | | | | | |
| TUESDAY | | | | | | | | | | | | |
| WEDNESDAY | | | | | | | | | | | | |
| THURSDAY | | | | | | | | | | | | |
| FRIDAY | | | | | | | | | | | | |
| SATURDAY | | | | | | | | | | | | |
| SUNDAY | | | | | | | | | | | | |

**TOTALS**

| REGULAR TOTAL= | VACATION TOTAL= | ILLNESS TOTAL= | HOLIDAY TOTAL= | HOLIDAY WKD TOTAL= | OTHER PAID TIME TOTAL= | WEEKLY TOTAL OF HOURS EXCLUDING HOLIDAY WORKED |
|---|---|---|---|---|---|---|
| 32.5 | | | 7.5 | | | 40 |

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | 9:30 | 11:30 | 12:00 | 2:20 | 8:00 | 11:00 | 11:30 | 5:30 | | | 8:00 | 11:00 | 11:30 | 5:30 | 2:00 | 11:00 | 12:00 | 6:00 | 5:00 | 11:00 |

ESC - 7326

## USE FOR HOURS REPORTED FROM 06/07/99 - 06/13/99



**Bank of America**

Mail Code: **FL6-875-01-01**

Name: **ESCUDERO, ROXANNA**

### MARKING DIRECTIONS

- Erase carefully any bubbles you wish to change.
- Do not make extra marks on the timesheet.

CORRECT: ○ ● ○ ○

## Mandatory information for payroll processing:



**SOCIAL SECURITY #**

**JOB REC. #**

**TIME CAPTURE END DATE**

| Month | Day | Year |
|-------|-----|------|
| 06 / | 13 / | 99 |

### ROUNDING RULES:

| Minutes | | | Round to: |
|---------|---|---|-----------|
| :00 THROUGH | :07 | | .00 |
| :08 THROUGH | :22 | | .25 |
| :23 THROUGH | :37 | | .50 |
| :38 THROUGH | :52 | | .75 |
| :53 THROUGH | :59 | | .00 |

| Hundredths | | | Round to: |
|------------|---|---|-----------|
| .00 THROUGH | .12 | | .00 |
| .13 THROUGH | .37 | | .25 |
| .38 THROUGH | .62 | | .50 |
| .63 THROUGH | .87 | | .75 |
| .88 THROUGH | .99 | | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.



**Co - Cost Center**  HRS MIN

**Co - Cost Center**  HRS MIN



**Co - Cost Center**  HRS MIN

Total hours worked in the above cost center ▷ [ ]

Total hours worked in the above cost center ▷ [ ]

Total hours worked in the above cost center ▷ [ ]

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.

_Roxan Escudero_

**ASSOCIATE SIGNATURE**

(454) 748-8105

Area Code    Complete Phone #
(Required)

_[signature]_

**SUPERVISOR SIGNATURE**

( )

Area Code    Complete Phone #
(Required)

### FOR FULL -TIME ONLY
DOCKED HOURS

To be completed by Supervisor



| | HRS | | MI |
|---|-----|---|----|

Bank of America
Form # 00-13-1876B

**ESC - 7327**

| | DAILY HOURS WORKED | | VACATION | | ILLNESS | | HOLIDAY | | HOLIDAY WKD | | OTHER PAID TIME | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN |
| MONDAY | | | | | | | | | | | | |
| TUESDAY | | | | | | | | | | | | |
| WEDNESDAY | | | | | | | | | | | | |
| THURSDAY | | | | | | | | | | | | |
| FRIDAY | | | | | | | | | | | | |
| SATURDAY | | | | | | | | | | | | |
| SUNDAY | | | | | | | | | | | | |

**WEEKLY TOTAL OF HOURS EXCLUDING HOLIDAY WORKED**

| TOTALS | REGULAR TOTAL= | VACATION TOTAL= | ILLNESS TOTAL= | HOLIDAY TOTAL= | HOLIDAY WKD TOTAL= | OTHER PAID TIME TOTAL= | → 43 |
|---|---|---|---|---|---|---|---|

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | 8:25 | 11:30 | 8:00 | 11:30 | 12:00 | 4:30 | 0:00 | 11:30 | 12:30 | 4:30 | 8:30 | 12:00 | | |
| | 12:30 | 4:30 | 2:30 | 30 | 15:15 | 15:15 | 30:30 | | | | | | | |

ESCO 7328

**USE FOR HOURS REPORTED FROM 06/14/99 - 06/20/99**



**Bank of America**

Mail Code: **FL6-875-01-01**

Name: **ESCUDERO, ROXANNA**

### MARKING DIRECTIONS

- Erase carefully any bubbles you wish to change.
- Do not make extra marks on the timesheet.

CORRECT: ○ ● ○ ○

## Mandatory information for payroll processing:



| SOCIAL SECURITY # | JOB REC. # | TIME CAPTURE END DATE |
|---|---|---|
| 5 1 7 8 8 4 2 8 4 | | Month 06 / Day 20 / Year 99 |

### ROUNDING RULES:

| Minutes | | Round to: |
|---|---|---|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|---|---|---|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.







| Co - Cost Center | HRS MIN | Co - Cost Center | HRS MIN | Co - Cost Center | HRS MIN |
|---|---|---|---|---|---|

Total hours worked in the above cost center 

Total hours worked in the above cost center

Total hours worked in the above cost center

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.

_____
**ASSOCIATE SIGNATURE**

( 954 ) 748 - 8105 
Area Code   Complete Phone #
*(Required)*

_____
**SUPERVISOR SIGNATURE**

( )
Area Code   Complete Phone #
*(Required)*

### FOR FULL-TIME ONLY
**DOCKED HOURS**

To be completed by Supervisor

| HRS | MIN |
|---|---|

Bank of America
Form # 00-13-1876B

**ESC - 7329**

| | DAILY HOURS WORKED | | VACATION | | ILLNESS | | HOLIDAY | | HOLIDAY WKD | | OTHER PAID TIME | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN |
| **MONDAY** | | | | | | | | | | | | |
| **TUESDAY** | | | | | | | | | | | | |
| **WEDNESDAY** | | | | | | | | | | | | |
| **THURSDAY** | | | | | | | | | | | | |
| **FRIDAY** | | | | | | | | | | | | |
| **SATURDAY** | | | | | | | | | | | | |
| **SUNDAY** | | | | | | | | | | | | |

| | REGULAR TOTAL= 40 | VACATION TOTAL= | ILLNESS TOTAL= | HOLIDAY TOTAL= | HOLIDAY WKD TOTAL= | OTHER PAID TIME TOTAL= | WEEKLY TOTAL OF HOURS EXCLUDING HOLIDAY WORKED |
|---|---|---|---|---|---|---|---|
| **TOTALS** | | | | | | | |

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | | | | | | | | | | | | | | |

ESC 7330

## USE FOR HOURS REPORTED FROM 06/21/99 - 06/27/99



**Bank of America**

Mail Code: __FL6-875-01-01__

Name: __ESCUDERO, ROXANNA__

**MARKING DIRECTIONS**

• Erase carefully any bubbles you wish to change.
• Do not make extra marks on the timesheet.

CORRECT: ○ ● ○ ○

## Mandatory information for payroll processing:

| SOCIAL SECURITY # | JOB REC. # | TIME CAPTURE END DATE |
|---|---|---|
| 5 1 7 8 ... 4 2 8 4 | | Month 06 / Day 27 / Year 99 |

**ROUNDING RULES:**

| Minutes | | Round to: |
|---|---|---|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|---|---|---|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.

**Co - Cost Center**    HRS MIN

**Co - Cost Center**    HRS MIN



**Co - Cost Center**    HRS MIN

Total hours worked in the above cost center ▶ [ ]

Total hours worked in the above cost center ▶ [ ]

Total hours worked in the above cost center ▶ [ ]

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.

ASSOCIATE SIGNATURE

(954) 748-8105

Area Code    Complete Phone # (Required)

SUPERVISOR SIGNATURE

(   )

Area Code    Complete Phone # (Required)

**FOR FULL -TIME ONLY**
DOCKED HOURS

To be completed by Supervisor

| HRS | MIN |
|---|---|

Bank of America
Form # 00-13-1876B

SCANTRON CUSTOM FORM NO. F-12571-BOA-L    SCANTRON CORPORATION 1999 ALL RIGHTS RESERVED    PC2  1299 600-5-3-21

**ESC - 7331**

| | DAILY HOURS WORKED HRS / MIN | VACATION HRS / MIN | ILLNESS HRS / MIN | HOLIDAY HRS / MIN | HOLIDAY WKD HRS / MIN | OTHER PAID TIME HRS / MIN |
|---|---|---|---|---|---|---|
| MONDAY | | | | | | |
| TUESDAY | | | | | | |
| WEDNESDAY | | | | | | |
| THURSDAY | | | | | | |
| FRIDAY | | | | | | |
| SATURDAY | | | | | | |
| SUNDAY | | | | | | |
| TOTALS | REGULAR TOTAL= | VACATION TOTAL= | ILLNESS TOTAL= | HOLIDAY TOTAL= | HOLIDAY WKD TOTAL= | OTHER PAID TIME TOTAL= |

WEEKLY TOTAL OF HOURS EXCLUDING HOLIDAY WORKED →

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | 8:15 | 11: | 11: | 4: | 7: | 11: | 12: | 7: | | | 9: | 11: | 11: | 4: | 8: | 12: | 12: | 6: | 8: | 12: | | | | |

ESC - 7332

**USE FOR HOURS REPORTED FROM 06/28/99 - 07/04/99**



**Bank of America**

Mail Code: __FL6-875-01-01__

Name: __ESCUDERO, ROXANNA__

## MARKING DIRECTIONS

- Erase carefully any bubbles you wish to change.
- Do not make extra marks on the timesheet.

CORRECT: ○ ● ○ ○

## Mandatory information for payroll processing:

**SOCIAL SECURITY #**

5 1 7 8 8 4 2 8 4

**JOB REC. #**

**TIME CAPTURE END DATE**

| Month | Day | Year |
|-------|-----|------|
| 07 | / 04 | / 99 |

### ROUNDING RULES:

| Minutes | | Round to: |
|---------|---|-----------|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|------------|---|-----------|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.

**Co - Cost Center**    HRS MIN

**Co - Cost Center**    HRS MIN

**Co - Cost Center**    HRS MIN

Total hours worked in the above cost center ▶

Total hours worked in the above cost center ▶

Total hours worked in the above cost center ▶

Return timesheet to NCI-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.



**ASSOCIATE SIGNATURE**

( 954 ) 748 - 8105
Area Code    Complete Phone #
(Required)

**SUPERVISOR SIGNATURE**

( 954 ) 748 - 8105
Area Code    Complete Phone #
(Required)

**FOR FULL -TIME ONLY**
DOCKED HOURS

To be completed by Supervisor

HRS    MI

Bank of America
Form # 00-13-1876B

*ESC - 7333*

SCANTRON CUSTOM FORM NO F-12571-BOA-L    SCANTRON CORPORATION 1999 ALL RIGHTS RESERVED    PC2  1299-500-5÷3 2 1

| | DAILY HOURS WORKED | VACATION | ILLNESS | HOLIDAY | HOLIDAY WKD | OTHER PAID TIME |
|---|---|---|---|---|---|---|
| | HRS  MIN | HRS  MIN | HRS  MIN | HRS  MIN | HRS  MIN | HRS  MIN |
| **MONDAY** | | | | | | |
| **TUESDAY** | HRS  MIN | HRS  MIN | HRS  MIN | HRS  MIN | HRS  MIN | HRS  MIN |
| **WEDNESDAY** | HRS  MIN | HRS  MIN | HRS  MIN | HRS  MIN | HRS  MIN | HRS  MIN |
| **THURSDAY** | HRS  MIN | HRS  MIN | HRS  MIN | HRS  MIN | HRS  MIN | HRS  MIN |
| **FRIDAY** | HRS  MIN | HRS  MIN | HRS  MIN | HRS  MIN | HRS  MIN | HRS  MIN |
| **SATURDAY** | HRS  MIN | HRS  MIN | HRS  MIN | HRS  MIN | HRS  MIN | HRS  MIN |
| **SUNDAY** | HRS  MIN | HRS  MIN | HRS  MIN | HRS  MIN | HRS  MIN | HRS  MIN |

| TOTALS | REGULAR TOTAL= 32.5 | VACATION TOTAL= | ILLNESS TOTAL= 7.5 | HOLIDAY TOTAL= | HOLIDAY WKD TOTAL= | OTHER PAID TIME TOTAL= | WEEKLY TOTAL OF HOURS EXCLUDING HOLIDAY WORKED  40 |

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |

ESC - 7334

**USE FOR HOURS REPORTED FROM 07/05/99 - 07/11/99**

 **Bank of America**

Mail Code: **FL6-875-01-01**

Name: **ESCUDERO, ROXANNA**

### MARKING DIRECTIONS

• Erase carefully any bubbles you wish to change.

• Do not make extra marks on the timesheet.

CORRECT: ○ ● ○ ○

## Mandatory information for payroll processing:



SOCIAL SECURITY #

JOB REC.#



TIME CAPTURE END DATE

| Month | Day | Year |
|-------|-----|------|
| 07 | / 11 | /99 |

### ROUNDING RULES:

| Minutes | | | Round to: |
|---------|---|---|-----------|
| :00 | THROUGH | :07 | .00 |
| :08 | THROUGH | :22 | .25 |
| :23 | THROUGH | :37 | .50 |
| :38 | THROUGH | :52 | .75 |
| :53 | THROUGH | :59 | .00 |

| Hundredths | | | Round to: |
|------------|---|---|-----------|
| .00 | THROUGH | .12 | .00 |
| .13 | THROUGH | .37 | .25 |
| .38 | THROUGH | .62 | .50 |
| .63 | THROUGH | .87 | .75 |
| .88 | THROUGH | .99 | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.

| Co - Cost Center | HRS MIN | Co - Cost Center | HRS MIN | Co - Cost Center | HRS MIN |
|---|---|---|---|---|---|



Total hours worked in the above cost center ▶

Total hours worked in the above cost center ▶

Total hours worked in the above cost center ▶

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.

_Roxa..._
ASSOCIATE SIGNATURE

(954) 748-8105
Area Code    Complete Phone #
(Required)

_[signature]_
SUPERVISOR SIGNATURE

( 954 ) 748-8105
Area Code    Complete Phone #
(Required)

### FOR FULL-TIME ONLY
DOCKED HOURS

To be completed by Supervisor



HRS    MIN

Bank of America
Form # 00-13-1876B

**ESC - 7335**



**USE FOR HOURS REPORTED FROM 07/12/99 - 07/18/99**

 **Bank of America**

Mail Code: **FL6-875-01-01**

Name: **ESCUDERO, ROXANNA**

**MARKING DIRECTIONS**

• Erase carefully any bubbles you wish to change.

• Do not make extra marks on the timesheet.

CORRECT:  ○ ● ○ ○

## Mandatory information for payroll processing:



**SOCIAL SECURITY #**

5 1 7 8 8 4 2 8 4

**JOB REC.#**

**TIME CAPTURE END DATE**

| Month | Day | Year |
|---|---|---|
| 07 | / 18 | / 99 |

**ROUNDING RULES:**

| Minutes | | Round to: |
|---|---|---|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|---|---|---|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.

**Co - Cost Center**    HRS MIN

**Co - Cost Center**    HRS MIN

 **Co - Cost Center**    HRS MIN

Total hours worked in the above cost center ▶

Total hours worked in the above cost center ▶

Total hours worked in the above cost center ▶

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.

ASSOCIATE SIGNATURE

(954) 748-8105
Area Code    Complete Phone #
*(Required)*

SUPERVISOR SIGNATURE

(954) 748-8105
Area Code    Complete Phone #
*(Required)*

**FOR FULL -TIME ONLY**
DOCKED HOURS

To be completed by Supervisor

HRS        MI 

Bank of America
Form # 00-13-1876B

**ESC - 7337**



**USE FOR HOURS REPORTED FROM 07/19/99 - 07/25/99**

 **Bank of America**

Mail Code: __FL6-875-01-01__

Name: __ESCUDERO, ROXANNA__

### MARKING DIRECTIONS

- Erase carefully any bubbles you wish to change.
- Do not make extra marks on the timesheet.

CORRECT: ○ ● ○ ○

## Mandatory information for payroll processing:



SOCIAL SECURITY #

JOB REC. #

TIME CAPTURE END DATE
| Month | Day | Year |
|---|---|---|
| 07 | / 25 | / 99 |

### ROUNDING RULES:

| Minutes | | | Round to: |
|---|---|---|---|
| :00 THROUGH | :07 | | .00 |
| :08 THROUGH | :22 | | .25 |
| :23 THROUGH | :37 | | .50 |
| :38 THROUGH | :52 | | .75 |
| :53 THROUGH | :59 | | .00 |

| Hundredths | | | Round to: |
|---|---|---|---|
| .00 THROUGH | .12 | | .00 |
| .13 THROUGH | .37 | | .25 |
| .38 THROUGH | .62 | | .50 |
| .63 THROUGH | .87 | | .75 |
| .88 THROUGH | .99 | | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.

 

| Co - Cost Center | HRS MIN |
|---|---|
| | |

Total hours worked in the above cost center ▶

| Co - Cost Center | HRS MIN |
|---|---|
| | |

Total hours worked in the above cost center ▶



| Co - Cost Center | HRS MIN |
|---|---|
| | |

Total hours worked in the above cost center ▶

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.

 
ASSOCIATE SIGNATURE

(954) 748-8105
Area Code    Complete Phone #
(Required)

 
SUPERVISOR SIGNATURE

(954) 748-8105
Area Code    Complete Phone #
(Required)

### FOR FULL-TIME ONLY
DOCKED HOURS

To be completed by Supervisor

HRS    MI



Bank of America
Form # 00-13-1876B

SCANTRON  CUSTOM FORM NO. F-12571-BOA-L    SCANTRON CORPORATION 1999 ALL RIGHTS RESERVED    PC2  1299-600-5 4 3 2 1

**ESC - 7339**

| | DAILY HOURS WORKED | VACATION | ILLNESS | HOLIDAY | HOLIDAY WKD | OTHER PAID TIME |
|---|---|---|---|---|---|---|
| | HRS MIN | HRS MIN | HRS MIN | HRS MIN | HRS MIN | HRS MIN |
| **MONDAY** | | | | | | |
| **TUESDAY** | | | | | | |
| **WEDNESDAY** | | | | | | |
| **THURSDAY** | | | | | | |
| **FRIDAY** | | | | | | |
| **SATURDAY** | | | | | | |
| **SUNDAY** | | | | | | |
| **TOTALS** | REGULAR TOTAL= [40] | VACATION TOTAL= | ILLNESS TOTAL= | HOLIDAY TOTAL= | HOLIDAY WKD TOTAL= | OTHER PAID TIME TOTAL= → |

WEEKLY TOTAL OF HOURS EXCLUDING HOLIDAY WORKED

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | 8:30 | 11:30 | 12:00 | 5:00 | 8:30 | 11:30 | 12:00 | 6:00 | | | 8:30 | 11:30 | 12:00 | 6:00 | 8:30 | 12:00 | 12:00 | 6:00 | 8:30 | 12:30 | | |

ESC - 7340

**USE FOR HOURS REPORTED FROM 07/26/99 - 08/01/99**

 **Bank of America**

Mail Code: __FL6-875-01-01__

Name: __ESCUDERO, ROXANNA__

### MARKING DIRECTIONS

- Erase carefully any bubbles you wish to change.
- Do not make extra marks on the timesheet.

CORRECT: ○ ● ○ ○

## Mandatory information for payroll processing:



| SOCIAL SECURITY # | JOB REC. # | TIME CAPTURE END DATE |
|---|---|---|

**ROUNDING RULES:**

| Minutes | | | Round to: |
|---|---|---|---|
| :00 | THROUGH | :07 | .00 |
| :08 | THROUGH | :22 | .25 |
| :23 | THROUGH | :37 | .50 |
| :38 | THROUGH | :52 | .75 |
| :53 | THROUGH | :59 | .00 |

| Hundredths | | | Round to: |
|---|---|---|---|
| .00 | THROUGH | .12 | .00 |
| .13 | THROUGH | .37 | .25 |
| .38 | THROUGH | .62 | .50 |
| .63 | THROUGH | .87 | .75 |
| .88 | THROUGH | .99 | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.









| Co - Cost Center | HRS MIN | Co - Cost Center | HRS MIN | Co - Cost Center | HRS MIN |
|---|---|---|---|---|---|

Total hours worked in the above cost center ▶

Total hours worked in the above cost center ▶

Total hours worked in the above cost center ▶

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.



**ASSOCIATE SIGNATURE**

(954) 748-8105
Area Code    Complete Phone #
(Required)

**SUPERVISOR SIGNATURE**

(954) 748-8105
Area Code    Complete Phone #
(Required)

### FOR FULL -TIME ONL
DOCKED HOURS

To be completed by Supervisor

| HRS | M |
|---|---|

**Bank of America**
Form # 00-13-1876B

**SCANTRON** CUSTOM FORM NO. F-12571-BOA-L    SCANTRON CORPORATION 1999 ALL RIGHTS RESERVED    PC2 1299-600-5 4 3 2 1

1 5   hrs.   Corp.

ESC - 7341



ESC - 7342

**USE FOR HOURS REPORTED FROM 08/02/99 - 08/08/99**



**Bank of America**

Mail Code: __FL6-875-01-01__

Name: __ESCUDERO, ROXANNA__

## Mandatory information for payroll processing:



SOCIAL SECURITY #



JOB REC. #

TIME CAPTURE END DATE

| Month | Day | Year |
|-------|-----|------|
| 08 | 08 | 99 |

**MARKING DIRECTIONS**

• Erase carefully any bubbles you wish to change.

• Do not make extra marks on the timesheet.

CORRECT: ○ ● ○ ○

**ROUNDING RULES:**

| Minutes | | | Round to: |
|---------|---|---|-----------|
| :00 | THROUGH | :07 | .00 |
| :08 | THROUGH | :22 | .25 |
| :23 | THROUGH | :37 | .50 |
| :38 | THROUGH | :52 | .75 |
| :53 | THROUGH | :59 | .00 |

| Hundredths | | | Round to: |
|------------|---|---|-----------|
| .00 | THROUGH | .12 | .00 |
| .13 | THROUGH | .37 | .25 |
| .38 | THROUGH | .62 | .50 |
| .63 | THROUGH | .87 | .75 |
| .88 | THROUGH | .99 | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.



**Co - Cost Center**

HRS MIN



Total hours worked in the above cost center ▶



**Co - Cost Center**

HRS MIN

Total hours worked in the above cost center ▶



**Co - Cost Center**

HRS MIN



Total hours worked in the above cost center ▶

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.

ASSOCIATE SIGNATURE

(954) 748-8105

Area Code   Complete Phone #
            *(Required)*

(      )

SUPERVISOR SIGNATURE

Area Code   Complete Phone #
            *(Required)*

**FOR FULL-TIME ONL**
DOCKED HOURS

To be completed by Supervisor

HRS   M

Bank of America
Form # 00-13-1876B

**ESC - 7343**

| | DAILY HOURS WORKED HRS MIN | VACATION HRS MIN | ILLNESS HRS MIN | HOLIDAY HRS MIN | HOLIDAY WKD HRS MIN | OTHER PAID TIME HRS MIN |
|---|---|---|---|---|---|---|
| **MONDAY** | | | | | | |
| **TUESDAY** | | | | | | |
| **WEDNESDAY** | | | | | | |
| **THURSDAY** | | | | | | |
| **FRIDAY** | | | | | | |
| **SATURDAY** | | | | | | |
| **SUNDAY** | | | | | | |

| TOTALS | REGULAR TOTAL= 41,75 | VACATION TOTAL= | ILLNESS TOTAL= | HOLIDAY TOTAL= | HOLIDAY WKD TOTAL= | OTHER PAID TIME TOTAL= | WEEKLY TOTAL OF HOURS EXCLUDING HOLIDAY WORKED |
|---|---|---|---|---|---|---|---|

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | 7: 30 | 11: 30 | 12: 00 | 5: 30 | 8: 30 | 11: 30 | 12: 00 | | | 6: 30 | 11: 30 | 12: 30 | 5: 45 | 8: 00 | 12: 00 |

ESC 7344

## USE FOR HOURS REPORTED FROM 08/09/99 - 08/15/99

 **Bank of America**

Mail Code: __FL6-875-01-01__

Name: __ESCUDERO, ROXANNA__

### MARKING DIRECTIONS

- Erase carefully any bubbles you wish to change.
- Do not make extra marks on the timesheet.

CORRECT: ○ ● ○ ○

## Mandatory information for payroll processing:



**SOCIAL SECURITY #**

**JOB REC. #**

**TIME CAPTURE END DATE**

| Month | Day | Year |
|-------|-----|------|
| 08 | 15 | 99 |

### ROUNDING RULES:

| Minutes | | Round to: |
|---------|--|-----------|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|------------|--|-----------|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.



**Co - Cost Center**   HRS MIN



**Co - Cost Center**   HRS MIN



**Co - Cost Center**   HRS MIN

Total hours worked in the above cost center ▶ [ ]

Total hours worked in the above cost center ▶ [ ]

Total hours worked in the above cost center ▶ [ ]

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.

_____
ASSOCIATE SIGNATURE

(954) 748-8105
Area Code    Complete Phone # (Required)

_____
SUPERVISOR SIGNATURE

(    )
Area Code    Complete Phone # (Required)

### FOR FULL -TIME ONLY
**DOCKED HOURS**

To be completed by Supervisor



HRS    MIN

**Bank of America**
Form # 00-13-1876B

ESC - 7345

| | DAILY HOURS WORKED | VACATION | ILLNESS | HOLIDAY | HOLIDAY WKD | OTHER PAID TIME |
|---|---|---|---|---|---|---|
| | HRS / MIN | HRS / MIN | HRS / MIN | HRS / MIN | HRS / MIN | HRS / MIN |
| **MONDAY** | | | | | | |
| **TUESDAY** | | | | | | |
| **WEDNESDAY** | | | | | | |
| **THURSDAY** | | | | | | |
| **FRIDAY** | | | | | | |
| **SATURDAY** | | | | | | |
| **SUNDAY** | | | | | | |

| TOTALS | REGULAR TOTAL= 42 | VACATION TOTAL= | ILLNESS TOTAL= | HOLIDAY TOTAL= | HOLIDAY WKD TOTAL= | OTHER PAID TIME TOTAL= | WEEKLY TOTAL OF HOURS EXCLUDING HOLIDAY WORKED → 42 |

| | MONDAY | | | | TUESDAY | | | | WEDNESDAY | | | | THURSDAY | | | | FRIDAY | | | | SATURDAY | | | | SUNDAY | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | 8:30 | 11:30 | 12:00 | 5:30 | 8:30 | 11:30 | 12:00 | 7:30 | | | | | 8:30 | 11:30 | 12:00 | 5:30 | 8:15 | 11:15 | 11:45 | 6:45 | 3:30 | 1:00 | | | | | | |

ESCU 7346

USE FOR HOURS REPORTED FROM **08/16/99 - 08/22/99**

 **Bank of America**

Mail Code: **FL6-875-01-01**

Name: **ESCUDERO, ROXANNA**

## MARKING DIRECTIONS

- Erase carefully any bubbles you wish to change.
- Do not make extra marks on the timesheet.

CORRECT: ⭘ ⬤ ⭘ ⭘

## Mandatory information for payroll processing:

**SOCIAL SECURITY #**

| JOB REC. # |
| --- |

**TIME CAPTURE END DATE**

| Month | Day | Year |
| --- | --- | --- |
| 08 | 22 | 99 |

### ROUNDING RULES:

| | Minutes | | Round to: |
| --- | --- | --- | --- |
| :00 | THROUGH | :07 | .00 |
| :08 | THROUGH | :22 | .25 |
| :23 | THROUGH | :37 | .50 |
| :38 | THROUGH | :52 | .75 |
| :53 | THROUGH | :59 | .00 |

| | Hundredths | | Round to: |
| --- | --- | --- | --- |
| .00 | THROUGH | .12 | .00 |
| .13 | THROUGH | .37 | .25 |
| .38 | THROUGH | .62 | .50 |
| .63 | THROUGH | .87 | .75 |
| .88 | THROUGH | .99 | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.



| Co - Cost Center | HRS MIN |
| --- | --- |



| Co - Cost Center | HRS MIN |
| --- | --- |



| Co - Cost Center | HRS MIN |
| --- | --- |



Total hours worked in the above cost center ▶ [ ]

Total hours worked in the above cost center ▶ [ ]

Total hours worked in the above cost center ▶ [ ]

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.

_ASSOCIATE SIGNATURE_

_SUPERVISOR SIGNATURE_

(954) 748-8105

Area Code    Complete Phone # *(Required)*

( )

Area Code    Complete Phone # *(Required)*

## FOR FULL -TIME ONL
DOCKED HOURS

To be completed by Supervisor

| HRS | MI |
| --- | --- |

**Bank of America**
Form # 00-13-1876B

**ESC - 7347**

| | DAILY HOURS WORKED | VACATION | ILLNESS | HOLIDAY | HOLIDAY WKD | OTHER PAID TIME |
|---|---|---|---|---|---|---|
| | HRS — MIN | HRS / MIN | HRS / MIN | HRS / MIN | HRS / MIN | HRS / MIN |
| **MONDAY** | | | | | | |
| **TUESDAY** | | | | | | |
| **WEDNESDAY** | | | | | | |
| **THURSDAY** | | | | | | |
| **FRIDAY** | | | | | | |
| **SATURDAY** | | | | | | |
| **SUNDAY** | | | | | | |

**WEEKLY TOTAL OF HOURS EXCLUDING HOLIDAY WORKED**

| TOTALS | REGULAR TOTAL= | VACATION TOTAL= | ILLNESS TOTAL= | HOLIDAY TOTAL= | HOLIDAY WKD TOTAL= | OTHER PAID TIME TOTAL= | |
|---|---|---|---|---|---|---|---|
| | 42 | | | | | | ⟹ 42 |

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | 7:30 | 11:30 | 12:00 | 4:30 | 8:30 | 11:30 | 12:00 | 5:15 | 8: | 12: | | | 11:30 | 6:00 | 8:00 | 11:00 | 12: | 6:30 | 9:30 | 1:00 | | |

ESC - 7348

**USE FOR HOURS REPORTED FROM 08/23/99 - 08/29/99**

 **Bank of America**

Mail Code: __FL6-875-01-01__

Name: __ESCUDERO, ROXANNA__

**MARKING DIRECTIONS**

• Erase carefully any bubbles you wish to change.

• Do not make extra marks on the timesheet.

CORRECT: ○ ● ○ ○

## Mandatory information for payroll processing:





**ROUNDING RULES:**

| Minutes | | Round to: |
|---|---|---|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|---|---|---|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

### BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.





Total hours worked in the above cost center ▶

Total hours worked in the above cost center ▶

Total hours worked in the above cost center ▶

---

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.

_____
ASSOCIATE SIGNATURE

( 954 ) 748-8105
Area Code    Complete Phone #
*(Required)*

_____
SUPERVISOR SIGNATURE

( 954 ) 748 . 8105
Area Code    Complete Phone #
*(Required)*

**FOR FULL -TIME ONLY**
DOCKED HOURS

To be completed by Supervisor



Bank of America
Form # 00-13-1876B

**SCANTRON** CUSTOM FORM NO. F-12571-BOA-L    SCANTRON CORPORATION 1999 ALL RIGHTS RESERVED    PC2  1299-600-5 4 3 2 1

**ESC - 7349**

| | DAILY HOURS WORKED HRS MIN | VACATION HRS MIN | ILLNESS HRS MIN | HOLIDAY HRS MIN | HOLIDAY WKD HRS MIN | OTHER PAID TIME HRS MIN |
|---|---|---|---|---|---|---|
| **MONDAY** | | | | | | |
| **TUESDAY** | | | | | | |
| **WEDNESDAY** | | | | | | |
| **THURSDAY** | | | | | | |
| **FRIDAY** | | | | | | |
| **SATURDAY** | | | | | | |
| **SUNDAY** | | | | | | WEEKLY TOTAL OF HOURS EXCLUDING HOLIDAY WORKED |
| **TOTALS** | REGULAR TOTAL= 41.5 | VACATION TOTAL= | ILLNESS TOTAL= | HOLIDAY TOTAL= | HOLIDAY WKD TOTAL= | OTHER PAID TIME TOTAL= → 41.5 |

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| IN | 7:30 | | 12:00 | 5:00 | 8:30 | | | | 8:00 | | 12: | 7:30 | 8:15 | |
| OUT | 11:30 | | | | 11:00 | 12: | 12:00 | | 11:30 | 11:30 | 11: | 12:30 | 12:30 | |

ESC - 7350

## USE FOR HOURS REPORTED FROM 08/30/99 - 09/05/99



**Bank of America**

Mail Code: __FL6-875-01-01__

Name: __ESCUDERO, ROXANNA__

### MARKING DIRECTIONS

- Erase carefully any bubbles you wish to change.
- Do not make extra marks on the timesheet.

CORRECT: ○ ● ○ ○

## Mandatory information for payroll processing:

**SOCIAL SECURITY #**

**JOB REC.#**

**TIME CAPTURE END DATE**

| Month | Day | Year |
|-------|-----|------|
| 09 | 05 | 99 |

### ROUNDING RULES:

| Minutes | | | Round to: |
|---------|---|---|-----------|
| :00 | THROUGH | :07 | .00 |
| :08 | THROUGH | :22 | .25 |
| :23 | THROUGH | :37 | .50 |
| :38 | THROUGH | :52 | .75 |
| :53 | THROUGH | :59 | .00 |

| Hundredths | | | Round to: |
|------------|---|---|-----------|
| .00 | THROUGH | .12 | .00 |
| .13 | THROUGH | .37 | .25 |
| .38 | THROUGH | .62 | .50 |
| .63 | THROUGH | .87 | .75 |
| .88 | THROUGH | .99 | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.

**Co - Cost Center** | HRS MIN

**Co - Cost Center** | HRS MIN

**Co - Cost Center** | HRS MIN

Total hours worked in the above cost center ▶

Total hours worked in the above cost center ▶

Total hours worked in the above cost center ▶

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.

_ASSOCIATE SIGNATURE_

954 , 748-8105
Area Code    Complete Phone #
*(Required)*

_SUPERVISOR SIGNATURE_

(954) , 748 - 8105
Area Code    Complete Phone #
*(Required)*

### FOR FULL -TIME ONLY
**DOCKED HOURS**

To be completed by Supervisor

| HRS | MI |
|-----|----|

Bank of America
Form # 00-13-1876B

SCANTRON CUSTOM FORM NO. F-12571-BOA-L    SCANTRON CORPORATION 1999 ALL RIGHTS RESERVED    PC2  1299-600-5 4 3 2 1

ESC - 7351

| | DAILY HOURS WORKED | VACATION | ILLNESS | HOLIDAY | HOLIDAY WKD | OTHER PAID TIME |
|---|---|---|---|---|---|---|
| | HRS   MIN | HRS   MIN | HRS   MIN | HRS   MIN | HRS   MIN | HRS   MIN |
| MONDAY | | | | | | |
| TUESDAY | | | | | | |
| WEDNESDAY | | | | | | |
| THURSDAY | | | | | | |
| FRIDAY | | | | | | |
| SATURDAY | | | | | | |
| SUNDAY | | | | | | |

**TOTALS**

| REGULAR TOTAL= | VACATION TOTAL= | ILLNESS TOTAL= | HOLIDAY TOTAL= | HOLIDAY WKD TOTAL= | OTHER PAID TIME TOTAL= | WEEKLY TOTAL OF HOURS EXCLUDING HOLIDAY WORKED |
|---|---|---|---|---|---|---|
| 44 | | | | | | |

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | 7:30 | 11:30 | 12:00 | 4:30 | 8:70 | 11:30 | 12:00 | 5:30 | 8:30 | 11:3D | 12:00 | 5:30 | | |
| | | | | | | | | | 8:00 | 12:00 | 12:30 | 6:30 | 6:30 | 11:00 |

ESC-7392

**USE FOR HOURS REPORTED FROM 09/06/99 - 09/12/99**



**Bank of America**

Mail Code: __FL6-875-01-01__

Name: __ESCUDERO, ROXANNA__

### MARKING DIRECTIONS

- Erase carefully any bubbles you wish to change.
- Do not make extra marks on the timesheet.

CORRECT: ○ ● ○ ○

## Mandatory information for payroll processing:

| SOCIAL SECURITY # | JOB REC. # | TIME CAPTURE END DATE |
|---|---|---|

**ROUNDING RULES:**

| Minutes | | | Round to: |
|---|---|---|---|
| :00 THROUGH | :07 | | .00 |
| :08 THROUGH | :22 | | .25 |
| :23 THROUGH | :37 | | .50 |
| :38 THROUGH | :52 | | .75 |
| :53 THROUGH | :59 | | .00 |

| Hundredths | | | Round to: |
|---|---|---|---|
| .00 THROUGH | .12 | | .00 |
| .13 THROUGH | .37 | | .25 |
| .38 THROUGH | .62 | | .50 |
| .63 THROUGH | .87 | | .75 |
| .88 THROUGH | .99 | | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.

**Co - Cost Center**


**Co - Cost Center**


**Co - Cost Center**


Total hours worked in the above cost center ▶

Total hours worked in the above cost center ▶

Total hours worked in the above cost center ▶


Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.

ASSOCIATE SIGNATURE

( 954 ) 748-8105
Area Code    Complete Phone #
*(Required)*

SUPERVISOR SIGNATURE

( 954 ) 748-8105
Area Code    Complete Phone #
*(Required)*

### FOR FULL-TIME ONLY
DOCKED HOURS

To be completed by Supervisor

| HRS | MI |
|---|---|



Bank of America
Form # 00-13-1876B

**ESC - 7353**

| | DAILY HOURS WORKED HRS / MIN | VACATION HRS / MIN | ILLNESS HRS / MIN | HOLIDAY HRS / MIN | HOLIDAY WKD HRS / MIN | OTHER PAID TIME HRS / MIN |
|---|---|---|---|---|---|---|
| **MONDAY** | | | | | | |
| **TUESDAY** | | | | | | |
| **WEDNESDAY** | | | | | | |
| **THURSDAY** | | | | | | |
| **FRIDAY** | | | | | | |
| **SATURDAY** | | | | | | |
| **SUNDAY** | | | | | | |

**TOTALS**

| REGULAR TOTAL= | VACATION TOTAL= | ILLNESS TOTAL= | HOLIDAY TOTAL= | HOLIDAY WKD TOTAL= | OTHER PAID TIME TOTAL= | WEEKLY TOTAL OF HOURS EXCLUDING HOLIDAY WORKED |
|---|---|---|---|---|---|---|
| 33.5 | | | 7.5 | | | 41 |

| | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|
| IN OUT IN OUT | Holiday | 7: 11: 12: 5: 30 30 00 00 | 4: 6: 50 30 | | 8: 11: 12: 5: 30 30 00 00 | 2: 12: 12: 6: 30 30 00 00 | 8: 12: 30 30 |

ESC - 7354

**USE FOR HOURS REPORTED FROM 09/13/99 - 09/19/99**

 **Bank of America**

Mail Code: **FL6-875-01-01**

Name: **ESCUDERO, ROXANNA**

**MARKING DIRECTIONS**

• Erase carefully any bubbles you wish to change.

• Do not make extra marks on the timesheet.

CORRECT: ○ ● ○ ○

## Mandatory information for payroll processing:

**SOCIAL SECURITY #**

**JOB REC. #**

**TIME CAPTURE END DATE**

| Month | Day | Year |
|---|---|---|
| 09 / | 19 / | 99 |

**ROUNDING RULES:**

| Minutes | | | Round to: |
|---|---|---|---|
| :00 | THROUGH | :07 | .00 |
| :08 | THROUGH | :22 | .25 |
| :23 | THROUGH | :37 | .50 |
| :38 | THROUGH | :52 | .75 |
| :53 | THROUGH | :59 | .00 |

| Hundredths | | | Round to: |
|---|---|---|---|
| .00 | THROUGH | .12 | .00 |
| .13 | THROUGH | .37 | .25 |
| .38 | THROUGH | .62 | .50 |
| .63 | THROUGH | .87 | .75 |
| .88 | THROUGH | .99 | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.

**Co - Cost Center**     HRS MIN

**Co - Cost Center**     HRS MIN

**Co - Cost Center**     HRS MIN

Total hours worked in the above cost center ▶

Total hours worked in the above cost center ▶

Total hours worked in the above cost center ▶

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.

**ASSOCIATE SIGNATURE**

( 954 ) 748-8105
Area Code    Complete Phone #
(Required)

 **SUPERVISOR SIGNATURE**

( 954 ) 748-8105
Area Code    Complete Phone #
(Required)

**FOR FULL -TIME ONLY**
DOCKED HOURS

To be completed by Supervisor

HRS    MI

**Bank of America**
Form # 00-13-1876B

**ESC - 7355**



ESC-7356

**USE FOR HOURS REPORTED FROM 09/20/99 - 09/26/99**

 **Bank of America**

Mail Code: **FL6-875-01-01**

Name: **ESCUDERO, ROXANNA**

### MARKING DIRECTIONS

- Erase carefully any bubbles you wish to change.
- Do not make extra marks on the timesheet.

CORRECT: ⚪ ⚫ ⚪ ⚪

## Mandatory information for payroll processing:

**SOCIAL SECURITY #**



**JOB REC. #**

**TIME CAPTURE END DATE**

| Month | Day | Year |
|-------|-----|------|
| 09 | / 26 | / 99 |



### ROUNDING RULES:

| Minutes | | | Round to: |
|---------|---|---|-----------|
| :00 | THROUGH | :07 | .00 |
| :08 | THROUGH | :22 | .25 |
| :23 | THROUGH | :37 | .50 |
| :38 | THROUGH | :52 | .75 |
| :53 | THROUGH | :59 | .00 |

| Hundredths | | | Round to: |
|------------|---|---|-----------|
| .00 | THROUGH | .12 | .00 |
| .13 | THROUGH | .37 | .25 |
| .38 | THROUGH | .62 | .50 |
| .63 | THROUGH | .87 | .75 |
| .88 | THROUGH | .99 | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.





**Co - Cost Center** HRS MIN

**Co - Cost Center** HRS MIN

**Co - Cost Center** HRS MIN

Total hours worked in the above cost center ▶

Total hours worked in the above cost center ▶

Total hours worked in the above cost center ▶

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.

_____
ASSOCIATE SIGNATURE

( 954 ) 748-8105
Area Code    Complete Phone #
(Required)

_____
SUPERVISOR SIGNATURE

( 954 ) 748 - 8105
Area Code    Complete Phone #
(Required)

### FOR FULL -TIME ONLY
DOCKED HOURS

To be completed by Supervisor



HRS    MIN

Bank of America
Form # 00-13-1876B

**ESC - 7357**

| | DAILY HOURS WORKED | VACATION | ILLNESS | HOLIDAY | HOLIDAY WKD | OTHER PAID TIME |
|---|---|---|---|---|---|---|
| | HRS / MIN | HRS / MIN | HRS / MIN | HRS / MIN | HRS / MIN | HRS / MIN |

**TOTALS**

| REGULAR TOTAL= 48.5 | VACATION TOTAL= | ILLNESS TOTAL= | HOLIDAY TOTAL= | HOLIDAY WKD TOTAL= | OTHER PAID TIME TOTAL= | HOLIDAY WORKED |
|---|---|---|---|---|---|---|

WEEKLY TOTAL OF HOURS EXCLUDING HOLIDAY WORKED → 48.5

| | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|
| IN / OUT | 7:45 / 11:45 | 12:15 / 6:15 | 8:30 / 11:30 | 12:00 / 4:00 | 8:30 / 11:30 | 12:30 / 6:00 | 8:30 / 11:30 | 12:30 / 6:15 | 8:30 / 11:30 | 12:30 / 6:15 | 8:30 / 11:30 | 12:30 / 6:30 | 8:30 / 12:30 |

ESC - 7358

**USE FOR HOURS REPORTED FROM 09/27/99 - 10/03/99**

 **Bank of America**

Mail Code: __FL6-875-01-01__

Name: __ESCUDERO, ROXANNA__

## Mandatory information for payroll processing:

SOCIAL SECURITY #    JOB REC. #    TIME CAPTURE END DATE

Month 10 / Day 03 / Year 99

### MARKING DIRECTIONS

- Erase carefully any bubbles you wish to change.
- Do not make extra marks on the timesheet.

CORRECT: ○ ● ○ ○

### ROUNDING RULES:

| Minutes | | | Round to: |
|---|---|---|---|
| :00 | THROUGH | :07 | .00 |
| :08 | THROUGH | :22 | .25 |
| :23 | THROUGH | :37 | .50 |
| :38 | THROUGH | :52 | .75 |
| :53 | THROUGH | :59 | .00 |

| Hundredths | | | Round to: |
|---|---|---|---|
| .00 | THROUGH | .12 | .00 |
| .13 | THROUGH | .37 | .25 |
| .38 | THROUGH | .62 | .50 |
| .63 | THROUGH | .87 | .75 |
| .88 | THROUGH | .99 | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.





Co - Cost Center    HRS MIN



Co - Cost Center    HRS MIN



Co - Cost Center    HRS MIN

Total hours worked in the above cost center ▶ 8

Total hours worked in the above cost center ▶

Total hours worked in the above cost center ▶

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.

_____ (954) 748-8105
ASSOCIATE SIGNATURE    Area Code    Complete Phone # (Required)

_____ (954) 748-8105
SUPERVISOR SIGNATURE    Area Code    Complete Phone # (Required)

### FOR FULL -TIME ONLY
DOCKED HOURS

To be completed by Supervisor



HRS    MIN

Bank of America
Form # 00-13-1876B

**SCANTRON** CUSTOM FORM NO. F-12571-BOA-L    SCANTRON CORPORATION 1999 ALL RIGHTS RESERVED    PC2 1299-600-5 4 3 2 1

**ESC - 7359**

| | DAILY HOURS WORKED HRS / MIN | VACATION HRS / MIN | ILLNESS HRS / MIN | HOLIDAY HRS / MIN | HOLIDAY WKD HRS / MIN | OTHER PAID TIME HRS / MIN |
|---|---|---|---|---|---|---|
| **MONDAY** | | | | | | |
| **TUESDAY** | | | | | | |
| **WEDNESDAY** | | | | | | |
| **THURSDAY** | | | | | | |
| **FRIDAY** | | | | | | |
| **SATURDAY** | | | | | | |
| **SUNDAY** | | | | | | |

| TOTALS | | | | | | | |
|---|---|---|---|---|---|---|---|
| REGULAR TOTAL= **43** | VACATION TOTAL= | ILLNESS TOTAL= **2.75** | HOLIDAY TOTAL= | HOLIDAY WKD TOTAL= | OTHER PAID TIME TOTAL= | → WEEKLY TOTAL OF HOURS EXCLUDING HOLIDAY WORKED **45.75** |

| | MONDAY | | | | TUESDAY | | | | WEDNESDAY | | | | THURSDAY | | | | FRIDAY | | | | SATURDAY | | | | SUNDAY | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | 7:30 | 1:15 | 5:1 | 12 | 8:30 | 11:30 | 12:00 | 4: | 8:1 | 11: | 12:00 | 2:00 | sic front | | | | 8:00 | 12:00 | 1:00 | 6:15 | 8:30 | 12:20 | | | | | | |

ESC - 7360

**USE FOR HOURS REPORTED FROM 10/04/99 - 10/10/99**


**Bank of America**

Mail Code: __FL6-875-01-01__

Name: __ESCUDERO, ROXANNA__

### MARKING DIRECTIONS

- Erase carefully any bubbles you wish to change.
- Do not make extra marks on the timesheet.

CORRECT: ○ ● ○ ○

## Mandatory information for payroll processing:

**SOCIAL SECURITY #**

**JOB REC. #**

**TIME CAPTURE END DATE**
Month / Day / Year
10 / 10 / 99

### ROUNDING RULES:

| Minutes | | Round to: |
|---|---|---|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|---|---|---|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.

**Co - Cost Center**   HRS MIN



**Co - Cost Center**   HRS MIN




**Co - Cost Center**   HRS MIN

Total hours worked in
the above cost center ▶

Total hours worked in
the above cost center ▶

Total hours worked in
the above cost center ▶

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.



ASSOCIATE SIGNATURE

( 954 ) 748-8105
Area Code   Complete Phone #
*(Required)*

SUPERVISOR SIGNATURE

( 954 ) 748-8105
Area Code   Complete Phone #
*(Required)*

**FOR FULL-TIME ONLY**
DOCKED HOURS

To be completed by Supervisor

HRS   MIN

**Bank of America**
**Form # 00-13-1876B**

**ESC - 7361**



ESC - 7362

**USE FOR HOURS REPORTED FROM 10/11/99 - 10/17/99**

 **Bank of America**

Mail Code: **FL6-875-01-01**

Name: **ESCUDERO, ROXANNA**

**MARKING DIRECTIONS**

- Erase carefully any bubbles you wish to change.
- Do not make extra marks on the timesheet.

CORRECT: ○ ● ○ ○

## Mandatory information for payroll processing:





**TIME CAPTURE END DATE**
Month 10 / Day 17 / Year 99

**ROUNDING RULES:**

| Minutes | | Round to: |
|---|---|---|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|---|---|---|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.










Total hours worked in the above cost center ▶ ☐

Total hours worked in the above cost center ▶ ☐

Total hours worked in the above cost center ▶ ☐

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.

ASSOCIATE SIGNATURE

( 954 ) 748-8105
Area Code    Complete Phone # *(Required)*

SUPERVISOR SIGNATURE

( 954 ) 748-8105
Area Code    Complete Phone # *(Required)*

**FOR FULL-TIME ONLY**
DOCKED HOURS

To be completed by Supervisor

| HRS | MIN |
|---|---|

**Bank of America**
Form # 00-13-1876B

Timesheet form with columns: DAILY HOURS WORKED (HRS/MIN), VACATION (HRS/MIN), ILLNESS (HRS/MIN), HOLIDAY (HRS/MIN), HOLIDAY WKD (HRS/MIN), OTHER PAID TIME (HRS/MIN), for each day MONDAY through SUNDAY.

**TOTALS**

| | DAILY TOTAL= | VACATION TOTAL= | ILLNESS TOTAL= | HOLIDAY TOTAL= | HOLIDAY WKD TOTAL= | OTHER PAID TIME TOTAL= | HOLIDAY WORKED |
|---|---|---|---|---|---|---|---|
| | 32.5 | | | 7.5 | | | 40 |

WEEKLY TOTAL OF HOURS EXCLUDING

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | 8:30 | 11:30 | 12:00 | 4:30 | 7:30 | 12:30 | 1:00 | 4:30 | 8:30 | 9:30 | 5:30 | 8:30 | 8:00 | 11:30 |
| | | | | | | | | | 12:00 | 4:30 | 8:00 | 6:15 | 12:15 | |

ESC - 7364

**USE FOR HOURS REPORTED FROM 10/18/99 - 10/24/99**



## Bank of America

Mail Code: **FL6-875-01-01**

Name: **ESCUDERO, ROXANNA**

**MARKING DIRECTIONS**

• Erase carefully any bubbles you wish to change.

• Do not make extra marks on the timesheet.

CORRECT: ○ ● ○ ○

## Mandatory information for payroll processing:



| SOCIAL SECURITY # | JOB REC. # | TIME CAPTURE END DATE |
| --- | --- | --- |



Month: 10 / Day: 24 / Year: 99

**ROUNDING RULES:**

| Minutes | | Round to: |
| --- | --- | --- |
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
| --- | --- | --- |
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.

**Co - Cost Center**   HRS MIN



**Co - Cost Center**   HRS MIN



**Co - Cost Center**   HRS MIN







Total hours worked in the above cost center ▶

Total hours worked in the above cost center ▶

Total hours worked in the above cost center ▶

---

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.

_(signature)_

ASSOCIATE SIGNATURE

( 954 ) 748-8105

Area Code   Complete Phone #
_(Required)_

_(signature)_

SUPERVISOR SIGNATURE

( 954 ) 748-8105

Area Code   Complete Phone #
_(Required)_

**FOR FULL -TIME ONLY**
DOCKED HOURS

To be completed by Supervisor

HRS   MI

Bank of America
Form # 00-13-1876B

**ESC - 7365**

| | DAILY HOURS WORKED | | VACATION | | ILLNESS | | HOLIDAY | | HOLIDAY WKD | | OTHER PAID TIME | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN |
| **MONDAY** | | | | | | | | | | | | |
| **TUESDAY** | | | | | | | | | | | | |
| **WEDNESDAY** | | | | | | | | | | | | |
| **THURSDAY** | | | | | | | | | | | | |
| **FRIDAY** | | | | | | | | | | | | |
| **SATURDAY** | | | | | | | | | | | | |
| **SUNDAY** | | | | | | | | | | | | WEEKLY TOTAL OF HOURS EXCLUDING HOLIDAY WORKED |
| **TOTALS** | DAILY TOTAL= 40 | | VACATION TOTAL= | | ILLNESS TOTAL= | | HOLIDAY TOTAL= | | HOLIDAY WKD TOTAL= | | OTHER PAID TIME TOTAL= ➡ | 40 |

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | 8:00 | 12:00 | 8:00 | 12:00 | 8:00 | 12:00 | 8:00 | 12:00 | 8:00 | 12:00 | | | | |
| | 12:30 | 4:30 | 12:30 | 4:30 | 12:30 | 4:30 | 11:30 | 12:00 | 12:30 | 5:30 | | | | |

ESC-7366

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2
                CASE NO. 00-06145-CIV-DIMITROULEAS
 3                   Magistrate Judge Johnson

 4
    ROXANNA L. ESCUDERO, and
 5  KIMBERLY DRAKE, on behalf of
    themselves and all others
 6  similarly situated,                      ORIGINAL

 7              Plaintiffs,

 8  vs

 9  BANKAMERICA CORPORATION, a foreign
    corporation d/b/a BANK OF
10  AMERICA CORPORATION, a foreign
    corporation, f/k/a NATIONSBANK, N.A.,
11  a national assocation

12              Defendant.
    _____/
13

14              DEPOSITION OF JOHN MARTINEZ

15
                     Wednesday, March 28, 2001
16                   4000 Hollywood Boulevard, Suite 620-N
                     Hollywood, Florida 33020
17                     10:10 a.m. - 12:11 p.m.

18  APPEARANCES:

19    On Behalf of the Plaintiff:
        MUCHNICK, WASSERMAN, DOLIN & LEVINE, LLP
20      BY:  SUSAN L. DOLIN, Attorney at Law
        4000 Hollywood Boulevard, Suite 620-N
21      Hollywood, Florida 33020

22    On Behalf of the Defendant:
        McGUIRE, WOODS
23      BY:  RICHARD F. KANE, ESQUIRE
        101 South Tyron Street, Suite 3700
24      Charlotte, NC 28280

25  ALSO PRESENT:
    Roxanna Escudero and Kimberly Drake

                   KLEIN, BURY & ASSOCIATES
```

PLAINTIFF'S
EXHIBIT
E

```
 1              A    I would assume she was.

 2              Q    Why would you assume that?

 3              A    Because it says so on it.  This gives us a

 4    time that is completed.  And I assume it was submitted

 5    and she got paid for it.

 6              Q    Now, if you go on the back of it, it shows

 7    the calculation of exception hours.  And it says:  "If

 8    hours worked are more than 40, enter hours over 40 as

 9    overtime".

10              A    Okay.

11              Q    And are there any overtime hours entered?

12              A    It does look like there was.

13              Q    Can you tell me how many there were?

14              A    Seven and a quarter, week one.  Six and a

15    quarter, week two.  Three and three-quarters, week

16    three.

17              Q    That adds up to what?

18              A    About 17-and-a-quarter.

19              Q    And that is what the time card reflects,

20    right?

21              A    Right.

22              Q    Now, do you know whether you counseled Ms.

23    Escudero regarding the overtime she incurred during

24    that week or that time period?

25              A    I don't remember.
```

KLEIN, BURY & ASSOCIATES

```
 1              Q     You don't remember?
 2              A     No.  I would assume I would have said
 3       something based on that figure.
 4              Q     And you have no idea why the changes
 5       occurred in the entries on March 5th or March 2nd?
 6              A     Right.  I don't have any idea why.
 7              Q     So you don't know whether the overtime
 8       would have been higher or lower if those changes had
 9       not been made or it would affect it at all?
10              A     Exactly.
11              Q     Now, let's go to the next timecard which
12       is ESC-7265.  And that is for the period April 1, '98
13       to April 15, '98.  It looks like there you have a
14       carry over of 15.75 hours.  Do you see that?
15              A     I see that.
16              Q     Now, if you look at the entry for Sunday,
17       okay?
18              A     Okay.
19              Q     Sunday, March 5th, where it says in -- You
20       see that?  It appears to be whited out there, doesn't
21       it?
22              A     Okay.  There it is.  All right.  Yes, it
23       does.
24              Q     Do you have any idea why?
25              A     No idea why.
```

KLEIN, BURY & ASSOCIATES

```
 1          Q     You don't know why.  Okay.  And if you go
 2    down to the numbers and the numerical entries for
 3    Saturday, and the numerical entries it says here,
 4    Monday, Tuesday, Wednesday, Thursday, Friday, the
 5    whole thing appears to be whited out and changed.
 6          A     Okay.
 7          Q     Does it not?
 8          A     It looks like alterations were made.
 9          Q     Do you know who made the alterations?
10          A     I have no idea.
11          Q     Do you know why they were made?
12          A     No, I don't.
13          Q     Does it show any overtime during that
14    particular week?
15          A     No, it doesn't.
16          Q     It shows 40 hours, doesn't it?
17          A     Yes, it does.
18          Q     And, again, there are no initials to show
19    who made those alterations, does it?
20          A     Right.
21          Q     If you look at the back of that timecard,
22    you look at Wednesday?
23          A     Okay.
24          Q     Wednesday, the 15th, you show an entry, an
25    in time of 8:45, an out time of 12:45.  The out time
```

KLEIN, BURY & ASSOCIATES

```
 1      appears to be altered as well, does it not?

 2           A    It does.

 3           Q    Do you know who made that alteration?

 4           A    No, I don't.

 5           Q    And do you know why that alteration was

 6      made?

 7           A    No, I don't.  It looks like it was 12:30

 8      before and they changed it to 12:45.

 9           Q    You don't know who made the alteration?

10           A    No, I don't.

11           Q    Do you know if one of those times was her

12      day off, back in April of '98?

13           A    Now I do remember that we first started

14      giving her half a Wednesday off and it went to full

15      Wednesdays.  So it is possible that was her half day.

16           Q    Let's go to the next timecard which would

17      be 6/1/98 to 6/15/98.  Do you see that?

18           A    I see it.

19           Q    Now here she is working a full Wednesday.

20      Do you see that?

21           A    Full Wednesday.  Okay.

22           Q    Do you see that?

23           A    I see that.

24           Q    Do you know why she went back from half

25      Wednesday to full Wednesday?
```

```
 1          A    No, I don't.

 2          Q    And if you look along the bottom, you will

 3    see there is 40 hours with 5.75 carry over.  Whatever

 4    that means.  Do you know what that means?

 5          A    I have no idea.

 6          Q    If you look along that whole strip for

 7    Monday, Tuesday, Wednesday, Thursday and Friday, and

 8    then Saturday is crossed out, and then it looks like

 9    40 hours on Sunday.  It appears to be that there have

10    been alterations on those numbers, too; does it not?

11          A    On the bottom.

12          Q    Now, right under that you have the in and

13    out, in and out and the - you have the actual entries,

14    the numbers?

15          A    The total hours.

16          Q    For the first week, you have the hours of

17    6/98, Monday the 1st, Tuesday the 2nd, Wednesday the

18    3rd, Thursday the 4th, Friday the 5th.  Do you see

19    that?

20          A    Yes.

21          Q    And then an X in Saturday and then 40 on

22    the Sunday showing a 40-hour workweek.

23               Does it appear to you that those hours -

24    those numbers have been altered?

25          A    It appears they were.
```

KLEIN, BURY & ASSOCIATES

```
 1              Q    Do you know who did it?

 2              A    I do not know.

 3              Q    Do you know why it was done?

 4              A    No, I don't.

 5              Q    But it shows a 40-hour workweek?

 6              A    Does.

 7              Q    Whose initials are the supervisor's, by

 8    the way?

 9              A    That looks like Jina LaPlante.

10              Q    Let's go back to the previous card that

11    was for April 1, '98 to April 15, '98.  Whose

12    supervisor's initials are those?

13              A    Jina LaPlante.

14              Q    And the timecard previous to that, the

15    3/1/98 to 3/15/98, whose initials are those?

16              A    Michelle Clifford.

17              Q    If you will turn to the next timecard of

18    September 16, 1998 to September 30, 1998, that is

19    ESC-7277.

20              A    Okay.

21              Q    At this point in time, was Roxanne

22    Escudero working no Wednesdays or just half

23    Wednesdays?

24              A    Like I said, I don't remember exactly when

25    she started changing the schedule.
```

KLEIN, BURY & ASSOCIATES

```
1              Q     Now, the reason you said she was working
2     first half Wednesdays and then no Wednesdays was to
3     keep her at 40 hours, right?
4              A     Right.
5              Q     Did you find that keeping her at the half
6     Wednesdays wasn't working?  She was still exceeding 40
7     hours.  Is that why you dropped her to the full
8     Wednesdays?
9              A     That might have been why.
10             Q     So then is it possible, then, that we
11    would find overtime payments between the time that she
12    started working half Wednesdays and the time she
13    started working -- I am sorry.
14                   Between the time she stopped working full
15    Wednesdays and went to half Wednesdays and the time
16    she stopped working Wednesdays all together?
17             A     Would there still be overtime, is that
18    what you are asking?
19             Q     Yes.  Badly worded question.  Do you want
20    me to do it again?
21                   MR. KANE:  Yes, please.
22    BY MS. DOLIN:
23             Q     She went down to half Wednesdays.  You
24    said it might not have been enough to drop her to 40,
25    so you had to take her off Wednesdays all together?
```

```
 1           A     Right.

 2           Q     We can expect to find that she might have

 3    been incurring overtime between the time she went to

 4    half Wednesdays and to the time she went to Wednesdays

 5    off completely?

 6           A     It is possible.

 7           Q     Do you know as of September 16, '98,

 8    whether she was down to half Wednesdays or down to

 9    full Wednesdays off?

10           A     That, I don't know.

11           Q     You don't know?

12           A     No.

13           Q     Were there times when she went down to

14    full Wednesdays off, that she was still working half

15    Wednesdays?

16           A     Was there time?

17           Q     After you dropped her to no Wednesdays at

18    all, did she still come in on occasion and do half

19    Wednesdays?

20           A     Not that I can remember.

21           Q     Ever come in for an hour or two on

22    Wednesdays?

23           A     I mean, it is possible but I can't

24    remember if she did or not.

25           Q     If she ever came in on Wednesday, did you
```

```
 1    ever say, what are you doing here, get out?
 2         A    I might have, but I don't remember a
 3    specific instance.
 4         Q    Did she ever come in on Wednesdays and did
 5    you ever say, you know you are not supposed to be
 6    here, and if you are, we will not pay you?
 7         A    No.
 8         Q    Did you ever say, if you are here on
 9    Wednesdays and you are not supposed to be here, don't
10    record it?
11         A    No.
12         Q    Let's look at timecard ESC-7277, that is
13    for September 16, '98 through September 30, '98.
14              For the first entry, you have a carry over
15    40 from the week before.  That shows you have a
16    workweek of 40 hours the week before, right?
17         A    Right.
18         Q    And on this particular day, Wednesday, the
19    16th, she shows in at 13:00, which I believe is 1:00
20    in the afternoon and leaves at three so she worked two
21    hours.  Would that be consistent with your half
22    Wednesday?
23         A    That might be she just came in to do
24    something or take care of a customer or loan closing
25    for that particular day.
```

```
 1              Q    When you had her working half Wednesdays,
 2      what hours was she working or supposed to be working?
 3              A    I believe it was 12:00 or 1:00 to 4:30,
 4      something like that.
 5              Q    And then you show her on Thursday she was
 6      coming in at 8:00 and left at 17:30 which is --
 7              A    5:30.
 8              Q    Thank you.  Did not take a lunch
 9      apparently.  And it shows 9.5 hours, correct?
10              A    Correct.
11              Q    And then on Friday, it shows her coming in
12      at 7:45 leaving at 11:15, assuming for lunch, comes
13      back at 11:45 and leaves again at 17:45.  And shows a
14      total of 40 hours for that week.
15              A    Okay.
16              Q    Right?
17              A    Forty hours.
18              Q    It is recorded there on that Saturday
19      because Saturdays, she did not work?
20              A    Right.
21                   MR. KANE:  You are shifting, Susan, from
22              talking about a day to 40 hours.  It is pretty
23              confusing.
24      BY MS. DOLIN:
25              Q    I am sorry.  On Saturday, she worked four
```

```
1    hours that week.  Let's go back.  On that Wednesday,
2    the 16th, she works two hours, right?
3          A    Right.
4          Q    And you see that recorded down below in
5    the Wednesday box.
6          A    I see it.
7          Q    And then on Thursday, she works apparently
8    9.5 hours on the 17th.  Do you see that recorded below
9    in the box?
10         A    I see it.
11         Q    And on Friday, she works 9.5 hours with a
12   lunch, or at least as recorded, and you see that
13   recorded below on the 18th?
14         A    Right.
15         Q    And then on Saturday, she works four hours
16   from 8:15 to 12:15.  Four hours.  You see that
17   recorded?
18         A    I see that.
19         Q    So on Sunday, she shows a 40-hour week,
20   right?
21         A    Okay.
22         Q    Okay.  Now, let's go to the next week
23   starting Monday.  She is not working on Sunday.
24   Monday, she shows signing in at 7:15 leaving at 11:15
25   and coming back at 11:45 and going out at 17:15, which
```

```
 1    is what, 5:30 -- 5:15.  I was never in the Military.
 2    You see that recorded?
 3         A    I see that recorded.
 4         Q    Now, you see Tuesday it shows she came in
 5    at 7:15, left at 12:15 and in at 12:45 and out at
 6    18:40 on the 22nd.  Do you see that?
 7         A    I see that.
 8         Q    Now, on Wednesday where it says in and
 9    out, she has it X'd out completely.  Do you see that?
10         A    Yes.
11         Q    Underneath that, does that appear to be an
12    alteration?  Like something was whited out?
13         A    In the little box?
14         Q    In the in/out boxes.
15         A    On this sheet, it is hard because I see
16    fuzzy stuff all across.
17         Q    Let me show you mine to see if it helps
18    you a little bit.
19              MR. KANE:  I think you need to redirect
20         the witness as to which box you are talking
21         about.
22    BY MS. DOLIN:
23         Q    The last Wednesday of the in and out
24    boxes.
25         A    You are talking about this box?
```

KLEIN, BURY & ASSOCIATES

```
 1                    MR. KANE:  Far right upper hand corner.
 2     BY MS. DOLIN:
 3          Q    Of the in and out boxes of that Wednesday.
 4     I think it was the 23rd.
 5          A    Okay.  I was looking at the wrong one.
 6          Q    I am sorry.
 7          A    It does look like there were alterations
 8     there.
 9          Q    In fact, it looks like a lot of stuff was
10     whited out, doesn't it?
11          A    It looks like it, yeah.
12          Q    Do you have any idea whether, in fact,
13     Roxanna Escudero worked on Wednesday, the 23rd of
14     September?
15          A    I have no idea.
16          Q    Now, if you go down to the boxes below
17     that where the actual numbers worked are recorded, you
18     see 23-Wed?
19          A    Right.
20          Q    There is an X in there also?
21          A    Right.
22          Q    Does that look like it was altered?
23          A    That was the confusing part because I see
24     little blotches all over that.
25          Q    Does it look like it was whited out or
```

KLEIN, BURY & ASSOCIATES

```
1     altered to you?

2          A     I don't know.

3          Q     Maybe or maybe not?

4          A     Maybe or maybe not.

5          Q     Go to four boxes beyond that, which would

6     be the 27th, Sunday, which is where they usually

7     record the end of the week hours.

8                It says 40.75.  Does it look like there

9     was an alteration underneath there?

10         A     Yes.

11         Q     It looks like something was whited out

12    there, doesn't it?

13         A     Yes.

14         Q     If something was altered on the 23rd,

15    Wednesday, to remove hours actually worked, that would

16    affect the number of hours that would have been worked

17    that week, would it not?

18         A     So you are saying the box on the 23rd,

19    upper right hand corner, would affect the other boxes?

20         Q     Would affect the total number of hours

21    worked that week if numbers were removed?

22         A     Yeah, it would.  Each book would affect

23    the other boxes.

24         Q     In fact, it shows, for this particular

25    time sheet, .75 hours of overtime.
```

```
 1              A     Okay.

 2              Q     Correct?

 3              A     Correct.

 4              Q     Now, if you look on the back at the

 5     overtime calculations, does it show any overtime

 6     entered at all?

 7              A     No, it doesn't.

 8              Q     Do you know if she got paid for overtime

 9     that week?

10              A     I don't know.

11              Q     Whose supervisor's initials are on that?

12              A     I don't recognize that one.

13              Q     You don't?

14              A     No.  I see what Jina's looks like.  It is

15     not Michelle's.

16              Q     It is not yours?

17              A     It is not mine.

18              Q     Now, do you remember -- Or strike that.

19                    How late did Kim Drake stay on Saturdays

20     when she worked on Saturdays?

21              A     I don't remember.  Again, the times she

22     worked were so minimal.  I don't remember.

23              Q     Do you know when Rock Island stopped

24     having Saturday hours?

25              A     I don't remember them having Saturday
```

KLEIN, BURY & ASSOCIATES

**Page 1**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO and        )
KIMBERLY DRAKE, on behalf of   )
themselves and all others      )
Similarly situated,            )
                               )
          Plaintiffs,          )
                               )
Vs.                            )
                               )
BANKAMERICA CORPORATION, a     )
Foreign corporation d/b/a BANK )
OF AMERICA CORPORATION, a      )
Foreign corporation f/k/a      )
NATIONSBANK, N.A., a national  )
Association,                   )
                               )
          Defendant.           )
- - - - - - - - - - - - - - - -

                    337 E. Las Olas Boulevard
                    Fort Lauderdale, Florida
                    July 13th, 2000
                    9:30 a.m. - 12:05 p.m.

APPEARANCES:

    MUCHNICK, WASSERMAN, DOLIN & LEVINE, LLP
    By ADAM S. CHOTINER, ESQ., ESQ.
    Attorney for the Plaintiffs

    McGUIRE, WOODS, BATTLE & BOOTHE, LLP
    By RICHARD F. KANE, ESQ.
    Attorney for the Defendant

    Also Present: Roxanna L. Escudero

- - - - - - - - -
                DEPOSITION

                    OF

            KIMBERLY DRAKE
- - - - - - - - -
DOWNTOWN REPORTING   (954) 522-3376

**Page 2**

                I N D E X
WITNESS: KIMBERLY DRAKE
                            PAGE
DIRECT EXAMINATION
BY MR. KANE                    3

CROSS EXAMINATION
None


            E X H I B I T   I N D E X

Defendant's Exhibit Number 1 for I.D.       9

        + + + + + + + + +

PLAINTIFF'S EXHIBIT
F

DOWNTOWN REPORTING   (954) 522-3376

**Page 3**

1    Deposition of KIMBERLY DRAKE, a witness of
2  lawful age, taken by the Defendant, for the purpose of
3  discovery and for use as evidence in the above entitled
4  cause, wherein: ROXANNA L. ESCUDERO and KIMBERLY DRAKE,
5  on behalf of themselves and all others similarly
6  situated, are the Plaintiffs, and BANKAMERICA
7  CORPORATION, a foreign corporation d/b/a BANK OF AMERICA
8  CORPORATION, a foreign corporation, f/k/a NATIONSBANK,
9  N.A., a national association, is the Defendant, in the
10  United States District Court, Southern District of
11  Florida, pursuant to notice heretofore filed, before
12  VICTORIA PAEZ, a Shorthand Reporter notary and Public in
13  and for the State of Florida at Large, at the offices of
14  Downtown Reporting, 337 E. Las Olas Boulevard, Fort
15  Lauderdale, Broward County, Florida, on the 13th day of
16  July, 2000, commencing at 9:30 o'clock A.M.
17            - - -
18  THEREUPON,
19            KIMBERLY DRAKE
20  Being a witness in the notice heretofore filed, being of
21  lawful age, and being first duly sworn in the above
22  cause, testified on her oath as follows:
23        THE WITNESS: I do
24        DIRECT EXAMINATION
25  BY MR. KANE:
        DOWNTOWN REPORTING   (954) 522-3376

**Page 4**

1    Q.   State your name, please.
2    A.   Kimberly Drake.
3    Q.   Do you have a middle name?
4    A.   Sue.
5    Q.   What is your address?
6    A.   9360 N.W. 34th Court, Sunrise, Florida
7  33351.
8    Q.   And your Social Security?
9    A.   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.
10    Q.   Okay. Ms. Drake, my name is Richard Kane
11  and I'm representing NationsBank in an action where you
12  were one of the plaintiffs involving a claim for
13  overtime.
14        I'm going to ask you a series of questions
15  this morning. If you do not understand the question,
16  please let me know and I will either rephrase or further
17  explain the question. If you do not indicate to me that
18  you don't understand, then I will assume that you do
19  understand. Okay?
20    A.   Uh-huh.
21    Q.   Now, all of your answers need to be audible
22  so that the court reporter can record your answer.
23  Nodding or uh-huhs and the like make it difficult on the
24  court reporter, so please try to answer audibly.
25    A.   All right.
        DOWNTOWN REPORTING   (954) 522-3376

17

1  employment while you were employed at G. Neil Companies?
2          MR. CHOTINER: Same objection.
3          MR. KANE: Tell me what's wrong with the
4     form. I'll clear it up.
5          MR. CHOTINER: I think it's a little vague.
6     Problems. Are you talking about disciplinary
7     problems? I mean, it's just -- problems is a
8     very broad term.
9          MR. KANE: Yes, it is.
10         MR. CHOTINER: That's why I'm objecting.
11         MR. KANE: The form is perfectly
12    acceptable.
13  BY MR. KANE:
14    Q.   Do you understand the question?
15    A.   No, I do not.
16    Q.   Okay. Did you have any problems relating
17    to your work while you were employed at G. Neil
18    Companies?
19    A.   I still don't understand the question.
20    There could be many different problems that you're
21    relating to and I don't want to answer it because I
22    don't understand it.
23    Q.   Okay. What kind of problems come to your
24    mind?
25         You say there are many different -- what
                DOWNTOWN REPORTING   (954) 522-3376

18

1     kind of problems come to your mind?
2     A    Well, not per se for me specifically.
3     There could be disciplinary problems, problems with your
4     co-workers, problems with things going on at home that
5     affect your job.
6     Q.   Okay. Did you have any disciplinary
7     problems?
8     A.   No, I would not say that.
9     Q.   Were you ever counseled?
10    A    One time.
11    Q.   Who counseled you?
12    A.   Shane Carter.
13    Q.   Okay. What was the subject matter of the
14    counseling?
15    A.   It was an order that was placed by a
16    customer that included a poster that the customer said
17    she didn't order. So he gave me a verbal counseling on
18    it.
19    Q.   Okay. Any other counseling sessions?
20    A.   No, there was not.
21    Q.   Any problems with your co-workers?
22    A.   No.
23    Q.   Any problems with your personal life that
24    impacted on your job?
25    A.   Let me think about the dates. No, nothing
                DOWNTOWN REPORTING   (954) 522-3376

19

1     at that time, no.
2     Q.   At some other time?
3     A.   During my employment with NationsBank.
4     Q.   Okay. What were your personal problems
5     that impacted on your employment at NationsBank?
6     A.   Two bank robberies in a three-week period,
7     the death of my mother, and a hospitalization for four
8     days, after her funeral.
9     Q.   When were the bank robberies?
10    A.   October of '98 and November of '98, three
11    weeks apart.
12    Q.   In what branch?
13    A.   Rock Island Road.
14    Q.   And what was the date your mother died?
15    A.   April of '98 -- no  Wait a minute. Let me
16    think about it. April, just past year. April of '99,
17    I'm sorry. It was April of '99.
18    Q.   You say you were hospitalized after that?
19    A.   Uh-huh.
20    Q.   For how long?
21    A.   Four days. Right after her funeral. It
22    wasn't at her passing. Two weeks later was her funeral
23    because she was cremated and then I went into the
24    hospital the day of her funeral afterwards for stomach
25    problems.
                DOWNTOWN REPORTING   (954) 522-3376

20

1     Q.   Where was the funeral service?
2     A.   Cocoa Beach, Florida.
3     Q.   When were you employed at NationsBank?
4     A.   October of '97 till October of '99.
5     Q.   Okay. When you were hospitalized what was
6     the diagnosis?
7     A.   Stress.
8     Q.   And you say it was for four days?
9     A.   Four days.
10    Q.   Were you hospitalized in the Cocoa Beach
11    area?
12    A.   No. I went to the funeral and came back.
13    'Cause a friend went with me and she -- when I was on
14    the way back I was having severe stomach pains so she
15    drove me straight to the emergency room here in Fort
16    Lauderdale.
17    Q.   In Fort Lauderdale.
18    A.   Over at the hospital on Broward Boulevard,
19    in Plantation. She wanted to take me to the hospital in
20    Cocoa Beach but I didn't want to be away from my family
21    here.
22    Q.   Who is she that you're referring to?
23    A.   Roxanna.
24    Q.   Okay. Prior to G. Neil Companies, who did
25    you work for?
                DOWNTOWN REPORTING   (954) 522-3376

| | 57 | | 59 |
|---|---|---|---|

**Column 1 (page 57):**

1  A.  We could only dream of that.  We could only
2  dream of that.  That didn't happen.  I got maybe ten of
3  those my whole entire time at the bank where they walk
4  in and say I want a loan.
5  Q.  Okay.
6  A.  You had to initiate the loan.  When they
7  come in and say I bounced a check for $29 and then
8  you're charging me $29 and you've got all that taken
9  care of, then you start talking to them about, well,
10  have you ever thought of an overdraft line of credit or
11  a refinance to pay your bills.  That's -- your
12  responsible for initiating your own loans, your own
13  business.
14  Q.  I got you.  So while you're interacting
15  with a customer on some other problem, are you reviewing
16  that customer's account simultaneously on the computer
17  screen?
18  A.  Yes.  Uh-huh.
19  Q.  How about auto loans, would those be
20  customer walk-ins generally?
21  A.  There was more auto loan walk-ins than real
22  estate but, still, you had to initiate it.  You kind of
23  had to say are you looking to buy a car.
24  Another way that you got loans was, and I
25  loved these to death, was the call nights.  And the call
DOWNTOWN REPORTING  (954) 522-3376

**Column 2 (page 59):**

1  A.  But I did -- and I did complain about this
2  a couple of times, I didn't enjoy not getting paid
3  hourly for it, that did bother me.
4  Q.  Okay.  When was this?
5  A.  Throughout my two years with the bank.
6  Q.  Who did you complain to?
7  A.  Mainly to co-workers.
8  Q.  Did you ever complain to your manager?
9  A.  Not so much complaining, just in talking.
10  It would be just like, you know, I don't really -- it
11  wasn't so much I disliked going.  I didn't like leaving
12  my office to carry all my stuff in a box to another
13  office to make a phone call.  I'm not a child.  I can do
14  my own phone calls at my own time in my own office.
15  That's the part I disliked about -- the fact that they
16  were making me go to another bank to make phone calls,
17  not compensating me for it on an hourly basis, and I had
18  to pack all my stuff and take it with me, all my files,
19  my telemarketing list, all of that.
20  Q.  Okay.  Did you ever do it from your own
21  branch?
22  A.  Yeah, occasionally I did.
23  Q.  How often?
24  A.  Well, it depends.  Depends on what time of
25  year it was.  If it was campaign time, a lot; if it was
DOWNTOWN REPORTING  (954) 522-3376

| | 58 | | 60 |
|---|---|---|---|

**Column 1 (page 58):**

1  nights were, they would say, okay, next Wednesday night
2  when you guys get off work at 4:30, I want you to go to
3  such and such bank and be there by 5:00 and we're going
4  to have a call night.  And from 5:00 to 8:00 you're
5  going to make phone calls off a telemarketer list and
6  try and solicit loans and credit cards and other items.
7  Now, we're not going to pay for you for that, but we'll
8  give you pizza and give prices.  So those were my
9  favorite times, too.
10  Q.  Why were they your favorite times,
11  Ms. Drake?
12  A.  Because I enjoyed going and working and
13  getting paid pizza.  That's what I live for, is pizza.
14  Q.  Did you --
15  MR. CHOTINER:  Let the record reflect
16  laughter among the deponent and the attorneys.
17  BY MR. KANE:
18  Q.  Did you dislike the telemarketing piece of
19  it?
20  A.  No.  I loved the telemarketing piece.  It's
21  not that.  I mean, I don't mean to be sarcastic.  I
22  enjoyed going and making the phone calls because I knew
23  that any loans or credits or accounts or anything that I
24  got that was, you know, more towards my incentive bonus.
25  Q.  Right.
DOWNTOWN REPORTING  (954) 522-3376

**Column 2 (page 60):**

1  non-campaign, not as much.
2  Q.  Well, how many times say a year were these
3  telemarketing events held, both in the office and
4  outside and another banking center?
5  A.  Let's back up here and explain something
6  here.  The telemarketing events were usually once or --
7  it started out once a month and then it went twice a
8  month, like every other week.  Different days, different
9  branches.  They were kind of like an olympics, 'cause we
10  were promoting the Olympics at the time.  So it was kind
11  of like games and stuff and prizes going on.  That was
12  scheduled telemarketing, okay, that the regional sales
13  manager scheduled for that region.
14  The other telemarketing that I did on my
15  own was usually after 4:30.  I do it, if it was
16  non-campaign, usually about 4:30 to 7:00.  If it was
17  campaign time, try about 4:30 to 11:00, because not only
18  were we making phone calls until 9:00, we were working
19  on our loans at the same time and working on issues that
20  couldn't be done during the business day because you're
21  taking too many customers to get that stuff done.
22  Q.  What kind of issues that you couldn't do
23  during the day?
24  A.  You couldn't work on your loans during the
25  day to check and make sure that the appropriate
DOWNTOWN REPORTING  (954) 522-3376

65

1 might have said something to. She was a branch manager
2 at another bank. I didn't like going on Wednesdays. It
3 was just not so much going in and sitting down and
4 complaining, it was just in passing, conversation-wise.
5    Q.   Okay. Roxanna, Kemmie. Who else?
6    A.   Kristi Mertz and Helen Mootry.
7    Q.   Okay. When did you complain or comment to
8 Rodney about giving up your Wednesday nights?
9    A.   I guess it was July or August. It was
10 shortly after he took on Rock Island.
11    Q.   Was it on one occasion or more than one
12 occasion?
13    A.   Twice, that I recall, I mentioned it. I
14 did not like the fact that it was on a Wednesday and I
15 let him know that.
16    Q.   What was the second occasion, what time
17 frame that?
18    A.   Probably late August, September. See,
19 because they were both -- when it started out once a
20 month, I didn't mind giving up a Wednesday once a month.
21 But then when you're talking about every other week and
22 I'm missing church sometimes two times a month, three
23 times, depending on how many Wednesdays in that month,
24 it was kind of frustrating. And I raised the
25 conversation with them that -- I said it couple of times
                DOWNTOWN REPORTING   (954) 522-3376

66

1 that Roxanna was afraid that I would probably kind of
2 rock the boat if I continued to talk about it. And she
3 said you probably should stop saying it and just kind of
4 deal with it, as far as, you know, not wanting to go on
5 my church night but I didn't feel that that was right.
6    Q.   What church do you go to?
7    A.   Plantation Baptist.
8    Q.   What time is the service on Wednesdays?
9    A.   Starts at 7:00 p.m., lasts till 8:30.
10    Q.   Is it a worship service?
11    A.   No. It's a prayer time. But I'm not in
12 the prayer time. I teach four and five-year-olds their
13 Bible studies. I'm a Bible club leader.
14    Q.   You say four and five-year-olds?
15    A.   Four and five.
16    Q.   Okay. And is what every Wednesday night?
17    A.   Yes, it is.
18    Q.   You still doing that?
19    A.   Yes, I am.
20    Q.   Plantation Baptist?
21    A.   Uh-huh.
22    Q.   Was Helen Mootry one of your managers?
23    A.   No, she was not.
24    Q.   All right. When did you discuss this
25 Wednesday night telemarketing issue with Ms. Mootry?
                DOWNTOWN REPORTING   (954) 522-3376

67

1    A.   Probably one of the times when I would
2 leave Rock Island at about 6:00, head over to Nob Hill
3 banking center and stay there till about 7:00 to 10:00,
4 10:30. Helen would be there from about 7:00 maybe --
5 she would be there from 7:00 till about 8:00 or 8:30
6 sometimes. It would depend on what was going on with
7 her. But it was mainly during campaign time, too.
8    Q.   Well, all right, what did you discuss with
9 Helen Mootry?
10    A.   Here's the thing. I worked at Rock Island
11 and Roxanne worked at Nob Hill. So instead of --
12 especially after bank robberies, instead of staying at
13 Rock Island by myself, I would go over to Nob Hill
14 because there were other people working there. Roxanne
15 was there. Kemmie Salter was there. Kristi Mertz was
16 there. And Helen would be there. And we would go over
17 and work on our loans and stuff.
18        It was just kind of conversation in passing
19 when I would see an e-mail that said I had to be at a
20 mandatory telemarketing night on Wednesday. So it was
21 mainly a comment. She's not my manager. This was a
22 comment that was said that, you know, I don't really
23 like it. And she goes, I know, I know, but just kind of
24 go with it. Because Roxanne was telling me the whole
25 time, don't rock the boat, don't cause waves, about
                DOWNTOWN REPORTING   (954) 522-3376

68

1 complaining about this. And Helen was kind of trying to
2 help her with that, too. She was kind of saying, maybe,
3 you know, you can talk to me because I'm not your
4 manager and I'm not going to say anything, but if you
5 keep pressuring your manager, they're probably going to
6 get upset.
7    Q.   Okay. And that, again, was in reference to
8 these Wednesday night scheduled times?
9    A.   Call-in nights, uh-huh.
10    Q.   Did you ever record the time that you spent
11 at these telemarketing events?
12    A.   No, I did not.
13    Q.   Why not?
14    A.   We were told we weren't allowed to.
15    Q.   Who told you?
16    A.   Rodney.
17    Q.   Anybody else?
18    A.   Helen told us -- told me as well. Not me
19 as being her employee but just passing. And she was
20 saying that Roxanne wasn't allowed to be paid for it as
21 well.
22    Q.   Did she say anything about you
23 specifically?
24    A.   No.
25    Q.   The comment was that Roxanne wasn't allowed
                DOWNTOWN REPORTING   (954) 522-3376

| | |
|---|---|
| **69** | **71** |

**69**

1 to get paid?
2  A.  Right.
3  Q.  I guess from that the conclusion you drew
4 was that you weren't allowed either?
5  A.  Yeah, I wasn't allowed either  Rodney told
6 me I wasn't allowed to put it on my timecard. He
7 specifically stated that you would be compensated for it
8 in some other form by either getting some time off
9 during the day or a day off. He promised me several
10 days off because I was working for him on Saturdays at
11 the banking center from 8:30 in the morning till noon.
12 And he said, you know, I know you're working forty-five,
13 fifty hours on the days that you work on Saturday, I'll
14 give you some time off during the week and I never saw
15 the time off.
16  Q.  And that's Rodney you say --
17  A.  Rodney Sumpter.
18  Q.  -- that made this promise to you?
19  A.  Uh-huh.  And back with the other manager,
20 when we weren't talking about the scheduled
21 telemarketing nights, they knew about the Saturday
22 schedule. They said the same thing, we'll give you time
23 off. I never saw the time. They knew I was --
24  Q.  Wait a minute.  Wait a minute.  Let me
25 interrupt you.

DOWNTOWN REPORTING  (954) 522-3376

**71**

1  A.  Well, I didn't speak with them about
2 getting the time off. They offered time off, which
3 never happened.
4  Q.  All right.  Tell me the names of the
5 managers that offered you the time off.
6  A.  Rodney Sumpter.
7  Q.  Who else?
8  A.  Patti Frisch. Justine Smale. Karen. I
9 don't remember her last name. And that's pretty much
10 it.
11  Q.  Okay.
12  A.  Oh Nancy Parness?
13  Q.  And in each case did the manager initiate
14 the conversation?
15  A.  I would say, yeah.
16  Q.  All right.
17  A.  See, the only thing I really complained
18 about was the Wednesday nights. I didn't complain about
19 working on Saturday, 'cause I knew I was getting bonus
20 money, you know, with the incentive.
21  Q.  Okay.
22  A.  Not hourly but incentive money, if I opened
23 accounts, did loans and stuff. I didn't, you know,
24 worry about that. The only one that I initiated was the
25 Wednesday night call night. They initiated the -- they

DOWNTOWN REPORTING  (954) 522-3376

**70**

1  The discussion with Rodney --
2  A.  Uh-huh.
3  Q.  -- was when?
4  A.  The discussion with Rodney about the
5 complaining on the Wednesday nights was July or August
6 when we were doing that and he was going to give me some
7 time off. But we had also had a prior discussion, when
8 he first started, about how he knew I had been working
9 Saturdays for no pay and that he would fix that problem
10 by giving me some time off.
11  Q.  Working where on Saturdays?
12  A.  At Rock Island. It was a branch that was
13 open on Saturdays.
14  But the other managers that floated in and
15 out of Rock Island had said the same thing as well,
16 we'll compensate you, which never happened. They also
17 knew that -- all the managers knew that I was either
18 working at Rock Island until 6:00 and heading over to
19 Nob Hill, worked there from 7:00 to 10:00, or I was
20 working at Rock Island till 7:00 or 8:00. But I didn't
21 like to stay at Rock Island because I was the only one
22 there and we had just had the robberies so I didn't want
23 to be there by myself.
24  Q.  Tell me what managers you spoke with about
25 getting time off.

DOWNTOWN REPORTING  (954) 522-3376

**72**

1 said, I know you're working Saturday. And I would say,
2 oh, okay. And they would be like we'll go ahead and
3 give you time off and they never did.
4  Q.  Now, was the Rock Island branch open on
5 Saturdays?
6  A.  It was up until -- I want to say up until
7 April or May of '99 'cause, I would work Saturdays
8 there. I worked Saturdays there for a full year.
9  Q.  Were you scheduled for Saturdays?
10  A.  Yes, I was. I did not get paid for
11 Saturdays but I was scheduled.
12  Q.  And when did that stop, again?
13  A.  April or May of '99, 'cause they closed on
14 Saturdays. They decided they didn't want to have that
15 banking center open. I think they went to three banks
16 in all of Broward County open on Saturdays. They closed
17 all the rest of them. But, now that it does come to my
18 mind, I did work at Nob Hill when Rock Island stopped
19 taking Saturday hours. Helen Mootry asked me to work at
20 Nob Hill.
21  Q.  So Nob Hill stayed open at Saturdays?
22  A.  Yes. And I worked there on Saturdays.
23  Q.  And that was at the request of Helen?
24  A.  Yeah. Her exact words were, I need someone
25 to work Saturday, we're short staffed. I know you like

DOWNTOWN REPORTING  (954) 522-3376

73

1 to work Saturdays because you get bonuses, but I cannot
2 pay you but I need you to work.
3    Q.   And when --
4    A.   And she would --
5    Q.   I'm sorry. Go ahead.
6    A.   She would talk to Rodney and she told
7 Rodney the same thing. And Rodney would pull me in the
8 office and say, you know, we're not going to pay you for
9 this.
10    Q.   Okay. Were you present when she talked to
11 Rodney?
12    A.   No. It was a phone conversation.
13    Q.   So you --
14    A.   Because --
15    Q.   Wait a minute. You concluded from the fact
16 that Rodney also mentioned it to you that they had
17 talked; is that right?
18    A.   Because --
19    Q.   Is that right?
20    A.   Yes. April, May and June would have been
21 the floating managers that were there that she asked if
22 it was okay. And then when Rodney came on, she asked
23 Rodney, you know Kimberly is working at Nob Hill or has
24 been working at Nob Hill, is that still okay to do that.
25 So she was like reasking if it was okay because there
        DOWNTOWN REPORTING   (954) 522-3376

74

1 was a new manager onboard.
2    Q.   Okay. Now, while you were having these
3 interim managers --
4    A.   Uh-huh.
5    Q.   -- were you working at Nob Hill, you say,
6 on Saturdays?
7    A.   Yes, I was.
8    Q.   Did you have a discussion with each of
9 those managers -- strike that.
10        Let's just name them. Did you have a
11 discussion with Patti about working at Nob Hill?
12    A.   Me personally have a discussion with her?
13    Q.   Yes.
14    A.   Rephrase the question. Like was I allowed?
15    Q.   Did you have a discussion with Patti about
16 working Saturdays at Nob Hill?
17    A.   I told Patti I was working Saturdays at Nob
18 Hill. And she told me are you putting it on your
19 timecard. And I said am I allowed to. And she said,
20 well, you know we don't have overtime. And I said,
21 well, don't worry about it.
22    Q.   Okay. And was it in conjunction with that
23 discussion that she said she would give you time off?
24    A.   That time off that they were going to give
25 me was more when I was working at Rock Island Saturdays.
        DOWNTOWN REPORTING   (954) 522-3376

75

1 The Nob Hill Saturdays -- the banks are kind of vicious,
2 because they kind of want their branch to be number one.
3 So when I was working Rock Island Saturdays, they -- the
4 conjunction that they would let me go ahead and have
5 time off, but not the Nob Hill so much to speak.
6    Q.   Okay. When you talked with Patti --
7    A.   Uh-huh.
8    Q.   -- about working Saturdays at Nob Hill --
9    A.   Uh-huh.
10    Q.   -- she asked you if you were recording it
11 on your timecard; is that correct?
12    A.   She --
13    Q.   That's the only part of the question that
14 is out there.
15    A.   Yeah.
16    Q.   Okay. Now, you asked her am I allowed to;
17 is that correct?
18    A.   Yes.
19    Q.   Okay. And what did she tell you?
20    A.   She said there is no overtime, you do know
21 that.
22    Q.   Okay. Anything else said --
23    A.   And I said --
24    Q.   -- by her?
25    A.   No. By her, no.
        DOWNTOWN REPORTING   (954) 522-3376

76

1    Q.   Then what did you say?
2    A.   I said don't worry about it. And she kind
3 of laughed and that was it.
4    Q.   So there was no discussion at that time
5 about giving you other time off to compensate?
6    A.   No.
7    Q.   Okay. Now, let's take Justine. Did you
8 have a conversation with her about working at Nob Hill
9 on Saturdays?
10    A.   Yes.
11    Q.   Tell me how many times.
12    A.   Once or twice.
13    Q.   All right. Who initiated the conversation
14 the first time?
15    A.   Justine. The first time Justine.
16    Q.   All right. Tell me --
17    A.   The reason Justine initiated the first time
18 is 'cause the first time I went to Nob Hill my hours --
19 I went ahead and I worked at Nob Hill for no pay but I
20 had forty-one hours that week at Rock Island. So I had
21 four hours unpaid at Nob Hill but I had forty-one at
22 Rock Island because I had come in early for a loan
23 customer and I made the mistake of putting forty-one on
24 my timecard. So Justine asked me is this forty-one
25 because you're working at Nob Hill, because you know we
        DOWNTOWN REPORTING   (954) 522-3376

Comp/
MER 8/28/01

---

| COMP 80500002706 | DATE 01-15-98 | PP 01 | PAGE 779 | | | | | NATIONSBANK, N.A. FT ATLANTA, GA 30302 | | |
|---|---|---|---|---|---|---|---|---|---|---|

DRAKE, KIMBERLY S
264772407
3434995089
958.34

| 98363 REGULAR | | | 350 | 350 | 95834 5805 3276- | 95834 5805 3276- | FICA TAX | 7525 | 7525 FED. TAX | 11411 | 11411 |
| | OVERTIME | | | | | | | | | | |
| 18936 SEL BEN | | 1 | | | | | | | | | |
| 79427 | | | | | | | | | | | |
| 98363 | | | | | | | | | | | |

---

| COMP 80500002706 | DATE 01-30-98 | PP 02 | PAGE 868 | NATIONSBANK, N.A. FT ATLANTA, GA 30302 |
|---|---|---|---|---|

DRAKE, KIMBERLY S
264772407
3434995089
958.34

100851 REGULAR    500    850    95834 8293 3276-    191668 14098 6552-  FICA TAX  7715   15240 FED. TAX  11784   23195
19499 SEL BEN  1
81352
199214

---

| COMP 80500002706 | DATE 02-13-98 | PP 03 | PAGE 817 | NATIONSBANK, N.A. FT ATLANTA, GA 30302 |
|---|---|---|---|---|

DRAKE, KIMBERLY S
264772407
3434995089
958.34

111632 REGULAR    1150    2000    95834 19074 3276-    287502 33175 9828-  FICA TAX  8539   23779 FED. TAX  13401   36596
21940 OVERTIME
89692 SEL BEN  1
310846

---

| COMP 80500002706 | DATE 02-27-98 | PP 04 | PAGE 918 | NATIONSBANK, N.A. FT ATLANTA, GA 30302 |
|---|---|---|---|---|

DRAKE, KIMBERLY S
264772407
3434995089
958.34

112047 REGULAR    1175    3175    95834 16489 3276-    383336 52661 13104-  FICA TAX  8572   32351 FED. TAX  13423   50059
22035 OVERTIME
90012 SEL BEN  1
422893

---

| COMP 80500002706 | DATE 03-13-98 | PP 05 | PAGE 833 | NATIONSBANK, N.A. FT ATLANTA, GA 30302 |
|---|---|---|---|---|

DRAKE, KIMBERLY S
264772407
3434995089
958.34

97534 REGULAR    300    3475    95834 4976 3276-    479170 57637 16380-  FICA TAX  7461   39812 FED. TAX  11286   61345
18747 OVERTIME
78787 SEL BEN  1
520427

---

| COMP 80500002706 | DATE 03-31-98 | PP 06 | PAGE 944 | NATIONSBANK, N.A. FT ATLANTA, GA 30302 |
|---|---|---|---|---|

DRAKE, KIMBERLY S
264772407
3434995089    SEP
958.34

15615 OVERTIME    3475    865 14750    58502 14750  FICA TAX  1196  41008
1196 GEN BNK  1
14419
536042

DRAKE, KIMBERLY S
264772407
3434995089
958.34

114534 REGULAR    1325    4800    95834 21976 3276-    575004 80478 14750 19656-  FICA TAX  8761   49769 FED. TAX  13836   75181
22597 OVERTIME
91937 GEN BNK SEL BEN  1
650576

---

| COMP 80500002706 | DATE 04-15-98 | PP 07 | PAGE 878 | NATIONSBANK, N.A. FT ATLANTA, GA 30302 |
|---|---|---|---|---|

PLAINTIFF'S EXHIBIT G

DRAKE, KIMBERLY S
264772407
3434995089
958.34

102510 REGULAR    600    5400    95834 9952 3276-    670838 90450 14750  FICA TAX  7842   57611 FED. TAX  12033   87214
19875 GEN BNK
8??? SEL BEN  1



ESC -939



COMP 80500002706    DATE 07-15-98    PP 13    PAGE 935    NATIONSBANK, N.A. FT
ATLANTA, GA 30302

DRAKE, KIMBERLY S    17005 OVERTIME    11525    17005    223785 FICA TAX    1300    123647
264772407
3434995089    SEP 1    1300
15705
958.34
1616306

------FRAME *** 016 ***------

COMP 80500002706    DATE 07-15-98    PP 13    PAGE 936    NATIONSBANK, N.A. FT
ATLANTA, GA 30302

ST.EX.

DRAKE, KIMBERLY S    - 98778 REGULAR    375    11900    95834    1245662 FICA TAX    7557    131204 FED. TAX    11473    214287
264772407        OVERTIME    6220    230009
3434995089    1    19030 GEN BNK    281829
79748 SEL BEN    3276-    42588=
958.34
1715084

COMP 80500001876    DATE 07-31-98    PP 14    PAGE 848    NATIONSBANK, N.A. FT
ATLANTA, GA 30302

DRAKE, KIMBERLY S    21898 OVERTIME    11900    473    230478 FICA TAX    1675    132879
264772407        GEN BNK    21423
3434995089    SEP 1    1675    303250
20223
958.34
1736982
DRAKE, KIMBERLY S    108584 REGULAR    350    12250    95834    1341676 FICA TAX    8307    141186 FED. TAX    12944    227231
264772407        OVERTIME    6026    236504
3434995089    1    21251 GEN BNK    10000    313250
87333 SEL BEN    3276-    45864-
958.34
1845566

COMP 80500001876    DATE 08-14-98    PP 15    PAGE 714    NATIONSBANK, N.A. FT
ATLANTA, GA 30302

DRAKE, KIMBERLY S    92558 REGULAR    12250    95834    1437510 FICA TAX    7081    148267 FED. TAX    10540    237771
264772407        OVERTIME    236504
3434995089    1    17621 GEN BNK    313250
74937 SEL BEN    3276-    49140-
958.34
1938124

COMP 80500001876    DATE 08-31-98    PP 16    PAGE 851    NATIONSBANK, N.A. FT
ATLANTA, GA 30302

DRAKE, KIMBERLY S    9302 OVERTIME    12250    177    256281 FICA TAX    711    148978
264772407        GEN BNK    9125    322375
3434995089    SEP 1    711
8591
958.34
1947426
DRAKE, KIMBERLY S    92558 REGULAR    12250    95834    1553344 FICA TAX    7081    156059 FED. TAX    10540    248311
264772407        OVERTIME    236681
3434995089    1    17621 GEN BNK    325375
74937 SEL BEN    3276-    52416-
958.34
2039984

ESC -941

| COMP 80500001876 | DATE 09-15-98 | PP 17 | PAGE 758 | NATIONSBANK, N.A. FT ATLANTA, GA 30302 |

DRAKE, KIMBERLY S
264772407
3434995089
958.34

| 104583 REGULAR | 50 | 50 | 95834 | 1629178 FICA TAX | 8000 | 164059 FED. TAX | 12344 | 260655 |
| OVERTIME | 725 | 12975 | 12025 | 248706 |
| 20344 GEN BNK | | | | 322375 |
| 1   84239 SEL BEN | | | 3276- | 55692- |
| 2144567 | | | | |

---

| COMP 80500001876 | DATE 09-30-98 | PP 18 | PAGE 665 | NATIONSBANK, N.A. FT ATLANTA, GA 30302 |

DRAKE, KIMBERLY S
264772407
3434995089
958.34

| 93802 REGULAR | 75 | 13050 | 95834 | 1725012 FICA TAX | 7176 | 171235 FED. TAX | 10727 | 271382 |
| OVERTIME | | | 1244 | 260000 |
| 17903 GEN BNK | | | | 322375 |
| 1   75899 SEL BEN | | | 3276- | 58968- |
| 2238369 | | | | |

---

| COMP 80500001876 | DATE 10-15-98 | PP 19 | PAGE 731 | NATIONSBANK, N.A. FT ATLANTA, GA 30302 |

DRAKE, KIMBERLY S
264772407
3434995089
958.34

| 102095 REGULAR | 575 | 50 13625 | 95834 | 1820828 FICA TAX | 7811 | 179046 FED. TAX | 11971 | 283353 |
| OVERTIME | | | 9537 | 269000 |
| 19782 GEN BNK | | | | 322375 |
| 1   82313 SEL BEN | | | 3276- | 62244- |
| 2340464 | | | | |

---

| COMP 80500001876 | DATE 10-30-98 | PP 20 | PAGE 746 | NATIONSBANK, N.A. FT ATLANTA, GA 30302 |

DRAKE, KIMBERLY S
264772407
3434995089
958.34    SEP 1

| 10170 OVERTIME | 13625 | 220 | 260707 FICA TAX | 777 | 179823 |
| GEN BNK | | 9950 | 332325 |
| 777 | | | |
| 9393 | | | |
| 2350634 | | | |

DRAKE, KIMBERLY S
264772407
3434995089
958.34

| 102510 REGULAR | 600 | 50 14225 | 95834 | 1916680 FICA TAX | 7843 | 187666 FED. TAX | 12033 | 295386 |
| OVERTIME | | | 9932 | 269000 |
| 19876 GEN BNK | | | | 332325 |
| 1   82634 SEL BEN | | | 3276- | 65520- |
| 2453144 | | | | |

---

| COMP 80500001876 | DATE 11-13-98 | PP 21 | PAGE 631 | NATIONSBANK, N.A. FT ATLANTA, GA 30302 |

DRAKE, KIMBERLY S
264772407
3434995089
958.34

| 92558 REGULAR | 50 14225 | 95834 | 2012512 FICA TAX | 7081 | 194747 FED. TAX | 10540 | 305926 |
| OVERTIME | | | 269000 |
| 17621 GEN BNK | | | 332325 |
| 1   74937 SEL BEN | | 3276- | 68796- |
| 2545702 | | | |

---

| COMP 80500001876 | DATE 11-30-98 | PP 22 | PAGE 708 | NATIONSBANK, N.A. FT ATLANTA, GA 30302 |

DRAKE, KIMBERLY S
264772407
3434995089    SEP 1
1020.84

| 18750 REGULAR | 50 | 18750 | 2031264 FICA TAX | 1434 | 196181 |
| 1434 | | | |
| 17316 | | | |
| 2564452 | | | |

DRAKE, KIMBERLY S
264772407
3434995089
1020.84

| 103223 REGULAR | 250 | 50 14473 | 102064 | 2133348 FICA TAX | 7896 | 204077 FED. TAX | 12140 | 318066 |
| OVERTIME | | | 4417 | 274000 |
| 20036 GEN BNK | | | | 332325 |
| 1   83189 SEL BEN | | | 3276- | 72072- |
| 2667677 | | | | |



ESC -943

1999-2000 earnings.xls

| Name | Emplid | Check Dt | Acct Cd | Regular Hours | Regular Dollars | Overtime Hours | Overtime Dollars | Total Hours | Total Dollars |
|------|--------|----------|---------|---------------|-----------------|----------------|------------------|-------------|---------------|
| Drake,Kimberly S | 264772407 | 01/15/1999 | 000750001876 | 86.67 | 1,020.87 | 42.75 | 755.32 | 129.42 | 1,776.19 |
| Drake,Kimberly S | 264772407 | 01/29/1999 | 000750001876 | 86.67 | 1,020.87 | 9.00 | 160.24 | 95.67 | 1,324.86 |
| Drake,Kimberly S | 264772407 | 02/12/1999 | 000750001876 | 86.67 | 1,020.87 | 0.00 | 0.00 | 86.67 | 1,020.87 |
| Drake,Kimberly S | 264772407 | 02/26/1999 | 000750001876 | 86.67 | 1,020.87 | 0.00 | 9.80 | 86.67 | 1,115.92 |
| Drake,Kimberly S | 264772407 | 03/15/1999 | 000750001876 | 86.67 | 1,020.87 | 0.00 | 0.00 | 86.67 | 1,020.87 |
| Drake,Kimberly S | 264772407 | 03/31/1999 | 000750001876 | 86.67 | 1,020.87 | 4.00 | 157.75 | 90.67 | 1,936.12 |
| Drake,Kimberly S | 264772407 | 04/15/1999 | 000750001876 | 86.67 | 1,020.87 | 1.25 | 22.09 | 87.92 | 1,042.96 |
| Drake,Kimberly S | 264772407 | 04/30/1999 | 000750001876 | 86.67 | 1,020.87 | 6.00 | 106.01 | 92.67 | 1,608.13 |
| Drake,Kimberly S | 264772407 | 05/14/1999 | 000750001876 | 86.67 | 1,020.87 | 5.50 | 102.60 | 92.17 | 1,123.47 |
| Drake,Kimberly S | 264772407 | 05/28/1999 | 000750001876 | 86.67 | 1,020.87 | 0.00 | 2.07 | 86.67 | 1,126.19 |
| Drake,Kimberly S | 264772407 | 06/15/1999 | 000750001876 | 86.67 | 1,020.87 | 0.00 | 0.00 | 86.67 | 1,020.87 |
| Drake,Kimberly S | 264772407 | 06/30/1999 | 000750001876 | 86.67 | 1,020.87 | 0.00 | 1.69 | 86.67 | 1,132.56 |
| Drake,Kimberly S | 264772407 | 07/15/1999 | 000750001876 | 86.67 | 1,020.87 | 0.00 | 0.00 | 86.67 | 1,120.87 |
| Drake,Kimberly S | 264772407 | 07/30/1999 | 000750001876 | 86.67 | 1,020.87 | 0.00 | 0.00 | 86.67 | 1,138.37 |
| Drake,Kimberly S | 264772407 | 08/13/1999 | 000750001876 | 86.67 | 1,208.39 | 0.00 | 0.00 | 86.67 | 1,208.39 |
| Drake,Kimberly S | 264772407 | 08/31/1999 | 000750001876 | 86.67 | 1,083.38 | 0.00 | 0.00 | 86.67 | 2,406.13 |
| Drake,Kimberly S | 264772407 | 09/15/1999 | 000750001876 | 86.67 | 1,083.38 | 4.25 | 79.69 | 90.92 | 1,163.07 |
| Drake,Kimberly S | 264772407 | 09/30/1999 | 000750001876 | 86.67 | 1,083.38 | 0.00 | 0.00 | 86.67 | 4,110.38 |
| Drake,Kimberly S | 264772407 | 10/15/1999 | 000750001876 | 86.67 | 1,083.38 | 0.00 | 0.00 | 86.67 | 1,083.38 |
| Drake,Kimberly S | 264772407 | 10/29/1999 | 000750001876 | 86.67 | 1,083.38 | 0.00 | 9.22 | 86.67 | 1,862.85 |
| Drake,Kimberly S | 264772407 | 11/15/1999 | 000750001876 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Drake,Kimberly S | 264772407 | 11/30/1999 | 000750001876 | 0.00 | 0.00 | 15.00 | 281.25 | 15.00 | 281.25 |

ESC - 7255



| Employee Name and Location | Employee No. | Company | City/Branch/Unit | Pay Period |
|---|---|---|---|---|
| DRAKE, KIMBERLY S | FL6-922-01-01 | 264772407 805 00002706 | 010198 - 011598 | |

*‖ 264772407 ‖*

| | | Regular Hours Split Week | | | |
|---|---|---|---|---|---|
| 01/98 01T | | | | | 01 THU |
| 02E 02S | | | | | 02 FRI |
| 04S 05M | | | | | 03 SAT |
| 06T 07W 08T 09F | | | | | 04 SUN |
| 10S 11S | | | | | 05 MON |
| 12M 13T 14W | | | | | 06 TUE |

| IN | OUT | IN | OUT | IN | OUT | IN | OUT |
|---|---|---|---|---|---|---|---|
| 01 THU | | | | | | | |
| 8:15 | 14:00 | 14:15 | 8:15 | 8:45 | 02 FRI | | |
| 03 SAT | 12:30 | | | | | | |
| 9:45 | 17:30 | 8:15 | 11:45 | 12:00 | 17:00 | 6:15 | 07 WED |
| 13:30 | 8:45 | 12:00 | 12:15 | 17:00 | 08 THU | | |

PROCESSED
JAN 2 0 1998

| Absence Without Pay | Worked Holiday | Overtime Pay | Regular |
|---|---|---|---|
| Borrowed Hours | Borrowed Hours | Total Hrs 5 | Borrowed Hours |
| Charge to Cost Cntr. | | | Charge to Cost Cntr. |

INITIALS: Employee KD — Supervisor

Full Time

ESC - 7367



| IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 09 FRI | | 10 SAT | | 11 SUN | | 12 MON | | 13 TUE | | 14 WED | | 15 THU | |

**IBM Clock**
Hundredths Table
.00 through .07 = .00
.08 through .22 = .25
.23 through .37 = .50
.38 through .52 = .75
.53 through .59 = 1.00

**Simplex Clock**
Hundredths Table
.00 through .12 = .00
.13 through .37 = .25
.38 through .62 = .50
.63 through .87 = .75
.88 through .98 = 1.00

**WEEKLY WORKSHEET TO CALCULATE EXCEPTION HOURS (A week=Monday to Sunday)**

* Enter Hours Worked (Include carryover in week 1):   WK1  448   WK3 _____ (if necessary)
  40.39

CALCULATION OF EXCEPTION HOURS –

* If hours worked are more than 40, enter hours over 40 as Overtime:   5   0
* If hours are less than 40, enter as Absence W/O Pay:

- If hours worked are on a holiday, enter in Worked Holiday line for appropriate day.
- Transfer each week's exception hours from this worksheet to the appropriate Sunday block on the front of this card. These exception hours will be paid the next pay period.
- Record borrowed hours and cost center to be charged on the front of the card. Borrowed Regular Hours cannot exceed Regular plus straight time. Borrowed overtime cannot exceed overtime worked.

ESC - 7368

**Regular Hours**
Split Week Carryover

Employee Name and Location: DRAKE, KIMBERLY S

Employee No.: FLG-922-01-01

Company: 2647724O7

City/Branch/Unit: 805 00002706

Pay Period: 011698 - 013198

Full Time

| | IN/OUT | Time |
|---|---|---|
| 16 FRI | IN | 8:15 |
| | OUT | 12:00 |
| | IN | 12:30 |
| | OUT | 6:00 |
| 17 SAT | | HOLIDAY |
| 18 SUN | | |
| 19 MON | IN | 8:00 |
| | | hours Holiday Pay |
| 20 TUE | IN | 8:00 |
| | OUT | 12:15 |
| | IN | 12:45 |
| | OUT | 4:15 |
| 21 WED | IN | 8:15 |
| | OUT | 1:00 |
| | IN | 1:45 |
| | OUT | 3:30 |
| 22 THU | IN | 8:00 |
| | OUT | 12:30 |
| | IN | 2:30 |
| | OUT | 4:30 |
| 23 FRI | IN | 7:45 |
| | OUT | 9:30 |
| | IN | 4:00 |
| | OUT | 6:30 |

Absence Without Pay
Holiday
Overtime
Regular
Total Hrs

Borrowed Hours
Charge to Cost Cntr.

Employee INITIALS
Supervisor

ESC - 7369

| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 24 SAT | | 25 SUN | | 26 MON | | 27 TUE | | 28 WED | | 29 THU. | | 30 FRI | 31 SAT |

**IBM Clock**
**Hundredths Table**
.00 through .07 = .0
.08 through .22 = .25
.23 through .37 = .50
.38 through .52 = .75
.53 through .59 = 1.00

**Simplex Clock**
**Hundredths Table**
.00 through .12 = .00
.13 through .37 = .25
.38 through .62 = .50
.63 through .87 = .75
.88 through .98 = 1.00

**WEEKLY WORKSHEET TO CALCULATE EXCEPTION HOURS (A week=Monday to Sunday)**

- Enter Hours Worked (include carryover in week 1):

      WK1  WK2  WK3 (if necessary)

      40  40  40

**CALCULATION OF EXCEPTION HOURS –**

- If hours worked are more than 40, enter hours over 40 as Overtime:   3   45   40
- If hours are less than 40, enter as Absence W/O Pay:   ——   ——   ——

- If hours worked are on a holiday, enter in Worked Holiday line for appropriate day.
- Transfer each week's exception hours from this worksheet to the appropriate Sunday block on the front of this card. These exception hours will be paid the next pay period.
- Record borrowed hours and cost center to be charged on the front of the card. Borrowed Regular Hours cannot exceed Regular plus straight time. Borrowed overtime cannot exceed overtime worked.

ESC - 7370



Employee Name and Location: DRAKE, KIMBERLY S

Employee No: FL6-922-01-01

Company: 264772407

City/Branch/Unit: G. VARNER    805 00002706

Pay Period: 020196 - 021598

FEB 18 1998

" 264772 2407 "

Full Time

| | | IN | OUT | IN | OUT |
|---|---|---|---|---|---|
| 01 SUN | | | | | |
| 02 MON | | 8:30 | 1:30 | 2:00 | 5:00 |
| 03 TUE | | 8:30 | 12:00 | 12:30 | 5:45 |
| 04 WED | | 8:30 | 12:00 | 12:95 | 4:45 |
| 05 THU | | 8:15 | 11:30 | 12:00 | 4:15 |
| 06 FRI | | 8:15 | 12:00 | 12:30 | 6:15 |
| 07 SAT | | 8:45 | | | |
| 08 SUN | | 12:15 | | | |

Regular Hours: Split Week Carryover

Total Hrs
Regular
Overtime: 14.75
Worked Holiday
Absence Without Pay

Borrowed Hours / Charge to / Cost Cnt

Employee # INITIALS
SUP.

ESC - 7371

| IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OU |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09 MON | | 10 TUE | | 11 WED | | 12 THU | | 13 FRI | | 14 SAT | | 15 SUN | | | |

**IBM Clock**
**Hundredths Table**
.00 through .07 = .00
.08 through .22 = .25
.23 through .37 = .50
.38 through .52 = .75
.53 through .59 = 1.00

**Simplex Clock**
**Hundredths Table**
.00 through .12 = .00
.13 through .37 = .25
.38 through .62 = .50
.63 through .87 = .75
.88 through .98 = 1.00

## WEEKLY WORKSHEET TO CALCULATE EXCEPTION HOURS (A week=Monday to Sunday)

• Enter Hours Worked (include carryover in week 1):

| | WK1 | WK2 | WK3 (if necessary) |
|---|---|---|---|
| | 40 | 40 | 40 |

CALCULATION OF EXCEPTION HOURS —

• If hours worked are more than 40, enter hours over 40 as Overtime:  4  5.25  2.5

• If hours are less than 40, enter as Absence W/O Pay:

— If hours worked are on a holiday, enter in Worked Holiday line for appropriate day.

— Transfer each week's exception hours from this worksheet to the appropriate Sunday block on the front of this card. These exception hours will be paid the next pay period.

— Record borrowed hours and cost center to be charged on the front of the card. Borrowed Regular Hours cannot exceed Regular plus straight time. Borrowed overtime cannot exceed overtime worked.

ESC - 7372



Employee Name and Location: DRAKE, KIMBERLY S

Employee No.: FLG-922-01-01

Company: 264772407

City/Branch/Unit: 805 00002706

Pay Period: 021698 - 022898

Regular Hours
Split Week Carryover

02/98 16M

INPUT

MAR 03 1998

R. NANJI

| | | IN/OUT | |
|---|---|---|---|
| 16 MON | | 8hrs | holiday pay |
| 17 TUE | | 8:15 | 12:30 |
| | | 1:00 | 5:00 |
| 18 WED | | 8:15 | 12:30 |
| | | 12:30 | 6:30 |
| 19 THU | | 8:15 | 1:30 |
| | | 2:00 | 4:30 |
| 20 FRI | | 8:15 | 2:00 |
| | | 2:30 | 6:00 |
| 21 SAT | | | |
| 22 SUN | | | |
| 23 MON | | 7:45 | 12:45 |
| | | 1:15 | 5:30 |

Absence Without Pay

Worked Holiday

Overtime

Regular

Total Hrs

Employee Initial: KD
Supervisor

Burrowed Hours
Charge to Cost Cntr.

Borrowed Hours
Charge to Cost Cntr.

Full Time

ESC - 7373

| IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
|----|-----|----|-----|----|-----|----|-----|----|-----|----|-----|----|-----|----|-----|----|-----|----|-----|----|-----|
| 24 TUE | | 25 WED | | 26 THU | | 27 FRI | | 28 SAT | | | | | | | | | | | | | |

**IBM Clock**
**Hundredths Table**
.00 through .07 = .00
.08 through .22 = .25
.23 through .37 = .50
.38 through .52 = .75
.53 through .59 = 1.00

**Simplex Clock**
**Hundredths Table**
.00 through .12 = .00
.13 through .37 = .25
.38 through .62 = .50
.63 through .87 = .75
.88 through .98 = 1.00

**WEEKLY WORKSHEET TO CALCULATE EXCEPTION HOURS (A week=Monday to Sunday)**

|  | WK1 | WK2 | WK3 (if necessary) |
|--|-----|-----|---------------------|
| • Enter Hours Worked (include carryover in week 1): | | | |

**CALCULATION OF EXCEPTION HOURS –**
• If hours worked are more than 40, enter hours over 40 as Overtime:
• If hours are less than 40, enter as Absence W/O Pay:

– If hours worked are on a holiday, enter in Worked Holiday line for appropriate day.
– Transfer each week's exception hours from this worksheet to the appropriate Sunday block
  on the front of this card. These exception hours will be paid the next pay period.
– Record borrowed hours and cost center to be charged on the front of the card. Borrowed Regular
  Hours cannot exceed Regular plus straight time. Borrowed overtime cannot exceed overtime worked.

**ESC - 7374**



Full Time

ESC - 7375

| IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OU |
|----|-----|----|-----|----|-----|----|-----|----|-----|----|-----|----|-----|----|-----|
| 09 MON | | 10 TUE | | 11 WED | | 12 THU | | 13 FRI | | 14 SAT | | 15 SUN | | | |

**IBM Clock**
**Hundredths Table**
.00 through .07 = .00
.08 through .22 = .25
.23 through .37 = .50
.38 through .52 = .75
.53 through .59 = 1.00

**Simplex Clock**
**Hundredths Table**
.00 through .12 = .00
.13 through .37 = .25
.38 through .62 = .50
.63 through .87 = .75
.88 through .98 = 1.00

## WEEKLY WORKSHEET TO CALCULATE EXCEPTION HOURS (A week-Monday to Sunday)

WK1  WK2  WK3  (if necessary)

• Enter Hours Worked (include carryover in week 1):   40   40   40

**CALCULATION OF EXCEPTION HOURS —**

• If hours worked are more than 40, enter hours over 40 as Overtime:   6.0 2.75  4.5

• If hours are less than 40, enter as Absence W/O Pay: _____  _____  _____

— If hours worked are on a holiday, enter in Worked Holiday line for appropriate day.
— Transfer each week's exception hours from this worksheet to the appropriate Sunday block
  on the front of this card. These exception hours will be paid the next pay period.
— Record borrowed hours and cost center to be charged on the front of the card. Borrowed Regular
  Hours cannot exceed Regular plus straight time. Borrowed overtime cannot exceed overtime worked.

ESC - 7376



ESC - 7377

| | 24 TUE | | 25 WED | | 26 THU | | 27 FRI | | 28 SAT | | 29 SUN | | 30 MON | | 31 TUE |
|IN|OUT|IN|OUT|IN|OUT|IN|OUT|IN|OUT|IN|OUT|IN|OUT|IN|OUT|
| | | | | | | | | | | | | | | | |

**IBM Clock**
Hundredths Table

| .00 through .07 | = | .00 |
| .08 through .22 | = | .25 |
| .23 through .37 | = | .50 |
| .38 through .52 | = | .75 |
| .53 through .59 | = | 1.00 |

**Simplex Clock**
Hundredths Table

| .00 through .12 | = | .00 |
| .13 through .37 | = | .25 |
| .38 through .62 | = | .50 |
| .63 through .87 | = | .75 |
| .88 through .98 | = | 1.00 |

## WEEKLY WORKSHEET TO CALCULATE EXCEPTION HOURS (A week=Monday to Sunday)

- Enter Hours Worked (include carryover in week 1):

WK1 ____40____  WK2 ____48____  WK3 ____ (if necessary)

CALCULATION OF EXCEPTION HOURS –

- If hours worked are more than 40, enter hours over 40 as Overtime: ___3.25.075___
- If hours are less than 40, enter as Absence W/O Pay: _____

- If hours worked are on a holiday, enter in Worked Holiday line for appropriate day.
- Transfer each week's exception hours from this worksheet to the appropriate Sunday block on the front of this card. These exception hours will be paid the next pay period.
- Record borrowed hours and cost center to be charged on the front of the card. Borrowed Regular Hours cannot exceed Regular plus straight time. Borrowed overtime cannot exceed overtime worked.

**ESC - 7378**



DRAKE, KIMBERLY S

Employee Name and Location

Employee No.    FL6-922-01-01

Company    264772407

City/Branch/Unit    805 00002706

Pay Period    040198 - 041598

Regular Hours
Split Week Carryover

| | 01 WED | IN | 7:30 |
| | | OUT | 3:00 |
| | | IN | 3:15 |
| | | OUT | 4:45 |
| | 02 THU | IN | 8:15 |
| | | OUT | 11:30 |
| | | IN | 12:30 |
| | | OUT | 6:00 |
| | 03 FRI | IN | 7:45 |
| | | OUT | 1:15 |
| | | IN | 1:30 |
| | | OUT | 6:30 |
| | 04 SAT | IN | |
| | | OUT | |
| | 05 SUN | IN | |
| | | OUT | |
| | 06 MON | IN | 7:45 |
| | | OUT | 12:00 |
| | | IN | 12:30 |
| | | OUT | 4:30 |
| | 07 TUE | IN | 8:00 |
| | | OUT | 1:15 |
| | | IN | 1:30 |
| | | OUT | 6:00 |
| | 08 WED | IN | 8:00 |
| | | OUT | 12:00 |
| | | IN | 12:15 |
| | | OUT | 5:30 |

Full Time

APR 1998



| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| 09 THU | | 10 FRI | | 11 SA | | 12 SUN | | 13 MON | | 14 TUE | | 15 WED |

**IBM Clock**
**Hundredths Table**
.00 through .07 = .00
.08 through .22 = .25
.23 through .37 = .50
.38 through .52 = .75
.53 through .59 = 1.00

**Simplex Clock**
**Hundredths Table**
.00 through .12 = .00
.13 through .37 = .25
.38 through .62 = .50
.63 through .87 = .75
.88 through .98 = 1.00

WEEKLY WORKSHEET TO CALCULATE EXCEPTION HOURS (A week=Monday to Sunday)

• Enter Hours Worked (include carryover in week 1)

CALCULATION OF EXCEPTION HOURS –

• If hours worked are more than 40, enter hours over 40 as Overtime:
• If hours are less than 40, enter as Absence W/O Pay.

WK1:  WK2  Wk3  (if necessary)
40   40
40   40   10.75
_____

– If hours worked are on a holiday, enter in Worked Holiday line for appropriate day.
– Transfer each week's exception hours from this worksheet to the appropriate Sunday block
  on the front of this card. These exception hours will be paid the next pay period.
– Record borrowed hours and cost center to be charged on the front of the card. Borrowed Regular.
  Hours cannot exceed Regular plus straight time. Borrowed overtime cannot exceed overtime worked.

ESC - 7380



ESC - 7381



WEEKLY WORKSHEET TO CALCULATE EXCEPTION HOURS (A week=Monday to Sunday)

**CALCULATION OF EXCEPTION HOURS –**

* Enter Hours Worked (include carryover in week 1):

   WK1   WK2   WK3 (if necessary)

   40   40   1.251875

* If hours worked are more than 40, enter hours over 40 as Overtime:
* If hours are less than 40, enter as Absence W/O Pay:

– If hours worked are on a holiday, enter in Worked Holiday line for appropriate day.

– Transfer each week's exception hours from this worksheet to the appropriate Sunday block on the front of this card. These exception hours will be paid the next pay period.

– Record borrowed hours and cost center to be charged on the front of the card. Borrowed Regular Hours cannot exceed Regular plus straight time. Borrowed overtime cannot exceed overtime worked.

**IBM Clock**
Hundredths Table
.00 through .07 = .00
.08 through .22 = .25
.23 through .37 = .50
.38 through .52 = .75
.53 through .59 = 1.00

**Simplex Clock**
Hundredths Table
.00 through .12 = .00
.13 through .37 = .25
.38 through .62 = .50
.63 through .87 = .75
.88 through .98 = 1.00

ESC - 7382

Regular Hours
Split Week Carryover

Employee Name and Location: DRAKE, KIMBERLY S

Employee No: FL6-922-01-01

Company: 264712407

City/Branch/Unit: 805 00002706

Pay Period: 050198 - 051598

| | IN | OUT | IN | OUT |
|---|---|---|---|---|
| 01 FRI | 8:45 | 11:45 | 1:15 | 7:00 |
| 02 SAT | | | | |
| 03 SUN | | | | |
| 04 MON | 7:30 | 1:45 | 2:15 | 5:15 |
| 05 TUE | 8:30 | 11:00 | 11:30 | 5:15 |
| 06 WED | 8:00 | 12:00 | 12:30 | 5:00 |
| 07 THU | 7:45 | 10:00 | 12:30 | 6:00 |
| 08 FRI | 8:00 | 10:45 | 12:30 | 7:00 |

| | Worked Holiday Pay | Absence Without Pay | Overtime | Regular |
|---|---|---|---|---|
| Total Hrs | | | 3.5 | |
| Borrowed Hours | | | | |
| Charge to Cost Ctr. no | | | | |

‖ 264712407 ‖

MAY 22 1998

Employee / Supervisor INITIALS

Full Time

ESC - 7383

| | 09 SAT | 10 SUN | 11 MON | 12 TUE | 13 WED | 14 THU | 15 FRI |
|---|---|---|---|---|---|---|---|
| IN OUT IN OUT | IN OUT IN OUT | IN OUT IN OUT | IN OUT IN OUT | IN OUT IN OUT | IN OUT IN OUT | IN OUT IN OUT | IN OUT IN OUT |

**WEEKLY WORKSHEET TO CALCULATE EXCEPTION HOURS (A week=Monday to Sunday)**

- Enter Hours Worked (include carryover in week 1):    WK1 ___ WK2 ___ WK3 ___ (if necessary)

**CALCULATION OF EXCEPTION HOURS –**

- If hours worked are more than 40, enter hours over 40 as Overtime: ___
- If hours are less than 40, enter as Absence W/O Pay: ___

– If hours worked are on a holiday, enter in Worked Holiday line for appropriate day.
– Transfer each week's exception hours from this worksheet to the appropriate Sunday block
   on the front of this card.  These exception hours will be paid the next pay period.
– Record borrowed hours and cost center to be charged on the front of the card.  Borrowed Regular
   Hours cannot exceed Regular plus straight time.  Borrowed overtime cannot exceed overtime worked.

**IBM Clock**
**Hundredths Table**

| | | |
|---|---|---|
| .00 through | .07 | = .00 |
| .08 through | .22 | = .25 |
| .23 through | .37 | = .50 |
| .38 through | .52 | = .75 |
| .53 through | .59 | = 1.00 |

**Simplex Clock**
**Hundredths Table**

| | | |
|---|---|---|
| .00 through | .12 | = .00 |
| .13 through | .37 | = .25 |
| .38 through | .62 | = .50 |
| .63 through | .87 | = .75 |
| .88 through | .98 | = 1.00 |

ESC - 7384



| | Regular Hours<br>Split Week Carryover | | | | | |
|---|---|---|---|---|---|---|
| Employee Name and Location | | | 06/98 | 01M | 01 MON | IN 7:15 |
| DRAKE, KIMBERLY S | | 2.25 | | | | OUT 12:30 |
| | * | | * | 02I | | IN 1:15 |
| | | | | 02M | | OUT 5:16 |
| | * | | * | 03W | 02 TUE | IN 7:45 |
| | | | | 04T | | OUT 11:00 |
| | * | | * | 05F | | IN 11:45 |
| | * | | * | 06S | 03 WED | OUT 5:15 |
| | . * | | . | 07S | | IN 8:45 |
| | | 3.5 | 40 | 08M | | OUT 2:30 |
| | * | | * | 09T | 04 THU | IN 3:00 |
| | * | | * | 10W | | OUT 6:30 |
| | * | | * | 11T | | IN 7:15 |
| | * | | * | 12F | 05 FRI | OUT 12:15 |
| | * | | * | 13S | | IN 1:15 |
| | | 4.5 | | 14S | | OUT 5:00 |
| | . | | . | 15M | 06 SAT | IN 8:00 |

Employee No  FLG-757-01-01

Company  264772407

City/Branch/Unit  805  000002706

Pay Period  060198 - 061598

| Absence<br>Without<br>Pay | Worked<br>Holiday | Overtime | Regular | Total Hrs |
|---|---|---|---|---|
| | 10.25 | | | |

Borrowed<br>Hours

Charge to<br>Cost Cntr

Employee<br>Signature

INITIALS

Supervisor

Full Time

**ESC - 7385**



| | 09 TUE | 10 WED | 11 THU | 12 FRI | 13 SAT | 14 SUN | 15 MON |
|---|---|---|---|---|---|---|---|
| IN OUT | | | | | | | |

**IBM Clock**
Hundredths Table
.00 through .07 = .00
.08 through .22 = .25
.23 through .37 = .50
.38 through .52 = .75
.53 through .59 = 1.00

**Simplex Clock**
Hundredths Table
.00 through .12 = .00
.13 through .37 = .25
.38 through .62 = .50
.63 through .87 = .75
.88 through .98 = 1.00

**WEEKLY WORKSHEET TO CALCULATE EXCEPTION HOURS (A week=Monday to Sunday)**

• Enter Hours Worked (include carryover in week 1):

CALCULATION OF EXCEPTION HOURS —
• If hours worked are more than 40, enter hours over 40 as Overtime:
• If hours are less than 40, enter as Absence W/O Pay:

WK1  WK2  WK3  (if necessary)

45  40  45

225.35.45

– If hours worked are on a holiday, enter in Worked Holiday line for appropriate day.
– Transfer each week's exception hours from this worksheet to the appropriate Sunday block on the front of this card. These exception hours will be paid the next pay period.
– Record borrowed hours and cost center to be charged on the front of the card. Borrowed Regular Hours cannot exceed Regular plus straight time. Borrowed overtime cannot exceed overtime worked.

ESC - 7386



ESC - 7387

| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 24 WED | | 25 THU | | 26 FRI | | 27 SAT | | 28 SUN | | 29 MON | | 30 TUE | | | |

**IBM Clock**
Hundredths Table
.00 through .07 = .00
.08 through .22 = .25
.23 through .37 = .50
.38 through .52 = .75
.53 through .59 = 1.00

**Simplex Clock**
Hundredths Table
.00 through .12 = .00
.13 through .37 = .25
.38 through .62 = .50
.63 through .87 = .75
.88 through .98 = 1.00

**WEEKLY WORKSHEET TO CALCULATE EXCEPTION HOURS (A week=Monday to Sunday)**

• Enter Hours Worked (include carryover in week 1):    WK1 ___ WK2 ___ WK3 ___ (if necessary)

CALCULATION OF EXCEPTION HOURS –

• If hours worked are more than 40, enter hours over 40 as Overtime: ___

• If hours are less than 40, enter as Absence W/O Pay:

– If hours worked are on a holiday, enter in Worked Holiday line for appropriate day.

– Transfer each week's exception hours from this worksheet to the appropriate Sunday block on the front of this card. These exception hours will be paid the next pay period.

– Record borrowed hours and cost center to be charged on the front of the card. Borrowed Regular Hours cannot exceed Regular plus straight time. Borrowed overtime cannot exceed overtime worked.)

**ESC - 7388**

Regular Hours
Split Week Carryover

Employee Name and Location: DRAKE, KIMBERLY S

Employee No.: FL6-757-01-01

Company: 264772407

City/Branch/Unit: 805 00001876

Pay Period: 081698 - 083198

| | 16 SUN | 17 MON | 18 TUE | 19 WED | 20 THU | 21 FRI | 22 SAT | 23 SUN |
|---|---|---|---|---|---|---|---|---|
| IN | | 8:30 | 6:00 | 12:30 | 9:30 | 9:00 | | |
| OUT | | 2:45 | 8:00 | | 12:30 | 12:30 | | |
| IN | | 3:15 | | 12:30 | 1:00 | 1:00 | | |
| OUT | | 7:00 | | 6:00 | 4:15 | 5:45 | | |
| IN | | 7:45 | | | | | | |

Full Time

||08/5B|16S|17M|18T|19W|20T|21E|22S|23S|2:M|24S|25T|26W|27I|28F|29S|30S|31M|
|---|
|40|40|10|10|9|80|85|40|40|5.8|35|40|

SEP 9 1998

| | Total Hrs | By Hours | Charge to Cost Cont. |
|---|---|---|---|
| Regular | 17.25 | 30.7690 | 94.57590 |
| Overtime | | | |
| Worked Holiday Pay | | | |
| Absence Without Pay | | | |
| Borrowed Hours | | | |

INITIALS
Employee: KiD
Supervisor: [signature]

"26477 2407 "

"26577 2407"

ESC - 7389

| IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 MON | | 25 TUE | | 26 WED | | 27 THU | | 28 FRI | | 29 SAT | | 30 SUN | | 31 MON | |

**IBM Clock**
**Hundredths Table**
.00 through .07 = .00
.08 through .22 = .25
.23 through .37 = .50
.38 through .52 = .75
.53 through .59 = 1.00

**Simplex Clock**
**Hundredths Table**
.00 through .12 = .00
.13 through .37 = .25
.38 through .62 = .50
.63 through .87 = .75
.88 through .98 = 1.00

## WEEKLY WORKSHEET TO CALCULATE EXCEPTION HOURS (A week=Monday to Sunday)

• Enter Hours Worked (include carryover in week 1):

|  | WK1 | WK2 | WK3 (if necessary) |
|---|---|---|---|
|  | 40 | 40 | 40 |

CALCULATION OF EXCEPTION HOURS –
• If hours worked are more than 40, enter hours over 40 as Overtime:   4 .25.30
• If hours are less than 40, enter as Absence W/O Pay:

– If hours worked are on a holiday, enter in Worked Holiday line for appropriate day.
– Transfer each week's exception hours from this worksheet to the appropriate Sunday block on the front of this card. These exception hours will be paid the next pay period.
– Record borrowed hours and cost center to be charged on the front of the card. Borrowed Regular Hours cannot exceed Regular plus straight time. Borrowed overtime cannot exceed overtime worked.

ESC - 7390

| Regular Hours Split Week Carryover | | |
| --- | --- | --- |

Employee Name and Location: DRAKE, KIMBERLY S
Employee No.: FLG-757-01-01
Company: 264772407
City/Branch/Unit: 805 00001876

Pay Period: 091698 - 093098

Overtime: 5.75
Regular: 5.75 Trvl Hrs
Holiday: 5.75

Full Time

| Day | IN | OUT | IN | OUT |
| --- | --- | --- | --- | --- |
| 16 WED | 8:00 | 12:00 | 12:30 | 6:00 |
| 17 THU | 8:30 | 11:30 | 12:00 | 4:30 |
| 18 FRI | 8:45 | 11:45 | 12:15 | 6:30 |
| 19 SAT | | | | |
| 20 SUN | | | | |
| 21 MON | 7:30 | 1:45 | 2:15 | 7:15 |
| 22 TUE | 8:15 | 12:00 | 1:00 | 6:00 |
| 23 WED | 8:45 | 11:00 | 11:30 | 4:30 |

ESC - 7391



| IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 THU | | 25 FRI | | 26 SAT | | 27 SUN | | 28 MON | | 29 TUE | | 30 WED | | | |

**WEEKLY WORKSHEET TO CALCULATE EXCEPTION HOURS (A week=Monday to Sunday)**

&bull; Enter Hours Worked (include carryover in week 1):

**CALCULATION OF EXCEPTION HOURS –**

WK1   WK2   WK3 (if necessary)

40   40

&bull; If hours worked are more than 40, enter hours over 40 as Overtime:   47.5 2.0   5.75 .07

&bull; If hours are less than 40, enter as Absence W/O Pay:

– If hours worked are on a holiday, enter in Worked Holiday line for appropriate day.

– Transfer each week's exception hours from this worksheet to the appropriate Sunday block on the front of this card. These exception hours will be paid the next pay period.

– Record borrowed hours and cost center to be charged on the front of the card. Borrowed Regular Hours cannot exceed Regular plus straight time. Borrowed overtime cannot exceed overtime worked.

**IBM Clock**
**Hundredths Table**
.00 through .07 = .00
.08 through .22 = .25
.23 through .37 = .50
.38 through .52 = .75
.53 through .59 = 1.00

**Simplex Clock**
**Hundredths Table**
.00 through .12 = .00
.13 through .37 = .25
.38 through .62 = .50
.63 through .87 = .75
.88 through .98 = 1.00

ESC - 7392



ESC - 7393

| | 09 FRI | 10 SAT | 11 SUN | 12 MON | 13 TUE | 14 WED | 15 THU |
|---|---|---|---|---|---|---|---|
| IN/OUT | IN OUT IN OUT IN | IN OUT IN OUT IN | OUT IN OUT IN | OUT IN OUT IN | OUT IN OUT IN | OUT IN OUT IN | OUT IN OUT IN |
| | 8:45 | | | smoke | 8:15 | 11:00 | 7:45 |
| | 12:00 | | | practical | 18:00 | 11:15 | 12:00 |
| | 12:30 | | | mod | 18:15 | 12:45 | 12:30 |
| | 1:00 | | | | | | 4:15 |
| | | | | | 4:30 | 1:45 | |
| | | | | | 9:00 | 4:15 | |

**WEEKLY WORKSHEET TO CALCULATE EXCEPTION HOURS (A week=Monday to Sunday)**

• Enter Hours Worked (include carryover in week 1):

| | WK1 | WK2 | WK3 (if necessary) |
|---|---|---|---|
| | 40 | 40 | 22.75 |

CALCULATION OF EXCEPTION HOURS –

• If hours worked are more than 40, enter hours over 40 as Overtime: 2.5 3.5

• If hours are less than 40, enter as Absence W/O Pay:

– If hours worked are on a holiday, enter in Worked Holiday line for appropriate day.
– Transfer each week's exception hours from this worksheet to the appropriate Sunday block on the front of this card. These exception hours will be paid the next pay period.
– Record borrowed hours and cost center to be charged on the front of the card. Borrowed Regular Hours cannot exceed Regular plus straight time. Borrowed overtime cannot exceed overtime worked.

**IBM Clock**
**Hundredths Table**
.00 through .07 = .00
.08 through .22 = .25
.23 through .37 = .50
.38 through .52 = .75
.53 through .59 = 1.00

**Simplex Clock**
**Hundredths Table**
.00 through .12 = .00
.13 through .37 = .25
.38 through .62 = .50
.63 through .87 = .75
.88 through .98 = 1.00

ESC - 7394

**MARKING DIRECTIONS**

LOCATION CODE: FL6-757-01-01
NAME: KIMBERLY DRAKE
STANDARD HOURS:
TIME CAPTURE END DATE: 11/08/98

Use pencil only.
Make marks dark and heavy.
Make sure the mark fills the oval.
Erase carefully any answers you
wish to change.
Do not make extra marks or notes.
Correct
Incorrect

**SERIAL NUMBER**   **JOB REC. #**   **TIME CAPTURE END DATE**

**ROUNDING RULES:**

| Minutes | | Round to: |
|---|---|---|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|---|---|---|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

Month   Day   Year

11 - 08-98

**BORROWED TIME**

Of the hours recorded on the opposite side, indicate how many were worked in other cost centers.
Also, indicate how many are borrowed overtime hours.

Co - Cost Center    HRS  MIN

Borrowed Hours

OVERTIME

Co - Cost Center    HRS  MIN

Borrowed Hours

OVERTIME

Co - Cost Center    HRS  MIN

Borrowed Hours

OVERTIME

**SUMMARY OF HOURS**

40
REGULAR
+
VACATION
+
ILLNESS
+
HOLIDAY
+
OTHER
=
40
TOTAL

DOCKED HOURS
(To be completed by Supervisor)
HRS

**FULL TIME (WHITE)**

.75
OVERTIME
(TOTAL - 40)

HOLIDAY
WORKED

DOCK
(40 - TOTAL)

954-973-8651
PHONE
Kimwww
ASSOCIATE SIGNATURE

954-973 8607
PHONE

SUPERVISOR SIGNATURE

REVIEWED

**ESC - 7395**

**SCANTRON** CUSTOM FORM NO. F-12666-EAS-L   SCANTRON CORPORATION 1998 ALL RIGHTS RESERVED   PC2 3998-162·5·4·3·2·1   www.scantron.com

| | REGULAR HRS MIN | VACATION HRS MIN | ILLNESS HRS MIN | HOLIDAY HRS MIN | HOLIDAY WKD HRS MIN | OTHER PAID TIME HRS MIN |
|---|---|---|---|---|---|---|
| MON | 8 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| TUES | 8 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| WED | 5.25 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| THURS | 6.75 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| FRI | 7.75 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| SAT | | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| SUN | | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |

TOTAL= 42.5   TOTAL=   TOTAL=   TOTAL=   TOTAL=   TOTAL=   **ESC - 7396**

| | MONDAY | | | | TUESDAY | | | | WEDNESDAY | | | | THURSDAY | | | | FRIDAY | | | | SATURDAY | | | | SUNDAY | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | 7:8 | 2:00 | 2:45 | 5:30 | 7:45 | 12:00 | 12:30 | 4:15 | 7:25 | 8:00 | 8:00 | 4:30 | 8:45 | 11:30 | 12:00 | 4:15 | 7:25 | 2:30 | 3:00 | 6:00 | | | | | | | | |

Location Code: FLG757-01-01

Name: Kimberly Sue Drake

Standard Hours: 40

Time Capture End Date: 11-22-98

**MARKING DIRECTIONS**

* Use pencil only
* Make marks dark and heavy
* Make sure the mark fills the oval
* Erase carefully any marks you wish to change
* Do not make stray marks on the booklet

Correct: ●
Incorrect: ⊘ ⊙ ⊜ ⊘

**SERIAL NUMBER**

**JOB REC. #**

**TIME CAPTURE END DATE**

Month   Day   Year

11 - 22 - 98

**ROUNDING RULES:**

| Minutes | | Round to: |
|---|---|---|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|---|---|---|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

**BORROWED TIME**

Of the hours recorded on the opposite side, indicate how many were worked in other cost centers.
Also, indicate how many are borrowed overtime hours.

Co — Cost Center    HRS  MIN
Borrowed Hours
OVERTIME

Co — Cost Center    HRS  MIN
Borrowed Hours
OVERTIME

Co — Cost Center    HRS  MIN
Borrowed Hours
OVERTIME

**SUMMARY OF HOURS**

| 40 REGULAR | + | VACATION | + | ILLNESS | + | HOLIDAY | + | 3.50 OTHER | = | 43.5 TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|

**DOCKED HOURS**
(To be completed by Supervisor)

HRS    M

**FULL TIME (WHITE)**

| 3.5 OVERTIME (TOTAL - 40) | HOLIDAY WORKED | DOCK (40 - TOTAL) |
|---|---|---|

954973866070

PHONE

ASSOCIATE SIGNATURE

PHONE

SUPERVISOR SIGNATURE

∞

REVIEWED

**ESC - 7397**

SCANTRON  CUSTOM FORM NO. F-12666-EAS-L   SCANTRON CORPORATION 1996   ALL RIGHTS RESERVED   PC2 3998-162-5 4 3 2 1   www.scantron.com

| | REGULAR HRS MIN | VACATION HRS MIN | ILLNESS HRS MIN | HOLIDAY HRS MIN | HOLIDAY WKD HRS MIN | OTHER PAID TIME HRS MIN |
|---|---|---|---|---|---|---|
| MON | 1.75 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| TUES | 6.75 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| WED | 8.50 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| THURS | 6.75 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| FRI | 9.75 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| SAT | | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| SUN | | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |

TOTAL= 43.5   TOTAL=   TOTAL=   TOTAL=   TOTAL=   TOTAL=   **ESC - 7398**

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN |

LOCATION CODE: FL6-757-01-01
NAME: KIMBERLY S DRAKE
STANDARD HOURS: 40.00
TIME CAPTURE END DATE: 12/06/1998

SERIAL# MUST BE WRITTEN ON TIME SHEET
& CORRESPONDING CIRCLES FILLED IN.

## MARKING DIRECTIONS
- Use pencil only.
- Make marks dark and heavy.
- Make sure the mark fills the oval.
- Erase carefully any answers you wish to change.
- Do not make extra marks on the booklet.

Correct: ●
Incorrect: ⊘ ⊗ ◐

**SERIAL NUMBER**

**JOB REC. #**

**TIME CAPTURE END DATE**

| Month | Day | Year |
|-------|-----|------|

12-06-98

### ROUNDING RULES:

| Minutes | | Round to: |
|---------|---|-----------|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|------------|---|-----------|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate how many were worked in other cost centers.
Also, indicate how many are borrowed overtime hours.

| Co | - | Cost Center | | HRS | MIN |
|----|---|-------------|---|-----|-----|

Borrowed Hours

OVERTIME

| Co | - | Cost Center | | HRS | MIN |
|----|---|-------------|---|-----|-----|

Borrowed Hours

OVERTIME

| Co | - | Cost Center | | HRS | MIN |
|----|---|-------------|---|-----|-----|

Borrowed Hours

OVERTIME

## SUMMARY OF HOURS

40 REGULAR + ☐ VACATION + ☐ ILLNESS + ☐ HOLIDAY + ☐ OTHER = 40.25 TOTAL

### DOCKED HOURS
(To be completed by Supervisor)

HRS    M

### FULL TIME (WHITE)

25 OVERTIME (TOTAL - 40)    ☐ HOLIDAY WORKED    ☐ DOCK (40 - TOTAL)

9549738601
PHONE

Kimberly Drake
ASSOCIATE SIGNATURE

954-973-8607
PHONE

J. Donal
SUPERVISOR SIGNATURE

● REVIEWED

**ESC - 7399**



| | REGULAR HRS MIN | VACATION HRS MIN | ILLNESS HRS MIN | HOLIDAY HRS MIN | HOLIDAY WKD HRS MIN | OTHER PAID TIME HRS MIN |
|---|---|---|---|---|---|---|
| MON | 7.5 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| TUES | 8.0 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| WED | 7.5 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| THURS | 6.5 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| FRI | 7.0 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| SAT | | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| SUN | | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |

TOTAL=4035    TOTAL=    TOTAL=    TOTAL=    TOTAL=    TOTAL=    **ESC - 7400**

| | MONDAY | | | | TUESDAY | | | | WEDNESDAY | | | | THURSDAY | | | | FRIDAY | | | | SATURDAY | | | | SUNDAY | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | 7:45 | 1:30 | 2:00 | 6:45 | 7:15 | 11:30 | 11:30 | 4:15 | 8:30 | 12:30 | 12:30 | 4:30 | 9:15 | 12:50 | 1:30 | 4:30 | 8:1 | | 5:30 | | | | | | | | | |

LOCATION CODE: F16-757-01-01
NAME: Kimberly S Drake
STANDARD HOURS: 40.00
TIME CAPTURE END DATE: 12/27/1998

SERIAL# MUST BE WRITTEN ON TIME SHEET
& CORRESPONDING CIRCLES FILLED IN.

## MARKING DIRECTIONS

- Use pencil only.
- Make marks dark and heavy.
- Make sure the mark fills the oval.
- Erase carefully any answers you wish to change.
- Do not make extra marks on the booklet.

Correct ●
Incorrect ⊘ ⊗ ◐

**SERIAL NUMBER**

**JOB REC. #**

**TIME CAPTURE END DATE**

| | Month | Day | Year |
|---|---|---|---|

## ROUNDING RULES:

| Minutes | | Round to: |
|---|---|---|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|---|---|---|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate how many were worked in other cost centers.
Also, indicate how many are borrowed overtime hours.

**Co — Cost Center**    HRS MIN
Borrowed Hours
OVERTIME

**Co — Cost Center**    HRS MIN
Borrowed Hours
OVERTIME

**Co — Cost Center**    HRS MIN
Borrowed Hours
OVERTIME

## SUMMARY OF HOURS

29.75 REGULAR + ☐ VACATION + ☐ ILLNESS + 10.25 HOLIDAY + ☐ OTHER = 40 TOTAL

**DOCKED HOURS**
(To be completed by Supervisor)
HRS    M

## FULL TIME (WHITE)

☐ OVERTIME (TOTAL - 40)    ☐ HOLIDAY WORKED    ☐ DOCK (40 - TOTAL)

9549738607
PHONE

9549738607
PHONE


ASSOCIATE SIGNATURE

SUPERVISOR SIGNATURE

REVIEWED

**ESC - 7401**

SCANTRON CUSTOM FORM NO. F-12666-EAS-L    SCANTRON CORPORATION 1998 ALL RIGHTS RESERVED    PC2 3998-162-5 4 3 2 1    www.scantron.com



| | REGULAR HRS / MIN | VACATION HRS / MIN | ILLNESS HRS / MIN | HOLIDAY HRS / MIN | HOLIDAY WKD HRS / MIN | OTHER PAID TIME HRS / MIN |
|---|---|---|---|---|---|---|
| MON | 7.75 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| TUES | 7.75 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| WED | | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| THURS | 5.25 | DAILY TOTAL | DAILY TOTAL | 2.25 DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| FRI | | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| SAT | | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| SUN | | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |

TOTAL= ___   TOTAL= ___   TOTAL= ___   TOTAL= 10.25   TOTAL= ___   TOTAL= ___   **ESC - 7402**

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | 8:15 | 10:30 | 1:00 | 5:30 | 8:00 | | 3:45 | 7:45 | 12:15 | 12:45 | 4:15 | 7:45 | 2:30 | holiday |



**MARKING DIRECTIONS**

- Use pencil only.
- Make marks dark and heavy.
- Make sure the mark fills the oval.
- Erase carefully any answers you wish to change.
- Do not make extra marks on the booklet.

Correct:

Incorrect:

**BORROWED TIME**

Of the hours recorded on the opposite side, indicate how many were worked in other cost centers. Also, indicate how many are borrowed overtime hours.

**SUMMARY OF HOURS**

**DOCKED HOURS**
(To be completed by Supervisor)

**FULL TIME (WHITE)**

ESC - 7403

SCANTRON CUSTOM FORM NO. F-12666-EAS-L    SCANTRON CORPORATION 1998 ALL RIGHTS RESERVED    PC2 3996-162-5 4 3 2    www.scantron.com

| | REGULAR | | VACATION | | ILLNESS | | HOLIDAY | | HOLIDAY WKD | | OTHER PAID TIME | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN |
| MON | 9 | | | | | | | | | | | |
| TUE | 50 | | | | | | | | | | | |
| WED | 70 | | | | | | | | | | | |
| THURS | 305 | | | | | | | | | | | |
| FRI | | | | | | | | | | | | |
| SAT | 425 | | | | | | | | | | | |
| SUN | | | | | | | | | | | | |

| TOTAL= 41 | TOTAL= | TOTAL= | TOTAL= | TOTAL= | TOTAL= |
|---|---|---|---|---|---|

**ESC - 7404**

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | 8:30 | 12:30 | 1:00 | 5:00 | 8:30 | 11:30 | 12:30 | 7:45 | 1:00 | 12:15 | 1:00 | 4:15 | 8:45 | 12:30 | 5:15 | 1:30 |



**MARKING DIRECTIONS**

- Use pencil only.
- Make marks dark and heavy.
- Make sure the mark fills the oval.
- Erase carefully any answers you wish to change.
- Do not make extra marks on the booklet.

Correct: ⬤
Incorrect: ⊘ ⊙ ⊖

**SERIAL NUMBER**    **JOB REC. #**    **TIME CAPTURE END DATE**    **ROUNDING RULES:**

| Minutes | | Round to: |
|---|---|---|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|---|---|---|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

01-17-99

**BORROWED TIME**

Of the hours recorded on the opposite side, indicate how many were worked in other cost centers.
Also, indicate how many are borrowed overtime hours.

Co - Cost Center    HRS MIN        Co - Cost Center    HRS MIN        Co - Cost Center    HRS MIN

Borrowed Hours        Borrowed Hours        Borrowed Hours

OVERTIME        OVERTIME        OVERTIME

**SUMMARY OF HOURS**

37.25 REGULAR  +  VACATION  +  ILLNESS  +  HOLIDAY  +  OTHER  =  39.25 TOTAL

**DOCKED HOURS**
(To be completed by Supervisor)

**FULL TIME (WHITE)**

OVERTIME (TOTAL - 40)    HOLIDAY WORKED    DOCK (40 - TOTAL)

954 9738600        PHONE    ASSOCIATE SIGNATURE

954 9738600        PHONE    SUPERVISOR SIGNATURE

REVIEWED

**ESC - 7405**

SCANTRON  CUSTOM FORM NO. F-12666-EAS-L    SCANTRON CORPORATION 1998 ALL RIGHTS RESERVED.    PC2 3998-162-5 4 3 2    www.scantron.com

| | REGULAR | | VACATION | | ILLNESS | | HOLIDAY | | HOLIDAY WKD | | OTHER PAID TIME | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN |
| **M O N** | | | | | | | | | | | | |
| | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL |
| **T U E S** | | | | | | | | | | | | |
| | 775 | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL |
| **W E D** | | 8.0 | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL |
| **T H U R S** | | 6.0 | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL |
| **F R I** | | 8.5 | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL |
| **S A T** | | | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL |
| **S U N** | | | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL | | DAILY TOTAL |

TOTAL= 37.25    TOTAL=    TOTAL=    TOTAL=    TOTAL=    TOTAL=    **ESC - 7406**

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |

```
LOCATION: FL6-757-01-01
TIME CAPTURE END DATE IS ALWAYS SUNDAY
STD HRS= STANDARD HOURS

NAME: Drake, Kimberly S
STD HRS: 040.00          000-264772407
USE 01/31/99 AS TIME CAPTURE END DATE.
```

## MARKING DIRECTIONS

- Use pencil only.
- Make marks dark and heavy.
- Make sure the mark fills the oval.
- Erase carefully any answers you wish to change.
- Do not make extra marks on the booklet.

Correct: ●
Incorrect: ⊘ ⊗ ⊖ ●

**SERIAL NUMBER**     **JOB REC. #**     **TIME CAPTURE END DATE**

Month   Day   Year

**ROUNDING RULES:**

| Minutes | | Round to: |
|---|---|---|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|---|---|---|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

### BORROWED TIME

Of the hours recorded on the opposite side, indicate how many were worked in other cost centers.
Also, indicate how many are borrowed overtime hours.

Co — Cost Center    HRS MIN    Co — Cost Center    HRS MIN    Co — Cost Center    HRS MIN

Borrowed Hours          Borrowed Hours          Borrowed Hours

OVERTIME               OVERTIME               OVERTIME

### SUMMARY OF HOURS

**39** REGULAR + [ ] VACATION + [ ] ILLNESS + [ ] HOLIDAY + [ ] OTHER = **39** TOTAL

**DOCKED HOURS**
(To be completed by Supervisor)
HRS     M

### FULL TIME (WHITE)

[ ] OVERTIME (TOTAL - 40)   [ ] HOLIDAY WORKED   [ ] DOCK (40 - TOTAL)

954-9738667   K̲_____ (ASSOCIATE SIGNATURE)
PHONE

954 9738607   _____ Robins
PHONE          SUPERVISOR SIGNATURE

REVIEWED

**ESC - 7407**

SCANTRON  CUSTOM FORM NO. F-12666-EAS-L    SCANTRON CORPORATION 1998 ALL RIGHTS RESERVED    PC2 3998 162-5 4 3 2    www.scantron.com

| | REGULAR | | VACATION | | ILLNESS | | HOLIDAY | | HOLIDAY WKD | | OTHER PAID TIME | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN |
| **M O N** | | | | | | | | | | | | |
| **T U E S** | | 175 | | | | | | | | | | |
| **W E D** | | 75 | | | | | | | | | | |
| **T H U R S** | | 425 | | | | | | | | | | |
| **F R I** | | | | | | | | | | | | |
| **S A T** | | | | | | | | | | | | |
| **S U N** | | | | | | | | | | | | |

| TOTAL=39 | TOTAL= | TOTAL= | TOTAL= | TOTAL= | TOTAL= |
|---|---|---|---|---|---|

**ESC - 7408**

| | MONDAY | | | | TUESDAY | | | | WEDNESDAY | | | | THURSDAY | | | | FRIDAY | | | | SATURDAY | | | | SUNDAY | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | 8:45 | 12:00 | 12:30 | 5:20 | 8:15 | 12:00 | 12:30 | 4:15 | 7:35 | 1:00 | 3:45 | 4:35 | 12:00 | | | 4:35 | 8:45 | 1:30 | 2:15 | 9:0 | | | | | | | | |

**MARKING DIRECTIONS**

- Use pencil only.
- Make marks dark and heavy.
- Make sure the mark fills the oval.
- Erase carefully any answers you wish to change.
- Do not make extra marks on the booklet.

Correct: ●

Incorrect: ⊘ ⊙ ◐

TIME CAPTURE END DATE IS ALWAYS SUNDAY
STD HRS: STANDARD HOURS

STD HRS: 949.00          066-26477840T
USE 02/07/99 AS TIME CAPTURE END DATE

**SERIAL NUMBER**

**JOB REC. #**

**TIME CAPTURE END DATE**

Month   Day   Year

**ROUNDING RULES:**

| Minutes | | Round to: |
|---|---|---|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|---|---|---|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

**BORROWED TIME**

Of the hours recorded on the opposite side, indicate how many were worked in other cost centers.
Also, indicate how many are borrowed overtime hours.

Co  –  Cost Center    HRS  MIN

Borrowed Hours

OVERTIME

Co  –  Cost Center    HRS  MIN

Borrowed Hours

OVERTIME

Co  –  Cost Center    HRS  MIN

Borrowed Hours

OVERTIME

**SUMMARY OF HOURS**

☐ REGULAR  +  ☐ VACATION  +  ☐ ILLNESS  +  ☐ HOLIDAY  +  ☐ OTHER  =  ☐ TOTAL

**DOCKED HOURS**
(To be completed by Supervisor)

HRS    M

**FULL TIME (WHITE)**

☐ OVERTIME (TOTAL - 40)   ☐ HOLIDAY WORKED   ☐ DOCK (40 - TOTAL)

9519738601
PHONE

954 9738607
PHONE

✓
ASSOCIATE SIGNATURE

_Dan Robins_
SUPERVISOR SIGNATURE

REVIEWED

**ESC - 7409**

SCANTRON  CUSTOM FORM NO. F-12666-EAS-L    SCANTRON CORPORATION 1998 ALL RIGHTS RESERVED    PC2  3998-162-5 4 3 2    www.scantron.com

Time card with columns: REGULAR (HRS/MIN), VACATION (HRS/MIN), ILLNESS (HRS/MIN), HOLIDAY (HRS/MIN), HOLIDAY WKD (HRS/MIN), OTHER PAID TIME (HRS/MIN)

| Day | Regular Daily Total |
|---|---|
| MON | 8.25 |
| TUES | 7.0 |
| WED | 7.30 |
| THURS | 7.25 |
| FRI | 8.50 |
| SAT | |
| SUN | |

TOTAL=    TOTAL=    TOTAL=    TOTAL=    TOTAL=    TOTAL=

**ESC - 7410**

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |

Location Code:

LOCATION: FL6-757-01-01
TIME CAPTURE END DATE IS ALWAYS SUNDAY
STD HRS= STANDARD HOURS

NAME: Drake, Kimberly S
STD HRS: 040.00           000-P64772407
USE 02/21/99 AS TIME CAPTURE END DATE.

## MARKING DIRECTIONS

- Use pencil only.
- Make marks dark and heavy.
- Make sure the mark fills the oval.
- Erase carefully any answers you wish to change.
- Do not make extra marks on the booklet.

Correct
Incorrect

### SERIAL NUMBER
26477-84-07

### JOB REC. #

### TIME CAPTURE END DATE
Month / Day / Year

### ROUNDING RULES:

| Minutes | | Round to: |
|---|---|---|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|---|---|---|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate how many were worked in other cost centers.
Also, indicate how many are borrowed overtime hours.

Co  –  Cost Center                    HRS  MIN
Borrowed Hours
OVERTIME

Co  –  Cost Center                    HRS  MIN
Borrowed Hours
OVERTIME

Co  –  Cost Center                    HRS  MIN
Borrowed Hours
OVERTIME

## SUMMARY OF HOURS

40 REGULAR + [ ] VACATION + [ ] ILLNESS + [ ] HOLIDAY + [ ] OTHER = 40 TOTAL

DOCKED HOURS
(To be completed by Supervisor)
HRS                    M

## FULL TIME (WHITE)

[ ] OVERTIME (TOTAL - 40)    [ ] HOLIDAY WORKED    [ ] DOCK (40 - TOTAL)

954-973-8607   Kimberley Drae RN
PHONE              ASSOCIATE SIGNATURE

(954) 973-8607   Tan Robins
PHONE              SUPERVISOR SIGNATURE

REVIEWED

### ESC - 7411

SCANTRON  CUSTOM FORM NO. F-12668-EAS-L    SCANTRON CORPORATION 1998 ALL RIGHTS RESERVED   PC2  3998-162-5 4 3 2    www.scantron.com

| | REGULAR (HRS / MIN) Daily Total | VACATION (HRS / MIN) Daily Total | ILLNESS (HRS / MIN) Daily Total | HOLIDAY (HRS / MIN) Daily Total | HOLIDAY WKD (HRS / MIN) Daily Total | OTHER PAID TIME (HRS / MIN) Daily Total |
|---|---|---|---|---|---|---|
| MON | 8 | | | | | |
| TUES | 725 | | | | | |
| WED | 8 | | | | | |
| THURS | 3 | | | | | |
| FRI | 9 | | | | | |
| SAT | 475 | | | | | |
| SUN | | | | | | |
| TOTAL= | 40 | | | | | |

ESC - 7412

| MONDAY IN | MONDAY OUT | MONDAY IN | MONDAY OUT | TUESDAY IN | TUESDAY OUT | TUESDAY IN | TUESDAY OUT | WEDNESDAY IN | WEDNESDAY OUT | WEDNESDAY IN | WEDNESDAY OUT | THURSDAY IN | THURSDAY OUT | THURSDAY IN | THURSDAY OUT | FRIDAY IN | FRIDAY OUT | FRIDAY IN | FRIDAY OUT | SATURDAY IN | SATURDAY OUT | SATURDAY IN | SATURDAY OUT | SUNDAY IN | SUNDAY OUT | SUNDAY IN | SUNDAY OUT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | hours | holiday | pay | 8:45 | 2:00 | 2:30 | 4:30 | 7:45 | 12:00 | 12:45 | 4:30 | 1:00 | / | / | 4:00 | 8:45 | 11:30 | 12:45 | 6:00 | 8:45 | / | / | 1:30 | | | | |

Location Code:

LOCATION: FL6-757-01-01
TIME CAPTURE END DATE IS ALWAYS SUNDAY
STD HRS= STANDARD HOURS

NAME: Drake, Kimberly S
STD HRS: 040.00        000-264772407
USE 03/07/99 AS TIME CAPTURE END DATE.

**MARKING DIRECTIONS**
- Use pencil only.
- Make marks dark and heavy.
- Make sure the mark fills the oval.
- Erase carefully any answers you wish to change.
- Do not make extra marks on the booklet.

Correct:
Incorrect:

**SERIAL NUMBER**    **JOB REC. #**    **TIME CAPTURE END DATE**

Month    Day    Year

03 - 07 - 99

**ROUNDING RULES:**

| Minutes | | Round to: |
|---|---|---|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|---|---|---|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

**BORROWED TIME**

Of the hours recorded on the opposite side, indicate how many were worked in other cost centers.
Also, indicate how many are borrowed overtime hours.

Co  -  Cost Center                    HRS  MIN
Borrowed Hours
OVERTIME

Co  -  Cost Center                    HRS  MIN
Borrowed Hours
OVERTIME

Co  -  Cost Center                    HRS  MIN
Borrowed Hours
OVERTIME

**SUMMARY OF HOURS**

REGULAR + VACATION + ILLNESS + HOLIDAY + OTHER = TOTAL

**DOCKED HOURS**
(To be completed by Supervisor)
HRS    M

**FULL TIME (WHITE)**

OVERTIME    HOLIDAY    DOCK
(TOTAL - 40)    WORKED    (40 - TOTAL)

9319738607
PHONE

954 973 8607
PHONE

ASSOCIATE SIGNATURE

SUPERVISOR SIGNATURE

REVIEWED

**ESC - 7413**

| | REGULAR HRS MIN | VACATION HRS MIN | ILLNESS HRS MIN | HOLIDAY HRS MIN | HOLIDAY WKD HRS MIN | OTHER PAID TIME HRS MIN |
|---|---|---|---|---|---|---|
| MON | 6.5 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| TUES | 6.5 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| WED | 40 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| THURS | 8.5 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| FRI | 9.0 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| SAT | 40 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| SUN | | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |

TOTAL= 38.5    TOTAL=    TOTAL=    TOTAL=    TOTAL=    TOTAL=    **ESC - 7414**

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| 8:45 | 2:30 | 3:10 | 8:45 | 2:30 | 3:15 | 10:30 | | 1:30 | 1:15 | 6:30 | 8:30 | 12:00 | 1:00 | 7:30 | 3:30 |

Location Code:

LOCATION: FL6-757-01-01
TIME CAPTURE END DATE IS ALWAYS SUNDAY
STD HRS= STANDARD HOURS

NAME: Drake, Kimberly S
STD HRS: 040.00          000-264772407
USE 03/14/99 AS TIME CAPTURE END DATE.

**MARKING DIRECTIONS**

- Use pencil only.
- Make marks dark and heavy.
- Make sure the mark fills the oval.
- Erase carefully any answers you wish to change.
- Do not make extra marks on the booklet.

Correct: ⊘●⊘⊘
Incorrect: ⊘⊗●

**SERIAL NUMBER**    **JOB REC. #**    **TIME CAPTURE END DATE**

Month  Day  Year

03 - 14 - 99

**ROUNDING RULES:**

| Minutes | | Round to: |
|---|---|---|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|---|---|---|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

**BORROWED TIME**

Of the hours recorded on the opposite side, indicate how many were worked in other cost centers.
Also, indicate how many are borrowed overtime hours.

Co  -  Cost Center                    HRS  MIN
Co  -  Cost Center                    HRS  MIN
Co  -  Cost Center                    HRS  MIN

Borrowed Hours

OVERTIME

**SUMMARY OF HOURS**

32 REGULAR  +  ___ VACATION  +  8 ILLNESS  +  ___ HOLIDAY  +  ___ OTHER  =  40 TOTAL

**DOCKED HOURS**
(To be completed by Supervisor)
HRS    M

**FULL TIME (WHITE)**

___ OVERTIME (TOTAL - 40)    ___ HOLIDAY WORKED    ___ DOCK (40 - TOTAL)

9549738607
PHONE

Ko_____
ASSOCIATE SIGNATURE

954 973-8607
PHONE

_____
SUPERVISOR SIGNATURE

REVIEWED

**ESC - 7415**

SCANTRON  CUSTOM FORM NO. F-12666-EAS-L    SCANTRON CORPORATION 1998 ALL RIGHTS RESERVED    PC2  3998-152-5 4 3 2    www.scantron.com



|  | MONDAY | | | TUESDAY | | | WEDNESDAY | | | THURSDAY | | | FRIDAY | | | SATURDAY | | | SUNDAY | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |

ESC - 7416

## Location Code:

```
LOCATION: FL6-757-01-01
TIME CAPTURE END DATE IS ALWAYS SUNDAY
STD HRS= STANDARD HOURS

NAME: Drake, Kimberly S
STD HRS:040.00        000-264772407
USE 03/21/99 AS TIME CAPTURE END DATE.
```

**MARKING DIRECTIONS**

- Use pencil only.
- Make marks dark and heavy.
- Make sure the mark fills the oval.
- Erase carefully any answers you wish to change.
- Do not make extra marks on the booklet.

Correct: ⊘ ◯ ● ◯ ◯
Incorrect: ⊘ ⊗ ◯ ◻

**SERIAL NUMBER**    **JOB REC. #**    **TIME CAPTURE END DATE**



03-21-99

**ROUNDING RULES:**

| Minutes | | Round to: |
|---|---|---|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|---|---|---|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

### BORROWED TIME

Of the hours recorded on the opposite side, indicate how many were worked in other cost centers.
Also, indicate how many are borrowed overtime hours.



### SUMMARY OF HOURS

31.75 REGULAR + ☐ VACATION + ☐ ILLNESS + ☐ HOLIDAY + ☐ OTHER = 31.75 TOTAL

**DOCKED HOURS**
(To be completed by Supervisor)

### FULL TIME (WHITE)

☐ OVERTIME (TOTAL - 40)  ☐ HOLIDAY WORKED  ☐ DOCK (40 - TOTAL)

954-973-8607
PHONE

X ~~~~~~~~~
ASSOCIATE SIGNATURE

954-973-8607
PHONE

_Justine Jomar_
SUPERVISOR SIGNATURE

REVIEWED

**ESC - 7417**

**SCANTRON** CUSTOM FORM NO. F-12666-EAS-L   SCANTRON CORPORATION 1998 ALL RIGHTS RESERVED   PC2 3998-162-5 4 3 2   www.scantron.com

| Day | | REGULAR | VACATION | ILLNESS | HOLIDAY | HOLIDAY WKD | OTHER PAID TIME |
|---|---|---|---|---|---|---|---|
| **MON** | DAILY TOTAL | 90 | | | | | |
| **TUE** | DAILY TOTAL | 6.75 | | | | | |
| **WED** | DAILY TOTAL | 7.5 | | | | | |
| **THURS** | DAILY TOTAL | 5.25 | | | | | |
| **FRI** | DAILY TOTAL | 9.25 | | | | | |
| **SAT** | DAILY TOTAL | | | | | | |
| **SUN** | DAILY TOTAL | | | | | | |

TOTAL = 31.75   TOTAL =    TOTAL =    TOTAL =    TOTAL =    TOTAL =    **ESC - 7418**

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | 8:45 | 11:30 | 3:45 | 12:00 | 8:00 | 12:30 | 8:33 | 12:30 | 7:45 | 11:00 | | | | |
| | 11:30 | 6:15 | 12:30 | 4:30 | 12:30 | 4:30 | 1:00 | 4:15 | 11:00 | 2:00 | | | | |

LOCATION: FL6-757-01-01
TIME CAPTURE END DATE IS ALWAYS SUNDAY
STD HRS= STANDARD HOURS

NAME: Drake, Kimberly S
STD HRS:40.00          000-264772407
USE 04/04/99 AS TIME CAPTURE END DATE.

## MARKING DIRECTIONS

- Use pencil only.
- Make marks dark and heavy.
- Make sure the mark fills the oval.
- Erase carefully any answers you wish to change.
- Do not make extra marks on the booklet.

Correct: ⊘⊙⊘●
Incorrect: ⊘⊗⊙●

**SERIAL NUMBER**

264771 2407

**JOB REC. #**

**TIME CAPTURE END DATE**

| Month | Day | Year |
| --- | --- | --- |

04 - 04 - 99

## ROUNDING RULES:

| Minutes | | Round to: |
| --- | --- | --- |
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
| --- | --- | --- |
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate how many were worked in other cost centers.
Also, indicate how many are borrowed overtime hours.

Co - Cost Center | HRS MIN
Borrowed Hours
OVERTIME

Co - Cost Center | HRS MIN
Borrowed Hours
OVERTIME

Co - Cost Center | HRS MIN
Borrowed Hours
OVERTIME

## SUMMARY OF HOURS

| 30 REGULAR | + | 8 VACATION | + | ILLNESS | + | HOLIDAY | + | OTHER | = | 38 TOTAL |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

**DOCKED HOURS**
(To be completed by Supervisor)
HRS    M

## FULL TIME (WHITE)

| OVERTIME (TOTAL - 40) | HOLIDAY WORKED | DOCK (40 - TOTAL) |
| --- | --- | --- |

954 9738607
PHONE

ASSOCIATE SIGNATURE

954 973-8607
PHONE

SUPERVISOR SIGNATURE

REVIEWED

**ESC - 7419**

SCANTRON  CUSTOM FORM NO. F-12666-EAS-L    SCANTRON CORPORATION 1996 ALL RIGHTS RESERVED    PC2 3998-162-5 4 3    www.scantron.com

| | REGULAR HRS MIN | VACATION HRS MIN | ILLNESS HRS MIN | HOLIDAY HRS MIN | HOLIDAY WKD HRS MIN | OTHER PAID TIME HRS MIN |
|---|---|---|---|---|---|---|
| **MON** | 8.5 | | | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| **TUES** | 7 | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| **WED** | 7.75 DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| **THURS** | 6.5 DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| **FRI** | DAILY TOTAL | 8 DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| **SAT** | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| **SUN** | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |

TOTAL= 30    TOTAL= 8    TOTAL=    TOTAL=    TOTAL=    TOTAL=    **ESC - 7420**

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | 8:45 | 11:10 | 11:40 | 6:00 | 8:05 | 11:10 | 12:30 | 3:55 | 7:45 | 1:00 | 1:33 | 4:30 | 8:00 | | 4:30 | Vacat Ref | | | | | |

LOCATION: ...
TIME CAPTURE END DATE ...
OTH HRS: ...

NAME: Drake, Kimberly C
STD HRS:40.00          ...
OSD 04/11/99 AS TIME CAPTURE END DATE.

## MARKING DIRECTIONS
- Use pencil only.
- Make marks dark and heavy.
- Make sure the mark fills the oval.
- Erase carefully any answers you wish to change.
- Do not make extra marks on the booklet.

Correct: ⊘⊗⊙◐
Incorrect: ⊘⊗⊙◑

### SERIAL NUMBER

### JOB REC. #

### TIME CAPTURE END DATE
Month   Day   Year

04-11-99

### ROUNDING RULES:

| Minutes | | Round to: |
|---|---|---|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|---|---|---|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate how many were worked in other cost centers.
Also, indicate how many are borrowed overtime hours.



Co – Cost Center ... HRS MIN ... Borrowed Hours ... OVERTIME

Co – Cost Center ... HRS MIN ... Borrowed Hours ... OVERTIME

Co – Cost Center ... HRS MIN ... Borrowed Hours ... OVERTIME

## SUMMARY OF HOURS

31 REGULAR  +  ☐ VACATION  +  8 ILLNESS  +  ☐ HOLIDAY  +  ☐ OTHER  =  39.5 TOTAL

### FULL TIME (WHITE)

☐ OVERTIME (TOTAL - 40)     ☐ HOLIDAY WORKED     ☐ DOCK (40 - TOTAL)



954-973-8607
PHONE

ASSOCIATE SIGNATURE



954 973-8607
PHONE

SUPERVISOR SIGNATURE

· Y
REVIEWED

### DOCKED HOURS
(To be completed by Supervisor)
HRS        M

**ESC - 7421**

| | REGULAR | | VACATION | | ILLNESS | | HOLIDAY | | HOLIDAY WKD | | OTHER PAID TIME | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN |
| **M O N** | | | | | | | | | | | | DAILY TOTAL: 9.5 |
| **T U E S** | | | | | | | | | | | | DAILY TOTAL: 7.0 |
| **W E D** | | | | | | | | | | | | DAILY TOTAL |
| **T H U R S** | | | | | | | | | | | | DAILY TOTAL: 6.5 |
| **F R I** | | | | | | | 8 | | | | | DAILY TOTAL |
| **S A T** | | | | | | | | | | | | DAILY TOTAL |
| **S U N** | | | | | | | | | | | | DAILY TOTAL |

TOTAL= 31.5    TOTAL= [ ]    TOTAL= 8    TOTAL= [ ]    TOTAL= [ ]    TOTAL= [ ]    **ESC - 7422**

| MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| 8:15 | 11:30 | 1:30 | 6:15 | 8:30 | 11:30 | 12:00 | 4:30 | 7:45 | 12:00 | 12:30 | 5:00 | 2:00 | 12:30 |



Lc LOCATION: FL6-757-01-01
N: TIME CAPTURE END DATE IS ALWAYS SUNDAY
   STD HRS= STANDARD HOURS

St NAME: Drake, Kimberly S
Ti STD HRS:040.00          000-2647724070
   USE 04/18/99 AS TIME CAPTURE END DATE.

**MARKING DIRECTIONS**

Use pencil only
Make marks dark and heavy
Make sure that marks fill the circles
Erase cleanly any marks you wish to change
Do not make stray marks on this booklet

Correct:
Incorrect:

**SERIAL NUMBER**   **JOB REC. #**   **TIME CAPTURE END DATE**
                                      Month   Day   Year

**ROUNDING RULES:**

| Minutes | | Round to: |
|---|---|---|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|---|---|---|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

04 - 18 - 99

**BORROWED TIME**

Of the hours recorded on the opposite side, indicate how many were worked in other cost centers.
Also, indicate how many are borrowed overtime hours.

| Co - Cost Center | HRS MIN | Co - Cost Center | HRS MIN | Co - Cost Center | HRS MIN |
|---|---|---|---|---|---|
| 0 7 5 0 0 0 7 5 9 0 | | | | | |

Borrowed Hours: 3.25
OVERTIME

Borrowed Hours
OVERTIME

Borrowed Hours
OVERTIME

**SUMMARY OF HOURS**

40 REGULAR + ☐ VACATION + ☐ ILLNESS + ☐ HOLIDAY + ☐ OTHER = 40 TOTAL

**DOCKED HOURS**
(To be completed by Supervisor)
HRS

**FULL TIME (WHITE)**

3.25 OVERTIME (TOTAL - 40)   ☐ HOLIDAY WORKED   ☐ DOCK (40 - TOTAL)

9549738607   PHONE   ASSOCIATE SIGNATURE

954 9738607   PHONE   SUPERVISOR SIGNATURE

REVIEWED

**ESC - 7423**

SCANTRON CUSTOM FORM NO. F-12666-EAS-L   SCANTRON CORPORATION 1998 ALL RIGHTS RESERVED   PC2 3996-162 5 4   www.scantron.com

|   | REGULAR | VACATION | ILLNESS | HOLIDAY | HOLIDAY WKD | OTHER PAID TIME |
|---|---------|----------|---------|---------|-------------|-----------------|
|   | HRS  MIN | HRS  MIN | HRS  MIN | HRS  MIN | HRS  MIN | HRS  MIN |
| M O N | 7.35 DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| T U E S | 7.5 DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| W E D | 7.15 DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| T H U R S | 5.5 DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| F R I | 9.28 DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| S A T | 4 DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |
| S U N | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL | DAILY TOTAL |

TOTAL=☐   TOTAL=☐   TOTAL=☐   TOTAL=☐   TOTAL=☐   TOTAL=☐   **ESC - 7424**

| MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|
| IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| 8:15 | 12:0 | 12:30 | 6:00 | 8:45 | 11:30 | 11:30 | 4:30 | 7:15 | 11:30 | 11:30 | 4:00 | 10:30 | 3:00 | 3:30 | 4:00 | 8:00 | 11:45 | 12:30 | 4:00 | 8:30 | | 12:30 | |



LOCATION: FL6-757-01-01
TIME CAPTURE END DATE IS ALWAYS SUNDAY
STD HRS= STANDARD HOURS

NAME: Drake, Kimberly S
STD HRS:40.00      000-264772407
USE 04/25/99 AS TIME CAPTURE END DATE.

**MARKING DIRECTIONS**

**SERIAL NUMBER**   **JOB REC. #**   **TIME CAPTURE END DATE**   **ROUNDING RULES:**

Month   Day   Year

04-25-99

| Minutes | | Round to: |
|---|---|---|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|---|---|---|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

**BORROWED TIME**

Of the hours recorded on the opposite side, indicate how many were worked in other cost centers.
Also, indicate how many are borrowed overtime hours.

Co — Cost Center   HRS   MIN

Borrowed Hours

225

OVERTIME

COMPLETED   Borrowed Hours

OVERTIME

Co — Cost Center   HRS   MIN

Borrowed Hours

OVERTIME

**SUMMARY OF HOURS**

40    +           +           +           +           =    40
REGULAR   VACATION   ILLNESS   HOLIDAY   OTHER      TOTAL
42.25

**DOCKED HOURS**
(To be completed by Supervisor)

HRS    M

**FULL TIME (WHITE)**

225        
OVERTIME   HOLIDAY   DOCK
(TOTAL - 40)   WORKED   (40 - TOTAL)

954·973-8601
PHONE

ASSOCIATE SIGNATURE

954 973
PHONE

SUPERVISOR SIGNATURE

REVIEWED

**ESC - 7425**

SCANTRON CUSTOM FORM NO. F-12666-EAS-L    SCANTRON CORPORATION 1998 ALL RIGHTS RESERVED    PC2 3998-162-5 4    www.scantron.com

| | REGULAR | | VACATION | | ILLNESS | | HOLIDAY | | HOLIDAY WKD | | OTHER PAID TIME | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN |
| **MON** | | | | | | | | | | | DAILY TOTAL | |
| **TUES** | | | | | | | | | | | DAILY TOTAL | |
| **WED** | | 9.25 | | | | | | | | | DAILY TOTAL | |
| **THURS** | | 55 | | | | | | | | | DAILY TOTAL | |
| **FRI** | | 8.75 | | | | | | | | | DAILY TOTAL | |
| **SAT** | | 9.75 | | | | | | | | | DAILY TOTAL | |
| **SUN** | | | | | | | | | | | DAILY TOTAL | |

TOTAL= 42.25   TOTAL=   TOTAL=   TOTAL=   TOTAL=   TOTAL=

**ESC - 7426**

| | MONDAY | | | | TUESDAY | | | | WEDNESDAY | | | | THURSDAY | | | | FRIDAY | | | | SATURDAY | | | | SUNDAY | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | 6:15 | 1:00 | 1:30 | 4:00 | 9:30 | 1:30 | 2:00 | 5:45 | 7:15 | 12:00 | 1:00 | 6:00 | 10:00 | 11:30 | 1:30 | 4:30 | 6:15 | 1:00 | 2:00 | 6:00 | 8:45 | 11:30 | | | | | | |



05 - 02 - 99

**ESC - 7427**

SCANTRON CUSTOM FORM NO. F-12666-EAS-L   SCANTRON CORPORATION 1998   PC2 3996-162-5 4   www.scantron.com

| | REGULAR | | VACATION | | ILLNESS | | HOLIDAY | | HOLIDAY WKD | | OTHER PAID TIME | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN |
| **MON** | | | | | | | | | | | | |
| **TUE** | | | | | | | 4 | | | | | |
| **WED** | | | | | | | | | | | | |
| **THU** | | | | | | | | | | | | |
| **FRI** | | | | | | | | | | | | |
| **SAT** | | | | | | | | | | | | |
| **SUN** | | | | | | | | | | | | |

TOTAL=125  TOTAL=  TOTAL=8  TOTAL=  TOTAL=  TOTAL=24  **ESC - 7428**

| MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| 8:45 | | 8:00 | 7:45 | 7:45 | | | | | | | | | |

## USE FOR HOURS REPORTED FROM 05/03/99 - 05/09/99



**Bank of America**

Mail Code: __FL6-757-01-01__

Name: __DRAKE, KIMBERLY__

**MARKING DIRECTIONS**

- Erase carefully any bubbles you wish to change.
- Do not make extra marks on the timesheet.

CORRECT: ⊖ ● ○ ○

### Mandatory information for payroll processing:



**SOCIAL SECURITY #**    **JOB REC. #**    **TIME CAPTURE END DATE**
Month 05 / Day 09 / Year 99

**ROUNDING RULES:**

| Minutes | | Round to: |
|---|---|---|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|---|---|---|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

**BORROWED TIME**

COMPLETED

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.









| Co - Cost Center | HRS MIN | Co - Cost Center | HRS MIN | Co - Cost Center | HRS MIN |
|---|---|---|---|---|---|



Total hours worked in the above cost center ▶

Total hours worked in the above cost center ▶

Total hours worked in the above cost center ▶

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.

**ASSOCIATE SIGNATURE**

(994) 973 8607
Area Code    Complete Phone #
*(Required)*

**SUPERVISOR SIGNATURE**

964, 973-8607
Area Code    Complete Phone #
*(Required)*

**FOR FULL -TIME ONL**
DOCKED HOURS

To be completed by Supervisor



HRS    MI

**Bank of America**
Form # 00-13-1876B



## USE FOR HOURS REPORTED FROM 05/10/99 - 05/16/99

 **Bank of America**

Mail Code: __FL6-757-01-01__

Name: __DRAKE, KIMBERLY__

### MARKING DIRECTIONS

- Erase carefully any bubbles you wish to change.
- Do not make extra marks on the timesheet.

CORRECT: ○ ● ○ ○

## Mandatory information for payroll processing:



**SOCIAL SECURITY #**    **JOB REC. #**    **TIME CAPTURE END DATE**

| Month | Day | Year |
|---|---|---|
| 05 | 16 | 99 |

### ROUNDING RULES:

| Minutes | | | Round to: |
|---|---|---|---|
| :00 | THROUGH | :07 | .00 |
| :08 | THROUGH | :22 | .25 |
| :23 | THROUGH | :37 | .50 |
| :38 | THROUGH | :52 | .75 |
| :53 | THROUGH | :59 | .00 |

| Hundredths | | | Round to: |
|---|---|---|---|
| .00 | THROUGH | .12 | .00 |
| .13 | THROUGH | .37 | .25 |
| .38 | THROUGH | .62 | .50 |
| .63 | THROUGH | .87 | .75 |
| .88 | THROUGH | .99 | .00 |

### BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.

**Co - Cost Center**      **HRS MIN**
 

**Co - Cost Center**      **HRS MIN**
 

**Co - Cost Center**      **HRS MIN**


Total hours worked in ▶ [  ]
the above cost center

Total hours worked in ▶ [  ]
the above cost center

Total hours worked in ▶ [  ]
the above cost center

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.

_____
ASSOCIATE SIGNATURE

( 954 ) 973-8607
Area Code    Complete Phone #
*(Required)*

_____
SUPERVISOR SIGNATURE

( 954 ) 973 8607
Area Code    Complete Phone #
*(Required)*

**FOR FIELD TIME ONLY**
DOCKED HOURS

To be completed by Supervisor

**HRS    MIN**


**Bank of America**
Form # 00-13-1876B

**SCANTRON** CUSTOM FORM NO. F-12571-BOA-L    SCANTRON CORPORATION 1999 ALL RIGHTS RESERVED    PC2  1299-600-5 4 3 2 1

ESC - 7431

| | DAILY HOURS WORKED | VACATION | ILLNESS | HOLIDAY | HOLIDAY WKD | OTHER PAID TIME |
|---|---|---|---|---|---|---|
| | HRS   MIN | HRS   MIN | HRS   MIN | HRS   MIN | HRS   MIN | HRS   MIN |
| MONDAY | 7.0 | | | | | |
| TUESDAY | 8.75 | | | | | |
| WEDNESDAY | 8.5 | | | | | |
| THURSDAY | 7.25 | | | | | |
| FRIDAY | 6.5 | | | | | |
| SATURDAY | | | | | | |
| SUNDAY | | | | | | |

| TOTALS | REGULAR TOTAL= 40 | VACATION TOTAL= | ILLNESS TOTAL= | HOLIDAY TOTAL= | HOLIDAY WKD TOTAL= | OTHER PAID TIME TOTAL= | WEEKLY TOTAL OF HOURS EXCLUDING HOLIDAY WORKED  40 |

ESC - 7432

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | 8:45 | 11:33 | 6:15 | 8:30 | 11:45 | 6:00 | 7:45 | 11:00 | 7:15 | 12:00 | | | | |
| | | | | | | | 11:33 | 4:5 | 12:00 | 6:30 | | | | |
| | | | | | | | | | | 4:00 | 8:20 | | | |
| | | | | | | | | | 12:00 | 4:00 | | | | |

**USE FOR HOURS REPORTED FROM 05/17/99 - 05/23/99**



**Bank of America**

Mail Code: __FL6-757-01-01__

Name: __DRAKE, KIMBERLY__

**MARKING DIRECTIONS**

• Erase carefully any bubbles you wish to change.

• Do not make extra marks on the timesheet.

CORRECT: ○ ● ○ ○

## Mandatory information for payroll processing:



SOCIAL SECURITY #

JOB REC. #

TIME CAPTURE END DATE
Month  Day  Year
05 / 23 / 99

**ROUNDING RULES:**

| Minutes | | Round to: |
|---|---|---|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|---|---|---|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.




| Co - Cost Center | HRS MIN |
|---|---|

| Co - Cost Center | HRS MIN |
|---|---|

| Co - Cost Center | HRS MIN |
|---|---|

Total hours worked in the above cost center ▶ [ ]

Total hours worked in the above cost center ▶ [ ]

Total hours worked in the above cost center ▶ [ ]

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.

__Kimberly Drake__
ASSOCIATE SIGNATURE

(954) 973 8651
Area Code    Complete Phone #
                  *(Required)*

__Mufn__
SUPERVISOR SIGNATURE

954, 973-8607
Area Code    Complete Phone #
                  *(Required)*

**FOR FULL -TIME ONLY**
DOCKED HOURS

To be completed by Supervisor

| HRS | MIN |
|---|---|



Bank of America
Form # 00-13-1876B

| | DAILY HOURS WORKED | VACATION | ILLNESS | HOLIDAY | HOLIDAY WKD | OTHER PAID TIME |
|---|---|---|---|---|---|---|
| | HRS    MIN | HRS    MIN | HRS    MIN | HRS    MIN | HRS    MIN | HRS    MIN |
| MONDAY | | | | | | |
| TUESDAY | | | | | | |
| WEDNESDAY | | | | | | |
| THURSDAY | | | | | | |
| FRIDAY | | | | | | |
| SATURDAY | | | | | | |
| SUNDAY | | | | | | |

| TOTALS | | | | | | | WEEKLY TOTAL OF HOURS EXCLUDING HOLIDAY WORKED |
|---|---|---|---|---|---|---|---|
| | REGULAR TOTAL= **40** | VACATION TOTAL= | ILLNESS TOTAL= | HOLIDAY TOTAL= | HOLIDAY WKD TOTAL= | OTHER PAID TIME TOTAL= | **40** |

FSC - 7434

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| 8:15 | 11:00 | 11:30 | 3:00 | 8:30 | 11:30 | 1:00 | 4:30 | 7:30 | 11:00 | 11:30 | 3:15 | 7:45 | 11:00 | 11:30 | 4:00 | 8:45 | 11:00 | 12:00 | 6:00 | 5:00 | | 8:00 |

**USE FOR HOURS REPORTED FROM <u>05/24/99 - 05/30/99</u>**

 **Bank of America**

Mail Code: __FL6-757-01-01__

Name: __DRAKE, KIMBERLY__

### MARKING DIRECTIONS

• Erase carefully any bubbles you wish to change.

• Do not make extra marks on the timesheet.

CORRECT:  ⊘ ⬤ ○ ○

## Mandatory information for payroll processing:



### ROUNDING RULES:

| Minutes | | Round to: |
|---|---|---|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|---|---|---|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.







Total hours worked in the above cost center ▶ [ ]

Total hours worked in the above cost center ▶ [ ]

Total hours worked in the above cost center ▶ [ ]

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.



ASSOCIATE SIGNATURE

(954) 9738607
Area Code    Complete Phone #
(Required)

( )

SUPERVISOR SIGNATURE

Area Code    Complete Phone #
(Required)

### FOR FULL-TIME ONLY
DOCKED HOURS

To be completed by Supervisor



**Bank of America**
Form # 00-13-1876B

**SCANTRON** CUSTOM FORM NO. F-12571-BOA-L    SCANTRON CORPORATION 1999 ALL RIGHTS RESERVED.    PC2  1259-600-5 4 3 2 1

**ESC - 7435**



## USE FOR HOURS REPORTED FROM 05/31/99 - 06/06/99

**Bank of America**

Mail Code: **FL6-757-01-01**

Name: **DRAKE, KIMBERLY**

### MARKING DIRECTIONS

- Erase carefully any bubbles you wish to change.
- Do not make extra marks on the timesheet.

CORRECT: ○ ● ○ ○

### Mandatory information for payroll processing:

**SOCIAL SECURITY #**   **JOB REC. #**   **TIME CAPTURE END DATE** — Month / Day / Year

06 / 06 / 99

#### ROUNDING RULES:

| Minutes | | Round to: |
|---|---|---|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|---|---|---|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

### BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.




**Co - Cost Center**   HRS MIN

Total hours worked in the above cost center ▶ [ ]




**Co - Cost Center**   HRS MIN

Total hours worked in the above cost center ▶ [ ]






**Co - Cost Center**   HRS MIN

Total hours worked in the above cost center ▶ [ ]

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.

_____
ASSOCIATE SIGNATURE

(954) 9738607
Area Code   Complete Phone #
(Required)

_____
SUPERVISOR SIGNATURE

954, 973.8607
Area Code   Complete Phone #
(Required)

### FOR FULL-TIME ONLY
#### DOCKED HOURS
To be completed by Supervisor

HRS     MIN

**Bank of America**
Form # 00-13-1876B

**SCANTRON** CUSTOM FORM NO. F-12571-BOA-L    SCANTRON CORPORATION 1999 ALL RIGHTS RESERVED.    PC2  1299-600-5 4 3 2 1

COMPLETED

**ESC - 7437**

| | DAILY HOURS WORKED HRS MIN | VACATION HRS MIN | ILLNESS HRS MIN | HOLIDAY HRS MIN | HOLIDAY WKD HRS MIN | OTHER PAID TIME HRS MIN |
|---|---|---|---|---|---|---|
| MONDAY | | | | | | |
| TUESDAY | | | | | | |
| WEDNESDAY | | | | | | |
| THURSDAY | | | | | | |
| FRIDAY | | | | | | |
| SATURDAY | | | | | | |
| SUNDAY | | | | | | |

| TOTALS | REGULAR TOTAL= 3025 | VACATION TOTAL= 31 | ILLNESS TOTAL= | HOLIDAY TOTAL= 8 | HOLIDAY WKD TOTAL= | OTHER PAID TIME TOTAL= | WEEKLY TOTAL OF HOURS EXCLUDING HOLIDAY WORKED 39 |

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | 8 | | | | 1:00 | 11:30 | 1:00 | 7:45 | 12:50 | 2:45 | 3:20 | 7:45 | 1:00 | 1:45 |

ESC - 7438

 **Bankof America**

Mail Code: __FL6-757-01-01__

Name: __DRAKE, KIMBERLY__

## Mandatory information for payroll processing:



6|15|99

---

### MARKING DIRECTIONS

- Erase carefully any bubbles you wish to change.
- Do not make extra marks on the timesheet.

CORRECT: ⭕ ⬤ ⭕ ⭕

**ROUNDING RULES:**

| Minutes | | Round to: |
|---|---|---|
| :00  THROUGH  :07 | | .00 |
| :08  THROUGH  :22 | | .25 |
| :23  THROUGH  :37 | | .50 |
| :38  THROUGH  :52 | | .75 |
| :53  THROUGH  :59 | | .00 |

| Hundredths | | Round to: |
|---|---|---|
| .00  THROUGH  .12 | | .00 |
| .13  THROUGH  .37 | | .25 |
| .38  THROUGH  .62 | | .50 |
| .63  THROUGH  .87 | | .75 |
| .88  THROUGH  .99 | | .00 |

---

## BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.



| Co - Cost Center | Co - Cost Center | Co - Cost Center |
|---|---|---|

 Total hours worked in the above cost center ▶

 Total hours worked in the above cost center ▶

 Total hours worked in the above cost center ▶

---

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.

_____
ASSOCIATE SIGNATURE

(954 )973·8601·
Area Code    Complete Phone #
(Required)

_____
SUPERVISOR SIGNATURE

(954 ) 773·8607
Area Code    Complete Phone #
(Required)

### FOR FULL-TIME ONLY
**DOCKED HOURS**

To be completed by Supervisor

| HRS | MI |
|---|---|

**Bank of America**
Form # 00-13-1876B

COMPLETED

---

**SCANTRON** CUSTOM FORM NO. F-12571-BOA-L    SCANTRON CORPORATION 1999 ALL RIGHTS RESERVED    PC2  1299-600-5 4 3 2 1

**ESC - 7439**

| Day | Daily Hours Worked | Vacation | Illness | Holiday | Holiday Wkd | Other Paid Time |
|---|---|---|---|---|---|---|
| MONDAY | 7.75 | | | | | |
| TUESDAY | 7.0 | | | | | |
| WEDNESDAY | 6.75 | | | | | |
| THURSDAY | 7.75 | | | | | |
| FRIDAY | 9.25 | | | | | |
| SATURDAY | | | | | | |
| SUNDAY | | | | | | |

(Each daily section has HRS bubbles 1–24 and MIN bubbles 00, 25, 50, 75.)

| TOTALS | | | | | | |
|---|---|---|---|---|---|---|
| REGULAR TOTAL= 38.5 | VACATION TOTAL= | ILLNESS TOTAL= | HOLIDAY TOTAL= | HOLIDAY WKD TOTAL= | OTHER PAID TIME TOTAL= | WEEKLY TOTAL OF HOURS EXCLUDING HOLIDAY WORKED 38.5 |

| MONDAY | | | | TUESDAY | | | | WEDNESDAY | | | | THURSDAY | | | | FRIDAY | | | | SATURDAY | | | | SUNDAY | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| 8:45 | / | | 4:30 | 7:45 | 12:00 | 12:30 | 4:15 | 7:45 | [illegible] | [illegible] | [illegible] | 7:15 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | | | | | |

ESC - 7440

**USE FOR HOURS REPORTED FROM 06/14/99 - 06/20/99**



**Bank of America**

Mail Code: __FL6-757-01-01__

Name: __DRAKE, KIMBERLY__

**MARKING DIRECTIONS**

• Erase carefully any bubbles you wish to change.

• Do not make extra marks on the timesheet.

CORRECT: ○ ● ○ ○

## Mandatory information for payroll processing:



**ROUNDING RULES:**

| Minutes | | Round to: |
|---|---|---|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|---|---|---|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

### BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.

   

Total hours worked in the above cost center ▶ 

Total hours worked in the above cost center ▶ 

Total hours worked in the above cost center ▶ 

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.

_____
ASSOCIATE SIGNATURE

( 9 ) 9 7 8 6 6 7
Area Code    Complete Phone #
*(Required)*

_____
SUPERVISOR SIGNATURE

( )
Area Code    Complete Phone #
*(Required)*

**FOR FULL -TIME ONL**
**DOCKED HOURS**

To be completed by Supervisor

**Bank of America**
**Form # 00-13-1876B**

**SCANTRON** CUSTOM FORM NO. F-12571-BOA-L    SCANTRON CORPORATION 1999 ALL RIGHTS RESERVED    PC2  1299-600-5 4 3 2 1

**ESC - 7441**

| | DAILY HOURS WORKED | VACATION | ILLNESS | HOLIDAY | HOLIDAY WKD | OTHER PAID TIME |
|---|---|---|---|---|---|---|
| | HRS        MIN | HRS   MIN | HRS   MIN | HRS   MIN | HRS   MIN | HRS   MIN |
| MONDAY | | | | | | |
| TUESDAY | | | | | | |
| WEDNESDAY | | | | | | |
| THURSDAY | | | | | | |
| FRIDAY | | | | | | |
| SATURDAY | | | | | | |
| SUNDAY | | | | | | |

WEEKLY TOTAL OF HOURS EXCLUDING HOLIDAY WORKED

| TOTALS | REGULAR TOTAL= | VACATION TOTAL= | ILLNESS TOTAL= | HOLIDAY TOTAL= | HOLIDAY WKD TOTAL= | OTHER PAID TIME TOTAL= | |
|---|---|---|---|---|---|---|---|
| | 37.75 | | 8 | | | ⟶ | 39.75 |

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |

ESC - 7442

**USE FOR HOURS REPORTED FROM 06/21/99 - 06/27/99**



**Bank of America**

Mail Code: __FL6-757-01-01__

Name: __DRAKE, KIMBERLY__

**MARKING DIRECTIONS**

• Erase carefully any bubbles you wish to change.

• Do not make extra marks on the timesheet.

CORRECT: ○ ● ○ ○

## Mandatory information for payroll processing:

**SOCIAL SECURITY #**

**JOB REC. #**

**TIME CAPTURE END DATE**

| Month | Day | Year |
|-------|-----|------|
| 06 / | 27 / | 99 |

**ROUNDING RULES:**

| Minutes | | Round to: |
|---------|-----|-----------|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|------------|-----|-----------|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.

**Co - Cost Center**    HRS MIN



**Co - Cost Center**    HRS MIN



**Co - Cost Center**    HRS MIN



Total hours worked in ▶ [ ]
the above cost center

Total hours worked in ▶ [ ]
the above cost center

Total hours worked in ▶ [ ]
the above cost center

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.

_____
ASSOCIATE SIGNATURE

(954) 9738607
Area Code    Complete Phone #
*(Required)*

_____
SUPERVISOR SIGNATURE

(954) 973 860 2
Area Code    Complete Phone #
*(Required)*

**FOR FULL -TIME ONLY**
DOCKED HOURS

To be completed by Supervisor

HRS    MIN

**Bank of America**
Form # 00-13-1876B

**SCANTRON** CUSTOM FORM NO. F-12571-BOA-L   SCANTRON CORPORATION 1999 ALL RIGHTS RESERVED   PC2 1299-600-5 4 3 2 1

**ESC - 7443**

| | DAILY HOURS WORKED | VACATION | ILLNESS | HOLIDAY | HOLIDAY WKD | OTHER PAID TIME |
|---|---|---|---|---|---|---|
| | HRS    MIN | HRS    MIN | HRS    MIN | HRS    MIN | HRS    MIN | HRS    MIN |
| **MONDAY** | | | | | | |
| **TUESDAY** | | | | | | |
| **WEDNESDAY** | | | | | | |
| **THURSDAY** | | | | | | |
| **FRIDAY** | | | | | | |
| **SATURDAY** | | | | | | |
| **SUNDAY** | | | | | | |

| TOTALS | REGULAR TOTAL= 39 | VACATION TOTAL= | ILLNESS TOTAL= | HOLIDAY TOTAL= | HOLIDAY WKD TOTAL= | OTHER PAID TIME TOTAL= | WEEKLY TOTAL OF HOURS EXCLUDING HOLIDAY WORKED → 39 |

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |

ESC - 7444

**USE FOR HOURS REPORTED FROM <u>06/28/99 - 07/04/99</u>**

 **Bank of America**

Mail Code: **FL6-757-01-01**

Name: **DRAKE, KIMBERLY**

### MARKING DIRECTIONS

- Erase carefully any bubbles you wish to change.
- Do not make extra marks on the timesheet.

CORRECT: ○ ● ○ ○

## Mandatory information for payroll processing:



**SOCIAL SECURITY #**

**JOB REC. #**

**TIME CAPTURE END DATE**

| Month | Day | Year |
|-------|-----|------|
| 07 | 04 | 99 |

### ROUNDING RULES:

| Minutes | | | Round to: |
|---------|---|---|-----------|
| :00 | THROUGH | :07 | .00 |
| :08 | THROUGH | :22 | .25 |
| :23 | THROUGH | :37 | .50 |
| :38 | THROUGH | :52 | .75 |
| :53 | THROUGH | :59 | .00 |

| Hundredths | | | Round to: |
|------------|---|---|-----------|
| .00 | THROUGH | .12 | .00 |
| .13 | THROUGH | .37 | .25 |
| .38 | THROUGH | .62 | .50 |
| .63 | THROUGH | .87 | .75 |
| .88 | THROUGH | .99 | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.





**Co - Cost Center**    HRS MIN

**Co - Cost Center**    HRS MIN

**Co - Cost Center**    HRS MIN

Total hours worked in the above cost center ▶

Total hours worked in the above cost center ▶

Total hours worked in the above cost center ▶





Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.



ASSOCIATE SIGNATURE    Area Code    Complete Phone # *(Required)*    ( 954) 973-8607

SUPERVISOR SIGNATURE    Area Code    Complete Phone # *(Required)*

### FOR FULL-TIME ONLY

DOCKED HOURS

To be completed by Supervisor

HRS    MIN

**Bank of America**
Form # 00-13-1876B

**SCANTRON** CUSTOM FORM NO. F-12571-BOA-L    SCANTRON CORPORATION 1999 ALL RIGHTS RESERVED    PC2 1299-600-5 4 3 2 1

**ESC - 7445**

| | DAILY HOURS WORKED | VACATION | ILLNESS | HOLIDAY | HOLIDAY WKD | OTHER PAID TIME |
|---|---|---|---|---|---|---|
| | HRS    MIN | HRS    MIN | HRS    MIN | HRS    MIN | HRS    MIN | HRS    MIN |
| MONDAY | | | | | | |
| TUESDAY | | | | | | |
| WEDNESDAY | | | | | | |
| THURSDAY | | | | | | |
| FRIDAY | | | | | | |
| SATURDAY | | | | | | |
| SUNDAY | | | | | | |
| TOTALS | REGULAR TOTAL= 64 | VACATION TOTAL= | ILLNESS TOTAL= 16 | HOLIDAY TOTAL= | HOLIDAY WKD TOTAL= | OTHER PAID TIME TOTAL= |

WEEKLY TOTAL OF HOURS EXCLUDING HOLIDAY WORKED
40

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |

ESC - 7446

**USE FOR HOURS REPORTED FROM 07/05/99 - 07/11/99**



**Bank of America**

Mail Code: **FL6-757-01-01**

Name: **DRAKE, KIMBERLY**

### MARKING DIRECTIONS

- Erase carefully any bubbles you wish to change.
- Do not make extra marks on the timesheet.

CORRECT: ⊘ ● ○ ○

## Mandatory information for payroll processing:



| SOCIAL SECURITY # | JOB REC. # | TIME CAPTURE END DATE |
|---|---|---|
| | | Month / Day / Year |
| | | 07 / 11 / 99 |

**ROUNDING RULES:**

| Minutes | | | Round to: |
|---|---|---|---|
| :00 | THROUGH | :07 | .00 |
| :08 | THROUGH | :22 | .25 |
| :23 | THROUGH | :37 | .50 |
| :38 | THROUGH | :52 | .75 |
| :53 | THROUGH | :59 | .00 |

| Hundredths | | | Round to: |
|---|---|---|---|
| .00 | THROUGH | .12 | .00 |
| .13 | THROUGH | .37 | .25 |
| .38 | THROUGH | .62 | .50 |
| .63 | THROUGH | .87 | .75 |
| .88 | THROUGH | .99 | .00 |

COMPLETED

### BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.




| Co - Cost Center | HRS MIN |
|---|---|
| | |

Total hours worked in the above cost center ▶





| Co - Cost Center | HRS MIN |
|---|---|
| | |

Total hours worked in the above cost center ▶

| Co - Cost Center | HRS MIN |
|---|---|
| | |

Total hours worked in the above cost center ▶

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.

**ASSOCIATE SIGNATURE**       (954) 973 860

Area Code    Complete Phone # *(Required)*

**SUPERVISOR SIGNATURE**      (954) 973·8607

Area Code    Complete Phone # *(Required)*



### FOR FULL-TIME ONLY
**DOCKED HOURS**

To be completed by Supervisor

| HRS | MI |
|---|---|

Bank of America
Form # 00-13-1876B

**SCANTRON** CUSTOM FORM NO. F-12571-BOA-L    SCANTRON CORPORATION 1999 ALL RIGHTS RESERVED    PC2 1299-600-5 4 3 2 1

**ESC - 7447**

| | DAILY HOURS WORKED HRS MIN | VACATION HRS MIN | ILLNESS HRS MIN | HOLIDAY HRS MIN | HOLIDAY WKD HRS MIN | OTHER PAID TIME HRS MIN |
|---|---|---|---|---|---|---|
| MONDAY | | | | 8 | | |
| TUESDAY | 6 5 | | | | | |
| WEDNESDAY | 7.75 | | | | | |
| THURSDAY | 7.75 | | | | | |
| FRIDAY | 9 | | | | | |
| SATURDAY | | | | | | |
| SUNDAY | | | | | | |
| TOTALS | REGULAR TOTAL= 31 | VACATION TOTAL= | ILLNESS TOTAL= | HOLIDAY TOTAL= 8 | HOLIDAY WKD TOTAL= | OTHER PAID TIME TOTAL= → |

WEEKLY TOTAL OF HOURS EXCLUDING HOLIDAY WORKED: 40

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | | | 7:45 | 11:30 | 8:00 | 1:15 | 7:45 | 11:00 | 8:15 | 1:30 | | | | |

ESC - 7448

## USE FOR HOURS REPORTED FROM 07/12/99 - 07/18/99

 **Bank of America**

Mail Code: **FL6-757-01-01**

Name: **DRAKE, KIMBERLY**

### MARKING DIRECTIONS

- Erase carefully any bubbles you wish to change.
- Do not make extra marks on the timesheet.

CORRECT: ⊘ ⬤ ○ ○

### Mandatory information for payroll processing:



**SOCIAL SECURITY #**

**JOB REC. #**

**TIME CAPTURE END DATE**

| Month | Day | Year |
|-------|-----|------|
| 07 | / 18 | / 99 |

### ROUNDING RULES:

| Minutes | | | Round to: |
|---------|---|---|-----------|
| :00 | THROUGH | :07 | .00 |
| :08 | THROUGH | :22 | .25 |
| :23 | THROUGH | :37 | .50 |
| :38 | THROUGH | :52 | .75 |
| :53 | THROUGH | :59 | .00 |

| Hundredths | | | Round to: |
|------------|---|---|-----------|
| .00 | THROUGH | .12 | .00 |
| .13 | THROUGH | .37 | .25 |
| .38 | THROUGH | .62 | .50 |
| .63 | THROUGH | .87 | .75 |
| .88 | THROUGH | .99 | .00 |



### BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.



**Co - Cost Center**      HRS MIN





**Co - Cost Center**      HRS MIN

**Co - Cost Center**      HRS MIN

Total hours worked in the above cost center ▶

Total hours worked in the above cost center ▶



Total hours worked in the above cost center ▶

---

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.

_ASSOCIATE SIGNATURE_      ( 954 ) 973-8607
Area Code    Complete Phone #
_(Required)_

_SUPERVISOR SIGNATURE_      ( 954 ) 973.8607
Area Code    Complete Phone #
_(Required)_

### FOR FULL -TIME ONLY
DOCKED HOURS

To be completed by Supervisor

| HRS | | | MIN |
|-----|---|---|-----|

Bank of America
Form # 00-13-1876B

**ESC - 7449**

| | DAILY HOURS WORKED | VACATION | ILLNESS | HOLIDAY | HOLIDAY WKD | OTHER PAID TIME |
|---|---|---|---|---|---|---|
| | HRS    MIN | HRS    MIN | HRS    MIN | HRS    MIN | HRS    MIN | HRS    MIN |
| **MONDAY** | | | | | | |
| **TUESDAY** | | | | | | |
| **WEDNESDAY** | | | | | | |
| **THURSDAY** | | | | | | |
| **FRIDAY** | | | | | | |
| **SATURDAY** | | | | | | |
| **SUNDAY** | | | | | | WEEKLY TOTAL OF HOURS HOLIDAY WORKED |
| **TOTALS** | REGULAR TOTAL= | VACATION TOTAL= | ILLNESS TOTAL= | HOLIDAY TOTAL= | HOLIDAY WKD TOTAL= | OTHER PAID TIME TOTAL= → HOLIDAY WORKED |

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |

ESC - 7450

**USE FOR HOURS REPORTED FROM 07/19/99 - 07/25/99**

 **Bank of America**

Mail Code: **FL6-757-01-01**

Name: **DRAKE, KIMBERLY**

## MARKING DIRECTIONS

- Erase carefully any bubbles you wish to change.
- Do not make extra marks on the timesheet.

CORRECT: ○ ● ○ ○

## Mandatory information for payroll processing:



| JOB REC. # | TIME CAPTURE END DATE | | |
|---|---|---|---|
| | Month | Day | Year |
| | 07 | 25 | 99 |



**ROUNDING RULES:**

| Minutes | | Round to: |
|---|---|---|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|---|---|---|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.





Total hours worked in the above cost center ▶ [ ]

Total hours worked in the above cost center ▶ [ ]

Total hours worked in the above cost center ▶ [ ]

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.


ASSOCIATE SIGNATURE

( 954 ) 973 8601
Area Code    Complete Phone #
(Required)

SUPERVISOR SIGNATURE

(954) 973.860 ?
Area Code    Complete Phone #
(Required)

**FOR FULL -TIME ONL**
DOCKED HOURS

To be completed by Supervisor



| HRS | M |
|---|---|



Bank of America
Form # 00-13-1876B

SCANTRON CUSTOM FORM NO. F-12571-BOA-L    SCANTRON CORPORATION 1999 ALL RIGHTS RESERVED    PC2 1299-600-5 4 3 2 1

**ESC - 7451**

| | DAILY HOURS WORKED HRS MIN | VACATION HRS MIN | ILLNESS HRS MIN | HOLIDAY HRS MIN | HOLIDAY WKD HRS MIN | OTHER PAID TIME HRS MIN |
|---|---|---|---|---|---|---|
| MONDAY | | | | | | |
| TUESDAY | | | | | | |
| WEDNESDAY | | | | | | |
| THURSDAY | | | | | | |
| FRIDAY | | | | | | |
| SATURDAY | | | | | | |
| SUNDAY | | | | | | |

| TOTALS | REGULAR TOTAL= 39.75 | VACATION TOTAL= | ILLNESS TOTAL= | HOLIDAY TOTAL= | HOLIDAY WKD TOTAL= | OTHER PAID TIME TOTAL= | WEEKLY TOTAL OF HOURS EXCLUDING HOLIDAY WORKED 39.75 |

| | MONDAY | | | | TUESDAY | | | | WEDNESDAY | | | | THURSDAY | | | | FRIDAY | | | | SATURDAY | | | | SUNDAY | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | 8:15 | 12:30 | 1:00 | 5:00 | 7:45 | 12:10 | | 4:15 | 7:15 | 12:00 | 12:45 | 4:15 | 1:15 | 12:00 | 1:00 | 4:15 | 8:25 | 12:00 | 1:30 | 6:15 | | | | | | | | |

ESC - 7452

**USE FOR HOURS REPORTED FROM 07/26/99 - 08/01/99**


**Bank of America**

Mail Code: **FL6-757-01-01**

Name: **DRAKE, KIMBERLY**

### Mandatory information for payroll processing:



**MARKING DIRECTIONS**

- Erase carefully any bubbles you wish to change.
- Do not make extra marks on the timesheet.

CORRECT: ○ ● ○ ○

**ROUNDING RULES:**

| Minutes | | | Round to: |
|---|---|---|---|
| :00 | THROUGH | :07 | .00 |
| :08 | THROUGH | :22 | .25 |
| :23 | THROUGH | :37 | .50 |
| :38 | THROUGH | :52 | .75 |
| :53 | THROUGH | :59 | .00 |

| Hundredths | | | Round to: |
|---|---|---|---|
| .00 | THROUGH | .12 | .00 |
| .13 | THROUGH | .37 | .25 |
| .38 | THROUGH | .62 | .50 |
| .63 | THROUGH | .87 | .75 |
| .88 | THROUGH | .99 | .00 |

### BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.



Total hours worked in the above cost center ▶ ☐



Total hours worked in the above cost center ▶ ☐



Total hours worked in the above cost center ▶ ☐

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.

*Kimberly Drake*
ASSOCIATE SIGNATURE

( 954 ) 973 - 8607
Area Code    Complete Phone #
*(Required)*

*[signature]*
SUPERVISOR SIGNATURE

( 954 ) 973 - 8607
Area Code    Complete Phone #
*(Required)*

**FOR FULL-TIME ONLY**
**DOCKED HOURS**

To be completed by Supervisor



Bank of America
Form # 00-13-1876R

**ESC - 7453**

| | DAILY HOURS WORKED | VACATION | ILLNESS | HOLIDAY | HOLIDAY WKD | OTHER PAID TIME |
|---|---|---|---|---|---|---|
| **MONDAY** | HRS MIN | HRS MIN | HRS MIN | HRS MIN | HRS MIN | HRS MIN |
| **TUESDAY** | HRS MIN | HRS MIN | HRS MIN | HRS MIN | HRS MIN | HRS MIN |
| **WEDNESDAY** | HRS MIN | HRS MIN | HRS MIN | HRS MIN | HRS MIN | HRS MIN |
| **THURSDAY** | HRS MIN | HRS MIN | HRS MIN | HRS MIN | HRS MIN | HRS MIN |
| **FRIDAY** | HRS MIN | HRS MIN | HRS MIN | HRS MIN | HRS MIN | HRS MIN |
| **SATURDAY** | HRS MIN | HRS MIN | HRS MIN | HRS MIN | HRS MIN | HRS MIN |
| **SUNDAY** | HRS MIN | HRS MIN | HRS MIN | HRS MIN | HRS MIN | HRS MIN |
| **TOTALS** | REGULAR TOTAL= 40 | VACATION TOTAL= | ILLNESS TOTAL= | HOLIDAY TOTAL= | HOLIDAY WKD TOTAL= | OTHER PAID TIME TOTAL= |

WEEKLY TOTAL OF HOURS EXCLUDING HOLIDAY WORKED → 40

| | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|
| IN OUT IN OUT | 6:45 12:20 | 1:45 4:15 | 7:15 12:00 | 1:15 7:15 | 8:00 3:00 7:00 7:45 | | 3:00 3:05 1:00 3:45 |

**ESC - 7454**

**USE FOR HOURS REPORTED FROM 08/02/99 - 08/08/99**

 **Bank of America**

Mail Code: **FL6-757-01-01**

Name: **DRAKE, KIMBERLY**

### MARKING DIRECTIONS

- Erase carefully any bubbles you wish to change.
- Do not make extra marks on the timesheet.

CORRECT: ○ ● ○ ○

## Mandatory information for payroll processing:



| SOCIAL SECURITY # | JOB REC.# | TIME CAPTURE END DATE |
|---|---|---|
| | | Month / Day / Year |
| | | 08 / 08 / 99 |

### ROUNDING RULES:

| Minutes | | Round to: |
|---|---|---|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|---|---|---|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.



**Co - Cost Center** | HRS MIN



**Co - Cost Center** | HRS MIN



**Co - Cost Center** | HRS MIN

Total hours worked in the above cost center ▶ 

Total hours worked in the above cost center ▶ 

Total hours worked in the above cost center ▶ 

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.

_____
ASSOCIATE SIGNATURE

(931) 973-
Area Code    Complete Phone #
(Required)

_____
SUPERVISOR SIGNATURE

(954) 977-8607
Area Code    Complete Phone #
(Required)

### FOR FULL -TIME ONL
DOCKED HOURS

To be completed by Supervisor

| HRS | MI |
|---|---|

**Bank of America**
Form # 00-13-1876B

**ESC - 7455**

| | DAILY HOURS WORKED HRS MIN | VACATION HRS MIN | ILLNESS HRS MIN | HOLIDAY HRS MIN | HOLIDAY WKD HRS MIN | OTHER PAID TIME HRS MIN |
|---|---|---|---|---|---|---|
| MONDAY | | | | | | |
| TUESDAY | | | | | | |
| WEDNESDAY | | | | | | |
| THURSDAY | | | | | | |
| FRIDAY | | | | | | |
| SATURDAY | | | | | | |
| SUNDAY | | | | | | |

| TOTALS | REGULAR TOTAL= 39.5 | VACATION TOTAL= | ILLNESS TOTAL= | HOLIDAY TOTAL= | HOLIDAY WKD TOTAL= | OTHER PAID TIME TOTAL= | WEEKLY TOTAL OF HOURS EXCLUDING HOLIDAY WORKED  37.5 |

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | 8:30 | 12:00 | 2:30 | 7:15 | 11:00 | 8:00 | 4:15 | 7:15 | 11:00 | 8:00 | 4:15 | 8:15 | 12:00 | |

ESC - 7456

## USE FOR HOURS REPORTED FROM <u>08/16/99 - 08/22/99</u>

 **Bank of America**

Mail Code: __FL6-757-01-01__

Name: __DRAKE, KIMBERLY__

**MARKING DIRECTIONS**

- Erase carefully any bubbles you wish to change.
- Do not make extra marks on the timesheet.

CORRECT:  ○ ● ○ ○

## Mandatory information for payroll processing:



SOCIAL SECURITY #

JOB REC. #

TIME CAPTURE END DATE

| Month | Day | Year |
|---|---|---|
| 08 | 22 | 99 |



**ROUNDING RULES:**

| Minutes | | | Round to: |
|---|---|---|---|
| :00 | THROUGH | :07 | .00 |
| :08 | THROUGH | :22 | .25 |
| :23 | THROUGH | :37 | .50 |
| :38 | THROUGH | :52 | .75 |
| :53 | THROUGH | :59 | .00 |

| Hundredths | | | Round to: |
|---|---|---|---|
| .00 | THROUGH | .12 | .00 |
| .13 | THROUGH | .37 | .25 |
| .38 | THROUGH | .62 | .50 |
| .63 | THROUGH | .87 | .75 |
| .88 | THROUGH | .99 | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.

**Co - Cost Center**    HRS MIN



**Co - Cost Center**    HRS MIN



**Co - Cost Center**    HRS MIN



Total hours worked in the above cost center ▶ 

Total hours worked in the above cost center ▶

Total hours worked in the above cost center ▶

---

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.

_____
ASSOCIATE SIGNATURE

(754) 973-8601
Area Code    Complete Phone #
*(Required)*

_____
SUPERVISOR SIGNATURE

954 , 473-8607
Area Code    Complete Phone #
*(Required)*

**FOR FULL-TIME ONLY**
DOCKED HOURS

To be completed by Supervisor

| HRS | | | | | | MIN |
|---|---|---|---|---|---|---|

Bank of America
Form # 00-13-1876B

| | DAILY HOURS WORKED | VACATION | ILLNESS | HOLIDAY | HOLIDAY WKD | OTHER PAID TIME | |
|---|---|---|---|---|---|---|---|
| | HRS  MIN | HRS  MIN | HRS  MIN | HRS  MIN | HRS  MIN | HRS  MIN | |
| **MONDAY** | | | | | | | |
| **TUESDAY** | | | | | | | |
| **WEDNESDAY** | | | | | | | |
| **THURSDAY** | | | | | | | |
| **FRIDAY** | | | | | | | |
| **SATURDAY** | | | | | | | |
| **SUNDAY** | | | | | | | WEEKLY TOTAL OF HOURS EXCLUDING HOLIDAY WORKED |
| **TOTALS** | REGULAR TOTAL= 40 | VACATION TOTAL= | ILLNESS TOTAL= | HOLIDAY TOTAL= | HOLIDAY WKD TOTAL= | OTHER PAID TIME TOTAL= → | 40 |

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |

ESC - 7458

**USE FOR HOURS REPORTED FROM 08/23/99 - 08/29/99**

 **Bank of America**

Mail Code: __FL6-757-01-01__

Name: __DRAKE, KIMBERLY__

**MARKING DIRECTIONS**

• Erase carefully any bubbles you wish to change.

• Do not make extra marks on the timesheet.

CORRECT:  ○ ● ○ ○

## Mandatory information for payroll processing:



**SOCIAL SECURITY #**

**JOB REC. #**

**TIME CAPTURE END DATE**

| Month | Day | Year |
|-------|-----|------|
| 08 | / 29 | / 99 |

**ROUNDING RULES:**

| Minutes | | | Round to: |
|---------|---|---|-----------|
| :00 | THROUGH | :07 | .00 |
| :08 | THROUGH | :22 | .25 |
| :23 | THROUGH | :37 | .50 |
| :38 | THROUGH | :52 | .75 |
| :53 | THROUGH | :59 | .00 |

| Hundredths | | | Round to: |
|------------|---|---|-----------|
| .00 | THROUGH | .12 | .00 |
| .13 | THROUGH | .37 | .25 |
| .38 | THROUGH | .62 | .50 |
| .63 | THROUGH | .87 | .75 |
| .88 | THROUGH | .99 | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.

**Co - Cost Center**    HRS MIN



**Co - Cost Center**    HRS MIN



**Co - Cost Center**    HRS MIN






Total hours worked in the above cost center ▶


Total hours worked in the above cost center ▶


Total hours worked in the above cost center ▶

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.



ASSOCIATE SIGNATURE

(934) 973-8607

Area Code    Complete Phone # *(Required)*

SUPERVISOR SIGNATURE

934 973-8607

Area Code    Complete Phone # *(Required)*

**FOR FULL -TIME ONLY**
DOCKED HOURS

To be completed by Supervisor

| HRS | MIN |
|-----|-----|

Bank of America
Form # 00-13-1876B

**SCANTRON** CUSTOM FORM NO. F-12571-BOA-L    SCANTRON CORPORATION 1999 ALL RIGHTS RESERVED    PC2 1299-600-5 4 3 2 1

**ESC - 7459**

| | DAILY HOURS WORKED | VACATION | ILLNESS | HOLIDAY | HOLIDAY WKD | OTHER PAID TIME |
|---|---|---|---|---|---|---|
| | HRS MIN | HRS MIN | HRS MIN | HRS MIN | HRS MIN | HRS MIN |
| MONDAY | | | | | | |
| TUESDAY | | | | | | |
| WEDNESDAY | | | | | | |
| THURSDAY | | | | | | |
| FRIDAY | | | | | | |
| SATURDAY | | | | | | |
| SUNDAY | | | | | | WEEKLY TOTAL OF HOURS EXCLUDING HOLIDAY WORKED |
| TOTALS | REGULAR TOTAL= 40 | VACATION TOTAL= | ILLNESS TOTAL= | HOLIDAY TOTAL= | HOLIDAY WKD TOTAL= | OTHER PAID TIME TOTAL= → 40. |

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |

ESC - 7460

**USE FOR HOURS REPORTED FROM 08/30/99 - 09/05/99**



**Bank of America**

Mail Code: __FL6-757-01-01__

Name: __DRAKE, KIMBERLY__

**MARKING DIRECTIONS**

- Erase carefully any bubbles you wish to change.
- Do not make extra marks on the timesheet.

CORRECT: ○ ● ○ ○

## Mandatory information for payroll processing:



**ROUNDING RULES:**

| Minutes | | Round to: |
|---|---|---|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|---|---|---|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

**BORROWED TIME**

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.





| Co - Cost Center | HRS MIN |
|---|---|

Total hours worked in the above cost center ▶

Total hours worked in the above cost center ▶

Total hours worked in the above cost center ▶



Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.

ASSOCIATE SIGNATURE

(954) 975-8607
Area Code   Complete Phone #
*(Required)*

SUPERVISOR SIGNATURE

(954) 973-8607
Area Code   Complete Phone #
*(Required)*

**FOR FULL -TIME ONLY**
DOCKED HOURS

To be completed by Supervisor



Bank of America
Form # 00-13-1876B

**ESC - 7461**

| | DAILY HOURS WORKED | VACATION | ILLNESS | HOLIDAY | HOLIDAY WKD | OTHER PAID TIME |
|---|---|---|---|---|---|---|
| | HRS / MIN | HRS MIN | HRS MIN | HRS MIN | HRS MIN | HRS MIN |
| **MONDAY** | | | | | | |
| **TUESDAY** | | | | | | |
| **WEDNESDAY** | | | | | | |
| **THURSDAY** | | | | | | |
| **FRIDAY** | | | | | | |
| **SATURDAY** | | | | | | |
| **SUNDAY** | | | | | | WEEKLY TOTAL OF HOURS EXCLUDING HOLIDAY WORKED |
| **TOTALS** | REGULAR TOTAL= 3¦3S | VACATION TOTAL= | ILLNESS TOTAL= 8 | HOLIDAY TOTAL= | HOLIDAY WKD TOTAL= | OTHER PAID TIME TOTAL= → 39.3¦ |

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |

ESC - 7462

**USE FOR HOURS REPORTED FROM 09/06/99 - 09/12/99**

 **Bank of America**

Mail Code: __FL6-757-01-01__

Name: __DRAKE, KIMBERLY__

## Mandatory information for payroll processing:

### SOCIAL SECURITY #

JOB REC. #

### TIME CAPTURE END DATE
| Month | Day | Year |
|-------|-----|------|
| 09 | 12 | 99 |




### MARKING DIRECTIONS

- Erase carefully any bubbles you wish to change.
- Do not make extra marks on the timesheet.

CORRECT: ⊙ ● ○ ○

### ROUNDING RULES:

| Minutes | | Round to: |
|---------|---|-----------|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|------------|---|-----------|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home center.

| Co - Cost Center | HRS MIN |
|------------------|---------|
|  | |



Total hours worked in the above cost center ▶

| Co - Cost Center | HRS MIN |
|------------------|---------|
|  | |



Total hours worked in the above cost center ▶

| Co - Cost Center | HRS MIN |
|------------------|---------|
|  | |



Total hours worked in the above cost center ▶

---

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.

ASSOCIATE SIGNATURE

(954) 973-8001
Area Code    Complete Phone #
*(Required)*

SUPERVISOR SIGNATURE

(954) 973-8067
Area Code    Complete Phone #
*(Required)*

### FOR FULL-TIME ONLY
**DOCKED HOURS**

To be completed by Supervisor

| HRS | MI |
|-----|-----|

Bank of America
Form # 00-13-1876B

**ESC - 7463**

| | DAILY HOURS WORKED | VACATION | ILLNESS | HOLIDAY | HOLIDAY WKD | OTHER PAID TIME |
|---|---|---|---|---|---|---|
| | HRS / MIN | HRS MIN | HRS MIN | HRS MIN | HRS MIN | HRS MIN |
| **MONDAY** | | | | | | |
| **TUESDAY** | | | | | | |
| **WEDNESDAY** | | | | | | |
| **THURSDAY** | | | | | | |
| **FRIDAY** | | | | | | |
| **SATURDAY** | | | | | | |
| **SUNDAY** | | | | | | |

| TOTALS | REGULAR TOTAL= | VACATION TOTAL= | ILLNESS TOTAL= | HOLIDAY TOTAL=8 | HOLIDAY WKD TOTAL= | OTHER PAID TIME TOTAL= | WEEKLY TOTAL OF HOURS EXCLUDING HOLIDAY WORKED → 40 |

| | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|
| | IN OUT | IN OUT | IN OUT | IN OUT | IN OUT | IN OUT | IN OUT |

ESC - 7464

**USE FOR HOURS REPORTED FROM 09/13/99 - 09/19/99**



**Bank of America**

Mail Code: **FL6-757-01-01**

Name: **DRAKE, KIMBERLY**

### MARKING DIRECTIONS

• Erase carefully any bubbles you wish to change.

• Do not make extra marks on the timesheet.

CORRECT: ⚪ ⬤ ⚪ ⚪

## Mandatory information for payroll processing:



**SOCIAL SECURITY #**  **JOB REC. #**  **TIME CAPTURE END DATE**

Month / Day / Year: 09 / 19 / 99

**ROUNDING RULES:**

| Minutes | | Round to: |
|---|---|---|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|---|---|---|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.



**Co - Cost Center**   HRS MIN



**Co - Cost Center**   HRS MIN

**Co - Cost Center**   HRS MIN

Total hours worked in the above cost center ▶

Total hours worked in the above cost center ▶

Total hours worked in the above cost center ▶

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.



ASSOCIATE SIGNATURE

(954)973-8607

Area Code    Complete Phone # *(Required)*

954 673-8607

SUPERVISOR SIGNATURE

Area Code    Complete Phone # *(Required)*

**FOR FULL -TIME ONLY**
**DOCKED HOURS**

- To be completed by Supervisor

| HRS | | | MIN |
|---|---|---|---|

**Bank of America**
Form # 00-13-1876B

**SCANTRON** CUSTOM FORM NO. F-12571-BOA-L    SCANTRON CORPORATION 1999 ALL RIGHTS RESERVED    PC2 1299-600-5 4 3 2 1

**ESC - 7465**

| | DAILY HOURS WORKED | | VACATION | | ILLNESS | | HOLIDAY | | HOLIDAY WKD | | OTHER PAID TIME | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN |
| **MONDAY** | | | | | | | | | | | | |
| **TUESDAY** | | | | | | | | | | | | |
| **WEDNESDAY** | | | | | | | | | | | | |
| **THURSDAY** | | | | | | | | | | | | |
| **FRIDAY** | | | | | | | | | | | | |
| **SATURDAY** | | | | | | | | | | | | |
| **SUNDAY** | | | | | | | | | | | | |

| **TOTALS** | REGULAR TOTAL= | VACATION TOTAL= | ILLNESS TOTAL= | HOLIDAY TOTAL= | HOLIDAY WKD TOTAL= | OTHER PAID TIME TOTAL= | WEEKLY TOTAL OF HOURS EXCLUDING HOLIDAY WORKED |
|---|---|---|---|---|---|---|---|
| | | | | | | → | 40 |

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | | | | | | | | | | | | | | |

ESC - 7466

**USE FOR HOURS REPORTED FROM 09/20/99 - 09/26/99**



**Bank of America**

Mail Code: __FL6-757-01-01__

Name: __DRAKE, KIMBERLY__

### MARKING DIRECTIONS

- Erase carefully any bubbles you wish to change.
- Do not make extra marks on the timesheet.

CORRECT: ○ ● ○ ○

## Mandatory information for payroll processing:



**SOCIAL SECURITY #**

**JOB REC. #**

**TIME CAPTURE END DATE**

| Month | Day | Year |
|---|---|---|
| 09 | 26 | 99 |



### ROUNDING RULES:

| Minutes | | | Round to: |
|---|---|---|---|
| :00 THROUGH | :07 | | .00 |
| :08 THROUGH | :22 | | .25 |
| :23 THROUGH | :37 | | .50 |
| :38 THROUGH | :52 | | .75 |
| :53 THROUGH | :59 | | .00 |

| Hundredths | | | Round to: |
|---|---|---|---|
| .00 THROUGH | .12 | | .00 |
| .13 THROUGH | .37 | | .25 |
| .38 THROUGH | .62 | | .50 |
| .63 THROUGH | .87 | | .75 |
| .88 THROUGH | .99 | | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.



| Co - Cost Center | HRS MIN |
|---|---|



| Co - Cost Center | HRS MIN |
|---|---|

| Co - Cost Center | HRS MIN |
|---|---|

Total hours worked in the above cost center ▶ [ ]

Total hours worked in the above cost center ▶ [ ]

Total hours worked in the above cost center ▶ [ ]

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.



ASSOCIATE SIGNATURE

Area Code  Complete Phone #  (954) 9738651 *(Required)*

SUPERVISOR SIGNATURE

Area Code  Complete Phone #  954, 973-860) *(Required)*

### FOR FULL -TIME ONLY
**DOCKED HOURS**

To be completed by Supervisor



| HRS | MIN |
|---|---|

Bank of America
Form # 00-13-1876B

**SCANTRON** CUSTOM FORM NO. F-12571-BOA-L  SCANTRON CORPORATION 1999 ALL RIGHTS RESERVED  PC2 1299-600-5 4 3 2 1

**ESC - 7467**



**USE FOR HOURS REPORTED FROM 09/27/99 - 10/03/99**

 **Bank of America**

Mail Code: __FL6-757-01-01__

Name: __DRAKE, KIMBERLY__

## Mandatory information for payroll processing:



| MARKING DIRECTIONS |
| --- |
| • Erase carefully any bubbles you wish to change. |
| • Do not make extra marks on the timesheet. |
| CORRECT: ○ ● ○ ○ |

**ROUNDING RULES:**

| Minutes | | | Round to: |
| --- | --- | --- | --- |
| :00 | THROUGH | :07 | .00 |
| :08 | THROUGH | :22 | .25 |
| :23 | THROUGH | :37 | .50 |
| :38 | THROUGH | :52 | .75 |
| :53 | THROUGH | :59 | .00 |

| Hundredths | | | Round to: |
| --- | --- | --- | --- |
| .00 | THROUGH | .12 | .00 |
| .13 | THROUGH | .37 | .25 |
| .38 | THROUGH | .62 | .50 |
| .63 | THROUGH | .87 | .75 |
| .88 | THROUGH | .99 | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.



| Co - Cost Center | HRS MIN |
| --- | --- |
| | |

Total hours worked in
the above cost center ▶

| Co - Cost Center | HRS MIN |
| --- | --- |
| | |

Total hours worked in
the above cost center ▶

| Co - Cost Center | HRS MIN |
| --- | --- |
| | |

Total hours worked in
the above cost center ▶

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.



ASSOCIATE SIGNATURE

SUPERVISOR SIGNATURE



Area Code    Complete Phone #
*(Required)*

Area Code    Complete Phone #
*(Required)*

**FOR FULL -TIME ONLY**
DOCKED HOURS

To be completed by Supervisor





| HRS | MIN |
| --- | --- |

Bank of America
Form # 00-13-1876B

**SCANTRON** CUSTOM FORM NO. F-12571-BOA-L    SCANTRON CORPORATION 1999 ALL RIGHTS RESERVED    PC2  1299-600-5 4 3 2 1

**ESC - 7469**

| | DAILY HOURS WORKED | VACATION | ILLNESS | HOLIDAY | HOLIDAY WKD | OTHER PAID TIME |
|---|---|---|---|---|---|---|
| | HRS — MIN | HRS   MIN | HRS   MIN | HRS   MIN | HRS   MIN | HRS   MIN |
| **MONDAY** | | | | | | |
| **TUESDAY** | | | | | | |
| **WEDNESDAY** | | | | | | |
| **THURSDAY** | | | | | | |
| **FRIDAY** | | | | | | |
| **SATURDAY** | | | | | | |
| **SUNDAY** | | | | | | WEEKLY TOTAL OF HOURS EXCLUDING HOLIDAY WORKED |
| **TOTALS** | REGULAR TOTAL= 40 | VACATION TOTAL= | ILLNESS TOTAL= | HOLIDAY TOTAL= | HOLIDAY WKD TOTAL= | OTHER PAID TIME TOTAL= → 40 |

| MONDAY | | | | TUESDAY | | | | WEDNESDAY | | | | THURSDAY | | | | FRIDAY | | | | SATURDAY | | | | SUNDAY | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |

ESC - 7470

**USE FOR HOURS REPORTED FROM 10/04/99 - 10/10/99**

 **Bank of America**

Mail Code: __FL6-757-01-01__

Name: __DRAKE, KIMBERLY__

**MARKING DIRECTIONS**

- Erase carefully any bubbles you wish to change.
- Do not make extra marks on the timesheet.

CORRECT: ○ ● ○ ○

## Mandatory information for payroll processing:



**SOCIAL SECURITY #**

**JOB REC. #**

**TIME CAPTURE END DATE**

| Month | Day | Year |
|---|---|---|
| 10 / | 10 / | 99 |



**ROUNDING RULES:**

| Minutes | | | Round to: |
|---|---|---|---|
| :00 | THROUGH | :07 | .00 |
| :08 | THROUGH | :22 | .25 |
| :23 | THROUGH | :37 | .50 |
| :38 | THROUGH | :52 | .75 |
| :53 | THROUGH | :59 | .00 |

| Hundredths | | | Round to: |
|---|---|---|---|
| .00 | THROUGH | .12 | .00 |
| .13 | THROUGH | .37 | .25 |
| .38 | THROUGH | .62 | .50 |
| .63 | THROUGH | .87 | .75 |
| .88 | THROUGH | .99 | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.

| Co - Cost Center | HRS MIN | Co - Cost Center | HRS MIN | Co - Cost Center | HRS MIN |
|---|---|---|---|---|---|

Total hours worked in the above cost center ▶ [ ]

Total hours worked in the above cost center ▶ [ ]

Total hours worked in the above cost center ▶ [ ]

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.



ASSOCIATE SIGNATURE

(854) 973-860

Area Code    Complete Phone #
(Required)

SUPERVISOR SIGNATURE

954 ) 973-8607

Area Code    Complete Phone #
(Required)

**FOR FULL -TIME ONLY**
DOCKED HOURS

To be completed by Supervisor

| HRS | MIN |
|---|---|

Bank of America
Form # 00-13-1876B

| | DAILY HOURS WORKED | | VACATION | | ILLNESS | | HOLIDAY | | HOLIDAY WKD | | OTHER PAID TIME | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN |
| **MONDAY** | | | | | | | | | | | | |
| **TUESDAY** | | | | | | | | | | | | |
| **WEDNESDAY** | | | | | | | | | | | | |
| **THURSDAY** | | | | | | | | | | | | |
| **FRIDAY** | | | | | | | | | | | | |
| **SATURDAY** | | | | | | | | | | | | |
| **SUNDAY** | | | | | | | | | | | | |
| **TOTALS** | DAILY TOTAL= 37 | | VACATION TOTAL= | | ILLNESS TOTAL= 8 | | HOLIDAY TOTAL= | | HOLIDAY WKD TOTAL= | | OTHER PAID TIME TOTAL= | WEEKLY TOTAL OF HOURS EXCLUDING HOLIDAY WORKED 40 |

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | 8 | | | 7:45 | 11:15 | 12:35 | 2:30 | | | 4:00 | 8:15 | 12:20 | 2:20 | |

ESC - 7472



**USE FOR HOURS REPORTED FROM 10/11/99 - 10/17/99**

 **Bank of America**

Mail Code: __FL6-757-01-01__

Name: __DRAKE, KIMBERLY__

**MARKING DIRECTIONS**

• Erase carefully any bubbles you wish to change.

• Do not make extra marks on the timesheet.

CORRECT: ○ ● ○ ○

## Mandatory information for payroll processing:



**ROUNDING RULES:**

| Minutes | | | Round to: |
|---|---|---|---|
| :00 | THROUGH | :07 | .00 |
| :08 | THROUGH | :22 | .25 |
| :23 | THROUGH | :37 | .50 |
| :38 | THROUGH | :52 | .75 |
| :53 | THROUGH | :59 | .00 |

| Hundredths | | | Round to: |
|---|---|---|---|
| .00 | THROUGH | .12 | .00 |
| .13 | THROUGH | .37 | .25 |
| .38 | THROUGH | .62 | .50 |
| .63 | THROUGH | .87 | .75 |
| .88 | THROUGH | .99 | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.

  

| Co - Cost Center | HRS MIN |
|---|---|



Total hours worked in the above cost center ▶



Total hours worked in the above cost center ▶



Total hours worked in the above cost center ▶

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.

_____
ASSOCIATE SIGNATURE

_(786) 748-8105_
Area Code    Complete Phone #
*(Required)*

_____
SUPERVISOR SIGNATURE

_(914) 973.8607_
Area Code    Complete Phone #
*(Required)*

**FOR FULL-TIME ONLY**
DOCKED HOURS

To be completed by Supervisor

| HRS | MIN |
|---|---|

**Bank of America**
**Form # 00-13-1876B**

**ESC - 7473**

| | DAILY HOURS WORKED | VACATION | ILLNESS | HOLIDAY | HOLIDAY WKD | OTHER PAID TIME |
|---|---|---|---|---|---|---|
| | HRS    MIN | HRS    MIN | HRS    MIN | HRS    MIN | HRS    MIN | HRS    MIN |
| **MONDAY** | | | | | | |
| **TUESDAY** | | | | | | |
| **WEDNESDAY** | | | | | | |
| **THURSDAY** | | | | | | |
| **FRIDAY** | | | | | | |
| **SATURDAY** | | | | | | |
| **SUNDAY** | | | | | | | WEEKLY TOTAL OF HOURS EXCLUDING HOLIDAY WORKED |
| **TOTALS** | DAILY TOTAL= | VACATION TOTAL= | ILLNESS TOTAL= | HOLIDAY TOTAL= | HOLIDAY WKD TOTAL= | OTHER PAID TIME TOTAL= → |

| | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|
| IN OUT | IN OUT IN OUT | IN OUT IN OUT | IN OUT IN OUT | IN OUT IN OUT | IN OUT IN OUT | IN OUT IN OUT | IN OUT IN OUT |

ESC - 7474

**USE FOR HOURS REPORTED FROM 10/18/99 - 10/24/99**



**Bank of America**

Mail Code: __FL6-757-01-01__

Name: __DRAKE, KIMBERLY__

## Mandatory information for payroll processing:

### SOCIAL SECURITY #

| JOB REC.# |
| --- |

### TIME CAPTURE END DATE

| Month | Day | Year |
| --- | --- | --- |
| 10 | / 24 | / 99 |

**MARKING DIRECTIONS**

- Erase carefully any bubbles you wish to change.
- Do not make extra marks on the timesheet.

CORRECT: ○ ● ○ ○

**ROUNDING RULES:**

| Minutes | | | Round to: |
| --- | --- | --- | --- |
| :00 | THROUGH | :07 | .00 |
| :08 | THROUGH | :22 | .25 |
| :23 | THROUGH | :37 | .50 |
| :38 | THROUGH | :52 | .75 |
| :53 | THROUGH | :59 | .00 |

| Hundredths | | | Round to: |
| --- | --- | --- | --- |
| .00 | THROUGH | .12 | .00 |
| .13 | THROUGH | .37 | .25 |
| .38 | THROUGH | .62 | .50 |
| .63 | THROUGH | .87 | .75 |
| .88 | THROUGH | .99 | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.

**Co - Cost Center** | HRS MIN

**Co - Cost Center** | HRS MIN


**Co - Cost Center** | HRS MIN


Total hours worked in the above cost center ▶ 

Total hours worked in the above cost center ▶ 

Total hours worked in the above cost center ▶ 

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.

_____
**ASSOCIATE SIGNATURE**

( 9₤) 973 8607
Area Code   Complete Phone #
*(Required)*

_____
**SUPERVISOR SIGNATURE**

____ , _____
Area Code   Complete Phone #
*(Required)*

**FOR FULL -TIME ONLY**
DOCKED HOURS

To be completed by Supervisor

| | HRS | | | | | | | M |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

**Bank of America**
**Form # 00-13-1876B**

**SCANTRON** CUSTOM FORM NO. F-12571-BOA-L   SCANTRON CORPORATION 1999 ALL RIGHTS RESERVED   PC2 3799-500-5 4 3 2 1

**ESC - 7475**

| | DAILY HOURS WORKED | | VACATION | | ILLNESS | | HOLIDAY | | HOLIDAY WKD | | OTHER PAID TIME | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN |
| **MONDAY** | | | | | | | | | | | | |
| **TUESDAY** | | | | | | | | | | | | |
| **WEDNESDAY** | | | | | | | | | | | | |
| **THURSDAY** | | | | | | | | | | | | |
| **FRIDAY** | | | | | | | | | | | | |
| **SATURDAY** | | | | | | | | | | | | |
| **SUNDAY** | | | | | | | | | | | | |

| TOTALS | DAILY TOTAL= 39 | VACATION TOTAL= | ILLNESS TOTAL= | HOLIDAY TOTAL= | HOLIDAY WKD TOTAL= | OTHER PAID TIME TOTAL= | WEEKLY TOTAL OF HOURS EXCLUDING HOLIDAY WORKED  39 |
|---|---|---|---|---|---|---|---|

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |

ESC - 7476

**USE FOR HOURS REPORTED FROM 10/25/99 - 10/31/99**



**Bank of America**

Mail Code: __FL6-757-01-01__

Name: __DRAKE, KIMBERLY__

## Mandatory information for payroll processing:

**SOCIAL SECURITY #**   **JOB REC. #**   **TIME CAPTURE END DATE**

| Month | Day | Year |
|---|---|---|
| 10 | / 31 | / 99 |

**MARKING DIRECTIONS**
• Erase carefully any bubbles you wish to change.
• Do not make extra marks on the timesheet.

CORRECT: ○ ● ○ ○

**ROUNDING RULES:**

| Minutes | | Round to: |
|---|---|---|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|---|---|---|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.

**Co - Cost Center**  **HRS MIN**





 Total hours worked in the above cost center ▶

Total hours worked in the above cost center ▶

 Total hours worked in the above cost center ▶

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.

**ASSOCIATE SIGNATURE**    (954) 9738607   Area Code  Complete Phone # *(Required)*

**SUPERVISOR SIGNATURE**    (954) 765-2268   Area Code  Complete Phone # *(Required)*

Personnel Manager

**FOR FULL -TIME ONLY**
DOCKED HOURS
To be completed by Supervisor

HRS    MI

**Bank of America**
Form # 00-13-1876B

**SCANTRON** CUSTOM FORM NO. F-12571-BOA-L   SCANTRON CORPORATION 1995 ALL RIGHTS RESERVED.   PC2 3799-500-5 4 3 2 1

**ESC - 7477**

| | DAILY HOURS WORKED | VACATION | ILLNESS | HOLIDAY | HOLIDAY WKD | OTHER PAID TIME |
|---|---|---|---|---|---|---|
| **MONDAY** | HRS / MIN | HRS / MIN | HRS / MIN | HRS / MIN | HRS / MIN | HRS / MIN |
| **TUESDAY** | HRS / MIN | HRS / MIN | HRS / MIN | HRS / MIN | HRS / MIN | HRS / MIN |
| **WEDNESDAY** | HRS / MIN | HRS / MIN | HRS / MIN | HRS / MIN | HRS / MIN | HRS / MIN |
| **THURSDAY** | HRS / MIN | HRS / MIN | HRS / MIN | HRS / MIN | HRS / MIN | HRS / MIN |
| **FRIDAY** | HRS / MIN | HRS / MIN | HRS / MIN | HRS / MIN | HRS / MIN | HRS / MIN |
| **SATURDAY** | HRS / MIN | HRS / MIN | HRS / MIN | HRS / MIN | HRS / MIN | HRS / MIN |
| **SUNDAY** | HRS / MIN | HRS / MIN | HRS / MIN | HRS / MIN | HRS / MIN | HRS / MIN |
| **TOTALS** | DAILY TOTAL= | VACATION TOTAL= | ILLNESS TOTAL= | HOLIDAY TOTAL= | HOLIDAY WKD TOTAL= | OTHER PAID TIME TOTAL= |

Handwritten annotations (right margin):
- Min 7:00 a.m / 6:00 a.m
- Not in or 7:21 / 7:12 Not — Actual time in or
- Actual 10/28 10/29 .55 hrs
- Actual 55.00
- WEEKLY TOTAL OF HOURS EXCLUDING HOLIDAY WORKED

Bottom row (IN/OUT by day): MONDAY / TUESDAY / WEDNESDAY / THURSDAY / FRIDAY / SATURDAY / SUNDAY

ESC - 7478

LOCATION CODE: FLG 707 01 01
TIME CAPTURE END DATE IS ALWAYS A SUNDAY
STD HRS= STANDARD HOURS

NAME: Drake, Kimberly
STD HRS: 040.00      000 261TTAA07
USE 01/24/99 AS TIME CAPTURE END DATE

## MARKING DIRECTIONS

- Use pencil only.
- Make marks dark and heavy.
- Make sure the mark fills the oval.
- Erase carefully any answers you wish to change.
- Do not make extra marks on the booklet.

Correct: ⊙ ● ⊙ ⊙

Incorrect: ⊘ ⊗ ⊙ ⱳ

**SERIAL NUMBER**



**JOB DEC. #**

**TIME CAPTURE END DATE**



## ROUNDING RULES:

| Minutes | | Round to: |
|---|---|---|
| :00 | THROUGH :07 | .00 |
| :08 | THROUGH :22 | .25 |
| :23 | THROUGH :37 | .50 |
| :38 | THROUGH :52 | .75 |
| :53 | THROUGH :59 | .00 |

| Hundredths | | Round to: |
|---|---|---|
| .00 | THROUGH .12 | .00 |
| .13 | THROUGH .37 | .25 |
| .38 | THROUGH .62 | .50 |
| .63 | THROUGH .87 | .75 |
| .88 | THROUGH .99 | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate how many were worked in other cost centers.
Also, indicate how many are borrowed overtime hours.





## SUMMARY OF HOURS

 REGULAR + VACATION + ILLNESS +  HOLIDAY + OTHER =  TOTAL

### DOCKED HOURS
(To be completed by Supervisor)

| | HRS | | MIN |
|---|---|---|---|
| :01 :06 :11 :16 :21 :26 :31 :36 | :00 |
| :02 :07 :12 :17 :22 :27 :32 :37 | :25 |
| :03 :08 :13 :18 :23 :28 :33 :38 | :50 |
| :04 :09 :14 :19 :24 :29 :34 :39 | :75 |
| :05 :10 :15 :20 :25 :30 :35 :40 | |

## FULL TIME (WHITE)

 OVERTIME (TOTAL - 40)    HOLIDAY WORKED     DOCK (40 - TOTAL)

PHONE

954973-8607
PHONE

ASSOCIATE SIGNATURE

SUPERVISOR SIGNATURE

REVIEWED

SCANTRON  CUSTOM FORM BY EAGGE EASE

**ESC -959**



LOCATION: FL6-757-01-01
TIME CAPTURE END DATE IS ALWAYS SUNDAY
STD HRS= STANDARD HOURS

NAME: Drake, Kimberly S
STD HRS:040.00          000-2647724070
USE 04/18/99 AS TIME CAPTURE END DATE.

### MARKING DIRECTIONS

- Use pencil
- Make marks
- Make sure
- Erase cle...
  to change
- Do not ...

Correct:

Incorrect:

**SERIAL NUMBER**   **JOB REC. #**   **TIME CAPTURE END DATE**

| Month | Day | Year |
|-------|-----|------|

### ROUNDING RULES:

| Minutes | | Round to: |
|---------|---|-----------|
| :00 | THROUGH :07 | .00 |
| :08 | THROUGH :22 | .25 |
| :23 | THROUGH :37 | .50 |
| :38 | THROUGH :52 | .75 |
| :53 | THROUGH :59 | .00 |

| Hundredths | | Round to: |
|------------|---|-----------|
| .00 | THROUGH .12 | .00 |
| .13 | THROUGH .37 | .25 |
| .38 | THROUGH .62 | .50 |
| .63 | THROUGH .87 | .75 |
| .88 | THROUGH .99 | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate how many were worked in other cost centers.
Also, indicate how many are borrowed overtime hours.

**Co — Cost Center**     HRS   MIN

Borrowed Hours
**3.25**

OVERTIME

**Co — Cost Center**     HRS   MIN

Borrowed Hours

OVERTIME

**Co — Cost Center**     HRS   MIN

Borrowed Hours

OVERTIME

## SUMMARY OF HOURS

| 40 | + | | + | | + | | + | | = | 40 |
|----|---|---|---|---|---|---|---|---|---|----|
| REGULAR | | VACATION | | ILLNESS | | HOLIDAY | | OTHER | | TOTAL |

### FULL TIME (WHITE)

| 3.25 | | |
|------|---|---|
| OVERTIME (TOTAL - 40) | HOLIDAY WORKED | DOCK (40 - TOTAL) |

9549738607
PHONE

954 973-8607
PHONE

ASSOCIATE SIGNATURE

SUPERVISOR SIGNATURE

REVIEWED

### DOCKED HOURS
(To be completed by Supervisor)

HRS

**ESC -961**



ESC -962

**MARKING DIRECTIONS**

LOCATION: FL6-757-01-01
TIME CAPTURE END DATE IS ALWAYS SUNDAY
STD HRS= STANDARD HOURS

NAME: Drake, Kimberly S
STD HRS:040.00          000-264772407
USE 03/28/99 AS TIME CAPTURE END DATE.

- Use pencil only.
- Make marks dark and heavy.
- Make sure the mark fills the oval.
- Erase carefully any answers you wish to change.
- Do not make extra marks on the booklet.

Correct:
Incorrect:

**SERIAL NUMBER**    **JOB REC. #**    **TIME CAPTURE END DATE**

Month    Day    Year

**ROUNDING RULES:**

| Minutes | | Round to: |
|---|---|---|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|---|---|---|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

**BORROWED TIME**

Of the hours recorded on the opposite side, indicate how many were worked in other cost centers.
Also, indicate how many are borrowed overtime hours.

| Co - Cost Center | HRS MIN | Co - Cost Center | HRS MIN | Co - Cost Center | HRS MIN |
|---|---|---|---|---|---|

Borrowed Hours

OVERTIME

Borrowed Hours

OVERTIME

Borrowed Hours

OVERTIME

**SUMMARY OF HOURS**

| 40 REGULAR | + | VACATION | + | ILLNESS | + | HOLIDAY | + | OTHER | = | 40 TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|

**DOCKED HOURS**
(To be completed by Supervisor)

| HRS | | M |
|---|---|---|

**FULL TIME (WHITE)**

OVERTIME    HOLIDAY    DOCK
(TOTAL - 40)  WORKED   (40 - TOTAL)

9549738007

PHONE          ASSOCIATE SIGNATURE

951/ 973-8607

PHONE          SUPERVISOR SIGNATURE

REVIEWED

**ESC -965**

SCANTRON  CUSTOM FORM NO. F-12666-EAS-L    SCANTRON CORPORATION 1996  ALL RIGHTS RESERVED    PC2  3996 162 5 4 3    www.scantron.com



ESC-966

Location Code.

LOCATION: FL6-757-01-01
TIME CAPTURE END DATE IS ALWAYS SUNDAY ———
STD HRS= STANDARD HOURS

NAME: Drake, Kimberly S
STD HRS: 040.00          000-264772407 ———
USE 02/28/99 AS TIME CAPTURE END DATE.



**SERIAL NUMBER**   **JOB REC. #**   **TIME CAPTURE END DATE**

Month  Day  Year

**ROUNDING RULES:**

| Minutes | | Round to: |
|---|---|---|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|---|---|---|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

**BORROWED TIME**

Of the hours recorded on the opposite side, indicate how many were worked in other cost centers.
Also, indicate how many are borrowed overtime hours.




Borrowed Hours [4]
OVERTIME




Borrowed Hours
OVERTIME



Borrowed Hours
OVERTIME

**SUMMARY OF HOURS**

[40] REGULAR + [ ] VACATION + [ ] ILLNESS + [ ] HOLIDAY + [4] OTHER = [44] TOTAL

**DOCKED HOURS**
(To be completed by Supervisor)
HRS     MIN

**FULL TIME (WHITE)**

[4] OVERTIME (TOTAL - 40)   [ ] HOLIDAY WORKED   [ ] DOCK (40 - TOTAL)



9849738007  PHONE    ASSOCIATE SIGNATURE

(9  )9738007  PHONE    SUPERVISOR SIGNATURE
REVIEWED

**SCANTRON** CUSTOM FORM NO. F-12666-EAS-L   SCANTRON CORPORATION 1998 ALL RIGHTS RESERVED   PC2 3998-162-5 4 3 2   www.scantron.com

ESC -975



Weekly time card with daily rows for MON, TUES, WED, THU, FRI, SAT, SUN. Columns: REGULAR (HRS/MIN), VACATION (HRS/MIN), ILLNESS (HRS/MIN), HOLIDAY (HRS/MIN), HOLIDAY WKD (HRS/MIN), OTHER PAID TIME (HRS/MIN).

| | REGULAR | VACATION | ILLNESS | HOLIDAY | HOLIDAY WKD | OTHER PAID TIME |
|---|---|---|---|---|---|---|
| TOTAL= | 44 | | | | | |

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | 8:45 | | 8:30 | | 7:45 | 4:30 | | | | | | | | |

ESC -976

TIME CAPTURE END DATE IS ALWAYS SUNDAY
STD HRS: STANDARD HOURS

NAME: Peake, Kimberly

STD HRS:

## MARKING DIRECTIONS

- Use pencil only.
- Make marks dark and heavy.
- Make sure the mark fills the oval.
- Erase carefully any answers you wish to change.
- Do not make extra marks on the booklet.

Correct:  ⭕ ⚫ ⭕ ⭕

Incorrect: ⊘ ⊗ ☺ ∰

## SERIAL NUMBER

JOB REC. #

## TIME CAPTURE END DATE

| Month | Day | Year |
|-------|-----|------|

### ROUNDING RULES:

| Minutes | | Round to: |
|---------|---|-----------|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|------------|---|-----------|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate how many were worked in other cost centers.
Also, indicate how many are borrowed overtime hours.

| Co - Cost Center | HRS MIN |
|---|---|

Borrowed Hours

OVERTIME

| Co - Cost Center | HRS MIN |
|---|---|

Borrowed Hours

OVERTIME

| Co - Cost Center | HRS MIN |
|---|---|

Borrowed Hours

OVERTIME

## SUMMARY OF HOURS

| 37.5 | + | | + | | + | | + | | = | 37.5 |
|------|---|---|---|---|---|---|---|---|---|------|
| REGULAR | | VACATION | | ILLNESS | | HOLIDAY | | OTHER | | TOTAL |

### DOCKED HOURS
(To be completed by Supervisor)

| HRS | MIN |
|-----|-----|

## FULL TIME (WHITE)

| OVERTIME (TOTAL .10) | HOLIDAY WORKED | DOCK (10 TOTAL) |
|---|---|---|

9549738607
PHONE

954 773 8607
PHONE

ASSOCIATE SIGNATURE

SUPERVISOR SIGNATURE

✔
REVIEWED

**MON**

| REGULAR | | VACATION | | ILLNESS | | HOLIDAY | | HOLIDAY WKD | | OTHER PAID TIME | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN |
| 01 09 17 | 00 | 01 09 | 00 | 01 09 | 00 | 01 09 | 00 | 01 09 | 00 | 01 09 | 00 |
| 02 10 18 | 25 | 02 10 | 25 | 02 10 | 25 | 02 10 | 25 | 02 10 | 25 | 02 10 | 25 |
| 03 11 19 | 50 | 03 11 | 50 | 03 11 | 50 | 03 11 | 50 | 03 11 | 50 | 03 11 | 50 |
| 04 12 20 | 75 | 04 12 | 75 | 04 12 | 75 | 04 12 | 75 | 04 12 | 75 | 04 12 | 75 |
| 05 13 21 | | 05 13 | | 05 13 | | 05 13 | | 05 13 | | 05 13 | |
| 06 14 22 | | 06 15 | | 06 15 | | 06 14 | | 06 14 | | 06 14 | |
| 07 15 23 | | 07 15 | | 07 15 | | 07 15 | | 07 15 | | 07 15 | |
| 08 16 24 | DAILY TOTAL | 08 16 | DAILY TOTAL | 08 16 | DAILY TOTAL | 08 16 | DAILY TOTAL | 08 16 | DAILY TOTAL | 08 16 | DAILY TOTAL |

**TUES**

| REGULAR | | VACATION | | ILLNESS | | HOLIDAY | | HOLIDAY WKD | | OTHER PAID TIME | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN |
| 01 09 17 | 00 | 01 09 | 00 | 01 09 | 00 | 01 09 | 00 | 01 09 | 00 | 01 09 | 00 |
| 02 10 18 | | 02 10 | 25 | 02 10 | 25 | 02 10 | 25 | 02 10 | 25 | 02 10 | 25 |
| 03 11 19 | 50 | 03 11 | 50 | 03 11 | 50 | 03 11 | 50 | 03 11 | 50 | 03 11 | 50 |
| 04 12 20 | 75 | 04 12 | 75 | 04 12 | 75 | 04 12 | 75 | 04 12 | 75 | 04 12 | 75 |
| 05 13 21 | | 05 13 | | 05 13 | | 05 13 | | 05 13 | | 05 13 | |
| 06 14 22 | | 06 14 | | 06 14 | | 06 14 | | 06 14 | | 06 14 | |
| 07 15 23 | | 07 15 | | 07 15 | | 07 15 | | 07 15 | | 07 15 | |
| 08 16 24 | DAILY TOTAL | 08 16 | DAILY TOTAL | 08 16 | DAILY TOTAL | 08 16 | DAILY TOTAL | 08 16 | DAILY TOTAL | 08 16 | DAILY TOTAL |

**WED**

| REGULAR | | VACATION | | ILLNESS | | HOLIDAY | | HOLIDAY WKD | | OTHER PAID TIME | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN |
| 01 09 17 | | 01 09 | 00 | 01 09 | 00 | 01 09 | 00 | 01 09 | 00 | 01 09 | 00 |
| 02 10 18 | 25 | 02 10 | 25 | 02 10 | 25 | 02 10 | 25 | 02 10 | 25 | 02 10 | 25 |
| 03 11 19 | 50 | 03 11 | 50 | 03 11 | 50 | 03 11 | 50 | 03 11 | 50 | 03 11 | 50 |
| 04 12 20 | 75 | 04 12 | 75 | 04 12 | 75 | 04 12 | 75 | 04 12 | 75 | 04 12 | 75 |
| 05 13 21 | | 05 13 | | 05 13 | | 05 13 | | 05 13 | | 05 13 | |
| 06 14 22 | | 06 14 | | 06 14 | | 06 14 | | 06 14 | | 06 14 | |
| 07 15 23 | | 07 15 | | 07 15 | | 07 15 | | 07 15 | | 07 15 | |
| 08 16 24 | DAILY TOTAL | 08 16 | DAILY TOTAL | 08 16 | DAILY TOTAL | 08 16 | DAILY TOTAL | 08 16 | DAILY TOTAL | 08 16 | DAILY TOTAL |

**THURS**

| REGULAR | | VACATION | | ILLNESS | | HOLIDAY | | HOLIDAY WKD | | OTHER PAID TIME | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN |
| 01 09 17 | 00 | 01 09 | 00 | 01 09 | 00 | 01 09 | 00 | 01 09 | 00 | 01 09 | 00 |
| 02 10 18 | | 02 10 | 25 | 02 10 | 25 | 02 10 | 25 | 02 10 | 25 | 02 10 | 25 |
| 03 11 19 | 50 | 03 11 | 50 | 03 11 | 50 | 03 11 | 50 | 03 11 | 50 | 03 11 | 50 |
| 04 12 20 | 75 | 04 12 | 75 | 04 12 | 75 | 04 12 | 75 | 04 12 | 75 | 04 12 | 75 |
| 05 13 21 | | 05 13 | | 05 13 | | 05 13 | | 05 13 | | 05 13 | |
| 06 14 22 | | 06 14 | | 06 14 | | 06 14 | | 06 14 | | 06 14 | |
| 07 15 23 | | 07 15 | | 07 15 | | 07 15 | | 07 15 | | 07 15 | |
| 08 16 24 | DAILY TOTAL | 08 16 | DAILY TOTAL | 08 16 | DAILY TOTAL | 08 16 | DAILY TOTAL | 08 16 | DAILY TOTAL | 08 16 | DAILY TOTAL |

**FRI**

| REGULAR | | VACATION | | ILLNESS | | HOLIDAY | | HOLIDAY WKD | | OTHER PAID TIME | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN |
| 01 09 17 | | 01 09 | 00 | 01 09 | 00 | 01 09 | 00 | 01 09 | 00 | 01 09 | 00 |
| 02 10 18 | 25 | 02 10 | 25 | 02 10 | 25 | 02 10 | 25 | 02 10 | 25 | 02 10 | 25 |
| 03 11 19 | 50 | 03 11 | 50 | 03 11 | 50 | 03 11 | 50 | 03 11 | 50 | 03 11 | 50 |
| 04 12 20 | 75 | 04 12 | 75 | 04 12 | 75 | 04 12 | 75 | 04 12 | 75 | 04 12 | 75 |
| 05 13 21 | | 05 13 | | 05 13 | | 05 13 | | 05 13 | | 05 13 | |
| 06 14 22 | | 06 14 | | 06 14 | | 06 14 | | 06 14 | | 06 14 | |
| 07 15 23 | | 07 15 | | 07 15 | | 07 15 | | 07 15 | | 07 15 | |
| 08 16 24 | DAILY TOTAL | 08 16 | DAILY TOTAL | 08 16 | DAILY TOTAL | 08 16 | DAILY TOTAL | 08 16 | DAILY TOTAL | 08 16 | DAILY TOTAL |

**SAT**

| REGULAR | | VACATION | | ILLNESS | | HOLIDAY | | HOLIDAY WKD | | OTHER PAID TIME | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN |
| 01 09 17 | 00 | 01 09 | 00 | 01 09 | 00 | 01 09 | 00 | 01 09 | 00 | 01 09 | 00 |
| 02 10 18 | 25 | 02 10 | 25 | 02 10 | 25 | 02 10 | 25 | 02 10 | 25 | 02 10 | 25 |
| 03 11 19 | 50 | 03 11 | 50 | 03 11 | 50 | 03 11 | 50 | 03 11 | 50 | 03 11 | 50 |
| 04 12 20 | 75 | 04 12 | 75 | 04 12 | 75 | 04 12 | 75 | 04 12 | 75 | 04 12 | 75 |
| 05 13 21 | | 05 13 | | 05 13 | | 05 13 | | 05 13 | | 05 13 | |
| 06 14 22 | | 06 14 | | 06 14 | | 06 14 | | 06 14 | | 06 14 | |
| 07 15 23 | | 07 15 | | 07 15 | | 07 15 | | 07 15 | | 07 15 | |
| 08 16 24 | DAILY TOTAL | 08 16 | DAILY TOTAL | 08 16 | DAILY TOTAL | 08 16 | DAILY TOTAL | 08 16 | DAILY TOTAL | 08 16 | DAILY TOTAL |

**SUN**

| REGULAR | | VACATION | | ILLNESS | | HOLIDAY | | HOLIDAY WKD | | OTHER PAID TIME | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN |
| 01 09 17 | 00 | 01 09 | 00 | 01 09 | 00 | 01 09 | 00 | 01 09 | 00 | 01 09 | 00 |
| 02 10 18 | 25 | 02 10 | 25 | 02 10 | 25 | 02 10 | 25 | 02 10 | 25 | 02 10 | 25 |
| 03 11 19 | 50 | 03 11 | 50 | 03 11 | 50 | 03 11 | 50 | 03 11 | 50 | 03 11 | 50 |
| 04 12 20 | 75 | 04 12 | 75 | 04 12 | 75 | 04 12 | 75 | 04 12 | 75 | 04 12 | 75 |
| 05 13 21 | | 05 13 | | 05 13 | | 05 13 | | 05 13 | | 05 13 | |
| 06 14 22 | | 06 14 | | 06 14 | | 06 14 | | 06 14 | | 06 14 | |
| 07 15 23 | | 07 15 | | 07 15 | | 07 15 | | 07 15 | | 07 15 | |
| 08 16 24 | DAILY TOTAL | 08 16 | DAILY TOTAL | 08 16 | DAILY TOTAL | 08 16 | DAILY TOTAL | 08 16 | DAILY TOTAL | 08 16 | DAILY TOTAL |

TOTAL = [ ]   TOTAL = [ ]   TOTAL = [ ]   TOTAL = [ ]   TOTAL = [ ]   TOTAL = [ ]

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |

ESC -981



**Bank of America**

Mail Code: ___FL6-757-01-01___

Name: ___DRAKE, KIMBERLY___

**MARKING DIRECTIONS**

• Erase carefully any bubbles you wish to change.
• Do not make extra marks on the timesheet.

CORRECT: ○ ● ○ ○

## Mandatory information for payroll processing:




**ROUNDING RULES:**

| Minutes | | | Round to: |
|---|---|---|---|
| :00 THROUGH | :07 | | .00 |
| :08 THROUGH | :22 | | .25 |
| :23 THROUGH | :37 | | .50 |
| :38 THROUGH | :52 | | .75 |
| :53 THROUGH | :59 | | .00 |

| Hundredths | | | Round to: |
|---|---|---|---|
| .00 THROUGH | .12 | | .00 |
| .13 THROUGH | .37 | | .25 |
| .38 THROUGH | .62 | | .50 |
| .63 THROUGH | .87 | | .75 |
| .88 THROUGH | .99 | | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.







Total hours worked in the above cost center ▶ 

Total hours worked in the above cost center ▶ 

Total hours worked in the above cost center ▶ 

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.

ASSOCIATE SIGNATURE

Area Code    Complete Phone # *(Required)*

754, 973 8601

SUPERVISOR SIGNATURE

(954) 973-8607

Area Code    Complete Phone # *(Required)*

**FOR FULL-TIME ONI**
DOCKED HOURS

To be completed by Supervisor

| HRS | N |
|---|---|
| :01 :06 :11 :16 :21 :26 :31 :36 | |
| :02 :07 :12 :17 :22 :27 :32 :37 | |
| :03 :08 :13 :18 :23 :28 :33 :38 | |
| :04 :09 :14 :19 :24 :29 :34 :39 | |
| :05 :10 :15 :20 :25 :30 :35 :40 | |

Bank of America
Form # 00-13-1876!

| DAILY HOURS WORKED | | VACATION | | ILLNESS | | HOLIDAY | | HOLIDAY WKD | | OTHER PAID TIME | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN |

**MONDAY**

| | | (1) (9) | .00 | (1) (9) | .00 | (1) (9) | .00 | (1) (9) | .00 | (1) (9) | .00 |
| | | (2) (10) | .25 | (2) (10) | .25 | (2) (10) | .25 | (2) (10) | .25 | (2) (11) | .25 |
| | | (3) (11) | .50 | (3) (11) | .50 | (3) (11) | .50 | (3) (11) | .50 | (3) (11) | .50 |
| | | (4) (12) | .75 | (4) (12) | .75 | (4) (12) | .75 | (4) (12) | 75. | (4) (12) | .75 |
| | | (5) (13) | | 5 (13) | | (5) (13) | | (5) (13) | | (5) (13) | |
| | | (6) (14) | | (6) (14) | | (6) (14) | | (6) (14) | | (6) (14) | |
| | | (7) (15) | | (7) (15) | | (7) (15) | | (7) (15) | | (7) (15) | |
| | | (8) (16) | | (8) (16) | | (8) (16) | | (8) (16) | | (8) (16) | |

**TUESDAY**

(faded handwritten / form grid — illegible)

**WEDNESDAY**

| | | (1) (9) | .00 | (2) (10) | .25 | (1) (9) | .00 | (1) (9) | .00 | (1) (9) | .00 |
| | | (2) (10) | .25 | (2) (10) | .25 | (2) (10) | .25 | (2) (10) | .25 | (2) (10) | .25 |
| | | (3) (11) | .50 | (3) (11) | .50 | (3) (11) | .50 | (3) (11) | .50 | (3) (11) | .50 |
| | | (4) (12) | .75 | (3) (12) | .75 | (4) (12) | .75 | (4) (12) | .75 | (4) (12) | .75 |
| | | (5) (13) | | (5) (13) | | (5) (13) | | (5) (13) | | (5) (13) | |
| | | (6) (14) | | (6) (14) | | (6) (14) | | (6) (14) | | (6) (14) | |
| | | (7) (15) | | (7) (15) | | (7) (15) | | (7) (15) | | (7) (15) | |
| | | (8) (16) | | (8) (16) | | (8) (16) | | (8) (16) | | (8) (16) | |

**THURSDAY**

(faded handwritten / form grid — illegible)

**FRIDAY**

| | | (1) (9) | .00 | (1) (9) | .00 | (1) (9) | .00 | (1) (9) | .00 | (1) (9) | .00 |
| | | (2) (10) | .25 | (2) (10) | .25 | (2) (10) | .25 | (2) (10) | .25 | (2) (10) | .25 |
| | | (3) (11) | .50 | (3) (11) | .50 | (3) (11) | .50 | (3) (11) | .50 | (3) (11) | .50 |
| | | (4) (12) | .75 | (4) (12) | .75 | (4) (12) | .75 | (4) (12) | .75 | (4) (12) | .75 |
| | | (5) (13) | | (5) (13) | | (5) (13) | | (5) (13) | | (5) (13) | |
| | | (6) (14) | | (6) (14) | | (6) (14) | | (6) (14) | | (6) (14) | |
| | | (7) (15) | | (7) (15) | | (7) (15) | | (7) (15) | | (7) (15) | |
| | | (8) (16) | | (8) (16) | | (8) (16) | | (8) (16) | | (8) (16) | |

**SATURDAY**

(faded handwritten / form grid — illegible)

**SUNDAY**

| | | (1) (9) | .00 | (1) (9) | .00 | (1) (9) | .00 | (1) (9) | .00 | (1) (9) | .00 |
| | | (2) (10) | .25 | 2 .10 | .25 | (2) (10) | .25 | 2 .10 | .25 | (2) (10) | .25 |
| | | (3) (11) | .50 | (3) (11) | .50 | (3) (11) | .50 | 3 .11 | .50 | (3) (11) | .50 |
| | | (4) (12) | .75 | (4) (12) | .75 | (4) (12) | .75 | 4 .12 | .75 | (4) (12) | .75 |
| | | (5) (13) | | (5) (13) | | (5) (13) | | 5 .13 | | (5) (13) | |
| | | (6) (14) | | (6) (14) | | (6) (14) | | 6 .14 | | (6) (14) | |
| | | (7) (15) | | (7) (15) | | (7) (15) | | 7 .15 | | (7) (15) | |
| | | (8) (16) | | (8) (16) | | (8) (16) | | 8 .16 | | (8) (16) | |

| REGULAR TOTAL= 44.75 | VACATION TOTAL= | ILLNESS TOTAL= | HOLIDAY TOTAL= | HOLIDAY WKD TOTAL= | OTHER PAID TIME TOTAL= ⟹ | WEEKLY TOTAL OF HOURS EXCLUDING HOLIDAY WORKED 44.75 |

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |

(handwritten time entries — faded/illegible)

FSC 1017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Johnson

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,

    Plaintiffs,

vs

BANKAMERICA CORPORATION, a foreign
corporation d/b/a BANK OF
AMERICA CORPORATION, a foreign
corporation, f/k/a NATIONSBANK, N.A.,
a national association

    Defendant.

_____/

DEPOSITION OF JUSTINE SMALE

Friday, March 30, 2001
4000 Hollywood Boulevard, Suite 620-N
Hollywood, Florida 33020
9:10 a.m. - 11:02 a.m.

APPEARANCES:

On Behalf of the Plaintiff:
    MUCHNICK, WASSERMAN, DOLIN & LEVINE, LLP
    BY: SUSAN L. DOLIN, Attorney at Law
    4000 Hollywood Boulevard, Suite 620-N
    Hollywood, Florida 33020

On Behalf of the Defendant:
    McGUIRE, WOODS
    BY: RICHARD F. KANE, ESQUIRE
    101 South Tyron Street, Suite 3700
    Charlotte, NC 28280

ALSO PRESENT:
Roxanna Escudero and Kimberly Drake

---

Page 2

[ 1]                  I N D E X

[ 2]

[ 3]    WITNESS:      DIRECT  CROSS  REDIRECT  RECROSS

      JUSTINE SMALE

[ 4]

[ 5]    BY MS. DOLIN    03
    BY MR. KANE    --    72
[ 6]    BY MS. DOLIN    --    --    77
    BY MR. KANE    --    --    --    80

[ 7]

[ 8]        N O  E X H I B I T S  M A R K E D

[ 9]

[10]

[11]

[12]

[13]

[14]

[15]

[16]

[17]

[18]

[19]

[20]

[21]

[22]

[23]

[24]

[25]

---

Page 3

[ 1]          Deposition of JUSTINE SMALE, taken before

[ 2]    MARIA REEDER, Court Reporter and Notary Public in and

[ 3]    for the State of Florida at Large, in the above cause.

[ 4]             - - -

[ 5]    Therefore,

[ 6]             JUSTINE SMALE,

[ 7]    having been first duly sworn or affirmed, was examined

[ 8]    and testified as follows:

[ 9]           DIRECT EXAMINATION

[10]    BY MS. DOLIN:

[11]    Q    Ma'am, can you please state your name for

[12]    the record and spell your last name.

[13]    A    Justin Smale, S-M-A-L-E.

[14]    Q    And your address, please?

[15]    A    1863 Harbor, H-A-R-B-O-R, View Circle,

[16]    Weston, Florida 33327.

[17]    Q    What is your date of birth, please?

[18]    A    8-19-71.

[19]    Q    And your place of birth?

[20]    A    New York.

[21]    Q    New York City?

[22]    A    Brooklyn, New York.

[23]    Q    And what is your Social Security number?

[24]    A    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.

[25]    Q    And are you currently employed?

PLAINTIFF'S
EXHIBIT

---

Page 4

[ 1]    A    Yes.

[ 2]    Q    By whom?

[ 3]    A    Bank of America.

[ 4]    Q    And how long have you been employed by

[ 5]    Bank of America?

[ 6]    A    Nine years but that is with other banks.

[ 7]    Q    Sure. When you became employed with Bank

[ 8]    of America, what was it called?

[ 9]    A    NationsBank.

[10]    Q    So you were there after NationsBank took

[11]    over?

[12]    A    Yes.

[13]    Q    When you began with NationsBank, what was

[14]    your entry level position?

[15]    A    Customer service manager.

[16]    Q    Which branch?

[17]    A    Well, when they took us over I was at the

[18]    Lincoln Road office; but then the day of conversion, I

[19]    got transferred to a banking center called Baypoint in

[20]    Miami.

[21]    Q    When you became employed with NationsBank,

[22]    it called something else?

[23]    A    No.

[24]    Q    When you say point of conversion then --

[25]    A    I was with Chase Federal Bank and then

Page 45

[ 1]    A    Can you point to it?

[ 2]    Q    Sure. Up here on the top line you have

[ 3]    the in/outs. And on the boxes below, you have the

[ 4]    numbers written in to correspond to the times?

[ 5]    A    Right.

[ 6]    Q    Let me ask you to look at the box that

[ 7]    corresponds to the number of hours entered for 17,

[ 8]    Tuesday?

[ 9]    A    Right.

[10]    Q    Does that appear to have been altered?

[11]    A    Yes.

[12]    Q    Do you know who made those alterations?

[13]    A    No.

[14]    Q    Do those alterations appear to have been

[15]    made with white-out or do you know? Can you tell?

[16]    A    No. I would assume white-out.

[17]    Q    Is that what it looks like to you?

[18]    A    Yes.

[19]    Q    In fact, it looks like someone may have

[20]    voided out the line and tried to put the line back in.

[21]    A    Yes.

[22]    Q    The same at 5:00, it looks like someone

[23]    erased the line and tried to put it back in on the

[24]    line above on the out for the same day.

[25]    A    Okay.

Page 46

[ 1]    Q    Do you see that?

[ 2]    A    Yes.

[ 3]    Q    Does it look to you like someone might

[ 4]    have tried to put the line back in?

[ 5]    A    I don't know. It seems like it looks

[ 6]    darker.

[ 7]    Q    Do you know who -- You don't know who did

[ 8]    that?

[ 9]    A    No.

[10]    Q    Is that your handwriting? Is that 5:00

[11]    your handwriting?

[12]    A    No.

[13]    Q    Is that 7.5 in the 17th box your

[14]    handwriting?

[15]    A    I don't think so. I don't know.

[16]    Q    Do you know whose handwriting, where it

[17]    says - at the box at the end where it says overtime,

[18]    in the right-hand column. It says 6.0 hours overtime.

[19]    A    Right.

[20]    Q    Do you know whose handwriting that is?

[21]    A    I am assuming it is Kimberly's.

[22]    Q    If it is not, do you know whose it is?

[23]    A    No.

[24]    Q    If you go to the back page which is

[25]    ESC-7378, it is on the very back of the one you are

Page 47

[ 1]    looking at.

[ 2]    A    Okay.

[ 3]    Q    It should be the back of that time sheet.

[ 4]    If you look at the in/out - in/out column for the

[ 5]    31st?

[ 6]    A    Okay.

[ 7]    Q    Tuesday?

[ 8]    A    Uh-huh.

[ 9]    Q    Does there appear to have been an

[10]    alteration in that box?

[11]    A    At 5:00?

[12]    Q    Well, take a look at the out for 12:45.

[13]    Does that appear to have been altered?

[14]    A    No.

[15]    Q    How about the 5:00. Does that appear to

[16]    have been altered?

[17]    A    Yes.

[18]    Q    Do you know who might have done that?

[19]    A    No.

[20]    Q    Is that your handwriting?

[21]    A    No.

[22]    Q    Okay. If you would please go to ESC-7391,

[23]    is that your signature?

[24]    A    Yes.

[25]    Q    Now, look at the Tuesday.

Page 48

[ 1]        MR. KANE: Which Tuesday, Susan.

[ 2]        MS. DOLIN: The 24th.

[ 3]    BY MS. DOLIN:

[ 4]    Q    Look on the back, I guess. Do you know

[ 5]    whose writing that is?

[ 6]    A    No.

[ 7]        MR. KANE: Did you say Thursday or

[ 8]    Tuesday?

[ 9]        MS. DOLIN: I did say Tuesday.

[10]        MR. KANE: Are we on Thursday, the 24th?

[11]    BY MS. DOLIN:

[12]    Q    Wait a minute. The box, not the in and

[13]    outs, in and outs, but the boxes where you have the

[14]    number of hours input?

[15]    A    Uh-huh.

[16]    Q    See the 24th, Tuesday box, 24-T?

[17]    A    24, Thursday.

[18]    Q    It is Thursday. You are right. I am

[19]    sorry.

[20]        MR. KANE: Which page are you on?

[21]    BY MS. DOLIN:

[22]    Q    The first page. 7391 under the boxes that

[23]    say T, not the in/out, in/out, but the total boxes.

[24]    Does that appear to be altered?

[25]    A    Yes.

**Page 49**

[ 1]  Q  Do you know who altered that?

[ 2]  A  No.

[ 3]  Q  Does that look like your writing?

[ 4]  A  No.

[ 5]  Q  Now, under 27th, looks like Sunday, where

[ 6]  the hours appear to have been totaled --

[ 7]  A  Yes.

[ 8]  Q  -- for the week, do you see 40 there and

[ 9]  there appears to be some number underneath that?

[10]  A  Uh-huh.

[11]  Q  Can you read what that number is?

[12]  A  At the bottom?

[13]  Q  Yes. Under the 40.

[14]  A  I believe it says 2.0.

[15]  Q  Does that appear to have been altered?

[16]  A  It looks like it.

[17]  Q  Do you know Walter Batt?

[18]  A  No.

[19]  Q  Does it look like your writing?

[20]  A  No.

[21]  Q  Now, if you turn to the back of that page

[22]  which would be ESC-7392, if you look where it says,

[23]  the calculation of exception hours: "If hours worked

[24]  are more than 40, enter hours over 40 as overtime."

[25]  A  Yes.

**Page 50**

[ 1]  Q  Do you see 4.75 on week one?

[ 2]  A  Uh-huh.

[ 3]  Q  And it looks like 2.0 under week two.

[ 4]  A  Yes.

[ 5]  Q  Does that appear to have been altered,

[ 6]  that 2?

[ 7]  A  It looks like it, yes.

[ 8]  Q  For a total of 5.75 on it?

[ 9]  A  Right.

[10]  Q  And that addition is not correct, is it?

[11]  A  Right.

[12]  Q  It should be 6.75 hours?

[13]  A  Yes.

[14]  Q  Do you know whose writing that 2 is?

[15]  A  No.

[16]  Q  Do you know what it was changed from?

[17]  A  No.

[18]  Q  Do you know who added that?

[19]  A  No.

[20]  Q  Let's go to the next number. 7393. Is

[21]  that your initial?

[22]  A  Yes. On supervisor?

[23]  Q  Yes.

[24]  A  Yes.

[25]  Q  Take a look at the total box under 3,

**Page 51**

[ 1]  Saturday. Not the in/out - in/outs, but the total

[ 2]  box. Do you see that figure?

[ 3]  A  Yes.

[ 4]  Q  Does that appear to have been altered?

[ 5]  A  It looks like it.

[ 6]  Q  Do you know whose writing that is?

[ 7]  A  No.

[ 8]  Q  Is it your's?

[ 9]  A  No.

[10]  Q  What about 7, Wednesday. It looks like a

[11]  70 or 7.0?

[12]  A  Right.

[13]  Q  Does that appear to have been altered?

[14]  A  Yes.

[15]  Q  Is that your handwriting?

[16]  A  No.

[17]  Q  Do you know whose it is?

[18]  A  No.

[19]  Q  What about the 9, Friday. It looks like

[20]  there is a figure in there somewhere. Does that

[21]  appear to have been altered?

[22]  A  No.

[23]  Q  No what?

[24]  A  It doesn't look like it.

[25]  Q  It does not look like it has been altered

**Page 52**

[ 1]  to you?

[ 2]  A  No.

[ 3]  Q  Go down to the second line under there, do

[ 4]  you see the total, the second line under 4, Saturday?

[ 5]  It looks like either a 2.5 or 3.5.

[ 6]  A  Right.

[ 7]  Q  Does that appear to have been changed in

[ 8]  some way?

[ 9]  A  It looks like it.

[10]  Q  Is that your handwriting?

[11]  A  No.

[12]  Q  Do you know whose it is?

[13]  A  No.

[14]  Q  Under 11, Sunday, it looks like there is a

[15]  total there of possibly 3.5, possibly 2.5?

[16]  A  Right.

[17]  Q  Does that appear to have been altered?

[18]  A  Looks like it.

[19]  Q  Do you know whose writing that is?

[20]  A  No.

[21]  Q  Now, if you look at the box on the

[22]  in/outs, in/outs on top, the Saturday, the 3rd, it

[23]  shows she worked - came in on Saturday and left at --

[24]  I am sorry. Came in at 8:30 on Saturday and left at

[25]  1:00 on Saturday.

Page 53

[ 1]    A    Yes.

[ 2]    Q    Do you know where that was worked?

[ 3]    A    No.

[ 4]    Q    Do you know if that was Rock Island or Nob

[ 5]    Hill?

[ 6]    A    No. I know we close on Saturday but I

[ 7]    don't know when.

[ 8]    Q    Do you know if this is the incident with

[ 9]    Victoria Miller?

[10]    A    No.

[11]    Q    Your discussion with her?

[12]    A    No. I don't believe so.

[13]    Q    Now, go to the back of that page, please,

[14]    which is ESC-7394, and you will see where it has the

[15]    exception hours calculation. "If hours are worked

[16]    more than 40, enter hours over 40 as overtime."

[17]         And then you see what looks like either a

[18]    3 or a 2.5 on the first column under week one.

[19]    A    Right.

[20]    Q    Can you tell what that number is?

[21]    A    I would guess it is a 3. This one, right?

[22]    Q    The first one.

[23]    A    Yes.

[24]    Q    Do you know if it is a 2 or a 3?

[25]    A    It could be -- If I had to guess, I would

Page 54

[ 1]    guess it is a 3.

[ 2]    Q    Do you know whose writing it is?

[ 3]    A    No.

[ 4]    Q    Does it appear to have been changed?

[ 5]    A    Yes.

[ 6]    Q    And under week two, whatever that number

[ 7]    is, does that appear to have been changed?

[ 8]    A    Right.

[ 9]    Q    It does?

[10]    A    You mean the 2.5?

[11]    Q    If that is what it is.

[12]    A    Yes.

[13]    Q    Does that appear to be changed?

[14]    A    Yes.

[15]    Q    Do you know whose writing that is?

[16]    A    It appears to be Kimberly's.

[17]    Q    Do you know Kimberly's writing?

[18]    A    Based on this, based on the numbers on

[19]    top, it looks like Kimberly.

[20]    Q    Is scratching over a number a correct way

[21]    to change a timecard?

[22]    A    Not normally. I don't know. I guess if

[23]    it was pen, you would write over it or you would

[24]    liquid paper it, I guess. I would assume.

[25]    Q    But it is not your writing?

Page 55

[ 1]    A    No.

[ 2]    Q    Are you familiar with Kimberly's

[ 3]    signature?

[ 4]    A    Yes.

[ 5]    Q    Okay. Take a look at Exhibit 7395,

[ 6]    please.

[ 7]    A    Uh-huh.

[ 8]    Q    That is one of the computerized timecards?

[ 9]    A    Yes.

[10]    Q    Now, you will notice that the timecards

[11]    for October 16th are missing, going from one to one.

[12]    Going from Exhibit 7393 to 7394 to 7395, there are

[13]    timecards missing there.

[14]         It goes right from, let's see, 10/1/98 to

[15]    10/15/98 and the next period we have shows 11/8/98?

[16]    A    Yes.

[17]    Q    So there are timecards missing. And in

[18]    that timecard missing is the first robbery?

[19]    A    Okay.

[20]    Q    Do you see that? You don't happen to know

[21]    where those timecards are, do you?

[22]    A    No.

[23]    Q    Now let me ask you this: You see your

[24]    signature on the bottom there, right?

[25]    A    Yes.

Page 56

[ 1]    Q    You see Kimberly Drake?

[ 2]    A    Yes.

[ 3]    Q    Is that your signature?

[ 4]    A    Yes.

[ 5]    Q    Do you recognize that?

[ 6]    A    Yes.

[ 7]    Q    Go to the next page, please. The next

[ 8]    page reflects timecards for 11/22/98.

[ 9]    A    Yes.

[10]    Q    Timecards missing. It goes from 11/8/98

[11]    to 11/22/98. Timecards missing?

[12]    A    I guess, yes.

[13]    Q    And that would include the time for the

[14]    second robbery, wouldn't it?

[15]    A    I don't know.

[16]    Q    Do you remember the second robbery taking

[17]    place on November 10, '98?

[18]    A    I don't know the exact date of the second

[19]    robbery. No, I do not.

[20]    Q    You would not know where those timecards

[21]    are, would you?

[22]    A    No.

[23]    Q    Look at the signature of Kimberly Drake on

[24]    that timecard. Is that her signature?

[25]    A    Yes.

## Page 57

[ 1]  Q  It is?

[ 2]  A  Uh-huh.

[ 3]  Q  Can you compare it with the first

[ 4] signature on ESC-7395?

[ 5]  A  Yes.

[ 6]  Q  And 7397?

[ 7]  A  Okay.

[ 8]  Q  Do those look alike to you?

[ 9]  A  Kimberly used to sign all different ways.

[10] She would sometimes go like that. She would sometimes

[11] do a loop pattern. So, yeah, it looks like,

[12] especially towards the end, it does look like it with

[13] her loops at the end.

[14]  Q  Take a look at 7399; is that your

[15] signature?

[16]  A  I am sorry – 73?

[17]  Q  99.

[18]  A  Yes.

[19]  Q  Is that her signature?

[20]  A  Yes.

[21]  Q  Would you compare all three signatures on

[22] 7395 and 7397 and 7399?

[23]  A  Uh-huh.

[24]  Q  Those are all her signatures?

[25]  A  Yes.

## Page 58

[ 1]  Q  Take a look at 7401.

[ 2]  A  Uh-huh.

[ 3]  Q  Do you see your signature there?

[ 4]  A  Yes.

[ 5]  Q  Do you see her signature?

[ 6]  A  Yes.

[ 7]  Q  Is that her signature?

[ 8]  A  That was one of the ways she signed, yes.

[ 9] She had, like I said, she had different signatures.

[10]  Q  Take a look at the back of 7401.

[11]  A  Okay.

[12]  Q  And if you look at the bottom where it

[13] has -- Those are the in/outs, in/outs on the

[14] computerized time sheets. Look at Thursday.

[15]  A  Uh-huh.

[16]  Q  Does Thursday appear to have been altered

[17] in any way?

[18]  A  Yes.

[19]  Q  Do you know who did that?

[20]  A  No.

[21]  Q  Do you know how it was done?

[22]  A  Looks like it may have been erased.

[23]  Q  And you don't know who did it?

[24]  A  No.

[25]  Q  And look at the actual computer little

## Page 59

[ 1] square for Thursday?

[ 2]  A  This one.

[ 3]  Q  The dotted thing like – okay. And the

[ 4] written total, daily totals. Does that appear to have

[ 5] been altered?

[ 6]  A  Yes.

[ 7]  Q  Do you know, is that your writing?

[ 8]  A  No, it is not.

[ 9]  Q  Do you know whose it is?

[10]  A  It looks like Kimberly's.

[11]  Q  It looks like Kimberly's?

[12]  A  Yes, it does.

[13]  Q  Look at the signature on 7401. Did we

[14] just do that?

[15]  A  Yes.

[16]  Q  Look at the signature on 74 --

[17]   MR. KANE: We were on --

[18]   MS. DOLIN: 7401 was 12/27/98, Dick, if

[19] that helps you.

[20]   MR. KANE: Okay.

[21]   MS. DOLIN: Now we are going to --

[22]   MR. KANE: Friday was Christmas.

[23]   MS. DOLIN: I don't know. Thursday is

[24] what we were looking at.

[25]   MR. KANE: Okay. Now which one are you

## Page 60

[ 1] doing?

[ 2] BY MS. DOLIN:

[ 3]  Q  Would you please go to ESC-7415, which is

[ 4] the date of 3/14/99. Are you there?

[ 5]  A  Yes.

[ 6]  Q  Would you take a look at the summary of

[ 7] hours, please?

[ 8]  A  Okay.

[ 9]  Q  Does that appear to have been altered?

[10]   MR. KANE: Where?

[11]   THE WITNESS: I guess it could be.

[12]   MS. DOLIN: Summary of hours.

[13]   MR. KANE: Okay.

[14] BY MS. DOLIN:

[15]  Q  Does that appear to have been altered to

[16] you?

[17]  A  I don't know.

[18]  Q  Take a look at the back of - on the

[19] in/outs, in/outs. Take a look on Wednesday. Does

[20] that appear to have been changed to you?

[21]  A  You can barely read it so I don't know if

[22] it was changed or if it was not --

[23]  Q  Okay.

[24]  A  -- written correctly.

[25]  Q  Look at the Wednesday computer box -

Page 61

[ 1]    corresponding computer box.  Does that look like it
[ 2]    was changed?
[ 3]        A    That is what I was referring to.  What
[ 4]    were you?
[ 5]        Q    The in and outs, in and outs.
[ 6]        A    Oh, okay.  Yes, the Wednesday, yeah.  You
[ 7]    can't see it.  And which are you talking about?
[ 8]        Q    Wednesday and Wednesday on the back of
[ 9]    ESC-7416.  Look at 9, Wednesday computer box and look
[10]    at the Wednesday in/outs, in/outs.
[11]        A    Right.
[12]        Q    Do they look to be changed?
[13]            MR. KANE:  Why don't we do it one at a
[14]    time.
[15]            THE WITNESS:  The one on the bottom looks
[16]    like you can't read it.  Maybe it was not
[17]    written correctly.
[18]    BY MS. DOLIN:
[19]        Q    Fair enough.
[20]            MR. KANE:  The next question was, up
[21]    here, altered.
[22]    BY MS. DOLIN:
[23]        Q    Correct.  We will call them computer
[24]    boxes.
[25]        A    It looks like -- I don't know if it was

Page 62

[ 1]    altered, but you can't read it as well as you can the
[ 2]    other ones.
[ 3]        Q    Let me ask you to look at the Tuesday
[ 4]    computer box where it says total.  Does that look like
[ 5]    it has been changed?
[ 6]        A    Yes.
[ 7]        Q    And look at the Thursday computer box,
[ 8]    does that look like it has been changed?
[ 9]        A    It looks like there is something else
[10]    underneath it, yes.
[11]        Q    Look at the Tuesday in/outs, in/outs.
[12]    Does that look like it might have been changed?
[13]        A    No.
[14]        Q    What about the Thursday in/outs, in/outs?
[15]        A    No.
[16]        Q    Now, take a look at the front page of
[17]    ESC-7415.  Does that look like Kimberly Drake's
[18]    signature to you?
[19]        A    Yes.
[20]        Q    She normally signs her full name, doesn't
[21]    she?
[22]        A    She signs all different ways, like I said.
[23]        Q    You never had any reason to question her
[24]    signature?
[25]        A    No.  Because she normally turned it in.

Page 63

[ 1]        Q    Did you ever sign any of these time sheets
[ 2]    for her?
[ 3]        A    No.
[ 4]        Q    Do you know if anybody else did?
[ 5]        A    No.
[ 6]        Q    Take a look at - take a look at ESC-7419.
[ 7]    Do you recognize that as Kimberly Drake's signature?
[ 8]        A    Yes.
[ 9]        Q    You do?
[10]        A    Yes.
[11]        Q    Have you seen her write these?
[12]        A    Yes.
[13]        Q    And 7421?
[14]        A    Yes.
[15]        Q    That is her signature, too?
[16]        A    Yes.
[17]        Q    Do you know why there were so many changes
[18]    in these timecards?
[19]        A    No.
[20]        Q    Were timecards supposed to have gone into
[21]    the -- What did you do with the timecards after you
[22]    got them?  Where did you send them?
[23]        A    Payroll operation.
[24]        Q    Were they supposed to go to payroll
[25]    operation without a supervisor's signature?

Page 64

[ 1]        A    No.
[ 2]        Q    Please look at 7435.
[ 3]        A    I am sorry?
[ 4]        Q    7435.  You may have been gone by this
[ 5]    time.  This is 5/30/99.  Were you gone from that
[ 6]    branch?
[ 7]        A    Yes.
[ 8]        Q    So you don't know why this was sent in
[ 9]    without a supervisor's signature?
[10]        A    Hu-huh.
[11]        Q    Please take a look at number 959.  It is
[12]    towards the end.  They are in no kind of order.  I
[13]    don't know why.
[14]            MR. KANE:  Did we change our numbering
[15]    here?
[16]            MS. DOLIN:  Yes.  I don't know what you
[17]    guys did.
[18]    BY MS. DOLIN:
[19]        Q    959.  Do you see your signature on the
[20]    bottom there?
[21]        A    Yes.
[22]        Q    This is the timecard for, it looks like --
[23]    I can't even read it.
[24]        A    It looks like 1/14/99.
[25]        Q    Yeah.  Okay.  Now, is that Kimberly



1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 00-06145-CIV-DIMITROULEAS
Magistrate Judge Snow

ROXANNA L. ESCUDERO and          )
KIMBERLY DRAKE, on behalf of     )
themselves and all others        )
Similarly situated,              )
                                 )
        Plaintiffs,              )
Vs.                              )
                                 )
BANKAMERICA CORPORATION, a       )
Foreign corporation d/b/a BANK ) )
OF AMERICA CORPORATION, a        )
Foreign corporation f/k/a        )
NATIONSBANK, N.A., a national    )
Association,                     )
                                 )
        Defendant.               )
----------------------------------
                337 E. Las Olas Boulevard
                Fort Lauderdale, Florida
                July 14th, 2000
                9:30 a.m. - 11:35 a.m.

APPEARANCES:

MUCHNICK, WASSERMAN, DOLIN & LEVINE, LLP
By SUSAN DOLIN, ESQ.
Attorney for the Plaintiffs

McGUIRE, WOODS, BATTLE & BOOTHE, LLP
By RICHARD F. KANE, ESQ.
Attorney for the Defendant

Also Present: Justin Steinmark - Law Clerk

                DEPOSITION
                    OF
                NANCY ROJAS
        DOWNTOWN REPORTING   (954) 522-3376

---

2

INDEX

WITNESS: NANCY ROJAS
                                        PAGE

DIRECT EXAMINATION
BY MR. KANE                              3

CROSS EXAMINATION
BY MS. DOLIN                            100

REDIRECT EXAMINATION
BY MR. KANE                             101

EXHIBIT INDEX

Defendant's Exhibit Number 1 for I.D.      6
Defendant's Exhibit Number 2 for I.D.     11

+ + + + + + + + +

PLAINTIFF'S
EXHIBIT
1

        DOWNTOWN REPORTING   (954) 522-3376

---

3

1       Deposition of NANCY ROJAS, a witness of lawful
2    age, taken by the Defendant, for the purpose of
3    discovery and for use as evidence in the above entitled
4    cause, wherein ROXANNA L. ESCUDERO and KIMBERLY DRAKE,
5    on behalf of themselves and all others similarly
6    situated, are the Plaintiffs, and BANKAMERICA
7    CORPORATION, a foreign corporation d/b/a BANK OF AMERICA
8    CORPORATION, a foreign corporation, f/k/a NATIONSBANK,
9    N.A., a national association, is the Defendant, in the
10   United States District Court, Southern District of
11   Florida, pursuant to notice heretofore filed, before
12   VICTORIA PAEZ, a Shorthand Reporter notary and Public in
13   and for the State of Florida at Large, at the offices of
14   Downtown Reporting, 337 E. Las Olas Boulevard, Fort
15   Lauderdale, Broward County, Florida, on the 14th day of
16   July, 2000, commencing at 9:30 o'clock A.M.
17          - - -
18   THEREUPON,
19              NANCY ROJAS
20   Being a witness in the notice heretofore filed, being of
21   lawful age, and being first duly sworn in the above
22   cause, testified on her oath as follows:
23       THE WITNESS:  Yes.
24          DIRECT EXAMINATION
25   BY MR. KANE:
            DOWNTOWN REPORTING   (954) 522-3376

---

4

1       Q.   State your name.
2       A.   Nancy Margarita Rojas.
3       Q.   Say the middle name again, please.
4       A.   Margarita.
5            MS. DOLIN:  Boy, that made me thirsty.
6            THE WITNESS:  Sorry.  No salt.
7    BY MR. KANE:
8       Q.   What's your address?
9       A.   1515 South Ridgewood, one word, Avenue,
10   Ormond Beach, Florida 31276.
11      Q.   And your Social Security number?
12      A.   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.
13      Q.   Okay.  Ms. Rojas, couple of ground rules
14   here.  We're going to be asking you a series of
15   questions relating to your claim against NationsBank.
16   And unless you indicate otherwise, I'll assume that you
17   understand my questions.
18      A.   (Witness nodding.)
19      Q.   Okay?
20      A.   Certainly.
21      Q.   All right.  And in responding to my
22   questions, you need to respond audibly so that the court
23   reporter may pick up your answer and record it
24   appropriately.  Okay?
25      A.   Certainly.
            DOWNTOWN REPORTING   (954) 522-3376

|  | 9 |  | 11 |
|---|---|---|---|

**Page 9**

1  Q. Do you have any other documents, other than
2  what you've just produced here, relating to your
3  employment at NationsBank?
4  A. Yes.
5  Q. What documents do you have?
6  A. I have a series of documents which is
7  currently at another attorney's office and I have not
8  picked them up or have not been given them back. I
9  would say there is probably three hundred documents,
10  total paper.
11  Q. Why didn't you bring those with you as you
12  were directed to?
13  A. They were at the attorney. They were in
14  possession of another attorney.
15  Q. Did you request the attorney to give them
16  to you?
17  A. Yes, but the time frame did not allow for
18  it to come in time. It's at another city.
19  Q. What city is it in?
20  A. It's in New Smyrna Beach, Florida.
21  MR. KANE: We will obviously keep this
22  deposition open, Ms. Dolin --
23  MS. DOLIN: Understood.
24  MR. KANE: -- so that the witness will
25  comply with the request for production as
DOWNTOWN REPORTING   (954) 522-3376

**Page 10**

1  reflected in the notice of deposition.
2  MS. DOLIN: A request was made to the other
3  attorney.
4  MR. KANE: That's what she said
5  BY MR. KANE:
6  Q. What's the name of the other attorney?
7  A. Her name is Valerie P. Foote.
8  Q. Spell it for me, please.
9  A. F-O-O-T-E.
10  Q. Okay. Why do you have this particular time
11  sheet?
12  A. This time sheet is a time sheet which
13  reflects idiosyncrasies with the math on the time sheet
14  and the pay that was rendered for that time period.
15  This time sheet is the time sheet where my manager took
16  off overtime without my consent.
17  Q. Okay. Who was that manager?
18  A. The individual who gave the orders name is
19  Jacqueline -- boy, I just drew a blank. I'll tell you
20  in a minute. Vickie Mignardi is the one who signed
21  that.
22  MS. DOLIN: Vickie?
23  THE WITNESS: Mignardi, M-I-G-N-A-R-D-I
24  BY MR. KANE:
25  Q. Who is Vickie Mignardi?
DOWNTOWN REPORTING   (954) 522-3376

**Page 11**

1  A. Vickie Mignardi is the lead teller for the
2  branch where I was employed.
3  Q. Okay. Now, you say that your manager took
4  time off --
5  A. Yes, sir. She --
6  Q. -- on this timecard?
7  A. She removed two hours from that timecard,
8  one of which was overtime. I was approached by Jackie,
9  whose name I can't remember all of a sudden, and Vickie
10  Mignardi at my desk in reference to the overtime.
11  (Whereupon, Defendant's Exhibit Number 2
12  was marked for identification.)
13  BY MR. KANE:
14  Q. Just verify that what has been marked as
15  Exhibit Number 2 is the same as -- is a true and
16  accurate copy of what you have just produced here?
17  A. Yes.
18  Q. Now, Ms. Rojas, this time sheet is
19  actually -- the document, I'm sorry, the document is two
20  pages. The time sheet is actually a two-sided sheet of
21  paper, is it not?
22  A. That is correct.
23  Q. Okay. Now, and the time period covered by
24  this time sheet is what, again?
25  A. The capture date would be 12-5-99.
DOWNTOWN REPORTING   (954) 522-3376

**Page 12**

1  Q. All right. And would you tell me where the
2  two hour deletion, I guess, is reflected on here?
3  A. Not reflected on this particular copy but
4  on the original you would be able to see that the
5  thirty-nine had been replaced or that it was once
6  forty-one and had been replaced by Jackie's handwriting.
7  What I did was after I was approached and
8  told that I could not have the overtime and I stated to
9  the manager that I felt that was not legal and her
10  comment was that she could carry it over as long as it
11  was in the same time period and that she was the manager
12  and she could do that. I then retrieved my time sheet
13  from the mail folder and made a copy of it after I had
14  been approached and after it had been concluded.
15  The two hours I circled after this point in
16  time, 8:50 on Monday to 10:50 and wrote scheduled, these
17  are the two hours which were removed from my time sheet.
18  However, they were not removed fully, they were simply
19  subtracted. So you can see that they have been
20  erased -- well, I will tell you, they have been erased
21  on Monday under daily hours on the left-hand column,
22  there once existed two hours.
23  Q. Where do you see the marking on the Monday?
24  A. Well, it's been erased and you can't tell
25  on the copy. On the original you can tell.
DOWNTOWN REPORTING   (954) 522-3376

ESCUDERO vs NATIONSBANK        NANCY ROJAS        07-14-00

| 65 | 67 |
|---|---|
| 1  Q. Okay. When given these time sheets similar | 1  MS. DOLIN: Object to form. |

65

1    Q.  Okay. When given these time sheets similar
2  to Exhibit Number 2, did you always record your hours
3  accurately?
4    A.  Yes, sir. There was no question about
5  overtime for a particular -- I was -- and I want to make
6  this real clear. There was a period of time when
7  overtime was not an issue. We got paid our overtime, no
8  problem.
9    Q.  What period of time was that?
10    A.  Up until the time that we chose to merge
11  with Bank of America.
12    Q.  But you weren't an in-store at that time?
13    A.  I was still an in-store.
14    Q.  Okay. I'm sorry. When did you leave the
15  in-store role?
16    A.  September last year, 1999.
17    Q.  Okay. So are you saying while you were an
18  in-store, at the time of the Bank of America issue --
19  I'm sorry, merger --
20    A.  Right.
21    Q.  Well, let me be more precise. I would take
22  it that after the Bank of America/NationsBank merger, an
23  issue relating to overtime arose?
24    A.  That is correct.
25    Q.  And while -- I just want to be clear --

DOWNTOWN REPORTING    (954) 522-3376

67

1         MS. DOLIN: Object to form.
2  BY MR. KANE:
3    Q.  As far as you know. How did you take it?
4    A.  Don't put it on paper.
5    Q.  Don't record overtime?
6    A.  (Witness nodding.)
7    Q.  Did she use the term or word record at any
8  time, don't record?
9    A.  She used the word exactly as I said, do not
10  get overtime.
11    Q.  Okay. Who else?
12    A.  It was also Brian Woods.
13    Q.  Okay.
14    A.  Robbie Powell.
15    Q.  What did Brian Woods say?
16    A.  To the effect that overtime no longer
17  existed.
18    Q.  Is this in 1999?
19    A.  Yes.
20    Q.  What did Robbie Powell say?
21    A.  We aren't getting overtime anymore.
22    Q.  Okay. Anybody else?
23    A.  At this time I don't recollect anything.
24    Q.  What could I do to assist you in your
25  recollection?

DOWNTOWN REPORTING    (954) 522-3376

77

| 1 | Q. | Okay. Why did Sylvia leave, do you know? |
| 2 | A. | The pressure was too much for her. |
| 3 | Q. | Did she leave the company? |
| 4 | A. | No. She asked to go to a lesser office. |
| 5 | Q. | Okay. So what office did she go to, if you |
| 6 | know? | |
| 7 | A. | Ormond By The Sea. |
| 8 | Q. | Now, did you stay at Ormond Towne Square |

9 for the remainder of your employment --
10   A.  Yes.
11   Q.  -- at NationsBank?
12   A.  Yes.
13   Q.  Okay. How long was Jackie, last name
14 unknown, your supervisor?
15   A.  Late November to the time I was terminated.
16   Q.  Is it Jackie Leonard?
17   A.  Yes. Thank you.
18       MS. DOLIN: Jackie Leonard?
19       THE WITNESS: There are certain traumatic
20   experiences that you just remove from your mind.
21       MS. DOLIN: Is that what you said, Dick,
22 Leonard?
23       MR. KANE: Yes.
24 BY MR. KANE:
25   Q.  All right. Now, what were your job duties
      DOWNTOWN REPORTING  (954) 522-3376

78

1 as a personal banker?
2   A.  My job duties as a personal banker were
3 essentially the same as an in-store banker, underneath
4 Sylvia Laborde. They were modified because they knew I
5 wanted to pursue management. And Sylvia encouraged that
6 my behavior would become more so that I would be
7 recognized by the superiors. In other words, taking
8 more responsibility within the banking center, as well
9 as continuing to meet my sales and build relationships.
10 That was under Sylvia.
11   Q.  Were you a Personal Banker II or III?
12   A.  I was actually at the pay schedule of a III
13 but I was a II. There was already a III in the banking
14 center.
15   Q.  Okay. Did you still have your beeper?
16   A.  Yes.
17   Q.  What were you using the beeper for at that
18 point, when you were in the traditional bank?
19   A.  Well, let's say you were my customer, what
20 I would say to you is here is my card, I'm your personal
21 banker. If it's after-hours and you need me, call me.
22   Q.  What could you do for them after-hours?
23   A.  I would take loan applications over the
24 phone. I would -- I had people that would e-mail me
25 from Germany. You have to understand what a personal
      DOWNTOWN REPORTING  (954) 522-3376

79

1 banker is or what they wanted you to be as a personal
2 banker.
3   Q.  Describe it for me.
4   A.  You're my customer, you need a loan. In
5 the old days you could call Joe, and you're -- I want to
6 buy a car, that's the end of that. Banking industry
7 went away from the personalization. They went away to
8 machines. They went away to you never knew who was
9 going to be in the chair the next time you walked in the
10 building. And Bank of American wanted to get to where
11 we were humans again to the customer or to the public.
12 So we were changed from consumer banker to personal
13 banker. And it was part of our -- part of your our job
14 to be a personal banker to every person, not just the
15 millionaires, but including the Joe Schmoes who had no
16 money. We were everybody's personal banker that we came
17 in contact with.
18       And that opened us up to go above and
19 beyond. It was our job description. And there is
20 something called Doing the Right Thing. There was a
21 little pamphlet. And it talks about going above and
22 beyond. And they were always giving people accolades
23 for, you know, going to visit somebody at a hospital and
24 balancing a checkbook. I know a girl who got a personal
25 reward for giving help with that. You know, taking
      DOWNTOWN REPORTING  (954) 522-3376

80

1 someone lunch when they were sick. It was part of our
2 job to become a human being representing the bank.
3   Q.  You were the relationship manager for that
4 customer?
5       MS. DOLIN: Object to form.
6 BY MR. KANE:
7   Q.  Were you?
8   A.  We were their personal banker. Again, if
9 you wanted to buy a car, you wouldn't think twice about
10 who to call. We called it building relationships.
11 Whether it's a checkbook issue or a mortgage issue or
12 you want to buy a new yacht, you knew who to contact
13 because you knew it was going to be done right and you
14 knew that it was going to be done to your satisfaction
15 and that's what personal bankers were supposed to do.
16   Q.  Okay. Was overtime an issue under Sylvia?
17   A.  It still took place.
18   Q.  What do you mean?
19   A.  I still worked off the clock.
20   Q.  So you did not record your hours?
21   A.  I wasn't allowed to.
22   Q.  Did Sylvia tell you not to record your
23 hours?
24   A.  No.
25   Q.  Okay.
      DOWNTOWN REPORTING  (954) 522-3376

81

1    A.    But she did give a blanket, we're not
2    getting overtime. It was kind of a mantra for
3    everybody.
4        Q.    How about did you attend any meetings with
5    the regional managers while you were a personal banker?
6        A.    With them personally?
7        Q.    Well, a meeting among personal bankers and
8    the regional manager, regional sales manager, or
9    regional service manager?
10       A.    Oh, yeah.
11       Q.    Was it discussed at those meetings?
12       A.    My recollection, I do kind of recall that
13   because -- and sometimes it became an open forum and
14   others would complain about too much work, not being
15   paid overtime.
16       Q.    Did you ever complain about not being paid
17   overtime?
18       A.    No.
19       Q.    Why not?
20       A.    It was never -- once I was dedicated to the
21   job -- I have a very can do, do what it takes attitude.
22   Having been a salaried individual for so long, it
23   just -- I had to perform. I was a very high performer,
24   especially if you could see the circumstances under
25   which I worked. No customers walking in. I had to go
              DOWNTOWN REPORTING    (954) 522-3376

82

1    get all my business.
2        Q.    At Ormond Towne Square?
3        A.    Almost every place that I worked for the
4    company, even Ormond Towne Square. Traffic flow was
5    very, very low.
6        Q.    Okay.
7        A.    In my mindset and in my work ethic, it was
8    what it took to get the job done.
9        Q.    Okay. And did you have to work extra hours
10   in order to exceed your goals?
11       A.    I had to work extra hours in order to
12   achieve the level of performance which I did, yes.
13       Q.    Well, I know but could you have worked a
14   regular forty-hour week and met your goals?
15       A.    Not under the circumstances of the places
16   that I worked. Again, remember I worked four hours a
17   day for several months in a place that was being
18   constructed around. There were no customers.
19       Q.    I'm sorry. This whole line of questioning
20   is limited to Ormond Towne Square.
21       A.    Oh, okay.
22       Q.    So let's back up then.
23       A.    Okay.
24       Q.    Now, again, Sylvia, while you were --
25       She wasn't your supervisor anywhere else,
              DOWNTOWN REPORTING    (954) 522-3376

83

1    was she?
2        A.    No.
3        Q.    So we know that the discussion about Sylvia
4    is limited to Ormond Towne Square.
5        A.    Okay.
6        Q.    Now, the regional meetings I was talking
7    about, are the meetings with the regional service
8    manager or the regional sales manager, okay. Were
9    those -- did you have such meetings while at Ormond
10   Beach --
11       A.    Yes. Everything I've answered you is
12   Ormond Towne Square, so except for what I just said.
13       Q.    Okay.
14            MS. DOLIN: Don't smile.
15            MR. KANE: I'm smiling because I'm
16   confused. I can't remember what you just said.
17   BY MR. KANE:
18       Q.    You just said as to what? Help me.
19       A.    You asked if I needed to work additional
20   hours in order to meet my performance goals.
21       Q.    At Ormond Towne Square --
22       A.    Yes.
23       Q.    -- you still had your beeper?
24       A.    Yes. I did not change my --
25       Q.    You were doing business outside the bank?
              DOWNTOWN REPORTING    (954) 522-3376

84

1        A.    Yes.
2        Q.    You were taking applications over the phone
3    at Ormond Towne Square, right?
4        A.    Yes.
5        Q.    All of that relates to Ormond Towne Square?
6        A.    Yes. I continued to perform as I did prior
7    to crossing over to conventional banking. I used my
8    skills from the in-store.
9        Q.    Did you frequently -- well, I think you've
10   already said but I want to make sure this is Ormond
11   Towne Square -- you frequently went out to the customer
12   while you were at Ormond Towne Square?
13       A.    Yes.
14       Q.    There wasn't a whole lot of traffic coming
15   in to Ormond Towne Square?
16       A.    No.
17       Q.    Okay. Were you, when you were at Ormond
18   Towne Square, ever told to change the hours reflected on
19   your timecard or time sheet?
20       A.    That would be the time that I was told
21   to -- I wasn't told to change it. I was told it was
22   being changed.
23       Q.    And that you pointed, I believe, to
24   Defendant's Exhibit Number 2?
25       A.    Yes.
              DOWNTOWN REPORTING    (954) 522-3376



**Bank of America**

Mail Code: **FL8-179-01-01**

Name: **ROJAS, NANCY**

**MARKING DIRECTIONS**

• Erase carefully any bubbles you wish to change.

• Do not make extra marks on the timesheet.

CORRECT: ☐ ● ☐ ☐

## Mandatory information for payroll processing:

**SOCIAL SECURITY #**

2 6 1 0 2 8 2 9 6

**JOB REC. #**

**TIME CAPTURE END DATE**

| Month | Day | Year |
|-------|-----|------|
| 12 | / 05 | / 99 |

**ROUNDING RULES:**

| Minutes | | Round to: |
|---------|-----|-----------|
| :00 THROUGH | :07 | .00 |
| :08 THROUGH | :22 | .25 |
| :23 THROUGH | :37 | .50 |
| :38 THROUGH | :52 | .75 |
| :53 THROUGH | :59 | .00 |

| Hundredths | | Round to: |
|------------|-----|-----------|
| .00 THROUGH | .12 | .00 |
| .13 THROUGH | .37 | .25 |
| .38 THROUGH | .62 | .50 |
| .63 THROUGH | .87 | .75 |
| .88 THROUGH | .99 | .00 |

## BORROWED TIME

Of the hours recorded on the opposite side, indicate the total number of hours worked in cost centers other than your home cost center.



**Co - Cost Center** | HRS MIN

**Co - Cost Center** | HRS MIN



**Co - Cost Center** | HRS MIN

Total hours worked in the above cost center ▷

Total hours worked in the above cost center ▷

Total hours worked in the above cost center ▷

  

Return timesheet to NC1-021-03-14. Written information is not used by Personnel Operations for processing pay; ensure all bubbles are filled in.

_____
ASSOCIATE SIGNATURE

(904) 615-9816
Area Code   Complete Phone # (Required)

_____
SUPERVISOR SIGNATURE

(   ) _____
Area Code   Complete Phone # (Required)

**FOR FULL-TIME ONLY**
**DOCKED HOURS**

To be completed by Supervisor

| | HRS | | | | | MIN |
|---|---|---|---|---|---|---|
| .01 | .06 | 11 | 16 | 21 | 26 | 31 | 36 | 00 |
| 02 | 07 | 12 | 17 | 22 | 27 | 32 | 37 | 25 |
| 03 | 08 | 13 | 18 | 23 | 28 | 33 | 38 | 50 |
| 04 | 09 | 14 | 19 | 24 | 29 | 34 | 39 | 75 |
| 05 | 10 | 15 | 20 | 25 | 30 | 35 | 40 | |

Bank of America
Form # 00-13-1876B

PLAINTIFF'S EXHIBIT 5



D1-1



| DAILY HOURS WORKED | | VACATION | | ILLNESS | | HOLIDAY | | HOLIDAY WKD | | OTHER PAID TIME | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN | HRS | MIN |

| DAILY TOTAL= | VACATION TOTAL= | ILLNESS TOTAL= | HOLIDAY TOTAL= | HOLIDAY WKD TOTAL= | OTHER PAID TIME TOTAL= | |
|---|---|---|---|---|---|---|
| 7 | 8 | 16 | 8 | | | 39 |

| | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|
| IN OUT | 1350 1050 | 750 | 1200 1350 1500 | | | | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  00-06145-CIV-DIMITROULEAS
Magistrate Judge Johnson

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,

     Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,

     Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| DEPOSITION OF: | VICKI MIGNARDI |
| DATE TAKEN: | Tuesday, May 1, 2001 |
| TIME: | Commenced at 9:06 a.m.<br>Concluded at 11:30 a.m. |
| PLACE: | Volusia Reporting Company<br>150 South Palmetto Avenue<br>Suite 101<br>Daytona Beach, Florida |
| REPORTED BY: | PATRICIA L. McGUIRE, RPR-CP,<br>Court Reporter and Notary Public |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

VOLUSIA REPORTING COMPANY
POST OFFICE BOX 1409
DAYTONA BEACH, FLORIDA   32115
904-255-2150

ORIGINAL TRANSCRIPT



PLAINTIFF'S
EXHIBIT

1        A        What do you mean by "do I know"?

2        Q        Do you know?  Do you have knowledge of whether

3    Jackie Leonard ever changed a time card?

4        A        I saw her change a time card.

5        Q        Tell me what you saw.

6        A        Do you want the whole story?

7        Q        Yes, please.  Start from the beginning.  Whose

8    time card was it?

9        A        It was Nancy's.

10        Q        And do you recall when it happened?

11        A        I don't know the date.

12        Q        Do you remember if it was the time card I just

13    showed you?

14        A        No.

15        Q        You don't remember which one it was?

16        A        No.

17        Q        Was it a time card like that, a computerized

18    one?

19        A        Yes.

20        Q        And how did you happen to see it?

21        A        I saw her pull it out of the mail bag.  It was

22    already completed.  She opened it open and pulled that

23    one out.

24        Q        Now, are they in envelopes when it goes to

25    the --

VOLUSIA REPORTING COMPANY

```
 1          A    Yes.
 2          Q    When you say she pulled it out of the mail
 3     bag, she --
 4          A    It was in an inner-office envelope.
 5          Q    She pulled it out of the inner-office
 6     envelope?
 7          A    Yes.
 8          Q    And what did she do?
 9          A    I saw her trying to erase something on there.
10          Q    Did she have like a pencil and turned the
11     pencil over with the pencil erasure?
12          A    Uh-huh (affirmative).
13          Q    That's a "yes"?
14          A    Yes.
15          Q    Was Nancy Rojas anywhere around when she was
16     doing this?
17          A    No.
18          Q    Do you know what she was erasing?
19          A    No.
20          Q    Do you know if she succeeded in erasing it?
21          A    No.
22          Q    Do you know -- did you then see her try to
23     write something else on it?
24          A    No.
25          Q    So all you saw was her trying to erase the
```

1    time card?

2        A    Yes.

3        Q    Do you have any idea what numbers she was

4    erasing or what she was erasing?

5        A    No.

6        Q    Do you know if she was erasing an in/out

7    number or a bubble-in number or anything?

8        A    No.

9        Q    So you don't know what she was erasing?

10        A    No.

11        Q    And you don't know if she replaced anything?

12        A    No.

13        Q    What did she do with the time card once you

14    saw her attempting to erase it, if you know?

15        A    What did she do with it?

16        Q    Yes.  Did you walk away at that point --

17        A    Yes.

18        Q    -- when you saw her trying to erase it?

19        A    Yes.  I said something to her.

20        Q    What did you say to her?

21        A    I said that you're not allowed to do that.

22        Q    What did she say?

23        A    She said, I can do what I want.  I'm the

24    banking center manager.

25        Q    Did you report that incident to anyone?

VOLUSIA REPORTING COMPANY

```
 1        A     No.

 2        Q     How did you know it was Nancy's time card?

 3        A     I saw her name on the front and what looked to

 4   be -- appeared her signature.

 5        Q     Did you ever hear about that time card again?

 6        A     No.

 7        Q     Did Nancy ever complain to you that her time

 8   wasn't right?

 9        A     Yes.

10        Q     When was that?

11        A     I don't know.

12        Q     Was it after this incident?

13        A     I don't know.

14        Q     Tell me when Nancy complained to you that her

15   time wasn't right.

16              First of all, did it happen more than once?

17        A     Did Nancy complain more than once?

18        Q     Yeah.  Did she complain that her time wasn't

19   right more than once?

20        A     Once.

21        Q     Just one time that you remember?

22        A     That I know of.

23        Q     Okay.  And what did she say?

24        A     "Did you ever change my time card?"

25        Q     Do you recall when she asked you that?
```

VOLUSIA REPORTING COMPANY

```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2
                    CASE NO. 00-06145-CIV-DIMITROULEAS
 3                  Magistrate Judge Linnea R. Johnson

 4

 5

 6   ROXANA L. ESCUDERO, and
     KIMBERLY DRAKE, on behalf of
 7   themselves and all others
     similarly situated,
 8
              Plaintiffs,
 9
     vs.
10
     BANKAMERICA CORPORATION,
11   a foreign corporation d/b/a
     BANK OF AMERICA CORPORATION,
12   a foreign corporation, f/k/a
     NATIONSBANK, N.A., a national
13   association,

14            Defendant.
     --------------------------/
15

16

17                            Downtown Reporting
                              337 East Las Olas Boulevard
18                            Fort Lauderdale, Florida 33301
                              February 7, 2000
19                            9:00 a.m. - 1:15 p.m.

20
                        ---------------
21                          DEPOSITION

22                              OF

23                        MARY F. BOLDEN
                        ---------------
24

25
```

COPY

PLAINTIFF'S
EXHIBIT
2

```
1         A    Yes.

2         Q    And then who replaced Ms. Mullins after she

3    retired?

4         A    Bette Lucey.

5         Q    And was she your banking center manager until the

6    date of your termination --

7         A    Yes.

8         Q    -- in April of 2000.

9         A    Yes.

10        Q    Ms. Bolden, when you first began with NationsBank,

11   did your consumer -- Strike that -- was your consumer banker

12   position classified by level?

13        A    Yes.

14        Q    What level consumer banker were you when you first

15   began with NationsBank?

16        A    One.

17        Q    What level consumer banker or personal banker were

18   you with NationsBank as of mid December 1997?

19        A    Two.

20        Q    Were you elevated to the consumer or personal

21   banker three level at any time during your employment?

22        A    Yes.

23        Q    Do you recall when you were elevated to that

24   level?

25        A    No.
```

```
 1            You said that the end time for you every day would
 2   vary.  What was the typical time that you left work in 1998?
 3        A    There was no typical time.
 4        Q    Who created your schedules, your weekly schedules
 5   at that time in 1998?
 6        A    I need you just to explain that a little.  I know
 7   it sounds simple.
 8        Q    Sure.  Did Ms. Mullins set the weekly schedules
 9   for personal bankers in 1998?
10        A    How can I put this?  You had a set time for start
11   of work and a set time of 40 hours, that was your schedule.
12        Q    And was that the schedule for all the personal
13   bankers working in the Randallstown branch in 1998?
14        A    Yes.
15        Q    Okay.  What was the set ending time then under
16   that schedule you just described, the set 40 hours?  What
17   time were you scheduled to end your work every day?
18        A    The day would end at 4:30.
19        Q    Did that schedule you just described change any in
20   the subsequent two and a half years after December of 1997,
21   the set 40 hour --
22        A    Can I just back up a minute?
23        Q    Yes, Ma'am.
24        A    The day should end at 4:30.  It did not always end
25   at 4:30, but it should have.
```

1     Q    So would it be fair to say that was the scheduled

2    ending time?

3     A    Yes.

4     Q    Now, did that schedule change any in the two and a

5    half years after December of 1997 through '98, '99 and four

6    months of 2000 that you worked for the bank?

7     A    The schedule was basically the same.

8     Q    Okay.  That's what I'm driving at.  So the

9    schedule basically remained from 8:30 to 4:30, the

10   schedule --

11    A    Yes.

12    Q    -- for those two and a half years; is that

13   correct?

14    A    Yes.

15    Q    During that time period, were you allowed to alter

16   your schedule in any way?

17    A    You would have to.

18    Q    Now, I believe you testified sometimes business

19   required you to alter your schedule.  Were you allowed to

20   alter it for personal reasons?

21    A    No.

22    Q    When you had a doctor's appointment, Ms. Bolden,

23   or some kind of personal business to attend to, how would

24   you go about getting time to handle that if you needed to

25   during the day?

```
 1        A    Go to the supervisor and ask to come in late.
 2   Well, it was something else to take a half of personal day.
 3        Q    During this basically two and-a-half year period
 4   that we're talking about, mid December of 1997 until April
 5   of 2000, were you ever scheduled to work less than 40 hours
 6   a week?
 7        A    No.
 8        Q    Was the set schedule you just described from 8:30
 9   to 4:30 ever adjusted as the week progressed by either
10   Ms. Mullins or Ms. Lucey?
11        A    Yes.
12        Q    What grounds would she adjust this set 40-hour
13   schedule during the week?
14        A    You were sometimes allowed to come in maybe an
15   hour late.
16        Q    Under what circumstance were you allowed to come
17   in an hour late?
18        A    If you worked on a Saturday.
19        Q    Did you have to approve your Saturday work at the
20   Rockdale branch with either Ms. Mullins or Ms. Lucey at the
21   Randallstown branch?
22        A    Approve?
23        Q    Did you have to ask their approval to work on
24   Saturdays at the Rockdale branch?
25        A    You were told.
```

1      Q     The weeks that you would work a Saturday at the

2    Rockdale branch, was your set schedule adjusted by Ms.

3    Mullins or Ms. Lucey to keep your hours within the set

4    40-hour schedule?

5      A     I have to say yes.

6      Q     Yes?

7      A     Yes.

8      Q     Okay.  How would either Ms. Mullins -- you want to

9    say something?

10     A     Go ahead.

11     Q     How would either Ms. Mullins or Ms. Lucey adjust

12   your schedule on the weeks that you worked a Saturday?

13     A     As I said, you were able to come in late.

14     Q     And would the amount of time you were able to come

15   in late equal the amount of time that you had to work on a

16   Saturday?

17     A     No.

18     Q     Did you ever complain to either Ms. Lucey or Ms.

19   Mullins about not receiving an equal amount of time to

20   compensate for the time you worked on a Saturday?

21     A     Can I just say something?

22     Q     Yes, Ma'am.

23     A     This wasn't during the time of Ms. Lucey.

24     Q     It was all during the time that Ms. Mullins

25   managed you?

```
 1        A    My time.
 2        Q    So you recorded your actual time spent in the
 3   branch working?
 4        A    I wrote down my time.  Sometimes it wasn't
 5   correct, but sometimes it was just the actual 8:30 to 4:30.
 6        Q    And it's your testimony that even though you would
 7   write down just 8:30 to 4:30, you would work more than that?
 8        A    Yes.
 9        Q    Why didn't you record the additional time that you
10   worked beyond the 8:30 to 4:30 time frame?
11        A    Because we could only record 40 hours.
12        Q    Who told you that you could only record 40 hours?
13        A    We were told that at a branch meeting.
14        Q    When did this branch meeting occur?
15        A    Again, I can't tell you exactly when.
16        Q    Can you narrow it down?  Was it 1997, 1998, 1999
17   or 2000?
18        A    '98.  I'm actually doing guesswork.  I can't
19   really remember.
20        Q    Where did this meeting take place?
21        A    At our branch.
22        Q    The Randallstown branch?
23        A    Yes.
24        Q    Who conducted the meeting?
25        A    The manager.
```

```
1          A     We wouldn't be paid.

2          Q     Do you recall Ms. Mullins specifically informing

3    the branch at this meeting that no one would be paid for

4    hours worked in excess of 40 per week?

5          A     Yes.

6          Q     As we sit here today, can you identify for me some

7    of the other branch employees who were present at this

8    meeting?

9          A     Yes.

10         Q     Would you please do so?

11         A     There was Joan Conway, Joyce Fredricks, Donna

12   Reed, Felicia McQuiry, Marie Desbro, Rose Beauregard, Linda

13   Wolf, that's all I can remember.

14         Q     I believe you testified early that Linda Wolf was

15   a personal banker?

16         A     Yes.

17         Q     Do you recall any personal bankers or consumer

18   bankers that were present at this meeting?

19         A     Rose was a personal banker; Joyce Washington was

20   one.

21         Q     Was she present at this meeting to your

22   recollection?

23         A     Yes.

24         Q     Now, I understand Ms. Conway, Ms. Fredricks, Ms.

25   McQuiry and Ms. Desbroe were tellers; is that correct?
```

```
 1        Q    Yes.

 2        A    Yes.

 3        Q    You were able to record that?

 4        A    Yes.

 5        Q    Were you able to record any other time that you

 6   worked in excess of 40 that was not related to kick offs,

 7   cluster meetings or regional meetings prior to the meeting

 8   wherein Mullins told you no more hours over 40?

 9        A    You're making me go back and my mind is not there.

10   I can't remember.

11        Q    You can't recall at all?

12        A    No.  My memory is not there.

13        Q    After this meeting with Ms. Mullins when she

14   informed that no more hours in excess of 40 per week could

15   be recorded, did the policy as to cluster meetings, regional

16   meetings and kick offs change?

17        A    No.

18        Q    So I take it you could still record your time for

19   cluster meetings, regional meetings and kick offs?

20        A    Yes.

21        Q    In excess of 40 after this one meeting?

22        A    Yes.

23        Q    Ms. Bolden, prior to this meeting that we've been

24   talking about, did you make it a practice of recording all

25   the hours you worked in excess of 40?
```

**Page 1**

[1]      UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF FLORIDA

[2]     CASE NO. 00-6145-CIV-DIMITROULEAS

[3]
  ROXANNA L. ESCUDERO, and    )
[4] KIMBERLY DRAKE, on behalf of    )
  themselves and all others similar )
[5] situated,        )
            )
[6]     Plaintiff's    )
            )
[7]  vs.        )
            )
[8] BANKAMERICA CORPORATION,   )
  a foreign corporation d/b/a   )
[9] BANK OF AMERICA CORPORATION,  )
  a foreign corporation, f/k/a  )
[10] NATIONSBANK, N.A., a national  )
  association,      )
[11]          )
     Defendant,    )
[12] ─────────────────────

[13]
        337 East Las Olas Boulevard
[14]       Fort Lauderdale, Florida
        February 9, 2001
[15]       2:30 p.m. - 5:30 p.m.

[16]
  APPEARANCES:
[17]
  MUCHNICK, WASSERMAN, DOLIN & LEVINE, LLP
[18] BY: SUSAN DOLIN, ESQ.
  Attorneys for the Plaintiffs
[19]
  MCGUIRE, WOODS, BATTLE & BOOTHE, LLP
[20] BY: J. MARK LANGDON, ESQ.
  Attorneys for the Defendant
[21]

[22]      * * *

[23]     DEPOSITION

[24]      OF

[25]    DIANE M. KIRKLAND

---

**Page 2**

[1]      I N D E X

[2] WITNESS: DIANE M. KIRKLAND

[3]           PAGE
  Direct Examination
[4] By Mr. Langdon     4

[5] Cross-Examination
  By Ms. Dolin     103
[6]
  Redirect Examination
[7] By Mr. Langdon     120

[8] Recross-Examination
  By Ms. Dolin     125
[9]

[10]    CERTIFIED QUESTIONS
[11]
  Page 29 Line 25 through Page 30 Line 3
[12]  Page 87 Line 20 through Page 88 Line 20

[13]
[14]      E X H I B I T S
  Defendant's Exhibit No. 1    PAGE 15
[15] (4-page Notice of Deposition)

[16] Defendant's Exhibit No. 2    PAGE 19
  (9-page Bank of America's First Requests
[17] for Admissions to Plaintiff Diane Kirkland)

[18] Defendant's Exhibit No. 3    PAGE 19
  (2-page Plaintiff Diane Kirkland's Reply to
[19] Bank of America's First Requests for
  Admissions)
[20]
  Defendant's Exhibit No. 4    PAGE 26
[21] (2-page Consent to Become Party Plaintiff)

[22] Defendant's Exhibit No. 5    PAGE 41
  (Handwritten Note)
[23]
  Defendant's Exhibit No. 6    PAGE 81
[24] (2-page Affidavit of Diane Kirkland)
[25]

---

**Page 3**

[1]    E X H I B I T S continued

[2] Defendant's Exhibit No. 7    PAGE 84
  (3-page Amended Affidavit of Diane Kirkland)
[3]
  Defendant's Exhibit No. 8    PAGE 95
[4] (Copy of Pay Stubs)

[5] Defendant's Exhibit No. 9    PAGE 97
  (3-page Copy of Time Cards)
[6]

[7]

[8]

[9]

[10]

[11]

[12]

[13]

[14]

[15]

[16]

[17]

[18]

[19]

[20]

[21]         **PLAINTIFF'S**
         **EXHIBIT**
[22]
[23]        *m*
[24]

[25]

---

**Page 4**

[1]    Deposition of DIANE M. KIRKLAND, a witness of

[2] lawful age, taken by the Defendant for the purpose of

[3] discovery and for use as evidence in the above-entitled

[4] matter, wherein ROXANNA L. ESCUDERO, and KIMBERLY DRAKE,

[5] on behalf of themselves and all others similarly situated

[6] are the Plaintiffs and BANKAMERICA CORPORATION, a

[7] foreign corporation d/b/a BANK OF AMERICA COPORATION, a

[8] foreign corporation, f/k/a NATIONSBANK, N.A., a national

[9] association is the Defendant pending in the United

[10] States District Court, Southern District of Florida,

[11] Pursuant to notice heretofore filed, before RUTH STUCK,

[12] Registered Professional Reporter and Notary Public in

[13] and for the State of Florida at Large, taken at 337 East

[14] Las Olas Boulevard, Fort Lauderdale, County of Broward,

[15] State of Florida, on the 9th day of February, 2001,

[16] commencing at 2:30 o'clock p.m.

[17]      * * *

[18] THEREUPON:

[19]    DIANE M. KIRKLAND

[20] a witness of lawful age, being called as a witness

[21] by the Defendant, having been first duly sworn,

[22] testified as follows:

[23]    DIRECT EXAMINATION

[24] BY MR. LANGDON:

[25]  Q.  Would you state your name for the record,

**Page 37**

[1]   Q.  And how are you paid by State Farm, Ms.

[2]  Kirkland, hourly, salary or some other basis?

[3]   A.  Hourly.

[4]   Q.  What's your current hourly rate that you're

[5]  earning?

[6]   A.  I never figured it out hourly.  You want to

[7]  know yearly?

[8]   Q.  I'm a little confused.  I believe you

[9]  testified you were paid on an hourly basis.  Do you

[10]  understand that you are paid a specific wage per hour or

[11]  are you compensated on some other basis?

[12]   A.  No, it's a specific hourly wage.

[13]   Q.  What are the components of that wage?

[14]   A.  It's the same thing every pay period, you know

[15]  what I mean, because we only work just at 40 hours.

[16]   Q.  So you haven't performed the calculation to

[17]  break what you receive in your paycheck on an aggregate

[18]  basis down to what it is on an hourly basis; is that

[19]  correct?

[20]   A.  That's correct.

[21]   Q.  Are you permitted to work overtime with State

[22]  Farm?

[23]   A.  No.

[24]   Q.  Are there situations when you work more than

[25]  40 hours a week for State Farm?

**Page 38**

[1]   A.  No.

[2]   Q.  Is it the company policy to prevent employees

[3]  from working more than 40 hours per week, employees in

[4]  your position?

[5]   A.  Yes.

[6]   Q.  Before you -- well, strike that.

[7]      Let me ask you this, beginning in 1992 when

[8]  NCNB became NationsBank, what was your position at that

[9]  point with the bank?

[10]   A.  Consumer banker.

[11]   Q.  So is it fair to say you were a consumer

[12]  banker from some point in 1992 until your separation

[13]  from the bank in March of 1998?

[14]   A.  Yes.

[15]   Q.  Did your level of consumer banker change

[16]  during that course of time?

[17]   A.  Yes.

[18]   Q.  What was your initial level of consumer banker

[19]  in 1992?

[20]   A.  Consumer banker number one.

[21]   Q.  And what was your level upon your separation

[22]  in March of '98?

[23]   A.  Consumer banker two.

[24]   Q.  When were you, I guess, elevated -- for a lack

[25]  of a better word -- from consumer banker one to consumer

**Page 39**

[1]  banker two?

[2]   A.  I knew you were going to ask me that.  I don't

[3]  recall the exact time.

[4]   Q.  Can you give me an approximation as to perhaps

[5]  the year during which you were elevated from consumer

[6]  banker one to a consumer banker two?

[7]   A.  Probably around 1993 or '94.

[8]   Q.  You were working as a consumer banker one for

[9]  NationsBank in 1992.  At which branch did you work?

[10]   A.  Ask that again please.

[11]   Q.  When you were working as a consumer banker one

[12]  in 1992, at what branch did you work?

[13]   A.  The Winterhaven office, the main office.

[14]   Q.  Do you recall who your banking center manager

[15]  was at that office?

[16]   A.  I don't recall.

[17]   Q.  Do you recall who your CSM, customer service

[18]  manager, was at that office?

[19]   A.  I don't recall.  I'm sorry.

[20]   Q.  I understand.  What about, do you recall any

[21]  of the tellers with whom you worked at that office?

[22]   A.  Any of the tellers?

[23]   Q.  Yes.  The identity of any of the tellers with

[24]  whom you worked at Winterhaven main office?

[25]   A.  I remember a few names.  Glenda Clevinger.

**Page 40**

[1]   Q.  Anyone else?

[2]   A.  Mary Adams.  I have a terrible memory.  You

[3]  have to excuse me.

[4]   Q.  To the best of your ability and as we're going

[5]  through our questioning here today if you think of

[6]  someone with whom you worked, please feel free to just

[7]  say I remember one more person.

[8]      How long did you work at the Winterhaven main

[9]  office?

[10]   A.  For approximately five or six years.

[11]   Q.  So at some point in 1997 or 1998 you

[12]  transferred to a new office; is that correct?

[13]   A.  No, that must have been before then because I

[14]  worked -- can I have a paper and pencil?  Can I write it

[15]  down?

[16]   Q.  If it's okay with your attorney.  Just so you

[17]  know, what I'm trying to determine now is I'm trying to

[18]  determine the various branches you have worked as a

[19]  consumer banker.

[20]      MS. DOLIN:  What do you need this for?

[21]      THE WITNESS:  To write down my dates; is that

[22]  okay?

[23] BY MR. LANGDON:

[24]   Q.  It's my understanding, just so this is on the

[25]  record, that you are using a pen and paper to try to

| Page 53 | Page 54 |
|---|---|
| [ 1]  A.  No. | [ 1]  A.  Could no longer record? |
| [ 2]  Q.  If I understand your testimony correctly, was | [ 2]  Q.  Yes. |
| [ 3]  it a situation where Ms. Horne delegated to you the | [ 3]  A.  If you look back on some of my timecards |
| [ 4]  authority to set your schedule as you deem necessary for | [ 4]  you'll see that it's always 8:00 to 12:00, 1:00 to 5:00, |
| [ 5]  a week? | [ 5]  on and on and on and on, except for a few times when we |
| [ 6]  A.  Yes. | [ 6]  had call nights, of course.  She would let us put our |
| [ 7]  Q.  When did she give you that authority? | [ 7]  overtime on those call nights. |
| [ 8]  A.  Well, it was actually -- it wasn't verbal | [ 8]  Q.  At what point did Ms. Horne inform you that |
| [ 9]  authority.  It was just known because I had -- I'm a | [ 9]  you -- |
| [10]  consumer banker, a lender, where I had set appointments | [10]       MS. DOLIN:  Were you through with your answer? |
| [11]  for people before hours and after hours to sign loan | [11]  BY MR. LANGDON: |
| [12]  papers and such. | [12]  Q.  Did I interrupt you? |
| [13]  Q.  In setting your schedule, did you ever set a | [13]  A.  No. |
| [14]  schedule for less than 40 hours a week during your | [14]  Q.  At what point did Ms. Horne inform you that |
| [15]  tenure at the South Winterhaven branch? | [15]  you could only record 40 hours per week on your |
| [16]  A.  No. | [16]  timecard? |
| [17]  Q.  Did NationsBank maintain a policy that you had | [17]  A.  It was just known that we shouldn't work |
| [18]  to set a schedule for 40 hours a week?  Let me ask you | [18]  overtime, that it required me to get the job done because |
| [19]  this way, did you set your schedule for 40 hours a week | [19]  I had so many loans going on to be there. |
| [20]  prior to December, 1997 -- strike that.  Let me get back | [20]  Q.  When you say it was known that you shouldn't |
| [21]  to this another way. | [21]  work overtime, how was it known that you shouldn't work |
| [22]       At some point did Ms. Horne inform you that | [22]  overtime? |
| [23]  you could no longer record the overtime that you were | [23]  A.  Well, just everybody knew we shouldn't work |
| [24]  working in your position as a consumer banker two at | [24]  overtime, but there was nothing, I should say, done to |
| [25]  that point? | [25]  say, okay, you got to clock out, you got to go home type |

| Page 55 | Page 56 |
|---|---|
| [ 1]  thing.  That was never done. | [ 1]  record hours that you worked in excess of 40 on your |
| [ 2]  Q.  When did you come to the realization that I | [ 2]  timecard? |
| [ 3]  shouldn't be working overtime in my consumer banker | [ 3]  A.  When we had to start filling out those |
| [ 4]  position?  Was there a definitive date after which it's | [ 4]  timecards again because it was just -- we just kept |
| [ 5]  like, okay, I shouldn't be working overtime in this | [ 5]  working in what we needed to before then.  But when we |
| [ 6]  position? | [ 6]  started filling them out, she was just like, okay, we |
| [ 7]  A.  Well, because for so long we didn't fill out | [ 7]  can't have overtime anymore. |
| [ 8]  timecards so it's just we were programmed to work | [ 8]  Q.  How did she inform you of this point?  Did she |
| [ 9]  whatever it took to get the job done.  And I just | [ 9]  conduct a meeting?  Did she inform you personally? |
| [10]  continued on -- even though we did the timecard thing, | [10]  A.  I'm sure it was in a meeting.  It must have |
| [11]  again, continued on working just like I had before | [11]  been in a meeting. |
| [12]  because it took that long to get the job done.  Does | [12]  Q.  Do you recall specifically you were informed |
| [13]  that make sense? | [13]  of this point in a meeting? |
| [14]  Q.  It does.  Did anyone employed by Bank of | [14]  A.  Not specifically. |
| [15]  America ever specifically tell you, Ms. Kirkland, that | [15]  Q.  Do you recall what Ms. Horne specifically said |
| [16]  you could not record any hours that you worked in excess | [16]  in relation to you not being able to record hours in |
| [17]  of 40 on your timecard? | [17]  excess of 40 on your timecard? |
| [18]  A.  Repeat that again. | [18]  A.  Just that we can't work overtime or we can't |
| [19]  Q.  Did anyone employed by NationsBank ever | [19]  write down any overtime. |
| [20]  instruct you that you could not record hours that you | [20]  Q.  Do you recall her specifically saying you are |
| [21]  worked in excess of 40 on your timecard? | [21]  not allowed to write down any overtime from this point |
| [22]  A.  Yes. | [22]  forward? |
| [23]  Q.  Who instructed you on that point? | [23]  A.  I can't recall. |
| [24]  A.  Louise Horne. | [24]  Q.  Do you recall Ms. Horne or anyone else |
| [25]  Q.  When did she instruct you that you could not | [25]  employed by NationsBank ever telling you that you would |

Page 101

[ 1]  Q.  And do Ms. Horne's initials also appear?

[ 2]  A.  Yes.

[ 3]  Q.  Again, let's look at that second page of the

[ 4]  exhibit. Again, all the information -- strike that.

[ 5]      All the time entries in the in-out columns for

[ 6]  the dates listed, is that your handwriting?

[ 7]  A.  Yes.

[ 8]  Q.  And, again, let's look at the very last page

[ 9]  of Exhibit Number 9. Same question, the handwriting

[10]  entry in the in-out column at the top of the timecard,

[11]  is that your handwriting?

[12]  A.  Yes.

[13]  Q.  And, again, dropping down to the next row of

[14]  information, I believe the first entry is under the

[15]  block entry captioned 16M, and the last entry is under

[16]  the block entry captioned 285. Is that your

[17]  handwriting, those entries in that row?

[18]  A.  Yes.

[19]  Q.  The entry of 3.0 hours in the overtime block,

[20]  is that your handwriting?

[21]  A.  No.

[22]  Q.  Do you recognize that to be the handwriting of

[23]  Ms. Horne?

[24]  A.  Yes.

[25]  Q.  And do your initials appear on this timecard

Page 102

[ 1]  as well?

[ 2]  A.  Yes.

[ 3]  Q.  And do Ms. Horne's appear?

[ 4]  A.  Yes.

[ 5]  Q.  And then if you can just flip over to the back

[ 6]  portion. The time entries in the in-out columns for, I

[ 7]  believe, four dates, is that your handwriting?

[ 8]  A.  Yes.

[ 9]  Q.  I'd like to shift gears a little bit, Ms.

[10]  Kirkland. We're almost finished.

[11]      I understand you separated from your

[12]  employment with the bank in mid March of 1998; is that

[13]  correct?

[14]  A.  Yes.

[15]  Q.  Did you resign from your employment with the

[16]  bank?

[17]  A.  Yes.

[18]  Q.  For what reasons did you resign?

[19]  A.  To favor more pay at a different employer.

[20]  Q.  Is that the State Farm job in which you are

[21]  currently employed?

[22]  A.  Yes.

[23]  Q.  You had a better opportunity?

[24]  A.  Better opportunity, yes.

[25]  Q.  If you can just give me just a second to kind

Page 103

[ 1]  of review my notes, I think we're finished or I'm at

[ 2]  least finished. Ms. Dolin may have some questions for

[ 3]  you.

[ 4]      Ms. Kirkland, have you testified completely

[ 5]  and truthfully in your deposition here today?

[ 6]      MS. DOLIN: Object to form.

[ 7]      You can answer.

[ 8]      THE WITNESS: As far as I can from what I can

[ 9]  remember, yes.

[10] BY MR. LANGDON:

[11]  Q.  To the best of your ability, you answered my

[12]  questions truthfully and accurately, correct?

[13]  A.  Yes.

[14]      MR. LANGDON: That's all the questions I have.

[15]  Thank you so much for your time.

[16]      MS. DOLIN: Can I please have Exhibits 6 and

[17]  7.

[18]          CROSS-EXAMINATION

[19] BY MS. DOLIN:

[20]  Q.  Ms. Kirkland, looking at Exhibits 6 and 7,

[21]  now, Mr. Langdon asked you a series of questions about

[22]  what Louise Horne may or may not have said. I want to

[23]  clear this up. Did you record your hours on your

[24]  timecards accurately?

[25]  A.  Accurately?

Page 104

[ 1]  Q.  Yes, ma'am.

[ 2]      Did you record every hour that you worked on

[ 3]  the timecards?

[ 4]  A.  Probably not every hour, no. There are some

[ 5]  timecards that are missing from that period too.

[ 6]  Q.  We know that. And of the timecards that may

[ 7]  be missing but we don't know what they recorded on, the

[ 8]  timecards that are here, are the timecards recorded

[ 9]  accurately, and you've said no.

[10]      MR. LANGDON: Objection. I think that's a

[11]  mischaracterization of testimony.

[12] BY MS. DOLIN:

[13]  Q.  Did you record the timecards accurately?

[14]  A.  From the best of my knowledge they could have

[15]  been, but there could have been some other overtime as

[16]  well. But on these particular timecards they probably

[17]  are pretty close.

[18]  Q.  Do you know whether on those particular

[19]  timecards, which is Exhibit 9, do you know whether those

[20]  timecards are completely and truthfully accurate to the

[21]  penny, to the hour?

[22]  A.  I can't say.

[23]  Q.  You don't know?

[24]  A.  Exactly.

[25]  Q.  Now, do you have any recollection at all

-O ROXANA ESCUDERO, Et al. vs. BANK... Document 249 ... CASE NO: 00-06146 ... FLSD Docket 06/28/2001 ... Pag...

DATE OR DEPO: 2/9/01 ... DEPONENT: DIANE KIRKLAND

Page 105

[ 1] during your tenure with NationsBank from 1997, the
[ 2] summer of '97 to the time you left in mid March of '98
[ 3] of not recording all your hours on any one timecard?
[ 4]    A.   Can you repeat that again?
[ 5]    Q.   Sure.
[ 6]         During your tenure with NationsBank, starting
[ 7] from the time they put you back on the clock as a
[ 8] consumer banker at the end of mid December, 1997 to the
[ 9] time you terminated your employment with NationsBank in
[10] mid March, 1998, is there ever any time that you can
[11] recall when you did not record your hours on your
[12] timecard accurately?
[13]    A.   Yes.
[14]    Q.   Can you tell us why you did that?
[15]    A.   Because we weren't allowed to put all the
[16] overtime on there, and it took more time to get my work
[17] done.
[18]    Q.   Now, who told you, if anyone did, that you
[19] were not allowed to record all your hours on the
[20] timecard?
[21]    A.   Louise Horne may have told us, but for her
[22] exact words, I can't remember a specific time and her
[23] exact words. I know it was known not to record.
[24]    Q.   And the person that imparted that knowledge to
[25] you regardless of the words used was Louise Horne?

Page 106

[ 1]         MR. LANGDON:   Objection to the form.
[ 2]         MS. DOLIN:   What's wrong with the form?
[ 3]         MR. LANGDON:   I believe it's inconsistent to
[ 4] what she testified to previous, number one. Two,
[ 5] it suggests an answer.
[ 6]         MS. DOLIN:   You're saying leading? This is
[ 7] cross-examination.
[ 8] BY MS. DOLIN:
[ 9]    Q.   Let me ask it this way, who was it that gave
[10] you that idea – no matter what words might have been
[11] used – that you were not to record the overtime hours
[12] that you didn't record on your timecard?
[13]    A.   Louise Horne.
[14]    Q.   Now, is it fair to say that you don't remember
[15] exactly what words she used?
[16]    A.   Right.
[17]    Q.   But that was the idea that was imparted to
[18] you?
[19]    A.   Yes.
[20]    Q.   Now, let's take a look at this Exhibit 9. I
[21] want you to look at this very carefully. Look at the
[22] first page, for example, a timecard that's listed as
[23] January 1st of '98 through January 15th of '98. Is it
[24] true that you were paid on the 1st and 15th?
[25]    A.   Yes.

Page 107

[ 1]    Q.   So you would have split weeks? In other
[ 2] words, some weeks didn't end on a Sunday or start on a
[ 3] Monday?
[ 4]    A.   Right.
[ 5]    Q.   Now, that would result in carry-over hours?
[ 6]    A.   Yes.
[ 7]    Q.   And carry-over hours are shown in this first
[ 8] column which is in the first box of the second row of
[ 9] information?
[10]    A.   Right.
[11]    Q.   And they would be added up to the next Sunday,
[12] correct?
[13]    A.   Right.
[14]    Q.   Then that would be a whole week?
[15]    A.   Uh-huh.
[16]    Q.   Then you would start with the next Monday the
[17] day following the next Sunday?
[18]    A.   Yes.
[19]    Q.   Now, what I would like to know is you've
[20] already testified that the in-out in-out on your first
[21] timecard is your handwriting, correct?
[22]    A.   Correct.
[23]    Q.   Looking at the bottom row, second row,
[24] starting with the carry-over hours for 25 and going to
[25] the end of that row, are you absolutely positive that's

Page 108

[ 1] your handwriting?
[ 2]    A.   The 25 I don't think is my handwriting.
[ 3] Doesn't appear to be my handwriting. But the rest of it
[ 4] is.
[ 5]    Q.   The rest of it is?
[ 6]    A.   The 25 or the 41 doesn't either appear to be
[ 7] my writing.
[ 8]    Q.   41 is not your handwriting either?
[ 9]    A.   That 41 is not my writing.
[10]    Q.   The 40 is?
[11]    A.   Yes.
[12]    Q.   Now, what about the one under the overtime
[13] column?
[14]    A.   That's Louise's handwriting.
[15]    Q.   Do you know what that scratch out is before
[16] the 1?
[17]    A.   No.
[18]    Q.   Let's go up to the top column where the
[19] in-outs are. You see 5 Monday on the very top?
[20]    A.   Yes.
[21]    Q.   And you see the next day is 6 Tuesday, which
[22] would by January 6th, it looks like?
[23]    A.   Yes.
[24]    Q.   Now, you see the first entry on the in column
[25] of Tuesday the 6th. It says 8:30, correct?

Page 109

[1]  A. Correct.

[2]  Q. That appears to have been written over

[3]  something else?

[4]  A. Correct.

[5]  Q. Do you know what's underneath that? Can you

[6]  tell?

[7]  A. It looks like 7:45 but I'm not sure. I can't

[8]  tell.

[9]  Q. Changed to 8:30?

[10]  A. Yes.

[11]  Q. Who changed it?

[12]  A. I could have.

[13]  Q. Do you know why you would have changed it? Is

[14]  that your writing, that 8:30? Does that look like the

[15]  way you make your 8's?

[16]  A. No, not really. That doesn't look like my

[17]  writing. Doesn't appear to be my writing.

[18]  Q. That 8:30 that's scratched in, 8:30 is not

[19]  your writing?

[20]  A. Right.

[21]  Q. Go to the next one. Can you tell, if you can,

[22]  whether 7:45 underneath the 8:30 is your writing?

[23]     MR. LANGDON: Objection to form.

[24]     If you can tell.

[25]     THE WITNESS: If I can tell, yes, it appears

Page 110

[1]  the 5 that's under the 0 looks a lot like my 5.

[2] BY MS. DOLIN:

[3]  Q. Go down to the following day of Wednesday, see

[4]  Wednesday, January 7th?

[5]  A. Yes.

[6]  Q. Now, there's an in that's 7:45 and an out that

[7]  says 12:45 and an in that says – can you read that?

[8]  A. 4:30 it looks like.

[9]  Q. See under January 7th where it says 14:30?

[10]  A. Yes.

[11]  Q. Did you ever use a 24-hour clock when you were

[12]  recording things?

[13]  A. Yes.

[14]  Q. What was 14:30?

[15]  A. Must have been 2:30. That's military time.

[16]  Q. And did you ever use military time when you

[17]  would record ins and outs?

[18]     MR. LANGDON: Objection, asked and answered.

[19] BY MS. DOLIN:

[20]  Q. You can answer.

[21]  A. Not normally.

[22]  Q. Did Louise?

[23]  A. She may have because that was from – I think

[24]  a long time ago we used to do military time.

[25]  Q. She did?

Page 111

[1]  A. Uh-huh.

[2]  Q. That's a yes?

[3]  A. Yes.

[4]  Q. That 14:30, is that your handwriting?

[5]  A. It doesn't appear to be my writing.

[6]  Q. Can you see what's underneath the 14:30?

[7]  A. No, I can't make it out.

[8]  Q. You can't make it out at all? Can you make

[9]  out any of it?

[10]  A. The last of it might be a 45.

[11]  Q. Can you see what's – I'm sorry. I didn't

[12]  mean to interrupt.

[13]  A. No, I can't exactly.

[14]  Q. Can you see what's under it, well, enough to

[15]  notice whether or not what's under it is in your

[16]  handwriting?

[17]  A. Yes.

[18]  Q. Is it?

[19]  A. Yes.

[20]  Q. Now, let's go back. You've got the second

[21]  line of information. You got your carry-over hours of

[22]  25, then January 1st, Tuesday, 8; January 2nd, Friday,

[23]  8; then the 41 with the circle. Then the next entry is

[24]  January 5th for 8 hours which would correspond for

[25]  Monday the 5th. Then you have Tuesday the 6th with that

Page 112

[1] changed entry of 8:30. You see there's an entry there

[2] of hours that has – can you read it?

[3]  A. It looks like it should have been 8:25 maybe

[4] underneath instead of 7:50.

[5]  Q. Did you make that change? Is that your

[6] handwriting?

[7]  A. No.

[8]  Q. That 7.25, is that your handwriting?

[9]  A. On the 6th?

[10]  Q. Yes.

[11]  A. On the 6th?

[12]  Q. Yes.

[13]  A. No. From the 7 to the 2, that's not my

[14] handwriting.

[15]  Q. What about on Wednesday where the 14:30 is

[16] reflected above it looks like in the box below where the

[17] actual hours are recorded there's a 7.50, is that your

[18] handwriting, that 7.50?

[19]  A. Looks a lot like it but it could – I don't

[20] know.

[21]  Q. Can you see anything underneath that 7.50?

[22]  A. 8.25 it looks like.

[23]  Q. Can you make it out well enough, the number

[24] underneath, to know whether that's your handwriting?

[25]  A. Yes, that is my handwriting.

Page 113

Q. Did you make that change?
A. Not that I recall.
Q. Have you ever changed a timecard or have you ever given back a timecard to change once you've given it in?
A. I have changed them before just so they would equal 40, but I don't remember if I changed this one or not. Doesn't appear that I did.
Q. Now, without the changes, this one would have been over 40; isn't that correct?
A. Yes.
Q. Let's go to the next timecard which is 2/1/98, 2/15/98. You have what looks like a total of 42.25 hours, and then you start again on Monday, which would be February 2nd, it looks like?
A. Yes.
Q. Now, the in and out is your handwriting?
A. Yes.
Q. And the numbers beneath that recording the actual hours, is that your handwriting as well?
A. Yes.
Q. 42.25 for the following Sunday?
A. Uh-huh, yes.
Q. So that would be it for that week.
Now, starting the following Monday, starting

Page 114

the 9th – or let me ask you this, on Thursday the 5th, do you see there where it says 8:30?
A. Yes.
Q. Time in for February 5th?
A. Yes.
Q. And do you know if that was changed?
A. Yes, it was changed.
Q. From what, if you can see? If you can't see, that's fine.
A. I can't see. It looks like a 45, but I don't know what the first number is.
Q. That 8:30, is that your writing?
A. It doesn't appear to be my writing, but it could be because I know I've changed some.
Q. Can you look – you can't tell?
A. No.
Q. Now, if you look underneath 8:30, something appears to have been written over. Can you see that?
A. Uh-huh.
Q. Yes or no?
A. Yes.
Q. Can you make out what is underneath the 8:30 well enough to see whether what is underneath is your handwriting?
A. Yes, underneath is my handwriting.

Page 115

Q. But you don't know what it says?
A. But I'm not sure what it says.
Q. Do you know who made that change?
A. No.
Q. Going to the backside of that timecard where it shows the 9th through the 15th, which I'm assuming is February, you see where I'm at?
A. Yes.
Q. Looking at the in-out section again, look at the 10th on Tuesday. You have an out time of what appears to be 11:30?
A. Yes.
Q. Does there appear to be – is that your handwriting, that 11:30?
A. It appears to be.
Q. There's something underneath that 11:30, if you can tell?
A. Looks – I don't know. I can't really tell. Looks like it's a 00 but I can't tell.
Q. Now, going to – you made these entries in these timecards with pen or pencil?
A. With pen.
Q. And when you made changes with the timecards, how was that accomplished?
A. With pen writing over it, I guess. I

Page 116

couldn't – we weren't supposed to. However, at the beginning I did use White-Out, but I don't think I used White-Out on this one.
Q. Were you permitted to use White-Out?
A. No, we shouldn't have. I used pen.
Q. White-Out was forbidden?
A. Right. I remember I did it once and got in trouble, so I didn't do it anymore.
Q. Now, let me show you the back of these timecards. For example, there's a calculation on the back of Exhibit 9, first page of Exhibit 9, where it shows week one, week two, week three, calculation of exceptions hours, if hours worked are more than 40, enter hours over 40 as overtime, if hours are less than 40, enter absence without pay. Those are not filled in, are they?
A. No.
Q. Are you responsible for filling those in?
A. No.
Q. Do you know who is?
A. No.
Q. Second page of that exhibit, same question. Are those filled in?
A. No.
Q. Do you know who's responsible for filling them

Page 117

[1] in?

[2]    A.   No.

[3]    Q.   The back of the third sheet, same question.

[4] Are those filled in?

[5]    A.   No.

[6]    Q.   Do you know who's responsible for filling them

[7] in?

[8]    A.   No.

[9]    Q.   Did you ever fill them in?

[10]   A.   No.

[11]   Q.   Now, when you would come into the bank, did

[12] you -- I think Mr. Langdon asked you about a log. There

[13] was a sign-in log, a vault log or something. Did you

[14] have any knowledge of that?

[15]        MR. LANGDON: Objection I don't believe the

[16] testimony was there was a log that existed.

[17]        THE WITNESS: Exactly.

[18] BY MS. DOLIN:

[19]   Q.   That's what I'm asking. There was no log that

[20] you remember?

[21]   A.   There was none.

[22]   Q    Would you ever open the bank?

[23]   A.   Yes.

[24]   Q.   When you open the bank, was that dual control?

[25]   A.   Yes.

Page 118

[1]    Q.   When you would open the bank, did you have to

[2] code in your alarm code?

[3]    A.   Yes.

[4]    Q.   And did you actually do that on occasion?

[5]    A.   Yes.

[6]    Q.   And do you know where those would be recorded?

[7]    A.   No.

[8]    Q.   Where the alarm rings would be recorded?

[9]    A.   No.

[10]   Q.   Now, when you left the bank late, did you have

[11] to set the alarm or ring out?

[12]   A.   Sometimes if I was the last person, yes.

[13]   Q.   And that happened on occasion?

[14]   A.   On occasion.

[15]   Q.   Again, you would have to ring your alarm code

[16] in?

[17]   A.   Right, yes.

[18]   Q.   And do you know where those would be logged?

[19]   A.   No.

[20]   Q.   Now, you had a computer at work; did you not?

[21]   A.   Yes.

[22]   Q.   When you would log on to your computer, would

[23] you do that as soon as you came into the bank?

[24]   A.   Normally, yes.

[25]   Q.   And would that be the last thing you did at

Page 119

[1] night before you left the bank, you would log off?

[2]    A.   Normally, yes.

[3]    Q.   Were there ever times that you would come into

[4] the bank and do other things before logging on?

[5]    A.   Sometimes if I got there early I would open

[6] the branch -- open the vault with the teller and do all

[7] the teller duties prior to logging into my computer.

[8]    Q.   Now, if you did that, would your time entry be

[9] recorded somewhere?

[10]   A.   No.

[11]   Q.   Not with an alarm ring, not with anything?

[12]   A.   Well, with an alarm ring it could be, with me

[13] punching in the codes.

[14]   Q.   But if the teller was the one that punched in

[15] her codes, yours wouldn't be there?

[16]   A.   Right.

[17]   Q.   There was no other log on which you would

[18] record your time in?

[19]   A.   Not other than the timecard itself.

[20]   Q.   And we've already shown that those are not

[21] really accurate; isn't that correct?

[22]   A.   That's correct.

[23]        MR. LANGDON: Objection.

[24] BY MS. DOLIN:

[25]   Q.   Is there ever a time you would log on your

Page 120

[1] computer and continue to work?

[2]    A.   No, because I needed my computer.

[3]    Q.   Do you know who -- does your computer record

[4] the time you log in and the time you log off?

[5]    A.   I'm sure it does.

[6]    Q.   Do you know who has those?

[7]    A.   No.

[8]    Q.   Did you have an NB code or NationsBank code

[9] that you would code into your computer, code number?

[10]   A.   Not that I remember.

[11]   Q.   You don't remember the number?

[12]   A.   You mean in my computer to log in in the

[13] morning?

[14]   Q.   Right.

[15]   A.   Just probably my password.

[16]   Q.   Do you remember your password?

[17]   A.   No.

[18]   Q.   NBK number?

[19]   A.   No, I don't remember it.

[20]        MS. DOLIN: I have nothing further.

[21]        MR. LANGDON: I have a few questions.

[22]        REDIRECT EXAMINATION

[23] BY MR. LANGDON:

[24]   Q.   Ms. Kirkland, Ms. Dolin asked you a series of

[25] questions concerning timecards and what appears to be

**Page 125**

[1]    Q.   Is it possible, Ms. Kirkland, that you

[2]   misconstrued any conversation about recording overtime

[3]   to mean to you that you are not to record hours in

[4]   excess of 40?

[5]        MS. DOLIN: Object to form.

[6] BY MR. LANGDON:

[7]    Q.   You can answer.

[8]        MS. DOLIN: You can answer.

[9]        THE WITNESS: I'm sorry. Repeat that once

[10]   again.

[11] BY MR. LANGDON:

[12]    Q.   Is it possible based upon discussions of

[13]   overtime after December, mid December of 1997, that you

[14]   may have misconstrued any information to mean that you

[15]   are not to record hours in excess of 40 upon your

[16]   timecard?

[17]        MS. DOLIN: Same objection.

[18]        You can answer.

[19]        THE WITNESS: Yes.

[20]        MR. LANGDON: That's all the questions I have.

[21]            RECROSS-EXAMINATION

[22] BY MS. DOLIN:

[23]    Q.   Let me ask you this, going back to the

[24]   question that Mr. Langdon asked on the third page of

[25]   Exhibit 9 where the 9 is written over the 8, how many

**Page 126**

[1]   hours does it show for the week?

[2]    A.   40.

[3]    Q.   And if you only had the 8, it wouldn't have

[4]   shown quite 40, would it?

[5]    A.   That's correct.

[6]    Q.   Now, let me ask you this, when you made the

[7]   changes on the timecards that you testified about before

[8]   so that you would only show 40 hours, did someone tell

[9]   you to do that?

[10]    A.   We knew we could only do 40, so I only -- I

[11]   made it so it would be 40. Both of these on this

[12]   particular one, say where that 3 came from, I don't know

[13]   what that 3 is. That says 40 and that says 40.

[14]    Q.   My question is, did somebody tell you to make

[15]   those changes?

[16]    A.   No.

[17]    Q.   When Louise Horne saw the White-Out -- why did

[18]   you make the White-Out on that one that Louise Horne saw

[19]   and counseled you about?

[20]    A.   That was probably one of the first ones maybe.

[21]    Q.   Was that to change your hours?

[22]    A.   It was to change it to make it 40. And I

[23]   evidently had my time incorrect when I recalculated.

[24]    Q.   Did she say anything about you shouldn't have

[25]   changed your hours; you should have shown your true

**Page 127**

[1]   hours?

[2]    A.   Not that I recall.

[3]    Q.   All she said was just don't use White-Out?

[4]    A.   Right.

[5]        MS. DOLIN: Okay.

[6]        MR. LANGDON: No further questions.

[7]        MS. DOLIN: Read and we'll take a copy.

[8]        (Thereupon, the deposition was concluded at

[9]   5:30 o'clock p.m.)

[10]

[11]

[12]

[13]

[14]

[15]

[16]

[17]

[18]

[19]

[20]

[21]

[22]

[23]

[24]

[25]

**Page 128**

[1]

[2]            CERTIFICATE OF OATH

[3]

[4] STATE OF FLORIDA    )
   COUNTY OF BROWARD    )

[5]

[6]        I, the undersigned authority, certify that

[7] DIANE KIRKLAND, personally appeared before me
   and was duly sworn.

[8]

[9]        WITNESS, my hand and official seal this 20th
   day of February, 2001.

[10]

[11]

[12]

[13]

[14]            _____
            Ruth Stuck, R.P.R.
            Notary Public - State of Florida

[15]            My Commission Expires:

[16]

[17]

[18]

[19]

[20]

[21]

[22]

[23]

[24]

[25]





PLAINTIFF'S EXHIBIT N


| 09 FRI | | | 10 SAT | | | | 11 SUN | | | | 12 MON | | | | 13 TUE | | | | 14 WED | | | | 15 THU | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| 11:00 | 12:30 | 6:15 | | | | | | | | | 7:45 | 1:00 | 2:00 | 4:30 | 8:45 | 1:00 | 2:00 | 5:30 | 7:45 | 11:00 | 12:30 | 5:15 | 8:45 | 12:00 | 1:00 | 4:15 | | | | |

**KLY WORKSHEET TO CALCULATE EXCEPTION HOURS (A week=Monday to Sunday)**

| | WK1 | WK2 | WK3 (if necessary) |
|---|---|---|---|
| ·ter Hours Worked (include carryover in week 1): | ____ | ____ | ____ |
| **CULATION OF EXCEPTION HOURS –** | | | |
| hours worked are more than 40, enter hours over 40 as Overtime: | ____ | ____ | ____ |
| hours are less than 40, enter as Absence W/O Pay: | ____ | ____ | ____ |

hours worked are on a holiday, enter in Worked Holiday line for appropriate day.
ansfer each week's exception hours from this worksheet to the appropriate Sunday block on the front of this card. These exception hours will be paid the next pay period.
cord borrowed hours and cost center to be charged on the front of the card. Borrowed Regular Hours cannot exceed Regular plus straight time. Borrowed overtime cannot exceed overtime worked.

**IBM Clock**
**Hundredths Table**
.00 through .07 = .00
.08 through .22 = .25
.23 through .37 = .50
.38 through .52 = .75
.53 through .59 = 1.00

**Simplex Clock**
**Hundredths Table**
.00 through .12 = .00
.13 through .37 = .25
.38 through .62 = .50
.63 through .87 = .75
.88 through .98 = 1.00

| | | | | 7:45 | 10:00 | 4:45 | 7:45 | 11:00 | 1:00 | 5:00 | 9:00 | 11:00 | 1:00 | 5:00 | 8:30 | 11:00 | 1:00 | 7:00 | 7:45 | 11:00 | 10:00 | 6:15 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| | 01 SUN | | | 02 MON | | | 03 TUE | | | 04 WED | | | 05 THU | | | 06 FRI | | | 07 SAT | | | 08 SUN | |

| | 02/96 | | 02M | 03T | 04W | 05T | 06F | 07S | 08S | 09M | 10T | 11W | 12T | 13F | 14S | 15 | | | Borrowed Hours | Charge to Cost Cntr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 42²⁵ | 8⁰ | 8²⁵ | 7⁰ | 9⁰ 9⁵⁰ | | | 42²⁵ | 8⁵⁰ | 6²⁵ | 8² | 9⁰ | 9⁵⁰ | | 40²⁵ | | Regular | ▲ | |
| | | | . | . | - | - | . | . | | . | . | INPUT | | | | | . | Overtime | Total Hrs 4.75 | |
| | | | | | | | | | | | FEB 20 1998 | | | | | | | Worked Holiday | Borrowed OT Hours | Charge to Cost Cntr |
| | | | . | . | . | . | . | . | | . | G. VARNER | | | | | | . | Absence Without Pay | ▲ | |

| Employee Name and Location | Employee No | Company | City/Branch/Unit | Pay Period | INITIALS Employee | Supervisor |
|---|---|---|---|---|---|---|
| KIRKLAND, DIANE M | FL3-208-01-01 | 346544830 | 805 00001620 | 020198 - 021598 | | |

⑈346544830 ⑈



| | 09 MON | | 10 TUE | | | | 11 WED | | | | 12 THU | | | | 13 FRI | | | | 14 SAT | | | | 15 SUN | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| 1:00 | 2:00 | 5:15 | 5:45 | 11:30 | 1:00 | 4:30 | 8:30 | 11:00 | 12:00 | 5:30 | 7:30 | 11:00 | 12:00 | 5:30 | 8:45 | 12:30 | 1:30 | 6:15 | | | | | | | | | | | | |

LY WORKSHEET TO CALCULATE EXCEPTION HOURS (A week=Monday to Sunday)

| | WK1 | WK2 | WK3 (if necessary) |
|---|---|---|---|
| r Hours Worked (include carryover in week 1) | ____ | ____ | ____ |
| **JLATION OF EXCEPTION HOURS –** | | | |
| ours worked are more than 40, enter hours over 40 as Overtime. | ____ | ____ | ____ |
| ours are less than 40, enter as Absence W/O Pay. | ____ | ____ | ____ |

ours worked are on a holiday, enter in Worked Holiday line for appropriate day.
isfer each week's exception hours from this worksheet to the appropriate Sunday block
the front of this card. These exception hours will be paid the next pay period.
ord borrowed hours and cost center to be charged on the front of the card. Borrowed Regular
ours cannot exceed Regular plus straight time. Borrowed overtime cannot exceed overtime worked.

**IBM Clock**
**Hundredths Table**
.00 through .07 = .00
.08 through .22 = .25
.23 through .37 = .50
.38 through .52 = .75
.53 through .59 = 1.00

**Simplex Clock**
**Hundredths Table**
.00 through .12 = .00
.13 through .37 = .25
.38 through .62 = .50
.63 through .87 = .75
.88 through .98 = 1.00

| 16 MON | | | | 17 TUE | | | | 18 WED | | | | 19 THU | | | | 20 FRI | | | | 21 SAT | | | | 22 SUN | | | | 23 MON | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| Holiday | | | | 7:45 | 11:00 | 12:00 | 5:15 | 7:45 | 12:30 | 1:30 | 5:00 | 7:30 | 11:00 | 12:00 | 4:30 | 7:45 | 11:30 | 12:30 | 4:30 | | | | | | | | | 7:45 | 11:00 | 12:00 | |

| Regular Hours / Split Week Carryover | 02/98 | 16M | 17T | 18W | 19T | 20F | 21S | 22S | 23M | 24T | 25W | 26T | 27F | 28S | | | | | | Borrowed Hours | Charge to Cost Cntr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 8.0 | 8.50 | 8.75 | 8.0 | 7.25 | | (40) | 8.75 | 8.0 | 9.25 | 7.0 | 9.50 | (40) | | | | Regular | | ▲ | |
| | | . | . | . | . | . | . | | . | . | . | . | . | 3 | . | . | . | Overtime | Total Hrs 3.0 | ▲ | |
| | | | | | | | | | | | | | | | . | . | . | Worked Holiday | | Borrowed OT Hours | Charge to Cost Cntr |
| | | . | . | . | . | . | . | | . | . | . | . | . | . | . | . | . | Absence Without Pay | | ▲ | |

INPUT

| Employee Name and Location | Employee No. | Company | City/Branch/Unit | Pay Period | INITIALS Employee | Supervisor |
|---|---|---|---|---|---|---|
| KIRKLAND, DIANE M | FL3-208-01-01 | 346544830 | 805 0000162C | 021698 - 022898 | [signature] | [signature] |

MARTIN

346544830

| 24 TUE | | | | 25 WED | | | | 26 THU | | | | 27 FRI | | | | 28 SAT | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| [illegible] | 11:00 | 12:00 | 5:30 | 7:45 | 1:00 | 2:00 | 6:30 | 8:30 | 11:00 | 12:00 | 4:30 | 7:45 | 12:00 | 1:00 | 6:15 | | / | | | | | | | | | | | | | | |

**EEKLY WORKSHEET TO CALCULATE EXCEPTION HOURS (A week=Monday to Sunday)**

| | WK1 | WK2 | WK3 (if necessary) |
|---|---|---|---|
| Enter Hours Worked (include carryover in week 1): | ______ | ______ | ______ |
| **LCULATION OF EXCEPTION HOURS –** | | | |
| f hours worked are more than 40, enter hours over 40 as Overtime: | ______ | ______ | ______ |
| f hours are less than 40, enter as Absence W/O Pay: | ______ | ______ | ______ |

. hours worked are on a holiday, enter in Worked Holiday line for appropriate day.
ransfer each week's exception hours from this worksheet to the appropriate Sunday block on the front of this card. These exception hours will be paid the next pay period.
Record borrowed hours and cost center to be charged on the front of the card. Borrowed Regular Hours cannot exceed Regular plus straight time. Borrowed overtime cannot exceed overtime worked.

**IBM Clock**
**Hundredths Table**

.00 through .07 = .00
.08 through .22 = .25
.23 through .37 = .50
.38 through .52 = .75
.53 through .59 = 1.00

**Simplex Clock**
**Hundredths Table**

.00 through .12 = .00
.13 through .37 = .25
.38 through .62 = .50
.63 through .87 = .75
.88 through .98 = 1.00

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2
              CASE NO. 00-6145-CIV-DIMITROULEAS
 3
   ROXANNA L. ESCUDERO, and            )
 4 KIMBERLY DRAKE, on behalf of        )
   themselves and all others similary  )
 5 situated,                           )
                                       )
 6                 Plaintiff's         )
                                       )
 7      vs.                            )
                                       )
 8 BANKAMERICA CORPORATION,            )
   a foreign corporation d/b/a         )
 9 BANK OF AMERICA CORPORATION,        )
   a foreign corporation, f/k/a        )
10 NATIONSBANK, N.A., a national       )
   association,                        )
11                                     )
                   Defendant,          )
12 ------------------------------------

13
                              337 East Las Olas Boulevard
14                            Fort Lauderdale, Florida
                              February 9, 2001
15                            10:20 a.m. - 2:25 p.m.

16
   APPEARANCES:
17
     MUCHNICK, WASSERMAN, DOLIN & LEVINE, LLP
18   BY:   SUSAN DOLIN, ESQ.
     Attorneys for the Plaintiffs
19
     MCGUIRE, WOODS, BATTLE & BOOTHE, LLP
20   BY:  J. MARK LANGDON, ESQ.
     Attorneys for the Defendant
21

22                     * * *

23                   DEPOSITION

24                      OF

25                 ANGELA MOBLEY
```

EXHIBIT
**O**

```
 1 which it was intended to track, how would you go about
 2 tracking your time so you could then transfer it on to
 3 the timecard once you received it?
 4      A.   Well, actually I did not have to really track
 5 my time with the exception of Fridays.  At that time my
 6 branch manager, which was Tamara Lomax, actually
 7 explained to me she was not compensating me for overtime
 8 and I should be logged out every day by 5:00.
 9      Q.   Let's talk about that a little bit because
10 that's something I intended to discuss later on in your
11 deposition today but we can get into that now.
12           How did Ms. Lomax inform you that you would
13 only be compensated for 40 hours a week?
14      A.   Because my threshold was not where it was
15 supposed to be, she was not willing to pay me overtime.
16      Q.   When did you have this conversation wherein
17 she told you because your threshold -- and I take that
18 to be related to performance, correct?
19      A.   Correct.
20      Q.   -- that your threshold was not where they
21 should be so you were not entitled to overtime?
22      A.   That would be when we started the timecards.
23      Q.   Your recollection as to when that was is?
24      A.   Late December or early January.  So when we
25 started time sheets, the issue was overtime.  And her
```

1 explanation to me was she didn't feel it was necessary
2 to compensate me overtime because my threshold was not
3 where it should have been.

4       Q.   Was this a private conversation between only
5 you and Ms. Lomax?

6       A.   I don't recall.

7       Q.   What did she tell you in this conversation as
8 to how you were then to handle your overtime?

9       A.   There was no other option.  She would actually
10 explain to me that you should be signed out by 5:00.  So
11 that means each day on my time sheet I had to be signed
12 out by 5:00.  Or say if it was -- the first week of the
13 month is a perfect example.  That's a very busy, hectic
14 week.

15            So she may say, well, you should be complete
16 this week by 5:30, regardless of what time I was
17 actually done.  She indicated to me that my time should
18 not reflect a minute over 5:30 or five o'clock, whatever
19 it was at that time.

20       Q.   Did she specifically tell you that because of
21 your threshold levels you were not permitted to record
22 overtime?

23       A.   Yes.

24       Q.   She said that in that many words, that because
25 of your threshold levels, Ms. Mobley, you cannot record

```
 1        Q.    When would she distribute the schedule she had
 2 created for the week?
 3        A.    There was no schedule.
 4        Q.    When would you be informed what your schedule
 5 was going to be for the week?
 6        A.    Once the time sheet process started, we were
 7 told that our hours would change from 8:00 to 8:30.
 8        Q.    I understand that.  But at what point in the
 9 week would she come to you and say, Ms. Mobley, your
10 schedule for this week will be as follows?
11        A.    She never told me that.  What she would
12 explain is that as of this week, you should be done
13 every day by 5:00.  So that meant to me I need to be
14 signed out by 5:00.
15        Q.    And the term she used was, this week you
16 should be done every day by 5:00?
17        A.    Uh-huh.  And actually to elaborate a little
18 further, I should be done this week by 5:00, but I still
19 need to get my threshold up.  So whatever that means to
20 you, you know, that's what I needed to do.
21        Q.    Did she specifically say to you, Ms. Mobley,
22 you should be done every day this week by 5:00, and if
23 you work longer than that, you are not to record that
24 time?
25        A.    That I will not be paid for it, uh-huh.
```

1     Q.   Ms. Lomax told you that if you worked overtime

2 in a given week you would not be paid for it?  She

3 specifically told you that?

4     A.   No.  She specifically told me that the times

5 after she's guesstimated to me to sign out, that I'll

6 not be paid beyond that.

7     Q.   Did Ms. Lomax announce this policy to you in a

8 meeting or was it in a private context?

9     A.   That I don't recall.  Our branch is a fairly

10 small branch.  And, I mean, I feel confident saying it

11 was privately.

12    Q.   Going back to the time sheet, Ms. Mobley,

13 would it be fair to say that you would enter the daily

14 times in the top section of the time sheet, the times

15 where -- let's look at Friday the 16th, for example.  Do

16 you see that block?

17    A.   Yes.

18    Q.   Under the first in section, there's an entry

19 of eight o'clock, correct?

20    A.   That's correct.

21    Q.   What does that represent?

22    A.   My start time was eight o'clock.

23    Q.   And then the first out column is the entry of

24 one o'clock, correct?

25    A.   That is correct.

1        clean that up as we go along.

2  BY MR. LANGDON:

3        Q.   I believe you testified earlier that at least

4  when you would have received this timecard in early

5  January, it's your belief that the practice was you

6  would see the timecard towards the end of the period; is

7  that correct?

8        A.   That's correct.

9        Q.   How would you record your time then so that

10  you could transfer it on to the timecard once you

11  received it for the days prior to your receipt of the

12  card?

13        A.   I actually jotted down in my planner which is

14  some of the prior exhibits that you saw but keyed in

15  mine.  It didn't take a lot to recall that for the most

16  part standardly I was there between 8:30 and 5:00.  The

17  only difference I tried to do is recall when I did or

18  did not take a lunch.  So it was many times I did not or

19  was not able to take a lunch.

20        Q.   You make notes daily as to your report time

21  and lunchtime and your in time, whether it be the in

22  time that Ms. Lomax told you or the end time which you

23  claim you actually left?

24        A.   Actually, no, I would put the time she told me

25  to record.

```
 1                   UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2
                  CASE NO. 00-06145-CIV-DIMITROULEAS
 3                     Magistrate Judge Johnson

 4
     ROXANNA L. ESCUDERO, and
 5   KIMBERLY DRAKE, on behalf of
     themselves and all others
 6   similarly situated,

 7            Plaintiffs,

 8   vs.

 9   BANKAMERICA CORPORATION,
     a foreign corporaion d/b/a
10   BANK OF AMERICA CORPORATION,
     a foreign corporation, f/k/a
11   NATIONSBANK, N.A., a national association,

12            Defendant.
     ---------------------------
13

14            Deposition of RODNEY SUMPTER, taken on behalf

15   of the Plaintiffs, pursuant to Notice of Taking

16   Deposition in the above-entitled action, on Wednesday,

17   May 2, 2001, at 9:00 a.m., at 345 East Forsyth Street,

18   Jacksonville, Florida, before La'Trece McTaw, a Notary

19   Public in and for the State of Florida at Large.

20

21   APPEARANCES:

22
          SUSAN DOLIN, Esquire, Attorney for the Plaintiffs.
23
          RICHARD F. KANE, Esquire, Attorney for the
24   Defendant.

25
```

Hedquist & Associates Reporters, Inc.

**EXHIBIT**

**P**

```
 1    problem at Coral Ridge?

 2         A    No, I don't.

 3         Q    Okay.  Now, let's go to the time when you got

 4    transferred to your own banking center at Golf Ocean

 5    Mile.

 6         A    Okay.

 7         Q    Okay?  How did you control overtime?  You had

 8    a budget, I take it, the same way?

 9         A    Correct.

10         Q    All right.  And you had so much hours allotted

11    for overtime?

12         A    Correct.

13         Q    How many hours did you have allotted for

14    overtime?

15         A    I don't remember.

16         Q    Do you remember?

17         A    No.

18         Q    Okay.  And how did you control your overtime?

19         A    The way I managed overtime was -- any

20    associate that saw that they were being -- that they

21    were having overtime hours would consult with me about

22    midweek in terms of how many hours they had worked.

23    And at that point, we would decide whether we needed to

24    give comp time or pay the overtime.

25         Q    What did you understand comp time to be?
```

```
 1        A     Comp time was giving time off.

 2        Q     When?

 3        A     Within that week or the following week.

 4        Q     Okay.  Now -- so when would you expect them to

 5   come to you?  When you say midweek, like Wednesday or

 6   Thursday?

 7        A     Wednesday.  Right.

 8        Q     Wednesday.  Okay.  So then you would either

 9   have them work over 40 hours during that one week and

10   give them time off the following week?

11        A     Either give them -- if I could give them time

12   off that week or the following week.  Correct.

13        Q     Okay.  So were there times when you were

14   working at Coral Ridge -- I'm sorry -- Golf Ocean Mile

15   when you would have employees work over 40 hours in one

16   particular week and then give them time off to have

17   them work under 40 hours in the second week?

18        A     Yes.

19        Q     Okay.  And did you pay them for the over 40

20   hours that they incurred in the first week?

21        A     No, because they were given comp time the

22   following week.

23        Q     Okay.  And did you ever check with anybody to

24   see if that was permitted?

25        A     No, I didn't.
```

Hedquist & Associates Reporters, Inc.

```
 1        Q    Okay.  How many times did that happen while
 2    you were at Golf?
 3        A    I don't remember.
 4        Q    Was this something that occurred frequently,
 5    infrequently?
 6        A    No, it didn't.
 7        Q    Okay.  Was that kept on somebody's time card?
 8        A    Yes, it was.
 9        Q    Okay.  And how long, do you recall?
10        A    About three months, three to four months.
11        Q    Okay.  Did any employees ever complain to you
12    that they were not getting paid for those 40 hours --
13    over 40 hours that they worked in that one week?
14        A    No.
15        Q    Did anybody from personnel ever come back to
16    you and say you have to pay them the time over 40
17    hours for the one week?
18        A    No.
19        Q    Did you ever check with human resources or
20    somebody in regional to find out if what you were doing
21    was correct?
22        A    No.
23        Q    Did you ever have any training from
24    NationsBank in how to -- in the Fair Labor Standards
25    Act on how overtime worked?
```

```
 1        A    No.

 2        Q    Do you know how often you would give the comp

 3   time, as you call it, in the same week as opposed to in

 4   the following week?

 5        A    No, I don't.

 6        Q    Were you always able to give the personal time

 7   off either during the same week or the following week,

 8   or did it sometimes take longer?

 9        A    Either the same week or the following week.

10        Q    Always in every case?

11        A    Right.  Every case.

12        Q    Okay.  Do you remember some of the employees

13   who that affected?

14        A    No, I don't.

15        Q    Okay.  Was it consumer bankers?

16        A    Mainly if it had affected anyone, it would be

17   a consumer banker.

18        Q    Okay.  Now, so you went to -- could you give

19   me the period of time you worked at Golf?  If you

20   worked at Coral Ridge for three months starting in

21   November '98 -- November, December, January, February

22   of '99.  So it would be like February, March, April of

23   '99, somewhere around there?  Would that be accurate?

24        A    Actually, I left Golf probably in late May,

25   early June.
```

Hedquist & Associates Reporters, Inc.

```
 1        Q    Okay.  Of '99?

 2        A    Correct.

 3        Q    Okay.  All right.  And where did you go from

 4    there?

 5        A    I went to the Rock Island Banking Center.

 6        Q    And you went to Rock Island as BCM?

 7        A    Yes.

 8        Q    And that would have been late May or early

 9    June of '99?

10        A    Correct.

11        Q    Now, while you were training -- are you still

12    in the MAPS program at this point?

13        A    No.

14        Q    You're done?

15        A    Yes.

16        Q    Okay.  When you go to Rock Island, that's your

17    permanent placement?

18        A    Correct.

19        Q    You're out of the MAPS program?

20        A    Right.

21        Q    And during the MAPS program at all, did you

22    have any training in the Fair Labor Standards Act how

23    overtime works, how the overtime laws worked, anything

24    like that?

25        A    No.
```

| | | |
|---|---|---|
| 1 | Q | Did not? |
| 2 | A | Did not. |
| 3 | Q | And didn't have any in college certainly with |
| 4 | | criminal justice? |
| 5 | A | No. |
| 6 | Q | Okay.  Now, when you went to Rock Island -- |
| 7 | | first of all, who did you replace; do you remember? |
| 8 | A | There wasn't a manager there. |
| 9 | Q | Oh, there was nobody there? |
| 10 | A | No. |
| 11 | Q | Okay.  And when you went to Rock Island, tell |
| 12 | | me the classification of the personnel that you had. |
| 13 | A | Personal bankers, tellers. |
| 14 | Q | How many CBs were there? |
| 15 | A | When I got there, it was one. |
| 16 | Q | And do you know who that was? |
| 17 | A | Kimberly Drake. |
| 18 | Q | Okay.  And do you remember which grade level |
| 19 | | she was? |
| 20 | A | No, I don't. |
| 21 | Q | Okay.  And how many tellers? |
| 22 | A | Seven to eight. |
| 23 | Q | Okay.  And did you have a CSM? |
| 24 | A | Yes, I did. |
| 25 | Q | And who was that? |

1        A      Each banking center was responsible for the

2    management of their overtime.

3        Q      Okay.  You had a certain budget for overtime,

4    and you had to stay within that budget?

5        A      Right.

6        Q      All right.  And each banking center manager

7    was responsible for managing the overtime --

8        A      Right.

9        Q      -- in that center?  How did you manage your

10   overtime at Sawgrass?

11       A      Again, if an employee saw that they were going

12   to have overtime issues about midweek, we would discuss

13   those overtime issues.

14       Q      Okay.  And if you saw that there were going to

15   be overtime hours incurred by a particular employee,

16   what did you do?

17       A      We would either give comp time that week or

18   the following week.

19       Q      Okay.  And did that happen -- how often did

20   that happen?

21       A      I -- I don't remember how many times it

22   happened.

23       Q      Okay.  Did anybody ever tell you while you

24   were at Sawgrass that you could not give comp time the

25   following week?

```
 1              (Break.)
 2              MS. DOLIN:  I forgot where I was.
 3              (The record was read.)
 4   BY MS. DOLIN:
 5       Q    And that's the policy you're still following
 6   today?
 7       A    Correct.
 8       Q    Now, let me take you back to when you were
 9   working at Coral Ridge.  Do you know whether there were
10   any employees working at Coral Ridge Banking Center who
11   were working hours that they didn't record on their
12   time cards?
13       A    No, I don't.
14       Q    You don't know?
15       A    No.
16       Q    Okay.  When you became the banking center
17   manager at Golf Ocean Mile, did you have any employees
18   who were working hours that they did not record on
19   their time cards?
20       A    No.
21       Q    When you were working at Sawgrass, did you
22   have any employees who worked any hours that they did
23   not record on their time cards?
24       A    No.
25       Q    What about Normandy?
```