UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-06145-CIV-DIMITROULEAS/JOHNSON

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,

    Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,

    Defendant.
_____/



## PLAINTIFFS' MEMORANDUM OF LAW IN RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT BASED ON PLAINTIFFS' FAILURE TO RESPOND TO REQUESTS FOR ADMISSIONS

COME NOW the Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, *et al.*, on behalf of themselves and all others similarly situated, by and through their undersigned counsel, and, pursuant to S.D. Fla. L.R. 7.1.C, hereby file their Memorandum of Law in Response to Defendant's Motion for Summary Judgment Based on Plaintiffs' Failure to Respond to Requests for Admissions, as follows:

### A.   DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

On or about June 18, 2001, Defendant filed its Motion for Summary Judgment Based on Plaintiffs' Failure to Respond to Requests for Admissions (Docket Entry 237) with



*Escudero, et al v. BankAmerica Corporation*
Case No. 00-06145-Civ-Dimitrouleas/Johnson

respect to the claims of four (4) opt-in Plaintiffs:[1] Harold Willis, Steven K. Richardson, Laurie K. DuPont, and Juan Carlos Del Valle Gonzalez. The gravamen of Defendant's Motion for Summary Judgment is that because these four (4) opt-in Plaintiffs failed to respond to Defendant's Requests for Admissions, the Requests are deemed admitted. Morever, since the Requests for Admissions asked the opt-in Plaintiffs at issue to admit that 1) the Defendant paid them for all hours recorded on their time cards or time sheets, and 2) the opt-in Plaintiffs recorded on their time cards or time sheets all hours worked for the time period relevant to this action, Defendant asserts that the opt-in Plaintiffs' admission of these contentions results in no genuine issues to be tried with respect to these four (4) opt-in Plaintiffs and that Defendant is entitled to summary judgment on their claims.

Plaintiffs cannot in good faith, and indeed do not, oppose Defendant's Motion for Summary Judgment Based on Plaintiffs' Failure to Respond to Requests for Admissions.[2]

---

[1] Concurrent with filing its Motion for Summary Judgment, Defendant also filed its Memorandum of Law in support thereof (Docket Entry 238) and its Concise Statement of Material Facts as to Which There is No Genuine Issue to be Tried (Docket Entry 239).

[2] By submitting Plaintiffs' Response in this form, Plaintiffs do not intend to ignore the requirements of Local General Rule 7.5. However, because the Plaintiffs do not oppose Defendant's Motion for Summary Judgment Based on Plaintiffs' Failure to Respond to Requests for Admissions, Plaintiffs do not believe that a separate statement of facts is necessary.

*Escudero, et al v. BankAmerica Corporation*
Case No. 00-06145-Civ-Dimitrouleas/Johnson

## B.  DEFENDANT IS NOT ENTITLED TO ITS COSTS AND ATTORNEYS' FEES

Although Plaintiffs are not opposing Defendant's Motion for Summary Judgment Based on Plaintiffs' Failure to Respond to Requests for Admissions, there is no basis in law or fact for awarding Defendant its costs and attorneys' fees.

The Eleventh Circuit "has held that the FLSA entitles a prevailing defendant to attorney's fees ***only*** where the district court finds that the plaintiff litigated in bad faith." *Turlington v. Atlanta Gas Light Co.*, 135 F.3d 1428, 1437 (11th Cir.), *cert. denied*, 525 U.S. 962 (1998). There is absolutely no evidence that the four (4) opt-in Plaintiffs at issue asserted or maintained their claims in this case in bad faith. Accordingly, Defendant is not entitled to its costs and attorneys' fees.

Respectfully submitted,

MUCHNICK, WASSERMAN, DOLIN
& LEVINE, LLP
Attorneys for Plaintiffs
4000 Hollywood Boulevard, Ste 620N
Hollywood, FL 33021
(954) 989-8100 - Broward
(305) 624-9100 - Dade
(954) 989-8700 - Fax

By: _____
SUSAN L. DOLIN, ESQ.
Fla. Bar No. 708690
E-mail: sldolin@mwdl-law.com
ADAM S. CHOTINER, ESQ.
Fla. Bar No. 0146315
E-mail: aschotiner@mwdl-law.com

-3-

*Escudero, et al v. BankAmerica Corporation*
Case No. 00-06145-Civ-Dimitrouleas/Johnson

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this ____ day of July, 2001 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220, Richard F. Kane, Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, 101 South Tyron Street, Charlotte, NC 28280, and Caryl Boies, Esquire, Boies, Schiller & Flexner, LLP, 2435 Hollywood Blvd., Hollywood, Florida. 33020.

By: _____
ADAM S. CHOTINER, ESQ.
Fla. Bar No. 0146315