**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6145-CIV-DIMITROULEAS/JOHNSON

ROXANNA L. ESCUDERO, et al,

    Plaintiff,

vs

BANKAMERICA CORPORATION, etc.,

    Defendant.

_____/

### ORDER

**THIS CAUSE** is before the Court on Plaintiffs' Unopposed Motion for Leave to File Instanter Their Memorandum of Law in Opposition to Defendant's Motion to Decertify and to Dismiss Opt-In Plaintiffs, filed July 6, 2001. This Court has reviewed the pleadings filed incident to this matter and is otherwise duly advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that said motion is **GRANTED**.

**DONE AND ORDERED** on July 9, 2001, in Chambers, at West Palm Beach, Florida.

LINNEA R. JOHNSON
CHIEF UNITED STATES MAGISTRATE JUDGE

CC:   The Honorable William P. Dimitrouleas
       Susan L. Dolin, Esquire
       Caryl Boies, Esquire
       Richard Kane, Esquire
       Michael T. Burke, Esquire

