UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
*00-6145*
Case No. 98-06306-CIV-DIMITROULEAS
Magistrate Judge Johnson

| | |
|---|---|
| ROXANA L. ESCUDERO, and. ) | |
| KIMBERLY DRAKE, on behalf ) | |
| of themselves and all others ) | |
| Similarly situated, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| BANKAMERICA CORPORATION, ) | |
| A foreign corporation d/b/a ) | |
| BANK OF AMERICA CORPORATION, ) | |
| A foreign corporation, f/k/a ) | |
| NATIONSBANK, N.A., a national ) | |
| association ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### NationsBank's Unopposed Motion for
### Extension of Time in Which to Respond to Plaintiffs'
### Renewed Motion to Allow Notification to Potential Class Members

Pursuant to Local Rule 7.1.A.1(j) and Fed. R. Civ. P. 6(b), defendants Bank of America

Corporation (f/k/a BankAmerica Corporation) and Bank of America, N.A. (f/k/a NationBank,

N.A.) (collectively referred to herein as "NationsBank"), hereby request the Court to enter an

order enlarging the time within which it must file its response to plaintiffs' Renewed Motion to

Allow Notification to Potential Class Members (hereinafter "Renewed Motion for Notification")

until and through August 6, 2001. NationsBank states as follows in support of this unopposed

Motion:

1. On June 27, 2001, plaintiffs served upon NationsBank's counsel by United States mail their Renewed Motion for Notification, which seeks the Court's permission for nationwide notification to potential class members in this action for the third time.

2. Under Local Rule 7.1.C.1, NationsBank's response to plaintiffs' Renewed Motion for Notification is due on July 16, 2001.

3. NationsBank needs additional time within which to prepare its response to plaintiffs' Renewed Motion for Notification because of the following reasons: (1) the numerous discovery proceedings and hearings on the schedules of NationsBank's counsel during the weeks of July 9th and 16th, 2001; and (2) the gravity and scope of the issues raised by plaintiffs' Renewed Motion for Notification.

4. Pursuant to Local Rule 7.1.A.3, NationsBank's counsel conferred with plaintiffs' counsel on July 11, 2001, regarding NationsBank's desire for an extension of time, at which time plaintiffs' counsel consented to NationsBank's request for an extension of time; therefore, plaintiffs' counsel has no objection to this Motion, nor the requested extension of time until and through August 6, 2001, within which NationsBank may file its response to plaintiffs' Renewed Motion for Notification.

5. This Motion is not made for the purposes of harassment or delay, nor will it prejudice plaintiffs in any respect.

WHEREFORE, NationsBank respectfully requests the Court to enter an order enlarging the time within which it must file its response to plaintiffs' Renewed Motion for Notification until and through August 6, 2001.

This the 13 day of July, 2001.

*signature* (FB.U 0121169)
Michael T. Burke
Florida Bar No. 338771
JOHNSON, ANSELMO, MURDOCH, BURKE
& GEORGE, P.A.
790 East Broward Blvd., Suite 400
Post Office Box 030220
Fort Lauderdale, Florida 33303-0220
Facsimile:    954/463-2444
Telephone:   954/463-0100 Broward
             305/945-2000 Dade
             561/640-7448 WPB

Richard F. Kane, NC State Bar # 5694
Bruce M. Steen, VA State Bar # 31062
McGUIRE WOODS LLP
3700 Bank of America Plaza
Charlotte, North Carolina 28280
(704) 373-8999 FAX 704-373-8990

Attorneys for NationsBank, N.A.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **NationsBank's Unopposed Motion for Extension of Time in Which to Respond to Plaintiffs' Renewed Motion to Allow Notification to Potential Class Members** in the above-captioned proceeding has been served this day by U.S. mail, postage prepaid, upon the Plaintiff's counsel as listed below:

> Susan L. Dolin, Esq.
> Adam S. Chotiner, Esq.
> Muchnick, Wasserman, Dolin & Levine, LLP
> Presidential Circle Building, Suite 620 North
> 4000 Hollywood Blvd.
> Hollywood, FL 33021
>
> Caryl Boies, Esq.
> Anne E. Hinds, Esq.
> Boies, Schiller & Flexner L.L.P.
> 2435 Hollywood Boulevard, Suite 200
> Hollywood, FL 33020

This the \_13\_ day of July, 2001.

*[signature]*

Michael T. Burke

4