UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
*00-6145*
Case No. 98-06306-CIV-DIMITROULEAS
Magistrate Judge Johnson

| | |
|---|---|
| ROXANA L. ESCUDERO, and. ) | |
| KIMBERLY DRAKE, on behalf ) | |
| of themselves and all others ) | |
| Similarly situated, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| BANKAMERICA CORPORATION, ) | |
| A foreign corporation d/b/a ) | |
| BANK OF AMERICA CORPORATION, ) | |
| A foreign corporation, f/k/a ) | |
| NATIONSBANK, N.A., a national ) | |
| association ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### NationsBank's Unopposed Motion for
### Extension of Time in Which to Reply to Plaintiffs'
### Response to its Motion to Decertify and Dismiss Opt-in Plaintiffs

Pursuant to Local Rule 7.1.A.1(j) and Fed. R. Civ. P. 6(b), defendants Bank of America

Corporation (f/k/a BankAmerica Corporation) and Bank of America, N.A. (f/k/a NationBank,

N.A.) (collectively referred to herein as "NationsBank"), hereby request the Court to enter an

order enlarging the time within which it must file its reply to plaintiffs' Response to its Motion to

Decertify and Dismiss Opt-In Plaintiffs (hereinafter "Motion to Decertify") until and through

July 25, 2001. NationsBank states as follows in support of this unopposed Motion:

1. On July 6, 2001, plaintiffs served upon NationsBank's counsel by United States mail their response to NationsBank's Motion to Decertify.

2. Under Local Rule 7.1.C.1, NationsBank's reply to plaintiffs' response to the Motion to Decertify is due on July 16, 2001.

3. Because of the numerous discovery proceedings and hearings on the schedules of NationsBank's counsel during the weeks of July 9th and 16th, 2001, NationsBank needs additional time within which to prepare its reply to plaintiffs' response to the Motion to Decertify.

4. Pursuant to Local Rule 7.1.A.3, NationsBank's counsel conferred with plaintiffs' counsel on July 11, 2001, regarding its desire for an extension of time, at which time plaintiffs' counsel consented to NationsBank's request for an extension of time; therefore, plaintiffs' counsel has no objection to this Motion, nor the requested extension of time until and through July 25, 2001, within which NationsBank may file its reply to plaintiffs' response to the Motion to Decertify.

5. This Motion is not made for the purposes of harassment or delay, nor will it prejudice plaintiffs in any respect.

WHEREFORE, NationsBank respectfully requests the Court to enter an order enlarging the time within which it must file its reply to plaintiffs' response to the Motion to Decertify until and through July 25, 2001.

This the \_\_13\_\_ day of July, 2001.

_for_ _Eric E. Gill (FBN 012116 9)_
Michael T. Burke
Florida Bar No. 338771
JOHNSON, ANSELMO, MURDOCH, BURKE
& GEORGE, P.A.
790 East Broward Blvd., Suite 400
Post Office Box 030220
Fort Lauderdale, Florida 33303-0220
Facsimile:   954/463-2444
Telephone:   954/463-0100 Broward
             305/945-2000 Dade
             561/640-7448 WPB

Richard F. Kane, NC State Bar # 5694
Bruce M. Steen, VA State Bar # 31062
McGUIREWOODS LLP
3700 Bank of America Plaza
Charlotte, North Carolina 28280
(704) 373-8999 FAX 704-373-8990

Attorneys for NationsBank, N.A.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing **NationsBank's Unopposed Motion for Extension of Time in Which to Reply to Plaintiffs' Response to its Motion to Decertify and Dismiss Opt-In Plaintiffs** in the above-captioned proceeding has been served this day by U.S. mail, postage prepaid, upon the Plaintiff's counsel as listed below:

>Susan L. Dolin, Esq.
>Adam S. Chotiner, Esq.
>Muchnick, Wasserman, Dolin & Levine, LLP
>Presidential Circle Building, Suite 620 North
>4000 Hollywood Blvd.
>Hollywood, FL 33021
>
>Caryl Boies, Esq.
>Anne E. Hinds, Esq.
>Boies, Schiller & Flexner L.L.P.
>2435 Hollywood Boulevard, Suite 200
>Hollywood, FL 33020

This the **13** day of July, 2001.

*/s/* Michael T. Burke

4