UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-06145-CIV-DIMITROULEAS/JOHNSON

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,
    Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,
    Defendant.
_____/



### ORDER ON PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE INSTANTER THEIR MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO DECERTIFY AND TO DISMISS OPT-IN PLAINTIFFS

THIS CAUSE came before the Court upon Plaintiffs' Unopposed Motion for Leave to File Instanter Their Memorandum of Law in Opposition to Defendant's Motion to DeCertify and to Dismiss Opt-In Plaintiffs, and the Court being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that Plaintiffs' Motion is hereby GRANTED / DENIED.

_____

w.P.B.
DONE AND ORDERED at ~~Fort Lauderdale, Broward County~~, Florida, this /6 day of
_July_ 2001.

U.S. District Court Judge

Copies Furnished To:
Susan L. Dolin, Esq.
Richard Kane, Esq.
Michael Burke, Esq.
Caryl Boies, Esq.

