### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6145-CIV-DIMITROULEAS/JOHNSON

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others similarly
situated,

      Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a BANK
OF AMERICA CORPORATION, a
foreign corporation, f/k/a NATIONSBANK
N.A., a national association,

      Defendant.

_____/



## ORDER GRANTING NATIONSBANK'S MOTION FOR SUMMARY JUDGMENT
## BASED ON PLAINTIFFS' FAILURE TO RESPOND TO REQUESTS FOR
## ADMISSIONS

**THIS CAUSE** is before the Court on NationsBank's Motion for Summary

Judgment Based on Plaintiffs' Failure to Respond to Requests for Admissions

(Docket Entry No. 237).   This matter was  referred to this Court by the Honorable

William P. Dimitrouleas, United States District Judge for the Southern District of

Florida, after the parties consented to trial before the undersigned United States

Magistrate Judge.   In view of said consent, the above-stated motion shall be

disposed of by order rather than by report and recommendation.



By this motion NationsBank moves for summary judgment as to the claims asserted by opt-in Plaintiffs Harold Willis, Steven K. Richardson, Laurie K. DuPont and Juan Carlos Del Valle Gonzalez based on their admissions that they recorded all the time they worked as non-exempt Consumer Bankers–including their overtime hours–and that the Bank paid them for all the overtime hours they recorded on their timecards or timesheets.    NationsBank also moves for costs and reasonable attorneys' fees incurred in prosecuting the instant Motion.

Plaintiffs do not oppose NationsBank's request for summary judgment as to the claims of the opt-in Plaintiffs identified. See Plaintiffs' Response Memorandum, pp.2-3.    Accordingly, summary judgment in favor of NationsBank on the claims asserted by the opt-in Plaintiffs identified by NationsBank in its Motion is hereby entered.

NationsBank's request for costs and reasonable attorneys' fees incurred in prosecuting the instant Motion is denied.  The Eleventh Circuit "has held that the FLSA entitles a prevailing defendant to attorneys' fees only where the district court finds that the litigant acted in bad faith."  Turlington v. Atlanta Gas Light Co., 135 F.3d 1428, 1437 (11th Cir.), cert. denied, 525 U.S. 962 (1998).  There has been no showing of bad faith in this case with reference to the four subject opt-in Plaintiffs. Accordingly, NationsBank is not entitled to its costs and reasonable attorneys' fees. The Court having considered the pleadings filed herein, and being otherwise duly advised in the premises,  it is hereby

**ORDERED AND ADJUDGED** that NationsBank's Motion for Summary

Judgment Based on Plaintiffs' Failure to Respond to Requests for Admissions (Docket Entry No. 237) is **GRANTED**.    The claims brought by opt-in Plaintiffs Harold Willis, Steven K. Richardson, Laurie K. DuPont and Juan Carlos Del Valle Gonzalez are hereby dismissed with prejudice.  NationsBank's request for costs and reasonable attorneys' fees incurred in prosecuting the instant Motion is **DENIED**.

**DONE AND ORDERED** this July 19, 2001, in Chambers, at West Palm Beach, Florida.

LINNEA R. JOHNSON
CHIEF UNITED STATES MAGISTRATE JUDGE

CC:    The Honorable William P. Dimitrouleas
        Susan L. Dolin, Esq.
        Michael T. Burke, Esq.
        Richard F. Kane, Esq.
        Caryl Boies, Esq.