**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 00-6145-CIV-DIMITROULEAS/JOHNSON**

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others similarly
situated,

    Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a BANK
OF AMERICA CORPORATION, a
foreign corporation, f/k/a NATIONSBANK
N.A., a national association,

    Defendant.

_____/



### ORDER GRANTING IN PART AND DENYING AS MOOT IN PART NATIONSBANK'S MOTION FOR SUMMARY JUDGMENT ON THE CLAIMS ASSERTED BY TWENTY-THREE OPT-IN PLAINTIFFS

**THIS CAUSE** is before the Court on NationsBank's Motion for Summary Judgment (Docket Entry No. 219). This matter was referred to this Court by the Honorable William P. Dimitrouleas, United States District Judge for the Southern District of Florida, after the parties consented to trial before the undersigned United States Magistrate Judge. In view of said consent, the above-stated motion shall be disposed of by order rather than by report and recommendation.



By this motion NationsBank moves for summary judgment as to the claims of twenty-three opt-in Plaintiffs in this action on various bases, *to wit*, some or all of them either signed a settlement agreement in another case ( the "Levine action"), consented to become party plaintiffs in this action or whose consents were received by NationsBank after June 5, 2000, or left NationsBank's employ ten months before the Bank reclassified the Consumer Banker positions as non-exempt for overtime pay purposes. NationsBank also moves for costs and reasonable attorneys' fees incurred in prosecuting the instant Motion.

Except for opt-in Plaintiff Susie S. Reynolds, Plaintiffs do not oppose NationsBank's request for summary judgment as to the claims of the opt-in Plaintiffs identified. Because Ms. Reynolds voluntarily withdrew her consent form on or about February 7, 2001, she is no longer a participant in this action and Plaintiffs ask that NationsBank's Motion for Summary Judgment as to Ms. Reynolds be denied as moot. This Court agrees with Plaintiff's that NationsBank's Motion for Summary Judgment as to Ms. Reynolds be denied as moot as she is no longer a participant in this action. As to the claims of the remaining twenty-two opt-in Plaintiffs, this Court agrees with NationsBank that summary judgment is warranted. Accordingly, except for Susie S. Reynolds, summary judgment in favor of NationsBank on the claims asserted by the opt-in Plaintiffs identified by NationsBank in its Motion is hereby entered. NationsBank's Motion to the extent it seeks summary judgment against Susie S. Reynolds is hereby denied as moot as Ms. Reynolds is no longer a participant in this action.

NationsBank's request for costs and reasonable attorneys' fees incurred in prosecuting the instant Motion is denied. The Eleventh Circuit "has held that the FLSA entitles a prevailing defendant to attorneys' fees *only* where the district court finds that the litigant acted in bad faith." Turlington v. Atlanta Gas Light Co., 135 F.3d 1428, 1437 (11th Cir.), cert. denied, 525 U.S. 962 (1998). There has been no showing of bad faith in this case with reference to the subject twenty-two opt-in Plaintiffs. Accordingly, NationsBank is not entitled to its costs and reasonable attorneys' fees. The Court having considered the pleadings filed herein, and being otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that NationsBank's Motion for Summary Judgment (Docket Entry No. 219) is **GRANTED IN PART AND DENIED IN PART AS FOLLOWS:**

(1) NationsBank's Motion for Summary Judgment on the claims asserted by the opt-in Plaintiffs identified in the Motion, except for the claim of Susie S. Reynolds, is **GRANTED**. The claims brought by the subject twenty-two opt-in Plaintiffs are hereby dismissed with prejudice;

(2) NationsBank's Motion for Summary Judgment on the claim asserted by Susie S. Reynolds is **DENIED AS MOOT** as Ms. Reynolds is no longer a participant in this action; and

(3) NationsBank's request for costs and reasonable attorneys' fees incurred in prosecuting the instant Motion is **DENIED**.

**DONE AND ORDERED** this July 19, 2001, in Chambers, at West Palm

Beach, Florida.

LINNEA R. JOHNSON
CHIEF UNITED STATES MAGISTRATE JUDGE

CC: The Honorable William P. Dimitrouleas
 Susan L. Dolin, Esq.
 Michael T. Burke, Esq.
 Richard F. Kane, Esq.
 Caryl Boies, Esq.