**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6145-CIV-DIMITROULEAS/JOHNSON

ROXANNA L. ESCUDERO, et al,

    Plaintiff,

vs

BANKAMERICA CORPORATION, etc.,

    Defendant.
_____/



## ORDER

**THIS CAUSE** is before the Court on two motions by Defendant NationsBank filed on July 16, 2001. This Court has reviewed said motions and is otherwise duly advised. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. NationsBank's Unopposed Motion for Extension of Time in Which to Respond to Plaintiffs' Renewed Motion to Allow Notification to Potential Class Members (Docket Entry No. 254) is **GRANTED**; and

2. NationsBank's Unopposed Motion for Extension of Time in Which to Reply to Plaintiffs' Response to its Motion to Decertify and Dismiss Opt-in Plaintiffs (Docket Entry No. 255) is **GRANTED**.

**DONE AND ORDERED** on July 26, 2001, in Chambers, at West Palm Beach, Florida.

LINNEA R. JOHNSON
CHIEF UNITED STATES MAGISTRATE JUDGE

CC: The Honorable William P. Dimitrouleas
    Susan L. Dolin, Esquire
    Caryl Boies, Esquire
    Richard Kane, Esquire
    Michael T. Burke, Esquire

