**CIVIL MINUTES**

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

HONORABLE LINNEA R. JOHNSON       12:00 Noon - 12:15 pm

==================================================================

CASE NO. **00-6145-CIV-DIMITROULEAS**     DATE **JULY 30, 2001**

CLERK     **Emily Guerrero**         TAPE NO. LRJ-01- **42-3025**

TITLE OF CASE: **ROXANNA L. ESCUDERO ETAL VS.**

**BANKAMERICA CORPORATION, ETC.**

P. ATTORNEY(S) **SUSAN DOLIN/ANN ELIZABETH HINDS/SHATNER**

D. ATTORNEY(S) **RICHARD KANE**

TYPE OF HEARING **STATUS CONFERENCE**

RESULT OF HEARING _An order will be forthcoming concerning the Motion to Compel. The Motion to Dismiss + Motion to Certify is ripe. Ruling on these motions will be done in about a month._

Case continued to **9/25/01**   Time **12 noon**   For **Status Conf.**

Misc. _____

