**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6145-CIV-DIMITROULEAS/JOHNSON

ROXANNA L. ESCUDERO, et al,

    Plaintiff,

vs

BANKAMERICA CORPORATION, etc.,

    Defendant.

_____/

FILED by _____ D.C.
JUL 3 0 2001
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER

**THIS CAUSE** is before the Court on Plaintiffs' Motion to Compel Discovery (Docket Entry No. 214). This Court has reviewed said motions and is otherwise duly advised. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that said motion is **GRANTED IN PART AND DENIED IN PART** as follows.

Plaintiffs' Motion to Compel Discovery, as it relates to Interrogatory No. 2 of Plaintiffs' First Set of Interrogatories, Interrogatory No. 2 of Plaintiffs' Second Set of Interrogatories and Interrogatory No. 2 of Plaintiffs' Third Set of Interrogatories is granted, but only insofar as the requests seek information regarding non-exempt Consumer Bankers with whom Plaintiffs worked and subject to a protective order Defendant shall prepare for the undersigned's signature, within five (5) days from the date hereof, which shall prohibit Plaintiffs or Plaintiffs' counsel from disclosing the subject information to anyone not a party to this action, and shall prohibit Plaintiffs or Plaintiffs' counsel from contacting the individuals identified pursuant to the Protective Order without prior leave of Court.

Plaintiffs' Motion to Compel Discovery, as it relates to Request Nos. 1, 3 and 4, is granted. While the request as framed is only marginally relevant as it includes information



for a period of time Ms. Billingsley did not work with Ms. Mobley, it is relevant nonetheless and since it concerns only one individual for a brief period of time it is not unduly burdensome.

Plaintiffs' Motion to Compel Discovery as it relates to Request No. 2 is granted, but only for the time period opt-in Plaintiff Angela Mobley was employed at the Bankhead Banking Center. Unless otherwise stated herein, Defendant shall have twenty (20) days from the date hereof within which to provide the discovery subject to this Order.

**DONE AND ORDERED** on July 30, 2001, in Chambers, at West Palm Beach, Florida.

LINNEA R. JOHNSON
CHIEF UNITED STATES MAGISTRATE JUDGE

CC: The Honorable William P. Dimitrouleas
Susan L. Dolin, Esquire
Caryl Boies, Esquire
Richard Kane, Esquire
Michael T. Burke, Esquire