UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Johnson

ROXANNA L. ESCUDERO, and )
KIMBERLY DRAKE, on behalf of )
themselves and all others similarly )
situated, )
                                                        )
                        Plaintiffs, )
                                                        )
vs. )
                                                        )
BANKAMERICA CORPORATION, )
a foreign corporation d/b/a )
BANK OF AMERICA CORPORATION, )
a foreign corporation, f/k/a )
NATIONSBANK, N.A., a national )
association, )
                                                        )
                        Defendant. )
_____)


FILED by D.C.
AUG 27 2001
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## PROTECTIVE ORDER

**THIS CAUSE** is before the Court in conjunction with its prior Order (Docket

Entry 262) granting in part and denying in part Plaintiff's Motion to Compel Discovery

(Docket Entry 214); and specifically with respect to the Court's direction that Defendant

produce information regarding non-exempt Consumer Bankers with whom Plaintiffs

worked (hereinafter "Consumer Banker Information") pursuant to Interrogatory No. 2 of

Plaintiffs' First Set of Interrogatories, Interrogatory No. 2 of Plaintiffs' Second Set of

Interrogatories, and Interrogatory No. 2 of Plaintiff's Third Set of Interrogatories;



In reference thereto, it is hereby **ORDERED** and **ADJUDGED** that neither Plaintiffs (named or opt-in) nor Plaintiffs' counsel may disclose the Consumer Banker Information, or any part thereof, to anyone not a party to this action;

It is further hereby **ORDERED** and **ADJUDGED** that neither Plaintiffs (named or opt-in) nor Plaintiffs counsel may contact any of the individuals identified in the Consumer Banker Information, without prior leave of Court.

Notwithstanding the foregoing, it is further hereby **ORDERED** and **ADJUDGED** that Plaintiffs' counsel may disclose the Consumer Banker Information to their partners, associates, secretaries, legal assistants, and employees, and any experts hired by counsel to the extent reasonably necessary to render professional services in connection with this matter. Plaintiffs' counsel, however, shall inform any person to whom such disclosure of the Consumer Banker Information is made of the confidential nature of said information and instruct such person(s) to maintain its confidentiality in accordance with this Protective Order.

**DONE** and **ORDERED** on August 27 2001, in Chambers, at West Palm Beach, Florida.

Hon. Linnea R. Johnson
Chief United States Magistrate Judge

cc:  Susan S. Dolin, Esq.
     Caryl Boies, Esq.
     Richard Kane, Esq.
     Michael T. Burke, Esq.

2