**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6145-CIV-DIMITROULEAS/JOHNSON

ROXANNA L. ESCUDERO, et al,

    Plaintiff,

vs

BANKAMERICA CORPORATION, etc.,

    Defendant.

_____/

FILED by _____ D.C.
SEP 18 2001
CLERK U.S. DIST. CT.
S.D. OF FLA. • W.P.B.

## ORDER

**THIS CAUSE** is before the Court on Plaintiffs' Renewed Motion to Allow Notification to Potential Class Members, As Authorized by the Fair Labor Standards Act, 29 U.S.C. § 216(b) (Docket Entry No. 249). This Court has reviewed the pleadings filed incident to this matter and is otherwise duly advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that said motion is **DENIED AS MOOT** in light of this Court's Order granting Defendant's Motion to Decertify and to Dismiss Opt-In Plaintiffs.

**DONE AND ORDERED** on September 18, 2001, in Chambers, at West Palm Beach, Florida.

LINNEA R. JOHNSON
CHIEF UNITED STATES MAGISTRATE JUDGE

CC:    The Honorable William P. Dimitrouleas
        Susan L. Dolin, Esquire
        Caryl Boies, Esquire
        Richard Kane, Esquire
        Michael T. Burke, Esquire