## CIVIL MINUTES

### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA

HONORABLE LINNEA R. JOHNSON   *12:00 Noon - 12:15 p.m.*

CASE NO. **00-6145-CIV-DIMITROULEAS**   DATE **SEPTEMBER 25, 2001**

CLERK   **Emily Guerrero**   TAPE NO. **LRJ-01-56-__**

TITLE OF CASE: **ROXANNA L. ESCUDERO ETAL VS. BANKAMERICA CORPORATION, ETC.**

P. ATTORNEY (S) **SUSAN DOLIN/ANN ELIZABETH HINDS**

D. ATTORNEY (S) **RICHARD KANE**

TYPE OF HEARING **TELEPHONIC STATUS CONFERENCE**

RESULT OF HEARING *Parties are trying to get trial for name plaintiffs and to send out settlement papers. Trial will begin at on 12/10/01 or 12/11/01. Notice of trial will be sent out.*

Case continued to _____ Time _____ For _____

Misc. _____

