CIVIL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

HONORABLE LINNEA R. JOHNSON    12:00 Noon
==================================================================

CASE NO. **00-6145-CIV-DIMITROULEAS**    DATE **SEPTEMBER 25, 2001**

CLERK    Emily Guerrero    TAPE NO. LRJ-01 -56- 458

TITLE OF CASE: ROXANNA L. ESCUDERO ETAL VS.

BANKAMERICA CORPORATION, ETC.

P. ATTORNEY (S) SUSAN DOLIN/ANN ELIZABETH HINDS

D. ATTORNEY (S) RICHARD KANE

TYPE OF HEARING    TELEPHONIC STATUS CONFERENCE

RESULT OF HEARING  Parties are trying to get a trial
for name plaintiffs and to send out settlement p
Trial will start 12/10/01
Notice of trial

Case continued to _____ Time _____ For _____

Misc. _____

