UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6145-CIV-DIMITROULEAS/JOHNSON

ROXANNA L. ESCUDERO et. al.,

    Plaintiffs,

vs.

BANKAMERICA CORPORATION, etc.

    Defendant.
_____/

## ORDER

Pursuant to the consent of the parties, trial is hereby specially set and scheduled to commence Tuesday, December 11, 2001 at 10:00 A.M., before the Honorable Linnea R. Johnson, Chief United States Magistrate Judge, Courtroom #4, Third Floor, United States District Courthouse, 701 Clematis Street, West Palm Beach, Florida. The trial is a jury trial and is scheduled to last for three (3) consecutive days beginning on December 11, 2001.

DONE AND ORDERED at West Palm Beach, Florida, this 3rd day of October, 2001.

LINNEA R. JOHNSON
CHIEF U. S. MAGISTRATE JUDGE

Copies provided to:

All counsel of record

