UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Johnson

ROXANNA L. ESCUDERO, and )
KIMBERLY DRAKE, on behalf of )
themselves and all others similarly )
situated, )
)
Plaintiffs, )
)
vs. )
)
BANKAMERICA CORPORATION, )
a foreign corporation d/b/a )
BANK OF AMERICA CORPORATION, )
a foreign corporation, f/k/a )
NATIONSBANK, N.A., a national )
association, )
)
Defendant. )
_____ )



## PRE-TRIAL ORDER

**THIS DAY** came the parties, by counsel, being in agreement with regard to certain

filing deadlines to be adhered to by the parties in anticipation of the trial of this action

scheduled to commence on December 11, 2001. In reference thereto, it is hereby

**ORDERED** and **ADJUDGED** that:

1.     The parties must file on or before November 30, 2001, a Pretrial Stipulation

in accordance with Local Rule 16.1E. A Pretrial Stipulation lacking substance will not be

accepted. Any party causing a unilateral Pretrial Stipulation to be filed will be required to

show cause why sanctions should not be imposed. Witness and Exhibit lists must be



included in the Pretrial Stipulation, and all exhibits must be pre-marked and exchanged

prior to execution of the Pretrial Stipulation.  Each exhibit should be marked with a sticker

identifying the case number, exhibit number and party offering the exhibit.

2.      On or before December 4, 2001, each party shall file and serve upon

opposing counsel:  (a) suggested voir dire questions; (b) proposed jury instructions; (c) a

proposed verdict form; and (d) proposed Findings of Fact & Conclusions of Law.  All

proposed jury instructions, except for Eleventh Circuit Pattern instructions, and proposed

Conclusions of Law must be supported by citations to authority.

**DONE** and **ORDERED** in Chambers at West Palm Beach, Florida, this __ day of

October, 2001.


Hon. Linnea R. Johnson
Chief United States Magistrate Judge

Copies to:

        Susan L. Dolin, Esq.
        Anne Hinds, Esq.
        Michael T. Burke, Esq.
        Richard F. Kane, Esq.

Escudero , et al., v. Bank of America
Case No. 00-06145-CIV- DIMITROULEAS/JOHNSON

WE AGREE TO THE ABOVE:


Richard F. Kane, NC State Bar # 5694
Bruce M. Steen, VA State Bar # 31062
J. Mark Langdon, NC State Bar # 19359
McGuireWoods LLP
3700 Bank of America Plaza
Charlotte, North Carolina 28280
Telephone:     (704) 373-8999
Facsimile:     (704) 373-8990


Susan L. Dolin, Esq.
Adam S. Chotiner, Esq.
Muchnick, Wasserman, Dolin & Levine, LLP
Presidential Circle Building, Suite 620 North
4000 Hollywood Blvd.
Hollywood, FL 33021