**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6145-CIV-DIMITROULEAS/JOHNSON

ROXANNA L. ESCUDERO, et al,

    Plaintiff,

vs

BANKAMERICA CORPORATION, etc.,

    Defendant.

_____/

FILED by _____ D.C.
NOV 28 2001
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## NOTICE OF RESETTING OF TRIAL DATE

**PLEASE TAKE NOTICE,** that at the request of the parties, the jury trial, scheduled to commence on **Tuesday, December 11, 2001 at 10:00 AM** before the undersigned, at the United States District Court, 701 Clematis Street, West Palm Beach, Florida, in Courtroom No. 4 (3rd Floor) is hereby **reset to commence on Tuesday, January 29, 2002 at 10:00 AM**. Four days have been set aside for this trial.

Request for continuance of this cause shall not be considered unless addressed to the Court in the form of a written motion, **(furnished with envelopes)**. All parties should be notified by the **petitioning party** after this Chambers has been contacted and the petitioning party provided with a suitable reset date. The subject date and time must accommodate all parties.

All parties must appear at all hearings unless excused by Order of Court.

**DONE AND ORDERED** on November 27, 2001 at West Palm Beach, Florida.

LINNEA R. JOHNSON
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:    The Honorable William P. Dimitrouleas
       Susan Dolin, Esquire
       Caryl Boies, Esquire
       Michael T. Burke, Esquire
       Richard F. Kane, Esquire

