UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Johnson

ROXANNA L. ESCUDERO, and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

BANKAMERICA CORPORATION, a foreign corporation d/b/a BANK OF AMERICA CORPORATION, a foreign corporation, f/k/a NATIONSBANK, N.A., a national association,

Defendant.




**ORDER GRANTING CONTINUANCE,**
**SETTING TRIAL DATE AND ESTABLISHING PRETRIAL DEADLINES**

**THIS DAY** came the parties, by counsel, on plaintiffs' ore tenus Motion to Continue the trial of this action scheduled to commence on December 11, 2001, and being fully advised in the premises and hearing no objection from defendant, it is hereby

**ORDERED** and **ADJUDGED** that:

Plaintiffs' Motion for a Continuance is **GRANTED** and, pursuant to the consent of the parties, trial is hereby rescheduled and specially set to commence on Tuesday, January 29, 2002, at 10 a.m., before the Honorable Linnea R. Johnson, Chief United States Magistrate Judge, Courtroom #4, Third Floor, United States District Courthouse, 701



Clematis Street, West Palm Beach, Florida. The trial is a jury trial and is scheduled to last for four (4) consecutive days.

The parties being in agreement with regard to certain filing deadlines to be adhered to by the parties in anticipation of the trial of this action now scheduled to commence on January 29, 2002, it is further

**ORDERED** and **ADJUDGED** that

1. The parties must file on or before January 15, 2002, a Pretrial Stipulation in accordance with Local Rule 16.1E. A Pretrial Stipulation lacking substance will not be accepted. Any party causing a unilateral Pretrial Stipulation to be filed will be required to show cause why sanctions should not be imposed. Witness and Exhibit lists must be included in the Pretrial Stipulation, and all exhibits must be pre-marked and exchanged prior to execution of the Pretrial Stipulation. Each exhibit should be marked with a sticker identifying the case number, exhibit number and party offering the exhibit.

2. On or before January 22, 2002, each party shall file and serve upon opposing counsel: (a) suggested voir dire questions; (b) proposed jury instructions; (c) a proposed verdict form; and (d) proposed Findings of Fact & Conclusions of Law. All proposed jury instructions, except for Eleventh Circuit Pattern instructions, and proposed Conclusions of Law must be supported by citations to authority.

**DONE** and **ORDERED** in Chambers at West Palm Beach, Florida, this 13 day of December, 2001.

Hon. Linnea R. Johnson
Chief United States Magistrate Judge

WE AGREE TO THE ABOVE:

Richard F. Kane, NC State Bar # 5694
Bruce M. Steen, VA State Bar # 31062
J. Mark Langdon, NC State Bar # 19359
McGuireWoods LLP
3700 Bank of America Plaza
Charlotte, North Carolina 28280
Telephone: (704) 373-8999
Facsimile: (704) 373-8990

Susan L. Dolin, Esq.
Adam S. Chotiner, Esq.
Muchnick, Wasserman, Dolin & Levine, LLP
Presidential Circle Building, Suite 620 North
4000 Hollywood Blvd.
Hollywood, FL 33021

Copies to:

Susan L. Dolin, Esq.
Anne Hinds, Esq.
Michael T. Burke, Esq.
Richard F. Kane, Esq.