UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-06145-CIV-DIMITROULEAS/JOHNSON

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,

    Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,

    Defendant.
_____/



## PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE TRIAL

COME NOW the Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, by and through their undersigned counsel, and hereby file their Unopposed Motion to Continue Trial, and as grounds therefor state as follows:

1.    On or about November 28, 2001, this Court entered a Notice resetting the trial date for January 29, 2002 at 10:00 a.m.

2.    On January 10, 2001, the father of Plaintiffs' lead trial attorney, Susan L. Dolin, passed away.

3.    Accordingly, Plaintiffs request that the trial in this case be continued and the trial date be reset. The Plaintiffs propose March 18, 2002 as the new trial commencement date.



*Escudero, et al v. BankAmerica Corporation*
Case No. 00-06145-Civ-Dimitrouleas/Johnson

4.  Pursuant to S.D. Fla. L.R. 7.1.A.3, Plaintiffs' counsel have consulted with Defendant's counsel regarding this Motion. Defendant's counsel has indicated that Defendant has no objection to the continuance requested herein. Moreover, Defendant has approved of Plaintiff's proposed trial reset date of March 18, 2002.

5.  This Motion is not being filed for purposes of delay or harassment, or any other improper purpose. In addition, none of the parties will be prejudiced should this Court grant this instant Motion.

**WHEREFORE**, Plaintiffs, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, respectfully request that this Honorable Court grant their Unopposed Motion to Continue Trial, enter an Order resetting the trial in this action, and take such further action as is just and proper.

Respectfully submitted,

MUCHNICK, WASSERMAN, DOLIN,
JAFFE & LEVINE, LLP
Attorneys for Plaintiffs
4000 Hollywood Boulevard, Ste 620N
Hollywood, FL 33021
(954) 989-8100 - Broward
(305) 624-9100 - Dade
(954) 989-8700 - Fax

By: _____
SUSAN L. DOLIN, ESQ.
Fla. Bar No. 708690
E-mail: sldolin@mwdl-law.com
ADAM S. CHOTINER, ESQ.
Fla. Bar No. 0146315
E-mail: aschotiner@mwdl-law.com

*Escudero, et al v. BankAmerica Corporation*
Case No. 00-06145-Civ-Dimitrouleas/Johnson

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent this \_14\_ day of January, 2002 to: Michael T. Burke, Esq., Johnson, Anselmo et al., 790 East Broward Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0220 (via U.S. Mail), Richard F. Kane, Esq., McGuire, Woods, Battle & Boothe, 3700 NationsBank Plaza, 101 South Tyron Street, Charlotte, NC 28280 (via Facsimile and U.S. Mail), and Caryl Boies, Esquire, Boies, Schiller & Flexner, LLP, 2435 Hollywood Blvd., Hollywood, Florida. 33020 (Via U.S. Mail).

By: _____
ADAM S. CHOTINER, ESQ.
Fla. Bar No. 0146315

F:\WPDOCS\~SLD\Escudero\Pleading\M-Cont Trial.wpd