UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-06145-CIV-DIMITROULEAS/JOHNSON

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,
    Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,
    Defendant.
_____/



## ORDER ON
## PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE TRIAL

THIS CAUSE came before the Court upon Plaintiffs' Unopposed Motion to Continue Trial, and the Court being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that Plaintiffs' Motion is hereby GRANTED / DENIED. Trial is reset for April 22, 2002 beginning at 9:30 AM. Four days have been set aside for this trial.

DONE AND ORDERED at West Palm Beach, Palm Beach County, Florida, this 14 day of Jan, 2002.

LINNEA R. JOHNSON
CHIEF U.S. MAGISTRATE JUDGE

Copies Furnished To:
Susan L. Dolin, Esq.
Richard Kane, Esq.
Michael Burke, Esq.
Caryl Boies, Esq.

