

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS/JOHNSON

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,

    Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, and NATIONSBANK, N.A., by and through their respective counsel, and hereby give Notice to this Honorable Court as follows:

1.     The parties have resolved their differences to the mutual satisfaction of all parties concerned.

2.     The parties will file a Stipulation of Dismissal with this Court shortly.

Dated:    March 27, 2002

| | |
|---|---|
| **McGUIREWOODS**<br>Attorneys for Defendant<br>3700 NationsBank Plaza<br>Charlotte, NY 28280<br>704-373-8957 Phone<br>704-373-8828 Facsimile | **MUCHNICK, WASSERMAN, DOLIN,**<br>**JAFFE & LEVINE, LLP**<br>Attorneys for Plaintiffs<br>4000 Hollywood Blvd., Suite 620N<br>Hollywood, Florida 33021<br>954-989-8100 Phone<br>943-989-8700 Facsimile |
| By:_____<br>RICHARD F. KANE, ESQ.<br>North Carolina Bar No._____ | By:_____<br>SUSAN L. DOLIN, ESQ.<br>Fla. Bar No. 708690 |



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS/JOHNSON

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,

    Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties, ROXANNA L. ESCUDERO and KIMBERLY DRAKE, and NATIONSBANK, N.A., by and through their respective counsel, and hereby give Notice to this Honorable Court as follows:

1. The parties have resolved their differences to the mutual satisfaction of all parties concerned.

2. The parties will file a Stipulation of Dismissal with this Court shortly.

Dated: March 27, 2002

| | |
|---|---|
| McGUIREWOODS<br>Attorneys for Defendant<br>3700 NationsBank Plaza<br>Charlotte, NY 28280<br>704-373-8957 Phone<br>704-373-8828 Facsimile<br><br>By: _____<br>RICHARD F. KANE, ESQ.<br>North Carolina Bar No. _____ | MUCHNICK, WASSERMAN, DOLIN,<br>JAFFE & LEVINE, LLP<br>Attorneys for Plaintiffs<br>4000 Hollywood Blvd., Suite 620N<br>Hollywood, Florida 33021<br>954-989-8100 Phone<br>943-989-8700 Facsimile<br><br>By: _____<br>SUSAN L. DOLIN, ESQ.<br>Fla. Bar No. 708690 |