UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Johnson

ROXANNA L. ESCUDERO, and )
KIMBERLY DRAKE, on behalf of )
themselves and all others similarly )
situated, )
)
        Plaintiffs, )
)
vs. )
)
BANKAMERICA CORPORATION, )
a foreign corporation d/b/a )
BANK OF AMERICA CORPORATION, )
a foreign corporation, f/k/a )
NATIONSBANK, N.A., a national )
association, )
)
        Defendant. )



## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs Roxanna L. Escudero and Kimberly Drake, and Defendant Bank of America Corporation, by and through their undersigned counsel, hereby jointly move this Honorable Court for entry of an order dismissing this matter with prejudice on the grounds that the parties have executed a settlement agreement, whereby all pending claims in this action have been compromised and fully resolved. Accordingly, the parties jointly stipulate and move for entry of an Order of Final Dismissal With Prejudice. Each party shall bear their own attorney's fees and costs.

This 22 day of April, 2002.

Escudero, et al., v. Bank of America
Case No. 00-06145-CIV- DIMITROULEAS/JOHNSON

| MUCHNICK, WASSERMAN, DOLIN JAFFE & LEVINE, LLP | McGUIREWOODS LLP |
|---|---|
| Attorneys for Plaintiffs | Attorneys for Defendants |
| 4000 Hollywood Blvd, Suite 620 North | 3700 Bank of America Plaza |
| Hollywood, Florida 33021 | 101 South Tryon Street |
| (954) 989-8100 Telephone | Charlotte, NC 28280 |
| (954) 989-8700 Facsimile | (704) 373-8999 Telephone |
| | (704) 373-8990 Facsimile |

By: /s/ Susan L. Dolin
Susan L. Dolin (FBN: 708690)

By: /s/ Richard F. Kane
Richard F. Kane (NCBN: 5694)