UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Johnson

| | |
|---|---|
| ROXANNA L. ESCUDERO, and KIMBERLY DRAKE, on behalf of themselves and all others similarly situated, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| BANKAMERICA CORPORATION, a foreign corporation d/b/a BANK OF AMERICA CORPORATION, a foreign corporation, f/k/a NATIONSBANK, N.A., a national association, | ) ) ) ) ) ) ) |
| Defendant. | ) |



## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs Roxanna L. Escudero and Kimberly Drake, and Defendant Bank of America Corporation, by and through their undersigned counsel, hereby jointly move this Honorable Court for entry of an order dismissing this matter with prejudice on the grounds that the parties have executed a settlement agreement, whereby all pending claims in this action have been compromised and fully resolved. Accordingly, the parties jointly stipulate and move for entry of an Order of Final Dismissal With Prejudice. Each party shall bear their own attorney's fees and costs.

This 22 day of ~~March~~ April, 2002.



Escudero, et al., v. Bank of America
Case No. 00-06145-CIV- DIMITROULEAS/JOHNSON

| MUCHNICK, WASSERMAN, DOLIN JAFFE & LEVINE, LLP<br>Attorneys for Plaintiffs<br>4000 Hollywood Blvd, Suite 620 North<br>Hollywood, Florida 33021<br>(954) 989-8100 Telephone<br>(954) 989-8700 Facsimile | McGUIREWOODS LLP<br>Attorneys for Defendants<br>3700 Bank of America Plaza<br>101 South Tryon Street<br>Charlotte, NC 28280<br>(704) 373-8999 Telephone<br>(704) 373-8990 Facsimile |
|---|---|
| By: *[signature]*<br>Susan L. Dolin (FBN: 708690) | By: *[signature]*<br>Richard F. Kane (NCBN: 5694) |