UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6145-CIV-DIMITROULEAS/JOHNSON

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others similarly
situated,

    Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a BANK
OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national
association,

    Defendant.

_____/

### FINAL ORDER OF DISMISSAL AND ORDER CLOSING CASE

**THIS CAUSE** is before the Court pursuant to the Joint Stipulation for Dismissal with Prejudice filed April 24, 2002.

The Court having considered the above-referenced Joint Stipulation and being otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation for Dismissal with Prejudice filed April 24, 2002, is hereby approved by the Court;



2. The above-styled action is hereby dismissed with prejudice with each party to bear its own costs and fees;

3. This Court shall retain jurisdiction to enforce the terms of the settlement;

3. The Clerk of Court is directed to deny all pending motions as moot; and

4. This case is closed.

**DONE AND ORDERED** this May 1, 2002, in Chambers, at West Palm Beach, Florida.

_____
LINNEA R. JOHNSON
CHIEF UNITED STATES MAGISTRATE JUDGE

CC: The Honorable William P. Dimitrouleas
    Susan L. Dolan, Esq.
    Richard F. Kane, Esq.