UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06145-CIV-DIMITROULEAS
Magistrate Judge Johnson

ROXANNA L. ESCUDERO, and
KIMBERLY DRAKE, on behalf of
themselves and all others
similarly situated,
    Plaintiffs,

vs.

BANKAMERICA CORPORATION,
a foreign corporation d/b/a
BANK OF AMERICA CORPORATION,
a foreign corporation, f/k/a
NATIONSBANK, N.A., a national association,
    Defendant.
_____/

FILED by _____ D.C.
MAY -7 2002
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER

**Upon consideration** of the foregoing Joint Stipulation for Dismissal with Prejudice and the Court noting the agreement of the parties and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that the above cause is hereby dismissed with prejudice.

**DONE AND ORDERED** at Fort Lauderdale, Broward County, Florida, this __7__ day of ___May___, 2002.

_____
U.S. ~~District~~ Court Judge
Magistrate

Copies Furnished To:

Susan L. Dolin, Esq.
Richard Kane, Esq.
Michael Burke, Esq.
Caryl Boies, Esq.

